## INDEX OF EXHIBITS

1.  Named Plaintiff Declarations Verifying Complaint

2.  Summary of SORA 2021's Obligations, Disabilities, and Restraints

3.  Dr. Karl Hanson Expert Report

4.  Dr. Elizabeth Letourneau Expert Report

5.  Dr. J.J. Prescott Expert Report

6.  Dr. Kelly Socia Expert Report

7.  Dr. Kristen Zgoba Expert Report

8.  Dr. John Ulrich Expert Report

9.  Dr. Sarah Lageson Expert Report

10. Barbara Levine Expert Report

11. Anne Yantus Expert Report

12. Richard Stapleton Expert Report

13. *Does I* Stipulated Final Judgment, No. 2:12-cv-11194, R. 153

14. SORA 2021 with Highlighted Changes Showing 2011 and 2021 Amendments

15. Michigan State Police Letter to Registrants Re SORA 2021

16. Explanation of Duties

17. Michigan Sex Offender Registry Mail-In Update Form

18. Judgment of Sentence Form CC 219b

19. Pre-2021 Explanation of Duties (Redacted)

20. Petition to Discontinue Sex Offender Registration, Form MC 406a

21. Order on Petition to Discontinue Sex Offender Registration, Form MC 406b