# Exhibit 4:

## Dr. Elizabeth Letourneau Expert Report

## AFFIDAVIT OF PROFESSOR ELIZABETH J. LETOURNEAU, PHD

1. I, Elizabeth J. Letourneau, have been retained as an expert by Plaintiffs in this action challenging Michigan's SORA 2021.

**Background and Experience**

2. I am a tenured full professor in the Department of Mental Health, Johns Hopkins Bloomberg School of Public Health, Johns Hopkins University, where I am also the inaugural director of the Moore Center for the Prevention of Child Sexual Abuse.

3. My scholarly expertise lies in the areas of Sex Crime Policy, Practice, and Prevention. I serve/have served as Principal Investigator or equivalent on sex crime-related research projects funded by federal agencies (Centers for Disease Control and Prevention, National Institutes of Health, National Institute of Justice, National Science Foundation, and Office of Juvenile Justice and Delinquency Prevention), foundations (Annie E. Casey Foundation, Bloomberg Foundation, Oak Foundation), and private benefactors. My research has garnered approximately $40 million in external funding and resulted in more than 110 research-based articles and chapters in my field's leading journals and texts, dozens of which pertain to the effects of sex offender registration and notification laws. I co-edited the comprehensive text *Handbook of What Works with Sexual Offenders: Contemporary Perspectives in Theory, Assessment, Treatment and Prevention.*

4. I am recognized both nationally and internationally as one of the leading researchers on child sexual abuse perpetration prevention. I was nominated to serve on the Center for Disease Control and Prevention's National Center for Injury Control and Prevention Scientific Advisor Board (nomination is pending approval from DHHS) and spoke on the prevention of child sexual abuse at an invitation-only event hosted in Rome by the Roman Catholic Church, which included meeting Pope Francis. More specific to my research on sex offender registration and notification, I was among the experts interviewed for the revised Model Penal Code, released by the American Law Institute in June 2021, after a 9-year revision process. **The Revised Model Penal Code cites five of my publications and one of my federally funded research projects in support of their recommendations to severely limit registration and to eliminate public notification.** Other recent professional service includes but is not limited to:

1

- Inaugural member, European Union Expert Advisory Committee on the sexual abuse and exploitation of children (2021-)
- Advisory Committee, Australian Institute of Criminology Child Sexual Abuse (2020-)
- Advisor to the US DOJ National Strategy for Child Exploitation Prevention and Interdiction (2020-)
- Technical Expert Group to Advise the World Bank on CSA (2020-)
- Violence Prevention Policy Network, which supports the CDC's violence prevention efforts (2020-)
- Czech Republic National Institute of Mental Health Evolutionary Sexology and Psychopathology Paraphile Project: International Advisory Board member (2019-)
- ITU UNESCO Broadband Commission for Sustainable Development Working Group on Child Safety Online (2019)
- End Child Sexual Abuse Advisory Group, Stop It Now!/Lucy Faithful Foundation (2019-)
- National Academy of Sciences Global Forum on Violence Prevention (2018-20)
- World Health Organization Guidelines Development Group for Guidelines for responding to the sexual abuse of children and adolescents (2016-17)

5. A copy of my curriculum vitae, which includes all my publications in the last ten years, is attached, along with a statement showing the cases in which I have served as an expert witness on similar issues.

**Research Findings**

6. As I detail in the sections below, my research and that of others in my field finds that:

  ➢ sex offender registration and notification (SORN) laws like Michigan's fail to improve community safety in any way;

  ➢ instead, these costly policies waste taxpayer funds and make it difficult for ex-offenders to find and maintain housing, employment, and pro-social positive relationships, thus *increasing* the likelihood that registrants will recidivate;

  ➢ stable housing, employment, and relationships with law-abiding prosocial friends and family are the three most important factors

2

associated with successful reintegration into society for ex-offenders (sexual or otherwise);

➢ modern SORN laws fail to make the public safer because:

- sexual recidivism rates are low to begin with, and most people on Michigan's registry will never be convicted of a second sexual offense;

- such laws fail to distinguish between the large percentage of people who present a lower risk of re-offending (especially over time) and the much smaller percentage of people who present a higher risk of re-offending (although that risk also decreases over time);

- *without exception* the entire published literature focusing on juvenile registration and notification fails to find any public safety effect of SORNA-based laws;

- such laws have unintended consequences that put the public at greater risk, like more sex offenses being pled down to non-sex offenses to avoid the onerous consequences of the registry, and lower conviction rates for those cases that were not pled out but went forward to trial;

- such laws are expensive to implement and maintain, wasting government resources that could be used to make communities safer and reduce sexual offending; and

- such laws put misplaced emphasis on monitoring and enforcing compliance violations – clogging the courts and filling up jails and prisons – when compliance violations do not correlate with increased recidivism;

➢ the risk of sexual offense recidivism can be lowered by laws that address the factors empirically shown to increase risk.

## I. MODERN SCIENTIFIC RESEARCH ON REGISTRATION AND NOTIFICATION (SORN) LAWS SHOWS LITTLE OR NO COMMUNITY SAFETY IMPACT

7. Sex offender registration and notification laws are justified as being necessary to reduce sexual re-offending by people convicted of sex crimes. There

are at least 21 studies that evaluated registration and notification laws, of which 14 specifically examined policy effects on sexual re-offense rates. All but two fail to find any effect on sexual or violent re-offense rates. As detailed below, the two studies that nominally support registration assessed unusual state polices and failed to account for declining crime trends that preceded policy implementation.[1]

- In the earliest days of modern registration and notification laws, a 1995 study compared the recidivism rates of 90 Washington state sex offenders designated as high risk and subject to aggressive notification with a sample of 90 similar offenders released prior to the law's enactment[2]. The groups were statistically equivalent (i.e., no statistically significant differences were found). Over a four-and-a-half year follow-up period, 19% of the community notification group and 22% of the comparison group were arrested for new sexual offenses.

- A subsequent study (2005) examined the impact of Washington state's original registration policy and the impact of a subsequent significant revision designed to increase consistency.  Results, informed by data from 8,359 sex crime cases, suggested the policy was associated with a significant reduction in recidivism[3]. Notably, this study was never published in a peer review scientific journal and has been criticized for failing to account for declines in violent crimes that preceded the revised policy. Specifically, it has been argued that the failure to account for declining crime trends, in addition to failure to address autocorrelation of data over time, likely account for differences found in the Washington study.[4]

- An Iowa study (2000) tracked 223 sex offenders listed on the sex offender registry for a follow-up period of approximately 4 years.

---

[1] Sandler, J. C., Freeman, N. J., & Socia, K. M. (2008). Does a watched pot boil? A time series analysis of New York State's sex offender registration and notification law. *Psychology, Public Policy, and Law, 14,* 284-302.

[2] Schram, D., & Milloy, C. D. (1995). *Community notification:  A study of offender characteristics and recidivism.* Olympia, WA: Washington Institute for Public Policy.

[3] Barnoski, R. (2005). *Sex offender sentencing in Washington state: Did community notification influence recidivism?* Olympia: Washington State Institute for Public Policy.

[4] Sandler, J. C., Freeman, N. J., & Socia, K. M. (2008). Does a watched pot boil? A time series analysis of New York State's sex offender registration and notification law. *Psychology, Public Policy, and Law, 14,* 284-302.

Three percent of the registered sex offenders were rearrested for a new sex crime, compared with 3.5% of 201 sex offenders who were not required to register because they were convicted before the law went into effect. This difference was not statistically significant[5].

- Likewise, a subsequent 2010 study of Iowa's law involving data on 1,582 sexual offenders found no effects on sexual re-offense rates[6].

- In Wisconsin (2006), 47 high-risk sex offenders subject to aggressive community notification had *higher* rates of recidivism (19%) than 166 high-risk sex offenders who were not subject to notification (12%), although this difference was not statistically significant[7].

- In South Carolina, we conducted a series of studies examining the impact of registration on the adult recidivism rates of people adjudicated as minors. In an initial study in 2008, we compared the re-offense rates of 111 registered youths with 111 nonregistered youths who were matched on type of index sexual offense and the year that offense occurred, age at index offense, race, and prior violent and nonviolent offenses[8]. These two groups were as similar as possible except for the fact that one group was subjected to registration and notification requirements and the other group was not. Over an average 4-year follow-up period, the sexual offense reconviction rate was less than 1%. There were only two sexual recidivism events for these 222 cases, with no differences between groups. Likewise the groups did not differ on nonsexual recidivism rates.

- In a subsequent South Carolina study in 2009, we examined the adult sexual and non-sexual recidivism rates of all male youth with sexual crime adjudications in between 1991 and 2004 (sample size = 1,275),

---

[5] Adkins, G., Huff, D., & Stageberg, P. (2000). *The Iowa sex offender registry and recidivism*. Des Moines: Iowa Department of Human Rights.

[6] Tewksbury, R., & Jennings, W. G. (2010). Assessing the impact of sex offender registration and community notification on sex-offending trajectories. *Criminal and Behavior, 37,* 570-582.

[7] Zevitz, R. G. (2006). Sex offender community notification: Its role in recidivism and offender reintegration. *Criminal Justice Studies, 19*(2), 193-208.

[8] Letourneau and Armstrong, Recidivism Rates for Registered And Nonregistered Juvenile Sexual Offenders, 20 Sexual Abuse: A Journal of Research and Treatment, 393-408 (2008).

across an average 9-year follow-up period[9]. Results indicated that being registered increased the risk of being charged but not convicted of new offenses. This interesting pattern of findings suggests that adults viewed registered ex-offenders as more dangerous than nonregistered ex-offenders and were more likely to report them for behaviors that ultimately were not deemed criminal. We interpreted this pattern of results as indicating that registration exerts a surveil-lance or "scarlet letter" effect, subjecting registered people to greater scrutiny even when their behavior is fundamentally the same as nonregistered people. Moreover, in a separate study (2010) informed by 3,148 sex crime cases from South Carolina, we found that regis-tration of people adjudicated as minors was not associated with deterrence of first-time sex crimes[10].

- In 2017 and 2018, we reported on two studies informed by 77,245 sex crime cases from Idaho, Oregon, Maryland, South Carolina, Utah, and Virginia. Results indicated registration laws in these six states failed to reduce first-time sex crimes among minors[11,12].

- In 2008, researchers examined the impact of registry laws enacted in 10 states on the rates of reported rapes[13]. Reports did not distinguish between predominant first-time sex crimes versus rarer recidivism events. Results indicated that after the laws were enacted, reported rapes increased in five states and decreased in five states.

- An evaluation (2008) of New York's registration and notification law looked at data from 68,617 sex offenders across a 21-year time period.

---

[9] Letourneau, E. J., Bandyopadhyay, D., Sinha, D., & Armstrong, K. S. (2009b). The influence of sex offender registration on juvenile sexual recidivism. *Criminal Justice Policy Review*, *20,* 136-153.

[10] Letourneau, Bandyopadhyay, Armstrong & Sinha, Do Sex Offender Registration and Notification Requirements Deter Juvenile Sex Crimes? 37 Criminal Justice and Behavior, 553-569 (2010).

[11] Sandler, Letourneau, Vandiver, Shields & Chaffin, Juvenile Sexual Crime Reporting Rates are not Influenced by Juvenile Sex Offender Registration Policies. 23 Psychology, Public Policy and the Law, 131 (2017).

[12] Letourneau, Shields, Nair, Kahn, Sandler & Vandiver, Juvenile Registration and Notification Policies Fail to Prevent First-time Sexual Offenses: An Extension of Findings to Two New States, 30 Criminal Justice Policy Review 7 (2018).

[13] Vasquez, B. E., Maddan, S., & Walker, J. T. (2008). The influence of sex offender registration and notification laws in the United States. *Crime and Delinquency, 54*(2), 175-192.

Results indicated that the law had no effect on sexual re-offense rates[14]. This study and others highlighted the fact that about 95% of all sex offenses were committed by first-time offenders who would not have been found on registries.

- An evaluation (2008) of Minnesota's registration policy, informed by 435 cases, compared that state's highest risk offenders to lower risk offenders and to offenders released pre-policy. The investigators found lower recidivism among the high risk offenders subjected to registration, relative to what was predicted based on their risk scores. Notably, the high risk offenders subjected to broad notification were also subjected to intensive supervised release conditions, which the authors note likely influenced their findings[15].

- In Wisconsin in 2009, a study examined adult sexual and nonsexual recidivism rates of 172 people adjudicated for sex crimes as minors[16]. These investigators reported no statistically significant differences between groups across a 4-year follow-up period. Moreover, these investigators found in another study of 265 people adjudicated of sex crimes as minors that the federal tier designations failed to accurately distinguish between those few people who re-offended versus the majority who did not[17]. In fact, a comparison group of people whose initial offense was for a nonsexual violent crime were just as likely to commit a future sexual offense as those whose initial offense was sexual in nature.

- In Pennsylvania in 2011, another study examined the adult sexual and nonsexual recidivism rates of 108 people adjudicated as minors for

[14] Sandler, J. C., Freeman, N. J., & Socia, K. M. (2008). Does a watched pot boil? A time-series analysis of New York State's sex offender registration and notification law. *Psychology, Public Policy and Law, 14*(4), 284-302.

[15] Duwe, G., & Donnay, W. (2008). The impact of Megan's Law on sex offender recidivism: The Minnesota experience. *Criminology, 46*(2), 411-446.

[15] Barnoski, R. (2005). *Sex offender sentencing in Washington state: Did community notification influence recidivism?* Olympia: Washington State Institute for Public Policy.

[16] Caldwell, M. F., & Dickenson, C. (2009). Sex offense registration and recidivism risk in juvenile sexual offenders. *Behavioral Sciences and the Law, 27*, 941-956.

[17] Caldwell, M. F., Ziemke, M. H., & Vitacco, M. J. (2008). An examination of the sex offender registration and notification act as applied to juveniles. *Psychology, Public Policy, and Law, 14*, 89-114.

sex crimes[18]. The sexual re-offense rate was less than 2% across a 2-year follow-up with no differences between registered and nonregistered ex offenders. Moreover, these researchers found that ex offenders who met federal Tier III (highest supervision level) classification criteria were no more likely to re-offend than those who met lower tier classification criteria.

- Research published in 2009 using New Jersey data on approximately 8,000 offenders examined whether sex crime rates, including predominately first-time sex crimes as well as sex crime recidivism events, changed after implementation of Megan's Law in 1994[19]. Trend analysis indicated generally declining rates of sex crimes between 1986 and 2005, a well-documented finding replicated across the US and several other countries. Against this background of generally declining rates, the authors did detect an even steeper decline in sex crimes during and after implementation of the law in 1994. This rate may have been powered by reductions in first-time sex crimes, not recidivism events. In a follow-up study in 2012 that focused specifically on sex crime recidivism (and not first-time offenses), they found that registration had no effect on sexual or violent re-offense rates for the entire sample, nor for a sample of offenders identified as higher risk to re-offend[20].

- In 2010, my colleagues and I evaluated South Carolina's law using data on 6,064 male offenders convicted of at least one sex crime between 1990 and 2004[21]. Registration had no effect on re-offense rates. As with the program of research from New Jersey, our work in South Carolina also indicated a small but significant deterrent effect

---

[18] Batastini, A. B., Hunt, E., Present-Koller, J., & DeMatteo, D. (2011). Federal standards for community registration of juvenile sex offenders: An evalution of risk prediction and future impications. *Psychology, Public Policy, and Law, 17,* 451-474.

[19] Veysey, B. M., Zgoba, K., & Dalessandro, M. (2008). A preliminary step towards evaluating the impact of Megan's Law: A trend analysis of sexual offenses in New Jersey from *Justice* 1985 to 2005. *Justice Research and Policy, 10,* 1-18.

[20] Tewksbury, R., Jennings, W. G., & Zgoba, K. M. (2012). A longitudinal examination of sex offender recidivism prior to and following the implementation of SORN. *Behavioral Sciences and the law, 30,* 308-328.

[21] Letourneau, E. J., Levenson, J. S., Bandyopadhyay, D., Sinha, D., & Armstrong, K. S. (2010). Effects of South Carolina's sex offender registration and notification policy on adult recidivism. *Criminal Justice Policy Review, 21*, 435-458.

on first-time sex crimes following implementation of registration in 1995[22].

- In a 2011 study, Prescott and Rockoff examined sex crime data from 15 states. The cases could not be distinguished between predominant first-time sex crimes versus rarer recidivism events. The authors attributed an increase in recidivism to an effect of community notification of registrants and a decrease in first-time sex crimes by non-registrants to an effect of registration[23].

- In a 2011 study informed by sex crime data from more than 9,500 cases from 14 states (CA, DE. FL, IL, MD, MI, MN, NJ, NY, NC, OH, OR, TX, VA), a researcher examined recidivism rates between people in states with or without registration laws as of 1994[24]. Results suggested that registered ex-offenders were significantly more likely to be rearrested for a subsequent sex crime than non-registered ex-offenders. This same researcher also examined policy impact on rates of sex crimes in general (i.e., including predominantly first-time sex crimes as well as a smaller number of recidivism events) and found a limited reduction in sex crimes, as well as an increase in violent crime rates, possibly as a result of plea bargains.

- In New York in 2012, a researcher examined the impact of the community notification aspect of registration on sexual and nonsexual recidivism events[25]. Analyses were informed by more than 17,000 sex crime cases. Results indicated that notification was associated with significantly *higher* rates of sexual and nonsexual recidivism. This researcher and her colleague also found that the federal Adam Walsh Act (SORNA) tier levels were inversely correlated with sexual re-

---

[22] Letourneau, E. J., Levenson, J. S., Bandyopadhyay, D., Armstrong, K. S., & Sinha, D. (2010). Effects of South Carolina's sex offender registration and notification policy on deterrence of adult sex crimes. *Criminal Justice Review, 35,* 295-317.

[23] Prescott, J. J. & Rockoff, J. E. (2011). Do sex offender registration and notification laws affect criminal behavior? *Journal of Law and Economics*, *54*(1), 161-206.

[24] Agan, A. Y. (2011). Sex offender registries: Fear without function? *Journal of Law and Economics, 54,* 207-239.

[25] Freeman, N. J. (2012). The public safety impact of community notification laws: Rearrest of convicted sex offenders. *Crime & Delinquency, 58,* 539-564.

offending in New York[26]. That is, people identified as higher tier/higher risk actually re-offended at lower rates than people identified as lower tier/lower risk.

- In 2016, my colleagues and I evaluated the effect of federal Adam Walsh Act (SORNA) "tier levels" using data on 1,789 adult sex offenders from Florida, Minnesota, New Jersey, and South Carolina[27]. The SORNA tier was unrelated to sexual re-offending, except in Florida, where it was *inversely* correlated with re-offending. That is, men identified as higher tier/higher risk were *less* likely to re-offend than men identified as lower tier/lower risk.

