# Exhibit 16:

## Explanation of Duties

RI-004 (03/2021)
Michigan State Police
Page 1 of 5

**Authority:** MCL. 28.721, et seq.
**Compliance:** MANDATORY
**Penalty**: Misdemeanor

# MICHIGAN SEX OFFENDER REGISTRATION/VERIFICATION/UPDATE

☐ **Initial Registration**   ☐ **Verification**   ☐ **In-Person Update**

| Agency | Administrator | Phone Number | Date |
|---|---|---|---|
|  |  |  |  |

**Your next verification month is:**

| Registration Tier | Verification Frequency | Registration Status |
|---|---|---|
|  |  |  |

## I. Offender Information

| Last Name | First Name | Middle Name | Suffix | Date of Birth |
|---|---|---|---|---|
|  |  |  |  |  |

| Race | Sex | Hair | Eye Color | Height | Weight | Last Verification Date (only for Verifications) |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |

| Registration Number | Social Security Number | Driver's License/Personal ID Number | FBI Number |
|---|---|---|---|
|  |  |  |  |

| MI/SID Number | Michigan Department of Corrections Number | Immigration Number |
|---|---|---|
|  |  |  |

| Fingerprints on File | Palm Prints on File | DNA on File |
|---|---|---|
| ☐ Yes ☐ No | ☐ Yes ☐ No | ☐ Yes ☐ No |

| Passport Number | Professional License Number | Professional License Type |
|---|---|---|
|  |  |  |

## II. Residence Information

| Address | City | State | ZIP Code | Start Date |
|---|---|---|---|---|
|  |  |  |  |  |

## III. Incarceration(s)

| Facility Name | Incarceration Start Date | Incarceration End Date | Total Days Incarcerated |
|---|---|---|---|
|  |  |  |  |

| Address | City | State | ZIP Code |
|---|---|---|---|
|  |  |  |  |

## IV. Contact Information

| Telephone Number #1 | Phone Type | Telephone Number #2 | Phone Type |
|---|---|---|---|
|  |  |  |  |

The following email/internet information is only collected for those with offenses committed on or after **July 1, 2011**. For each account enter either "Email", followed by the full email address, or enter the name of the internet identifier, followed by the username or screen name

| Email/Internet Identifier #1 | User/Screen Name | Email/Internet Identifier #2 | User/Screen Name |
|---|---|---|---|
|  |  |  |  |
| Email/Internet Identifier #3 | User/Screen Name | Email/Internet Identifier #4 | User/Screen Name |
|  |  |  |  |
| Email/Internet Identifier #5 | User/Screen Name | Email/Internet Identifier #6 | User/Screen Name |
|  |  |  |  |

## V. Alias(es)

List All Aliases

RI-004 (03/2021)
Michigan State Police
Page 2 of 5

## VI. Scars/Marks/Tattoos (SMT)

| SMT Type #1 | SMT Location | SMT Description | SMT Type #2 | SMT Location | SMT Description |
|---|---|---|---|---|---|
| SMT Type #3 | SMT Location | SMT Description | SMT Type #4 | SMT Location | SMT Description |

## VII. Employment Information

| Employer Name | Employer Address | County | Volunteer ☐ Yes ☐ No | Start Date |
|---|---|---|---|---|
| Employer Name | Employer Address | County | Volunteer ☐ Yes ☐ No | Start Date |

## VIII. Campus

| Campus Name | Campus Address | County | Start Date |
|---|---|---|---|

## IX. Vehicle(s) (as defined under MCL 257.79)

| Make | Model | Style | Color | Year | License | State VIN |
|---|---|---|---|---|---|---|
| Make | Model | Style | Color | Year | License | State VIN |
| Make | Model | Style | Color | Year | License | State VIN |

## X. Mobile Home (s)

| Make | Model | Style | Color | Year | License | State VIN |
|---|---|---|---|---|---|---|

## XI. Offense Information

| Offense Date #1 | Crime Code and Description | Counts | Victim Age | Conviction State | Conviction Date | Case Number |
|---|---|---|---|---|---|---|
| Offense Details | | | | | | |
| Offense Date #2 | Crime Code and Description | Counts | Victim Age | Conviction State | Conviction Date | Case Number |
| Offense Details | | | | | | |
| Offense Date #3 | Crime Code and Description | Counts | Victim Age | Conviction State | Conviction Date | Case Number |
| Offense Details | | | | | | |
| Offense Date #4 | Crime Code and Description | Counts | Victim Age | Conviction State | Conviction Date | Case Number |
| Offense Details | | | | | | |

## XII. Registration Fee

| Balance Owed | Fee Paid* | Collecting Agency | Indigent ☐ Yes ☐ No | Date Paid |
|---|---|---|---|---|

*For verification use the most recent fee paid, for initial registrations use the original fee, for update forms only leave "Fee Paid" blank.

