# Exhibit 18:

## Judgment of Sentence Form CC219b

Approved, SCAO

| | Original - Court<br>1st copy - Corrections<br>2nd copy - Corrections (for return) | 3rd copy - Michigan State Police CJIC<br>4th copy - Defendant<br>5th copy - Prosecutor |

| STATE OF MICHIGAN<br>JUDICIAL CIRCUIT<br>COUNTY | JUDGMENT OF SENTENCE<br>COMMITMENT TO<br>DEPARTMENT OF CORRECTIONS | CASE NO. |

ORI
MI-  **Court address**  **Court telephone no.**

Police Report No.

| THE PEOPLE OF THE STATE OF MICHIGAN | v | Defendant's name, address, and telephone no. |
| | | CTN/TCN | SID | DOB |
| Prosecuting attorney's name  Bar no. | | Defendant attorney's name  Bar no. |

**THE COURT FINDS:**

1. The defendant was found guilty on _____ of the crime(s) stated below.
   Date

| Count | CONVICTED BY Plea* | CONVICTED BY Court | CONVICTED BY Jury | DISMISSED BY* | CRIME | CHARGE CODE(S) MCL citation/PACC Code |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

*Insert "G" for guilty plea, "NC" for nolo contendere, or "MI" for guilty but mentally ill, "D" for dismissed by court, or "NP" for dismissed by prosecutor/plaintiff.

☐ 2. The conviction is reportable to the Secretary of State under MCL 257.625(21)(b). _____
☐ 3. HIV testing and sex offender registration are completed.   Defendant's driver's license number
☐ 4. The defendant has been fingerprinted according to MCL 28.243.
☐ 5. A DNA sample is already on file with the Michigan State Police from a previous case. No assessment is required.

**IT IS ORDERED:**

☐ 6. Probation is revoked.
7. Participating in a special alternative incarceration unit is  ☐ prohibited.  ☐ permitted.
8. The defendant is sentenced to custody of the Michigan Department of Corrections. This sentence shall be executed immediately.

| Count | SENTENCE DATE | MINIMUM Years | MINIMUM Mos. | MINIMUM Days | MAXIMUM Years | MAXIMUM Mos. | MAXIMUM Days | DATE SENTENCE BEGINS | JAIL CREDIT Mos. | JAIL CREDIT Days | OTHER INFORMATION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

☐ 9. Sentence(s) to be served consecutively to   (If this item is not checked, the sentence is concurrent.)
    ☐ each other.   ☐ case numbers _____ .
10. The defendant shall pay:

| State Minimum | Crime Victim | Restitution | DNA Assess. | Court Costs | Attorney Fees | Fine | Other Costs | Total |
|---|---|---|---|---|---|---|---|---|
| $ | $ | $ | $ | $ | $ | $ | $ | $ |

The due date for payment is _____ . Fine, costs, and fees not paid within 56 days of the due date are subject to a 20% late penalty on the amount owed.

☐ 11. The defendant is subject to lifetime monitoring under MCL 750.520n.
12. Court recommendation:

_____  _____
Date  Judge  Bar no.

I certify that this is a correct and complete abstract from the original court records. The sheriff shall, without needless delay, deliver the defendant to the Michigan Department of Corrections at a place designated by the department.

(SEAL)   _____
         Deputy court clerk

CC 219b  (3/16)  **JUDGMENT OF SENTENCE, COMMITMENT TO DEPARTMENT OF CORRECTIONS**  MCL 765.15(2), MCL 769.1k, MCL 769.16a, MCL 775.22, MCL 780.766, MCR 6.427