UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN DOES A, B, C, D, E, F, G, H,
MARY DOE and MARY ROE, on
behalf of themselves and all others
similarly situated,

    Plaintiffs,

v.

Gretchen Whitmer, Governor of the
State of Michigan, and Col. Joseph
Gaspar, Director of the Michigan State
Police, in their official capacities,

    Defendants.
_____/

Case No. 2:22-cv-10209

Hon. Paul D. Borman

Mag. J. Kimberly G. Altman

## NOTICE OF APPEARANCE

Please enter the appearance of Rohit Rajan as an attorney for the Plaintiffs in the above-captioned case.

Respectfully submitted,

/s/ Rohit Rajan
Rohit Rajan
American Civil Liberties Union
  Fund of Michigan
1514 Wealthy St. SE, Suite 260
Grand Rapids, MI 49503
(616) 301-0903
rrajan@aclumich.org

Dated: February 2, 2022

## CERTIFICATE OF SERVICE

I certify that on February 2, 2022, I electronically filed the foregoing document with the Clerk of the Court using the ECF system, which will provide electronic copies to counsel of record.

/s/ Rohit Rajan
Rohit Rajan
American Civil Liberties Union
  Fund of Michigan
1514 Wealthy St. SE, Suite 260
Grand Rapids, MI 49503
(616) 301-0903
rrajan@aclumich.org
