## Index of Exhibits
## To Brief in Support of Class Certification

1. Miriam Aukerman Resume

2. Paul Reingold Resume

3. Roshna Bala Keen Resume