UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

JOHN DOES A-H, MARY DOE, and
MARY ROE, on behalf of themselves
and all others similarly situated,

        Plaintiffs,

v.

GRETCHEN WHITMER, Governor of the
State of Michigan, and COL. JOSEPH
GASPER, Director of the Michigan State
Police, in their official capacities,

        Defendants.
_____

File No. 2:22-cv-10209

Hon. Paul D. Borman

Mag. J. Kimberly G. Altman

## NOTICE OF APPEARANCE OF PAUL D. REINGOLD

Please take notice that Paul D. Reingold enters his appearance on behalf of Plaintiffs John Does A-H, Mary Doe, Mary Roe, and all others similarly situated.

        Respectfully submitted,

        <u>s/ Paul D. Reingold (P27594)</u>
        Co-Counsel for Plaintiffs
        Cooperating Attorney for the
        ACLU Fund of Michigan
        802 Legal Research Building
        801 Monroe Street
        Ann Arbor, MI 48109-1215
        (734) 355-0319 – pdr@umich.edu

Dated: February 4, 2022

## CERTIFICATE OF SERVICE

On this date I e-filed the above appearance using the court's ECF system.

The court will electronically serve this document on all attorneys of record.

 s/ Paul D. Reingold (P27594)
Co-Counsel for Plaintiffs
Cooperating Attorney for the
 ACLU Fund of Michigan
802 Legal Research Building
801 Monroe Street
Ann Arbor, MI 48109-1215
(734) 355-0319 – pdr@umich.edu

Dated: February 4, 2022