UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

JOHN DOE A, et al.,

        Plaintiff(s),                          Case No. 22-10209

v.                                                Honorable Paul D. Borman

GRETCHEN WHITMER, et al.,          Magistrate Judge Kimberly G. Altman

        Defendant(s).
_____/

**ORDER REGARDING REASSIGNMENT OF COMPANION CASE**

        This case appears to be a companion case to Case No. 21-12843. Pursuant to E.D. Mich LR 83.11, the Clerk is directed to reassign this case to the docket of the Honorable Mark A. Goldsmith and Magistrate Judge Curtis Ivy, Jr.

s/Paul D. Borman
Paul D. Borman
United States District Judge

s/Mark A. Goldsmith
Mark A. Goldsmith
United States District Judge

        Pursuant to this order, case assignment credit will be given to the appropriate Judicial Officers.
        Case type: CIVIL

        If the District Judge assigned to the companion case is located at another place of holding court, the office code will be changed accordingly.

Date: February 8, 2022                    s/ S Schoenherr
                                              Deputy Clerk

cc:    Parties and/or counsel of record
        Honorable Mark A. Goldsmith