AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

| | | |
|---|---|---|
| JOHN DOE A, et al., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   22-10209 |
| GRETCHEN WHITMER, et al., | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

JOHN DOE A                                                                                          .

Date:     02/08/2022

s/Roshna Bala Keen
*Attorney's signature*

Roshna Bala Keen #6284469
*Printed name and bar number*

311 N. Aberdeen, FLR 3
Chicago, IL 60607

*Address*

roshna@loevy.com
*E-mail address*

(312) 243-5900
*Telephone number*

(312) 243-5902
*FAX number*