AO 440 (Rev. 06/12) Summons in a Civil Action

## PROOF OF SERVICE

*(This section should not be filed with the Court unless required by Fed. R. Civ. P. 4(l))*

Case No. 2:22-cv-10209-PDB-KGA

This summons for *(name of individual and title, if any)* Gretchen Whitmer, Governor of the State of MI
was received by me on *(date)* 2/14/2022

[ ] I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

[ ] I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

[✓] I served the summons on *(name of individual)* Terrance Warren, Issue Specialist , who is
designated by law to accept service of process on behalf of *(name of organization)* Gretchen Whitmer
at: 111 S. Capitol Ave., Lansing, MI 48933 on *(date)* Monday 2/14/2022, 3:06 pm ; or

[ ] I returned the summons unexecuted because _____ ; or

[ ] Other: *(specify):* _____

My fees are $ 125 for travel and $ 68 for services, for a total of $ 193.

I declare under the penalty of perjury that this information is true.

Date: 2/14/2022

Server's Signature

Jeffrey Claphan
Process Server
*Printed Name and Title*

P.O. Box 806327, St. Clair Shores, MI 48080
*Server's address*

Additional information regarding attempted service, etc.:

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN DOES A, B, C, D, E, F, G, H,
MARY DOE and MARY ROE, on behalf of
themselves and all others similarly situated,

        Plaintiffs,

v.

        File No. 2:22-cv-10209

        Hon. Mark A. Goldsmith

GRETCHEN WHITMER, Governor of the
State of Michigan, and COL. JOSEPH
GASPER, Director of the Michigan State
Police, in their official capacities,

        Defendants.

## Acknowledgment of Service

I acknowledge that I have received service of the summons in a civil action, together with complaint, exhibits, motions, appearances, and notices on ___Feb 14 @ 3:06___
    Day, date, time

_____ on behalf of ___Gus Whitmer___
Signature