AO 440 (Rev. 06/12) Summons in a Civil Action

## PROOF OF SERVICE

*(This section should not be filed with the Court unless required by Fed. R. Civ. P. 4(l))*

Case No. 2:22-cv-10209-PDB-KGA

This summons for *(name of individual and title, if any)* __Col. Joseph Gasper__
was received by me on *(date)* __2/14/2022__

[ ] I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

[ ] I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

[✓] I served the summons on *(name of individual)* __Kristine Bond, Litigation Coordinator__, who is
designated by law to accept service of process on behalf of *(name of organization)* __Col. Joseph Gasper__
at: __7150 Harris Dr., Dimondale, MI 48821__ on *(date)* __Wednesday 2/16/2022, 11:10 AM__ ; or

[ ] I returned the summons unexecuted because _____ ; or

[ ] Other: *(specify):* _____

My fees are $ __138__ for travel and $ __68__ for services, for a total of $ __206__.

I declare under the penalty of perjury that this information is true.

Date: __2/16/2022__

Server's Signature

Jeffrey Claphan
Process Server
Printed Name and Title

P.O. Box 806327, St. Clair Shores, MI 48080
Server's address

Additional information regarding attempted service, etc.: