UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

JOHN DOES A, B, C, D, E, F, G, H,
MARY DOE and MARY ROE, on behalf of
themselves and all others similarly situated,

      Plaintiffs,

v.

GRETCHEN WHITMER, Governor of the
State of Michigan, and COL. JOSEPH
GASPER, Director of the Michigan State
Police, in their official capacities,

      Defendants.

File No. 2:22-cv-10209

Hon. Mark A. Goldsmith

_____

## CERTIFICATE OF SERVICE

The undersigned certifies that the following documents were served upon

Governor Gretchen Whitmer
111 S. Capitol Ave
Lansing, MI 48933

in the above cause by a process server on the 14th day of February, 2022.

- Summons in a civil action
- Complaint
    - Index of Exhibits
    - Exhibit 1 – Named Plaintiff Declarations Verifying Complaint
    - Exhibit 2 – Summary of SORA 2021's Obligations, Disabilities, and Restraints
    - Exhibit 3 – Dr. Karl Hanson Expert Report
    - Exhibit 4 – Dr. Elizabeth Letourneau Expert Report
    - Exhibit 5 – Dr. J.J. Prescott Expert Report
    - Exhibit 6 – Dr. Kelly Social Expert Report

- o Exhibit 7 – Dr. Kristen Zgoba Expert Report
- o Exhibit 8 – Dr. John Ulrich Expert Report
- o Exhibit 9 – Dr. Sarah Lageson Expert Report
- o Exhibit 10 – Barbara Levine Expert Report
- o Exhibit 11 – Anne Yantus Expert Report
- o Exhibit 12 – Richard Stapleton Expert Report
- o Exhibit 13 – *Does I* Stipulated Final Judgment, No. 2:12-cv-11194, R. 153
- o Exhibit 14 – SORA 2021 with Highlighted Changes Showing 2011 and 2021 Amendments
- o Exhibit 15 – Michigan State Police Letter to Registrants Re SORA 2021
- o Exhibit 16 – Explanation of Duties
- o Exhibit 17 – Michigan Sex Offender Registry Mail-in Update Form
- o Exhibit 18 – Judgment of Sentence Form CC 219b
- o Exhibit 19 – Pre-2021 Explanation of Duties (Redacted)
- o Exhibit 20 – Petition to Discontinue Sex Offender Registration, Form MC 406a
- o Exhibit 21 – Order on Petition to Discontinue Sex Offender Registration, Form MC 406b
- Notice of Appearance for Daniel Korobkin
- Notice of Appearance for Rohit Rajan
- Motion to Proceed Pseudonymously
  - o Exhibit 1 – Proposed Protective Order
- Motion and Brief for Class Certification
  - o Index of Exhibits
  - o Exhibit 1 – Miriam Aukerman Resume
  - o Exhibit 2 – Paul Reingold Resume
  - o Exhibit 3 – Roshna Bala Keen Resume
- Motion and Brief for Leave to Exceed Page Limits
- Motion for Preliminary Injunction and Brief in Support of Motion for Preliminary Injunction
- Notice Under Local Rule 83.11(b)

/s/ Lisa Gore
Lisa Gore, Paralegal