UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN DOES A, B, C, D, E, F, G, H, MARY DOE and MARY ROE, on behalf of themselves and all others similarly situated,

    Plaintiffs,

v

GRETCHEN WHITMER, Governor of the State of Michigan, and COL. JOSEPH GASPER, Director of the Michigan State Police, in their individual capacities,

    Defendants.

No. 2:22-cv-10209

HON. MARK A. GOLDSMITH

MAG. CURTIS IVY, JR.

**APPEARANCE**

---

Miriam Aukerman (P63165)
Rohit Rajan (AZ 035023)
Attorneys for Plaintiffs
American Civil Liberties Union
Fund of Michigan
1514 Wealthy SE, Suite 260
Grand Rapids, MI  49506
(616) 301-0930
maukerman@aclumich.org
rrajan@aclumich.org

Daniel S. Korobkin (P72842)
Attorney for Plaintiffs
American Civil Liberties Union
Fund of Michigan
2966 Woodward Avenue

Detroit, MI 48201
(313) 578-6824
dkorobkin@aclumich.org

Paul D. Reingold (P27594)
Attorney for Plaintiffs
Cooperating Counsel, American Civil
Liberties Union Fund of Michigan
Univ. of Michigan Law School
802 Legal Research Building
801 Monroe Street
Ann Arbor, MI  48109-1215
(734) 355-0319
pdr@umich.edu

Rashna Bala Keen (Ill. 6284469)
Attorney for Plaintiffs
Loevy & Loevy
Cooperating Counsel, American Civil
Liberties Union Fund of Michigan
311 North Aberdeen, 3rd Floor
Chicago, IL  60607
(312) 243-5900
roshna@loevy.com

Elizabeth M. Watza (P81129)
Eric M. Jamison (P75721)
Attorneys for Defendants Whitmer and Gasper
Michigan Department of Attorney General
State Operations Division
P.O. Box 30754
Lansing, MI 48909
(517) 335-7573
watzae@michigan.gov
jamisone@michigan.gov
_____/

**APPEARANCE**

Elizabeth M. Watza (P81129), Assistant Attorney General, hereby enters her appearance as counsel for Defendants Gretchen Whitmer and Joseph Gasper in the above cause.

*/s/ Elizabeth M. Watza*
Elizabeth M. Watza
Assistant Attorney General
Attorney for Defendants
Whitmer and Gasper
Michigan Dep't of Attorney General
State Operations Division
P.O. Box 30754
Lansing, MI 48909
(517) 335-7573
watzae@michigan.gov
P81129

Dated: February 22, 2022

## CERTIFICATE OF SERVICE

I certify that on February 22, 2022, I caused the foregoing document to be electronically filed with the Clerk of the Court using the ECF system, which will provide electronic copies to counsel of record.

*/s/ Elizabeth M. Watza*
Elizabeth M. Watza (P81129)
Assistant Attorney General

2022-0341402-A