UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

JOHN DOES A, B, C, D, E, F, G, H,
MARY DOE and MARY ROE, on behalf of
themselves and all others similarly situated,

        Plaintiffs,

v.

GRETCHEN WHITMER, Governor of the
State of Michigan, and COL. JOSEPH
GASPER, Director of the Michigan State
Police, in their official capacities,

        Defendants.

File No. 2:22-cv-10209

Hon. Mark A. Goldsmith
Mag. Judge Curtis Ivy, Jr.

_____

## STIPULATION AND ORDER TO AMEND CASE CAPTION

Pursuant to the attached stipulation of the parties, the Court orders that the caption of this case and defendants name be amended to substitute the name "Joseph Gasper" for the name "Joseph Gaspar."

**SO ORDERED.**

Dated: February 23, 2022
     Detroit, Michigan

s/Mark A. Goldsmith
MARK A. GOLDSMITH
United States District Judge

**STIPULATION**

1

Whereas one of the defendants named in this action is Director of the Michigan State Police, Joseph Gasper, and whereas a data entry error was made when the case was initiated incorrectly spelling the name of the defendant as Colonel Joseph Gaspar such that the caption of this action contains a misspelling of the defendant's name, and whereas the pleadings themselves correctly spell the name of the defendant, the parties, through counsel, hereby stipulate and agree that the caption of this case be amended to correct that error and list the correct name of the defendant.

Respectfully submitted,

/s/ Miriam Aukerman (P63165)
Miriam Aukerman
Attorney for Plaintiffs
American Civil Liberties Union
  Fund of Michigan
1514 Wealthy SE, Suite 260
Grand Rapids, MI 49506
(616) 301-0930
maukerman@aclumich.org

Attorneys for Defendants
State Operations Division
P.O. Box 30754
Lansing, MI 48909
JamisonE@michigan.gov

Dated: February 17, 2022

/s/ Eric Jamison (P75721)
Assistant Attorney General