**EXHIBIT A**

**CHART COMPARING CLAIMS IN**
***DOES III* AND *DOES v. MICHIGAN STATE POLICE***

## Comparison of Claims

| Claim | *Does et al. v. Whitmer (Does III)*, Verified Class Action Complaint, R. 1 | *Does 1 to 44,000 v. Mich. State Police*, Amended Class Action Complaint, R. 30 |
|---|---|---|
| Retroactive Imposition of Punishment (Ex Post Facto) | Count I | Count I |
| Retroactive Extension of Registration Terms (Ex Post Facto and Due Process) | Count II | Not included |
| Irrationality of SORA | Count III (Due Process and Equal Protection) | Count II (Equal Protection) |
| Unequal Opportunity to Petition (Equal Protection) | Count IV | Not included |
| Compelled Speech (First Amendment) | Count V | Count IV |
| Violation of Plea Agreements (Due Process) | Count VI | Count III |
| Registration of Non-Sex-Offenders | Count VII (Due Process and Equal Protection) | Count VIII (Due Process) |
| Vagueness (Due Process) | Count VII | Count II |
| Compelled Admission of Understanding SORA | Count IX (First Amendment) | Count V (Due Process) |
| Reporting Requirements Chill Speech and Association (First Amendment) | Count X | Counts IV and VI |
| Unreasonable Seizure (Fourth Amendment) | Not included | Count VII |