UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JOHN DOES A, B, C, D, E, F, G, H, MARY DOE and MARY ROE, on behalf of themselves and all others similarly situated, | No. 2:22-cv-10209 |
| Plaintiffs, | HON. MARK A. GOLDSMITH |
| v | MAG. CURTIS IVY, JR. |
| GRETCHEN WHITMER, Governor of the State of Michigan, and COL. JOSEPH GASPER, Director of the Michigan State Police, in their individual capacities, | **MOTION TO WITHDRAW** |
| Defendants. | |

Miriam Aukerman (P63165)
Rohit Rajan (AZ 035023)
Attorneys for Plaintiffs
American Civil Liberties Union
Fund of Michigan
1514 Wealthy SE, Suite 260
Grand Rapids, MI  49506
(616) 301-0930
maukerman@aclumich.org
rrajan@aclumich.org

Daniel S. Korobkin (P72842)
Attorney for Plaintiffs
American Civil Liberties Union
Fund of Michigan
2966 Woodward Avenue

1

Detroit, MI 48201
(313) 578-6824
dkorobkin@aclumich.org

Paul D. Reingold (P27594)
Attorney for Plaintiffs
Cooperating Counsel, American Civil
Liberties Union Fund of Michigan
Univ. of Michigan Law School
802 Legal Research Building
801 Monroe Street
Ann Arbor, MI  48109-1215
(734) 355-0319
pdr@umich.edu

Rashna Bala Keen (Ill. 6284469)
Attorney for Plaintiffs
Loevy & Loevy
Cooperating Counsel, American Civil
Liberties Union Fund of Michigan
311 North Aberdeen, 3rd Floor
Chicago, IL  60607
(312) 243-5900
roshna@loevy.com


Elizabeth M. Watza (P81129)
Eric M. Jamison (P75721)
Attorneys for Defendants Whitmer and Gasper
Michigan Department of Attorney General
State Operations Division
P.O. Box 30754
Lansing, MI 48909
(517) 335-7573
watzae@michigan.gov
jamisone@michigan.gov

2

Keith G. Clark (P56050)
Assistant Attorney General
Michigan Dept. of Attorney General
Attorney for Defendants Whitmer and Gasper
MDOC Division
P.O. Box 30217
Lansing, MI 48909
(517) 335-3055
ClarkK33@michigan.gov
                                                /

Since she is leaving the Michigan Department of Attorney General, Assistant Attorney General Elizabeth M. Watza requests pursuant to L.R. 83.25(b)(2), that she be permitted to withdraw as counsel for Defendants. Defendants will continue to be represented by Assistant Attorneys General Eric M. Jamison and Keith G. Clark. Elizabeth M. Watza also requests she be removed from further electronic filing notices.

                                                Respectfully submitted,

                                                */s/Elizabeth M. Watza*
                                                Elizabeth M. Watza
                                                Assistant Attorney General
Dated: March 25, 2022             Attorney for Defendants

## CERTIFICATE OF SERVICE

      I certify that on March 25, 2022, I electronically filed the foregoing papers with the Clerk of the Court using the ECF system, which will provide electronic copies to counsel of record, and I certify that my secretary has mailed by U.S. Postal Service the papers to any non-ECF participant.

      /s/ *Elizabeth M. Watza*
Elizabeth M. Watza
Assistant Attorney General
Attorney for Defendants
State Operations Division

#2022-0341402-A