# Alyson Oliver, Esq.

*aoliver@oliverlawgroup.com*
*1647 W. Big Beaver Rd.*
*Troy, MI 48084*

## *Curriculum Vitae*

---

**Legal Excellence & Professionalism.**

      With a multi-faceted career spanning over 20 years, Alyson Oliver's experience as a lawyer and managing partner of the Oliver Law Group P.C. has provided a solid foundation for handling intricate litigation. Oliver has thrived over the years on challenging courtroom battles and victories. As a dynamic lawyer, she is a diligent advocate for her clients. Oliver is skilled in all phases of litigation from the preparation and discovery phases through negotiations, hearings, and trials. Oliver has an innate ability to identify and digest legal issues and explain them to clients and juries in non-legal jargon that allows for ease of understanding. Oliver has represented classes, individuals and the community at large, often in complex matters. Oliver is well suited to handle with experience, effectiveness and efficiency the legal needs of clients, including in matters such as:

- ☐ Civil Rights Litigation
- ☐ Product Liability Litigation
- ☐ Class Action Litigation
- ☐ Personal Injury Litigation
- ☐ Dispute Resolution
- ☐ Criminal Litigation
- ☐ Mass Tort Litigation
- ☐ Employment Litigation and Compliance
- ☐ Business Litigation
- ☐ Antitrust and Competitive Concerns

**Curriculum Vitae Highlights.**

- Ten years of progressive trial experience in primary practice of criminal law that provided enormous trial exposure, prior to electing to move into civil litigation and ultimately complex litigation.
- Presenter of oral argument at Judicial Panel of Multi-District Litigation (JPML) in efforts to consolidate national litigations in MDL proceedings in *Imprelis* litigation and *Transvaginal Mesh* litigation.
- Appointed to leadership positions in:

*Rouse et al v. Washington et al,* Constitutional /Class Action Litigation
(class action concerning Eighth Amendment violations related to the COVID-19 pandemic)
▪United States District Court for the Eastern District of Michigan
▪Case No. 2:20-cv-11409
▪*Appointed Class Counsel*

*Rouse et al v. Whitmer et al,* Constitutional /Class Action Litigation
(class action concerning violations of the Religious Land Use and Institutionalized Persons Act, the Equal Protection Clause of the Fourteenth Amendment, and state law claims).
▪United States District Court for the Eastern District of Michigan
▪Case No. 2:20-cv-12308
▪*Appointed Class Counsel*

*Alexander et al v. Hall et al, Constitutional/Putative Class Action Litigation*
(putative class action concerning unconsitutional conditions of confinement at Parchman prison)
▪United States District Court for the Northern District of Mississippi
▪Case No. 4:20-cv-00021

*Does II v. Snyder*, *Constitutional/Class Action Litigation*
(concerning constitutionality of Old SORA)
▪United States District Court for the Eastern District of Michigan
▪Case No. 2:16-cv-13137
▪*Appointed Co-Lead Counsel*

*Jackson, et al v. Mastronardi Produce Limited, et al Wage/Hour Class Action Litigation*
▪United States District Court for the Eastern District of Michigan
▪Case No. 2:11-cv-11525
▪*Appointed Co-Lead Counsel*

*In re Philips cPap B-Level Pap, and Mechanical Ventilator Class and Personal Injury Product Liability Multi District Litigation*
- United States District Court for the Western District of Pennsylvania
- Appointed to Time and Expense Committee
- MDL 3014

*In re Valsartan Class and Personal Injury Product Liability Litigation Multi District Litigation*
- United Sates District Court for New Jersey
- *Appointed to Steering Committee*
- *MDL 2875*

*In re Packaged Seafood Class Action Antitrust Multi District Litigation*
- United States District Court for the District of Southern California
- Case No. 3:15-cv-02169
- *Appointed to Executive Committee*

*In re MI Windows & Doors Defective Construction Class Action Product Liability Multi District Litigation*
- United States District Court for the District of South Carolina
- MDL No. 2333
- *Appointed to Steering Committee*

*In re American Medical Systems, Inc. Pelvic Repair System Product Liability Multi District Litigation*
- United States District Court for the Southern District of West Virginia
- MDL No. 2325
- *Appointed to Steering Committee*

*In re Boston Scientific Corp. Pelvic Repair System Product Liability Multi District Litigation*
- United States District Court for the Southern District of West Virginia
- Case No. 2:12-md-02326; MDL No. 2326
- *Appointed to Steering Committee*

