# Paul Matouka, Esq.

*pmatouka@oliverlawgroup.com*

*1647 W. Big Beaver Rd.*

*Troy, MI 48084*

*Curriculum Vitae*

---

**Legal Experience & Professionalism.**

      While early on in his legal career, Paul Matouka already has a broad range of experience working on class action, civil rights, consumer rights, mass tort, environmental law, and international commercial arbitration cases. Paul also has extensive experience conducting legal research for his former professors in areas of constitutional, criminal, and international law. Paul is a dedicated advocate for his clients and works tirelessly to advance their interests.

---

**Work Experience**

**Oliver Law Group, P.C.**, Troy, Michigan

*Associate Attorney*, January 2021–Present
- Draft pleadings, memoranda, and other legal documents.
- Research legal issues to develop new cases and legal theories.
- Conduct document review to identify evidence and evaluate strength of claims and defenses.
- Develop client claims, defenses, and long-term case strategy.
- Communicate with current clients to provide case updates and advice.
- Conduct potential client intakes and assesses merits of potential cases.
- Worked on complex civil rights litigation including:
    - *Alexander, et al. v. Hall, et al.*, No. 4:20-cv-DMB/JMV (N.D. Miss.) (putative class action concerning unconstitutional conditions of confinement for persons incarcerated in Mississippi).
    - *Rouse, et al. v. Washington, et al.*, No. 2:20-cv-11409 (E.D. Mich.) (class action concerning Eighth Amendment violations related to the COVID-19 pandemic).
    - *Rouse, et al. v. Whitmer, et al.*, No. 2:20-cv-12308 (E.D. Mich.) (putative class action concerning violations of the Religious Land Use and Institutionalized Persons Act, the Equal Protection Clause of the Fourteenth Amendment, and state law claims).

**WilmerHale**, London, England

*Intern*, September 2020–December 2020
- Conducted research and drafted memoranda on complex issues of domestic and international law.

**Goodman Hurwitz & James, P.C.**, Detroit, Michigan

*Law Clerk*, May 2018–May 2020 (with intermittent time off for other obligations)
- Drafted memoranda and motions, assisted in document review, and conducted legal research and client intake interviews.

**Great Lakes Environmental Law Center**, Detroit, Michigan

*Legal Intern*, January–April 2019
- Conducted research and drafted memoranda and other documents.

**Bureau of Land Management**, Meeker, Colorado

*Wildland Firefighter*, May–August 2017, May–August 2016, May–August 2015
- Engaged in suppression and management operations on wildfires ranging from a single tree to tens of thousands of acres.
- Directed up to five other firefighters during active suppression missions.

## Curriculum Vitae Highlights.

- Assistant Editor—The *Wayne Law Review*, 2019–2020
    - Note published – Paul Matouka, *The Fundamental Right to Biological Integrity*, 67 WAYNE L. REV. 65 (2021).
- Wayne State University – Jessup International Moot Court Team
    - First place oralist 2018 – 2019.
    - Chancellor 2019 – 2020.
- Civil Procedure A Teaching Assistant for Justin Long, Fall 2018
- Property Teaching Assistant for Professor John Mogk, Winter 2019 and Winter 2020
- Research Assistant for Professor Blanche Cook, Winter 2019
- Research Assistant for Professor William Ortman, Summer 2019
- Recipient of the Freeman Fellowship to study public international law at the Hague Academy during summer 2019

## State Court Bar Admissions.

Michigan, November 2020

## Federal Court Bar Admissions.

United States District Court of Michigan
Eastern District

*Pro hac vice* admission to:
United States District Court of Mississippi

Northern District

**Education.**

B.S. 2015 – Michigan State University

J.D. 2020 – Wayne State University