UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JOHN DOES, *et al.* <br><br> Plaintiffs, <br> v. <br><br> GRETCHEN WHITMER, *et al.*, <br><br> Defendants. | No. 2:22-cv-10209 <br><br> Hon. Mark A. Goldsmith <br><br> Mag. Curtis Ivy, Jr. |
| JOHN DOES. *et al.*. <br><br> Plaintiffs, <br> v. <br><br> MICHIGAN STATE POLICE, *et al.* <br><br> Defendants. | No. 2:21-cv-12843 <br><br> Hon. Mark A. Goldsmith <br><br> Mag. Curtis Ivy, Jr. |
| DOE, <br><br> Plaintiff, <br> v. <br><br> GRETCHEN WHITMER, *et al.*, <br><br> Defendants. | No. 2:22-cv-10516 <br><br> Hon. Mark A. Goldsmith <br><br> Mag. Curtis Ivy, Jr. |

**ORDER RE SCHEDULING AND PENDING MOTIONS**

The Court having held a status conference on April 8, 2022, with counsel from *Does v. Whitmer* (*Does III*), 2:22-cv-10209; *Does v. Michigan State Police*, 2:21-cv-12843; and *Doe v. Whitmer*, 2:22-cv-10516; and the Court having reviewed the pending motions in *Does III*, 2:22-cv-10209,

IT IS ORDERED THAT:

1. Defendants' obligation to file answers or responsive pleadings in *Does III*, 2:22-cv-10209; *Does v. Michigan State Police*, 2:21-cv-12843; and *Doe v. Whitmer*, 2:22-cv-10516, and to respond to the pending motion for a preliminary injunction in *Does III*, 2:22-cv-10209, R. 7, is suspended pending further order of this Court.

2. By April 15, 2022, Oliver Law Group may file a memorandum in *Does III*, 2:22-cv-10209, as set forth during the status conference in these cases held April 8, 2022.

3. By April 22, 2022, Plaintiffs' counsel in *Does III* may file a memorandum as set forth during the status conference in these cases held April 8, 2022. Defendants may also file a statement by April 22, 2022, if they choose.

4. The *Does III* Plaintiffs' unopposed motion for leave to exceed page limits, R. 6, for their brief in support of their motion for preliminary injunction is granted. Defendants shall likewise have up to 67 pages for their response to that motion.

5. The *Does III* Defendants shall have up to 75 pages for a motion to dismiss in that case. Plaintiffs shall likewise have up to 75 pages for their response to that motion.

6. The Court has also reviewed the *Does III* Plaintiffs' unopposed motion to proceed pseudonymously and for a protective order, R. 4, and will enter a separate order on that motion.

**SO ORDERED.**

Dated:  April 19, 2022  
        Detroit, Michigan

s/Mark A. Goldsmith  
MARK A. GOLDSMITH  
United States District Judge

Approved as to form by:

s/ Miriam Aukerman (P63165)
Miriam J. Aukerman
Rohit Rajan (AZ 035023)
Attorneys for *Does III* Plaintiffs
American Civil Liberties Union
  Fund of Michigan
1514 Wealthy SE, Suite 260
Grand Rapids, MI 49506
(616) 301-0930
maukerman@aclumich.org
rrajan@aclumich.org

s/ Daniel S. Korobkin (P72842)
American Civil Liberties Union
  Fund of Michigan
Attorney for *Does III* Plaintiffs
2966 Woodward Avenue
Detroit, MI 48201
(313) 578-6824
dkorobkin@aclumich.org

s/ Paul D. Reingold (P27594)
Cooperating Counsel, American Civil Liberties Union Fund of Michigan
Attorney for *Does III* Plaintiffs
Univ. of Michigan Law School
802 Legal Research Building
801 Monroe Street
Ann Arbor, MI 48109-1215
(734) 355-0319 - pdr@umich.edu

s/ Roshna Bala Keen (Ill. 6284469)
Loevy & Loevy
Attorney for *Does III* Plaintiffs
Cooperating Counsel, American Civil Liberties Union Fund of Michigan
311 North Aberdeen, 3rd Floor
Chicago, Illinois 60607
(312) 243-5900 - roshna@loevy.com

s/ Alyson Oliver (P55020)
Alyson Oliver
Paul Matouka (P84874)
Oliver Law Group, P.C.
Attorneys for Plaintiffs in *Does v. MSP*
1647 W. Big Beaver Rd.
Troy, MI 48084
(248) 327-6556
notifications@oliverlawgroup.com

s/ Dustyn Coontz (P80102)
Attorney for Plaintiff in *Doe v. Whitmer*
1100 W. Saginaw St., Suite 4A
Lansing, MI 48915
(517) 940-8004
dc@coontzlaw.com

/s/ Eric M. Jamison (P75721)
Assistant Attorney General
Attorney for Defendants in *Does III*, *Does v. MSP*, and *Doe v. Whitmer*
Michigan Dep't of Attorney General
State Operations Division
P.O. Box 30754
Lansing, MI 48909
(517) 335-7573
jamisone@michigan.gov