UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JOHN DOES A, B, C, D, E, F, G, H, MARY DOE and MARY ROE, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>v<br><br>GRETCHEN WHITMER, Governor of the State of Michigan, and COL. JOSEPH GASPER, Director of the Michigan State Police, in their individual capacities,<br><br>    Defendants. | No. 2:22-cv-10209<br><br>HON. MARK GOLDSMITH<br><br>MAG. CURTIS IVY, JR.<br><br>**DEFENDANTS' STATEMENT REGARDING APPOINTMENT OF CLASS COUNSEL** |

Miriam Aukerman (P63165)
Rohit Rajan (AZ 035023)
Attorneys for Plaintiffs
American Civil Liberties Union
Fund of Michigan
1514 Wealthy SE, Suite 260
Grand Rapids, MI 49506
(616) 301-0930
maukerman@aclumich.org
rrajan@aclumich.org

Daniel S. Korobkin (P72842)
Attorney for Plaintiffs
American Civil Liberties Union
Fund of Michigan
2966 Woodward Avenue

1

Detroit, MI 48201
(313) 578-6824
dkorobkin@aclumich.org

Paul D. Reingold (P27594)
Attorney for Plaintiffs
Cooperating Counsel, American Civil
Liberties Union Fund of Michigan
Univ. of Michigan Law School
802 Legal Research Building
801 Monroe Street
Ann Arbor, MI 48109-1215
(734) 355-0319
pdr@umich.edu

Rashna Bala Keen (Ill. 6284469)
Attorney for Plaintiffs
Loevy & Loevy
Cooperating Counsel, American Civil
Liberties Union Fund of Michigan
311 North Aberdeen, 3rd Floor
Chicago, IL 60607
(312) 243-5900
roshna@loevy.com

Eric M. Jamison (P75721)
Keith Clark (P56050)
Attorneys for Defendants Whitmer and Gasper
Michigan Department of Attorney General
State Operations Division
P.O. Box 30754
Lansing, MI 48909
(517) 335-7573
clarkk33@michigan.gov
jamisone@michigan.gov

_____/

## DEFENDANTS' STATEMENT REGARDING APPOINTMENT OF CLASS COUNSEL

Under the Rules, the parties and the Court have an obligation to secure a "just, speedy and *inexpensive* determination of every action and proceeding." Fed. R. Civ. P. 1. (emphasis added). Here, because the relief being sought is declaratory and injunctive relief, most of the potential expenses in this litigation are going to related to attorney fees.

During the April 8, 2022, status conference there were eight attorneys in attendance representing plaintiffs. Only three plaintiffs' attorneys actively participated in the 45-minute conference. Based on attorney rates from recent cases with many of the same attorneys, the approximate fees generated during the call were $2,700. This was a simple status conference, yet there were five plaintiffs' attorneys in attendance that did not play an active part.

Under 42 U.S.C 1988 prevailing parties may be entitled to attorney fees. 42 U.S.C 1988. However, courts have noted that "[c]ases may be overstaffed. . . the prevailing party should make a good faith effort to exclude . . . hours that are excessive, redundant, or otherwise unnecessary." *Hensley v. Eckerhart*, 461 U.S. 424, 434 (1983).

If plaintiffs end up prevailing, which they should not, and attorney fees are awarded under 42 U.S.C 1988, the fees will be exorbitant if the same practice is allowed to continue. More importantly, such practices provide no measurable benefit to the plaintiffs. Allowing two groups of plaintiffs' attorneys to work together on the litigation seems to be an open invitation for excessive, redundant, and unnecessary billings, which will only lead to more litigation in the future.

In the preceding cases related to the Constitutionality of the old SORA, many similar cases were dismissed or stayed because the claims were subsumed in the class action. The undersigned counsel is currently handling state cases that are challenging the new SORA, which judges have *sua sponte* held in abeyance pending the outcome of this case.

Defendants support a case management order that protects against overstaffing and promotes a speedy and inexpensive determination of the matter. The Court may wish to provide guidance regarding staffing to protect against potential abuses, such as:

- Appointing a single group of attorneys to represent the class;

- Setting limits on how many plaintiffs' attorneys may be present for court conferences, calls with opposing counsel, depositions, trial and other proceedings;

- Direction regarding using senior attorneys for tasks that may be more suitable for less senior attorneys (e.g., a senior attorney does not need to be billing at the highest rates to draft a stipulation to extend dates);

- Set ranges for hourly charges for particular attorneys on the case, and permissible charges for travel time; and

- A requirement that plaintiffs counsel submit periodic reports related to hours billed on the case.

The Court has wide discretion in how it handles the appointment of counsel. Defendants don't take a substantive position on the many options available to the Court but are primarily concerned with ensuring a speedy and inexpensive resolution to the case.

Once the Court determines how to proceed with the class actions, Defendants should be afforded a reasonable amount of time to respond to the complaint and the pending preliminary injunction motion.

                                        Respectfully submitted,

                                        /s/ *Eric M. Jamison*
                                        Assistant Attorney General
                                        Attorney for Whitmer and Gasper
                                        State Operations Division
                                        P.O. Box 30754
                                        Lansing, MI 48909
                                        (517) 335-7573
                                        jamisone@michigan.gov
                                        P75721

Dated:  April 22, 2022

## CERTIFICATE OF SERVICE

I hereby certify that on April 22, 2022, I caused the above documents to be electronically filed with the Clerk of the Court using the ECF System, which will provide electronic copies to counsel of record.

                                       /s/ *Eric M. Jamison*
                                       Assistant Attorney General
                                       Attorney for Whitmer and Gasper
                                       State Operations Division
                                       P.O. Box 30754
                                       Lansing, MI 48909
                                       (517) 335-7573
                                       jamisone@michigan.gov
                                       P75721

2022-0341402-A