# EXHIBIT A:

# CHART OF CASES STAYED OR DISMISSED AFTER CERTIFICATION IN *DOES II*

## Cases Stayed or Dismissed After Certification in *Does II*

This chart provides examples of cases challenging the prior version of Michigan's Sex Offenders Registration Act that were stayed or dismissed while the certified class litigated *Does v. Snyder* (*Does II*), No. 16-cv-13137 (E.D. Mich.). The chart also shows whether the stayed or dismissed case had named defendants other than the governor and Michigan State Police director (who were the defendants named in *Does II*). In addition, the chart shows if the plaintiffs brought any claims other than those raised in *Does II*. This sampling of cases is only intended to be representative and is not an exhaustive list of cases that were stayed or dismissed in light of *Does II*.

| Case | Case Number | Additional Defendants | Additional Claims/Theories | Stay or Dismissal |
|---|---|---|---|---|
| *Doe v. Curran* | 18-cv-11935 | Brendan Curran (Otsego County Prosecuting Attorney); Matthew Nowicki (Otsego County Sheriff); Ron Puzon (former Otsego County Deputy); Kevin Schriner (Michigan Department of Corrections Probation Officer) | Yes | Stayed Pending *Does II* (Parties now litigating attorneys' fees motion) |
| *Cain v. Michigan* | 19-cv-10243 | State of Michigan, Daniel Martin (member of the Michigan State Police), CM Maskey (member of the Michigan State Police), and Kim Worthy (Wayne County Prosecutor) | Yes | Dismissed in Light of *Does II* |
| *Hann v. Whitmer* | 19-cv-11688 | N/A | N/A | Dismissed in Light of *Does II* |

| | | | | |
|---|---|---|---|---|
| *Xavier Doe v. Michigan* | 19-cv-10364 | State of Michigan, Michigan Department of State Police, Jessica Cooper (Oakland County Prosecutor), Oakland County Prosecutor's Office, and the Township of Waterford | N/A | Dismissed in Light of *Does II* |
| *Abner v. Whitmer* | 19-cv-12471 | N/A | Yes | Stipulated Dismissal in Light of *Does II* |
| *Ingram v. Whitmer* | 19-cv-11791 | N/A | N/A | Dismissed in Light of *Does II* |
| *Barnes v. Whitmer* | 19-cv-12390 | N/A | N/A | Dismissed in Light of *Does II* |
| *Doe v. Whitmer* | 19-cv-10977 | Dana Nessel (Michigan Attorney General) and the State of Michigan | Yes | Stayed Pending *Does II* |
| *Dentry v. Snyder* | 17-cv-10643 | N/A | N/A | Dismissed in Light of *Does II* |