UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JOHN DOES A, B, C, D, E, F, G, H, MARY DOE and MARY ROE, on behalf of themselves and all others similarly situated,<br><br>                Plaintiffs,<br><br>v.<br><br>GRETCHEN WHITMER, Governor of the State of Michigan, and COL. JOSEPH GASPER, Director of the Michigan State Police, in their official capacities,<br><br>                Defendants. | No. 2:22-cv-10209<br><br>Hon. Mark A. Goldsmith<br><br>Mag. Curtis Ivy, Jr. |

**STIPULATED ORDER RE BRIEFING SCHEDULE**

On May 18, 2022, the Court entered an order requiring Defendants to file any answer to Plaintiffs' complaint, any response to Plaintiffs' motion for preliminary injunction, and any motion to dismiss within 14 days, i.e., by May 31, 2022. Plaintiffs then filed a motion to modify the briefing schedule, R. 36, to which Defendants responded, R. 37. The parties conferred and stipulated to a modified briefing schedule. However, the Court has advised the parties that briefing must conclude by August 1, 2022. The parties having again conferred and having stipulated to the following briefing schedule, IT IS ORDERED THAT:

1. Defendants shall file any response to Plaintiffs' motion for preliminary injunction by May 27, 2022.

2. Defendants shall file any motion to dismiss by May 31, 2022.

3. Plaintiffs shall file any reply in support of their motion for preliminary injunction and any response to any motion to dismiss by July 18, 2022.

4. Defendants shall file any reply in support of any motion to dismiss by August 1, 2022.

**SO ORDERED.**

Dated:  May 27, 2022           s/Mark A. Goldsmith
        Detroit, Michigan      MARK A. GOLDSMITH
                               United States District Judge


Approved by:

s/ Miriam Aukerman (P63165)
Miriam J. Aukerman
Rohit Rajan (AZ 035023)
Attorneys for Plaintiffs
American Civil Liberties Union
  Fund of Michigan
1514 Wealthy SE, Suite 260
Grand Rapids, MI 49506
(616) 301-0930
maukerman@aclumich.org
rrajan@aclumich.org

s/ Daniel S. Korobkin (P72842)
American Civil Liberties Union
  Fund of Michigan
Attorney for Plaintiffs
2966 Woodward Avenue
Detroit, MI 48201
(313) 578-6824
dkorobkin@aclumich.org

s/ Paul D. Reingold (P27594)
Cooperating Counsel, American Civil
  Liberties Union Fund of Michigan
Attorney for Plaintiffs
Univ. of Michigan Law School
802 Legal Research Building
801 Monroe Street
Ann Arbor, MI 48109-1215
(734) 355-0319 - pdr@umich.edu

| | |
|---|---|
| s/ Roshna Bala Keen (Ill. 6284469) <br> Loevy & Loevy <br> Attorney for Plaintiffs <br> Cooperating Counsel, American Civil <br>   Liberties Union Fund of Michigan <br> 311 North Aberdeen, 3rd Floor <br> Chicago, Illinois 60607 <br> (312) 243-5900 - roshna@loevy.com | /s/ Eric M. Jamison (P75721) <br> Assistant Attorney General <br> Attorney for Defendants <br> Michigan Dep't of Attorney General <br> State Operations Division <br> P.O. Box 30754 <br> Lansing, MI 48909 <br> (517) 335-7573 <br> jamisone@michigan.gov |