UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN DOES A, B, C, D, E, F, G, H, MARY DOE and MARY ROE, on behalf of themselves and all others similarly situated,

    Plaintiffs,

v

GRETCHEN WHITMER, Governor of the State of Michigan, and COL. JOSEPH GASPER, Director of the Michigan State Police, in their individual capacities,

    Defendants.

No. 2:22-cv-10209

HON. MARK GOLDSMITH

MAG. CURTIS IVY, JR.

## INDEX OF EXHIBITS

Exhibit A   Comparison Chart

Exhibit B   *United States v. Doby*, No. 18-CR-40057-HLT, 2019 WL 5825064 (D. Kan. Nov. 7, 2019)

Exhibit C   *Prater v. Linderman*, No. 18-cv-992, 2019 WL 6711561(E.D. Mich. December 10, 2019)

Exhibit D   *Doe #1 v. Marshall*, No. 2:15-CV-606-WKW, 2018 WL 1321034 (M.D. Ala. Mar. 14, 2018)

Exhibit E   *Doe v. Rausch*, No. 3:20-CV-00728, 2022 WL 481240 (M.D. Tenn. Feb. 16, 2022)