UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN DOES, et al,

                              Plaintiffs,

v.                                                          No. 22-cv-10209

GRETCHEN WHITMER, et al.,                                   Hon. Mark A. Goldsmith

                              Defendants.

## ORDER (1) GRANTING JOINT MOTION FOR LEAVE TO FILE EXCESS PAGES AND EXCEED FOOTNOTE LIMITS (Dkt. 42) AND (2) DENYING AS MOOT PLAINTIFFS' MOTION TO MODIFY BRIEFING SCHEDULE (Dkt. 36)

Before the Court is a joint motion (Dkt. 42) requesting leave for Plaintiffs and Defendants to file excess pages and exceed footnote limits in their replies filed, respectively, in support of Plaintiffs' motion for preliminary injunction (Dkt. 7) and Defendants' motion to dismiss (Dkt. 41). The Court grants the parties' joint motion.

Also before the Court is Plaintiffs' motion to modify the briefing schedule (Dkt. 36). The issues raised in this motion have been resolved by the stipulated order regarding the briefing schedule entered May 27, 2022 (Dkt. 40). Accordingly, the Court denies this motion as moot.

SO ORDERED.

Dated: July 19, 2022                       s/Mark A. Goldsmith
Detroit, Michigan                          MARK A. GOLDSMITH
                                           United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail

addresses disclosed on the Notice of Electronic Filing on July 19, 2022.

s/Kelly Winslow
Case Manager