UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN DOES A, B, C, D, E, F, G, H,
MARY DOE and MARY ROE, on
behalf of themselves and all others
similarly situated,

No. 2:22-cv-10209

  Plaintiffs,

HON. MARK A. GOLDSMITH

v

MAG. CURTIS IVY, JR.

GRETCHEN WHITMER, Governor
of the State of Michigan, and COL.
JOSEPH GASPER, Director of the
Michigan State Police, in their
individual capacities,

**APPEARANCE**

  Defendants.

_____

Miriam Aukerman (P63165)
Rohit Rajan (AZ 035023)
Attorneys for Plaintiffs
American Civil Liberties Union
Fund of Michigan
1514 Wealthy SE, Suite 260
Grand Rapids, MI  49506
(616) 301-0930
maukerman@aclumich.org
rrajan@aclumich.org

Daniel S. Korobkin (P72842)
Attorney for Plaintiffs
American Civil Liberties Union
Fund of Michigan
2966 Woodward Avenue

1

Detroit, MI 48201
(313) 578-6824
dkorobkin@aclumich.org

Paul D. Reingold (P27594)
Attorney for Plaintiffs
Cooperating Counsel, American Civil
Liberties Union Fund of Michigan
Univ. of Michigan Law School
802 Legal Research Building
801 Monroe Street
Ann Arbor, MI  48109-1215
(734) 355-0319
pdr@umich.edu

Rashna Bala Keen (Ill. 6284469)
Attorney for Plaintiffs
Loevy & Loevy
Cooperating Counsel, American Civil
Liberties Union Fund of Michigan
311 North Aberdeen, 3rd Floor
Chicago, IL  60607
(312) 243-5900
roshna@loevy.com

Eric M. Jamison (P75721)
Scott L. Damich (P74126)
Attorneys for Defendants Whitmer and Gasper
Michigan Department of Attorney General
State Operations Division
P.O. Box 30754
Lansing, MI 48909
(517) 335-7573
jamisone@michigan.gov
damichs@michigan.gov

Keith G. Clark (P56050)
Assistant Attorney General
Michigan Dept. of Attorney General
Attorney for Defendants Whitmer and Gasper
MDOC Division
P.O. Box 30217
Lansing, MI 48909
(517) 335-3055
ClarkK33@michigan.gov

_____/

## APPEARANCE

Scott L. Damich, Assistant Attorney General, hereby enters his

appearance as co-counsel for Defendants Gretchen Whitmer and Joseph

Gasper, in the above cause.

<div style="margin-left: 50%;">

*/s/ Scott Damich*
Scott Damich
Assistant Attorney General
Attorney for Defendants
Whitmer and Gasper
Michigan Dep't of Attorney
General
State Operations Division
P.O. Box 30754
Lansing, MI 48909
(517) 335-7573
damichs@michigan.gov
P74126

</div>

Dated: July 20, 2022

3

**CERTIFICATE OF SERVICE**

I certify that on July 20, 2022, I caused the foregoing document to be electronically filed with the Clerk of the Court using the ECF system, which will provide electronic copies to counsel of record.

*/s/ Scott Damich*
Scott Damich (P74126)
Assistant Attorney General

2022-0341402-A

4