UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

John Doe A, et al.,

               Plaintiff(s),

v.                                                              Case No. 2:22-cv-10209-MAG-CI
                                                              Hon. Mark A. Goldsmith

Gretchen Whitmer, et al.,

               Defendant(s),
_____/

## NOTICE OF TELEPHONIC CONFERENCE

    PLEASE TAKE NOTICE that a telephonic conference has been scheduled before District Judge Mark A. Goldsmith as follows:

- STATUS CONFERENCE: August 24, 2022 at 04:00 PM

    The conference shall be initiated by counsel using the provided dial-in information.

    If possible, please refrain from the use of cell phones. If a party wishes to be called at a number other than the one listed on the docket, please give that information to the party initiating the call.

    **ADDITIONAL INFORMATION:** The parties shall call into (877) 336-1274 and use access code: 9602327. An email will be sent to counsel with the security code.

### Certificate of Service

    I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                      By: s/K Sandusky
                                                             Case Manager

Dated: August 19, 2022