UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

John Doe A, et al.,

                Plaintiff(s),

v.                                                  Case No. 2:22-cv-10209-MAG-CI
                                                      Hon. Mark A. Goldsmith

Gretchen Whitmer, et al.,

                Defendant(s),

## NOTICE OF TELEPHONIC CONFERENCE

PLEASE TAKE NOTICE that a telephonic conference has been scheduled before District Judge Mark A. Goldsmith as follows:

- STATUS CONFERENCE:  August 30, 2022 at 04:00 PM

The conference shall be initiated by counsel using the provided dial-in information.

If possible, please refrain from the use of cell phones.  If a party wishes to be called at a number other than the one listed on the docket, please give that information to the party initiating the call.

**ADDITIONAL INFORMATION:**    The parties shall call into (877) 336-1274 and use access code: 9602327. An email with security code will be emailed to counsel.

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                        By: s/K Sandusky
                                                             Case Manager

Dated:   August 25, 2022