UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN DOES A, B, C, D, E, F, G, H, MARY DOE and MARY ROE, on behalf of themselves and all others similarly situated,

    Plaintiffs,

v

GRETCHEN WHITMER, Governor of the State of Michigan, and COL. JOSEPH GASPER, Director of the Michigan State Police, in their individual capacities,

    Defendants.

No. 2:22-cv-10209

HON. MARK GOLDSMITH

MAG. CURTIS IVY, JR.

## DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY

Defendants request that the Court take notice of a recent district court decision in this district that is relevant to this case. In *Doe v Whitmer, et al,* the Court found that the statute of limitations barred all claims for injuries prior to August 17, 2018, which was three years prior to filing the lawsuit. (Ex. A.)

1

In the pending motion before this Court, Defendants argue that several claims are barred by the statute of limitations. (ECF No. 41, PageID.1373-1376).

                Respectfully Submitted,

                /s/ *Eric M. Jamison*
                Assistant Attorney General
                Attorney for Whitmer and Gasper
                State Operations Division
                P.O. Box 30754
                Lansing, MI 48909
                (517) 335-7573
                jamisone@michigan.gov
                P75721

Dated: September 12, 2022

## CERTIFICATE OF SERVICE

I hereby certify that on September 12, 2022, I electronically filed the above document(s) with the Clerk of the Court using the ECF System, which will provide electronic copies to counsel of record.

*/s/ Eric M. Jamison*
Assistant Attorney General
Attorney for Defendants Whitmer and Gasper
Michigan Department of Attorney General
State Operations Division
P.O. Box 30754
Lansing, MI 48909
(517) 335-7573
jamisone@michigan.gov
P75721

2022-0341402-A

## LOCAL RULE CERTIFICATION

  I, Eric M. Jamison, certify that this document complies with Local Rule 5.1(a), including double-spaced (except for quoted material and footnotes): at least one-inch margin on top, sides, and bottoms; consecutive page numbering; and type size of all text and footnotes that is no smaller than 10-1/2 characters per inch (for non-proportional fonts) or 14 points (for proportional fonts). I also certify that it is the appropriate length. Local Rule 7.1(d)(3).

          /s/ *Eric M. Jamison*
          Assistant Attorney General
          Attorney for Whitmer and Gasper
          State Operations Division
          P.O. Box 30754
          Lansing, MI 48909
          (517) 335-7573
          jamisone@michigan.gov
          P75721