UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JOHN DOES A, B, C, D, E, F, G, H, MARY DOE and MARY ROE, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br>v.<br><br>GRETCHEN WHITMER, Governor of the State of Michigan, and COL. JOSEPH GASPER, Director of the Michigan State Police, in their official capacities,<br><br>        Defendants. | No. 2:22-cv-10209<br><br>Hon. Mark A. Goldsmith<br><br>Mag. J. Curtis Ivy, Jr. |

**PLAINTIFFS' RESPONSE TO DEFENDANTS'**
**NOTICE OF SUPPLEMENTAL AUTHORITY**

Plaintiffs write briefly to respond to Defendants' notice of a recent district court decision dismissing an action for damages that challenged a prior version of Michigan's Sex Offenders Registration Act (SORA) that is no longer on the books. *See* ECF No. 51, PageID.1804–1805 (citing *Doe 1-5 v. Whitmer*, No. 21-11903, ECF No. 18 (E.D. Mich., Sept. 8, 2022)). The statute of limitations discussion in *Doe 1-5* is inapposite with respect to Plaintiffs' challenge seeking injunctive and declaratory relief against the ongoing enforcement of SORA 2021. "[T]he continued enforcement of a statute inflicts a continuing or repeated harm" and thus "a new limitations period commences . . . with each new injury." *Flynt v. Shimazu*, 940 F.3d

1

457, 462 (9th Cir. 2019) (collecting cases). The Sixth Circuit has therefore held that while the statute of limitations delimits how far back one can recover damages, "[t]he continued enforcement of an unconstitutional statute cannot be insulated by the statute of limitations." *Kuhnle Bros., Inc. v. County of Geauga*, 103 F.3d 516, 522 (6th Cir. 1997) (cleaned up). Moreover, the plaintiffs in *Doe 1-5* conceded the applicability of the statute of limitations defense. *See Doe 1-5 v. Whitmer*, No. 21-11903, ECF No. 15 (E.D. Mich.). Here, Plaintiffs contest the applicability of Defendants' limitations defense. *See* ECF No. 44, PageID.1585–1591.

Respectfully submitted,

s/ Miriam J. Aukerman (P63165)
Rohit Rajan (AZ 035023)
American Civil Liberties Union
  Fund of Michigan
Attorneys for Plaintiffs
1514 Wealthy SE, Suite 260
Grand Rapids, MI 49506
(616) 301-0930
maukerman@aclumich.org
rrajan@aclumich.org

s/ Paul D. Reingold (P27594)
Cooperating Counsel, American Civil
  Liberties Union Fund of Michigan
Attorney for Plaintiffs
Univ. of Michigan Law School
802 Legal Research Building
801 Monroe Street
Ann Arbor, MI 48109-1215
(734) 355-0319
pdr@umich.edu

s/ Daniel S. Korobkin (P72842)
American Civil Liberties Union
  Fund of Michigan
Attorney for Plaintiffs
2966 Woodward Avenue
Detroit, MI 48201
(313) 578-6824
dkorobkin@aclumich.org

s/ Roshna Bala Keen (Ill. 6284469)
Loevy & Loevy
Attorney for Plaintiffs
Cooperating Counsel, American Civil
  Liberties Union Fund of Michigan
311 North Aberdeen, 3rd Floor
Chicago, Illinois 60607
(312) 243-5900
roshna@loevy.com

Dated: September 13, 2022

## LOCAL RULE CERTIFICATION

I, Miriam J. Aukerman, certify that this document complies with Local Rule 5.1(a), including: double-spaced (except for quoted material and footnotes); at least one-inch margins on the top, sides, and bottom; consecutive page numbering; and type size of all text and footnotes that is no smaller than 10-1/2 characters per inch (for non-proportional fonts) or 14 point (for proportional fonts).

s/ Miriam J. Aukerman (P63165)
Miriam J. Aukerman
American Civil Liberties Union
  Fund of Michigan
1514 Wealthy SE, Suite 260
Grand Rapids, MI 49506
(616) 301-0930
maukerman@aclumich.org