UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JOHN DOES A, B, C, D, E, F, G, H, MARY DOE and MARY ROE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>GRETCHEN WHITMER, Governor of the State of Michigan, and COL. JOSEPH GASPER, Director of the Michigan State Police, in their official capacities,<br><br>Defendants. | No. 2:22-cv-10209<br><br>Hon. Mark A. Goldsmith<br><br>Mag. J. Curtis Ivy, Jr. |

**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL
BY ROHIT RAJAN**

Pursuant to Local Rule 83.25(b)(2), Rohit Rajan, attorney for Plaintiffs, respectfully requests that the Court enter an order allowing Mr. Rajan to withdraw as counsel in the above captioned matter. As of September 17, 2022, Mr. Rajan will no longer be a paid employee of the American Civil Liberties Union Fund of Michigan. No substitution is necessary nor will there be any delay in the progress of the matter as other counsel of record will continue to appear on behalf of Plaintiffs and as class counsel.

1

Respectfully submitted,

<u>s/ Rohit Rajan (AZ 035023)</u>
Rohit Rajan
American Civil Liberties Union
  Fund of Michigan
Attorneys for Plaintiffs
1514 Wealthy St. SE, Suite 260
Grand Rapids, MI 49506
(616) 301-0930
rrajan@aclumich.org

Dated: September 14, 2022

## LOCAL RULE CERTIFICATION

I, Rohit Rajan, certify that this document complies with Local Rule 5.1(a), including: double-spaced (except for quoted material and footnotes); at least one-inch margins on the top, sides, and bottom; consecutive page numbering; and type size of all text and footnotes that is no smaller than 10-1/2 characters per inch (for non-proportional fonts) or 14 point (for proportional fonts). I also certify that it is the appropriate length. Local Rule 7.1(d)(3).

s/ Rohit Rajan (AZ 035023)
Rohit Rajan
American Civil Liberties Union
  Fund of Michigan
1514 Wealthy St. SE, Suite 260
Grand Rapids, MI 49506
(616) 301-0930
rrajan@aclumich.org
