UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN DOES, et al.,

    Plaintiffs,

Case No. 22-cv-10209

vs.

HON. MARK A. GOLDSMITH

GRETCHEN WHITMER, et al.,

    Defendants.
_____/

**ORDER GRANTING PLAINTIFFS' MOTION FOR WITHDRAWAL OF COUNSEL**
**(Dkt. 53)**

    Rohit Rajan, attorney for Plaintiffs, has moved to withdraw as counsel in this matter (Dkt. 53). The Court grants Rajan's motion.

    SO ORDERED.

Dated: September 15, 2022            s/Mark A. Goldsmith
       Detroit, Michigan                  MARK A. GOLDSMITH
                                            United States District Judge