UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN DOES, et al.,

    Plaintiffs,

vs.

GRETCHEN WHITMER, et al.,

    Defendants.
_____/

Case No. 22-cv-10209

HON. MARK A. GOLDSMITH

## CASE MANAGEMENT AND SCHEDULING ORDER

The Court has reviewed the parties' joint discovery plan (Dkt. 60) and subsequent statements on discovery (Dkts. 61, 62, 65). Having discussed the parties' positions on discovery with their counsel during the October 28, 2022 status conference, the Court sets the following deadlines:

| EVENT | DEADLINE |
|---|---|
| Exchange Initial disclosures under Fed. R. Civ. P. 26(a)(1) | **November 18, 2022** |
| Parties' conference on electronically stored information (ESI), class list, document storage, and data management systems | **November 18, 2022** |
| Deposition(s) of data managers | **December 2, 2022** |
| Initial wave of written discovery | **December 2, 2022** |
| Responses, including objections | **December 12, 2022** |
| File joint statement on unresolved discovery objections | **January 6, 2023** |
| Hearing on discovery objections | **January 12, 2023 @ 8:30 am** |
| Lay witness list | **February 2, 2023** |
| Exhibit list | **February 2, 2023** |
| Expert witness list/disclosures/reports - Plaintiffs | **February 28** |


| Expert witness list/disclosures/reports - Defendants | **March 14, 2023** |
| --- | --- |
| Rebuttal expert reports - Plaintiffs | **March 28, 2023** |
| Fact and expert discovery | **April 18, 2023** |
| Status conference regarding proceeding under Fed. R. Civ. P. 52 or 56 and setting later dates; Joint statement required one week in advance | **May 4, 2023 at 4:00 p.m.** |

SO ORDERED.

Dated: November 9, 2022           s/Mark A. Goldsmith
       Detroit, Michigan          MARK A. GOLDSMITH
                                       United States District Judge