UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN DOES A, B, C, D, E, F, G, H,
MARY DOE and MARY ROE, on behalf of
themselves and all others similarly situated,

           Plaintiffs,

v.

GRETCHEN WHITMER, Governor of the
State of Michigan, and COL. JOSEPH
GASPER, Director of the Michigan State
Police, in their official capacities,

           Defendants.

No. 2:22-cv-10209

Hon. Mark A. Goldsmith

Mag. Curtis Ivy, Jr.

**RULE 502(d) ORDER**

## RULE 502(d) ORDER

      The production of privileged or work-product protected documents, electronically stored information (ESI), or information, whether inadvertent or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

      Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI, or information (including metadata) for

1

relevance, responsiveness, and/or segregation of privileged and/or protected information before production.

**IT IS SO ORDERED.**

Dated:  November 29, 2022       s/Mark A. Goldsmith
    Detroit, Michigan       MARK A. GOLDSMITH
                 United States District Judge

Stipulated and Approved by:

| *s/Miriam Aukerman* | */s/ Eric M. Jamison* |
|---|---|
| Miriam Aukerman (P63165) | Eric M. Jamison (P75721) |
| Attorneys for Plaintiffs | Assistant Attorney General |
| American Civil Liberties Union | Attorney for Defendants |
| Fund of Michigan | Michigan Dep't of Attorney General |
| 1514 Wealthy SE, Suite 260 | State Operations Division |
| GrandRapids, MI  49506 | P.O. Box 30754 |
| (616) 301-0930 | Lansing, MI  48909 |
| maukerman@aclumich.org | (517) 335-7573 |
| | |
| Dated:  November 17, 2022 | Dated:  November 17, 2022 |