UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JOHN DOES A, B, C, D, E, F, G, H, MARY DOE and MARY ROE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GRETCHEN WHITMER, Governor of the State of Michigan, and COL. JOSEPH GASPER, Director of the Michigan State Police, in their official capacities,<br><br>Defendants. | No. 2:22-cv-10209<br><br>Hon. Mark A. Goldsmith<br><br>Mag. Curtis Ivy, Jr. |

**STIPULATED ORDER EXTENDING DEADLINE FOR DISCOVERY RESPONSES**

The parties, through counsel, stipulate to extend the deadline for the discovery responses from Monday, December 12, 2022 to Wednesday, December 14, 2022 by 9:00 a.m.

The parties agree, and the Court orders, as follows:

The deadline for the discovery responses is extended to Wednesday, December 14, 2022 by 9:00 a.m.

**IT IS SO ORDERED.**

Dated: December 13, 2022        s/Mark A. Goldsmith
      Detroit, Michigan         MARK A. GOLDSMITH
                                                      United States District Judge

Approved by:

s/ Miriam Aukerman (P63165)
Miriam J. Aukerman
Attorney for Plaintiffs
American Civil Liberties Union
  Fund of Michigan
1514 Wealthy SE, Suite 260
Grand Rapids, MI 49506
(616) 301-0930
maukerman@aclumich.org

/s/ Eric M. Jamison (P75721)
Assistant Attorney General
Attorney for Defendants
Michigan Dep't of Attorney General
State Operations Division
P.O. Box 30754
Lansing, MI 48909
(517) 335-7573
jamisone@michigan.gov