UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN DOES, et al.,

    Plaintiffs,

Case No. 22-cv-10209

vs.

HON. MARK A. GOLDSMITH

GRETCHEN WHITMER, et al.,

    Defendants.
_____/

## ORDER FOLLOWING STATUS CONFERENCE

On the December 22, 2022 status conference, Defendants stated that they will produce additional documents responsive to Plaintiffs' requests. The balance of these documents must be produced the week of January 2, 2023. To the extent that the parties are not able to incorporate objections related to these documents in the joint statement due January 6, 2023, the parties may file a supplement to the joint statement addressing these additional documents by January 10, 2023.

The hearing on discovery objections scheduled for January 12, 2023 at 8:30 a.m. will commence at 10:30 a.m.

    SO ORDERED.

Dated: December 27, 2022                    s/Mark A. Goldsmith
       Detroit, Michigan                 MARK A. GOLDSMITH
                                                   United States District Judge