UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN DOES A, B, C, D, E, F, G, H,
MARY DOE and MARY ROE, on behalf of
themselves and all others similarly situated,

Plaintiffs,

v.

GRETCHEN WHITMER, Governor of the
State of Michigan, and COL. JOSEPH
GASPER, Director of the Michigan State
Police, in their official capacities,

Defendants.

No. 2:22-cv-10209

Hon. Mark A. Goldsmith

Mag. Curtis Ivy, Jr.

**STIPULATED ORDER MOVING THE START TIME OF THE JANUARY 12, 2023 DISCOVERY HEARING**

The parties, through counsel, stipulate to move the start time of the January 12, 2023 discovery hearing from 10:30 a.m. to 1:00 p.m.

The parties agree, and the Court orders, as follows:

The start time of the January 12, 2023 discovery hearing is moved from 10:30 a.m. to 1:00 p.m.

**IT IS SO ORDERED.**

Dated: January 6, 2023
    Detroit, Michigan

s/Mark A. Goldsmith
MARK A. GOLDSMITH
United States District Judge

1

Dated: January 5, 2023

Approved by:

*/s/ Miriam Aukerman* (P63165)
Miriam J. Aukerman
Attorney for Plaintiffs
American Civil Liberties Union
   Fund of Michigan
1514 Wealthy SE, Suite 260
Grand Rapids, MI 49506
(616) 301-0930
maukerman@aclumich.org

*/s/ Eric M. Jamison* (P75721)
Assistant Attorney General
Attorney for Defendants
Michigan Dep't of Attorney General
State Operations Division
P.O. Box 30754
Lansing, MI 48909
(517) 335-7573
jamisone@michigan.gov