## INDEX OF EXHIBITS

A. Plaintiffs' First Requests for Production and First Interrogatories

B. Merged Document with Plaintiffs' Excerpted Requests to Admit and Defendants' Responses

C. Defendants' Responses to First Requests for Production and First Interrogatories

D. Defendants' Amended Responses to First Requests for Production

E. Opinion & Order, *Does II v. Whitmer*, 16-cv-13137 (E.D. Mich.), ECF 121

F. Sample of *Does I* Law Enforcement Sweep Information

G. Samples of *Does I* Data on Registry Size

H. MSP's Release of Information Sex Offender Registry Form (Form RI-46)