# Exhibit F:

Sample of *Does I* Law Enforcement Sweep Information

EX-201 (11/08)
MICHIGAN STATE POLICE



## 51 SEX OFFENDERS ARRESTED IN STATEWIDE SWEEP

**FOR IMMEDIATE RELEASE:** November 16, 2012

**LANSING.** The Michigan State Police (MSP) announced today the arrest of 51 non-compliant sex offenders during Operation Verify, an initiative aimed at increasing compliance with Michigan's sex offender registration law. This was the state's ninth annual coordinated sweep.

Over 90 federal, state and local law enforcement agencies participated in the statewide sweep, which ran from Oct. 16 – 30, 2012. During the sweep period, officers conducted compliance checks at the registered residences of 1,742 offenders, resulting in 51 arrests and 116 warrant requests for violations of the Michigan Sex Offenders Registration Act (MCL 28.723 – 28.732).

The Michigan Sex Offenders Registration Act requires registered sex offenders to regularly report to their local law enforcement agency, sheriff's office or nearest state police post to verify their address. A tier classification is assigned to each registered sex offender based on the requirements in the Act. Tier 1 offenders must verify their address annually, during the first 15 days of January. Tier 2 offenders must verify their address semi-annually, during the first 15 days of January and July. Tier 3 offenders must verify their address quarterly, during the first 15 days of January, April, July and October. Failure to do so carries a penalty of up to two years of incarceration. All registered sex offenders must also report a change of name, address, employment, campus enrollment, internet identifiers and vehicle within three business days of any change. Failure to do so carries a penalty of four years of incarceration.

In addition to Operation Verify, the MSP participates in several local and regional sweeps each year. The department also maintains a list of the Most Wanted Sex Offenders at www.michigan.gov/absconders. As of Oct. 1, 2012, there were 40,155 offenders on the Michigan Sex Offender Registry, of which, 37,261 offenders were in compliance with registry requirements.

###

**MEDIA CONTACT:**
Sgt. Bruce E. Payne, MSP Statewide SOR Enforcement Coordinator, (517) 241-3871

A PROUD tradition of SERVICE through EXCELLENCE, INTEGRITY, and COURTESY since 1917

www.michigan.gov/msp

EX-201 (11/08)
MICHIGAN STATE POLICE



## STATE POLICE TO CONDUCT STATEWIDE SEX OFFENDER SWEEP

**FOR IMMEDIATE RELEASE:**            October 17, 2011

**LANSING.** From Oct. 17 to 28, 2011, law enforcement agencies across Michigan will join together to focus investigative efforts on finding individuals in violation of the Michigan Sex Offenders Registration Act (PA 295 of 1994). The effort, dubbed Operation Verify, is the state's eighth annual statewide sex offender sweep.

"This sweep occurs following the October quarterly verification period because that allows for a more accurate list of noncompliant offenders," stated Col. Kriste Kibbey Etue, director of the Michigan State Police (MSP). "This means any registered offender who wants to spare themselves a visit from a trooper should verify their address with law enforcement as soon as possible."

The Michigan Sex Offenders Registration Act requires registered sex offenders to regularly report to their local law enforcement agency, sheriff's office, or nearest state police post to verify their address. Tier 1 offenders must verify their address annually, during the first 15 days of January. Tier 2 offenders must verify their address semi-annually, during the first 15 days of January and July. Tier 3 offenders must verify their address quarterly, during the first 15 days of January, April, July and October. Failure to do so carries a penalty of up to two years of incarceration.

All registered sex offenders must also report a change of name, address, employment, campus enrollment, internet identifiers and vehicle within three business days of any change. Failure to do so is four-year felony.

**MORE**

A PROUD tradition of SERVICE through EXCELLENCE, INTEGRITY, and COURTESY since 1917

www.michigan.gov/msp

EX-201 (11/08)
MICHIGAN STATE POLICE

Page 2

This statewide sweep comes on the heels of an effort over the past 12 months in which officers from 120 federal, state and local law enforcement agencies conducted residence checks of compliant offenders at the registered residences of nearly 22,000 offenders. This effort resulted in 252 arrests and 981 requests for arrest warrants for violations of the Michigan Sex Offenders Registration Act (MCL 28.723 – 28.732).

In addition to Operation Verify, the MSP participates in several local and regional sweeps each year. The department also maintains a list of the Most Wanted Sex Offenders at www.michigan.gov/absconders. Fourteen most wanted offenders were arrested in 2010, and so far this year, three most wanted offenders have been located or arrested.

As of September, there were 39,930 offenders on the Michigan Sex Offender Registry; 37,321 offenders were in compliance with the registry's requirements.

### 

**MEDIA CONTACT:**

Tpr. Tim Burchell, MSP Statewide SOR Enforcement Coordinator, (517) 241-1851