# Exhibit G:

Sample of Does I Data on Registry Size



# MICHIGAN STATE POLICE
## SEX OFFENDER REGISTRY

| TOTAL NUMBER OF OFFENDERS ON SOR BY YEAR | |
|---|---|
| 1995 | N/A |
| 1996 | N/A |
| 1997 – As reported on March 26, 1997 | 17,356 |
| 1998 – As reported on January 7, 1998 | 18,700 |
| 1999 – As reported on January 12, 1999 | 21,361 |
| 2000 – As reported on January 20, 2000 | 21,446 |
| 2001 – As reported on January 1, 2001 | 25,853 |
| 2002 – As reported on January 1, 2002 | 28,375 |
| 2003 – As reported on January 1, 2003 | 31,045 |
| 2004 – As reported on January 1, 2004 | 33,615 |
| 2005 – As reported on January 3, 2005 | 36,068 |
| 2006 – As reported on January 3, 2006 | 38,185 |
| 2007 – As reported on January 16, 2007 | 40,979 |
| 2008 – As reported on January 3, 2008 | 42,884 |
| 2009 – As reported on January 30, 2009 | 46,663 |
| 2010 – As reported on January 26, 2010 | 48,728 |
| 2011 – As reported on January 3, 2011 | 46,863 |
| 2012 – As reported on January 3, 2012 | 39,863 |
| 2013 – As reported on January 3, 2013 | 40,336 |

# Sex Offender Registry Statistics

On June 1, 2011, there were 41,815 active registrants. Of those, 12, 349 were incarcerated.

| Registration Length | Number of Registrants |
|---|---|
| 25 years | 30,502 |
| Lifetime | 11,313 |

On August 1, 2011, there were 39,611 active registrants. Of those, 11,814 were incarcerated.

| Registration Length | Number of Registrants |
|---|---|
| 15 years | 2,072 |
| 25 years | 8,858 |
| Lifetime | 28,680 |

11/26/2013 8:21:53 AM