UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

───────────────────────────────────────────────

JOHN DOES A, B, C, D, E, F, G, H,
MARY DOE and MARY ROE,
on behalf of themselves and
all others similarly situated,

        Plaintiffs,

v.

GRETCHEN WHITMER, Governor of the
State of Michigan, and COL. JOSEPH
GASPER, Director of the Michigan State
Police, in their official capacities,

        Defendants.

File No. 2:22-cv-10209

Hon. Mark A. Goldsmith

Mag. Curtis Ivy, Jr.

───────────────────────────────────────────────

## ORDER FOLLOWING DISCOVERY HEARING

On January 12, 2023, the parties appeared before the Court for a hearing on their unresolved discovery disputes which include whether the Michigan State Police (MSP) may release non-public data contained in Michigan's sex offender registry to class counsel in this case subject to a protective order. The non-public data includes (1) non-public information about registrants who are on the public sex offender registry, and (2) information about registrants who do not appear on Michigan's public sex offender registry.

The Court finds that, in the circumstances here where class counsel has been

appointed and seek discovery on behalf of the class, such disclosure is not barred by statute as argued by Defendants. The Court orders Defendants to disclose non-public sex offender registry data to Plaintiffs' counsel as further set out below, subject to the terms of the previously entered protective order and any subsequent protective orders. The Court will issue a written opinion subsequent to this order.

The Court orders Defendants to produce the following information:

1. For all current registrants, Defendants shall produce public and non-public data for all fields on Exhibit A to Plaintiff's First Interrogatories and Requests for Production, ECF 78-1, Exh. A, to the extent it is available including such historical data that is available.

Defendants shall provide the data as soon as reasonably possible.

Regarding all data fields and historical data that Defendants do not produce, the parties and a person(s) from the MSP with expertise in the registry database shall meet and confer. Plaintiffs' expert may also participate in the meet and confer.

SO ORDERED.

Dated: January 13, 2023               s/Mark A. Goldsmith
    Detroit, Michigan                  MARK A. GOLDSMITH
                                        United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing

on January 13, 2023.

                                              s/J. McCoy
                                              Case Manager

Approved as to form by:

/s/ Miriam Aukerman (P63165)
Miriam J. Aukerman
Attorneys for Plaintiffs
American Civil Liberties Union
   Fund of Michigan
1514 Wealthy SE, Suite 260
Grand Rapids, MI 49506
(616) 301-0930
maukerman@aclumich.org

/s/ Daniel S. Korobkin (P72842)
/s/ Syeda Davidson (P72801)
American Civil Liberties Union
   Fund of Michigan
Attorney for Plaintiffs
2966 Woodward Avenue
Detroit, MI 48201
(313) 578-6824
dkorobkin@aclumich.org

/s/ Paul D. Reingold (P27594)
Cooperating Counsel, American Civil
   Liberties Union Fund of Michigan
Attorney for Plaintiffs
Univ. of Michigan Law School
802 Legal Research Building
801 Monroe Street
Ann Arbor, MI 48109-1215
(734) 355-0319
pdr@umich.edu

/s/ Roshna Bala Keen (Ill. 6284469)
Loevy & Loevy
Cooperating Counsel, American Civil
   Liberties Union Fund of Michigan
311 North Aberdeen, 3rd Floor
Chicago, Illinois 60607
(312) 243-5900
roshna@loevy.com

/s/ Eric M. Jamison (P75721)
Assistant Attorney General
Attorney for Defendants
Michigan Dep't of Attorney General
State Operations Division
P.O. Box 30754
Lansing, MI 48909
(517) 335-7573
jamisone@michigan.gov

3