UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

John Doe A, et al.,

           Plaintiff(s),

v.                                        Case No. 2:22−cv−10209−MAG−CI
                                                Hon. Mark A. Goldsmith

Gretchen Whitmer, et al.,

           Defendant(s),

## NOTICE OF TELEPHONIC CONFERENCE

PLEASE TAKE NOTICE that a telephonic conference has been scheduled before District Judge Mark A. Goldsmith as follows:

- STATUS CONFERENCE:  January 19, 2023 at 09:00 AM

The conference shall be initiated by Plaintiff's counsel and then include the Court when all parties are available by calling 313/234−5240.

If possible, please refrain from the use of cell phones.  If a party wishes to be called at a number other than the one listed on the docket, please give that information to the party initiating the call.

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                 By: s/K Sandusky
                                                      Case Manager

Dated:  January 19, 2023