UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN DOES A, B, C, D, E, F, G, H,
MARY DOE and MARY ROE, on behalf of
themselves and all others similarly situated,

           Plaintiffs,

v.

GRETCHEN WHITMER, Governor of the
State of Michigan, and COL. JOSEPH
GASPER, Director of the Michigan State
Police, in their official capacities,

           Defendants.

No. 2:22-cv-10209

Hon. Mark A. Goldsmith

Mag. Curtis Ivy, Jr.

**STIPULATED ORDER REGARDING DISCOVERY DEADLINES**

After a status conference on January 19, 2023, and consultation between the parties, the Court sets the following deadlines:

| EVENT | DEADLINE |
|---|---|
| Expert witness lists/disclosures/reports – Plaintiffs[1] | February 28, 2023 |
| Lay Witness List | March 21, 2023 |
| Exhibit List and copies of Exhibits | March 21, 2023 |

---

[1] The Plaintiffs shall inform Defendants by February 10, 2023 whether they will update any of the previously filed expert reports, so that Defendants can determine whether they wish to depose those experts.

1

| | |
|---|---|
| Expert witness list/disclosures/reports – Defendants | March 21, 2023 |
| Rebuttal expert reports – Plaintiffs | April 11, 2023 |
| Expert witness lists/disclosures/reports related to class data from MDOC and MSP – Plaintiffs | Within 28 days of final production of class data, and no later than April 11, 2023, provided that all class data has been produced to Plaintiffs 28 days before that date |
| Expert witness lists/disclosures/reports related to class data from MDOC and MSP – Defendants | 14 days after Plaintiffs' reports, or by April 26, whichever is sooner |
| Rebuttal reports related to class data – Plaintiffs | 7 days after Defendants reports, but no later than May 3, 2023 |
| Fact and Expert Discovery | May 3, 2023 |
| Status conference regarding proceeding under Fed. R. Civ. P. 52 or 56 and setting later dates; Joint statement required one week in advance. | May 4, 2023 at 4:00 p.m. |

SO ORDERED.

Dated: January 27, 2023       s/Mark A. Goldsmith
    Detroit, Michigan      MARK A. GOLDSMITH
                                       United States District Judge

Approved by:
Dated: January 26, 2023

s/ Miriam Aukerman (P63165)
Miriam J. Aukerman
Attorneys for Plaintiffs
American Civil Liberties Union
  Fund of Michigan
1514 Wealthy SE, Suite 260
Grand Rapids, MI 49506
(616) 301-0930
maukerman@aclumich.org

s/ Daniel S. Korobkin (P72842)
s/ Syeda Davidson (P72801)
American Civil Liberties Union
  Fund of Michigan
Attorney for Plaintiffs
2966 Woodward Avenue
Detroit, MI 48201
(313) 578-6824
dkorobkin@aclumich.org

s/ Paul D. Reingold (P27594)
Cooperating Counsel, American Civil
  Liberties Union Fund of Michigan
Attorney for Plaintiffs
Univ. of Michigan Law School
802 Legal Research Building
801 Monroe Street
Ann Arbor, MI 48109-1215
(734) 355-0319 - pdr@umich.edu

s/ Roshna Bala Keen (Ill. 6284469)
Loevy & Loevy
Attorney for Plaintiffs
Cooperating Counsel, American Civil
  Liberties Union Fund of Michigan
311 North Aberdeen, 3rd Floor
Chicago, Illinois 60607
(312) 243-5900 - roshna@loevy.com

/s/ Eric M. Jamison (P75721)
Assistant Attorney General
/s/ Keith Clark (P56050)
Assistant Attorney General
Attorney for Defendants
Michigan Dep't of Attorney General
State Operations Division
P.O. Box 30754
Lansing, MI 48909
(517) 335-7573
jamisone@michigan.gov