UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN DOES A, B, C, D, E, F, G, H,
MARY DOE and MARY ROE, on
behalf of themselves and all others
similarly situated,

      Plaintiffs,

v.

Gretchen Whitmer, Governor of the
State of Michigan, and Col. Joseph
Gasper, Director of the Michigan State
Police, in their official capacities,

      Defendants.
_____/

Case No. 2:22-cv-10209

Hon. Mark A. Goldsmith

Mag. Curtis Ivy, Jr.

Miriam Aukerman (P63165)
Dayja S. Tillman (P86526)
Attorney for Plaintiffs
American Civil Liberties Union
Fund of Michigan
1514 Wealthy SE, Suite 260
Grand Rapids, MI 49506
(616) 301-0930
maukerman@aclumich.org
dtillman@aclumich.org

Daniel S. Korobkin (P72842)
Syeda Davidson (P72801)
Attorney for Plaintiffs
American Civil Liberties Union
Fund of Michigan
2966 Woodward Avenue
Detroit, MI 48201
(313) 578-6824

dkorobkin@aclumich.org
sdavidson@aclumich.org

Paul D. Reingold (P27594)
Attorney for Plaintiffs
Cooperating Counsel, American Civil Liberties Union Fund of Michigan
Univ. of Michigan Law School
802 Legal Research Building
801 Monroe Street
Ann Arbor, MI 48109-1215
(734) 355-0319
pdr@umich.edu

Rashna Bala Keen (Ill. 6284469)
Attorney for Plaintiffs
Loevy & Loevy
Cooperating Counsel, American Civil Liberties Union Fund of Michigan
311 North Aberdeen, 3rd Floor
Chicago, IL 60607
(312) 243-5900
roshna@loevy.com

Eric M. Jamison (P75721)
Scott L. Damich (P74126)
Attorneys for Defendants Whitmer and Gasper
Michigan Department of Attorney General
State Operations Division
P.O. Box 30754
Lansing, MI 48909
(517) 335-7573
jamisone@michigan.gov
damichs@michigan.gov

_____/

## NOTICE OF APPEARANCE

Please enter the appearance of Dayja S. Tillman (P86526) as an attorney for the Plaintiffs in the above-captioned case.

                        Respectfully submitted,

                        /s/ Dayja S. Tillman
                        Dayja S. Tillman (P86526)
                        American Civil Liberties Union
                          Fund of Michigan
                        1514 Wealthy SE, Suite 260
                        Grand Rapids, MI 49506
                        (616) 727-8656
                        dtillman@aclumich.org

Dated: January 31, 2023

## CERTIFICATE OF SERVICE

I certify that on January 31, 2023, I electronically filed the foregoing document with the Clerk of the Court using the ECF system, which will provide electronic copies to counsel of record.

/s/ Dayja S. Tillman
Dayja S. Tillman (P86526)
American Civil Liberties Union
  Fund of Michigan
1514 Wealthy SE, Suite 260
Grand Rapids, MI 49506
(616) 727-8656
dtillman@aclumich.org