UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN DOES, et al.,

    Plaintiffs,

Case No. 22-cv-10209

vs.

HON. MARK A. GOLDSMITH

GRETCHEN WHITMER, et al.,

    Defendants.
_____/

### ORDER FOLLOWING STATUS CONFERENCE ON RECORD

On March 15, 2023, the Court held a status conference on the record regarding the parties' disagreement on the appropriateness of Defendants' asking certain questions relating to example offenses registrable on Michigan's sex offender registry during one of Plaintiffs' depositions.

Until further order of the Court, Defendants are prohibited from asking deponents about examples of offenses registrable on Michigan's sex offender registry, other than deponents' own offenses. The Court directs each party to file on the record a memorandum on this issue, not to exceed five pages, by 12:00 p.m. on March 17, 2023.

    SO ORDERED.

Dated:  March 15, 2023                     s/Mark A. Goldsmith
    Detroit, Michigan                   MARK A. GOLDSMITH
                                           United States District Judge