UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JOHN DOES A, B, C, D, E, F, G, H, MARY DOE and MARY ROE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GRETCHEN WHITMER, Governor of the State of Michigan, and COL. JOSEPH GASPER, Director of the Michigan State Police, in their official capacities,<br><br>Defendants. | No. 2:22-cv-10209<br><br>Hon. Mark A. Goldsmith<br><br>Mag. Curtis Ivy, Jr. |

**STIPULATED ORDER REGARDING DEFENDANTS' EXPERT REPORT**

One of Defendants' Experts will not be able to complete her report by the current deadline of March 21, 2023, due to extenuating circumstances. The parties agreed to extend the deadline for her report to April 7, 2023, and Plaintiff's will have until April 28, 2023, for rebuttal reports to her report, IT IS ORDERED THAT:

1. Defendants have until April 7, 2023, to produce one expert report that is unable to be completed by the current deadline of March 21, 2023. All other Defendant's expert reports shall be due by March 21, 2023.

1

2. Plaintiffs have until April 28, 2023, to file rebuttal reports to the one expert report that is due by April 7, 2023. All other Plaintiff's rebuttal expert reports are due April 11, 2023.

**SO ORDERED.**

Dated: March 16, 2023             s/Mark A. Goldsmith  
    Detroit, Michigan             MARK A. GOLDSMITH  
                                   United States District Judge

Approved by:

s/ Miriam Aukerman (P63165)
Miriam J. Aukerman
Rohit Rajan (AZ 035023)
Attorneys for Plaintiffs
American Civil Liberties Union
  Fund of Michigan
1514 Wealthy SE, Suite 260
Grand Rapids, MI 49506
(616) 301-0930
maukerman@aclumich.org
rrajan@aclumich.org

s/ Daniel S. Korobkin (P72842)
American Civil Liberties Union
  Fund of Michigan
Attorney for Plaintiffs
2966 Woodward Avenue
Detroit, MI 48201
(313) 578-6824
dkorobkin@aclumich.org

s/ Paul D. Reingold (P27594)
Cooperating Counsel, American Civil
  Liberties Union Fund of Michigan
Attorney for Plaintiffs
Univ. of Michigan Law School
802 Legal Research Building
801 Monroe Street
Ann Arbor, MI 48109-1215
(734) 355-0319 - pdr@umich.edu

s/ Roshna Bala Keen (Ill. 6284469)
Loevy & Loevy
Attorney for Plaintiffs
Cooperating Counsel, American Civil
  Liberties Union Fund of Michigan
311 North Aberdeen, 3rd Floor
Chicago, Illinois 60607
(312) 243-5900 - roshna@loevy.com

/s/ Eric M. Jamison (P75721)
Assistant Attorney General
Attorney for Defendants
Michigan Dep't of Attorney General
State Operations Division
P.O. Box 30754
Lansing, MI 48909
(517) 335-7573
jamisone@michigan.gov