UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN DOES A, B, C, D, E, F, G, H,
MARY DOE and MARY ROE, on behalf of
themselves and all others similarly situated,

        Plaintiffs,

v.

GRETCHEN WHITMER, Governor of the
State of Michigan, and COL. JOSEPH
GASPER, Director of the Michigan
State Police, in their official
capacities,

        Defendants.

No. 2:22-cv-10209

Hon. Mark A. Goldsmith

Mag. Curtis Ivy, Jr.

## STIPULATED ORDER PERMITTING WITHDRAWAL OF ASSISTANT ATTORNEY GENERAL KEITH G. CLARK

The parties, through their respective counsel, stipulate and agree as follows:

1.    Assistant Attorney General Keith Clark (P39281) entered his appearance as attorney for Defendant Gretchen Whitmer and Joseph Gasper on March 11, 2022.

1

2. Assistant Attorney General Clark wishes to withdraw his appearance on behalf of Defendants.

3. Defendants will continue to be represented by Assistant Attorneys General Eric M. Jamison (P75721) and Scott L. Damich (P74126), who are also listed as attorneys of record, and will therefore not be prejudiced by a withdrawal.

4. Under LR 83.25(b)(2), an attorney who has entered an appearance may withdraw from the action "only on order of the court."

5. Accordingly, the parties stipulate and agree to the entry of an order permitting Assistant Attorney General Clark to withdraw as co-counsel for Defendants.

**Approved for filing as to form and content:**

| | |
|---|---|
| /s/ Miriam Aukerman w/permission<br>Miriam Aukerman (P63165)<br>Attorney for Plaintiffs | Dated: March 16, 2023 |
| /s/ Eric M. Jamison<br>Eric M. Jamison (P75721)<br>Assistant Attorney General<br>Attorney for Defendants | Dated: March 16, 2023 |

*/s/ Scott L. Damich*  Dated: March 16, 2023
Scott L. Damich (P74126)
Assistant Attorney General
Attorney for Defendants




*/s/ Keith G. Clark w/permission*  Dated: March 16, 2023
Keith G. Clark (P56050)
Assistant Attorney General
Attorney for Defendants

3

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JOHN DOES A, B, C, D, E, F, G, H, MARY DOE and MARY ROE, on behalf of themselves and all others similarly situated,<br><br>                Plaintiffs,<br><br>v.<br><br>GRETCHEN WHITMER, Governor of the State of Michigan, and COL. JOSEPH GASPER, Director of the Michigan State Police, in their official capacities,<br><br>                Defendants. | No. 2:22-cv-10209<br><br>Hon. Mark A. Goldsmith<br><br>Mag. Curtis Ivy, Jr. |

**ORDER PERMITTING WITHDRAWAL
OF ASSISTANT ATTORNEY GENERAL KEITH G. CLARK**

This matter having come before the Court upon the Stipulation of the parties, and the Court being otherwise fully advised:

IT IS HEREBY ORDERED that Assistant Attorney General Keith G. Clark is withdrawn as counsel for Defendants Whitmer and Gasper.

SO ORDERED.

Dated: March 17, 2023                                 s/Mark A. Goldsmith
      Detroit, Michigan                                 MARK A. GOLDSMITH
                                                            United States District Judge