UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

| | |
|---|---|
| JOHN DOES A, B, C, D, E, F, G, H, MARY DOE and MARY ROE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GRETCHEN WHITMER, Governor of the State of Michigan, and COL. JOSEPH GASPER, Director of the Michigan State Police, in their official capacities,<br><br>Defendants. | No. 2:22-cv-10209<br><br>Hon. Mark A. Goldsmith<br><br>Mag. Curtis Ivy, Jr. |

**DEFENDANTS WHITMER AND GASPER'S LAY WITNESS LIST**

Pursuant to the Court's scheduling order, Defendants Gretchen Whitmer and Col. Joseph Gasper, through their respective counsel, submits the following list of fact witnesses that may be called to provide written or live testimony:

1. Sharon Jegla, Department Analyst, Michigan State Police, Sex Offender Registry Unit.

1

2. Narcissa Morris, Michigan State Police, formerly assigned to the Sex Offender Registry Unit.

3. Kyle Kaminski, Offender Success Administrator, Michigan Department of Corrections.

4. James Kissinger, State Administrative Manager, for Sexual Abuse Prevention Services, Michigan Department of Corrections.

5. Corey Spickler, Program Manager for Community-Based Treatment for Sexual Abuse Prevention Services, Michigan Department of Corrections.

6. Danielle Bennetts, Assistant Attorney General, Michigan Department of Attorney General, Criminal Trials and Appeals Division.

7. Tricia Dare, assistant prosecutor from the Oakland County Prosecutor's Office.

8. Shawn Starkey, Director of the Office of Continuous Improvement and Transformation, Michigan Department of State.

9. Agents and employees of the Office of Wayne County Prosecutors, including but not limited to Jon Wojtala, Amy Somers, Mary Cretu, and/or the individual with personal knowledge regarding the information contained in the subpoena response.

10. Members and employees of Michigan Coalition to End Domestic & Sexual Violence, including but not limited to Sarah Prout Rennie, Executive Director of Michigan Coalition to End Domestic & Sexual Violence.

11. Plaintiffs and any other putative members of this class action.

12. Any witness identified on Plaintiffs' witness list, whether called at trial or not.

13. Any person that provides an affidavit or declaration in this case.

14. Any witnesses disclosed throughout the course of discovery, including but not limited to, interrogatories, requests for production of documents, requests to admit and deposition testimony.

15. Any witnesses that may be ascertained through discovery or investigation.

16. All necessary records custodians and witnesses who can provide testimony to authenticate and admit exhibits.

17. Any and all witnesses necessary to lay a foundation for the admission of an exhibit.

18. Any rebuttal witnesses.

19. Defendants reserve the right to amend and/or supplement this list.

Respectfully submitted,

*/s/Eric M. Jamison*
Eric M. Jamison
Assistant Attorney General
Attorney for Defendants
Whitmer and Gasper
Michigan Department of
Attorney General
State Operations Division
P.O. Box 30754
Lansing, MI 48909
(517) 335-7573
jamisone@michigan.gov
P75721

Date: March 21, 2023

## CERTIFICATE OF SERVICE

I hereby certify that on March 21, 2023, I electronically filed the above document(s) with the Clerk of the Court using the ECF System, which will provide electronic copies to counsel of record.

>/s/ Eric M. Jamison
Assistant Attorney General
Attorney for Defendants Whitmer and Gasper
Michigan Department of Attorney General
State Operations Division
P.O. Box 30754
Lansing, MI 48909
(517) 335-7573
jamisone@michigan.gov
P75721

2022-0341402-A