UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

| | |
|---|---|
| JOHN DOES A, B, C, D, E, F, G, H, MARY DOE and MARY ROE, on behalf of themselves and all others similarly situated,<br><br>       Plaintiffs,<br><br>v.<br><br>GRETCHEN WHITMER, Governor of the State of Michigan, and COL. JOSEPH GASPER, Director of the Michigan State Police, in their official capacities,<br><br>       Defendants. | No. 2:22-cv-10209<br><br>Hon. Mark A. Goldsmith<br><br>Mag. Curtis Ivy, Jr. |

## **DEFENDANTS WHITMER AND GASPER'S EXHIBIT LIST**

Pursuant to the Court's scheduling order, Defendants Gretchen Whitmer and Col. Joseph Gasper, through their respective counsel, identify the following as their exhibit list:

  1.  Wayne County Prosecutor's Office Subpoena Response.

  2.  Sharon Jegla affidavit

  3.  Sharon Jegla second affidavit.

  4.  Kyle Kaminski affidavit.

1

5. Tricia Dare affidavit.

6. Danielle Bennetts declaration.

7. Shawn Starkey declaration.

8. MCL and USC Comparison Chart.

9. SORA and SORNA Comparative Chart.

10. Table of exemplars of CSC cases.

11. SORA Mail-in Update and Explanation of Duties.

12. Written responses to formal and informal discovery requests and documents produced in response to formal and informal discovery requests, in this case.

13. Any exhibits attached to any pleading or motion filed in this case.

14. Any documents used as an exhibit during depositions in this case.

15. Any relevant policies and procedures of the Michigan State Police related to the Sex Offender Registry.

16. Any exhibits, pleadings, or filings from *Does v. Snyder,* No. 12-cv-11194 (E.D. Mich.) (*"Does I"*), including exhibits to the Joint Statement of Facts.

17. Any exhibits, pleadings, or filings from *John Doe, et al v. Snyder*, No. 16-cv-13137 (E.D. Mich.) ("*Does II*").

18. Any documents or electronically stored information that may be ascertained through continuing discovery or investigation.

19. Defendants reserve the right to amend and/or supplement this list.

                                  Respectfully submitted,

                                  */s/Eric M. Jamison*
Eric M. Jamison
Assistant Attorney General
Attorney for Defendants
Whitmer and Gasper
Michigan Department of
Attorney General
State Operations Division
P.O. Box 30754
Lansing, MI 48909
(517) 335-7573
jamisone@michigan.gov
P75721

Date: March 21, 2023

## CERTIFICATE OF SERVICE

I hereby certify that on March 21, 2023, I electronically filed the above document(s) with the Clerk of the Court using the ECF System, which will provide electronic copies to counsel of record.

/s/ Eric M. Jamison
Assistant Attorney General
Attorney for Defendants Whitmer and Gasper
Michigan Department of Attorney General
State Operations Division
P.O. Box 30754
Lansing, MI 48909
(517) 335-7573
jamisone@michigan.gov
P75721

2022-0341402-A