UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

JOHN DOES A, B, C, D, E, F, G, H,
MARY DOE and MARY ROE,
on behalf of themselves and
all others similarly situated,

                              File No. 2:22-cv-10209

      Plaintiffs,

v.                                     Hon. Mark A. Goldsmith

GRETCHEN WHITMER, Governor of the    Mag. Curtis Ivy, Jr.
State of Michigan, and COL. JOSEPH
GASPER, Director of the Michigan State
Police, in their official capacities,

      Defendants.

_____

# PLAINTIFFS' EXHIBIT LIST

Plaintiffs, through their attorneys, may introduce the following exhibits at trial.

1. All documents previously produced by the Plaintiffs to the Defendants.

2. All documents being disclosed contemporaneously with this exhibit list, or that will be disclosed on an ongoing basis as those documents are obtained or created.

3. All expert reports previously disclosed to Defendants. This includes all expert witness reports filed on the record, and all expert witness reports disclosed to Defendants on February 28, 2023. Plaintiffs anticipate preparing additional expert reports/rebuttal expert reports based on the class data and in response to Defendants' expert reports.

4. All documents with respect to the individual named plaintiffs. These documents have already been provided to Defendants.

5. All documents from *Does I*, including pleadings, the Joint Statement of Facts, exhibits to the Joint Statement of Facts, deposition transcripts, interrogatories, documents produced by Defendants, responses to requests for admission, and other discovery evidence. These documents have already been provided to or are in the possession of the Defendants.

6. All documents from *Does II*, including pleadings, declarations, notices, and documents produced by the Defendants. These documents have already been provided to or are in the possession of Defendants.

7. All documents already filed in *Does III*. These documents are in Defendants' possession.

8. Responses to formal and informal discovery requests and documents produced in response to formal and informal discovery requests in this case, including all documents and responses produced by Defendants.

9. All documents produced by the Michigan Department of Corrections. The MDOC has been providing these documents and data to Defendants when producing them to Plaintiffs.

10. All documents produced in response to any subpoena issued by Defendants.

11. Transcripts from any depositions taken in this case, or in *Does I*, and any documents used as an exhibit during such depositions.

12. Any relevant policies and procedures of the Michigan State Police related to the Sex Offender Registry, and any relevant information available on Michigan's Public Sex Offender Registry.

13. All documents identified by Defendants.

14. All documents needed to lay a foundation.

15. All documents needed for rebuttal or impeachment.

16. All documents or electronically stored information that may be ascertained through continuing discovery or investigation.

Plaintiffs reserve the right to amend and supplement this list as discovery is completed, up to and including the day of trial.

This exhibit list is intended to supplement Plaintiffs' initial disclosures under Rule 26.

|  | Respectfully submitted, |
|---|---|
| s/ Miriam J. Aukerman (P63165)<br>Dayja S. Tillman (P86526)<br>American Civil Liberties Union<br>  Fund of Michigan<br>1514 Wealthy SE, Suite 260<br>Grand Rapids, MI 49506<br>(616) 301-0930<br>maukerman@aclumich.org | s/ Paul D. Reingold (P27594)<br>Cooperating Counsel, American Civil<br>  Liberties Union Fund of Michigan<br>Univ. of Michigan Law School<br>802 Legal Research Building<br>801 Monroe Street<br>Ann Arbor, MI 48109-1215<br>(734) 355-0319 - pdr@umich.edu |
| s/ Daniel S. Korobkin (P72842)<br>Syeda Davidson (P72801)<br>American Civil Liberties Union<br>  Fund of Michigan<br>2966 Woodward Avenue<br>Detroit, MI 48201<br>(313) 578-6824<br>dkorobkin@aclumich.org | s/ Roshna Bala Keen (Ill. 6284469)<br>Lauren Carbajal (Cal. 336485).<br>Loevy & Loevy<br>Cooperating Counsel, American Civil<br>  Liberties Union Fund of Michigan<br>311 North Aberdeen, 3rd Floor<br>Chicago, Illinois 60607<br>(312) 243-5900<br>roshna@loevy.com |

Dated: March 21, 2023