UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

JOHN DOES A, B, C, D, E, F, G, H,
MARY DOE and MARY ROE,
on behalf of themselves and
all others similarly situated,

          File No. 2:22-cv-10209

    Plaintiffs,

v.          Hon. Mark A. Goldsmith

GRETCHEN WHITMER, Governor of the    Mag. Curtis Ivy, Jr.
State of Michigan, and COL. JOSEPH
GASPER, Director of the Michigan State
Police, in their official capacities,

    Defendants.

_____

## **PLAINTIFFS' LAY WITNESS LIST**

Plaintiffs, by their attorneys, submit the following list of people who may be called at trial as lay witnesses in this matter.

1. Mary Roe[1]
   c/o counsel
   American Civil Liberties Union Fund of Michigan
   1514 Wealthy SE, Suite 260
   Grand Rapids, MI 49506

2. Mary Doe
   c/o counsel
   American Civil Liberties Union Fund of Michigan
   1514 Wealthy SE, Suite 260

---

[1] Pursuant to the protective order, ECF 88, the named plaintiffs, class members and their family members are identified by their pseudonyms.

   Grand Rapids, MI 49506

3. John Doe A
   c/o counsel
   American Civil Liberties Union Fund of Michigan
   1514 Wealthy SE, Suite 260
   Grand Rapids, MI 49506

4. John Doe B
   c/o counsel
   American Civil Liberties Union Fund of Michigan
   1514 Wealthy SE, Suite 260
   Grand Rapids, MI 49506

5. John Doe C
   c/o counsel
   American Civil Liberties Union Fund of Michigan
   1514 Wealthy SE, Suite 260
   Grand Rapids, MI 49506

6. John Doe D
   c/o counsel
   American Civil Liberties Union Fund of Michigan
   1514 Wealthy SE, Suite 260
   Grand Rapids, MI 49506

7. John Doe E
   c/o counsel
   American Civil Liberties Union Fund of Michigan
   1514 Wealthy SE, Suite 260
   Grand Rapids, MI 49506

8. John Doe F
   c/o counsel
   American Civil Liberties Union Fund of Michigan
   1514 Wealthy SE, Suite 260
   Grand Rapids, MI 49506

9. John Doe G
   c/o counsel
   American Civil Liberties Union Fund of Michigan
   1514 Wealthy SE, Suite 260
   Grand Rapids, MI 49506

10. John Doe H
    c/o counsel
    American Civil Liberties Union Fund of Michigan
    1514 Wealthy SE, Suite 260
    Grand Rapids, MI 49506

11. I.G., Spouse of John Doe C
    c/o counsel
    American Civil Liberties Union Fund of Michigan
    1514 Wealthy SE, Suite 260
    Grand Rapids, MI 49506

12. B.W., Mother of John Doe E
    c/o counsel
    American Civil Liberties Union Fund of Michigan
    1514 Wealthy SE, Suite 260
    Grand Rapids, MI 49506

13. Michigan State Police Sex Offender Registry Unit staff and former staff, including but not limited to Narcissa Morris
    Michigan State Police Headquarters
    333 S. Grand Ave.
    P.O. Box 30634
    Lansing, MI 48909-0634

14. Corey Spickler
    c/o counsel
    Michigan Department of Attorney General
    P.O. Box 30217
    Lansing, MI 48909

15. James Kissinger
 c/o counsel
 Michigan Department of Attorney General
 P.O. Box 30217
 Lansing, MI 48909

16. Giancarlo Guzman
 ACLU of Michigan
 2966 Woodward Ave.
 Detroit, MI 48201

17. Shelli Weisberg
 ACLU of Michigan
 2966 Woodward Ave.
 Detroit, MI 48201

18. The Honorable William C. Buhl
 c/o counsel
 American Civil Liberties Union Fund of Michigan
 1514 Wealthy SE, Suite 260
 Grand Rapids, MI 49506

19. Senator Jeffrey Irwin
 Post Office Box 30036
 Lansing, MI 48909-7536

20. Professor Larry Dubin
 University of Detroit – Mercy School of Law
 651 E. Jefferson Ave.
 Detroit, MI 48226-4349

21. A.C.
 c/o counsel
 American Civil Liberties Union Fund of Michigan
 1514 Wealthy SE, Suite 260
 Grand Rapids, MI 49506

22. H.C.
　　c/o counsel
　　American Civil Liberties Union Fund of Michigan
　　1514 Wealthy SE, Suite 260
　　Grand Rapids, MI 49506

23. P.F.
　　 c/o counsel
　　American Civil Liberties Union Fund of Michigan
　　1514 Wealthy SE, Suite 260
　　Grand Rapids, MI 49506

24. R.H.
　　 c/o counsel
　　American Civil Liberties Union Fund of Michigan
　　1514 Wealthy SE, Suite 260
　　Grand Rapids, MI 49506

25. R.H.2.
　　 c/o counsel
　　American Civil Liberties Union Fund of Michigan
　　1514 Wealthy SE, Suite 260
　　Grand Rapids, MI 49506

