# INDEX OF EXHIBITS[1]

22. Declarations of Mary Doe and John Doe G Verifying Complaint
23. Michigan State Police Flowcharts for Registration of Non-Michigan Offenses
24. MSP Emails Discussing Registration for Non-Michigan Convictions
25. Morris Deposition Transcript, pages 140-159
26. PACC Code Table
27. Mary Chartier Declaration
28. SOR Operating Procedure 315
29. Tier Notification Letters

---

[1] The numbering of the exhibits picks up where the number of exhibits for the original complaint left off.