# Exhibit 23:

# Michigan State Police Flowcharts for Registration of Non-Michigan Offenses

## OUT OF STATE ADULT CONVICTIONS
**Version 1: 07/29/2022**



*If the Crime Code is not listed or tiered in the PACC Code Table, consult with an analyst before moving to the next step.

Does v Whitmer
Case No. 22-cv-10209

MSP-0000723
Dec 16, 2022

## OUT OF STATE JUVENILE ADJUDICATIONS



*If the Crime Code is not listed or tiered in the PACC Code Table, consult with an analyst before moving to the next step.

Does v Whitmer
Case No. 22-cv-10209

MSP-0000724
Dec 16, 2022