UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JOHN DOES A, B, C, D, E, F, G, H, MARY DOE and MARY ROE, on behalf of themselves and all others similarly situated,<br><br>              Plaintiffs,<br><br>v.<br><br>GRETCHEN WHITMER, Governor of the State of Michigan, and COL. JOSEPH GASPER, Director of the Michigan State Police, in their official capacities,<br><br>              Defendants. | No. 2:22-cv-10209<br><br>Hon. Mark A. Goldsmith<br><br>Mag. Curtis Ivy, Jr. |

## NOTICE OF APPEARANCE

Please enter the appearance of Lauren Carbajal (CA 336485) as an attorney for the Plaintiffs in the above-captioned case.

              Respectfully submitted,

              /s/ Lauren Carbajal
              Loevy & Loevy
              Cooperating Counsel, American Civil Liberties Union Fund of Michigan
              311 North Aberdeen, 3rd Floor
              Chicago, Illinois 60607
              (312) 243-5900

Dated: April 2, 2023             carbajal@loevy.com

## CERTIFICATE OF SERVICE

I certify that on April 2, 2023, I electronically filed the foregoing document with the Clerk of the Court using the ECF system, which will provide electronic copies to counsel of record.

/s/ Lauren Carbajal
Loevy & Loevy
Cooperating Counsel, American Civil Liberties Union Fund of Michigan
311 North Aberdeen, 3rd Floor
Chicago, Illinois 60607
(312) 243-5900
carbajal@loevy.com