UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN DOES A, B, C, D, E, F, G, H,
MARY DOE and MARY ROE, on behalf of
themselves and all others similarly situated,

          Plaintiffs,

v.

GRETCHEN WHITMER, Governor of the
State of Michigan, and COL. JOSEPH
GASPER, Director of the Michigan State
Police, in their official capacities,

          Defendants.

No. 2:22-cv-10209

Hon. Mark A. Goldsmith

Mag. Curtis Ivy, Jr.

## STIPULATED ORDER REGARDING DISCOVERY DEADLINES

After consultation between the parties, the Court sets the following deadlines:

| EVENT | DEADLINE |
|---|---|
| Rebuttal expert reports – Plaintiffs | April 28, 2023 |
| Expert witness lists/disclosures/reports related to class data from MDOC and MSP – Plaintiffs | May 26, 2023[1] |
| Expert witness lists/disclosures/reports related to class data from MDOC and MSP – Defendants | June 9, 2023 |

---

[1] According to MDOC, the remaining documents will be produced by April 21, 2023. This date builds in an additional week for MDOC to produce the remaining data and gives Plaintiffs' experts at least four weeks to review the data and produce their reports. If MDOC is unable to produce the data by April 28, 2023, the parties may seek an additional extension from the Court for reports and rebuttal reports related to the class data.

1

| | |
|---|---|
| Rebuttal reports related to class data – Plaintiffs | June 16, 2023 |
| Fact and Expert Discovery closes | June 16, 2023 |
| Status conference regarding proceeding under Fed. R. Civ. P. 52 or 56 and setting later dates; Joint statement required one week in advance. | June 20, 2023 at 4:00 p.m. |

**SO ORDERED.**

Dated: April 11, 2023  
      Detroit, Michigan

s/Mark A. Goldsmith  
MARK A. GOLDSMITH  
United States District Judge

Approved by:
Dated: April 7, 2023

s/ Miriam Aukerman (P63165)
Miriam J. Aukerman
Attorneys for Plaintiffs
American Civil Liberties Union
  Fund of Michigan
1514 Wealthy SE, Suite 260
Grand Rapids, MI 49506
(616) 301-0930
maukerman@aclumich.org

s/ Daniel S. Korobkin (P72842)
s/ Syeda Davidson (P72801)
American Civil Liberties Union
  Fund of Michigan
Attorney for Plaintiffs
2966 Woodward Avenue
Detroit, MI 48201
(313) 578-6824
dkorobkin@aclumich.org

s/ Paul D. Reingold (P27594)
Cooperating Counsel, American Civil
  Liberties Union Fund of Michigan
Attorney for Plaintiffs
Univ. of Michigan Law School
802 Legal Research Building
801 Monroe Street
Ann Arbor, MI 48109-1215
(734) 355-0319 - pdr@umich.edu

s/ Roshna Bala Keen (Ill. 6284469)
Loevy & Loevy
Attorney for Plaintiffs
Cooperating Counsel, American Civil
  Liberties Union Fund of Michigan
311 North Aberdeen, 3rd Floor
Chicago, Illinois 60607
(312) 243-5900 - roshna@loevy.com

/s/ Eric M. Jamison (P75721)
Assistant Attorney General
Attorney for Defendants
Michigan Dep't of Attorney General
State Operations Division
P.O. Box 30754
Lansing, MI 48909
(517) 335-7573
jamisone@michigan.gov