# INDEX OF EXHIBITS

Exhibits 1-21 were filed as ECF 1-2 through 1-22. Pursuant to the Court's instructions, only the new exhibits starting at exhibit 22 are being filed with the amended complaint.

1. Named Plaintiff Declarations Verifying Complaint
2. Summary of SORA 2021's Obligations, Disabilities, and Restraints
3. Dr. Karl Hanson Expert Report
4. Dr. Elizabeth Letourneau Expert Report
5. Dr. J.J. Prescott Expert Report
6. Dr. Kelly Socia Expert Report
7. Dr. Kristen Zgoba Expert Report
8. Dr. John Ulrich Expert Report
9. Dr. Sarah Lageson Expert Report
10. Barbara Levine Expert Report
11. Anne Yantus Expert Report
12. Richard Stapleton Expert Report
13. *Does I* Stipulated Final Judgment, No. 2:12-cv-11194, R. 153
14. SORA 2021 with Highlighted Changes Showing 2011 and 2021 Amendments
15. Michigan State Police Letter to Registrants Re SORA 2021
16. Explanation of Duties
17. Michigan Sex Offender Registry Mail-In Update Form
18. Judgment of Sentence Form CC 219b
19. Pre-2021 Explanation of Duties (Redacted)
20. Petition to Discontinue Sex Offender Registration, Form MC 406a
21. Order on Petition to Discontinue Sex Offender Registration, Form MC 406b

2

22. Declarations of Mary Doe and John Doe G Verifying Supplemental Complaint

23. Michigan State Police Flowcharts for Registration of Non-Michigan Offenses

24. MSP Emails Discussing Registration for Non-Michigan Convictions

25. Morris Deposition Transcript, pages 140-159

26. PACC Code Table

27. Mary Chartier Declaration

28. SOR Operating Procedure 315

29. Tier Notification Letters

30. Morris Deposition Transcript Additional Excerpts, pages 23-24