# Exhibit 22:

# Declarations of Mary Doe and John Doe G Verifying Complaint

## DECLARATION/VERIFICATION OF MARY DOE

I, Mary Doe, state as follows:

I have reviewed the facts in the supplemental complaint that relate to me, and I affirm that those facts are accurate to the best of my knowledge, information and belief. I am signing this declaration using the pseudonym assigned to me in this litigation. A declaration under my real name is on file with my attorneys.

Pursuant to 28 U.S.C. § 1746, I state under penalty of perjury under the laws of the United States that the above statements are true and correct to the best of my knowledge, information and belief.

Dated: 3/27/23

*Mary Doe*
Mary Doe

## DECLARATION/VERIFICATION OF JOHN DOE G

I, John Doe G, state as follows:

I have reviewed the facts in the supplemental complaint that relate to me, and I affirm that those facts are accurate to the best of my knowledge, information and belief. I am signing this declaration using the pseudonym assigned to me in this litigation. A declaration under my real name is on file with my attorneys.

Pursuant to 28 U.S.C. § 1746, I state under penalty of perjury under the laws of the United States that the above statements are true and correct to the best of my knowledge, information and belief.

Dated: 3/28/23

_____
John Doe G