# Exhibit 28:
# SOR Operating Procedure 315

| MICHIGAN STATE POLICE | OPERATIONAL PROCEDURE | NUMBER: SOR-OP-315 | |
|---|---|---|---|
| CRIMINAL JUSTICE INFORMATION CENTER<br><br>SEX OFFENDER REGISTRY UNIT | PENDING REVIEW | REVISION DATE: AUGUST 2, 2022 | Page **1** of **15** |

SUBJECT: PENDING REVIEW

REFERENCE: SOR-P-307 REGISTRATION
SOR-OP-314 PLED TO LESSER OFFENSE
SOR-OP-315 Pending Review ADDENDUM Out of State Convictions
SOR-OP-319 LEIN INQUIRIES
SOR-OP-327 QUALITY ASSURANCE
Registration Offenses and Violations/Penalties cheat sheet
PACC Code Table Spreadsheet

PURPOSE: To ensure sex offender entries are checked by a second party for completeness and accuracy.

FORMS USED: RI-004 Michigan Sex Offender Registration Form

WHO: Department Technician

1. Sex offender record reviews shall be divided by Department Technicians based on the last name of the sex offender (A-E, F-L, M-R, S-Z).
   a) A review must be performed on any new registrant entered into the Michigan Sex Offender Registry (MSOR). There are three Inboxes that contain newly registered offenders for review:
      i. Pending Review Inbox
         a. This Inbox typically contains offender records that are ready for second party check and a Registration Form with signature has been uploaded into the record.
            1. There are instances where the signed Registration Form may not be available in the record. The Department Technician shall ensure a Registration Form is uploaded prior to completing the review.
      ii. Awaiting Signatures (New Offender)
         a. This Inbox typically contains Pending Review offender records that have been entered into MSOR but are not ready for review because a Registration Form with the offender's signature has not been collected.
      iii. These records will need to be checked periodically as occasionally, a signed Registration Form will get uploaded without going through the correct process and the record will remain in the Awaiting Signatures Inbox.
2. The Department Technician shall perform a second party check of all new registrant entries in MSOR.
   a) If the record is entered by an outside agency, the Department Technician shall perform the second party check of the record.
   b) If the new registration is entered by a Department Technician, a SOR Unit analyst shall perform the second party check.
3. The second party check for sex offender entries shall not take place until a signed Registration Form has been obtained.
   a) The following scenarios are acceptable to complete the activation of a record. In these instances, an Officer Alert shall be added to the record. See Officer Alerts section of the procedure.
      i. The SOR Unit receives a Verification Form instead of the Registration Form.

| MICHIGAN STATE POLICE | OPERATIONAL PROCEDURE | NUMBER: SOR-OP-315 | |
|---|---|---|---|
| CRIMINAL JUSTICE INFORMATION CENTER  SEX OFFENDER REGISTRY UNIT | PENDING REVIEW | REVISION DATE: AUGUST 2, 2022 | Page **2** of **15** |

       ii.    The SOR Unit receives the first two pages of the Registration Form along with the last page (signature page).
      iii.    The signature line on the Registration Form is not signed by the offender but it is referenced that the offender is unable to sign due to COVID.
      iv.    The SOR Unit receives a Registration Form that has been signed by the offender but not signed by the notifying official.
          a.    Activate the record, but the Department Technician shall reach out to the agency that uploaded the form to request that the notifying official sign the form.
   b)    If the Registration Form is not signed, "Refused to Sign" in the signature line is acceptable to activate a record. Add a Form Violation and no need to add an Officer Alert.
   c)    If only the last page of the Registration Form (signature page) is uploaded/received, that would not be sufficient to activate the record. Notify the agency that uploaded the form and request a completed form and add a note regarding the request having been made.
   d)    If the record has been in Pending Review status for ten days or more, and there is no signed form on file, the Department Technician shall contact the individual who entered the registration to request a copy of the signed Registration Form and add a note regarding the request has been made.
4.    The SOR Unit staff shall not add an employment, campus, Michigan residence, phone, email/screen names, fee, verification, or vehicle information that is not listed on the Registration Form, as this information is required to be reported in-person or on a mail-in update form.

