# Exhibit 29:

# Tier Notification Letters



**STATE OF MICHIGAN**
**DEPARTMENT OF STATE POLICE**
LANSING

GRETCHEN WHITMER
GOVERNOR

COL. JOSEPH M. GASPER
DIRECTOR

January 27, 2023

Mr.

Subject: Michigan Sex Offenders Registration Act

Dear Mr.         :

The Department has performed an audit of your sex offender registration. After review, the Department has identified that you are required to register as a Tier I offender. The Department relies upon MCL 28.722, which defines tier classifications for registered sex offenders. Your new registration requirements are as follows:

Tier Level:         **Tier I**

Length of Duration:    **15 Years**

    Per Michigan Compiled Law 28.725, Sec. 5(11) and 5(14):

    (11) "Except as otherwise provided in this section and section 8c, a tier I offender shall comply with this section for 15 years."

    (14) "The registration periods under this section exclude any period of incarceration for committing a crime and any period of civil commitment."

Verification Schedule:    **Annual Verification**

    Per Michigan Compiled Law 28.725a, Sec. 5a(3)(a):

    (a) "If the individual is a tier I offender, the individual shall report once each year during the individual's month of birth." **<<Select Month>>**

If you have any questions about the information received, please feel free to contact our office at 517-241-1806.

Sincerely,



Mr. Shawn Sible
Assistant Division Director
Michigan State Police
Criminal Justice Information Center

/Select Your Initials

MICHIGAN STATE POLICE HEADQUARTERS • 7150 HARRIS DRIVE • DIMONDALE, MICHIGAN 48821
MAILING ADDRESS • P.O. BOX 30634 • LANSING, MICHIGAN 48909
www.michigan.gov/msp • 517-332-2521

Does v Whitmer
Case No. 22-cv-10209
RTP#7

MSP-0001653
Feb 2, 2023



STATE OF MICHIGAN
DEPARTMENT OF STATE POLICE
LANSING

GRETCHEN WHITMER
GOVERNOR

COL. JOSEPH M. GASPER
DIRECTOR

January 27, 2023

Mr.

Subject:  Michigan Sex Offenders Registration Act

Dear Mr.          :

The Department has performed an audit of your sex offender registration.  After review, the Department has identified that you are required to register as a Tier II offender.  The Department relies upon MCL 28.722, which defines tier classifications for registered sex offenders.  Your new registration requirements are as follows:

Tier Level:            **Tier II**

Length of Duration:    **25 Years**

    Per Michigan Compiled Law 28.725, Sec. 5(12) and 5(14):

    (12) "Except as otherwise provided in this section and section 8c, a tier II offender shall comply with this section for 25 years."

    (14) "The registration periods under this section exclude any period of incarceration for committing a crime and any period of civil commitment."

Verification Schedule:    **Semi-Annual Verification**

    Per Michigan Compiled Law 28.725a, Sec. 5a(3)(b):

    (b) "If the individual is a tier II offender, the individual shall report twice each year according to the following schedule:"  <<Select Months>>

If you have any questions about the information received, please feel free to contact our office at 517-241-1806.

Sincerely,



Mr. Shawn Sible
Assistant Division Director
Michigan State Police
Criminal Justice Information Center

/Select Your Initials

Does v Whitmer
Case No. 22-cv-10209
RTP#7

MSP-0001654
Feb 2, 2023



| GRETCHEN WHITMER<br>GOVERNOR | STATE OF MICHIGAN<br>DEPARTMENT OF STATE POLICE<br>LANSING | COL. JOSEPH M. GASPER<br>DIRECTOR |
|---|---|---|

January 27, 2023

Mr.

Subject: Michigan Sex Offenders Registration Act

Dear Mr.         :

The Department has performed an audit of your sex offender registration. After review, the Department has identified that you are required to register as a Tier III offender. The Department relies upon MCL 28.722, which defines tier classifications for registered sex offenders. Your new registration requirements are as follows:

Tier Level:            **Tier III**

Length of Duration:    **Life**

    Per Michigan Compiled Law 28.725, Sec. 5(13):

    (13) "Except as otherwise provided in this section and section 8c, a tier III offender shall comply with this section for life."

Verification Schedule: **Quarterly Verification**

    Per Michigan Compiled Law 28.725a, Sec. 5a(3)(c):

    (c) "If the individual is a tier III offender, the individual shall report 4 times each year according to the following schedule:" <<Select Months>>

If you have any questions about the information received, please feel free to contact our office at 517-241-1806.

Sincerely,



Mr. Shawn Sible
Assistant Division Director
Michigan State Police
Criminal Justice Information Center

/Select Your Initials

MICHIGAN STATE POLICE HEADQUARTERS • 7150 HARRIS DRIVE • DIMONDALE, MICHIGAN 48821
MAILING ADDRESS • P.O. BOX 30634 • LANSING, MICHIGAN 48909
www.michigan.gov/msp • 517-332-2521

Does v Whitmer
Case No. 22-cv-10209
RTP#7

MSP-0001655
Feb 2, 2023



GRETCHEN WHITMER
GOVERNOR

STATE OF MICHIGAN
DEPARTMENT OF STATE POLICE
LANSING

COL. JOSEPH M. GASPER
DIRECTOR

February 24, 2023

Mr.

Subject:  Michigan Sex Offenders Registration Act

Dear Mr.          :

The Department has performed an audit of your sex offender registration.  After review, the Department has identified that you are required to register <<Select Tier>>.

Pursuant to MCL 28.722 and MCL 28.723, an individual with an out of state conviction must register in Michigan when the convicted offense is substantially similar to a listed offense under Michigan law *or* when the individual is required to register in another state.

<<Enter Name of State>> has ordered you to register for <<Select Duration>>. Your new registration requirements in Michigan are as follows:

Tier Level:            **<<Select Tier>>**

Length of Duration:    **<<Select Duration>>**

Verification Schedule: **<<Select Verification Frequency>> - <<Select Months>>**

If you have questions about your obligations to register in Michigan or any other state, you should contact an attorney licensed in the relevant state to give you specific legal advice.

If you have any questions about the information received, please feel free to contact our office at 517-241-1806.

Sincerely,

*Shawn W Sible*

Mr. Shawn Sible
Assistant Division Director
Michigan State Police
Criminal Justice Information Center

/Select Your Initials

MICHIGAN STATE POLICE HEADQUARTERS ● 7150 HARRIS DRIVE ● DIMONDALE, MICHIGAN 48821
MAILING ADDRESS ● P.O. BOX 30634 ● LANSING, MICHIGAN 48909
www.michigan.gov/msp ● 517-332-2521

Does v Whitmer
Case No. 22-cv-10209
RTP#2

MSP-0001673
Feb 24, 2023