# Exhibit 30:

## Additional Excerpts From Morris Deposition Transcript, pp. 23, line 13 – 24, line 2



(248)608-9250 Fax (844)270-7115
www.tri-countycourtreporters.com
depos@tricountyreporters.com

## Transcript of the Testimony of
**Morris, Narcisa**

**Date:** January 25, 2023
**Volume:**

**Case:** JOHN DOES A, et al. v. GRETCHEN WHITMER, et al.

Printed On: February 10, 2023

Morris, Narcisa
1/25/2023

### Page 21

1  A. I believe it was two years.
2  Q. Okay. And after that?
3  A. I worked for Michigan State Police.
4  Q. Okay. So when did you start working at the Michigan
5     State Police?
6  A. Approximately 2001.
7  Q. So you've been there about eleven years?
8  A. Twenty, isn't it.
9  Q. You're right, my math is terrible. So you've been
10    there about twenty years, a little over twenty years?
11 A. Correct.
12 Q. Okay. So where did you start at the MSP?
13 A. Firearms temp.
14 Q. Okay. And how long were you there?
15 A. I'm sorry?
16 Q. How long were you in that position?
17 A. I don't recall.
18 Q. Okay. What did you do next?
19 A. Firearm technician.
20 Q. And then what position?
21 A. Then it -- firearm analyst.
22 Q. Okay.
23 A. Firearm destruction.
24 Q. And after that what position?
25 A. And then security and access as --

### Page 22

1  Q. Okay. And after that?
2  A. Sex Offender Registry.
3  Q. When did you start at the Sex Offender Registry?
4  A. I believe it was '18.
5  Q. So 2018? In 2018?
6  A. I don't recall exactly.
7  Q. Okay. What was your first position in the -- was that
8     in a SOR unit?
9  A. That is correct.
10 Q. What was your first position there?
11 A. A SOR coordinator.
12 Q. What are the responsibilities of a SOR coordinator?
13 A. System management, enhancement programming; not
14    creating programming, coordinating programming.
15 Q. Can you explain to me what that means.
16 A. Coordinating the programming, enhancements of the
17    system.
18 Q. When you say program, do you mean programs for
19    training? Do you mean the actual database? I need
20    you to explain it to me a little bit more. I don't
21    understand what you're saying.
22 A. The database, coordinating with different moving parts
23    for the database to put in enhancements or
24    improvements. If there are system outages, it was my
25    responsibility to report them.

### Page 23

1  Q. Did you do data entry in that job?
2  A. That was not my responsibility.
3  Q. How long were you the SOR coordinator?
4  A. Approximately maybe four years.
5  Q. And what position did you move to after that?
6  A. Management.
7  Q. Okay. What management position?
8  A. The SOR management position.
9  Q. So is that your current position?
10 A. No.
11 Q. Okay. So what is -- so you said four years. So what
12    year did you move to the SOR management position?
13 A. '21.
14 Q. Okay. What does the SOR management position involve?
15 A. The -- the technicians and the analysts and the
16    coordinator of the unit for the maintenance of the
17    system.
18 Q. How long were you in that position?
19 A. Approximately a year.
20 Q. Okay. And then -- what position did you move into
21    after that?
22 A. A criminal history management position, management
23    position.
24 Q. And what does that position involve?
25 A. System support, design, quality control.

### Page 24

1  Q. So what year did you move into that position?
2  A. December of 2022.
3  Q. Is that your current position?
4  A. That is. Sorry, the light shuts off automatically
5     without movement.
6  Q. So your current position -- can you give me the exact
7     job title.
8  A. It is system design support and quality control
9     manager.
10 Q. Okay. And you were in that position starting in
11    December of 2022, correct?
12 A. Correct.
13 Q. Until when?
14 A. I'm sorry?
15 Q. Until what time?
16 A. I'm still the manager currently.
17 Q. Okay. So this is a -- let me make sure I'm
18    understanding this. That's not in the SOR unit,
19    correct?
20 A. That is correct.
21 Q. What -- where is that located within the MSP
22    structure?
23 A. It is on -- it is within the Criminal Justice
24    Information Center, with MSP.
25 Q. So you were the manager of the SOR unit. What was the

6 (Pages 21 to 24)