UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN DOES A, B, C, D, E, F, G, H,
MARY DOE and MARY ROE, on behalf of
themselves and all others similarly situated,

                Plaintiffs,

v.

GRETCHEN WHITMER, Governor of the
State of Michigan, and COL. JOSEPH
GASPER, Director of the Michigan
State Police, in their official
capacities,

No. 2:22-cv-10209

Hon. Mark A. Goldsmith

Mag. Curtis Ivy, Jr.

**STIPULATED ORDER TO EXTEND DATE FOR DEFENDANTS'
ANSWER TO THE AMENDED COMPLAINT**

Plaintiffs filed a motion to amend the complaint. (ECF No. 100.) On April 19, 2023, the Court granted the motion and directed the Defendants to file an answer to the amended complaint within 14 days. (ECF No. 107.)

The parties, through counsel, stipulate that Defendants have until May 19, 2023, to file an answer to the amended complaint.

1

The parties agree, and the Court orders, as follows:

Defendants' answer to the amended complaint is due by May 19, 2023.

**IT IS SO ORDERED.**

Dated:  May 9, 2023                                           s/Mark A. Goldsmith
         Detroit, Michigan                                    MARK A. GOLDSMITH
                                                              United States District Judge

Approved by:

*s/ Miriam Aukerman (P63165)*
Miriam J. Aukerman
Attorney for Plaintiffs
American Civil Liberties Union
  Fund of Michigan
1514 Wealthy SE, Suite 260
Grand Rapids, MI 49506
(616) 301-0930
maukerman@aclumich.org

*/s/ Eric M. Jamison (P75721)*
Assistant Attorney General
Attorney for Defendants
Michigan Dep't of Attorney
General
State Operations Division
P.O. Box 30754
Lansing, MI 48909
(517) 335-7573
jamisone@michigan.gov