UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN DOES A, B, C, D, E, F, G, H,
MARY DOE and MARY ROE, on behalf of
themselves and all others similarly situated,

            Plaintiffs,

v.

GRETCHEN WHITMER, Governor of the
State of Michigan, and COL. JOSEPH
GASPER, Director of the Michigan State
Police, in their official capacities,

            Defendants.

No. 2:22-cv-10209

Hon. Mark A. Goldsmith

Mag. Curtis Ivy, Jr.

**STIPULATED ORDER TO EXTEND DEADLINE
FOR CLASS DATA REPORT AND STATUS CONFERENCE**

    Plaintiffs' class data report is currently due on May 26, 2023. Due to the substantial volume and complex nature of the class data, Plaintiffs' experts have requested additional time to complete their analysis and to finalize the class data report.

    The parties stipulate to a three-week extension for the submission of the class data report, making the new date **June 16, 2023**.

    The parties agree that all other discovery should be completed by June 16, 2023 (in accordance with the current scheduling order).

1

Based on this stipulation, the Court sets the following deadlines:

| EVENT | DEADLINE |
|---|---|
| Fact and Expert Discovery Closes, except for class data report | June 16, 2023 |
| Expert witness lists/disclosures/reports related to class data from MDOC and MSP – Plaintiffs | No later than June 16, 2023 |
| Expert witness lists/disclosures/reports related to class data from MDOC and MSP – Defendants | June 30, 2023 |
| Rebuttal reports related to class data – Plaintiffs | July 10, 2023 |
| Status conference regarding proceeding under Fed. R. Civ. P. 52 or 56 and settling later dates; Joint statement required one week in advance. | July 13, 2023 at 4:00 p.m. |

**IT IS SO ORDERED.**

Dated:  May 26, 2023  
      Detroit, Michigan

s/Mark A. Goldsmith  
MARK A. GOLDSMITH  
United States District Judge

Approved by:

s/ Miriam Aukerman (P63165)  
Miriam J. Aukerman  
Attorney for Plaintiffs  
American Civil Liberties Union  
  Fund of Michigan  
1514 Wealthy SE, Suite 260  
Grand Rapids, MI 49506  
(616) 301-0930  
maukerman@aclumich.org

/s/ Eric M. Jamison (P75721)  
Assistant Attorney General

Attorney for Defendants  
Michigan Dep't of Attorney General  
State Operations Division  
P.O. Box 30754  
Lansing, MI 48909  
(517) 335-7573  
jamisone@michigan.gov