UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

JOHN DOES A, B, C, D, E, F, G, H,
MARY DOE and MARY ROE, on behalf of
themselves and all others similarly situated,

         Plaintiffs,

v.

GRETCHEN WHITMER, Governor of the
State of Michigan, and COL. JOSEPH
GASPER, Director of the Michigan
State Police, in their official
capacities,

         Defendants.

No. 2:22-cv-10209

Hon. Mark A. Goldsmith

Mag. Curtis Ivy, Jr.

## DEFENDANTS WHITMER AND GASPER'S FIRST AMENDED EXHIBIT LIST

Pursuant to agreement among the parties, Defendants Gretchen

Whitmer and Col. Joseph Gasper, amend their exhibit list as follows:

1. Wayne County Prosecutor's Office Subpoena Response.

2. Sharon Jegla affidavit.

3. Sharon Jegla second affidavit.

4. Kyle Kaminski affidavit.

5. Tricia Dare affidavit.

1

6.      Danielle Bennetts declaration.

7.      Shawn Starkey declaration.

8.      MCL and USC Comparison Chart.

9.      SORA and SORNA Comparative Chart.

10.     Table of exemplars of CSC cases.

11.     SORA Mail-in Update and Explanation of Duties.

12.     NWD Info.

13.     M.R. Affidavit and Plea.

14.     Exemplars of probation and parole conditions.

15.     Written responses to formal and informal discovery requests and documents produced in response to formal and informal discovery requests, in this case.

16.     Any exhibits attached to any pleading or motion filed in this case.

17.     Any documents used as an exhibit during depositions in this case.

18.     Any relevant policies and procedures of the Michigan State Police related to the Sex Offender Registry.

19.    Any exhibits, pleadings, or filings from *Does v. Snyder,* No. 12-cv-11194 (E.D. Mich.) (*"Does I"*), including exhibits to the Joint Statement of Facts.

20.    Any exhibits, pleadings, or filings from *John Doe, et al v. Snyder*, No. 16-cv-13137 (E.D. Mich.) ("*Does II*").

21.    Any publicly available documents related to the subject matter of the lawsuit.

22.    Any documents or electronically stored information that may be ascertained through continuing discovery or investigation.

23.    Any documents needed to rebut information produced or referenced by Plaintiffs.

24.    Defendants reserve the right to amend and/or supplement this list.

Respectfully submitted,

*/s/Eric M. Jamison*
Eric M. Jamison
Assistant Attorney General
Attorney for Defendants
Whitmer and Gasper
Michigan Department of
Attorney General
State Operations Division
P.O. Box 30754
Lansing, MI 48909

3

(517) 335-7573
jamisone@michigan.gov
P75721

Date: June 16, 2023

## CERTIFICATE OF SERVICE

I hereby certify that on June 16, 2023, I electronically filed the above

document(s) with the Clerk of the Court using the ECF System, which

will provide electronic copies to counsel of record.

> /s/ Eric M. Jamison
> Assistant Attorney General
> Attorney for Defendants Whitmer and
> Gasper
> Michigan Department of Attorney
> General
> State Operations Division
> P.O. Box 30754
> Lansing, MI 48909
> (517) 335-7573
> jamisone@michigan.gov
> P75721

2022-0341402-A