UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

JOHN DOES A, B, C, D, E, F, G, H,
MARY DOE and MARY ROE,
on behalf of themselves and
all others similarly situated,

        Plaintiffs,

v.

GRETCHEN WHITMER, Governor of the
State of Michigan, and COL. JOSEPH
GASPER, Director of the Michigan State
Police, in their official capacities,

        Defendants.

File No. 2:22-cv-10209

Hon. Mark A. Goldsmith

Mag. Curtis Ivy, Jr.

_____

## PLAINTIFFS' SECOND AMENDED LAY WITNESS LIST

Pursuant to agreement of the parties, Plaintiffs amend their witness list. Plaintiffs, by their attorneys, submit the following amended[1] list of people who may be called at trial as lay witnesses in this matter.

1. Mary Roe[2]
   c/o counsel
   American Civil Liberties Union Fund of Michigan
   1514 Wealthy SE, Suite 260
   Grand Rapids, MI 49506

---

[1] In addition to adding witnesses, Plaintiffs have edited this list to reflect that Professor Larry Dubin is withdrawn as a witness.

[2] Pursuant to the protective order, ECF 88, the named plaintiffs, class members and their family members are identified by their pseudonyms.

1

2. Mary Doe
   c/o counsel
   American Civil Liberties Union Fund of Michigan
   1514 Wealthy SE, Suite 260
   Grand Rapids, MI 49506

3. John Doe A
   c/o counsel
   American Civil Liberties Union Fund of Michigan
   1514 Wealthy SE, Suite 260
   Grand Rapids, MI 49506

4. John Doe B
   c/o counsel
   American Civil Liberties Union Fund of Michigan
   1514 Wealthy SE, Suite 260
   Grand Rapids, MI 49506

5. John Doe C
   c/o counsel
   American Civil Liberties Union Fund of Michigan
   1514 Wealthy SE, Suite 260
   Grand Rapids, MI 49506

6. John Doe D
   c/o counsel
   American Civil Liberties Union Fund of Michigan
   1514 Wealthy SE, Suite 260
   Grand Rapids, MI 49506

7. John Doe E
   c/o counsel
   American Civil Liberties Union Fund of Michigan
   1514 Wealthy SE, Suite 260
   Grand Rapids, MI 49506

8. John Doe F
   c/o counsel

    American Civil Liberties Union Fund of Michigan
    1514 Wealthy SE, Suite 260
    Grand Rapids, MI 49506

9. John Doe G
    c/o counsel
    American Civil Liberties Union Fund of Michigan
    1514 Wealthy SE, Suite 260
    Grand Rapids, MI 49506

10. John Doe H
    c/o counsel
    American Civil Liberties Union Fund of Michigan
    1514 Wealthy SE, Suite 260
    Grand Rapids, MI 49506

11. I.G., Spouse of John Doe C
    c/o counsel
    American Civil Liberties Union Fund of Michigan
    1514 Wealthy SE, Suite 260
    Grand Rapids, MI 49506

12. B.W., Mother of John Doe E
    c/o counsel
    American Civil Liberties Union Fund of Michigan
    1514 Wealthy SE, Suite 260
    Grand Rapids, MI 49506

13. Michigan State Police staff and former staff, including but not limited to staff and former staff of the Sex Offender Registry Unit and Sex Offender Enforcement Unit staff (including but not limited to Narcissa Morris, Sharon Jegla, Sgt. Brenda Hoffman, Jami Selden-Manor, Nicole McGhee and Steven Beatty), and any person named by Defendants to respond to Plaintiffs' deposition notice under Rule 30(b)(6).
    Michigan State Police Headquarters
    333 S. Grand Ave.
    P.O. Box 30634

   Lansing, MI 48909-0634

14. Corey Spickler
    c/o counsel
    Michigan Department of Attorney General
    P.O. Box 30217
    Lansing, MI 48909

15.  James Kissinger
    c/o counsel
    Michigan Department of Attorney General
    P.O. Box 30217
    Lansing, MI 48909

16. Giancarlo Guzman
    ACLU of Michigan
    2966 Woodward Ave.
    Detroit, MI 48201

17. Shelli Weisberg
    ACLU of Michigan
    2966 Woodward Ave.
    Detroit, MI 48201

18. The Honorable William C. Buhl
    c/o counsel
    American Civil Liberties Union Fund of Michigan
    1514 Wealthy SE, Suite 260
    Grand Rapids, MI 49506

19. Senator Jeffrey Irwin
     Post Office Box 30036
     Lansing, MI 48909-7536

20. A.C.
     c/o counsel
     American Civil Liberties Union Fund of Michigan

    1514 Wealthy SE, Suite 260
    Grand Rapids, MI 49506

21. H.C.
   c/o counsel
   American Civil Liberties Union Fund of Michigan
   1514 Wealthy SE, Suite 260
   Grand Rapids, MI 49506

22. P.F.
   c/o counsel
   American Civil Liberties Union Fund of Michigan
   1514 Wealthy SE, Suite 260
   Grand Rapids, MI 49506

23. R.H.
   c/o counsel
   American Civil Liberties Union Fund of Michigan
   1514 Wealthy SE, Suite 260
   Grand Rapids, MI 49506

24. R.H.2.
   c/o counsel
   American Civil Liberties Union Fund of Michigan
   1514 Wealthy SE, Suite 260
   Grand Rapids, MI 49506

