UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN DOES A, B, C, D, E, F, G, H,
MARY DOE and MARY ROE, on behalf of
themselves and all others similarly situated,

            Plaintiffs,

v.

GRETCHEN WHITMER, Governor of the
State of Michigan, and COL. JOSEPH
GASPER, Director of the Michigan State
Police, in their official capacities,

            Defendants.

No. 2:22-cv-10209

Hon. Mark A. Goldsmith

Mag. Curtis Ivy, Jr.

**STIPULATED ORDER TO EXTEND DISCOVERY DEADLINE
FOR A DEPOSITION AND TO RESOLVE TECHNICAL
<u>DEFICIENCIES WITH DEFENSE EXPERT REPORTS</u>**

The current deadline for the close of discovery is June 16, 2023. Due to (a) scheduling issues, (b) Plaintiffs' concerns regarding the limited knowledge of a Rule 30(b)(6) witness, as well as (c) technical deficiencies with defense expert reports, the parties agree as follows:

1. Plaintiffs may take the deposition of Timothy Fitzgerald, the former chief of the Michigan State Police Governmental Affairs Section, until Friday, June 30, 2023.

1

2. This extension will not change any other deadlines or affect or delay the current scheduling order.

3. Plaintiffs will not seek to strike any defense expert reports on account of rules-based technical deficiencies in the reports, but may use those deficiencies to question the competence or professionalism of the defense experts.

**IT IS SO ORDERED.**

Dated: June 20, 2023   s/Mark A. Goldsmith
    Detroit, Michigan   MARK A. GOLDSMITH
       United States District Judge

Approved by:

| | |
|---|---|
| s/ Miriam Aukerman (P63165) | /s/ Eric M. Jamison (P75721) |
| Miriam J. Aukerman | Assistant Attorney General |
| Attorney for Plaintiffs | Attorney for Defendants |
| American Civil Liberties Union Fund of Michigan | Michigan Dep't of Attorney General State Operations Division |
| 1514 Wealthy SE, Suite 260 | P.O. Box 30754 |
| Grand Rapids, MI 49506 | Lansing, MI 48909 |
| (616) 301-0930 | (517) 335-7573 |
| maukerman@aclumich.org | jamisone@michigan.gov |