UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JOHN DOES A, B, C, D, E, F, G, H, MARY DOE and MARY ROE, on behalf of themselves and all others similarly situated,<br><br>                Plaintiffs,<br><br>v.<br><br>GRETCHEN WHITMER, Governor of the State of Michigan, and COL. JOSEPH GASPER, Director of the Michigan State Police, in their official capacities,<br><br>                Defendants. | No. 2:22-cv-10209<br><br>Hon. Mark A. Goldsmith<br><br>Mag. Curtis Ivy, Jr. |

**STIPULATED ORDER REGARDING DEFENDANTS' RESPONSE TO PLAINTIFFS' DATA REPORT**

Plaintiffs produced their expert data report on June 16, 2023.

According to the scheduling order, Defendants have until June 30, 2023, for an expert response to the data report. (ECF No. 112, PageID.3545.)

Defendants plan on responding to the report with declaration(s) from MSP staff rather than from an expert.

The parties agree that Defendants response to Plaintiffs expert data report is due by July 7, 2023.

1

The parties agree that Plaintiffs reply will be due by July 14, 2023.

IT IS ORDERED THAT:

1. Defendants have until July 7, 2023 to respond to Plaintiffs' data expert report.

2. Plaintiffs have until July 14, 2023 for a reply.

**SO ORDERED.**

Dated: June 28, 2023             s/Mark A. Goldsmith
    Detroit, Michigan            MARK A. GOLDSMITH
                                      United States District Judge

Approved by:

| | |
|---|---|
| */s/ Miriam Aukerman* (P63165) | */s/ Eric M. Jamison* (P75721) |
| Miriam J. Aukerman | Assistant Attorney General |
| Attorneys for Plaintiffs | Attorney for Defendants |
| American Civil Liberties Union Fund of Michigan | Michigan Dep't of Attorney General State Operations Division |
| 1514 Wealthy SE, Suite 260 | P.O. Box 30754 |
| Grand Rapids, MI 49506 | Lansing, MI 48909 |
| (616) 301-0930 | (517) 335-7573 |
| maukerman@aclumich.org | jamisone@michigan.gov |
| Dated June 28, 2023 | Dated: June 28, 2023 |