UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

JOHN DOE A, et al.,

    Plaintiff(s),

v.

GRETCHEN WHITMER, et al.,

    Defendant(s).

Case No. 22-10209

Judge Mark A. Goldsmith

Magistrate Judge Curtis Ivy, Jr.

**NOTICE OF CORRECTION**

Minute Entry, filed 9/14/2023, has been modified. The explanation for the correction stated below.

☑ The docket entry was made on the wrong case.
☐ The corresponding document image was missing or incomplete.
☐ The wrong document image was associated.
☐ The wrong judicial officer was listed on the case docket.
☐ The filer information was inaccurate or omitted from the docket text.
☐ The judicial officer information was inaccurate or omitted from the docket text.
☐ The docket text was changed *to include the Partial Payment Order.*
☑ Other: The minute entry has been stricken

If you need further clarification or assistance, please contact Karri Sandusky at (313) 234-5240.

KINIKIA D. ESSIX, CLERK OF COURT

Dated: September 18, 2023

s/ Karri Sandusky
Deputy Clerk