# INDEX OF EXHIBITS

Given the size of the record, Plaintiffs have highlighted in bold a few key documents that they encourage the Court to focus on when reviewing the record.

<u>Summaries</u>

1. **Summary of SORA 2021's Obligations, Disabilities, and Restraints**

2. **SORA 2021 with Highlighted Changes Showing 2011 and 2021 Amendments**

3. Chart of MSP Deposition Responses Showing SORA's Vagueness

<u>Plaintiffs' Expert Reports</u>

4. **Expert Report on Class Data (Alcala, Prescott, Hanson)**

5. **Dr. Karl Hanson Expert Report**

6. **Dr. Karl Hanson Rebuttal Report**

7. **Dr. Elizabeth Letourneau Expert Report**

8. **Dr. J.J. Prescott Expert Report**

9. **A. Dr. Kelly Socia Expert Report**

   **B. Dr. Kelly Socia Supplemental Report Rebutting Research Cited by Defendants**

10. **Dr. Kelly Socia Rebuttal Report**

11. **Dr. Sarah Lageson Expert Report**

12. Dr. Kristen Zgoba Expert Report

13. Dr. John Ulrich Expert Report

14. **Sujatha Balija Expert Report**

15. Barbara Levine Amended Expert Report

16. Anne Yantus Expert Report

17. Richard Stapleton Expert Report

18. Mary Chartier Expert Report

19. James Schaafsma Expert Report

Plaintiffs' Declarations

20. **Giancarlo Guzman Declaration/Law Enforcement Survey**

21. **Shelli Weisberg Declaration**

22. Honorable William C. Buhl Declaration

23. Senator Jeffrey Irwin Declaration

24. Mariam Elbakr Declaration

25. IG Declaration

26. BW Declaration

27. AC Declaration

28. WC Declaration

29. PF Declaration

30. RH Declaration

31. RH 2 Declaration

32. AJ Declaration

33. DK Declaration

34. RL Declaration

35. HM Declaration

36. DM Declaration

37. JM Declaration

38. KM Declaration

39. KN Declaration

40. GO Declaration

41. TP Declaration

42. BP Declaration

43. MR Declaration

44. TR Declaration

45. JS Declaration

46. AS Declaration

47. KS Declaration

48. ES Declaration

49. GW Declaration

50. KW Declaration

51. Nephew of Doe E Declaration

52. MSOR Training Transcript (with Elvira Hernandez Declaration)

53. Named Plaintiff Declarations Verifying Complaint and Declarations of Mary Doe and John Doe G Verifying Supplemental Complaint

Deposition Transcripts

54. Dr. Karl Hanson Deposition Transcript

55. Dr. Elizabeth Letourneau Deposition Transcript

56. John Doe B Deposition Transcript (redacted)

57. John Doe C Deposition Transcript (redacted)

58. John Doe D Deposition Transcript (redacted)

59. John Doe F Deposition Transcript (redacted)

60. John Doe G Deposition Transcript (redacted)

61. Mary Doe Deposition Transcript (redacted)

62. Mary Roe Deposition Transcript (redacted)

63. AC Deposition Transcript (redacted)

64. AJ Deposition Transcript (redacted)

65. KS Deposition Transcript (redacted)

66. MR Deposition Transcript (redacted)

67. Dr. Rachel Lovell Deposition Transcript

68. Dr. Rachel Goodman-Williams Deposition Transcript

69. Dr. Anna Salter Deposition Transcript

    A. Dr. Anna Salter Deposition Exhibit 6 (selections)

    B. Dr. Anna Salter Deposition Exhibit 9

    C. Dr. Anna Salter Deposition Exhibit 10

    D. Dr. Anna Salter Deposition Exhibit 13

    E. Dr. Anna Salter Deposition Exhibit 14

    F. Dr. Anna Salter Deposition Exhibit 15

    G. Dr. Anna Salter Deposition Exhibit 16

    H. Dr. Anna Salter Deposition Exhibit 11

70. Dr. Darrel Turner Deposition Transcript

71. Steven Beatty Deposition Transcript and Deposition Exhibits 30-32

72. Timothy Fitzgerald Deposition Transcript

73. Brenda Hoffman Deposition Transcript and Deposition Exhibits F and G

74. Sharon Jegla Deposition Transcript and Deposition Exhibits S and T

75. James Kissinger Deposition Transcript

76. Jami Selden-Manor Deposition Transcript

77. Nicole McGhee Deposition Transcript

78. Narcissa Morris Deposition Transcript and Deposition Exhibit 7

79. Corey Spickler Deposition Transcript

<u>Responses to Interrogatories and Requests to Admit</u>

80. Defendants' Amended Responses to Plaintiffs' First Interrogatories (Feb. 2, 2023)

81. Defendants' Amended Responses to Plaintiffs' First Request for Production (June 29, 2023)

82. Plaintiffs' First Request to Admit and Defendants' Responses

83. Defendants' Response to Plaintiffs' Second Request to Admit

84. Plaintiffs' Responses to Defendants' Second Interrogatories (John Doe E and John Doe H)

85. Plaintiffs' Responses to Defendants' Third Interrogatories (Mary Doe and Doe G)

Documents

86. MSP Letter to Registrants Re SORA 2021 [MSP 747-751; 744-746]

87. Michigan Sex Offender Registration/Verification/Update Form with Explanation of Duties (RI-004, eff. 03/2022) [MSP 320-324]

