# Exhibit 1:

## Summary of SORA 2021's Obligations, Disabilities, and Restraints

# Obligations, Disabilities, and Restraints
# Imposed by Michigan's
# 2021 Sex Offender Registration Act[1]

## Table of Contents

1. Requirement to Provide Personal Information ................................................... 2
2. Public Disclosure of Personal Information ........................................................ 4
3. Restrictions on Residency ................................................................................. 5
4. Restrictions on Employment ............................................................................. 6
5. Requirement to Create Biometric and Appearance Information ........................ 7
6. Restrictions on Travel ....................................................................................... 7
7. Restrictions on Education .................................................................................. 8
8. Restrictions on Vehicle Use or Ownership ........................................................ 9
9. Restrictions on Internet Usage ........................................................................... 9
10. Requirements for Supervision by Law Enforcement ....................................... 10
11. Requirements for Reporting to Law Enforcement Within Three Days ........... 12
12. Financial Obligations ...................................................................................... 13
13. Affirmative Obligations to the Secretary of State ........................................... 13
14. Penalties for Failure to Comply ...................................................................... 14

---

[1] This document lists only affirmative obligations, disabilities and restraints imposed directly by Michigan's Sex Offender Registration and Notification Act, M.C.L. § 28.721 *et.seq*. It does not include other affirmative obligations, disabilities and restraints that are triggered by an individual's status as a registrant, but that are contained in other Michigan laws and regulations, or in the laws and regulations of the federal government, other states, or local governments. Those restrictions are too extensive to be compiled here.

## 1. Requirement to Provide Personal Information

Registrants Must Provide:

a. Legal name and any aliases, nicknames, ethnic or tribal names, or other names by which the individual is or has been known.[2]
b. Social Security number and any Social Security numbers or alleged Social Security numbers previously used.[3]
c. Date of birth and any alleged dates of birth previously used.[4]
d. The address where the individual resides or will reside.[5]
e. The name and address of any place of temporary lodging used or to be used during any period in which the individual is away, or is expected to be away, from his or her residence for more than 7 days, including the dates when the temporary lodging is used or to be used.[6]
f. The name and address of each employer, including any individual who has agreed to hire or contract for the individual's services.[7]
g. The name and address of any person who has agreed to hire or contract with the individual for his or her services.[8]
h. The general areas where the individual works and the normal travel routes taken by the individual in the course of his or her employment if the individual lacks a fixed employment location.[9]
i. The name and address of any school being attended.[10]
j. The name and address of any school that has accepted the individual as a student that he or she plans to attend.[11]
k. All telephone numbers, including but not limited to residential, work and mobile phone numbers, registered to the individual.[12]
l. All telephone numbers, including but not limited to residential, work and mobile phone numbers, used by the individual.[13]

---

[2] M.C.L. § 28.727(1)(a).
[3] M.C.L. § 28.727(1)(b).
[4] M.C.L. § 28.727(1)(c).
[5] M.C.L. § 28.727(1)(d).
[6] M.C.L. § 28.727(1)(e).
[7] M.C.L. § 28.727(1)(f).
[8] M.C.L. § 28.727(1)(f).
[9] M.C.L. § 28.727(1)(f).
[10] M.C.L. § 28.727(1)(g).
[11] M.C.L. § 28.727(1)(g).
[12] M.C.L. § 28.727(1)(h).
[13] M.C.L. § 28.727(1)(h).

