# Exhibit 3

Chart of MSP Deposition Responses from Steve Beatty, Narcisa Morris, and Brenda Hoffman Showing SORA's Vagueness

| QUESTIONS | BEATTY | MORRIS | HOFFMAN |
|---|---|---|---|
| **Phone Reporting** | | | |
| **Past-Used Phones** | Must report only current and future phone usage.[1] | Must report only phone numbers in use; historical numbers not required.[2] | All phone numbers must be reported, including those used in the past.[3] |
| **Temporary Usage** | Must report all usage, including friend's cell or unassigned work landline.[4] | Unsure if there is a minimum amount of time/usage that triggers reporting.[5] | Implies temporary numbers should be reported.[6] |
| **Phone Usage (Google Voice or Spotify apps)** | N/A | Unsure which services are reportable; would not advise registrants on whether to register apps.[7] | Unsure what "using" means; does not know if using apps triggers reporting.[8] |
| **Vehicle Reporting** | | | |
| **Past-Used Vehicles** | Do not have to report vehicles owned or operated in the past.[9] | N/A | Past-used vehicles are subject to registration.[10] |
| **Rental Cars** | Must report rental cars or short-term Zipcar rentals.[11] | Unsure if rental cars must be reported. Cannot determine what registrants must report.[12] | Per statute, every such use of a car needs to be reported.[13] |
| **Operating Non-Owned Cars** | Must report all used vehicles, including friend's car or backhoe in construction.[14] | Will accept *any* reporting related to owned or operated vehicles.[15] | Unsure what "operate" means; turning on neighbor's car without moving may be subject to reporting.[16] |
| **Employment Reporting** | | | |
| **Different Job Sites** | Must report different job sites. Floater must report each job site.[17] | Do not need to report different job sites. Only report main site, even if floater.[18] | N/A |
| **Employment Layoffs** | Unsure if reportable; unsure if layoffs qualify as discontinued employment.[19] | Must report layoffs (and when resume working).[20] | N/A |
| **Ad-hoc & Odd Jobs** | N/A | Must be reported if self-employment; unsure what is self-employment.[21] | Must be reported. Shoveling driveway for $5 counts.[22] |

1

| QUESTIONS | BEATTY | MORRIS | HOFFMAN |
|---|---|---|---|
| **Volunteer Reporting** | | | |
| **Volunteer Work Must be Reported?** | Unsure. Contradiction between Explanation of Duties form (required) & SORA statute (not required); confused registrants should check with an attorney.[23] | All "volunteerism" must be reported regardless of time frames or conditions.[24] | Agrees that volunteer service must be reported e.g., helping neighbor for free could be problematic due to reporting.[25] |
| **What is Volunteer Work?** | Not aware of MSP having a definition for volunteer work; unsure what is volunteer work (shoveling neighbor's driveway, mowing lawn or helping with taxes).[26] | Can include one-time volunteer events (soup kitchen). Unsure what is considered "volunteerism".[27] | Shoveling a neighbor's driveway for free would be reportable.[28] |
| **Address Reporting** | | | |
| **Temporary Housing** | EOD form allows for reporting temporary addresses.[29] | Unsure what qualifies; unsure if 7 days transforms place into temporary residence.[30] | N/A |
| **Spending Nights Elsewhere** | Cannot answer without referring to statute.[31] | Must report if staying elsewhere for over seven days or "laying their head there most of the time."[32] | N/A |
| **Who Qualifies as Homeless** | Unsure who qualifies as homeless without referring to the statute.[33] | People who report that they are homeless, even if couch surfing, unless they stay more than 7 days.[34] | N/A |
| **Email/Internet Reporting** | | | |
| **Report IP Address?** | Unsure if registrants need to report an IP address; unsure if considered an internet identifier.[35] | EOD form does not require reporting IP address; unsure registrant would know if they have to report an IP address.[36] | N/A |
| **Defining Internet Identifiers** | Unsure if an Amazon or Zoom account is an "internet identifier" triggering reporting.[37] | Would not advise individuals on whether online accounts (e.g., banking) are reportable as internet identifiers.[38] | N/A |

| QUESTIONS | BEATTY | MORRIS | HOFFMAN |
|---|---|---|---|
| Education Reporting ||||
| **Community Classes** | Unsure if taking taekwondo class at a community center would be reportable.[39] | Unsure if taekwondo class at a community center or college would be reportable.[40] | N/A |

# Endnotes

[1] Beatty Dep., Ex. 71, at 127, 132.
[2] Morris Dep., Ex. 78, at 215.
[3] Hoffman Dep., Ex. 73, at 123-24.
[4] Beatty Dep., Ex. 71, at 132.
[5] Morris Dep., Ex. 78, at 215.
[6] Hoffman Dep., Ex. 73, at 126-27.
[7] Morris Dep., Ex. 78, at 216.
[8] Hoffman Dep., Ex. 73, at 127.
[9] Beatty Dep., Ex. 71, at 124-27.
[10] Hoffman Dep., Ex. 73, at 125.
[11] Beatty Dep., Ex. 71, at 127-28.
[12] Morris Dep., Ex. 78, at 217.
[13] *See* Hoffman Dep., Ex. 73, at 125.
[14] Beatty Dep., Ex. 71, at 128.
[15] Morris Dep., Ex. 78, at 217.
[16] Hoffman Dep., Ex. 73, at 128-30.
[17] Beatty Dep., Ex. 71, at 122-23.
[18] Morris Dep., Ex. 78, at 211-12.
[19] Beatty Dep., Ex. 71, at 123-24.
[20] Morris Dep., Ex. 78, at 212.
[21] *Id.* at 212-13.
[22] Hoffman Dep., Ex. 73, at 130.
[23] Beatty Dep., Ex. 71, at 116-21.
[24] Morris Dep., Ex. 78, at 208, 213-14.
[25] Hoffman Dep., Ex. 73, at 134.
[26] Beatty Dep., Ex. 71, at 120-21.
[27] Morris Dep., Ex. 78, 47-49, 213-15.
[28] Hoffman Dep., Ex. 73, at 134.
[29] Beatty Dep., Ex. 71, at 54.
[30] Morris Dep., Ex. 78, at 210.
[31] Beatty Dep., Ex. 71, at 131.
[32] Morris Dep., Ex. 78, at 208-09.
[33] Beatty Dep., Ex. 71, at 131.
[34] Morris Dep., Ex. 78, at 210.
[35] Beatty Dep., Ex. 71, at 129-130.
[36] Morris Dep., Ex. 78, at 100-01.
[37] Beatty Dep., Ex. 71, at 130-31.
[38] Morris Dep., Ex. 78, at 217.
[39] Beatty Dep., Ex. 71, at 133.
[40] Morris Dep., Ex. 78, at 219.