# Exhibit 25:
## I.G. Declaration

## **DECLARATION OF I.G.**

1. I met John Doe C in 2005 at a night club in Grand Rapids. The club was for people eighteen years and older. I was fifteen years old.

2. After I met John Doe C we had sexual relations. He was unaware of my age. I used to hang out with people who were older than me, so it was common for people to assume I was older than I actually was.

3. The sexual encounters were completely consensual.

4. I got pregnant from the sexual encounters with John Doe C. It was only after this that John Doe C learned how old I was. My parents were angry and did not know how to handle things, so they pressed charges against John Doe C.

5. I was able to talk to my parents about what actually happened after they calmed down, and they agreed to drop the charges against John Doe C, but the State of Michigan went forward with the case.

6. I am married to John Doe C now and we have three children together. Because he is on the registry, they have missed out on the opportunities to have him involved in their lives, which is not fair to them.

7. I do not feel that the case against John Doe C was fair or that he deserves what has happened to him. I am the "victim" in his case, and I do not think it is fair for him to be on the registry, especially since he is on for life without any consideration of the circumstances in our case.

DOES III -00001137

8. Since John Doe C has been off of the public registry, I feel like a little bit of a weight has been lifted off our shoulders. We have been able to spend more time going places with our kids. It has also been nice to go to different places and not be worried that someone might recognize him from the registry or look him up. Our kids are getting older, and I don't want them thinking their dad is something that he is not.

I, IG, certify under penalty of perjury that the above statement is true and correct pursuant to 28 U.S.C. § 1746.

I.G._____<br>
IG (wife of John Doe C)<br>
(names on file with Plaintiffs' counsel)

Dated: March 15, 2023

DOES III -00001138