# Exhibit 29:

## P.F. Declaration

# **DECLARATION OF P.F.**

1. I am a current registrant of the Michigan Sex Offender Registry. I was convicted of Gross Indecency in 1996. The court sentenced me to 30-60 months in prison. I was released in 1999 after serving about 41 months. I spent six months on parole which I completed in 2001. I have been on the registry since around 1998. I am a Tier III registrant and am currently required to register for the rest of my life.

2. I was not required to register immediately following my conviction. Instead, I was told while I was still in prison by the Resident Unit Managers that I would not be released from prison unless I signed the forms to register as a sex offender. After I was released from prison, I was required to register in person and pay a $35 "one time" fee for the registration.

3. When I initially registered, I was only required to register for 15 years. Around 2002, I found out that I was being switched to lifetime registration with an added $50 annual fee due to a change in the laws. Going from a 15-year registrant to a lifetime registrant was crushing. Being a 15-year registrant meant there was a manageable end-date. In fact, if my registration period had not been extended, I would have been off the registry almost 10 years ago. The activities I thought I would finally be able to do again, like traveling, are still out of my reach at this point.

4. I am self-employed as a house painter, painting commercial and (primarily) residential structures. Being on the registry has hurt my business in various ways. In

one instance, around 2013, a customer discovered me on the registry and decided to remove me and my team from the job. The customer also refused to pay us for the work we had already done, resulting in a lost of over $5000. Losing this job and being exposed on the registry resulted in lost work with the contractor who had been referring my team for a lot of work. The total loss from just this one incident was likely tens of thousands of dollars. As a result of this situation, I have had to change the way I do business, implementing a pay-as-you-go system. This way, I can bill clients every week and receive payment without getting too far ahead in case a customer discovers me on the registry and terminates the job.

5.  I have had to deal with instances of harrassment since being on the registry. in January of 2020, I receive a scam call from someone claiming to be an officer. The individual claimed I was non-compliant with SORA because I had not submitted DNA. I was terrified because I truly believed that I was going to be arrested, so I went along with what the caller asked of me. It was not until my mom called the police that I learned that the caller was scamming me. This experience has left me afraid that anyone can look on the registry, find my information, and use it against me in some way.

6.  Before COVID, law enforcement would come to my house to check on me on an almost yearly basis. They typically said they had to verify my address. An officer once told me he had to make sure I had not changed my hair color, grown a beard,

**DOES III - 00001181**

or otherwise changed my appearance. Another time they came in a blizzard. In one instance an officer walked right into my entryway before I even made it to the door. I started to lock my door after that.

7. Because SORA has changed so many times, I am confused about all of it. It is really hard to understand what is being required at what point. For example, I don't know if I'm supposed to report every work site I am sent to. The document we have to sign is not written in a way that I can understand and is very vague. I have repeatedly had to sign the form without even having the chance to review it. When I went to register in August 2022 the staff couldn't print out the form, so my receipt was just a blank form with my name and address on it. Even though I am signing the form saying I understand it, I actually do not. I sign it because if I do not, there is a penalty and they won't record me as compliant.

I, P.F., certify under penalty of perjury that the above statement is true and correct pursuant to 28 U.S.C. § 1746.

P.F._____
(name on file with Plaintiffs' counsel)

Dated: March 13, 2023

DOES III - 00001182