# Exhibit 46:
## A.S. Declaration

## **DECLARATION OF A.S.**

1. I am a current registrant on Michigan's Sex Offender Registry. I was convicted of CSC-1 in 1986 when I was 27 years old. I spent 33 years in prison and was released in 2019. I successfully completed parole in 2022. I am now 63 years old. As a tier III registrant, I will spend the rest of my life on the registry.

2. When I was convicted, the registry did not exist. I spent almost ten years in prison before the registry was created; even longer before I was added to it. To the best of my recollection, I found out I was being added to the registry around 2011/12 when I got a letter while I was still in prison that I was being added to the sex offender registry. It could have been earlier, but I think I had been in prison for 25 years before I was told.

3. Since leaving prison, life has been difficult because the registry has caused me significant financial hardship. The registry prevents me from getting a job that pays enough for me to take care of myself and my family.

4. Initially finding a job was hard as employers often told me they had policies against hiring people on the registry. One company that made auto parts for a car company offered me a position that paid well, offered benefits, and overtime because I was qualified for the position. However, they told me they could not actually hire me because my background check came back and revealed that I was on the registry.

5. I landed my current job in construction because my boss was willing to give me a chance despite my criminal history and my lifetime registry status. My job often requires me to drive long distances—around 130-miles every day—and work from different job sites. I'm not sure if I'm supposed to report the different sites I work from. When I've asked at the police station while reporting, the officers usually do not know either. The amount of driving I do usually adds up to around $1200/week in gas which is hard to pay for out of the little I earn. The work is also very physical, often requiring me to scale buildings with a harness and lay concrete for 10-12 hours a day. At my age, that is not easy.

6. Despite this job, the registry continues to cause me financial hardship. Because I must be present and available for the entire day for my job, on the days I have to go register I lose an entire day of pay. Being on the registry also means that I am unable to take jobs that are out of state, resulting in a significant loss of income. The company I work for often needs to send workers out of state for jobs, but in order to send me to those jobs, I would have to figure out the registry requirements in other states and complete all the necessary paperwork required to satisfy the reporting requirements, both in Michigan and in the other state. Because this would take too long to complete, especially for jobs that are short notice, the company simply does not send me to these jobs, and instead sends others. The potential

DOES III -00001100

income I lose from not being able to take these out-of-state opportunities because of the registry can amount to up to $4,000+/month.

7. The difficulty of getting a job that offers more consistent pay and benefits and the cost of maintaining my current job have made it difficult to keep up with my bills and financial responsibilities. Since inflation has hit, this has become even more challenging. Being one of twelve children, I have a very large family and wish I could do more for the ones who need help.

8. In 2022, the financial strain resulted in me losing the apartment I had been living in. I was forced to move in with my sister. While she took me in, she was forced to add her address to the sex offender registry because I was living there with her, which made her uncomfortable and fearful of harrassment.

9. I am a hard worker and have never been okay with not being able to take care of myself. I worked the entire time I was in prison. I just want to be able to work to take care of myself and my family without needing to depend on government assistance, but the registry has made it very difficult for me to do this.

I, A.S., declare under penalty of perjury that the above statement is true and correct pursuant to 28 U.S.C. § 1746.

A.S._____
(name on file with Plaintiff's counsel)

March 15, 2023