8. In summary, there are at least 21 studies that examined the impact of registration and notification policies across the U.S. Of these studies, 14 focused on sex crime recidivism *and* were able to clearly distinguish between recidivism events versus first-time sex crime events. *Twelve of these 14 studies, informed by more than 100,000 cases from 19 states representing each of the principle US geographic regions (CA, DE, FL, IL, IA, MD, MI, MN, NJ, NY, NC, OH, OR, PA, SC, TX, VA, WA, WI) failed to find that these laws increase community safety by reducing sexual crime.* Specifically, 10 found no policy impact on recidivism while 2 studies (informed by 21,500 cases from 14 states) found *increased* sex crime recidivism rates following policy implementation. Just 2 of the 14 studies found support for reduced recidivism. These two studies were based on 8,794 cases from just two states (MN, WA). One of these studies was never published in the peer review literature and failed to account for well-known declines in violent crime rates (Barnoski, 2005); one focused on a small sample of high risk registrants who were also subjected to intensive super-vision (Duwe & Donnay, 2009); both of these studies were conducted in states that used sophisticated classification systems to assign sex offenders to specific registration tiers *concordant with the empirical risk*.

9. The remaining seven studies were informed either solely or predominantly by first-time sex crime cases. Of these, three found no policy impact on

[26] Freeman, N. J., & Sandler, J. C. (2010). The Adam Walsh Act: A false sense of security or an effective public policy intervention? *Criminal Justice Policy Review, 21,* 31-49.
[27] Zgoba, K. M., Miner, M., Levenson, J., Knight, R., Letourneau, E., & Thornton, D. (2016). The Adam Walsh Act: An examination of sex offender risk classification systems. *Sexual Abuse: A Journal of Research and Treatment, 28,* 722-740.

general deterrence, three found some evidence of an impact on first-time sex crimes, and one found mixed results. The study with mixed results (Vasquez et al., 2008) found that, following implementation of registration laws, reported rapes increased in five states and decreased in five states. Two studies using national data from 15 states reported declines in first-time sex crimes but subsequently concluded that registration does not improve community safety (Agan, 2011; Prescott & Rockoff, 2011).

10. **It is further worth noting that *without exception* the entire published literature focusing on juvenile registration and notification fails to find any public safety effect of these policies.** This research includes empirically and methodologically rigorous evaluations of the federal Adam Walsh Act tiering system and the registration and notification policies of eight states; it comprises tens of thousands of juvenile sex crime cases. Despite variation between federal and state policies and despite examining policy effects on three different outcome effects (sex crime reports, charges, convictions), results were completely consistent across studies: juvenile sex offender registration and notification are failed policies that do nothing to improve public safety. Indeed, the sex crime recidivism rate of children adjudicated delinquent of sex crimes as minors is less than 3%, nearly all of which occurs within the first 2-3 years post-release.[28] There is no method (including federal tiering) that has ever been shown to accurately identify the few youth who will go on to reoffend sexually from the vast majority who will not.[29] Moreover, my research and that of others demonstrates substantial harm to children placed on registries and this harm extends at least through young adulthood. For example, we found that relative to children with sex crime adjudications who were not registered, those who were registered were four times more likely to have attempted suicide in the past 30 days, five times as likely to have been approached by an adult for sex in the past year, and twice as likely to have sustained a contact sexual assault victimization in the past year.[30] The Revised Model Penal Code recommends the

---

[28] Caldwell, M. F. (2016). Quantifying the decline in juvenile sexual recidivism rates. *Psychology, Public Policy and Law, 22*, 414–426.

[29] Caldwell, M.F. & Caldwell, B. M. (2022). The age of redemption for adolescents who were adjudicated for sexual misconduct. *Psychology, Public Policy, and Law* (In Press).

[30] Letourneau, E. J., Harris, A. J., Shields, R. T., Walfield, S. M., Ruzicka, A. E., Buckman, C., Kahn, G. D., & Nair, R. (in press). Effects of juvenile sex offender

abolishment of juvenile registration, noting "[t]he research is replete with heartbreaking stories of the unnecessarily cruel, life-destroying impact of placing individuals on a sex-offender registry for offenses committed as minors." *Id.* at 569.

11. **Given the bulk of the evidence, registration and notification laws – and especially laws based largely on conviction offense versus validly estimated recidivism risk – simply do not reduce sexual (or nonsexual) recidivism.** If registration and notification laws have any beneficial impact in reducing recidivism (and I believe this to be exceedingly unlikely based on the evidence), that impact is limited to states where registration laws are based on empirically validated risk assessment instruments, and not to states like Michigan, where registration is assigned based on the offense of conviction, *which does not correlate with risk*. There is no reason to believe – even remotely – that registration and notification laws will have any beneficial impact when applied to children.

## II. WHY SORNA-BASED LAWS FAIL TO REDUCE RECIDIVISM

### A. Most people who commit a sexual offense are never convicted of a subsequent sexual offense

12. Sex offender registration and notification (SORN) policies fail, in part, because they are based on the common misunderstanding that most people who commit one sexual offense are at high risk to commit a second sexual offense. In fact, nearly all methodologically rigorous research studies find that 80% to 90% of adult male sex offenders are never reconvicted of a new sexual crime.

   a.  In one study, we tracked the recidivism rates for the entire population of formerly incarcerated adult male sex offenders in South Carolina from 1990-2004[31]. Across a nearly 9-year follow-up period, 5% of this sample was reconvicted for new sex crime charges. This low rate of sexual recidivism was consistent with findings published by the

---

registration on adolescent well-being: An empirical examination. *Psychology, Public Policy, and Law, 24,* 105-117.

[31] Letourneau, E. J., Levenson, J. S., Bandyopadhyay, D., Sinha, D., & Armstrong, K. S. (2010). Effects of South Carolina's sex offender registration and notification policy on adult recidivism. *Criminal Justice Policy Review, 21,* 435-458.

state's own statistical analysis center, indicating a 2% sexual recidivism rate across a 3-year follow-up. These results are also consistent with the federal Bureau of Justice Statistics' research documenting an approximately 3% recidivism rate for formerly incarcerated sex offenders across a 3-year follow-up period.

b.  In this same South Carolina study, we found that registration had no effect on re-offense rates; that is, registration failed to reduce the recidivism rate and protect the public.

c.  More recently, we evaluated the recidivism rates of more than 7,000 men with sex crime convictions across a 25-year follow-up period[32]. The overall recidivism rate was 18%. That is, 82% of sex offenders were never reconvicted of a new sex crime even after 25 years. Moreover, for each 6-month period of time spent in the community without re-offending, these men became even less likely to re-offend.

d.  Recidivism studies that rely on formal charge-and-conviction data will undercount the number of sexual offenses, because not all sexual offenses are reported to the authorities. With adequate follow-up periods, however, these studies do capture the number of sexual re-offenders. Having been caught and convicted once, it is unlikely that a known sex offender would evade detection for decades while continuing to sexually assault children and/or adults. While there are sensational examples of known offenders continuing to abuse others, the evidence indicates that the vast majority of previously incarcerated sex offenders desist from further sex crime, perhaps by learning to value a prosocial, law-abiding lifestyle over a law-breaking, harm-causing lifestyle.

**B.  SORN laws fail to distinguish low-risk and high-risk offenders**

13.  SORN policies also fail because they do not accurately delineate the few people at higher risk to re-offend sexually from the majority of people at lower risk to re-offend sexually. Indeed, several studies including our own highlight the inability of federal and state registration schemes to correctly classify the small minority of sex offenders who will go on to re-offend. In

---

[32] Hanson, R. K., Harris, A. J. R., Letourneau, E. J., Helmus, L. M., & Thornton, D. (2018). Reductions in risk based on time offense free in the community: Once a sexual offender, not always a sexual offender. *Psychology, Public Policy, and Law, 24,* 48-63.

some cases, state and federal "tiering" systems are actually *backwards* – with people in the lowest risk tier re-offending significantly faster or more often than people in the higher tiers. This is because, as in Michigan, the tiers are typically predicated on the conviction offense, which has been shown to have *no bearing on recidivism risk*.

   a. In one study, we tracked the recidivism of about 1,800 formerly incarcerated sex offenders from four states (FL, MN, NJ, & SC) across an average 10-year follow-up[33]. Consistent with hundreds of studies, recidivism was rare: 90% of these men had not re-offended with a new sex crime at 10-year follow-up. Moreover, results indicated that offenders meeting federal criteria for classification as "Tier 3" (most severe/highest risk) offenders were significantly *less* likely to re-offend with a new sex crime than offenders meeting federal criteria for "Tier 2" (moderate risk) classification. Because we focused on people released from prison, there were too few Tier 1 ex-offenders (many of whom would have served shorter sentences in jail or been released on probation) to include in analyses.

   b. Likewise, an evaluation of New York State's registration and notification law and based on more than 17,000 registrant cases, found that people categorized at the Tier 1 (lowest risk) level were rearrested for sex crimes more quickly and at a higher rate than both Tier 2 (moderate risk) and Tier 3 (highest risk).[34] The same finding applied to nonsexual re-offenses. Other factors that predicted rearrest in this study included well-established risk characteristics such as prior sexual offenses, number of sentencing dates, and younger (adult) age at release.

   c. Well-validated risk assessment tools such as the Static-99R should be used in place of conviction offense to identify people at higher risk of recidivism and to ensure they receive evidence-based interventions that effectively reduce their recidivism risk. (Part III briefly discusses evidence-based interventions that actually reduce risk.)

---

[33] Zgoba, K. M., Miner, M., Levenson, J., Knight, R., Letourneau, E., & Thornton, D. (2016). The Adam Walsh Act: An examination of sex offender risk classification systems. *Sexual Abuse: A Journal of Research and Treatment, 28,* 722-740.

[34] Freeman, N. J., & Sandler, J. C. (2010). The Adam Walsh Act: A false sense of security or an effective public policy intervention? *Criminal Justice Policy Review, 21,* 31-49.

### C. SORN Laws have unintended consequences that undermine public safety

14. SORN laws not only fail to improve community safety but have unintended consequences that negatively affect public safety. Our research[35] identified two deleterious and unintended consequences of sex offender registration and notification laws.

   a. First, in a study of nearly 16,000 sex crime cases, we found that South Carolina's registration and notification policy was associated with a substantial increase in cases being pled from sexual to nonsexual offense charges. The rate of pleaded cases increased by 100% after implementation of South Carolina's registration and notification law, and the increase was even more marked for cases with registry-eligible sex crime charges for a total 3-fold increase in plea bargains to non-sex offense charges. Importantly, our comparison analyses of non-sexual violent crime trends found no increase in the likelihood of obtaining reduced charges, increasing confidence that this unintended consequence is in direct response to registration and notification policies.

   b. A similar study of New York State's registration and notification policy did not find an increase in plea bargains.[36] But, New York's policy is more narrowly crafted than South Carolina's (e.g., SC's policy applies to far more offenses, including misdemeanors, and requires lifetime public registration for all registrants; under NY's policy only registrants categorized as highest risk are required to register for life). Thus, there may be less incentive to plea bargain under NY's less onerous law, particularly for defendants who will be categorized as low or moderate risk.

   c. Second, in our South Carolina study, we identified a particularly disturbing finding: cases that were not pled down to nonsexual offense charges and that instead moved forward as sex crimes *were significantly less likely to result in guilty dispositions following*

---

[35] Letourneau, E. J., Levenson, J. S., Bandyopadhyay, D., Armstrong, K., S., & Sinha, D., (2010). The effects of sex offender registration and notification on judicial decisions. *Criminal Justice Review, 35,* 295-317.

[36] Freeman, N. J., Sandler, J. C., & Socia, K. M. (2009). A time-series analysis on the impact of sex offender registration and community notification on plea bargaining rates. *Criminal Justice Studies, 22,* 153-165.

*implementation of online notification*. We believe this remarkable finding resulted from increased effort on the part of defendants to avoid the consequences of registration and notification (even defendants unwilling to plead to non-sex crime charges) and decreased willingness on the part of judges and juries to subject defendants to South Carolina's online notification scheme. (We were told of one case where the jury foreman asked whether a defendant, if convicted, would face South Carolina's registration and notification consequences. When the judge affirmed this to be true, the jury returned a "not guilty" verdict.) As we noted, a reduction in findings of guilt "could contribute to *reduced* community safety, by precluding punishment, treatment, and supervision for some guilty individuals who avoid sanctions altogether." (*Id.,* p. 312.)

15. SORN laws not only fail to improve community safety but also have strong unintended consequences on factors associated with successful reintegration into society (which in turn reduce recidivism). Research by the National Institute of Justice on serious and violent offender reentry finds that stable housing, employment, and prosocial relationships are the three most important factors contributing to successful re-entry and maintenance of a law-abiding lifestyle. Numerous studies find that people subjected to registration and notification requirements have difficulty finding and maintaining stable housing, employment, and prosocial relationships.[37] That is, registration and notification create barriers to the factors most important to successfully establishing and maintaining a law-abiding life.

16. Additional research has identified deleterious mental health impacts of registration and notification.

    a. We examined young adults ages 18 to 21 years who were (N=38) or were not (N=48) required to register following adjudication or conviction of sex crimes. Registered young adults were far more likely to report having attempted suicide in the past 30 days (22% vs. 6%) and reported more hopelessness and less perceived social support from

---

[37] Levenson, J. S., Grady, M. D., & Leibowitz, G. (2016). Grand challenges: Social justice and the need for evidence-based sex offender registry reform. *Journal of Sociology and Social Welfare, 43,* 3-38.

friends and family members relative to nonregistered young adults.[38] In this same study, we found that young adults who were registered had fewer experiences of overt violence directed against them, likely because their hopelessness and perceived lack of support caused them to self-isolate more than their non-registered peers.

b. Similarly, other studies that surveyed registrants found high rates of depression, loneliness, and isolation from society as well as high rates of fears for personal safety.[39] A review of eight publications found that 40% to 60% of registrants identified "negative psychological consequences such as loss of friends, feeling lonely and isolated, embarrassment, and loss of hope".[40] These consequences may seem both well-deserved for people convicted of sexual crimes and relatively trivial. But accrual of "social capital" (as evidenced by stable employment and housing, social connectedness, and mental well-being) is associated with desistance from crime by sexual and nonsexual offenders.[41,42]

### D. The cost of implementing and maintaining SORN laws is far higher than any savings (or other benefits) generated by such laws

17. SORN laws fail to improve community safety and are remarkably costly. Cost effectiveness of crime policies is achieved when the expenditures required to implement and maintain a policy are exceeded by costs averted due to reduced criminal offending and victimization. As already noted, nearly all evaluations of federal and state sex offender registration and notification laws fail to find any public or community safety benefit. In the absence of consistent or even occasional reduction in recidivism, these policies cannot be cost effective. Rather, they only lose money, without

---

[38] Shields, R. T., Nair, R., Ruzicka, A., Walfield, S. M., Harris, A. J., Thorne, J. r., & Letourneau, E. J. (2021). Collateral consequences of sex offender registration and notification: Results from a survey of emerging adults. *Manuscript in preparation.*

[39] Levenson, J. S., D'Amora, D. A., & Hern, A. L. (2007). Megan's law and its impact on community re-entry for sex offenders. *Behavioral Sciences & the Law, 25,* 587-602.

[40] Lasher, M. P., & McGrath, R. J. (2012). The impact of community notification on sex offender reintegration: A quantitative review of the research literature. *International Journal of Offender Therapy and Comparative Criminology, 56,* 6-28.

[41] Kruttschnitt, C., Ugggen, C., & Shelton, K. (2000). Predictors of desistance among sex offenders: The interaction of formal and informal social controls. *Justice Quarterly, 17,* 61-87.

[42] Fox, K. J. (2016). Civic commitment: Promoting desistance through community integration. *Punishment & Society, 18,* 68-94.

recouping funds via reduced costs associated with averted crimes. Policies associated with increased offending actually waste more money than the state invests in the program, via increased costs associated with increased offending.

18. In the wake of the 2006 Adam Walsh Child Safety and Protection Act (SORNA), which required states and other jurisdictions to vastly expand registration and notification requirements or face a financial penalty, several state and local offices estimated the cost of such compliance. Although the many reporting offices included different and often idiosyncratic cost categories, the projected amounts were consistently high and far exceeded the potential lost revenue (of ten percent of Byrne Grant funds – the penalty imposed by the federal government for states that failed to implement SORNA). Indeed, 15 years later, only 18 states have been certified as SORNA-compliant. The findings are highlighted below:

    a. **Austin, TX**. In a 2009 report, the Austin Police Department estimated that complying with the Adam Walsh Act would result in a 137% increase to its budget[43]. Specifically, it estimated increased staffing costs to address the increase in number of in-person registrations required by the Act. The estimate did not include costs associated with a predicted increase in number of people required to register, even though the Act expanded registration requirements to offenders who were not at that time subject to registration.

    b. **California**. In a 2008 report, California estimated the local costs to implement SORNA approached $102 million[44]. Specific costs pertained to increased personnel to Probation, Police Chiefs/Sheriffs, DOJ/Attorney General, as well as increased equipment costs (e.g., for Livescan machines and to modify registry software). Anticipated costs that remained "unknown" pertained to court personnel, increased litigation, increased incarceration costs (due to SORNA-related mandatory minimum sentences for registry violations), increased enforcement costs, increased incarceration costs, and increased parole costs.