## EXPLANATION OF DUTIES TO REGISTER AS A SEX OFFENDER

Each duty on this list is followed by the specific section of Michigan Complied Law (MCL) which requires that specific duty.

1.  I am required by law to register as a sex offender. Failure to register as required by law is a felony and may result in prosecution under Michigan Compiled Law (MCL) 28.729(1).
    a.  If I am a Tier I offender, I must register for 15 years. MCL 28.725(11)
    b.  If I am a Tier II offender, I must register for 25 years. MCL 28.725(12)
    c.  If I am a Tier III offender, I must register for the remainder of my life. MCL 28.725(13)
    d.  I understand my registration period excludes all period(s) of incarceration. MCL 28.725(14)

2.  I am required to sign the required registration form(s). Failure to sign the required registration form(s) is a misdemeanor and may result in criminal prosecution.

3.  I am required by law to verify my address by reporting in-person and providing proof of residency at a local law enforcement agency, sheriff's office, or Michigan State Police post that has jurisdiction over my residence. Failure to verify my address as required by law is a misdemeanor and may result in prosecution.
    a.  If I am a Tier I offender, I am required by law to verify my address once every year during my month of birth. MCL 28.725a(3)(a)
    b.  If I am a Tier II offender, I am required by law to verify my address twice each year according to the following schedule: MCL 28.725a(3)(b)

    | Birth Month | Reporting Months | Birth Month | Reporting Months |
    |---|---|---|---|
    | January | January and July | July | January and July |
    | February | February and August | August | February and August |
    | March | March and September | September | March and September |
    | April | April and October | October | April and October |
    | May | May and November | November | May and November |
    | June | June and December | December | June and December |

    c.  If I am a Tier III offender, I am required by law to verify my address four times each year according to the following schedule: MCL 28.725a(3)(c)

    | Birth Month | Reporting Months | Birth Month | Reporting Months |
    |---|---|---|---|
    | January | January, April, July, and October | July | January, April, July, and October |
    | February | February, May, August, and November | August | February, May, August, and November |
    | March | March, June, September, and December | September | March, June, September, and December |
    | April | January, April, July, and October | October | January, April, July, and October |
    | May | February, May, August, and November | November | February, May, August, and November |
    | June | March, June, September and, December | December | March, June, September and, December |

4.  Upon registering as a sex offender, I am required by law to provide the following information:
    a.  My legal name and any aliases, nicknames, tribal names, ethnic names, and any other name by which I have been known. MCL 28.727(1)(a)
    b.  My social security number and any social security numbers or alleged security number that I have previously used. MCL 28.727(1)(b)
    c.  My date of birth and any alleged dates of birth that I have previously used. MCL 28.727(1)(c)
    d.  The address where I reside or will reside. If I do not have a residential address, then I must provide the location that I use in lieu of a residence. If I am homeless, then I must provide the name of the village, city, or township where I spend or will spend the majority of my time. MCL 28.727(1)(d)
    e.  The name and address of any temporary lodging used or to be used when I am away from my residence for more than seven days. MCL 28.727(1)(e)
    f.  The name and address of each of my employers. "Employers" includes contractors. If my employment location is not in a fixed location, then I must provide the general areas where I work and the normal travel routes that I take while working. MCL 28.727(1)(f)
    g.  The name and address of any school that I attend or that has accepted me if I plan to attend. MCL 28.727(1)(g)
    h.  All telephone numbers registered to me or used by me, including, but not limited to, residential, work, and mobile telephone numbers. MCL 28.727(1)(h)
    i.  All electronic mail (email) addresses and internet identifiers registered to me or used by me. *This section only applies to individuals with offenses committed on or after July 1, 2011.* MCL 28.727(1)(i) (Internet identifiers means all designations used for self-identification or routing in internet communications or posting. MCL 28.722(g))
    j.  The license plate number and description of any vehicle that I own or operate. MCL 28.727(1)(j)
    k.  My passport and all other immigration documents that I may have. MCL 28.727(1)(l)
    l.  All occupational and professional licensing information that I may have. MCL 28.727(1)(m)

5.  During my verification periods, I am required by law to review all of my registration information for accuracy. MCL 28.725a(4)

6. I am required by law to report in person not more than three business days after to a local law enforcement agency, sheriff's office, or Michigan State Police post having jurisdiction over my residence, all of the following:
    a. My new address after changing or vacating my residence within the state of Michigan. If I am homeless or lack a fixed or temporary residence, I am required by law to provide the village, city, or township where I spend the majority of my time. MCL 28.725(1)(a) and MCL 28.727(1)(d)
    b. The name and address of my employer upon obtaining, changing, or discontinuing employment, including volunteer work. MCL 28.725(1)(b)
    c. The name and location of the school upon enrolling or discontinuing enrollment at an institution of higher learning. MCL 28.725(1)(c)
    d. My new name upon changing my name. MCL 28.725(1)(d)