*In re Coloplast Corp. Pelvic Support Systems Product Liability Multi District Litigation*
- United States District Court for the Southern District of West Virginia
- MDL No. 2387
- *Appointed to Steering Committee*

*In re Cook Medical Inc. Pelvic Repair Systems Product Liability Multi District Litigation*
- United States District Court for the Southern District of West Virginia
- MDL No. 2440
- *Appointed Steering Committee*

*In re C.R. Bard, Inc. Pelvic Repair Systems Product Liability Multi District Litigation*
- United States District Court for the Southern District of West Virginia
- MDL No. 2187
- *Appointed to Steering Committee*

*In re Ethicon Inc. Pelvic Repair Systems Product Liability Multi District Litigation*
- United States District Court for the Southern District of West Virginia
- MDL No. 2327
- *Appointed to Steering Committee*

*In re Zimmer NexGen Knee Implant Product Liability Multi District Litigation*
- United States District Court for the Northern District of Illinois
- MDL No. 2272
- *Appointed to Steering Committee*

*In re Aluminum Antitrust Class Action Multi District Litigation*
- United States District Court for the Southern District of New York
- MDL No. 2481
- Appointed to Steering Committee

**State Court Bar Admissions.**

        Michigan, May 12, 1999

        Texas, February 6, 2020

**Federal Court Bar Admissions.**

United States Court of Appeals
Sixth Circuit

United States District Court of Illinois
Central District and Southern District

United States District Court of Indiana
Northern District

United States District Court of Michigan
Eastern District and Western District

United States District Court of New York
Northern District

United States District Court of Ohio
Northern District

United States District Court of Texas
Southern District

United States District Court of Wisconsin
Eastern District

United States
Federal Court of
Claims

**Special Appointments and Recognition.**

- 4/15/2003| Pro Bono Recognition from Chief Judge Lawrence P. Zatkoff of the United States District Court, Eastern District of Michigan.

- 9/23/2008 - 2015| Pro Bono Recognition from Chief Judge Bernard Friedman of the United States District Court, Eastern District of Michigan.

- Named as a Top 100 Trial Attorney in America's Trial Lawyers Association; 2008-2019

- Named SuperLawyer; 2013-2019

- Named to Michigan State Bar's Consumer Protection Committee 2019, 2020, 2021 and currently serving as Chair-Elect

5

**Nationwide Networking, Lectures, Publications.**

Oliver understands and functions well in the business and litigation landscape. She has engaged in dozens of conferences, counsel meetings and symposiums involving hundreds of law firms in venues across the country that are designed to facilitate consensus, consider organizational structures and promote coordinated litigation efforts.

Oliver lectured at the national HarrisMartin Nexgen Zimmer Knee Litigation Conference in San Francisco regarding the Zimmer Nexgen litigation strategy. Oliver presented at the Transvaginal Mesh conference in Savannah, Georgia in November 2011. In September 2012, Oliver had a role in presenting regarding the Daubert considerations as it refers to metal-on- metal hip litigation in New York.

In the March, 2014 edition of Trial Magazine, Oliver was published on the issue of the Importance of Diversity of Leadership in Litigation. In 2022, Oliver was invited to the First Annual Mass Tort MDL Case Law and Practices Review Open Bench-Bar Conference.

**Education.**

B.A. 1994 – Oakland University

J.D. 1998- University of Detroit Mercy

**Affiliations.**

- American Association for Justice
- Oakland County Bar Association
- State Bar of Michigan
- U.S. District Court Pro Bono Committee
- Consumer Law Division, State Bar of Michigan
- Federal Bar Association
- Public Justice
- American Trial Lawyers Association

**National Press Coverage.**

Oliver has been involved in numerous cases that have sparked national and international interest. She has been interviewed and featured in print, online, on television and radio regarding her expertise and involvement with some of the nation's most interesting litigation. As a result, Oliver has been called upon and often quoted by leaders in with Fox 2 News Detroit, Daily Fox News, Channel 95.5 Detroit, Spin 1038 Radio in Dublin, Ireland, Entertainment Weekly, The New York Observer, Digital Spy, Yahoo! News, Entertainment Weekly, Business Wire, Rolling Stone, NBC, Channel 95.5 Detroit, My Fox Phoenix, Huffington Post, Reuters, ABC News, TV Guide, Billboard, Washington Post, Detroit Legal News, WXYZ Channel 7 Detroit, Lawyers USA, Washington Post, NY Times, Crains, Salon, Al Jazeera, Bloomberg News, NPR Radio, Law360, Rolling Stone and the National Law Journal.