26. A.J.
　　 c/o counsel
　　American Civil Liberties Union Fund of Michigan
　　1514 Wealthy SE, Suite 260
　　Grand Rapids, MI 49506

27. D.K.
　　 c/o counsel
　　American Civil Liberties Union Fund of Michigan
　　1514 Wealthy SE, Suite 260
　　Grand Rapids, MI 49506

28. R.L.
    c/o counsel
    American Civil Liberties Union Fund of Michigan
    1514 Wealthy SE, Suite 260
    Grand Rapids, MI 49506

29. H.M.
    c/o counsel
    American Civil Liberties Union Fund of Michigan
    1514 Wealthy SE, Suite 260
    Grand Rapids, MI 49506

30. D.M.
    c/o counsel
    American Civil Liberties Union Fund of Michigan
    1514 Wealthy SE, Suite 260
    Grand Rapids, MI 49506

31. J.M.
    c/o counsel
    American Civil Liberties Union Fund of Michigan
    1514 Wealthy SE, Suite 260
    Grand Rapids, MI 49506

32. K.M.
    c/o counsel
    American Civil Liberties Union Fund of Michigan
    1514 Wealthy SE, Suite 260
    Grand Rapids, MI 49506

33. K.N.
    c/o counsel
    American Civil Liberties Union Fund of Michigan
    1514 Wealthy SE, Suite 260
    Grand Rapids, MI 49506

34. G.O.
 c/o counsel
American Civil Liberties Union Fund of Michigan
1514 Wealthy SE, Suite 260
Grand Rapids, MI 49506

35. T.P.
c/o counsel
American Civil Liberties Union Fund of Michigan
1514 Wealthy SE, Suite 260
Grand Rapids, MI 49506

36. B.P.
 c/o counsel
American Civil Liberties Union Fund of Michigan
1514 Wealthy SE, Suite 260
Grand Rapids, MI 49506

37. M.R.
 c/o counsel
American Civil Liberties Union Fund of Michigan
1514 Wealthy SE, Suite 260
Grand Rapids, MI 49506

38. T.R.
 c/o counsel
American Civil Liberties Union Fund of Michigan
1514 Wealthy SE, Suite 260
Grand Rapids, MI 49506

39. J.S.
 c/o counsel
American Civil Liberties Union Fund of Michigan
1514 Wealthy SE, Suite 260
Grand Rapids, MI 49506

40. A.S.

    c/o counsel
    American Civil Liberties Union Fund of Michigan
    1514 Wealthy SE, Suite 260
    Grand Rapids, MI 49506

41. K.S.
    c/o counsel
    American Civil Liberties Union Fund of Michigan
    1514 Wealthy SE, Suite 260
    Grand Rapids, MI 49506

42. E.S.
    c/o counsel
    American Civil Liberties Union Fund of Michigan
    1514 Wealthy SE, Suite 260
    Grand Rapids, MI 49506

43. G.W.
    c/o counsel
    American Civil Liberties Union Fund of Michigan
    1514 Wealthy SE, Suite 260
    Grand Rapids, MI 49506

44. K.W.
    c/o counsel
    American Civil Liberties Union Fund of Michigan
    1514 Wealthy SE, Suite 260
    Grand Rapids, MI 49506

45. All witnesses identified by Defendants.

46. Any person that provides an affidavit or declaration in this case.

47. All witnesses needed to lay a foundation.

48. All necessary records custodians and witnesses who can provide testimony to authenticate and admit exhibits.

49. All witnesses needed for rebuttal.

50. Any witness that may be ascertained through discovery or investigation.

Plaintiffs reserve the right to amend this list as discovery is completed, up to and including the day of trial.

This witness list is intended to supplement Plaintiffs' initial disclosures under Rule 26.

Respectfully submitted,

s/ Miriam J. Aukerman (P63165)
Dayja S. Tillman (P86526)
American Civil Liberties Union
  Fund of Michigan
1514 Wealthy SE, Suite 260
Grand Rapids, MI 49506
(616) 301-0930
maukerman@aclumich.org

s/ Daniel S. Korobkin (P72842)
Syeda Davidson (P72801)
American Civil Liberties Union
  Fund of Michigan
2966 Woodward Avenue
Detroit, MI 48201
(313) 578-6824
dkorobkin@aclumich.org

Dated: March 21, 2023

s/ Paul D. Reingold (P27594)
Cooperating Counsel, American Civil
  Liberties Union Fund of Michigan
Univ. of Michigan Law School
802 Legal Research Building
801 Monroe Street
Ann Arbor, MI 48109-1215
(734) 355-0319 - pdr@umich.edu

s/ Roshna Bala Keen (Ill. 6284469)
Lauren Carbajal (Cal. 336485).
Loevy & Loevy
Cooperating Counsel, American Civil
  Liberties Union Fund of Michigan
311 North Aberdeen, 3rd Floor
Chicago, Illinois 60607
(312) 243-5900
roshna@loevy.com