COMPARISONS IN LEIN AND ALIAS:
1.    The following transactions shall be run to confirm the validity of information in a sex offender's record. Refer to SOR-OP-319 LEIN INQUIRIES.
   a)    Law Enforcement Information Network (LEIN)
       i.    Run the offender's Federal Bureau of Investigation (FBI UCN) number to obtain information from the National Law Enforcement Telecommunications System (NLETS). Select "QR – Query MI CHR/NCIC III by SID/FBI" as the "Criminal History Look-up Type".
      ii.    Run the offender's name and date of birth or Operator's License/Personal Identification (OLN/PID) number in "Person Inquiry: Query Michigan Digital Image Retrieval System MiDIRS" to obtain information on the offender's OLN/PID.
      iii.    Run the offender's name and date of birth or MDOC number in a Multi-Use form to obtain information from the Corrections Management Information System (CMIS).
          a.    If MDOC number cannot be located in LEIN, run offender's name in OMNI (Offender Management Network Information) to locate the MDOC number.
   b)    Automated Law Enforcement Information Access System (ALIAS)
       i.    Run the offender's Michigan State Identification (SID) number to locate the offender's identifiers and Michigan criminal history record.
2.    The following comparisons shall be made between MSOR and ALIAS/LEIN:

| MICHIGAN STATE POLICE | OPERATIONAL PROCEDURE | NUMBER: SOR-OP-315 | |
|---|---|---|---|
| CRIMINAL JUSTICE INFORMATION CENTER | PENDING REVIEW | REVISION DATE: AUGUST 2, 2022 | Page **3** of **15** |
| SEX OFFENDER REGISTRY UNIT | | | |

a) If the following fields have conflicting information between ALIAS/LEIN and MSOR, enter the information from criminal history record into "Aliases":
 i. Last, First, Middle, Suffix
 ii. Date of Birth (DOB)
 iii. Social Security Number (SSN)
b) If the following fields have conflicting information between ALIAS/LEIN and MSOR, do not make any changes:
 i. Eyes
 ii. Hair
 iii. Height (feet/inches)
 iv. Weight
c) If the following fields having conflicting information between ALIAS/LEIN and MSOR, replace the information in MSOR with the information from ALIAS/LEIN:
 i. MDOC Number
 ii. FBI UCN Number
 iii. SID Number
d) If the following fields have conflicting information between ALIAS/LEIN and MSOR, investigate to determine which source is accurate and ensure MSOR has the accurate information:
 i. Race
 ii. Sex
e) If the following fields are blank or unknown in MSOR, enter the information from ALIAS into the appropriate tab:
 i. MDOC number
 ii. FBI UCN
 iii. SID number
 iv. SSN
 v. Michigan OLN/PID
 vi. Scars/Marks/Tattoos
f) If the following fields are blank or unknown in MSOR, enter the information from LEIN into the appropriate tab:
 i. POB State
 ii. POB Country
 iii. Additional Identification
   a. Other state's SID number
   b. Passport number
   c. Alien Registration number
   d. Other state's OLN/PID

<u>GENERAL TAB</u>
1. OLN/PID
   a) The Department Technician shall locate OLN/PID information by running the offender's OLN/PID number that is listed in MSOR in the Law Enforcement Information Network (LEIN) using "Person Inquiry: Query Michigan Digital Image Retrieval System MiDIRS".
      i. If OLN/PID information is expired or not found in LEIN, run in the Statewide Network of Agency Photos (SNAP)

| MICHIGAN STATE POLICE | OPERATIONAL PROCEDURE | NUMBER: SOR-OP-315 | |
|---|---|---|---|
| CRIMINAL JUSTICE INFORMATION CENTER<br><br>SEX OFFENDER REGISTRY UNIT | PENDING REVIEW | REVISION DATE: AUGUST 2, 2022 | Page **4** of **15** |

        a. Select "SOS" under Database
        b. Click on Retrieve
   b) If there is no OLN/PID number in MSOR or the OLN/PID number search does not produce any results, run in LEIN by name and date of birth. Below are some ways to confirm the OLN/PID belong to the offender when running by name and date of birth:
     i. Compare results with OLN/PID in ALIAS and CMIS
     ii. Compare name and date of birth
     iii. Compare with previous photos in MSOR if available
     iv. Compare with arrest photo in SNAP if available
     v. Compare address on OLN/PID with the home address in MSOR or CMIS
     vi. Email the agent with a copy of the photo to confirm the identity
   c) If the OLN/PID number in MSOR is not accurate, copy and paste the number into the "Personal Identifiers" tab under Additional Identification and enter the state under "Issuing Authority". Delete the rest of the OLN/PID information on the General tab and replace with the accurate information or leave blank if no OLN/PID information is located.
   d) List another state's OLN on the General tab if the offender resides in another state and is employed, attending school, or temporarily residing in Michigan, or if the offender has moved to Michigan from another state and has not yet obtained a Michigan OLN/PID.
     i. If an offender has moved to Michigan and has obtained a Michigan OLN/PID, and the other state's ID information is listed in the General tab, remove it and enter the out of state OLN/PID number into the "Personal Identifiers" tab under Additional Identification and enter the state under "Issuing Authority".
   e) If the offender's name in MSOR is different than the name on the Michigan OLN/PID and you have confirmed it is the same offender, change the offender's name in the General tab to match the name in SOS, and add the previous name to the Aliases section.
   f) When no OLN/PID exists in the record, an expired Michigan OLN/PID shall be added to the record until a current OLN/PID has been obtained.
   g) If offender does not have an OLN/PID or the OLN/PID has expired, enter an Officer Alert. See Officer Alerts section of the procedure.
2. GUARDIAN
The Guardian checkbox is used in instances when the SOR Unit has received a court order of guardianship for the offender. Do not check Yes or No for guardian unless it has been confirmed that the offender does or does not have a guardian. If already checked by a user in the field, leave as is.
3. ALIASES
   a) Aliases found in ALIAS, CMIS, NLETS, SOS, and Registration Form signed by the offender shall be entered into the Aliases section.
   b) Make a new entry for every Type of Alias. Do not list two different Alias Types in the same modal.
   c) When adding an alias name, use "Nickname" for the "Type" unless it is a Tribal, Ethnic, or Maiden name. If the alias name is not a first and last name, enter the name into the Last Name field.