25. A.J.
   c/o counsel
   American Civil Liberties Union Fund of Michigan
   1514 Wealthy SE, Suite 260
   Grand Rapids, MI 49506

26. D.K.
   c/o counsel
   American Civil Liberties Union Fund of Michigan
   1514 Wealthy SE, Suite 260

Grand Rapids, MI 49506

27. R.L.
     c/o counsel
    American Civil Liberties Union Fund of Michigan
    1514 Wealthy SE, Suite 260
    Grand Rapids, MI 49506

28. H.M.
     c/o counsel
    American Civil Liberties Union Fund of Michigan
    1514 Wealthy SE, Suite 260
    Grand Rapids, MI 49506

29. D.M.
     c/o counsel
    American Civil Liberties Union Fund of Michigan
    1514 Wealthy SE, Suite 260
    Grand Rapids, MI 49506

30. J.M.
     c/o counsel
    American Civil Liberties Union Fund of Michigan
    1514 Wealthy SE, Suite 260
    Grand Rapids, MI 49506

31. K.M.
     c/o counsel
    American Civil Liberties Union Fund of Michigan
    1514 Wealthy SE, Suite 260
    Grand Rapids, MI 49506

32. K.N.
     c/o counsel
    American Civil Liberties Union Fund of Michigan
    1514 Wealthy SE, Suite 260

Grand Rapids, MI 49506

33. G.O.
　c/o counsel
　American Civil Liberties Union Fund of Michigan
　1514 Wealthy SE, Suite 260
　Grand Rapids, MI 49506

34. T.P.
　c/o counsel
　American Civil Liberties Union Fund of Michigan
　1514 Wealthy SE, Suite 260
　Grand Rapids, MI 49506

35. B.P.
　c/o counsel
　American Civil Liberties Union Fund of Michigan
　1514 Wealthy SE, Suite 260
　Grand Rapids, MI 49506

36. M.R.
　c/o counsel
　American Civil Liberties Union Fund of Michigan
　1514 Wealthy SE, Suite 260
　Grand Rapids, MI 49506

37. T.R.
　c/o counsel
　American Civil Liberties Union Fund of Michigan
　1514 Wealthy SE, Suite 260
　Grand Rapids, MI 49506

38. J.S.
　c/o counsel
　American Civil Liberties Union Fund of Michigan
　1514 Wealthy SE, Suite 260

    Grand Rapids, MI 49506

39. A.S.
   c/o counsel
   American Civil Liberties Union Fund of Michigan
   1514 Wealthy SE, Suite 260
   Grand Rapids, MI 49506

40. K.S.
   c/o counsel
   American Civil Liberties Union Fund of Michigan
   1514 Wealthy SE, Suite 260
   Grand Rapids, MI 49506

41. E.S.
   c/o counsel
   American Civil Liberties Union Fund of Michigan
   1514 Wealthy SE, Suite 260
   Grand Rapids, MI 49506

42. G.W.
   c/o counsel
   American Civil Liberties Union Fund of Michigan
   1514 Wealthy SE, Suite 260
   Grand Rapids, MI 49506

43. K.W.
   c/o counsel
   American Civil Liberties Union Fund of Michigan
   1514 Wealthy SE, Suite 260
   Grand Rapids, MI 49506

44. Nephew of Doe E
   c/o counsel
   American Civil Liberties Union Fund of Michigan
   1514 Wealthy SE, Suite 260
   Grand Rapids, MI 49506

45. Elvira Hernandez
    ACLU of Michigan
    1514 Wealthy SE, Suite 260
    Grand Rapids, MI 49506

46. Mariam Elbakr
    ACLU of Michigan
    2966 Woodward Ave.
    Detroit, MI 48201

47. Timothy Fitzgerald
    (517) 927-6661
    One Energy Plaza
    Jackson, MI 49201

48. All witnesses identified by the Defendants.

49. Any person who provides an affidavit or declaration in this case, or who is deposed in this case.

50. All witnesses needed to lay a foundation.

51. All necessary records custodians and witnesses who can provide testimony to authenticate and admit exhibits.

52. All witnesses needed for rebuttal.

53. Any witness that may be ascertained through discovery or investigation.

Plaintiffs reserve the right to amend this list as discovery is completed, up to and including the day of trial.

This witness list is intended to supplement Plaintiffs' initial disclosures under Rule 26.

Respectfully submitted,

s/ Miriam J. Aukerman (P63165)
Dayja S. Tillman (P86526)
American Civil Liberties Union
   Fund of Michigan
1514 Wealthy SE, Suite 260
Grand Rapids, MI 49506
(616) 301-0930
maukerman@aclumich.org

s/ Daniel S. Korobkin (P72842)
Syeda Davidson (P72801)
American Civil Liberties Union
   Fund of Michigan
2966 Woodward Avenue
Detroit, MI 48201
(313) 578-6824
dkorobkin@aclumich.org

Dated: June 16, 2023

s/ Paul D. Reingold (P27594)
Cooperating Counsel, American Civil
   Liberties Union Fund of Michigan
Univ. of Michigan Law School
802 Legal Research Building
801 Monroe Street
Ann Arbor, MI 48109-1215
(734) 355-0319 - pdr@umich.edu

s/ Roshna Bala Keen (Ill. 6284469)
Lauren Carbajal (Cal. 336485).
Loevy & Loevy
Cooperating Counsel, American Civil
   Liberties Union Fund of Michigan
311 North Aberdeen, 3rd Floor
Chicago, Illinois 60607
(312) 243-5900
roshna@loevy.com