88. Michigan Sex Offender Registry Mail-In Update Form (RI-004a, eff. 03/2021) [MSP 325-327]

89. Pre-2021 Explanation of Duties (Redacted) (DO-4a, eff. 07/11)

90. MSP SOR Registration and Enforcement Manual [MSP 1517-1523]

91. Contract for MSOR database [MSP 355-455]

92. MSOR System Interfaces [MSP 1231]

93. MSP Organizational Charts: MSP overall organizational chart [not Bates numbered], SOR Unit organizational chart [MSP 85], and Special Operations Division organizational chart [MSP 1516]

94. MSP Emails Discussing Registration for Non-Michigan Convictions [MSP 674-715]

95. MSOR User Guide [MSP 1-79]

96. MSOR Fields Chart [MSP 86-98]

97. PACC Code Chart [MSP 722]

98. SOR Operating Procedure 302, Public Sex Offender Registry Website [MSP 1636]

99. SOR Operating Procedure 303, Certified Sex Offender Records [MSP 1578-1580]

100. SOR Operating Procedure 304, Tracking Absconders [MSP 908-910]

101. SOR Operating Procedure 307, Registration [MSP 774-776]

102. SOR Operating Procedure 308, Offender Duration Had Ended [MSP 911-913]

103. SOR Operating Procedure 310, Sweep Packets, and Sex Offender Sweep Findings Form [MSP 1587-89]

104. SOR Operating Procedure 313, Court Orders [MSP 754-755]

105. SOR Operating Procedure 315, Pending Review [MSP 725-739]

106. MSP Flowcharts for Registration of Non-Michigan Offenses (SOR Operating Procedure 315 Addendum) [MSP 723-724]

107. SOR Operating Procedure 319, LEIN Inquiries [MSP 1619-1621]

108. SOR Operating Procedure 322, Pending Arrival [MSP 1624-1626]

109. SOR Operating Procedure 328, International Travel [MSP 1629-1630]

110. SOR Policy 304, National Sex Offender Registry (NSOR) Participation [MSP 1637]

111. SORNA Implementation Letter [MSP 1667-1668]

112. SOR Backgrounder [MSP 1559-1563]

113. Tier Audit Letters [MSP 1653-1655, 1673]

114. Morris Grant Email and Grant Application (selected pages) [MSP 1664, 1363, 1365, 1374, 1398]

115. Chart of Registration Offenses, Violations and Penalties [MSP 106-07]

116. Grant Report [MSP 1674-1679]

117. Notification of International Travel of Sex Offender Form [MSP 308-09]

118. MSP Offense Cheat Sheet [MSP 716-717]

119. Michigan Crime Codes for Registration Chart [718-721]

120. Screenshots of Online Registry

121. SORA FAQ from Online Registry

122. Michigan Attorney General Comments on H.B. 5679

123. Michigan State Police Comments on H.B. 5679

124. H. Jud. Comm., Summary of H.B. 5679 (H-5) as Passed by House, 100th Leg., Reg. Sess. (Mich. 2020)

125. Judgment of Sentence Form CC 219b

126. Petition to Discontinue Sex Offender Registration, Form MC 406a

127. Order on Petition to Discontinue Sex Offender Registration, Form MC 406b

128. *Lymon* Prosecutor Letter [MSP 1649]

129. *Lymon* Law Enforcement Letter [MSP 1648]

130. *Lymon* Court Letter [MSP 1650]

131. *Lymon* Registrant Letter [MSP 1651]

132. Procedure for *Lymon* Removals [MSP 1568-1571]

133. *Lymon* Calls Cheat Sheet [MSP 1567]

134. MDOC Operating Procedure 05.01.100 [MDOC 6-22]

135. Static-99R Coding Sheet [Does 1398-1399]

Documents from Other Litigation

136. *Does I* Joint Statement of Facts, No. 2:12-cv-11194, R. 90

137. *Does I* Stipulated Final Judgment, No. 2:12-cv-11194, R. 153

138. Poxson Declaration, *Does II*, No. 16-cv-13137, R. 115-1.

139. Sample Probation Order [Does 1400-1402]

Defendants' Evidence

140. Dr. Rachel Lovell Declaration

141. Dr. Rachael Goodman-Williams Declaration

142. Dr. Anna Salter Declaration

143. Dr. Darryl Turner Declaration

144. Shawn Starkey Declaration

145. Jamie Selden-Manor Declaration