    m. All electronic email addresses assigned to the individual, if the individual was required to be registered after July 1, 2011.[14]
    n. All electronic email addresses used by the individual, if the individual was required to be registered after July 1, 2011.[15]
    o. All internet identifiers, meaning all designations used for self-identification or routing in internet communications or posting, registered to the individual, if the individual was required to be registered after July 1, 2011.[16]
    p. All internet identifiers, meaning all designations used for self-identification or routing in internet communications or posting, used by the individual, if the individual was required to be registered after July 1, 2011.[17]
    q. The license plate number and description of any vehicle owned by the individual.[18]
    r. The license plate number and description of any vehicle operated by the individual.[19]
    s. Driver's license number or state personal identification card number.[20]
    t. A digital copy of the individual's passport and other immigration documents.[21]
    u. Occupational and professional licensing information, including any license that authorizes the individual to engage in any occupation, profession, trade, or business.[22]
    v. Written documentation of employment status, contractual relationship, volunteer status, or student status when individual enrolls or discontinues enrollment at an institution of higher education.[23]
    w. A summary of convictions for listed offenses recorded by the registering authority. That summary includes all listed offenses, regardless of when the conviction occurred, including where the offense occurred and the original charge if the conviction was for a lesser offense.[24]

---

[14] M.C.L. § 28.727(1)(i).
[15] M.C.L. § 28.727(1)(i).
[16] M.C.L. §§ 28.722(g); 28.727(1)(i).
[17] M.C.L. §§ 28.722(g); 28.727(1)(i).
[18] M.C.L. § 28.727(1)(j).
[19] M.C.L. § 28.727(1)(j).
[20] M.C.L. § 28.727(1)(k).
[21] M.C.L. § 28.727(1)(l).
[22] M.C.L. § 28.727(1)(m).
[23] M.C.L. §§ 28.727(1)(r), 28.724a(5).
[24] M.C.L. § 28.727(1)(n).

    x. A complete physical description of the individual recorded by the registering authority.[25]

**2. Public Disclosure of Personal Information**

    a. Information that must be made available on a public internet website, searchable by name, village, city, township, county, zip code, and geographical area, includes:[26]
- i. Legal name.[27]
- ii. Aliases.[28]
- iii. Nicknames.[29]
- iv. Ethnic or tribal names.[30]
- v. Other names by which the individual is or has been known.[31]
- vi. Date of birth.[32]
- vii. Address of residence.[33]
- viii. Address of employment, including the address of any individual who has agreed to hire or contract with the registrant for services.[34]
- ix. Address of any school being attended.[35]
- x. Address of any school that has accepted individual as a student that he or she plans to attend.[36]
- xi. License plate number and description of any vehicle owned by the individual.[37]
- xii. License plate number and description of any vehicle operated by the individual.[38]
- xiii. Brief summary of convictions for listed offenses.[39]

---

[25] M.C.L. § 28.727(1)(o).
[26] M.C.L. § 28.728(7).
[27] M.C.L. § 28.728(2)(a).
[28] M.C.L. § 28.728(2)(a).
[29] M.C.L. § 28.728(2)(a).
[30] M.C.L. § 28.728(2)(a).
[31] M.C.L. § 28.728(2)(a).
[32] M.C.L. § 28.728(2)(b).
[33] M.C.L. § 28.728(2)(c).
[34] M.C.L. § 28.728(2)(d).
[35] M.C.L. § 28.728(2)(e).
[36] M.C.L. § 28.728(2)(e).
[37] M.C.L. § 28.728(2)(f).
[38] M.C.L. § 28.728(2)(f).
[39] M.C.L. § 28.728(2)(g).

  xiv. Complete physical description of the individual.[40]
  xv. Photograph of the individual.[41]
  xvi. The text of the provision of the law that defines the criminal offense for which the individual is registered.[42]
  xvii. Registration status.[43]

c. The old SORA prohibited publication of a person's email addresses and electronic identifiers. The new SORA permits such information to be posted on the public website.[44]
d. Any member of the public may subscribe to electronic notifications for any initial registrations and changes in registration within a designated area or geographic radius designated by the subscribing member of the public.[45]
e. In addition to the public website, access to the above information is also available for inspection by any member of the public during regular business hours at a department post, local law enforcement agency, or sheriff's department.[46]

## 3. Restrictions on Residency

Registrants Must:

a. Register the address where the individual resides or will reside.[47]
b. If the individual does not have a residential address, the individual must identify the location or area used or to be used by the individual in lieu of a residence or, if the individual is homeless, the village, city, or township where the person spends or will spend the majority of his or her time.[48]
c. The address where the individual resides is made available on the public internet website for adult Tier II and III registrants.[49]