---

[43] Austin Police Department, Sex Offender Apprehension and Registration Unit. (1/05/09). *Cost of compliance: Adam Walsh Child Protection and Safety Act 2006. 42 U.S.S. § 16901-931. Title 1: Sex Offender Registration and Notification Act (SORNA).*
[44] Local costs to implement SORNA. CA State SORNA cost chart 9-4-08 – in PDF.

c. **Florida**. In a 2008 report, the Florida Committee on Criminal Justice[45] issued a brief to The Florida Senate estimating that the likely costs of complying with SORNA would exceed $3.2 million. Specific costs pertained primarily to additional staffing and programming noted in the House and Senate bills. The impact on local law enforcement agencies was not estimated.

d. **New Jersey**. An evaluation of New Jersey's registration and notification law found it had no effect on sexual offending and cost that state more than $555,000 to launch and about $4,000,000[46] each year to maintain since 2007. Costs reflected increased staffing (78 employees were dedicated to the registry state-wide), maintaining the internet registry, surveillance, equipment and supplies, and other costs.

e. **Oregon**. In 2008, Oregon (whose legislature budgets for a two-year fiscal year) estimated a total cost of increased annual registration due to SORNA for FY 2009-2011 that approached $850,000[47]. Specific costs included increased field staff, LaserFiche (required by SORNA), and digital cameras. Costs did not include an estimated 10 State Police "additional staff positions necessary to complete field registration or Registry staff to process increased number of registrants".

f. **Vermont**. In a 2008 report by the VT Joint Fiscal Office[48], the state indicated that the likely costs of complying with SORNA would approach $3.9 million in Year 1 of implementation. Specific costs pertained to personnel in the Departments of Public Safety and Corrections, and the Offices of the Defender General and the State's Attorney. No costs were estimated for the Judiciary, however, the Judiciary noted that courts would spend more time on sex crime cases and experience an increase in sex crime caseloads, which would "slow down the processing of cases".

g. The Justice Policy Institute estimated the first-year costs for implementing SORNA for each state. Amounts ranged from $850,000

---

[45] Committee on Criminal Justice, October 2008. *Fiscal, policy, and legal considerations regarding state compliance with the Adam Walsh Act.* Issue Brief 2009-312, The Florida Senate.
[46] Zgoba, K., Witt, P., Dalessandro, M., & Veysey, B. (2008). Megan's Law: Assessing the Practical and Monetary Efficacy. NCJ 225370.
[47] Oregon 2009 Cost Projections for AWA Implementation. Updated 9/30/2008.
[48] Joint Fiscal Office – October 16, 2008. *Costs associated with Vermont complying with the Sex Offender Registration Act (SORNA) and Jessica's Law.*

(WY) to $59,000,000 (CA)[49]. In every case, the costs dwarfed what would be lost by the federal penalty – the ten percent reduction in the federal Byrne Grant funding program (for state prosecutor's offices and local law enforcement).

h. The U.S. Government Accounting Office stated that "One jurisdiction reported that implementing SORNA would require an investment of an estimated $23.8 million to provide scanners to digitize registry information as well as purchase sex offender registration software for each local jurisdiction. Officials from this jurisdiction also said that ongoing budgetary constraints negatively affected their ability to implement SORNA requirements."[50]

i. Also related to costs, studies identify a negative impact of sex offender registration on home sales – a "disamenity" cost.[51] Briefly, home sellers can expect to lose 5% on their closing price if a registered sex offender resides in the neighborhood.

j. The most thorough accounting of registration and notification costs to date focused on juvenile registration. Published by the libertarian-leaning R Street group in 2015, the results suggest that the costs and net losses (like the housing disamenity cost) could run to billions of dollars annually[52].

**E. SORN laws place great emphasis on compliance enforcement, but failure-to-register (FTR) and other compliance violations do not correlate with higher rates of sexual re-offending**

19. As noted in the previous section, several cost estimates (e.g., California, Vermont) anticipated higher costs related to increased litigation as people fight to avoid the harsher registration requirements imposed by SORNA and

---

[49] Justice Policy Institute (not dated). What will it cost states to comply with the Sex Offender Registration and Notification Act? http://www.justicepolicy.org/images/upload/*08-08_fac_sornacosts_jj.pdf.*

[50] U.S. Government Accountability Office (February, 2013). *Sex Offender Registration and Notification Act: Jurisdictions face challenges to implementing the Act, and stakeholders report positive and negative effects* (see Table 2, p. 19).

[51] Pope, J. C. (2008). Fear of crime and housing process: Household reactions to sex offender registries. *Journal of Urban Economics, 64,* 601-614.

[52] Belzer, R. B. (September, 2015). *The costs and benefits of subjecting juveniles to sex-offender registration and notification.* R Street Policy Study No. 41.

increased incarceration due to the tougher penalties for registry violations. Under SORNA, so-called failure-to-register (FTR) violations were upgraded to felony-level offenses with a mandatory 1-year minimum term of imprisonment. (Under previous laws, initial FTR violations were typically treated as misdemeanors.)

20. The apparent logic behind this increased penalty was that people who fail to register do so willingly in order to plan or commit new sex crimes (whether against children or anyone else). While an early study of FTR violations and recidivism (2006) reported a difference in the sexual recidivism rate of FTR violators (4.3%) and non-violators (2.8%), the study failed to report whether this difference was statistically significant. Moreover, as the number of FTR violations increased, sexual recidivism decreased, whereas non-sexual recidivism increased[53]. Thus, FTR and similar compliance violations may signal general criminality and rules violations rather than sexually deviant intent (or may just signal that as these laws get more complex and more onerous, people have a harder time obeying them).

21. Indeed, more recent studies, including one of mine, have revealed that there is no correlation between FTR violations and sexual recidivism.[54] Our 2009 study found that:

   **(a) sex offenders with and without FTR violations had statistically equivalent sexual recidivism rates;**

   **(b) FTR violations did not predict sexual recidivism; and**

   **(c) sexual recidivism did not predict FTR violations.**

   This study did find relationships between FTR violations and younger age at initial registration, presence of prior general (non-sexual) offenses, and general (non-sexual) recidivism. Our conclusion was that "registration

---

[53] Washington State Institute for Public Policy (2006). Sex offender sentencing in Washington State: Failure to register as a sex offender – revised. Olympia, WA: Washington State Institute of Public Policy.

[54] Levenson, J., Letourneau, E., Armstrong, K., & Zgoba, K. M. (2009). Failure to register as a sex offender: Is it associated with recidivism? *Justice Quarterly, 27,* 305-331.

noncompliance is more a reflection of general criminality, defiance, care-lessness, or apathy, than of sexually devious intentions." (*Id.,* p. 324.) Similar findings were reported based on Minnesota data.[55]

### III. Recidivism Risk Can Be Lowered by Laws that Address the Factors that Increase Risk

22. We do not have to rely on failed policies to address the risk of recidivism. There are effective means to improve community safety by reducing the likelihood of sexual and non-sexual re-offending: re-entry support services and evidence-based therapy, targeted at people with higher risk factors.

    a. A strong body of research informed by empirically rigorous methods, including randomized controlled trials, support the effectiveness of re-entry supports for ex-offenders returning to their communities after release from prison or other secure confinement for sex crimes. Circles of Support and Accountability (CoSA) was founded in Ontario, Canada, in 1994. CoSA has since expanded to dozens of sites across Canada, the US, the UK, the EU and elsewhere. CoSA is designed to address two areas that are critical to successful re-entry: accountability *and* prosocial support. The CoSA model pairs a released offender with 4-6 community volunteers. Volunteers are trained and meet regularly to address risk and reintegration issues, including finding and maintaining housing, employment, and pro-social relationships. They also monitor the released offender for concerning, inappropriate, or illegal behavior. Professionals, including parole officers, social service workers, and mental health providers are available for expert consultation, such as when volunteers identify parole violations, indications of increased risk to re-offend, or mental health problems. Results from evaluation studies indicate that CoSA reduces sexual recidivism by about 70% and violent recidivism by more than 50%, relative to control and comparison groups and relative to recidivism predicted by statistical projects based on validated risk

---

[55] Duwe, G., & Donnay, W. (2010). The effects of failure to register on sex offender recidivism. *Criminal Justice and Behavior, 37,* 520-536.

assessments.[56,57] More recent studies have established the cost effectiveness (in addition to clinical effectiveness) of CoSA.[58] For example, a US-based [59] randomized controlled trial found an 88% reduction in sexual recidivism and 49%-57% reductions in general recidivism for sex offenders randomized to the CoSA versus control condition and reported a cost-benefit of approximately $41,000 per CoSA participant due to averted crimes.

b.  Meta-analyses, which combine data from numerous studies, sometimes find that evidence-based treatment for people with sex crime convictions is associated with significant declines in sexual recidivism and sometimes fail to find a treatment effect[60]. More careful evaluation does support a treatment effect. Effective treatment of offenders convicted of sex- or non-sex crimes alike rests on the principles of risk, need, and responsivity (RNR). Briefly, the RNR principles stipulate that treatment will be effective when (1) focused on released offenders who are at moderate or higher risk to re-offend (versus lower risk); (2) addressed to the needs (characteristics) of offenders and their environments that are related to re-offending (e.g., attitudes and beliefs that minimize offenders' culpability for harm); and (3) delivered in a manner that aligns with the released offender's learning style and abilities. A meta-analysis, which combined data from 22 treatment evaluation studies involving more than 6,700 cases found that treated offenders had a statistically significant lower sexual recidivism rate of approximately 11%, compared to 19% for untreated offenders. The treatment effect was even more pronounced for interventions that targeted criminogenic factors (the need principle) and were delivered in a way that increased offender engagement

---

[56] Wilson, R., Cortoni, F., & McWhinnie, A. J. (2009). Circles of Support and Accountability: A Canadian National Replication of Outcome Findings. *Sexual Abuse (21),* 412-430.

[57] Wilson, R.J., McWhinnie, A.J., & Wilson, C. (2008). Circles of Support & Accountability: An international partnership in reducing sexual offender recidivism. *Prison Service Journal, 138,* 26-36.

[58] Elliott, I. A., & Beech, A. R. (2012). A U.K. cost-benefit analysis of Circles of Support and Accountability interventions. *Sexual Abuse*, *25*, 211-229.

[59] Duwe, G. (2018). Can Circles of Support and Accountability (CoSA) significantly reduce sexual recidivism? Results from a randomized controlled trial in Minnesota. *Journal of Experimental Criminology, 14,* 463-484.

[60] Hanson, R. K., Bourgon, G., Helmus, L., & Hodgson, S. (2009). The principals of effective correctional treatment also apply to sexual offenders: A meta-analysis. *Criminal Justice and Behavior, 36,* 865-891.

(responsivity principle). Results also supported a "dosage effect", with increasing effectiveness as the number of adhered-to principles increased from zero to three.

**Conclusion**

23. Sex offender registration and notification laws have failed to improve community safety. Instead, laws like Michigan's don't work and are costly. They also have unintended effects that may imperil community safety. Registries decrease the likelihood of conviction by reducing the willingness of juries and judges to subject defendants to registration. Registries also increase the likelihood of ex-offenders experiencing joblessness, homeless-ness, and disconnection from prosocial friends and family, which in turn *increase* sexual and non-sexual recidivism. More effective case management and treatment practices are available to replace these failed sex offender registration laws and policies.

**Statement of Compensation**

I am charging $450.00 an hour for researching and writing this report.

Pursuant to 28 U.S.C. § 1746, I state under penalty of perjury that the above state-ments are true and correct to the best of my knowledge, information, and belief.

_____
Elizabeth J. Letourneau, PhD

Dated: December 17, 2021

24

# Attachment 1:

## C.V. of Elizabeth Letourneau

**CURRICULUM VITAE**

**ELIZABETH JANE LETOURNEAU, PhD**

**PERSONAL DATA**

Professor, Department of Mental Health
Director, The Moore Center for the Prevention of Child Sexual Abuse
Johns Hopkins Bloomberg School of Public Health
624 N Broadway/Suite 850
Baltimore, MD 21205-1999
410-955-9913 (office phone); elizabethletourneau@jhu.edu
Twitter: @eletourn
Pronouns: she/her

**EDUCATION AND TRAINING**

| | | |
|---|---|---|
| 1995 | PhD | Clinical Psychology, Northern Illinois University, DeKalb, IL |
| 1993 | | Predoctoral Intern, Medical University of South Carolina Psychology Internship Program |
| 1992 | MA | Clinical Psychology, Norther Illinois University, DeKalb, IL |
| 1988 | BA | Psychology, State University of New York, Buffalo, NY |

**PROFESSIONAL EXPERIENCE**

| | |
|---|---|
| 2016- | Professor, Department of Mental Health, Johns Hopkins Bloomberg School of Public Health, Johns Hopkins University |
| 2012- | Director, Moore Center for the Prevention of Child Sexual Abuse. |
| 2011-2016 | Associate Professor, Department of Mental Health, Johns Hopkins Bloomberg School of Public Health, Johns Hopkins University |
| 2011-2016 | Adjunct Associate Professor, Department of Psychiatry and Behavioral Sciences, Medical University of South Carolina |
| 2006-2011 | Associate Professor, Department of Psychiatry and Behavioral Sciences. Medical University of South Carolina |
| 2000-2006 | Assistant Professor, Department of Psychiatry and Behavioral Sciences. Medical University of South Carolina |
| 1997-2000 | Research Psychologist, U.S. Air Force and Navy |
| 1998-2000 | Adjunct Assistant Professor, Medical University of South Carolina |
| 1996-1997 | Assistant Professor, Augusta State University, Department of Psychology, Augusta, GA. |
| 1994-1996 | Postdoctoral Fellow, National Crime Victims Research and Treatment Center, Medical University of South Carolina |

**PROFESSIONAL ACTIVITIES**

***Society Membership and Leadership***

Association for the Treatment of Sexual Abusers
- Past President: 2015-2016
- President: 2014 - 2015
- President Elect: 2013

- Executive Board: 2000-2005
- Member: 1992-

South Carolina Association for the Treatment of Sexual Abusers
- Founding member, 2003
- President, 2004 – 2006

American Professional Society on the Abuse of Children: 2004-

### *Participation on Advisory Boards*

| | |
|---|---|
| 2021- | Inaugural Member, Eurpeon Union Expert Advisory Committee |
| 2020- | Advisory Committee to the Australian Institute of Criminology Child Sexual Abuse Material (CSAM) Offending Prevention Project |
| 2020- | Global Protection Online Network (GPN), hosted by The Marie Collins Foundation |
| 2020- | US DOJ National Strategy for Child Exploitation Prevention and Interdiction |
| 2020- | Technical Expert Group to Advise the World Bank on CSA |
| 2020-21 | Prevention Revision Task Force, National Children's Alliance |
| 2020- | CDC's CSA in YSOs Partners |
| 2020- | Violence Prevention Policy Network: Supports CDC violence prevention efforts |
| 2019- | Czech Republic National Institute of Mental Health Evolutionary Sexology and Psychopathology Paraphile Project: International Advisory Board member, 2019- |
| 2019 | ITU UNESCO Broadband Commission for Sustainable Development Working Group on Child Safety Online |
| 2019- | End Child Sexual Abuse Advisory Group, Stop It Now!/Lucy Faithful Foundation |
| 2018-2020 | National Academy of Sciences Global Forum on Violence Prevention |
| 2019- | Expert panel, Institute of Child Protection Studies, Australian Catholic University |
| 2017-2020 | Policy Analysis Committee on Juveniles on Sex Offender Registries, American Professional Society on the Abuse of Children (APSAC) |
| 2016-17 | World Health Organization Guidelines Development Group for Guidelines for responding to the sexual abuse of children and adolescents |
| 2015-20 | State Council on Child Abuse and Neglect. Appointed by Governor O'Malley |
| 2014- | Advisory Board, Program in Human Sexuality, University of Minnesota |
| 2012- | National Center on the Sexual Behavior of Youth, Oklahoma University |
| 2013-15 | Health Advisory Group, Baltimore City Department of Social Services MATCH Program |
| 2011 | Office on Violence Against Women Rapid Response Project. Role: network expert |
| 2007-16 | National Advisory Committee, Safer Society Foundation, Inc. |
| 2009-12 | Adam Walsh Act Working Group – research advisor |
| 2009-11 | Charleston Juvenile Drug Court Advisory Committee |

### *Program/Project Development*
Chair, Child Sexual Abuse: A Public Health Perspective Symposium:  Annually from 2012-
Chair, Child Sex Trafficking Symposium: 2013, May

### EDITORIAL AND OTHER PEER REVIEW ACTIVITIES

Special Issue Editor (with Jane Silovsky and Barbara Bonner) *Child Abuse and Neglect,* 2019-2020; Issue Title: Children with Interpersonal Problematic Sexual Behavior

Special Issue Editor (with Jane Silovsky) *Child Maltreatment,* 2008; Issue Title: Children with Sexual Behavior Problems: Dedicated to William F. Friedrich.

### *Journal Peer Review Activities (reflects activities from 2015-present)*
Archives of Sexual Behavior
Child Abuse and Neglect
Child Maltreatment
Clinical Child and Family Psychology
Criminal Justice Policy Review

JAMA Pediatrics
Journal of Clinical Child and Adolescent Psychology
Journal of Criminology
Psychology, Public Policy, & Law
Sexual Abuse

**Editorial Board Membership**

| | |
|---|---|
| 2016-2019 | Editorial Board, *Sexual Abuse: A Journal of Research and Treatment* |
| 2006-2013 | Associate Editor, *Sexual Abuse: A Journal of Research and Treatment* |
| 2000-2006 | Editorial Board, *Sexual Abuse: A Journal of Research and Treatment* |
| 2010-2018 | Consulting Editor, *Journal of Consulting and Clinical Psychology* |
| 1996-2005 | Editorial Board, *Child Maltreatment* |

**Book and Book Chapter Reviews**

| | |
|---|---|
| 2018 | University of California Press |
| 2018 | Palgrave Macmillan Review |

**Ad Hoc Review of Grant Proposals**

| | |
|---|---|
| 2018 | Oak Foundation: invited review |
| 2018 | NIH Loan Repayment Program |
| 2016 | NIH Loan Repayment Program |
| 2015 | NIH Loan Repayment Program |
| 2015 | Behavioral and Social Consequences of HIV/AIDS Study Section; ad hoc member for special emphasis panel |
| 2014 | Behavioral and Social Consequences of HIV/AIDS Study Section; ad hoc member for special emphasis panel |
| 2014 | NIMH PA-14-179 *Clinical Trial Planning Grant For Interventions and Services to Improve Treatment and Prevention of HIV/AIDS* |
| 2014 | National Science Foundation, Law and Social Sciences Program |
| 2013 | NIDA RFA-DA-13-009: *Translational Research on Interventions for Adolescents in the Legal System: TRIALS (U01)* |
| 2013 | NIH Loan Repayment Program |
| 2013 | National Institute of Justice: *Technical Assistance and Support Program: Final Report Reviews* |
| 2012 | National Institute of Justice: *Evaluation and Implementation of the Sex Offender Treatment Intervention and Progress (SOTIPS)* |
| 2012 | National Institute of Justice: *Evaluability Assessments of the Circles of Support and Accountability Model* |
| 2011 | NIH Loan Repayment Program |
| 2011 | National Institute of Justice: *Technical Assistance and Support Program: Final Report Reviews* |
| 2011 | San José State University: *Grants Academy at the Center for Applied Research in Human Services* |
| 2010 | NIH Loan Repayment Program |
| 2009 | Centers for Disease Control and Prevention: *Sexual Violence Prevention* |
| 2009 | National Institute of Justice: *Community Corrections: Evaluating the Effectiveness of Electronic Monitoring of Moderate to High-Risk Offenders under Supervision* |
| 2008 | Centers for Disease Control and Prevention: *Sexual Violence Prevention* |
| 2007 | NIH *B-START* Application |
| 2007 | Office of Juvenile Justice and Delinquency Prevention: *Sex Offender Treatment Program Development and Capacity Building* |

**HONORS AND AWARDS**

*Honors*

| | |
|---|---|
| 2020 | Nominated to National Center for Injury Prevention and Control Board of Scientific Counselors (Pending USDHHS Secretary approval) |

Elizabeth Letourneau | 4 | P a g e

| | |
|---|---|
| 2018 | Nominated to National Center for Injury Prevention and Control Board of Scientific Counselors (US DHHS Secretary did not move on this nomination) |
| 2014-15 | Completed JHU Leadership Development Program |
| 2014-15 | Completed JHU School of Medicine Leadership Program for Women Faculty |
| 1996 | Summer Research Institute Participant, National Data Archive on Child Abuse & Neglect |
| 1992 | Significant Achievement Award for Graduate Student Research on Sexual Aggression, ATSA |