7. I am required by law to notify in person a local law enforcement agency, sheriff's office, or Michigan State Police post having jurisdiction over my residence not more than three business days before if I change my residence to another state. I shall indicate the new state and, if known, the new address. MCL 28.725(7)

8. If I am not a resident of the state of Michigan but my place of employment is in Michigan, I am required by law to report, not more than three business days after a change of my place of employment or the discontinuation of my employment. MCL 28.725(3)

9. I am required by law to report, not more than three business days after the change, by first class mail to a local law enforcement agency, sheriff's office, or Michigan State Police post having jurisdiction over my residence, all of the following:
    a. My temporary address and dates of travel if I intend to temporarily reside at any place other than my residence for more than seven days. MCL 28.725(2)(b) and MCL 28.727(1)(e)
    b. Any electronic mail (email) addresses and internet identifiers registered to me or used by me. *This section only applies to individuals with offenses committed on or after July 1, 2011.* MCL 28.725(2)(a)
    c. The license plate number and description of any vehicle that I own or operate. MCL 28.725(2)(a)
    d. All telephone numbers registered to me or used by me, including, but not limited to, residential, work, and mobile telephone numbers. MCL 28.725(2)(a)

10. I am required by law to provide my new or temporary address by reporting in person to a local law enforcement agency, sheriff's office, or Michigan State Police post having jurisdiction over my residence 21 days prior to traveling to another country for more than seven days or changing my residence to another country. Failure to report this information is a felony and may result in criminal prosecution. MCL 28.725(8)

11. The Michigan Department of Corrections may not release me until I provide the address of my proposed place of residence. A county jail located within Michigan will not release me until I provide the address of my proposed place of residence. MCL 28.725(4) and MCL 28.725(5)

12. I am required by law to maintain either a valid Michigan operator's or chauffeur's license or Michigan personal identification card with a digitized photograph. This card may be used as proof of residency. *This does not apply to an individual required to be registered under this act who is homeless as outlined in MCL 28.725a(7).*

    Other proof of residency may be required, such as a voter registration card, utility bill, or other bill. Unless otherwise specified by law, my digitized photograph will be included on the public sex offender registry website. Failure to maintain the proper identification is a misdemeanor and may result in criminal prosecution. MCL 28.725a(7) and MCL 28.725a(8)

13. I am required by law to pay a $50.00 registration fee at the time of my initial registration and annually following the year of initial registration. The payment of the annual registration fee shall be paid at the time I report during the first verification reporting month for me unless I elect to prepay the annual registration fee for any future year for which an annual registration fee is required. Prepaying my annual registration fee does not change or alter my reporting requirements as detailed in section 3 above. The sum of the amounts paid under this section shall not exceed $550.00. If I am determined to be indigent by the collecting agency, this fee will be temporarily waived for 90 days. Failure to pay the registration fee is a misdemeanor and may result in criminal prosecution. MCL 28.725a(6) MCL 28.724a(5), and MCL 28.725b(3)

14. I am required by law to have my fingerprints and palm prints taken if they are not already on file with the department of State Police. Those fingerprints and palm prints will be forwarded to the Federal Bureau of Investigation if they are not already on file with the Federal Bureau of Investigation. I must be reprinted if my fingerprints or palm prints were expunged and/or returned to me. MCL 28.727(1) (q)

15. It is a felony to knowingly provide false or misleading information concerning a registration, notice, or verification, and doing so may result in prosecution. MCL 28.727(6)

16. I acknowledge that I have read the above requirements and/or had them read to me.

**Your next verification month is:**  **Registration Number:**

## PLEASE READ CAREFULLY BEFORE SIGNING

I have reviewed my registration information and have verified the information is accurate and complete. I understand that willfully failing to comply with the requirements of the Sex Offenders Registration Act or knowingly providing false information is a crime and may result in criminal prosecution.

I acknowledge that I have been provided a written notice explaining my registration duties. I have read the above requirements and/or had them read to me and I understand my registration duties.

**SIGNATURES**

_____  _____
Signature of Offender   Signature of Notifying Official

_____  _____
Signature of Parent, Legal Guardian, or Power of Attorney, if applicable   Printed Name of Notifying Official

_____  _____
Date   Notifying Agency

SUBMIT COMPLETED FORM VIA MAIL TO:

Michigan State Police
Sex Offender Registry Unit
P.O. Box 30634
Lansing, MI 48909-0634

OR

FAX To: 517-241-1868