| MICHIGAN STATE POLICE | OPERATIONAL PROCEDURE | NUMBER: SOR-OP-315 | |
|---|---|---|---|
| CRIMINAL JUSTICE INFORMATION CENTER<br><br>SEX OFFENDER REGISTRY UNIT | PENDING REVIEW | REVISION DATE: AUGUST 2, 2022 | Page **5** of **15** |

4. OTHER
   a) The following fields are automated and do not need to be entered:
      i. Age
      ii. NIC #
      iii. County
      iv. District
      v. Post
      vi. City/Township/Village
   If any of the above fields are missing data or are incorrect, rectify if possible or report to the analyst who is responsible for submitting issues to the vendor.

PERSONAL IDENTIFIERS:
1. PRINTS/DNA
   a) If adding a new offender, enter Yes or No for palm prints based on Criminal History.
   b) If performing a second party check on an offender record, this field does not require entry as it is an automated field. If it is incorrectly populated, rectify the entry.
   c) The SID number triggers the automation for this field. The automation only works if there is a SID number listed in the General tab.
   d) If the offender does not have palm prints on file, add an Officer Alert. See Officer Alerts section of the procedure.
2. GLASSES
   a) If the offender is wearing glasses in the SOS photo, select "Yes" for "Glasses" or "No" if not wearing glasses.
3. PLACE OF BIRTH
   a) Enter the Place of Birth (POB) City, State, and Country if available.
      i. If ALIAS and LEIN show differing POB's, use LEIN.
      ii. If LEIN shows more than one state with the same country, only enter the country.
4. SCARS/MARKS/TATTOOS (SMT)
   a) ALIAS, CMIS, NLETS, and Registration Forms shall be used to gather Scars/Marks/Tattoos information.
   b) Enter the Category, Location, and Description of the SMT if available.
   c) Available medical information shall be listed as part of the description, i.e., appendix removal scar.
5. PHYSICAL DESCRIPTORS
   a) List any notes pertaining to other physical descriptors that do not fit into one of the categories listed in SMT's, i.e., walks with a cane, has large goiter on neck, etc.
6. OTHER STATE REGISTRATION
   a) If the offender has registered in any other state, complete as many fields as available in the "Other State Registration" modal.
   b) If the offender is registered based on another state's duration or requirements, list the state's requirements in the notes.
7. ADDITIONAL IDENTIFICATION
   a) The following information can be entered under Additional Identification:

| MICHIGAN STATE POLICE | OPERATIONAL PROCEDURE | NUMBER: SOR-OP-315 | |
|---|---|---|---|
| CRIMINAL JUSTICE INFORMATION CENTER<br><br>SEX OFFENDER REGISTRY UNIT | PENDING REVIEW | REVISION DATE: AUGUST 2, 2022 | Page **6** of **15** |

      i. Other state's SID number(s)
     ii. Passport number
    iii. Alien Registration number
    iv. Alias Michigan OLN/PID
     v. Other state's OLN/PID

ADDRESSES
1. CURRENT/HISTORICAL ADDRESSES
   a) If the offender is moving to Michigan from another state, no need to collect prison/jail time from the other state unless it is available, for example on the Registration Form.
      i. If the offender is registering for a federal offense, contact the Federal Bureau of Prisons for the prison lodge and release dates and enter that information as a Historical Incarceration Address.
2. WORK/SCHOOL/VOLUNTEER:
   a) If an employer or school is listed with no address, contact the individual who entered the record to obtain the address. If unable to contact that individual, enter a note into the Officer Alert requesting the address, i.e., "Please enter the address for McDonalds in the Addresses tab. After entry, please remove this Officer Alert. MSP SOR Unit"
   b) If Unemployed or Retired is listed under Name, delete the entire entry.
   c) If a high school or GED is listed under School, delete the entry. High schools and obtaining a GED are not required to be reported.
   d) If an on-line school is listed, delete the entry. On-line schools are not required to be reported.
3. PROFESSIONAL LICENSE:
License Notes should include the type of Professional License. If the type of license is not listed, contact the person who entered the record for the license type or enter an Officer Alert to request that the offender be asked for the license type, i.e., "Please obtain the type of professional license from the offender and enter into "Professional License" into the Address tab. After entry is made, please remove this Officer Alert. MSP SOR Unit"