---

[40] M.C.L. § 28.728(2)(h).
[41] M.C.L. § 28.728(2)(i).
[42] M.C.L. § 28.728(2)(j).
[43] M.C.L. § 28.728(2)(k).
[44] *Compare* M.C.L. 28.728(3)(e) (2020), *with* Public Act 295 (2020).
[45] M.C.L. § 28.730(3).
[46] M.C.L. § 28.730(2).
[47] M.C.L. § 28.727(1)(d).
[48] M.C.L. § 28.727(1)(d).
[49] M.C.L. § 28.728(2)(c); (4).

    d. Report in person or in a manner prescribed by the Michigan State Police (MSP) within three business days when the individual changes or vacates his or her residence or domicile.[50] The MSP requires in-person reporting.[51]

    e. Report within three business days when the individual intends to temporarily reside at any place other than his or her residence for more than 7 days.[52]

    f. Report within three business days before the individual changes his or her domicile or residence to another state.[53] The new state and the new address, if known, must be provided at the time of reporting.[54]

**4. Restrictions on Employment**

Registrants Must:

    a. Register the name and address of each employer or any person who has agreed to hire or contract with the individual for his or her services.[55]

    b. Register the general areas where the individual works and the normal travel routes taken by the individual in the course of his or her employment if the individual lacks a fixed employment location.[56]

    c. The address where the individual works is made available on the public internet website for adult Tier II and III registrants.[57]

    d. Report in person in person or in a manner prescribed by the MSP within three business days when the individual changes his or her place of employment.[58] The MSP requires in-person reporting.[59]

    e. Report in person in person or in a manner prescribed by the MSP within three business days when the individual discontinues employment.[60] The MSP requires in-person reporting.[61]

---

[50] M.C.L. § 28.725(1)(a).
[51] *See* MSP Registrant Notice, https://www.michigan.gov/documents/msp/SORA_Notification_720161_7.pdf.
[52] M.C.L. § 28.725(2)(b).
[53] M.C.L. § 28.725(7).
[54] M.C.L. § 28.725(7).
[55] M.C.L. § 28.727(1)(f).
[56] M.C.L. § 28.727(1)(f).
[57] M.C.L. § 28.728(2)(d), (4).
[58] M.C.L. § 28.725(1)(b).
[59] *See* MSP Registrant Notice, available at https://www.michigan.gov/documents/msp/SORA_Notification_720161_7.pdf.
[60] M.C.L. § 28.725(1)(b).
[61] *See* Explanation of Duties

    f. Although it is not apparent from the text of the statute, the MSP-created Explanation of Duties form provided to registrants states that the requirements for reporting employment include volunteer work.[62]

## 5. Requirement to Create Biometric and Appearance Information

Registrants Must:

a. Provide fingerprints to the registering authority.[63]
b. Provide palm prints to the registering authority.[64]
c. Have a photograph taken by the Secretary of State, which shall make the photograph available to the Michigan State Police.[65]
d. Have a new photograph taken whenever the license or identification card is renewed.[66]
e. Have another photograph taken within 7 days if, according to the registering authority, the photograph on file does not match the individual's appearance sufficiently to properly identify him or her from the photograph.[67]

## 6. Restrictions on Travel

Registrants Must:

a. Organize any travel so that the individual is still able to comply with requirements for regular in-person reporting (*e.g.*, Tier III registrants with a birthdate in January must not travel over periods that would take them away from their home for all of January, or all of April, or all of July, or all of October).[68]
b. Report within three business days when the individual intends to temporarily reside at any place other than his or her residence for more than 7 days, and provide the name and address of any place of temporary lodging used or to be used during any period in which the individual is away, or is expected to