**Awards**

| | |
|---|---|
| 2019-20 | Excellence in Teaching: Outstanding overall course and instructor ratings for *Manuscript Writing* |
| 2018 | Excellence in Teaching: Outstanding overall course and instructor ratings for *Childhood Victimization* |
| 2017 | Excellence in Teaching: Outstanding overall course and instructor ratings for *Childhood Victimization* |
| 2016 | Inaugural Award for Excellence in U.S. Public Health Practice, Office of Public Health Practice and Training, Johns Hopkins Bloomberg School of Public Health |
| 2016 | Excellence in Teaching: Outstanding overall course and instructor ratings for *Childhood Victimization* |
| 2015 | Excellence in Teaching: Outstanding overall course and instructor ratings for *Childhood Victimization* |
| 2008 | APSAC Outstanding Research Article: Letourneau, E. J., Chapman, J., & Schoenwald, S. K. (2008). Treatment outcome and future offending by youth with sexual behavior problems. *Child Maltreatment, 13*, 133-144. |
| 2008 | ProHumanitate Literary Award.  North American Research Center for Child Welfare: Intellectual Integrity and Moral Courage. **Letourneau, E. J.**, Chapman, J., & Schoenwald, S. K. (2008). Treatment outcome and future offending by youth with sexual behavior problems. *Child Maltreatment, 13*, 133-144. |
| 2007 | Pro Humanitate Literary Award (Herbert A. Raskin Child Welfare Article Award): Chaffin, M., Hanson, R., Saunders, B. E., Nichols, T., Barnett, D., Zeanah, C., Berliner, J., Egeland, B., Newman, E., Lyon, E., **Letourneau, E**., & Miller-Perrin, C. (2006). Report of the ASPAC Task Force on Attachment Therapy, Reactive Attachment Disorder, and Attachment Problems. *Child Maltreatment, 11*, 76-89. |
| 2007 | APSAC Outstanding Article in *Child Maltreatment*: Chaffin, M., Hanson, R., Saunders, B. E., Nichols, T., Barnett, D., Zeanah, C., Berliner, J., Egeland, B., Newman, E., Lyon, E., **Letourneau, E**., & Miller-Perrin, C. (2006). Report of the ASPAC Task Force on Attachment Therapy, Reactive Attachment Disorder, and Attachment Problems. *Child Maltreatment, 11*, 76-89. |

**Named Lectureships**

| | |
|---|---|
| 2018 | From Hysteria to Hope: Bringing Reason to the Fight Against Child Sexual Abuse. Inaugural Mark J. Chaffin Lecture and Luncheon. National Symposium on Sexual Behavior of Youth. |
| 2016 | Applying sound policy and practice to youth who commit crimes of a sexual nature.  Charles Shireman Lecturer. Portland State University. |

**PUBLICATIONS** *(* indicates a mentored student or post-doctoral fellow)*

**Journal Articles  (peer review)**

1. Assini-Meytin, L.C., Fix, R., Green, K., Nair, R. & **Letourneau, E.J**. (2021).  Adverse childhood experiences, mental health, and risk behaviors in adulthood: Exploring sex, racial, and ethnic group differences in a nationally representative sample. *Journal of Child & Adolescent Trauma*. In Press.
2. **Letourneau, E. J.,** Roberts, T. M., & Malone, L. (2021). No check we won't write: A report on the high cost of sex offender incarceration. *Sexual Abuse*. In Press.
3. McGinty EE, Nair R, Assini-Meytin LC, Stuart EA, **Letourneau EJ**. (2021).  Impact of Medicaid expansion on reported incidents of child neglect and physical abuse. *American Journal of Preventive*

*Medicine,* In Press.

4. Fix, R. L., Fanniff, A., Kline, J., & **Letourneau, E. J.** (2021). Disproportionate minority contact: An expanded examination of how threat of violent and sexual offending impacts court outcomes. *Race and Justice,* In Press.

5. Fix, R. L., Busso, D. S., Mendelson, T., & **Letourneau,  E. J.** (2021).  Changing the paradigm: Using strategic communications to promote recognition of child sexual abuse as a preventable public health problem. *Child Abuse & Neglect, 117,* 105061.

6. Ruzicka, A. E., Assini-Meytin, L. C., Schaeffer, C. M., Bradshaw, C. P., & **Letourneau, E. J.** (2021). Responsible behavior with younger children: Examining the feasibility of a classroom-based program to prevent child sexual abuse perpetration by adolescents. *Child Sexual Abuse.* In Press.

7. Assini-Meytin, L.C., Kaufman, K., Mathews, B., Palmer, D., *Ingram, M., & **Letourneau, E.J.** (2021). Preventing and responding to child sexual abuse: Organizational efforts. *Child Abuse & Neglect, 112,* 104892.

8. *Sheerin, K.M., Borduin, C.M., Brown, C.E., & **Letourneau, E.J.** (2020). An evaluation of mechanisms of change in multisystemic therapy with juvenile justice-involved youths a decade following treatment. *Journal of Marital and Family Therapy, 47,* 208-219.

9. Feder, K. A., Ali, M. M., Sherman, L., **Elizabeth J. Letourneau, E. J.,** Barry, C. L., Stuart, E., & Mutter, R. (2020). Elevated Prevalence of Antisocial Behavior in Adolescent Children Whose Mothers use Opioids. *Drug and Alcohol Dependence, 215,* 1-6.

10. Feder, K. A., Mojtabai, R., Stuart, E. A., Musci, R., & **Letourneau, E. J.** (2020). Florida's Opioid Crackdown and Drug, Motor Vehicle Crash, and Suicide Mortality: A Bayesian Interrupted Time-Series Analysis. *American Journal of Epidemiology, 189,* 885-893.

11. Fix, R. L., Thompson, K. R., **Letourneau,  E. J.**, & Burkhart, B. R. (2021). Development and Psychometric Properties of the Concerns about Juvenile Sex Offender Registration and Notification Questionnaire (C-JSORNQ). *Sexuality Research and Social Policy, 18,* 397-408.

12. Shields, R. T., Murray, S. M., Ruzicka, A. E., Buckman, C., *Kahn, G., Benelmouffok, A., & **Letourneau, E. J.** (2020). Help Wanted: Lessons on prevention from young adults with a sexual interest in prepubescent children. *Child Abuse and Neglect, 105,* 104416.

13. Fix, R. L., Assini-Meytin, L. C., Harris, A. J., & **Letourneau, E. J.** (2020). Caregivers' perceptions and responses to a new norm: The missing link in addressing adolescent sexting behaviors in the United States. *Archives of Sexual Behavior, 50,* 575-588.

14. Assini-Meytin, L. C, Fix, R. L., & **Letourneau, E. J.** (2020). Child sexual abuse: The need for a perpetration prevention focus. *Journal of Child Sexual Abuse.* 29(1), 22-40.

15. Fix, R. L., **Letourneau, E. J.**, *Mauro, P. M., McCart, M. R., & Sheidow, A. J. (2019). Factors Promoting and Impeding HIV Testing among Adolescents in Juvenile Drug Court. *AIDS Care, 31,* 177-180.

16. *Feder, K. A., *Mauro, P. M., McCart, M. R., Sheidow, A. J., & **Letourneau, E. J.**  (2018). Association of mental health symptoms and peer behaviors with risk for substance use and condomless sex among youth in juvenile drug court. *Journal of Child & Adolescent Substance Abuse, 27,* 133-145.

17. **Letourneau, E. J.,** Brown, D. S., Fang, X., *Hassan, A., & Mercy, J. A. (2018). The economic burden of child sexual abuse in the United States. *Child Abuse and Neglect, 79,* 413-422.

18. **Letourneau, E. J.,** Shields, R. T., Nair, R., *Kahn, G., Sandler, J. C., & Vandiver, D. M. (2019). Juvenile registration and notification policies fail to prevent first-time sexual offenses: An extension of findings to two new states.  *Criminal Justice Policy Review, 30,* 1109-1123.

19. *Feder, K.A., Mojtabai, R., Musci, R.J., & **Letourneau, E.J.** (2018). US adults with opioid use disorder living with children: Treatment use and barriers to care. *Journal of Substance Abuse Treatment, 93,* 31-37.

20. Hanson, R. K., Harris, A. J. R., **Letourneau, E. J.,** Helmus, L. M., & Thornton, D. (2018). Reductions in risk based on time offense free in the community: Once a sexual offender, not always a sexual offender. *Psychology, Public Policy, and Law, 24,* 48-63.

21. **Letourneau, E. J.,** Harris, A. J., Shields, R. T., Walfield, S. M., Ruzicka, A. E., Buckman, C., *Kahn, G. D., & Nair, R. (2018). Effects of juvenile sex offender registration on adolescent well-being: An empirical examination. *Psychology, Public Policy, and Law, 24,* 105-117.

22. Willis, G., & **Letourneau, E. J.** (2018). Promoting accurate and respectful language to describe individuals and groups. Guest Editorial. *Sexual Abuse, 30,* 480-483.

23. *Feder, K. A., **Letourneau, E. J.,** & Brook, J. (2019). Children in the opioid epidemic: Addressing the

Elizabeth Letourneau 6 | P a g e

next generation's public health crisis. *Pediatrics, 143,* e20181656.

24. **Letourneau, E. J.,** Schaeffer, C. M., Bradshaw, C. P., & *Feder, K. A. (2017). Preventing the onset of child sexual abuse by targeting young adolescents with universal prevention programming. *Child Maltreatment, 22,* 100-111.

25. Sandler, J., **Letourneau, E. J**., Vandiver, D., Shields, R. T., & Chaffin, M. (2017). Juvenile sexual crime reporting rates are not influenced by juvenile sex offender registration policies. *Psychology, Public Policy and the Law, 23,* 131–140.

26. *Dopp, A., Borduin, C., M., Rothman, D., & **Letourneau, E. J.** (2017). Evidence-based treatments for youths who engage in illegal sexual behaviors. *Journal of Clinical Child and Adolescent Psychology, 46,* 631-646.

27. DeHart, D., Dwyer, G., Seto, M., Moran, R., **Letourneau, E.,** & Schwarz-Watts, D. (2017). Internet sexual solicitation of children: A proposed typology of offenders based on their chats, E-mails, and social network posts. *Journal of Sexual Aggression, 23,* 77-89.

28. *Mauro, P. M., McCart, M. R., Sheidow, A. J., *Naeger, S., & **Letourneau, E. J.** (2017). Parent and youth engagement in court-mandated substance use disorder treatment. *Journal of Child and Adolescent Substance Abuse, 26,* 324-331.

29. **Letourneau, E. J.,** McCart, M. R., Sheidow, A. J., & *Mauro, P. M. (2016). First evaluation of a contingency management intervention addressing adolescent substance use and sexual risk behaviors: Risk reduction therapy for adolescents. *Journal of Substance Abuse Treatment, 72,* 56-65.

30. Chaffin, M., Chenoweth, S. A., & **Letourneau, E. J.** (2016). Same-sex and race-based disparities in statutory rape arrests. *Journal of Interpersonal Violence, 31,* 26-48.

31. Harris, A. J., *Walfield, S., Shields, R., & **Letourneau, E. J.** (2016). Collateral consequences of juvenile sex offender registration and notification: Results from a survey of treatment providers. *Sexual Abuse: A Journal of Research and Treatment, 28,* 770-790.

32. Zgoba, K. M., Miner, M., Levenson, J., Knight, R., **Letourneau, E.,** & Thornton, D. (2016). The Adam Walsh Act: An examination of sex offender risk classification systems. *Sexual Abuse: A Journal of Research and Treatment, 28,* 722-740.

33. **Letourneau, E. J.**, Nietert, P. J., & Rheingold, A. A. (2016). Brief report: Initial assessment of Stewards of Children Program effects on child sexual abuse reporting rates in selected South Carolina counties. *Child Maltreatment, 21*(1), 74-79.

34. *Rinehart, J. K., Armstrong, K. S., Shields, R. T., & **Letourneau, E. J.** (2016). The effects of transfer laws on youth with violent offenses. *Criminal Justice and Behavior, 43*, 1619-1638.

35. Shields, R., & **Letourneau, E. J.** (2015). Commercial sexual exploitation of children and the emergence of safe harbor legislation: Implications for policy and practice. *Current Psychiatry Reports, 17,* 11-18.

36. Mendelson, T., & **Letourneau, E. J.** (2015). Parent-focused prevention of child sexual abuse. *Prevention Science, 16,* 844-852.

37. *Mauro, P. M., McCart, M. R., *Naeger, S., Sheidow, A. J., & **Letourneau, E. J.** (2015). Caregiver and youth engagement in mandated juvenile drug treatment: Influence on substance use. *Drug and Alcohol Dependence, 146,* e188-e201.

38. Park, J., Bandyopadhyay, D., & **Letourneau, E. J.** (2014). Examining deterrence of adult sex crimes: A semi-parametric intervention time series approach. *Computational Statistics and Data Analysis, 69,* 198-207. PMCID: PMC4002981.

39. **Letourneau, E. J.,** Eaton, W. W., Bass, J., Berlin, F. S., & Moore, S. G. (2014). The need for a comprehensive public health approach to preventing child sexual abuse. *Public Health Reports, 129,* 222-228. PMCID: PMC3982542.

40. McCart, M. R., **Sheidow, A. J.,** & Letourneau, E. J. (2014). Risk Reduction Therapy for Adolescents (RRTA): Targeting substance use and HIV/STI-risk behaviors. *Cognitive and Behavioral Practice, 21*, 161-175. PMCID: PMC4235161.

41. Martins, S., Lee, G. P., Kim, J. H., **Letourneau, E.,** & Storr, C. L. (2014). Gambling and sexual behaviors in African-American adolescents. *Addiction Behaviors, 39,*854-860. PMCID: PMC3994130.

42. Fanniff, A. M., & **Letourneau, E. J.** (2014). Keep testing the waters: Fanniff and Letourneau reply. *Sexual Abuse: A Journal of Research and Treatment, 26,* 401-405.

43. *Sarver, D. E., McCart, M. R., Sheidow, A. J. & **Letourneau, E. J**. (2014). ADHD and risky sexual behavior in adolescents: Conduct problems and substance use as mediators of risk. *Journal of Child Psychology and Psychiatry, 55,* 1345-1353.

44. *Rinehart, J.K., Yeater, E.A., Musci, R.J., **Letourneau, E.J.,** & Lenberg, K.L. (2014).  The role of ethnicity, sexual attitudes, and sexual behavior in sexual revictimization during the transition to emerging adulthood.  *Child Maltreatment, 19,* 178-187.

45. **Letourneau, E. J.,** Armstrong, K. S., Bandyopadhyay, D., & Sinha, D. (2013). Sex offender registration and notification policy increases juvenile plea bargains.  *Sexual Abuse: A Journal of Research and Treatment,25,* 189-207. PMID: 22915204.

46. **Letourneau, E. J.,** Ellis, D. A., Naar-King, S., Chapman, J. E., Cunningham, P. B., & Fowler, S. (2013). Multisystemic therapy for poorly adherent youth with HIV: Results from a pilot randomized controlled trial. *AIDS Care, 25,* 507-514.  PMCID: PMC4489694.

47. Chapman, J E., McCart, M. R., **Letourneau, E. J.,** & Sheidow, A. J. (2013). Comparison of youth, caregiver, therapist, trained, and treatment expert raters of therapist adherence to a substance abuse treatment protocol. *Journal of Consulting and Clinical Psychology, 81,* 674-680. PMCID: PMC3899684.

48. *La Flair, L. N., Reboussin, B. A., Storr, C. L., **Letourneau, E. J.,** Green, K. M., Mojtabai, R., Pacek, L. R., Alvanzo, A. A. H., Cullen, B., & Crum, R. M. (2013). Childhood abuse and neglect and transitions in stages of alcohol involvement among women: A latent transition analysis approach. *Drug and Alcohol Dependence, 132,* 491-498. PMCID: PMC3770786.

49. **Letourneau, E. J.,** McCart, M. R., *Asuzu, K., *Mauro, P. M., & Sheidow, A. J. (2013). Caregiver involvement in sexual risk reduction with substance using juvenile delinquents: Overview and preliminary outcomes of a randomized trial. *Adolescent Psychiatry, 3,* 342-352. PMCID: PMC4581580

50. **Letourneau, E. J**., Henggeler, S. W., McCart, M. R, Borduin, C. M., Schewe, P. A., & Armstrong, K. S. (2013). Two-year follow-up of a randomized effectiveness trial evaluating MST for juveniles who sexually offend.  *Journal of Family Psychology, 27,* 978-985. PMID: 24188082.

51. **Letourneau, E. J.,** & Caldwell, M. F. (2013). Expensive, harmful policies that don't work or how juvenile sexual offending is addressed in the U.S. *International Journal of Behavioral Consultation and Therapy, 8,* 25-31.

52. *Fanniff, A. & **Letourneau, E. J.** (2012). Another piece of the puzzle: Psychometric properties of the J-SOAP-II. *Sexual Abuse: A Journal of Research and Treatment, 24,* 378-408. PMID: 22344780.

53. *Cheely, C.A., Carpenter, L.A., **Letourneau, E.J.,** Nicholas, J.S., Charles, J., & King, L.B. (2012).  The prevalence of youth with autism spectrum disorders in the juvenile justice system.  *Journal of Autism and Developmental Disorders, 42,* 1856-1862. PMID: 22187108.

54. Hanson, R. K., **Letourneau, E. J.,** Olver, M. E., Wilson, R. J., & Miner, M. H. (2012). Incentives for offender research participation are both ethical and practical. *Criminal Justice and Behavior, 39,* 1391-1404.

55. Dwyer, R. G., & **Letourneau, E. J.** (2011). Juveniles who sexually offend: Recommending a treatment program and level of care. *Child and Adolescent Psychiatric Clinics of North America: Special Issue on Forensic Child and Adolescent Psychiatry, 20,* 413-429. PMID: 21683910.

56. Levenson, J. S., **Letourneau, E. J.,** Armstrong, K. S., & Zgoba, K. M. (2010). Failure to register as a sex offender: Is it associated with recidivism? *Justice Quarterly, 27,* 305-331.

57. **Letourneau, E. J.,** Levenson, J. S., Bandyopadhyay, D., Sinha, D., & Armstrong, K. S. (2010). Effects of South Carolina's sex offender registration and notification policy on adult recidivism. *Criminal Justice Policy Review, 21,* 435-458.

58. **Letourneau, E. J.,** Ellis, D. A., Naar-King, S., Cunningham, P. B., & Fowler, S. L. (2010). Case study: Multisystemic Therapy as an intervention for adolescents who engage in HIV transmission risk behaviors. *Journal of Pediatric Psychology, 35,* 120-127. PMCID: PMC2910933.

59. Bandyopadhyay, D., Sinha, D., Lipsizt, S., & **Letourneau, E.** (2010). Changing approaches of prosecutors to juvenile repeat sex offenders: A Bayesian evaluation. *The Annals of Applied Statistics, 4,* 805-829. PMCID: PMC2923855.