ADDITIONAL DETAILS
1. TRANSPORTATION INFORMATION
   a) When vehicle information is entered in MSOR, the following fields need to be included in the Additional Details tab under Transportation Information to trigger acceptance into NCIC. If these fields are not available, run a Vehicle Query in LEIN to locate the information.
      i. License #
      ii. State
      iii. Plate Type
      iv. Plate Exp. Date
   b) VIN is a mandatory field which is required for submission to NCIC. If the VIN is not listed and there is a license plate number listed, run a Vehicle query in LEIN to obtain the VIN. Ensure the vehicle description in LEIN matches the vehicle description in MSOR.

| MICHIGAN STATE POLICE | OPERATIONAL PROCEDURE | NUMBER: SOR-OP-315 | |
|---|---|---|---|
| CRIMINAL JUSTICE INFORMATION CENTER<br><br>SEX OFFENDER REGISTRY UNIT | PENDING REVIEW | REVISION DATE: AUGUST 2, 2022 | Page **7** of **15** |

    c) If license plate is not listed but VIN is listed, run a Vehicle Query in LEIN to locate the license plate number.
    d) If the VIN and license plate number are not listed in MSOR, every effort should be made to obtain the VIN by contacting the person that entered the record. If all attempts to obtain the VIN have been exhausted, enter an Officer Alert to notify the next user to ask for the VIN, i.e., "Please enter missing VIN number in the "Additional Details" tab for the <Year> <Make> <Model>. After entry is made, please remove this Officer Alert. MSP SOR Unit".
2. INTERNET INFORMATION
    a) If the offender's most recent committed date is prior to 7/1/2011, and there is internet information listed for the offender, delete the information.
    b) If a password is listed in the Notes, delete it.
    c) Ensure identifiers are in the correct columns. If not, make the corrections.
3. PHONES
All fields are mandatory and no further follow-up is needed in this field.

FEES
If the initial fee has not been paid, enter an Officer Alert to notify law enforcement that the offender has not paid the $50 initial registration fee. See section regarding Officer Alerts.

OFFENSES
1. Confirm the offense is one that requires registration under the Sex Offender Registration Act.
    a) Refer to the "Registration Offenses and Violations/Penalties" cheat sheet to confirm Michigan offenses.
    b) Refer to the PACC Code table spreadsheet on the shared drive for federal, military, foreign, tribal, and out of state offenses.
        i. Note: If the offender is required to register in the conviction state, they will be required to register in Michigan.
    c) Refer to "SOR-OP-315 Pending Review ADDENDUM Out of State Convictions" for determining registration requirements for offenders moving to Michigan from another state.
    d) If the offender received HYTA for the sex offense, they will not be required to register. HYTA documentation must be reviewed by an analyst prior to cancellation by the technician.
        i. If a record has already been created by MDOC and the MDOC agent has notified the SOR Unit that the offender may be assigned to HYTA upon sentencing, the record shall not be activated or canceled until after sentencing and it has been determined whether the offender was granted HYTA.
        ii. Revocation documentation must be obtained when registering due to HYTA being revoked unless the offender's criminal history is run, and it reflects that HYTA was revoked.
2. The Department Technician shall compare the offense information between LEIN and MSOR and fill in any blanks and make necessary corrections in MSOR. If it is determined that the conviction information in ALIAS is incorrect based on court

| MICHIGAN STATE POLICE | OPERATIONAL PROCEDURE | NUMBER: SOR-OP-315 | |
|---|---|---|---|
| CRIMINAL JUSTICE INFORMATION CENTER<br><br>SEX OFFENDER REGISTRY UNIT | PENDING REVIEW | REVISION DATE: AUGUST 2, 2022 | Page **8** of **15** |

documentation, forward the court documentation to MSP-CRD-CHRCORR MSP-CRD-CHRCORR@michigan.gov for correction in ALIAS.
3. Below is a list of the available fields in the Offense tab along with instruction for entry:

OFFENSE TAB FIELDS
1. CHARGING AUTHORITY
    a) If the offense is from another state, select the appropriate state to get a list of the Crime Codes from that state.
        i. For a list of federal, military, foreign, or tribal Crime Codes, select the appropriate option under Charging Authority.
2. CRIME CODE
    a) Confirm the Crime Code listed in MSOR is accurate.
        i. If the desired Crime Code is not in the Crime Code dropdown selection in MSOR, consult with an analyst.
    b) For Michigan offenses, compare the Crime Code with CHR and CMIS.
        i. If CMIS, CHR, and MSOR do not match, check Judicial Warehouse (JDW). If conviction information is not available in JDW, other resources include Odyssey (Wayne County) and individual court websites. When all else fails, contact the court of conviction, and attempt to get documentation. Follow chain of command if there are additional questions, as applicable.
    c) For out of state and tribal offenses, the following methods can be used as confirmation:
        i. Run the FBI number on the CCH form in LEIN to obtain NLETS information
        ii. NSOPW
        iii. The other state's registry office and the other state's court can also be contacted to confirm out of state crime codes
    d) For Federal offenses, contact the US Probation Department and request the judgment.
    e) For Military offenses, contact our military liaison (found on the shared drive) and request the judgment.
    f) If the offender is registering for a non-listed Michigan offense and was ordered to register, "9999 – OTHER CRIME" should be selected for the "Crime Code", and the statute and offense description should be listed under "Publishable Notes", i.e., 722.675–CHILDREN DISTRIBUTING OBSCENE MATTER TO A MINOR. This includes 750.335A2B or 750.539J with an adult victim.
        i. The Department Technician shall request the order to register from the court and load it into the Documents and Photos.
        ii. The Department Technician shall enter a note in the Admin Use Only notes section: "The offender was ordered to register".
    g) If the Risk Classification is listed as "Unknown", the Department Technician shall determine the reason why the offense is not assigning a tier:
        i. If the offense is a Michigan offense, either the victim age or conviction date is needed.
        ii. If the offense is an out-of-state offense, open the PACC Code spreadsheet which contains all states' crime codes to determine if this is an offense that has been tiered.

| MICHIGAN STATE POLICE | OPERATIONAL PROCEDURE | NUMBER: SOR-OP-315 |
|---|---|---|
| CRIMINAL JUSTICE INFORMATION CENTER<br><br>SEX OFFENDER REGISTRY UNIT | PENDING REVIEW | REVISION DATE: AUGUST 2, 2022 | Page **9** of **15** |

        a. If the offense has been tiered, confirm whether the offense either needs a victim age or it needs to be determined if touching or penetration was involved. Contact the other state for needed information.
        b. If the offense has not been tiered, request a review from an analyst via email and provide the name of the sex offender and any available court documents and/or registrations forms from the other state.

3. CRR

A CRR number is automatically generated for all offenses. No need for review of this field.

4. COUNTS

Confirm number of counts is accurate.

5. ATTEMPTED

If the conviction was an Attempt, ensure the "Attempted" box is checked.

6. JUVENILE OFFENSE
   a) If offense is a juvenile adjudication, be sure the "Juvenile Offense" box is checked.
   b) Case Numbers
      i. If the case number ends in "DL", it is a juvenile adjudication.
      ii. If the case number ends in "DJ", that means the juvenile case was designated as an adult and the "Juvenile Offense" box should not be checked.
      iii. If the case number ends in FH, FC, or FJ, that means the juveniles was convicted as an adult.
         a. If case number is other than DL, check with the court to confirm the offender was convicted as an adult.
   c) If the juvenile was under 14 at the time of a Michigan offense, they would not be required to register as a sex offender. Contact the court or juvenile probation agent to confirm the offender was under 14 and ask if the judge ordered registration. If not ordered to register, provide documentation to an analyst for review and cancellation of the record if it is determined the offender is not required to register.
   d) If the juvenile was under 14 at the time of an out-of-state offense, they are required to register if the other state requires registration. Refer to SOR-P-307 REGISTRATION for registration requirements. If the conviction state does not require registration, the offender would not be required to register in Michigan.

7. RECAPTURE
   a) If an offender commits a new Michigan felony after 3/24/2021, and they have a previous sex offense that they were not previously registered for, they must now register for that old offense.
      i. If the old offense is a Tier 1 or Tier 2 and the 15 or 25 years has ended, the offender would not be required to register.
         a. Incarceration time can only be added for time spent in prison/jail for the old offense and not any incarceration time in between the old offense and the new felony.
   b) If the offender is being registered due to the recapture provision in the SOR law, ensure the "Recapture" box is checked in the MSOR Offense modal.

| MICHIGAN STATE POLICE | OPERATIONAL PROCEDURE | NUMBER: SOR-OP-315 | |
|---|---|---|---|
| CRIMINAL JUSTICE INFORMATION CENTER | PENDING REVIEW | REVISION DATE: AUGUST 2, 2022 | Page **10** of **15** |
| SEX OFFENDER REGISTRY UNIT | | | |