---

[62] *See* Form RI-004, Michigan Sex Offender Registration/Verification Update, §§ VII, 6.b, https://www.michigan.gov/msp/0,1607,7-123-1645_3500---,00.html.
[63] M.C.L. § 28.727(1)(q).
[64] M.C.L. § 28.727(1)(q).
[65] M.C.L. §§ 28.725a(8), 28.727(1)(p).
[66] M.C.L. §§ 28.725a(8), 28.727(1)(p).
[67] M.C.L. § 28.725a(5).
[68] M.C.L. § 28.725a(3).

  be away, from his or her residence, including the dates when the temporary lodging is used or to be used.[69]
  c. Report in person to the local registering authority at least 21 days before he or she travels to another country for more than 7 days.[70]
  d. Report in person to the local registering authority at least 21 days before he or she changes his or her domicile to another country.[71]
  e. The new country and, if known, the new address must be reported at the time of reporting.[72]

7. **Restrictions on Education**

   a. Michigan resident registrants must:
      i. Report in person within three business days where his or her new residence or domicile is located if the individual enrolls as a student.[73] The MSP requires in-person reporting.[74]
      ii. Report in person within three business days where his or her new residence or domicile is located if the individual discontinues enrollment as a student.[75] The MSP requires in-person reporting.[76]
      iii. Pay the $50.00 registration fee upon reporting.[77]
      iv. Present to the local registering authority written documentation of employment status, contractual relationship, volunteer status, or student status. Documentation may include, a W-2 form, pay stub, written statement by an employer, a contract, or a student identification card or transcript.[78]
   b. Michigan non-resident registrants must:
      i. Report within three business days in person to the campus registering authority if the individual enrolls as a student.[79]

---

[69] M.C.L. §§ 28.725(2)(b); 28.727(1)(e).
[70] M.C.L. § 28.725(8).
[71] M.C.L. § 28.725(8).
[72] M.C.L. § 28.725(8).
[73] M.C.L. §§ 28.724a(2), 28.725(1)(c), 28.724a(3)(b).
[74] *See* MSP Registrant Notice, available at https://www.michigan.gov/documents/msp/SORA_Notification_720161_7.pdf.
[75] M.C.L. §§ 28.724a(2), 28.725(1)(c), 28.724a(3)(b).
[76] *See* MSP Registrant Notice, available at https://www.michigan.gov/documents/msp/SORA_Notification_720161_7.pdf.
[77] M.C.L. §§ 28.724a(5), 28.725a(6), 28.727(1).
[78] M.C.L. § 28.724a(5).
[79] M.C.L. §§ 28.724a(1)(a), 28.724a(3)(b).

      ii. Report within three business days in person to the campus registering authority if the individual discontinues enrollment as a student.[80]

      iii. Pay the $50.00 registration fee upon reporting.[81]

      iv. Present to the local registering authority written documentation of employment status, contractual relationship, volunteer status, or student status. Documentation may include, a W-2 form, pay stub, written statement by an employer, a contract, or a student identification card or transcript.[82]

  c. School information is made available to the public on the public internet website for Tier II and III registrants.[83]

## 8. Restrictions on Vehicle Use or Ownership

  a. A registrant must report any change in vehicle information within three business days.[84]

  b. Vehicle information is made available to the public on the public internet website.[85]

## 9. Restrictions on Internet Usage

Registrants whose underlying offense occurred after July 1, 2011, must:

  a. Register all electronic email addresses assigned to the individual.[86]

  b. Register all electronic email addresses used by the individual.[87]

  c. Register all internet identifiers, meaning all designations used for self-identification or routing in internet communications or posting, registered to the individual.[88]

---

[80] M.C.L. §§ 28.724a(1)(a), 28.724a(3)(b).
[81] M.C.L. §§ 28.724a(5), 28.725a(6), 28.727(1).
[82] M.C.L. § 28.724a(5).
[83] M.C.L. § 28.728(2)(e); (4).
[84] M.C.L. § 28.725(2)(a).
[85] M.C.L. § 28.728(2)(f).
[86] M.C.L. § 28.727(1)(i).
[87] M.C.L. § 28.727(1)(i).
[88] M.C.L. §§ 28.722(g); 28.727(1)(i).