60. **Letourneau, E. J.,** Levenson, J. S., Bandyopadhyay, D., Armstrong, K., S., & Sinha, D., (2010). The effects of sex offender registration and notification on judicial decisions. *Criminal Justice Review, 35,* 295-317.

61. **Letourneau, E. J.,** Bandyopadhyay, D., Armstrong, K. S., & Sinha, D. (2010). Do Sex Offender Registration and Notification Requirements Deter Juvenile Sex Crimes? *Criminal Justice and Behavior, 37,* 553-569.

62. **Letourneau, E. J.,** Levenson, J. S., Bandyopadhyay, D., Armstrong, K. S., & Sinha, D. (2010). Effects of South Carolina's sex offender registration and notification policy on deterrence of adult sex crimes.

Case 2:22-cv-10209-MAG-CI   ECF No. 1-5, PageID.431   Filed 02/02/22   Page 34 of 55
Elizabeth Letourneau
8 | P a g e

*Criminal Justice and Behavior, 37,* 537-552.

63. Chaffin, M., Levenson, J. S. **Letourneau. E. J.,** & Stern, P. (2009). How safe are trick-or-treaters? An analysis of child sex crime rates on Halloween. *Sexual Abuse: A Journal of Research and Treatment, 21*, 363-374. PMID: 19581428.

64. Henggeler, S. W., **Letourneau, E. J.,** Chapman, J. E., Borduin, C. M., Schewe, P. A., & McCart, M. R., (2009). Mediators of change for multisystemic therapy with juvenile sexual offenders. *Journal of Consulting and Clinical Psychology,77,* 451-462. PMCID: PMC2744326

65. **Letourneau, E. J.,** Henggeler, S. W., Borduin, C. M., Schewe, P. A., McCart, M. R., Chapman, J. E., & Saldana, L. (2009). Multisystemic therapy for juvenile sexual offenders: 1-year results from a randomized effectiveness trial. *Journal of Family Psychology, 23,* 89-102. PMCID: PMC2710607

66. **Letourneau, E. J.,** Bandyopadhyay, D., Sinha, D., & Armstrong, K. S. (2009a). The effects of sex offender registration policies on juvenile justice decision making. *Sexual Abuse: A Journal of Research and Treatment, 21*, 149-165.

67. **Letourneau, E. J.,** Bandyopadhyay, D., Sinha, D., & Armstrong, K. S. (2009b). The influence of sex offender registration on juvenile sexual recidivism. *Criminal Justice Policy Review, 20,* 136-153.

68. **Letourneau, E. J.,** & Borduin, C. M. (2008). The effective treatment of juveniles who sexually offend: An ethical imperative. *Ethics and Behavior, 18 (2-3),* 286-306.

69. Silovsky, J.F., & **Letourneau, E.** (2008). Introduction to special issue on children with sexual behavior problems. *Child Maltreatment.* 13, 107-109.

70. **Letourneau, E. J.,** Chapman, J., & Schoenwald, S. K. (2008). Treatment outcome and future offending by youth with sexual behavior problems. *Child Maltreatment, 13,* 133-144. PMID: 18408210

71. **Letourneau, E. J.** & Armstrong, K. S. (2008). Recidivism rates for registered and nonregistered juvenile sexual offenders. *Sexual Abuse: A Journal of Research and Treatment,* 20, 393-408.

72. Chaffin, M., Hanson, R., Saunders, B. E., Nichols, T., Barnett, D., Zeanah, C., Berliner, L., Egeland, B., Newman, E., Lyon, E., **Letourneau, E.,** & Miller-Perrin, C. (2006). Report of the ASPAC Task Force on Attachment Therapy, Reactive Attachment Disorder, and Attachment Problems. *Child Maltreatment, 11*, 76-89.

73. **Letourneau, E. J.,** & Miner, M. H. (2005). Juvenile sex offenders:  A case against the legal and clinical status quo. *Sexual Abuse: A Journal of Research and Treatment, 17,* 313-331.

74. Schoenwald, S. K., **Letourneau, E. J.,** & Halliday-Boykin, C. A. (2005). Predicting therapist adherence to a transported family-based treatment for youth. *Journal of Clinical Child and Adolescent Psychology, 34, 658-670.*

75. Halliday-Boykin, C. A., Schoenwald, S. K., & **Letourneau, E. J.** (2005). Caregiver-therapist ethnic similarity predicts youth outcomes from an empirically based treatment. *Journal of Consulting and Clinical Psychology, 73*, 808-818.

76. **Letourneau, E. J.** (2004). Commentary on the First Report. *Sexual Abuse: A Journal of Research and Treatment, 16*, 77-81.

77. **Letourneau, E. J.,** Schoenwald, S. K., & Sheidow, A. J. (2004). Children and adolescents with sexual behavior problems. *Child Maltreatment.* 9, 49-61.

78. Schoenwald, S., K., Sheidow, A. J., & **Letourneau, E. J.** (2004). Toward effective quality assurance in evidence-based practice: Links between expert consultation, therapist fidelity, and child outcomes. *Journal of Clinical Child and Adolescent Psychology, 33*, 94-104.

79. Schoenwald, S., K., Sheidow, A. J., **Letourneau, E. J.,** & Liao, J. G. (2003). Transportability of Multisystemic Therapy: Evidence for multi-level influences. *Mental Health Services Research, 4*, 223-239.

80. Chaffin, M., **Letourneau, E.,** & Silovsky, J. (2002).  Adults who sexually abused children:  A review of international treatment and policy issues. Dziecko Kryzwdzone, 1, 53-68.

81. **Letourneau, E. J.** (2002). A comparison of objective measures of sexual arousal and interest: Visual reaction time and penile plethysmography. *Sexual Abuse: A Journal of Research and Treatment, 14*, 207-224.

82. Henggeler, S., W., Schoenwald, S., K., Liao, J. G., **Letourneau, E. J.,** & Edwards, D. L. (2002). Transporting efficacious treatment to field settings: The link between supervisory practices and therapist fidelity in MST programs. *Journal of Clinical Child Psychology, 31, 155-167*

83. Smith, D. W., **Letourneau, E. J.,** Saunders, B. E., Kilpatrick. D. G., Resnick, H. S. & Best, C. L. (2000). Delay in disclosure of childhood rape: Results from a national survey.  *Child Abuse and Neglect, 24,*

273-287.

84. **Letourneau, E. J.,** & *Lewis, T. C. (1999). The portrayal of child sexual assault in introductory psychology textbooks. *Teaching of Psychology, 26, 253-258.*

85. **Letourneau, E. J.,** Holmes, M., & Chasedunn-Roark, J. (1999). Gynecological health consequences to victims of interpersonal violence. *Women's Health Issues, 9(2), 115-120.*

86. Holmes, M. M., **Letourneau, E. J.,** & Vermillion, S. T. (1998). A psychiatrist's guide to sexual dysfunction in women. *Medical Update for Psychiatrists, 3.*

87. **Letourneau, E. J.,** Schewe, P., and Frueh, B. C. (1997). Sexual problems in combat veterans with PTSD. *Journal of Traumatic Stress 10,* 125-132.

88. **Letourneau, E. J.,** & O'Donohue, W. T. (1997). Classical conditioning of female sexual arousal. *Archives of Sexual Behavior 26,* 63-78.

89. O'Donohue, W. T., **Letourneau, E. J.,** & Downing, H. (1997). Development and psychometric evaluation of the Sex Fantasy Questionnaire. *Sexual Abuse: A Journal of Research and Treatment, 9,* 167-178.

90. **Letourneau, E. J.,** Resnick, H. S., Kilpatrick, D. G., Saunders, B. E., & Best, C. L. (1996). Comorbidity of sexual problems and PTSD in female crime victims. *Behavior Therapy 27,* 321-336.

91. O'Donohue, W. T. & **Letourneau, E. J.** (1993). Brief group treatment for the denial of child sexual abuse: Outcome and follow-up data. *Child Abuse and Neglect, 17,* 299-304.

92. O'Donohue, W. T. & **Letourneau, E. J.** (1992). A review of the psychometric properties of the penile tumescence assessment of child molesters. *Journal of Psychopathology and Behavioral Assessment, 14*(2), 123-175.

## *Books*

Editors J. Proulx, F. Cortoni, L. Craig, & **E. Letourneau.** (2020). *Handbook of What Works with Sexual Offenders: Contemporary Perspectives in Theory, Assessment, Treatment and Prevention.* Chichester, West Sussex: John Wiley & Sons.

## *Chapters*

1. **Letourneau, E. J.** (2O21). Juvenile registration and notification are failed policies that must end. In W. A. Logan & J. J. Prescott (Eds.) *Sex Offender Registration and Community Notification Laws: An Empirical Evaluation* (pp. 164-180). New York, NY: Cambridge University Press.

2. Fix, R., *Ingram, M., & **Letourneau, E. J.** (2020). Sex crime policies that target adolescent offenders. *Handbook of What Works with Sexual Offenders: Contemporary Perspectives in Theory, Assessment, Treatment and Prevention* (pp. 427-440). Chichester, West Sussex: John Wiley & Sons.

3. Shields, R. T., Rothman, D., & **Letourneau, E. J.** (2020). Youth-focused child sexual abuse prevention strategies, In *The Wiley Handbook of What Works with Sexual Offenders: Contemporary Perspectives in Theory, Assessment, Treatment and Prevention* (pp. 473-488). United Kingdom: Wiley.

4. Rebok, G. W., Bradshaw, C. P., Volk, H. E., Mendelson, T., Eaton, W. W., **Letourneau, E. J.,** & Kellam, S. G. (2019). Models of stress and adapting to risk: A life course, developmental perspective. In W. W. Eaton & M. D. Fallin (Eds) *Public Mental Health (2nd ed;* pp. 285-322).

5. **Letourneau, E. J.,** & Shields, R. T. (2016). Ending child sexual abuse: A look at prevention efforts in the United States. In M. Israelashviili & J. L. Romano (Eds.) *Cambridge Handbook of International Prevention Science* (pp. 728-752). Cambridge University Press.

6. **Letourneau, E. J.,** & Schaeffer, C. (2014). Multisystemic therapy for youth problem sexual behavior: A case example. In W. T. O'Donohue (Ed.), *Case studies in sexual deviance* (pp. 17-34). New York: Academic Press.

7. Swenson, C.C., & **Letourneau, E. J.** (2011). Multisystemic therapy with juveniles who sexually offend. In B. Schwartz (Ed.), *Handbook of Sex Offender Treatment* (Chapter 57). New York: Civic Research Institute.

8. **Letourneau, E. J.,** & Levenson, J. S. (2010). Preventing sexual abuse: Community protection policies and practice. In J. Meyers (Ed.), *The APSAC handbook on child maltreatment* (3rd ed, pp. 307-322.). Thousand Oaks, CA: Sage.

9. **Letourneau, E. J.,** Borduin, C. M., & Schaeffer, C. M (2008). Multisystemic therapy for youth with problem sexual behaviors. In A. Beech, L. Craig & K. Browne (Eds.) *Assessment and Treatment of Sexual Offenders: A Handbook* (pp. 453-472). London: Wiley.

10. Saldana, L., Swenson, C. C., & **Letourneau, E. J.** (2006). Multisystemic therapy with juvenile sexual offenders. In R. Longo & D. Prescott (Eds.), *Current perspectives on working with sexually aggressive youth and youth with sexual behavior problems* (pp. 563-580). Holyoake, MA: NEARI Press.

11. **Letourneau, E. J.** (2005). Legal consequences to juvenile sex offending in the United States. In H. Barbaree & W. Marshall (Eds.) *The Juvenile Sex Offender (Second Edition).* New York: Guilford Publications.

12. **Letourneau, E. J.,** & Prescott, D. (2005). Ethical issues in sexual offender assessments. In S. W. Cooper, A. P. Giardino, V. I. Vieth, & N. D. Kellogg (Eds.), *Medical & legal aspects of child sexual exploitation: A comprehensive review of child pornography, child prostitution, and Internet crimes against children* (pp. 278-296). St. Louis, Missouri: G. W. Medical Publishing.

13. **Letourneau, E. J.,** & Swenson, C. C. (2005). Sexual offending and sexual behaviour problems: Treatment with Multisystemic Therapy (pp. 251-268). In M. C. Calder (Ed.) *Children and young people who sexually abuse: New theory, research and practice developments.* Dorset, UK: Russell House Publishing.

14. Swenson, C.C., & **Letourneau, E. J.** (2005). Multisystemic therapy with juvenile sex offenders. In B. Schwartz (Ed.), *The sex offender* (Vol 5). New York: Civic Research Institute.

15. **Letourneau, E. J.,** Cunningham, P. B., & Henggeler, S. W. (2002). Multisystemic treatment of adolescent antisocial behavior. In S. Hofmann & M. C. Tompson (Eds.) *Treating chronic and severe mental disorders: A handbook of empirically supported interventions* (pp. 364-381). New York, NY: Guilford.

16. **Letourneau, E. J.,** & *Lewis, T. C. (2002). The portrayal of child sexual assault in introductory psychology textbooks. In R. A. Griggs (Ed.), *Handbook for teaching introductory psychology: Vol. 3: With an emphasis on assessment.* (pp. 83-88). Mahwah, NJ, US: Lawrence Erlbaum Associates, Publishers.

17. Chaffin, M., **Letourneau, E. J.,** & Silovsky, J. F. (2002). Adults, adolescents and children who sexually abuse children: A developmental perspective. In J. Briere, L. Berliner & T. Reid (Eds.) *The APSAC handbook on child maltreatment* (2nd ed., pp. 205-232). Thousand Oaks, CA: Sage.

18. Gold, S. R., **Letourneau, E. J.,** & O'Donohue, W. T. (1995). Sexual interaction skills. In W. T. O'Donohue and L. Krasner (Eds.), *Handbook of psychological skills training* (pp. 229-246). Boston, MA: Allyn & Bacon.

19. **Letourneau, E. J.,** & O'Donohue, W. T. (1993). Sexual desire disorders. In W. T. O'Donohue and J. H. Geer (Eds.) *Handbook of the assessment and treatment of sexual dysfunctions* (pp. 53-81). Boston: Allyn & Bacon.

20. O'Donohue, W. T., **Letourneau, E. J.,** & Geer, J. H. (1993). Premature ejaculation. In W. O'Donohue and J. H. Geer (Eds.), *Handbook of sexual dysfunctions: Assessment and treatment* (pp. 303-334). Boston: Allyn & Bacon.

***Articles, Editorials, and Other Publications Not Peer-Reviewed***

1. Co-author of the Association for the Treatment of Sexual Abusers (ATSA) *Registration and Community Notification of Children and Adolescents Adjudicated of a Sexual Crime: Recommendations for Evidence-Based Reform (2020).* Published by ATSA: Beaverton, OR.

2. Abner, A., Mathon-Mathieu, F., Sefl, T., VandeHei, A. H., Bass, J. & **Letourneau, E. J.** (2014). *Child sex trafficking in the United States: Identifying gaps and research priorities form a public health perspective.* Synthesis of proceedings from the Child Sex Trafficking Symposium, May 2013. Available at http://www.jhsph.edu/research/centers-and-institutes/moore-center-for-the-prevention-of-child-sexual-abuse/

3. Borduin, C. M., **Letourneau, E. J.,** Henggeler, S. W., Saldana, L. *Multisystemic Therapy for youth with problem sexual behaviors: Treatment manual.* Charleston, SC: Family Services Research Center.

4. **Letourneau, E. J.,** & Borduin, C. M. (2008). MST: Treatment for adolescents with delinquent sexual behavior. Invited contribution for a special issue of the *APSAC Advisor.*

5. Contributor, The War Zone (educational guide to the movie). Learning Enrichment, Inc.

6. **Letourneau, E. J.** (1996). Review of Child survivors and perpetrators of sexual abuse: Treatment innovations. *APSAC Advisor, 9(3),* 27-28.

7. **Letourneau, E. J.** (1996). Review of Adult survivors of sexual abuse. *APSAC Advisor, 9(3),* 27-28

## PRACTICE ACTIVITIES

**Overarching goals: To establish a shared understanding of child sexual abuse as a preventable (not inevitable) public health problem and develop, evaluate, and disseminate evidence-based child sexual abuse prevention policy and practice.** My practice activities are presented in three categories:
i) participate in the development of policy and practice guidelines; ii) provide expertise to legislators and other policy makers, and iii) support criminal court challenges to ineffective and harmful policies.

### i). Participate in the development of policy and practice guidelines and strategies.

<u>Key International Activities</u>

2021        As a member of the Technical Expert Group, contributed to the development of a report to the World Bank Nepal Road and Trade Improvement Project recommending steps to prevent and mitigate online and in-person child sexual abuse. Report was submitted by the Care and Protection of Children Learning Network, Columbia University (Mark Canavera, Director)

2019        Served as an external expert reviewer and advisor to the ITU UNESCO Broadband Commission for Sustainable Development Working Group on Child Safety Online, which released the report *Child Online Safety: Minimizing the Risk of Violence, Abuse, and Exploitation Online.*

2019        Provided an expert review of a child sexual abuse perpetration prevention and treatment intervention program developed at the behest of the New Zealand National Institute of Mental Health to be established as a nation-wide feature of NZ's public health system.

2017        Provided live presentation on prevention research at the Pontifical Gregorian University in Rome, as part of an invitation-only congress leading to the Declaration of Rome by His Holiness, Pope Francis.

2017        Provided live testimony to hearings convened by the Australian Royal Commission Into Institutional Responses to Child Sexual Abuse by the Solicitor and the Commissioners on policy and practice   pertaining to the prevention of child sexual abuse (Day 1) and the treatment of children who engaged in harmful or illegal sexual behaviors (Day 2).

2016-17        Member of the World Health Organization Guidelines Development Group for Guidelines for responding to the sexual abuse of children and adolescents.

2010        Provide an external review for The Swedish Council on Health Technology Assessment of their *Treatment methods for child molesters or those at risk of committing sexual offences against children: A systematic literature review.*

<u>Key Domestic Activities</u>

2021        Consultant to *Economist Impact Out of the Shadows,* an effort to develop a US index by which to objectively evaluate individual state efforts to prevent and address child sexual abuse.

2017        *Association for the Treatment of Sexual Abusers (ATSA) Practice Guidelines for Assessment, Treatment and Intervention with Adolescents Who Have Engaged in Sexually Abusive Behaviors.* Developed by the ATSA Adolescent Practice Guidelines Committee including Jacqueline Page (Co-Chair), Tom Leversee (Co-Chair), Kevin Creeden, **Elizabeth J. Letourneau**, Sue Righthand, and Daniel Rothman.