      i. If it is questionable as to whether the Recapture box is checked, follow the chain of command.
8. COMMITTED DATE
    a) If a Committed Date is populated, do not change it unless you can confirm it is the wrong date by either police report, PSI, or the court.
    b) If Committed Date is blank, check ALIAS, PSI, and/or the MDOC for a Committed Date if it is a Michigan offense. If out-of-state offense, check NLETS, NSOPW, TLO, PSI, and/or the other state's SOR Unit.
    c) Effective March 2, 2021, per the Michigan Attorney General's Office, if the Committed Date is in a date range and our office is unable to obtain the exact date that is associated with the conviction, use the most recent Committed Date. For example, if the dates are 01/20/2010-07/01/2020 and the exact date cannot be obtained, use 07/01/2020 as the Committed Offense Date.
9. ARRESTED DATE
This field should contain the date the offender was arrested if available.
10. CONVICTED DATE
    a) This field should contain the date the offender was convicted.
        i. If CMIS, CHR, and MSOR do not match, check Judicial Warehouse (JDW). If conviction information is not available in JDW, other resources include Odyssey (Wayne County) and individual court websites. When all else fails, contact the court of conviction, and attempt to get documentation. Follow chain of command if there are additional questions, as applicable.
11. CONVICTION STATE
    a) If the conviction was federal, military, or tribal, select the abbreviation of the state in which the offender was convicted.
    b) If the conviction was from another country, select Foreign and enter the name of the country in the ADMIN Use Only notes.
12. COUNTY
This field should contain the county of conviction.
13. COURT
    a) This field should contain the court of conviction selected from the dropdown. Only Michigan courts can be selected from this dropdown.
    b) If the conviction is from another state, type in the name of the court from the other state.
14. INVESTIGATING AGENCY
This field should contain the name of the arresting agency if available.
15. COURT CASE NUMBER
    a) Confirm the correct Case # is entered.
    b) Case # can also be referred to as Docket #.
16. AGENCY CASE#
This field should contain the arresting agency case number.
17. CTN #
This field should contain the criminal tracking number.
18. PUBLISHABLE NOTES
    a) This field should be used when an offender is ordered to register for an offense that does not require registration. "9999 –OTHER CRIME" is selected for the

| MICHIGAN STATE POLICE | OPERATIONAL PROCEDURE | NUMBER: SOR-OP-315 | |
|---|---|---|---|
| CRIMINAL JUSTICE INFORMATION CENTER | PENDING REVIEW | REVISION DATE: AUGUST 2, 2022 | Page **11** of **15** |
| SEX OFFENDER REGISTRY UNIT | | | |

       Crime Code and the statute should be listed in the Publishable Notes. See CRIME CODE section for more information.
   b) This field is also used when an offense is a Conspiracy. Enter the word CONSPIRACY under Publishable Notes.
   c) A judge may order details to be entered in the Publishable Notes.
   d) If information other than Conspiracy, Crime Code, or details ordered by a judge exist in this field, the Department Technician shall move the details into the ADMIN Use Only field.

19. ADMIN USE ONLY
    a) This field can be used to enter details of the offense. It can also include any notes pertaining to the offense. Some examples include:
        i. HYTA has been revoked
        ii. Court ordered to register
        iii. If offender is registering based on another state's requirements, include Tier, Verification Frequency, Duration, and Publishing requirements for the offender.

20. VICTIM NOTES
    a) Ensure victim age is entered whenever possible. Refer to SOR-OP-327 QUALITY ASSURANCE for search methods for locating victim age on Michigan and out-of-state offenses.
        i. Certain offenses such as Possession of Child Pornography will not always have a specific victim age.
    b) When victim age is available, ensure a selection is made in the "Juvenile or Adult" field. "Unknown" shall be selected for "Gender" if not available.
    c) In cases where the victim age is blank on an offense that requires victim age for tiering, and the abuse occurred over a period of several years, do the following:
        i. If the age range falls within the range of 1-12, 13-17, or 18-99, manually tier the offender based on the age range in the PACC Code table.
        ii. If the age range falls within more than one of the ranges of 1-12, 13-17, or 18-99, contact the MDOC agent, the court, and/or the prosecutor to determine the specific age which applies to the conviction(s).
        iii. Add notes to the "Victim Note" modal under "Crime Information" to specify the age range information.
        iv. If an exact victim age cannot be determined, refer to an analyst for assistance.
    d) If the victim's name is listed anywhere in the Offense tab, delete it. If the victim's name is listed in a summary of the offense in the General Info tab, replace the victim's name with the word "victim".
    e) In the "Victim Note" modal, "Crime Information" should not contain the details of the offense. This field is for victim information, such as daughter, friend of the family, etc.

21. PLED TO LESSER OFFENSE
    a) Refer to SOR-OP-314 PLED TO LESSER OFFENSE to document charge information if the offender pled to a lesser offense.