    d. Register all internet identifiers, meaning all designations used for self-identification or routing in internet communications or posting, used by the individual.[89]
    e. Within three business days, report any change in electronic mail address information.[90]
    f. Within three business days, report any change in internet identifiers, meaning all designations used for self-identification or routing in internet communications or posting, used by the individual.[91]
    g. The old SORA prohibited publication of a person's email addresses and electronic identifiers. The new SORA permits such information to be posted on the public website.[92]

**10. Requirements for Supervision by Law Enforcement**

    a. Registrants must, in addition to other reporting requirements, report in person to the local registering authority:
        i. Tier I: Once per year during the month of one's birth for 15 years.[93]
        ii. Tier II: Twice per year on the schedule below for 25 years.[94]

| Birth Month | Reporting Months |
|---|---|
| January | January and July |
| February | February and August |
| March | March and September |
| April | April and October |
| May | May and November |
| June | June and December |
| July | January and July |
| August | February and August |
| September | March and September |
| October | April and October |

---

[89] M.C.L. §§ 28.722(g); 28.727(1)(i).
[90] M.C.L. § 28.725(2)(a).
[91] M.C.L. § 28.725(2)(a).
[92] *Compare* M.C.L. 28.728(3)(e) (2020), *with* Public Act 295 (2020).
[93] M.C.L. §§ 28.725a(3)(a), 28.725(11).
[94] M.C.L. §§ 28.725a(3)(b), 28.725(12).

| | |
|---|---|
| November | May and November |
| December | June and December |

iii. Tier III: Four times per year on the schedule below life.[95]

| Birth Month | Reporting Months |
|---|---|
| January | January, April, July, and October |
| February | February, May, August, and November |
| March | March, June, September, and December |
| April | April, July, October, and January |
| May | May, August, November, and February |
| June | June, September, December, and March |
| July | July, October, January, and April |
| August | August, November, February, and May |
| September | September, December, March, and June |
| October | October, January, April, and July |
| November | November, February, May, and August |
| December | December, March, June, and September |

b. Registrants must, at the above regularly scheduled visits:
   i. Verify domicile or residence.[96]
   ii. Verify all registration information.[97]
   iii. Provide whatever documentation is required by the registering authority to prove residency or domicile, including, but not limited to driver's license, state personal identification card, voter registry card, utility bill, or other bill.[98]
   iv. Provide whatever documentation is required by the registering authority to prove employment status, contractual relationship, volunteer status, or student status, including but not limited to a W-2 form, pay stub or written statement by an employer, a contract, or a student identification card or student transcript.[99]

---

[95] M.C.L. §§ 28.725a(3)(c), 28.725(13).
[96] M.C.L. § 28.725a(3).
[97] M.C.L. § 28.725a(4).
[98] M.C.L. § 28.725a(7).
[99] M.C.L. § 28.724a(5).

11

    v.    Have another photograph taken within 7 days if, according to the registering authority, the photograph on file does not match the individual's appearance sufficiently to properly identify him or her from the photograph.[100]

## 11. Requirements for Reporting to Law Enforcement Within Three Days

Individuals must report within three business days <u>in person</u>[101] to their registering authority when the individual:

a. Changes or vacates his or her residence or domicile.[102]
b. Changes his or her place of employment.[103]
c. Discontinues employment.[104] Although not apparent from the text of the statute, the Explanation of Duties form provided to registrants states that the requirement to report in person within three days of obtaining, changing, or discontinuing employment includes volunteer work.[105]
d. Changes his or her name.[106]
e. Enrolls as a student (to campus registering authority).[107]
f. Discontinues enrollment as a student (to campus registering authority).[108]
g. If, as part of his or her course of studies, the individual is present at any other location in Michigan or throughout the United States (to campus registering authority).[109]
h. If the individual discontinues his or her studies at any other location in Michigan or throughout the United States (to campus registering authority).[110]