2012        *Association for the Treatment of Sexual Abusers (ATSA) Adolescents who have engaged in sexually abusive behavior: Effective policies and practice.* Policy paper developed by the ATSA Adolescent Practice Guidelines Committee with principal authorship by Sue Righthand and

11

Elizabeth Letourneau
Case 2:22-cv-10209-MAG-CI   ECF No. 1-5, PageID.435   Filed 02/02/22   Page 38 of 55
12 | P a g e

Elizabeth J. Letourneau.

**ii).  Provide expertise to legislators and other policy makers.**

2021          Consultant to *Washington State Sex Offender Policy Board* who recommended significant changes to state juvenile registration requirements based in part on my research, which is heavily cited in their <u>final report</u> to WA Senate Human Services, Reentry and Rehabilitation committee.
2021          Presented live testimony via Zoom to WA State Senate as an expert panelist in support of Senate Bill 5123 to end juvenile sex offender registration and notification.
2020          Provided live testimony via Zoom to WA State legislators, judges, prosecutors in support of ending juvenile sex offender registration.
2020          Provided live testimony on juvenile registration research to the Washington State Senate Human Services, Re-entry & Rehabilitation Hearing
2018          Provided consultation for MD HB 486 requiring stronger checks with former school K-12 employers of new K-12 applicants.
2017          Provided consultation for MD HB 1072 requiring evidence-informed child sexual abuse prevention efforts in K-12 schools.

2017          Expert consultant for US Attorney General in Altoona-Johnstown PA re: Catholic Diocese responses to child sexual abuse.
2016          Presented research on juvenile registration to 150 judges at the Oregon Judicial Conference.
2016          Provided live consultation and written review of reports to the Federal Advisory Committee on Juvenile Justice subcommittee examining the federal juvenile sex offender registration policy.
2015          Consulted by the US Immigration and Customs Enforcement Child Exploitation and Traveling Child Sex Offender Investigations unit.
2015          Provided live testimony to New Jersey policy makers on impact of Megan's Law. Stratford, NJ.
2014          Provided live testimony at the invitation of SC Senate Subcommittee on Corrections and Penology regarding efforts to limit state's juvenile sex offender registration and notification policies.
2014          Provided written review of Bill SWB-5040CM14 to Amend the Sex Offender Registry. prior to subcommittee vote on bill submitted by SC Rep. Norman Brannon.
2013          Provided live testimony via Zoom to Oregon House and Senate Judiciary Committees. on juvenile sex offender registration and notification.
2012          Invited topic expert of the Office of Justice Programs (OJP), Sex Offender Management Assessment and Planning Initiative (SOMAPI) Forum, Washington, DC.
2012          Invited participant in the U.S. Department of Justice, Sex Offender Management Research and Practice Forum.
2011          Invited topic expert in the area of treating sexual offending behaviors in adolescents. California Evidence-Based Clearinghouse for Child Welfare (CEBC).
2011          Provided written testimony to the Judiciary Committee of the Council of the District of Columbia regarding Bill 19-255, Sex Offender Registration Amendment Act of 2011.
2006          Provided live testimony regarding SC Senate Bill S 1267 – Death Penalty for Repeat Sex Offenders at subcommittee.

**iii) Support court challenges to ineffective or harmful policies.**  Since 2003, I have led a program of research demonstrating the ineffectiveness and harmfulness of sex offender registration policies.  Because these policies are legally mandated at the federal and state levels, challenges and policy changes often occur in the context of criminal court cases.  My contributions as an expert in such cases focuses on mitigating or eliminating these harmful practices.

<u>Key Live Testimony Activities</u>
2021          PA Court of Common Pleas regarding Commonwealth of Pennsylvania vs. George J. Torsilieri

(No. 15-CR-001570-2016); case will be remanded to PA Supreme.

2016    Circuit Court, Huntsville, Alabama, in the interest of AS; case pertained to juvenile registration and notification.

2014    United States District Court for the Middle District of Alabama, Northern Division (CASE NO. 2:11–CV–1027–WKW). Case challenged AL's sex offender registration, notification, residency and employment restriction policy.

2011    Horry County (SC) Circuit Court in the case of People of the State of South Carolina vs. TS. Case pertained to the release of TS from sex offender         civil commitment. Court ruled against TS (Opinion No. 27241); overturned by SC Supreme Court (Appellate Case No. 2011-194610). May, 2012.

2010    Charleston County Family Court in a case arguing for juvenile release from sex offender registration and notification requirements.

2009    Washtenaw County (MI) Trial Court, Family Division in the case of People of the State of Michigan v TD. Case No. 294716

2008    OH court In re CP, 2008-CP-26-3108.

Key Written Affidavits, Declarations, and Amicus Curiae Activities

2020    Lead author, with Michael Caldwell, for amicus brief submitted to **Supreme Judicial Court for the Commonwealth of Massachusetts**, Juvenile Vs. Commonwealth (Docket No. SJC-12790) on juvenile registration as a failed and harmful policy. Co-signed by 10 experts.

2018    Provided written affidavit summarizing the science on sex offender registration and to the PA Court of Common Pleas for the case of Commonwealth of Pennsylvania vs. George J. Torsilieri (No. 15-CR-001570-2016), which found the state registration requirements were unconstitutional as a form of enhanced punishment based on an irrebuttable presumption of future dangerousness.

2018    Two of my publications were cited in a **New Jersey Supreme Court** decision that lifetime sex offender registration is unconstitutional for juveniles. State of New Jersey in the Interest of C.K. (A-15-16) (077672).

2014    Co-authored an amici curiae filed with **OH Supreme Court** for the case of In re D.S. 2014-06-7. Brief challenged classification of a youth as a tier II juvenile offender registrant for offenses that occurred when he was either 13 or 14 years old. The Court overturned the registration requirement.

2014    Co-authored an amici curiae filed with the **Supreme Court of PA** for the case In re J.B. et al. Nos. 87-93 MAP 2013 (J-44A-G-2014). The Court ruled that juvenile sex offender registration policy was unconstitutional.

2013    Submitted a written affidavit to the Court of Common Pleas of York County, Pennsylvania, for the case In re: JB, LAD, DE, KOH, AM, JT, DT.

2012    Provided an affidavit summarizing registration research to the PA Lower Court for the case of In re J.B. et al., No. CP-45-JV-249-2012. Case challenged registration of a minor in PA. Registration requirement was initially overturned by a lower court, then reinstated upon appeal, ending with the Supreme Court of PA ruling, noted above. In re C.P. 2010-0731.

2010    Contributed to amici curiae filed on September 28, 2010 with **OH Supreme Court**. Brief disputes Ohio law pertaining to registration requirements for a minor adjudicated of rape.

2010    Contributed to amici curiae filed on August 24, 2010 with **OH Supreme Court** for the case In re D.B. 2010-0240. Brief disputes fairness of rape adjudication for 12-year-old boy who engaged in consenting sex with and 11 and 12-year-old male peers.

*Media Presentations and Interviews (selected since 2012)*

- In Defense of Children Podcast with Chris Kleiser. June 23, 2021
- UNDARK. June 7, 2021. *Can a radical treatment for pedophilia work outside of Germany?*
  - Also featured in: *The Wire Science*. https://science.thewire.in/health/can-a-radical-treatment-for-paedophilia-work-outside-of-germany/
- WYPR Midday with Tom Hall. April 26, 2021. *Combating the rise of child sexual abuse during the pandemic*.
- Bloomberg. December 30, 2019 (Economics).

Elizabeth Letourneau 14 | P a g e

- The Hill. September 11, 2019 (Opinion). *We spend billions after child sexual abuse happens and nothing to prevent it*
- Vice News Tonight! August, 2019.
- Rolling Stone. July 11, 2019. *Alabama Sex Offender Bill: What is Chemical Castration and Why is it so Controversial?*
- The Sentinel. February 8, 2019. *Charging Adults for Sex Offenses Committed as Kids: 'Miscarriage of Justice'?*
- The Washington Post. October 25, 2018.  What to do when your child is accused of sexually inappropriate behavior.
- Psychology Today Prevention Now Blog. June 22, 2018. *Crisis on the Southern Border: We're Putting Kids in Danger.*
- HealthDay News. June 4, 2019. *Child sexual abuse in the United States exacts an enormous economic toll, researchers report.*
- Sports Illustrated. May 21, 2018. *Prospect and Pariah.*
- TEDMED. December 1, 2016.
- New York Post. October 30, 2016. *Grown-up's new schemes to ruin Halloween.*
- Star Tribune Op-Ed, September, 2016: *After Jacob, Work Harder to Prevent Child Sexual Abuse*
- PBS News Hour, June, 2016: *Should a Juvenile Offender be Locked Up Indefinitely?*
- Pacific Standard, May, 2016: *What's the Real Rate of Sex-Crime Recidivism?*
- The New Yorker, March, 2016: *The List*
- Psychology Today, November, 2015: *Sympathy for the Deviant*
- On Point with Tom Ashbrook, June, 2015: *Secrets and Realities of US Child Abuse*
- Newsweek, June 2015: *The Hunt for Child Sex Abusers is Happening in the Wrong Place*
- Washington Post, August 20, 2015: *The Jared Fogel case: Why we understand so little about child sexual abuse.*
- Newsweek, June 23, 2015: *The hunt for child sexual abusers is happening in all the wrong places.*
- Freakonomics Radio, June 10, 2015: *Making sex offenders pay - and pay and pay and pay.*
- On Point, NPR, June 3, 2015: *Secrets and realities of US child sex abuse.*
- Observado (Portuguese newspaper) April 29, 2015: *Distribuíram papéis a avisar que eu era pedófilo* (translation: They distributed papers to warn that I was a pedophile).
- TIME Op-Ed, October 14, 2014: *We need to make it easier for pedophiles to seek help.*
- Matter Magazine, August 10, 2014: *Your 16, you're a pedophile, you don't want to hurt anyone. What do you do now?*
- Vox. June 4, 2015. *This woman is trying to stop juvenile sex offenders – by helping them*.
- This American Life, April, 2014: *Help Wanted*
- Politico: Panelist on Domestic Sex Trafficking, with Mrs. Cindy McCain and Malika Saada Saar
- Baltimore Sun Op-Ed, August 6, 2013: *A prevention-first approach to child sexual abuse*
- CNN. October 13, 2012: *Because of you, I trust no one.*
- Baltimore Sun, July 18, 2012: *Sandusky case: Child sexual abuse needs prevention, not just punishment.*
- PBS News Hour, July 12, 2012: *What are the lessons from the Penn State Scandal?*

## *Other Practice Activities*

| | |
|---|---|
| 2015 | Panelist for public engagement session: Understanding sexual violence against children: causes, consequences and prevention.  Dublin, Ireland. |
| 2014 | Panelist for public engagement session: Making Society Safer: A public engagement event. San Diego, CA, October |

## *Clinical Activities (ended in 2011)*

| | |
|---|---|
| 2007-10 | Clinical Supervisor for MST-HIV study therapists |
| 2004-07 | Clinical Consultant for MST-PSB study team |
| 2003-2006 | Clinical Consultant for general MST teams |
| 1999-01 | Sex offender evaluations, South Eastern Offender Assessments, Summerville, SC |
| 1997 | Part-time therapist, Psychological Specialists, Augusta, GA |
| 1994 | Behavior modification consultant, Community Mental Health, Charleston, SC. |
| 1993 | Behavior modification consultant, Cerebral Palsy Foundation, Augusta, IL. |

**CURRICULUM VITAE**

ELIZABETH JANE LETOURNEAU

PART II

## TEACHING

*Post-doctoral fellows*

| | |
|---|---|
| 2021- | Maggie Ingram, PhD, Global Perpetration Prevention Training Program; funded by Oak Foundation Award (PI: Letourneau) |
| 2021- | John Thorne, PhD, Moore Center for the Prevention of Child Sexual Abuse Fellowship; funded by Moore Center (PI: Letourneau) |
| 2012-2014 | Jennie Rinehart, PhD, Prevention Science Training Program Postdoctoral NRSA Fellowship, NIMH (PI: Ialongo) and Drug Dependency Epidemiology Training Program (DDET) Postdoctoral NRSA Fellowship, National Institute of Drug Abuse, Johns Hopkins Bloomberg School of Public Health(PI: Furr-Holden)<br>**Current Position:** |

*Advisees*

- *Doctoral Advisees*

| | | | |
|---|---|---|---|
| Kenneth Feder | PhD, Mental Health | | 2015-2019 |
| Jonathon Thorne | PhD, Mental Health | | 2016-2020 |
| Geoffrey Kahn | PhD, Mental Health | (changed advisors) | 2016-2017 |
| Maegan Ingram | PhD, Mental Health | | 2017-2021 |
| Nicole McConico | PhD, Mental Health | (changed advisors) | 2019 |
| Kathryn Kaplan | DrPh, Public Health | | 2020- |
| Alex Newman | PhD, Mental Health | | 2021- |

- *Doctoral Thesis Committees*

| | | |
|---|---|---|
| Megan Schuler | PhD, Mental Health | 2012-2013 |
| Maya Nadison | PhD, Mental Health | 2012-2014 |
| Stephanie Guinooso | PhD, Population, Family & Reproductive Health | 2013 |
| Meredith Matone | DrPH, Population, Family &Reproductive Health | 2014-2015 |
| Anna Flynn | PhD, Mental Health | 2014-2015 |
| Stacey Lloyd | PhD, Mental Health | 2015-2017 |
| Ryoko Susukida | PhD, Mental Health | 2015-2017 |

- *MHS & MPH Advisees*

| | |
|---|---|
| Christine Kwitkowski | 2011-2012 |
| Sarah Marshall | 2013-2014 |
| Ahmed Hassan | 2013-2016 |
| Marissa Kobayashi | 2013-2014 |
| John Thorne | 2015-2016 |
| Maegan Ingram | 2016-2017 |
| Dannielle Brown | 2016-2017 |
| Melissa Box | 2019-2021 |

- *Humphrey Fellow Advisee*

| | | |
|---|---|---|
| George Leveridge | MD, Psychiatrist, Jamaica | 2012-2013 |

- *JHU BA/MPH Advisee*

| | |
|---|---|
| Danielle Brown | 2015-2014 |

*Preliminary Oral Participation*

| Megan Schuler | Mental Health | 2011 |
| Lauren Ropelewski | Mental Health | 2011 |
| Anna Flynn | PhD, Mental Health | 2014 |
| Stacey Lloyd | PhD, Mental Health | 2015 |

*Final Oral Participation*

| Megan Schuler | Mental Health | 2011 |
| Stephanie Guinooso | PhD, Population, Family & Reproductive Health | 2013 |
| Jenna Riis | PhD, | |

*Classroom Instruction*

| *Childhood Victimization: A Public Health Perspective* (330.640) | 2013- |
| *Childhood Victimization: A Public Health Perspective* (Summer Institute) | 2015-2018 |
| *Manuscript Writing for the Social Sciences* | 2016- |

*Other Significant Teaching*

- Advisees: Other Institutions
  *University of New Hampshire*
  External advisor to Kie Saito                                            2015-

  *Medical University of South Carolina, Masters in Science of Medical Students*
  Advisor to Josh Eichenberger                                            2010

  *Griffith University, Brisbane, Australia, Doctor of Philosophy in Clinical Psychology*
  External dissertation reviewer for Belinda Crissman                     2010

  *Adelphi University, Doctor of Philosophy in Clinical Psychology*
  Dissertation committee member for Victor Kersey                         2005

- *Guest Lectures*

  | 2014-2015 | Understanding and Preventing Violence, Professor Daniel Webster (2014-2015) |
  | 2013-2014 | Understanding and Preventing Violence, Professor Daniel Webster (February 24, 2014) |
  | | Third Child Health Forum: Translating Research to Policy and Practice "Children in Danger: Gaps in Policy & Implementation Across Developed and Developing Countries." Moderated by Bernard Guyer (February 10, 2014) |
  | 2012-2013 | Current Issues, Professor Edith Schoenrich (December 7, 2012) |
  | | Manuscript Writing, Professor Tamar Mendelson (November 12, 2012) |
  | | Grant Writing, Professor Philip Leaf (December 11, 2012) |
  | 2011-2012 | Wednesday Noon Seminar Series, Department of Mental Health |
  | | *Substance Use and Sexual Risk Reduction for Juvenile Drug Court Involved Youth* |
  | | Wednesday Noon Seminar Series, Department of Mental Health |
  | | *Juveniles who Sexually Offend: Research, Treatment, and Policy Milestones*. |
  | 2010 | Wednesday Noon Seminar Series, Department of Mental Health |
  | | *What is the right policy for sex offenders? Using evidence to optimize individual rights and public safety.* |

- *Classroom Instruction: Other Institutions*

  | 2014 | Presented to a Psychology AP course taught at JHU |
  | 2010, 2012 | Medical Ethics, Medical University of South Carolina |
  | 2010 | Clinical Trials: Developing and Editing Manuscripts |
  | | Graduate School, Medical University of South Carolina |

|      |                                                                                                 |
|------|-------------------------------------------------------------------------------------------------|
|      | Elective individual research instruction.                                                       |
| 1997 | Child Development<br>Department of Psychology, Augusta State University<br>Undergraduate course |
| 1997 | Abnormal Psychology<br>Department of Psychology, Augusta State University<br>Masters of Arts, Clinical Psychology graduate program |
| 1996 | Child Development<br>Department of Psychology, Augusta State University<br>Undergraduate course |
| 1996 | Intellectual Assessment<br>Department of Psychology, Augusta State University<br>Masters of Arts, Clinical Psychology graduate program |

## RESEARCH GRANT PARTICIPATION

*Center Funding*

| Center | Role | Benefactor | Funding Amount |
|--------|------|------------|----------------|
| Moore Center for the Prevention of Child Sexual Abuse<br>(10/1/2017 – 9/30/2022) | Director | Dr. Stephen and Mrs. Julia Moore | Private |
| Moore Center for the Prevention of Child Sexual Abuse<br>(10/1/2012 – 9/30/2017) | Director | Dr. Stephen and Mrs. Julia Moore | Private |