OTHER FIELDS FOR ENTRY
1. PHOTO:

| MICHIGAN STATE POLICE | OPERATIONAL PROCEDURE | NUMBER: SOR-OP-315 | |
|---|---|---|---|
| CRIMINAL JUSTICE INFORMATION CENTER | PENDING REVIEW | REVISION DATE: AUGUST 2, 2022 | Page **12** of **15** |
| SEX OFFENDER REGISTRY UNIT | | | |

   a) Upload a valid SOS OLN/PID photo.
      i. If the offender does not have an SOS photo, upload the offender's most recent incarceration photo (located in SNAP or OTIS) if available.
         a. If the offender's SOS photo has expired, upload the offender's most recent incarceration photo if the arrest/photo date is later than the expired OLN/PID issue date.
         b. An expired SOS photo shall be uploaded in cases where there is no incarceration photo available, or the incarceration photo date is older than the expired SOS photo.
      ii. Enter the Photo Source as the application that was used to obtain the photo, i.e., SOS, OTIS, SNAP.
      iii. Enter "Date Taken" as the date the OLN/PID was issued, date or arrest in SNAP, or date of photo in OTIS.
      iv. Ensure the photo and the registrant in question are one in the same.
   b) The following resources are not acceptable for obtaining photos:
      i. National Sex Offender Public Website (NSOPW)
      ii. Other state's Department of Motor Vehicles (DMV)
2. DOCUMENTS
   a) If Registration Form was received via fax, email, or US mail, scan the document, and upload the Registration Form if not already uploaded.
      i. Select RI-004 REGISTRATION for the Document Type.
      ii. Signed Date should be the date the offender signed the form.
   b) Individually upload any court documents, registration forms from another state, SORNA notifications, email documentation, etc., and select the Document Type that best matches the documentation.
      i. If documents are already loaded and are incorrectly identified, edit the Document Type and/or Filename.
3. COMPLIANCE
   a) The following violations can be added to a new sex offender registrant record:
      i. Palm Print Violation – If offender has not had palm prints taken, a Palm Print Violation will automatically be added.
      ii. ID Violation – If the offender's OLN/PID has expired or if the offender does not have a valid MI OLN/PID, an ID violation will automatically be generated.
         a. There are instances when an out of state license may be listed in the General tab because the offender does not have a valid MI ID. In this case, an ID violation may be manually added if the offender plans to take up residence in Michigan and has not gotten an ID.
      iii. Form Violation – If the offender has refused to sign the Registration Form, add a Form Violation.
   b) The three violations above can be manually changed if needed.
4. OFFICER ALERTS
   a) Officer Alerts shall be added in the following scenarios:
      i. Offender owes an initial fee – "Offender owes the initial registration fee of $50. After entering initial fee, please remove this Officer Alert. MSP SOR Unit"
      ii. Offender needs to obtain Palm Prints – "Per SORA requirements, palmprints must be taken before or during next verification. If your agency does not

| MICHIGAN STATE POLICE | OPERATIONAL PROCEDURE | NUMBER: SOR-OP-315 | |
|---|---|---|---|
| CRIMINAL JUSTICE INFORMATION CENTER | PENDING REVIEW | REVISION DATE: AUGUST 2, 2022 | Page **13** of **15** |
| SEX OFFENDER REGISTRY UNIT | | | |

       have Live Scan, please refer the RSO to an agency with Live Scan capabilities or visit the MSP MiCJIN MSOR Community page for a listing of all Live Scan agencies. After palm prints have been taken, please remove this Officer Alert. MSP SOR UNIT"

   iii.  Offender does not have a valid Michigan OLN/PID or OLN/PID has expired – "Offender must have a valid OLN/PID with current address and photo that matches the appearance of the RSO. After entering a valid OLN/PID, please remove this officer Alert. MSP SOR Unit"

   iv.  Offender needs a signed Registration form – "Please have the offender sign a Registration Form. After uploading signed registration form, please remove this Officer Alert. MSP SOR Unit."

  b) Officer Alerts can also be added to alert an agency to collect specific missing information. Example: "Please enter missing [license plate number] in the "Additional Details" tab for the <Year> <Make> <Model>. After entry is made, please remove this Officer Alert. MSP SOR Unit"

  c) All Officer Alerts shall be listed separately to allow for easier removal of a single violation.

FINAL STEPS
1. ADDITIONAL INFO
Look over the Registration Form to see if anything was handwritten or typed on the form and confirm all information is listed in MSOR.
2. ACTIVATE THE RECORD
  a) Once all information in the record has been verified with the available resources, the record shall be activated.
  b) Upon activation in MSOR, enter "PRP" into the Comments section to indicate that the pending review has been performed.
  c) For Michigan offenses, refer to the "Registration Offenses and Violations/Penalties" cheat sheet and the PACC Code table to confirm Risk Classification and Publishing.
==For out-of-state offenses, refer to "SOR-OP-315 Pending Review ADDENDUM Out of State Convictions", and activate the record as follows:==
   a. ==If the out-of-state offense is comparable to a registerable offense in Michigan, the following requirements shall be based on the comparable Michigan offense:==
     a. ==Publishing==
     b. ==Tier==
     c. ==Verification Cycle==
     d. ==Duration (Duration requirements should be based on the state of conviction or Michigan, whichever is longer.)==
   i. ==If the out-of-state offense is not comparable to a registerable offense in MI, the following requirements shall be based on the other state's registration requirements:==
     e. ==Publishing==
     f. ==Tier==
     g. ==Verification Cycle==
     h. ==Duration==