---

[100] M.C.L. § 28.725a(5).
[101] In some cases the statute provides that the registrant "shall report in person, or in another manner as prescribed by the department." M.C.L. § 28.725(1). Although no rules have been promulgated, the notice sent by the MSP to registrants indicates that the changes listed here must be reported in person. *See* MSP Registrant Notice, available at https://www.michigan.gov/documents/msp/SORA_Notification_720161_7.pdf.
[102] M.C.L. § 28.725(1)(a).
[103] M.C.L. § 28.725(1)(b).
[104] M.C.L. § 28.725(1)(b).
[105] *See* Form RI-004, Michigan Sex Offender Registration/Verification Update, §§ VII, 6.b, https://www.michigan.gov/msp/0,1607,7-123-1645_3500---,00.html.
[106] M.C.L. § 28.725(1)(d).
[107] M.C.L. §§ 28.724a(1)(a), 28.724a(3)(b).
[108] M.C.L. §§ 28.724a(1)(a), 28.724a(3)(b).
[109] M.C.L. §§ 28.724a(1)(b), 28.724a(3)(b).
[110] M.C.L. §§ 28.724a(1)(b), 28.724a(3)(b).

    i. Before the individual changes his or her domicile or residence to another state. The new state and, if known, the new address must be reported at the time of reporting.[111]

Individuals must report within three business days in a manner prescribed by the MSP when:

    a. Any vehicle information changes.[112]
    b. Any electronic mail address changes (for individuals required to be registered after July 1, 2011).[113]
    c. Any changes to internet identifiers, meaning all designations used for self-identification or routing in internet communications or posting (for individuals required to be registered after July 1, 2011).[114]
    d. Any changes to telephone numbers registered to or used by the individual.[115]
    e. The individual intends to temporarily reside at any place other than his or her residence for more than 7 days.[116]

## 12. Financial Obligations

    a. Must pay an initial $50.00 registration fee, and an annual $50 fee thereafter.[117]

## 13. Affirmative Obligations to the Secretary of State

Registrants Must:

    a. Maintain a valid Michigan driver's license, or an official state issued personal identification card with the individual's current address, unless the individual is homeless.[118]
    b. Report to the Secretary of State within seven days from incarceration to have his or her digitized photograph taken if the photograph taken for his or her driver's license is more than two years old or his or her appearance has

---

[111] M.C.L. § 28.725(7).
[112] M.C.L. § 28.725(2)(a).
[113] M.C.L. § 28.725(2)(a).
[114] M.C.L. § 28.725(2)(a).
[115] M.C.L. § 28.725(2)(a).
[116] M.C.L. § 28.725(2)(b).
[117] M.C.L. §§ 28.725a(6), 28.727(1).
[118] M.C.L. § 28.725a(7).

changed; have a new photograph taken whenever the registrant renews his or her license or state ID if his or her appearance has changed.[119]

### 14. Penalties for Failure to Comply

a. Willful violation of the Act is a felony punishable by:[120]
   i. Up to 4 years imprisonment and/or a maximum fine of $2,000.00 for the first conviction of a violation of the registration act.[121]
   ii. Up to 7 years imprisonment and/or a maximum fine of $5,000.00 for the second conviction of a violation of the registration act.[122]
   iii. Up to 10 years imprisonment and/or a maximum fine of $10,000.00 for the third or greater conviction of a violation of the registration act.[123]
   iv. Mandatory revocation of probation for any individual on probation.[124]
   v. Mandatory revocation of youthful trainee status for any individual assigned to youthful trainee status.[125]
   vi. Mandatory rescission of parole for any individual released on parole.[126]

b. Willful failure to comply with any of the following is a misdemeanor punishable by imprisonment for up to 2 years and/or a maximum fine of $2,000.00:[127]
   i. Maintain a valid Michigan driver's license, or an official state issued personal identification card with the individual's current address.[128]
   ii. Report within seven days to the Secretary of State upon release from incarceration to have his or her digitized photograph taken if the photograph taken for his or her driver's license is more than two years old or his or her appearance has changed; have a new photograph taken whenever the registrant renews his or her license or state ID.[129]