*Principal Investigator*

| Title | Agency | Level | Budget Amount |
|-------|--------|-------|---------------|
| Establishing Perpetration Prevalence Rates Internationally.<br>(11/01/2021-10/31/2026; HDF# INT21-02 | Human Dignity Foundation | 20% | $3,271,000 |
| Expanding Help Wanted Prevention Intervention | Google.org | | $150,000 |
| Global Perpetration Prevention: Transforming Knowledge to Action.<br>This transformative grant funds a 5-year program of research to identify, evaluate, and disseminate effective child sexual abuse perpetration prevention strategies.<br>(1/1/2021-12/31/2025; OFIL-20-257) | Oak Foundation | 50% | $10,297,849 |
| Help Wanted: Evaluating a Prevention Intervention for People with Sexual Interest in Children<br>(9/30/2020 – 9/29/2024; U01CE003310) | CDC NCIPC | 20% | $1,575,691 |
| COVID-19 Rapid Response: Public launch of Help Wanted Prevention Intervention<br>(4/1/2020 – 3/30/2021) | Oak Foundation via The TIDES Organization | 10% | $100,000 |
| Moore Center Planning Grant | Oak Foundation via | 20% | $228,623 |

| | | | |
|---|---|---|---|
| (2/1/2020 – 1/31/2021) | Fidelity Charitable | | |
| Help Wanted Prevention Intervention (2/25/19 – 2/24/20) | HAND Foundation | 5% | $67,000 |
| Evaluation of Factors Associated with the Perpetration of Sexual Violence Against Children (3/15/19 – 9/14/20) | Together for Girls | 3% | $46,000 |
| A national evaluation of Medicaid expansion on the prevention of child abuse and neglect, youth violence, and intimate partner violence (9/30/18 – 9/29/21); (U01 CE002947-01) | CDC | 18% | $890,849 |
| Supplement to national evaluation of Medicaid expansion on the prevention of child abuse and neglect, youth violence, and IPV (9/30/18 – 9/29/21); (GA-2015-X3200) | Annie E. Casey Foundation | 18% | $200,000 |
| Evaluating Child Sexual Abuse Prevention Strategies within Youth Serving Organizations (8/1/2019 – 7/31/2022) (R49 CE003090; Johns Hopkins Center for Injury Research and Policy, Project 2: | CDC Subaward through JHCIRP | 10% | $336,265 |
| Examining the USCSS'S Sexual Misconduct Registry (1/1/2019 – 6/30/2020) | US Center for Safe Sport | 16% | $150,395 |
| Changing the Paradigm: CSA as a Preventable Public Health Problem (9/1/2018 – 8/31/2023); (R24HD089955) | NICHD | 35% | $2,852,301 |
| Preventing Child Sexual Abuse in Youth Serving Organizations (4/1/2018 – 9/30/2020) | Bloomberg American Health Initiative High Impact Award | 30% | $250,000 |
| Support for juvenile registration policy efforts (5/1/2017 – 4/30/2018) (GA-2017-X4269) | Annie E. Casey Foundation | NA | $100,000 |
| Preventing Problem Sexual Behavior Among Young Adolescents (5/1/16 – 4/30/19) (R21 HD083704-01A1) | NICHD | 15% | $469,289 |
| Supplement to collateral consequences of juvenile sex offender registration and notification | Annie E. Casey Foundation | NA | $50,000 |
| Commercial Sexual Exploitation of Children: Multi-state Evaluation of Safe Harbor Laws (1/1/2015 – 12/31/2017) (2014-MC-FX-0001) | OJJDP | 10% | $499,034 |
| Help Wanted: Designing a Prevention Intervention for Adolescents who are Sexually Attracted to Children (4/1/2018-3/31/2019) | Raliance (sic) | 5% | $50,000 |

| | | | |
|---|---|---|---|
| Collateral Consequences of Juvenile Sex Offender Registration and Notification (06/01/2012-06/31/2014) | Open Society Foundations Criminal Justice Fund | 15% | $200,000 |
| Gift to support secondary data analyses on child sexual abuse (3/15/2012 – 3/14/2013) | Let Go Let Peace Come In Foundation | NA | $136,000 |
| Juvenile Registration and Notification Policy Effects: A Multistate Evaluation Project (10/1/2010 – 4/30/2015) (2011-MU-FX-4004) | OJJDP | 25% | $499,974 |
| Targeting HIV Risk Behaviors in Juvenile Drug Court-Involved Youth (Supplement) (09/25/2011- 06/30/2013) (R01 DA025880-04S1) | NIDA | NA | $70,982 |
| Targeting HIV Risk Behaviors in Juvenile Drug Court-Involved Youth (09/25/2008–06/30/2013) (R01 DA025880) | NIDA | 35% | $1,795,836 |
| Adapting MST to Address Transmission Risk (Supplement) (02/01/2009-01/31/2011) (R34 MH077500-01A1) | NIMH | NA | $73,750 |
| Adapting MST to Address Transmission Risk Behaviors in HIV+ Youth People (02/01/2007-01/31/2011) (R34 MH077500-01A1) | NIMH | 10% | $616,136 |
| Preventing Sexual Violence: Does Sex Offender Registration and Notification Work? (09/01/2005-08/30/2009) (R49-000-567) | CDC | 35% | $886,112 |
| Evaluating the Effectiveness of Sex Offender Registration & Notification Policies for Reducing Sexual Violence against Women (08/01/2006-07/31/2009) (2006-WG-BX-0002) | NIJ | 35% | $484,106 |
| Offender Registration: Examination of Intended and Unintended Effects on Juvenile Offenders (4/1/2005-3/31/2006) (SES-0455124) | NSF | 25% | $250,000 |
| New Investigator Award: A Comparison of Penile Plethysmography and Visual Reaction Time Measures of Sexual Arousal (10/1/97-09/30/98) | ATSA | NA | $25,000 |

*Other Research Support*

| Title | Agency | PI | My Role |
|---|---|---|---|
| PRIOIRTY: Prevention to Reduce Incidence Of Sexual Abuse by Reaching Individuals Concerned About Their Risk to Young People (12/1/2021-11/30/2024) (ISF-Police Action Grant, Project #101038787) | European Commission Internal Security Fund – Police | Dr. Peer Briken | Scientific Advisor and Consultant |

| | | | |
|---|---|---|---|
| COVID-19 Rapid Response: Creating a portal of resources for people concerned about their own sexual thoughts and behaviors (4/1/2020 – 3/30/2021) | Oak Found. via The TIDES | Dr. Michael Seto | Co-investigator/Site PI |
| Alcohol policies to prevent and reduce youth violence exposure (9/1/2015 – 8/30/2018) (1R01CE002682) | CDC | Dr. Debra Furr-Holden | Co-investigator |
| Examining bias in judicial outcomes for youth who have sexually offended: Are boys with male victims treated differently than boys with female victims? (5/27/2015 – 6/30/2017) | Donor-advised fund | Dr. Ryan Shields | Co-Principal Investigator |
| Development and Validation of an Actuarial Risk Assessment Tool for Juvenile Sex Offenders (1/1/2014 – 12/30/2017) | NIJ | Mr. KiDeuk Kim | Co-Investigator |
| Protecting Children Online: Using Research-Based Algorithms to Prioritize Law Enforcement Internet (10/01/2012 – 9/30/15) (2011-MC-CX-0002) | OJJDP | Dr. Gregg Dwyer | Co-Principal Investigator |
| Building a Prevention Framework to Address Teen 'Sexting' Behaviors (10/01/2010-11/30/2013) (2010-MC-CX-0001) | OJJDP | Dr. Andrew Harris | Co-Principal Investigator & Site Principal Investigator |
| A Multi-state Recidivism Study Using Static-99 and Static-2002 Risk Scores and Tier Guidelines from the Adam Walsh Act (11/1/2008-10/31/2011) (2008-MU-MU-0001) | NIJ | Dr. Kristin Zygoba | Co-Investigator & Site Principal Investigator |
| Effectiveness Trial: MST with Juvenile Sexual Offenders (03/14/2003-02/29/2009) (1RO1MH65414) | NIMH | Dr. Scott Henggeler | Co-Investigator & Project Director |
| Testing Context Effects on Treatment of Drug Using Youths (04/01/05-07/30/05) (R01 DA19107-01 A1) | NIDA | Dr. Sonja Schoenwald | Research Coordinator |
| An MST-Based Continuum of Care (06/01/96-2/28/04 ) (Contract No. 96.2013) | Annie E. Casey | Dr. Scott Henggeler | Research Coordinator |
| Transportability of New Treatments: MST as a Test Case (09/01/99-05/31/04) (R01MH59138-02) | NIMH | Dr. Sonja Schoenwald | Project Coordinator |

**ACADEMIC SERVICE**

*Division/Department*
- Chair, Faculty Development Committee: 2019-
- Doctoral Student Admissions Committee: 2015-present
- Open faculty search committee: 2014-2015

- Doctoral student awards committee: 2014-2019

*School*
- Member, Committee on Appointments and Promotions: 2019-
- Member, Committee on Honors & Awards: 2016-2019
- Center for AIDS Research (CFAR) Internal Scientific Review, ad hoc reviewer: 2015
- Committee on Appointments and Promotions, ad hoc member: 2012
- Anna Baejter Society. Panelist: *Mental Health as Public Health: Global Implications*: April, 2013
- Panelist: *A Global Perspective on Human Trafficking (Dispelling Myths):* December, 2012

*University*
- Child Protection Committee (formerly Committee on Policies and Procedures for Youth Programs): 2011 - 2017

Other Institutions
*Kennedy Krieger Institute*
- Search committee for senior research position: 2015

*Medical University of South Carolina*
- Institutional Review Board Member: 2010-2011
- Executive Research Committee Member: 2009-2011
- Appointment, Promotion, and Tenure Committee: 2007-2010


## PRESENTATIONS (Selected)

*Invited Keynote, Plenary, and International Presentations*
Multisystemic Therapy. Keynote Presentation at the Annual Mental Health Seminar, Roanoke, VA, 2003.
MST and Juvenile Sex Offenders. Conference presentation at the annual conference of the International Association for Treatment of Sexual Abusers, Athens, Greece, 2004
Legal Consequences of Juvenile Sex Offending. Conference presentation at the annual conference of the International Association for Treatment of Sexual Abusers, Athens, Greece, 2004
Multisystemic Therapy (MST): Bases of Success in Treating Serious Clinical Problems in Children and Adolescents.  Keynote presentation at Kind & Adolescent.  Amersfoort, The Netherlands, 2004
MST and the Treatment of Juvenile Sex Offenders. Paper presentation at the International Association for the Treatment of Sexual Offenders (IATSO). Athens, Greece, 2004
Legal Policies for Juvenile Sexual Offenders in the United States. Paper presentation at the International Association for the Treatment of Sexual Offenders (IATSO). Athens, Greece, 2004
Adaptations of MST for Juvenile Sexual Offenders. In S. W. Henggeler (Chair) *Developing and Adapting MST for New Populations.* Symposium presented at the Blueprints Conference, March 13-15, Denver, Colorado, 2006 (With Dr. Charles Borduin)
Effectiveness of Multisystemic therapy with juvenile sex offenders: 1-yr outcomes of a randomized trial. Presented at the first convening of the sex offender researcher roundtable. Banff, Canada, 2008
Multisystemic therapy for juvenile sex offenders: Results from a randomized effectiveness trial. Keynote presentation at the 18th annual conference and practice workshops of the National Organization for the Treatment of Abusers, Cardiff, UK, 2008
Multisystemic therapy with juvenile sex offenders. Workshop presented at the 18th annual conference and practice workshops of the National Organization for the Treatment of Abusers, Cardiff, UK, 2008
Sex offender registers and adolescents: Helpful, harmful, or no effect? Invited policy presentation for Australia-New Zealand Association for Sexual Abuse (ANZATSA). Sydney, Australia, 2009
Effects of Sex Offender Registration and Notification as Applied to Juveniles. Griffith University Research Policy Practice Symposium. Brisbane, Australia, 2009
Sex offender registration and notification: Outcomes from a US experiment.  Invited keynote presentation to the 29th Meeting of the INTERPOL specialists group on crimes against children. Lyon, France, 2011

Juvenile registration and notification: A policy failure. Invited lecture to the 29th Meeting of the INTERPOL specialists group on crimes against children. Lyon, France, 2011

Juveniles who Sexually Offender: Research, Treatment, and Policy Milestones.  Keynote presentation, 30th Annual Research and Treatment Conference. Association for the Treatment of Sexual Abusers. Toronto, CA, 2011

Prevention of Child Sexual Abuse.  First Annual Symposium, Child Sexual Abuse: A Public Health Perspective. Johns Hopkins Bloomberg School of Public Health, Baltimore, MD, 2012

Juvenile sex offender registration and notification as failed policy.  Keynote presentation at the South Carolina ATSA Conference. Charleston, SC, 2014

Child Sexual Abuse: A public health perspective. Keynote presentation at the Utah Conference: Intervention and Treatment of Sexual Violence. Salt Lake City, UT, 2014

Child sexual abuse as a public health problem.  Keynote presentation at the 18th Annual MnATSA Conference. Minneapolis, MN, 2014

Invited presentation to the University of South Carolina School of Law.  Columbia, SC, 2014

Invited keynote presentation to the South Carolina ATSA conference.  Charleston, SC, 2014

Preventing sexual abuse: Learning together/Working together. Keynote presentation at the Mid Atlantic Region Chapter of the Association for the Treatment of Sexual Abusers. Rehoboth, DE, 2014

Evidence-based practice in the assessment, treatment, and supervision of youthful sex offenders.  Keynote presentation at the 13th Annual INSOMM Program Training Conference.  Indianapolis, IN, 2014

Help Wanted: Young people living with sexual attraction to younger children. Keynote presentation at the 33rd Annual Research and Treatment Conference of the Association for the Treatment of Sexual Abusers. San Diego, CA, 2014 (With Mr. Luke Malone)

Pedophilia: Predisposition or Perversion? Panel hosted by Columbia University Graduate School of Journalism, New York City, NY, 2015 (With Mr. Luke Malone and Dr. James Cantor)

Child sexual abuse: A preventable public health problem.  Keynote presentation at NYS ATSA/Alliance 20th Annual Conference, Albany, NY, 2015

Adolescents with problem sexual behaviors: Empirically and ethically supported practice guidelines.  Workshop presented at the NYS ATSA/Alliance 20th Annual Conference, Albany, NY, 2015

Child sexual abuse: Prevention in schools.  Presented to Prince George's County School Psychologist Professional Staff Development Meeting, Prince Georges County, MD, 2015

Youth who sexually offend: Sound practice and policy.  Keynote presentation at the Juvenile Justice Symposium, a King County CLE event, Seattle, Washington, 2015

Effective treatment practices for youth who have sexually offended. Workshop presentation at the Juvenile Justice Symposium, a King County CLE event, Seattle, Washington, 2015

Ethical and effective practice with youth who have sexually offended.  Invited workshop presented at the NOTA Annual International Conference 2015, Dublin, Ireland, 2015

Revising harmful policy: An inside look at US juvenile sex crime laws.  Invited session presentation at the Young People and the Law conference, Prato, Italy, 2015

Funding for Child Sexual Abuse Research and Evaluation.  Convened by the National Coalition to Prevent Child Abuse and Exploitation, 2015 (webinar)

Panel Series on Sex Offender Registration and the Law: The Impact of SORLs on Rates of Offending. Convened by NYU Review of Law and Social Change, 2015 (webinar)

Juvenile sex offender registration issues.  Convened by the National Association for Public Defense, 2015 (webinar)

Youth who sexually offend. Invited presentation at the VSOTA 30th Annual Training on the Management and Treatment of Sex Offenders.  Williamsburg, VA, 2016

Child sexual abuse: A public health perspective. Invited presentation at the VSOTA 30th Annual Training on the Management and Treatment of Sex Offenders.  Williamsburg, VA, 2016

Child sexual abuse:  A preventable public health problem. Keynote presentation at the 2nd Online PROTECT Conference. London, U.K., 2016

The ethics and impact of secondary prevention of Child Sexual Harm: A roundtable discussion. Convened by online PROTECT Project.  Served as invited panel member and discussant. London, UK, 2016

Responsible behavior with younger children. Invited presentation at the Trauma Informed Schools Conference, convened by the Solutions Network, Pennsylvania State University, University Park, PA, 2016

Applying sound policy and practice to youth who commit crimes of a sexual nature. Keynote presentation at the Oregon Judicial Conference, Glenden Beach, OR, 2016

Applying sound policy and practice to youth who commit crimes of a sexual nature.  Charles Shireman Lecturer, Portland State University, Portland, OR, 2016

Preventing child sexual abuse. Plenary Session, ASTA Annual Conference, Orlando, FL, 2016

Applying sound practice and policy to youth who commit crimes of a sexual nature. Keynote presentation at the Oregon Criminal Defense Lawyer's Annual Juvenile Law Conference, Newport, OR (via Skype), 2017

Prevention, policy and practice with youth at risk of engaging in harmful or illegal sexual behaviors.  Keynote presentation at the Michigan Governor's Task Force on Child Abuse and Neglect Summit. Travers City, MI, 2017

Child sexual abuse is a preventable public health problem.  Keynote presentation at the National Children's Alliance Leadership Summit. Washington, DC, 2017

Preventing Child Sexual Abuse. Keynote presentation. ANZATSA 2017 Conference, Auckland, NZ, 2017

Help Wanted: Focusing on the Prevention of Child Sexual Abuse. Workshop. ANZATSA 2017 Conference, Auckland, New Zealand, 2017

From Hysteria to Hope: Bringing Reason to the Fight Against Child Sexual Abuse. Keynote presentation. Children's Justice Conference, Spokane, Washington, 2018

Costly, Ineffective, and Harmful: Juvenile Sex Offender Registration Needs to Go. Plenary Luncheon. American Professional Society on the Abuse of Children, New Orleans, LA, 2018

From Hysteria to Hope: Bringing Reason to the Fight Against Child Sexual Abuse. Mark J. Chaffin Lecture and Luncheon. National Symposium on Sexual Behavior of Youth, Norman, OK, 2018

The Latest Research and Solutions for School Districts. Keynote Presentation at New York Schools Insurance Reciprocal (NYSIR) Symposium on New Frontiers in the Prevention of Child Sexual Abuse and Molestation. Saratoga Springs, NY, 2018

From Hysteria to Hope: Bringing Reason to the Prevention of Child Sexual Abuse (2019).  Keynote presentation at the annual San Diego Conference on Child Maltreatment.  San Diego, CA.

Keynote presentation on prevention of child sexual abuse.  IATSO Conference. Vilnius, Lithuania, 2018

Preventing Sexual Abuse of Children in the Context of the 30th Anniversary of the UN Convention on the Rights of the Child.  2019.  Paias des Nations, Geneva.

Keynote Presentation to the Y-USA Annual Meeting on Child Safety.  2019. Roanoke, VA.

Plenary at the Children's Trust Fund Conference.  2019.  Columbia, MO.

US Council of Bishop's Annual Conference on Child Safety. Keynote. 2019. Camden, NJ.

Marie Collins Foundation.  Keynote. 2020. London, UK (via Teleconference).

National Convening on Youth Registries.  2020. Chicago, IL (via Teleconference).

Keynote presentation on preventing and addressing child sexual abuse in youth serving organizations. Higher Education Protection Network (HEPNet).  With Drs. Luciana Assini-Meytin and Keith Kaufman. May 11, 2021 (via Teleconference).


*Presentations by Students (*) with my Involvement*

Letourneau, E. J. & *Crouch, J. L. (1996, November). The Juvenile Sex Fantasy Questionnaire. Paper presented at Association for the Treatment of Sexual Abusers, Chicago, IL.

*Lewis, T., & Letourneau, E. J. (1997, March). Backlash in the classroom. Poster session presented at the annual Southeastern Psychological Association Convention, Atlanta, GA.

*Molnar, V. H. & Letourneau, E. J. (1997, May). Impact of Mood and Behavior During a Voluntary 24-hour Relay Running Event.  Poster presented at the Undergraduate Research Conference, Birmingham, AL.