| MICHIGAN STATE POLICE | OPERATIONAL PROCEDURE | NUMBER: SOR-OP-315 | |
|---|---|---|---|
| CRIMINAL JUSTICE INFORMATION CENTER | PENDING REVIEW | REVISION DATE: AUGUST 2, 2022 | Page **14** of **15** |
| SEX OFFENDER REGISTRY UNIT | | | |

    ii. Take the following steps when activating a record for an offender that is being registered based on another state's requirements or duration:
        a. Risk Classification:
           1. Set as the Risk Classification as the tier for the comparable Michigan offense.
           2. If the offense is not comparable to a Michigan offense, set the Risk Classification as the other state's tier.
           3. If the other state does not use tiering, set Risk Classification as "Other (Special Condition)".
        b. Verification Cycle:
           1. If the out-of-state offense is comparable to a registerable Michigan offense, set verification cycle as the Michigan comparable offense.
           2. If the out-of-state offense is not comparable to a registerable Michigan offense, set the verification cycle as the conviction state's verification cycle.
              a) If the verification cycle from the conviction state is scheduled for different months than Michigan requires, set up their verifications based on date of birth per Michigan law. If the conviction state requires verification three times per year rather than the Michigan cycles of one, two, or four times per year, set their verification cycle for twice a year.
        c. Registration Length:
           1. If the Registration Length is 15 years, 25 years, or life in the conviction state, set to that length.
           2. If the Registration Length is something other than 15, 25, or life, set the Registration Length as "Other (Special Condition)".
        d. Registration End Date:
           1. Enter the end date as the end date in the conviction state. If lifetime, leave this field blank.
        e. Enter a note explaining the offender's registration requirements in the following note sections of MSOR:
           1. "Admin Use Only" notes in the Offense modal
           2. "History Notes" in the offender record header
           3. "Registration Notes" in the "Offender Required to Register in Another State" modal
    d) Unique Scenario for Out-of-State Tiering and Registration Requirements:
        i. If the offender is being registered based on the conviction state's duration, and the conviction state has a set duration, but the offender is not removed from the conviction state's registry until they petition the court, SOR Unit staff shall activate the record following the steps above for activating an out-of-state offender record.
           a. Example Note:
              1. Offender is required to register for 15 years in Arkansas; therefore, he will be required to register for 15 years in Michigan. However, offender removal is not automatic in Arkansas and offender must petition the court for removal from the Arkansas Registry. After 15 years have passed, if the offender has not been removed from the Arkansas Registry and is still required to register in the state of

| MICHIGAN STATE POLICE | OPERATIONAL PROCEDURE | NUMBER: SOR-OP-315 | |
|---|---|---|---|
| CRIMINAL JUSTICE INFORMATION CENTER | PENDING REVIEW | REVISION DATE: AUGUST 2, 2022 | Page **15** of **15** |
| SEX OFFENDER REGISTRY UNIT | | | |

==Arkansas, the Michigan SOR Unit will change his duration to lifetime and send him a letter notifying the offender of the change and letting the offender know to contact our office once they are removed from the Arkansas Registry.==

3. **LETTER**
   a) ==If the offender's next verification due date was listed as "Unknown" prior to the Pending Review process, or if the offender previously signed a Registration form with a tier different from the final tier, send the offender one of the following letters in MSOR based on the final tier assigned:==
      i. ==Tier 1 Based on Audit Letter==
      ii. ==Tier 2 Based on Audit Letter==
      iii. ==Tier 3 Based on Audit Letter==
         a. ==If the verification frequency, duration, and tier level are determined as the result of an out-of-state conviction and they do not correspond with the auto-generated letters, send the offender the letter from the shared drive labeled "Tier Letter – OOS Conviction".==

4. **LEIN**
   a) The Department Technician shall ensure the following processes are complete:
      i. LEIN Gateway MSOR (LGWSOR)–Make sure the offender record is in LGWSOR.
      ii. Ensure a NIC number is populated in the NIC number field of the General tab.
      iii. NCIC–Make sure the offender record is validated by the SOR Unit staff member on today's date in NCIC. Ensure the data entered in NCIC matches the data contained in MSOR.
         a. If the record is not found in NCIC, click on the NCIC tab. Look at the orange highlighted "Rejected" entry to determine the reason why the record rejected.
            1. Make the required correction(s) to the record and Save Progress and Finish Editing.
            2. If the record will not go to NCIC after repeated attempts, forward to an analyst for review.

5. **PSORS**
   a) Check the public sex offender website to ensure the offender is published if applicable.

| Approval by Unit Manager | | Approval Date | |
|---|---|---|---|