---

[119] M.C.L. § 28.725a(8).
[120] M.C.L. § 28.729(1).
[121] M.C.L. § 28.729(1)(a).
[122] M.C.L. § 28.729(1)(b).
[123] M.C.L. § 28.729(1)(c).
[124] M.C.L. § 28.729(5).
[125] M.C.L. § 28.729(6).
[126] M.C.L. § 28.729(7).
[127] M.C.L. § 28.729(2).
[128] M.C.L. §§ 28.729(2), 28.725a(7).
[129] M.C.L. §§ 28.729(2), 28.725a(8).

  iii. Tier I Individuals: Report once per year during birth month for fifteen years, and:[130]
    1. Verify domicile or residence.[131]
    2. Verify all registration information.[132]
    3. Verify written documentation of employment status, contractual relationship, volunteer status, or student status.[133]
    4. Have another photograph taken within seven days if the photograph on file does not match the appearance sufficiently to properly identify him or her from the photograph.[134]
  iv. Tier II Individuals: Report twice per year on a schedule set by birth month for 25 years, and:[135]
    1. Verify domicile or residence.[136]
    2. Verify all registration information.[137]
    3. Verify written documentation of employment status, contractual relationship, volunteer status, or student status.[138]
    4. Have another photograph taken within seven days if the photograph on file does not match the appearance sufficiently to properly identify him or her from the photograph.[139]
  v. Tier III Individuals: Report four times per year on a schedule set by birth month for life, and:[140]
    1. Verify domicile or residence.[141]
    2. Verify all registration information,[142]
    3. Verify written documentation of employment status, contractual relationship, volunteer status, or student status,[143] and

---

[130] M.C.L. §§ 28.729(2), 28.725a(3)(a), 28.725(11).
[131] M.C.L. §§ 28.729(2), 28.725a(3).
[132] M.C.L. §§ 28.729(2), 28.725a(4).
[133] M.C.L. §§ 28.729(2), 28.725a(5), 28.724a.
[134] M.C.L. §§ 28.729(2), 28.725a(5).
[135] M.C.L. §§ 28.729(2), 28.725a(3)(b), 28.725(12).
[136] M.C.L. §§ 28.729(2), 28.725a(3).
[137] M.C.L. §§ 28.729(2), 28.725a(4).
[138] M.C.L. §§ 28.729(2), 28.725a(5), 28.724a.
[139] M.C.L. §§ 28.729(2), 28.725a(5).
[140] M.C.L. §§ 28.729(2), 28.725a(3)(c), 28.725(13).
[141] M.C.L. §§ 28.729(2), 28.725a(3).
[142] M.C.L. §§ 28.729(2), 28.725a(4).
[143] M.C.L. §§ 28.729(2), 28.725a(5), 28.724a.

    4. Have another photograph taken within seven days if the photograph on file does not match the appearance sufficiently to properly identify him or her from the photograph.[144]

 c. Willful failure to sign a registration and notice is a misdemeanor punishable by imprisonment for up to 93 days and/or a maximum fine of $1,000.00.[145]

 d. Willful refusal or failure to pay the $50.00 registration fee within 90 days is a misdemeanor punishable by imprisonment for up to 90 days.[146]

 e. The court shall revoke the probation of a probationer who willfully violates the act.[147]

 f. The court shall revoke the youthful trainee status of a trainee who willfully violates the act.[148]

 g. The parole board shall rescind the parole of a parolee who willfully violates the act.[149]

---

[144] M.C.L. §§ 28.729(2), 28.725a(5).
[145] M.C.L. § 28.729(3).
[146] M.C.L. § 28.729(4).
[147] M.C.L. § 28.729(5).
[148] M.C.L. § 28.729(6).
[149] M.C.L. § 28.729(7).