*McKie, K., & Letourneau, E. J. (1997, October). Long-term physical health sequela of interpersonal violence: Theories and research.  Paper presented at the 4th Annual Conference of the Southern Regional Chapter of the Association for Women in Psychology, Wilmington, NC.

*Fickle, A., & Letourneau, E. J. (1997, October). Do universities have the right or the responsibility to act as Internet censors?  Paper presented at the 16th Annual Research and Treatment Conference of the Association for the Treatment of Sexual Abusers, Washington, DC.

Letourneau, E. J. & *Lewis, T. C. (1998, January). Backlash in the Classroom: The Portrayal and Betrayal of Child Sexual Assault Victims in Introductory Psychology Textbooks. Paper presented at San Diego Conference on Responding to Child Maltreatment, San Diego, CA.

Letourneau, E. J., Holmes, M. M., & *Chasedunn-Roark, J. (1998, January). Long Term Physiological Consequences of Interpersonal Violence. Paper presented at the San Diego Conference on Responding to Child Maltreatment, San Diego, CA.

*Mauro, P. M., Letourneau, E. J., McCart, M. R., & Sheidow, A. J. (2013, June). Contingency management intervention tailored for juveniles in drug court: Preliminary short-term substance use outcomes of a randomized controlled trial.  Oral presentation at the 2013 College on Problems of Drug Dependence Scientific Meeting, San Diego, CA.

*La Flair, L.N., Reboussin, B., Storr, C., Letourneau, E., Green, K., Mojtabai, R., Pacek, L., Alvanzo, A., Cullen, B., and Crum, R.M. (2013, June) "Childhood Victimization and Transitions in Stages of Alcohol Involvement among Women," College on Problems of Drug Dependence Annual Meeting, June 15-20, 2013. San Diego, CA (poster presentation).

DeHart, D., Dwyer, G., Burke, W., *Schwarz-Watts, D., Letourneau, E. J., & Seto, M. C. (February, 2014). Internet crimes against children: Patterns of escalation in offender chat logs. Wisconsin Psychological Association.

*Mauro, P. M., McCart, M. R., Naeger, S. E., Sheidow, A. J., & Letourneau, E. J. (June, 2014). Caregiver and youth engagement in mandated juvenile drug treatment: Influence on substance use.  Oral presentation at the College on Problems of Drug Dependence. San Juan: Puerto Rico.

 Shields, R. T., *Walfield, S. M., Kahn, G., Harris, A. J., & Letourneau, E. J. (2015). Collateral Consequences of Sex Offender Registration and Notification: Results from a Survey of Young Adults. Paper presented at the Academy of Criminal Justice Sciences Annual Meeting, Orlando, FL.

Letourneau, E. J., Harris, A., Shields, R. T., *Walfield, S. M., & Kahn, G. (2015). Effects of juvenile sex offender notification and registration on mental health and social wellness: A survey of youth and their families. Paper presented at the Annual Meeting of the American Society of Criminology, Washington, DC.


*Chaired Sessions, Invited Seminars, and Workshops*

Take back the Presses: Publishing your clinical data. Full day workshop presented at the 18th Annual Research and Treatment Conference of the Association for the Treatment of Sexual Abusers, San Diego, CA, 2000 (with Dr. Keith Kaufman)

Take back the presses: Publishing your clinical data. Full day workshop presented at the  19th Annual Research and Treatment Conference of the Association for the Treatment of Sexual Abusers, San Jose, CA, 2001 (with Dr. Keith Kaufman)

Violent media and violent behavior: The childhood connection. Colloquium presented at The Citadel, Charleston, SC, 2001.

Penile plethysmography and sex offenders. Full-day workshop. Wisconsin Sex Offender Treatment Network. Madison, WI, 2001

Best Practices: Ethical Considerations. Workshop presented at the 20th Annual Research and Treatment Conference of the Association for the Treatment of Sexual Abusers, Montreal, Quebec, 2002 (with C. Ball, R. T. Kinscherff, C. Latham, & B. Palmer)

Multisystemic Therapy with Adolescent Sex Offenders. Full day workshop presented at the 20th Annual Research and Treatment Conference of the Association for the Treatment of Sexual Abusers, Montreal, Quebec, 2002 (with Dr. Cindy Swenson)

Treatment of Juvenile Sex Offenders with Multisystemic Therapy. Workshop presentation at the 7th Annual Conference of the California Coalition of Sexual Offenders. San Francisco, CA. (2003)

Understanding Sex Offender Assessments. Half-day workshop presented at the South Carolina Association for the Treatment of Sexual Abusers (SCATSA) professional workshop. Charleston, SC, 2004

Community treatment of Sex Offenders (Symposium Chair). Association for the Treatment of Sexual Abusers Annual Conference. Albuquerque, NM, 2004

2-year follow-up of children and adolescents with non-criminal sexual behavior problems.  In E. J. Letourneau (Chair) *Children and Adolescents with Sexual Behavior Problems Become Sexual Offenders: Fact or Fiction?* Symposium presented at the 24th Annual Research and Treatment Conference of the Association for the Treatment of Sexual Abusers. November 16-19, Salt Lake City, UT, 2005

MST with Juvenile Sexual Offenders.  Full-day preconference workshop presented at the 24th Annual Research and Treatment Conference of the Association for the Treatment of Sexual Abusers. November 16-19, Salt Lake City, UT, 2005 (with D. Jones).

Chair: *Relevant Subgroups of Juveniles Who Have Sexually Offended.* Symposium at the Association for the Treatment of Sexual Abusers 25th Annual Research and Treatment Conference, San Diego, IL, 2007

Chair: *Relevant Distinctions Between Juveniles Who Sexually Offend.* Paper presented at the Association for the Treatment of Sexual Abusers 25th Annual Research and Treatment Conference, San Diego, IL, 2007 (with L. Saldana)

Sex offender registration and notification policies as applied to youths. Three hour training provided to therapists and probation officers at Webster University, North Charleston, SC, 2007

Do Sex Offender Registration and Notification Policies Work? Grand Rounds presented at the Medical University of South Carolina, Department of Psychiatry and Behavioral Sciences, 2007

Effectiveness of MST with Juvenile Sex Offenders: 1-year Outcomes. Presentation delivered to monthly interprofessional training at Dee Norton Low Country Children's Center, Charleston, SC, 2008

MST-HIV: Description of Adaptations and Results from a Recently Completed Pilot. Grand Rounds, Department of Psychiatry and Behavioral Sciences, Medical University of South Carolina, 2009

Research update on juveniles who have sexually offended. Pre-conference seminar at the Association for the Treatment of Sexual Abuser's 29th Annual Research and Treatment Conference. Phoenix, AZ, 2010

Risk reduction therapy for adolescents.  Full day preconference seminar. 30th Annual Research and Treatment Conference. Association for the Treatment of Sexual Abusers. Toronto, CA, 2011 (with S. Hales)

Teens, technology and social interactions. Invited presentation at the Charleston County School District Leadership Conference. Charleston, SC, 2012

The effects of sex offender registration and notification as applied to Juveniles.  Youth Justice: Pathways for Promising Futures.  Dover, DE, 2012

Adolescents with problem sexual behaviors: Empirically and ethically supported practice guidelines.  Half-day preconference seminar.  31st Annual Research and Treatment Conference, Association for the Treatment of Sexual Abusers. Denver, CO, 2012 (with D. Rothman)

Influence of childhood victimization on subsequent sexual offending.  Treating Teens Psychiatry Program, The Reading Hospital and Medical Center.  Reading, PA, 2012

Adolescents with problem sexual behaviors: Empirically and ethically supported practice guidelines.  Half-day preconference seminar.  31st Annual Research and Treatment Conference, Association for the Treatment of Sexual Abusers. 2013 (with D. Rothman).

Adolescents with problem sexual behavior: Empirically and ethically supported practice.  Invited workshop at the 18th Annual MnATSA Conference. Minneapolis, MN, 2014

Adolescents who have engaged in abusive sexual behaviors: Developing & maintaining empirically & ethically supported practices. Preconference workshop presented at the 33rd Annual Conference on Research and Treatment of the Association for the Treatment of Sexual Abusers.  San Diego, CA, 2014 (with D. Rothman)

Adolescents with problem sexual behavior: Empirically and ethically supported practice.  Invited workshop at the New York State ATSA conference.  Albany, NY, 2015

Child sexual abuse: Prevention in school settings.  Invited presentation to Prince Georges County School Psychologists' Administrative Staff Meeting.  Adelphi, MD, 2015

Revising Harmful Policy: An Inside Look at Changes to the US Juvenile Sex Crime Laws.  Presentation to the Federal Advisory Commission on Juvenile Justice.  Via teleconference. 2016.

Child Sexual Abuse: A Public Health Perspective.  Keynote presentation at the annual conference of the Virginia Sex Offender Treatment Association.  Virginia, 2016.

No Baby in this Bathwater: Juvenile Registration a Failed Policy. Concurrent Sessions. National Symposium on Sexual Behavior of Youth. Norman, OK, 2018

Child sexual abuse as a preventable public health problem. Johns Hopkins Medical Institute, Pediatric Grand Rounds. Baltimore, MD, 2019.

Responsible Behavior with Younger Children: A school-based prevention intervention.  Symposium chair, with Amanda Ruzicka.  ATSA 38th Annual Research and Treatment Conference. November 6-9, 2019, Atlanta, GA.

*Reviewed conference presentations (lead presenter only)*

Development and psychometric evaluation of the Sex Fantasy Questionnaire. Paper presented at the Association for the Treatment of Sexual Abusers Annual Conference, Portland, OR, 1992

The modification of denial in child abusers. Paper presented at the AABT 26th Annual Convention, Boston, MA, 1992

Consistent versus inconsistent reporting of child rape in a longitudinal study. Paper presented at the San Diego Conference on Responding to Child Maltreatment, San Diego, CA.

Comorbidity of sexual problems and PTSD.  In D. Riggs (chair), Intimacy and relationships in the wake of trauma. Symposium conducted at the AABT 29th Annual Convention, Washington, DC, 1995

Risk factors for child sexual assault: Results from the National Survey of Adolescents. Paper to be presented at the San Diego Conference on Responding to Child Maltreatment, San Diego, CA, 1996.

A comparison of the reporting of violent and non-violent events in a longitudinal study. Paper presented at Trauma and Memory: An International Research Conference, Durham, NH, 1996

Presented Grand Rounds at the Medical College of Georgia, Augusta, GA, 1996

Research in action: Altering deviant sexual arousal in adult male sex offenders. Paper presented at the 16th Annual Research and Treatment Conference of the Association for the Treatment of Sexual Abusers, Washington, DC, 1997

Multiple systems treatment of a preadolescent female for inappropriate sexual behavior problems.  Paper presented at the 16th Annual Research and Treatment Conference of the Association for the Treatment of Sexual Abusers, Washington, DC, 1997 (with C. Swenson and C. Keener).

Recidivism Factors Related to Sex Offender Probationers. Research presentation at the 7th Annual Colloquium of the American Professional Society on the Abuse of Children, San Antonio, TX, 1999

A Comparison of the Penile Plethysmograph with the Abel Assessment for Sexual Interest on Incarcerated Military Sex Offenders.  Symposium presentation at the 18th Annual Research and Treatment Conference of the Association for the Treatment of Sexual Abusers, Orlando, FL, 1999

Comparison of Sex Offender Disclosure Prior to and During Polygraph Assessment. Workshop at the 15th Annual Midwest Conference on Child Sexual Abuse and Incest, Madison, WI, 1999

Comparison of Sex Offender Treatment Completers and Noncompleters.  Workshop at the 15th Annual Midwest Conference on Child Sexual Abuse and Incest, Madison, WI, 1999

Self-reported data from incarcerated sex offenders: Results from the MSI, the Abel Assessment for Sexual Interest, and the penile plethysmograph. Symposium presentation at the 20th Annual Research and Treatment Conference of the Association for the Treatment of Sexual Abusers, San Antonio, TX, 2001

MST and Adolescent Sex Offenders. Psychiatry Grand Rounds, Medical University of South Carolina, 2002

MST and Adolescent Sex Offenders. Presented at "A Day of Discovery," Department of Psychiatry and Behavioral Sciences, Medical University of South Carolina, 2002

Best practices: Ethical considerations in forensic psychology. Paper presented at the 21st Annual Research and Treatment Conference, Montreal, Canada, 2002

Children and adolescents with sexual behavior problems: Treatment outcome. Paper presented at the San Diego Conference on Responding to Child Maltreatment, San Diego, CA, 2003

The treatment of juvenile sex offenders.  Paper presentation at the Annual Mental Health Seminar, Roanoke, VA, 2003

Effectiveness Trial of Multisystemic Therapy With Juvenile Sexual Offenders.  In C. Borduin (Chair) Multisystemic Therapy With Juvenile Sexual Offenders: Developing an Empirical Base.  Symposium conducted at the American Psychological Association National Convention, Toronto, Canada, 2003

Effectiveness trial: MST with juvenile sexual offenders. Paper presentation at the American Psychological Association annual conference, Toronto, Canada, 2003

In between treatment and outcome: Moderators of multisystemic therapy outcomes. Paper presentation at the American Psychological Association annual conference, Toronto, Canada, 2003

Sex offender registration and notification policies applied to youths. Paper presentation at the National Institute of Justice 2006 Conference (K. Bachar, chair).  Washington, DC, 2006

Registration and notification with juvenile sex offenders. Paper presentation at the Association for the Treatment of Sexual Abusers 25th Annual Research and Treatment Conference, Chicago, IL, 2006

The Ethics of Randomized Clinical Trials with Juveniles who Sexually Offend. Paper presented at the Conference on Ethics of Intervention Research with Children and Adolescents. Cleveland, OH, 2006

Intended and unintended effects of sex offender registration and notification policies as applied to minors. Paper presentation at the 21st Annual San Diego International Conference on Child and Family Maltreatment. San Diego, CA, 2007

Displaced Discretion: Unintended consequences of registration and notification policies on judicial decision making. Paper presented at the American Society of Criminology 59th Annual Meeting (K. Bachar, chair). Atlanta, GA, 2007

Effectiveness of MST with Juvenile Sex Offenders:12-month Outcomes. Paper presented at the Research and Training Center for Children's Mental Health 21st Annual Conference, Tampa, FL, 2008

Multisystemic therapy for juvenile sexual offenders: 1-year results from a randomized effectiveness trial. In M. Miner (chair) Insights from the field: What recent research tells us about juvenile sexual offenders and intervention. Association for the Treatment of Sexual Abusers 27th Annual Research and Treatment Conference. Atlanta, GA, 2008

What research is telling us about registration. In K. M. Bumby (chair) *Juvenile sex offender registration: Research, judicial perspective and shaping policy.* Association for the Treatment of Sexual Abusers 27th Annual Research and Treatment Conference. Atlanta, GA, 2008

Effects and effectiveness of sex offender registration. In K. Bachar (chair) *Sex offender laws and research realities: Judicial events, registration, notification, and recidivism.* Paper presented at the American Society of Criminology 2008 annual conference, St. Louis, MO, 2008

The Effects of Lifetime Registration when Applied to Juvenile Offenders.  Annual Conference of the National Council of Juvenile and Family Court Judges. Orlando, FL, 2009

Effects of South Carolina's Sex Offender Registration and Notification Policy. In K. Bachar (Moderator) *Sex Offenders in the Community: Post-release, registration, notification, and residency restrictions.* The NIJ Conference, 2010.

MST for problem sexual behaviors: 2-year follow-up of a randomized controlled trial. *Sexually abusive youth: community intervention and community reintegration* (unchaired symposium). Association for the Treatment of Sexual Abuser's 29th Annual Research and Treatment Conference. Phoenix, AZ, 2010

Sex offender registration and notification policy increases juvenile plea bargains. 30th Annual Research and Treatment Conference. Association for the Treatment of Sexual Abusers. Toronto, CA, 2011

Risk Reduction Therapy for Adolescents: Preliminary Findings.  Joint Meeting on Adolescent Treatment Effectiveness.  Washington DC, 2012

Effects of early school-based interventions on the prevention of future child sexual abuse.  Paper presented at the 31st Annual Research and Treatment Conference.  Association for the Treatment of Sexual Abusers.  Denver, CO, 2012

Examining the impacts of juvenile sex offender registration and notification: Emerging research and its implications for policy reform and practice. Symposium presented at the 33rd Annual Conference on Research and Treatment of the Association for the Treatment of Sexual Abusers.  San Diego, CA, 2014

Reducing Sexual Violence Among Adolescents: What Policies Hold the Most Promise? (with Michael Caldwell).  2016.  Research Presentation at the annual conference of the Association for the Treatment of Sexual Abusers.  Orlando, FL.

Research Matters! Moving toward evidence-informed policy. 2017.   Presented as part of symposium Desistance from sexual crime: Empirical estimation and practice implications (R. K. Hanson, Chair). ATSA 36th Annual Research and Treatment Conference.  October 25-28, Kansas City, Missouri.

McGinty EE, Nair R, Assini-Meytin LC, Stuart EA, Letourneau EJ.  Impact of Medicaid Expansion on Reported Incidents of Child Neglect and Physical Abuse (2021). *American Public Health Association (APHA) Annual Meeting* (Oral Presentation).


**ADDITIONAL INFORMATION**

*Personal Statement*

For more than 30 years I have focused my research on child sexual abuse prevention, practice, and policy. Child sexual abuse victimization and perpetration contribute significantly to the global burdens of disease and mental illness.  Ensuring a shared understanding of child sexual abuse as preventable, not inevitable, is critical to engaging policymakers and other stakeholders to support prevention efforts.  Over the course of my career, I have garnered approximately $40 million in federal, foundation, and philanthropic funding for research.  My work includes rigorous evaluations individual and family-level prevention and treatment interventions (including five randomized controlled trials), community-level prevention efforts focused on youth serving organizations,

and societal strategies to prevent child sexual abuse, including policy evaluations and the development of communication frames that promote an understanding of child sexual abuse as preventable public health problem among the public and among front-line practitioners.  Ongoing endeavors include identifying, evaluating, and disseminating effective child sexual abuse perpetration prevention interventions.  I am PI of a $10.3 million grant from Oak Foundation for a 5-year program of perpetration prevention work, and of a CDC-funded R01 to evaluate one of the perpetration prevention interventions developed by my Moore Center colleagues and me.  That intervention, Help Wanted Prevention Intervention, is freely available on the web as a self-guided intervention and has attracted the attention and support of Google, Facebook, and other big tech companies. In the first year post-launch (May 2020-2021) the site attracted more than 190,000 visit.  We also work to promote additional prevention resources, including leading a campaign that was instrumental in a U.S. federal budget line item to fund child sexual abuse prevention research.  As part of our Oak Foundation work, we are developing a global strategy to bring significantly more resources into child sexual abuse prevention.

*Keywords*
- Child sexual abuse (CSA)
- CSA Perpetration
- CSA Policy
- CSA Prevention