# Exhibit 49:
## G.W. Declaration

## DECLARATION OF G.W.

1. I am a current registrant on the Michigan Sex Offender Registry. I pled no contest to CSC-I in 1992 before Michigan had a registry. I was sentenced to 15-30 years in prison of which I served 13. At the time of my offense, I was only 16 years old. I am a tier III registrant and am currently required to register for life.

2. When I was convicted, the sex offender registry did not exist. I was added to the registry when it was created in 1995 while I was still in prison. When I was initially added to the registry, I was told I would only be on the registry for 25 years. However, my registration period was extended after the 2011 changes to the SORA law, making me a lifetime registrant. I am now 47 years old and have been on the registry for 27 years. If my registration had not been extended, I would have been removed from the registry two years ago.

3. One of the worst parts of being on the registry is the actual registration process. I am required to register in person every three months. In order to register, I need to set aside a whole day and take off work. I have to do this because the police station I register at only has one employee that facilitates the registration process. If she is not there, there does not seem to be a substitute. In these cases, I am told to come back a few hours later, or another day. Depending on how close I am to the registration deadline, I may not be able to wait until she returns, so I have to travel to other police stations to complete this process.

DOES III -00001124

4. If the employee is there, I often still need to wait around for a while, and I never know how long I will have to wait before I can begin the process. Some police officers purposely make me wait longer to speak to anyone at the station once they know I am there to register.

5. In one particularly embarrassing instance, I showed up to my local police station and the line to register was two blocks long. To make it even worse, a news outlet had set up filming nearby. There was nothing else happening in the vicinity, which made me think the news story might be about the registry. That day, I had to wait at least three hours to register. The whole time, I was terrified that I would been seen on the news, and that people who didn't know about my status would find out.

6. Because of these experiences, every time a registration deadline approaches, I am overcome with anxiety. I suffer from anxiety attacks the entire month leading up to the day I register. It is stressful to remember all the requirements and to make sure that all the information that the law asks for is accurate and up to date. I am scared that I will miss something, be found out of compliance, and sent to prison.

7. Being on the registry has also made finding and maintaining employment difficult. I have been terminated from a job because another employee found me on the registry. My employer did not do a background check on me prior to starting the position, so once it came to light that I was on the registry, I got fired. I have been in my current position for several years now. Though my conviction and registry

status were on my application, I am not sure if the people I work with on a day-to-day basis know about my background. I am scared that a manager or co-worker will look me up one day and see me on the registry, and then I'll get fired again.

8. I am also consistently harassed by strangers because I am on the registry. I often receive anonymous death threats from people who looked me up online. I have gotten these calls often enough that I have needed to change my phone number.

9. I have a son and a daughter, who I love and am extremely proud of. They are 17 and 14 respectively and are both doing very well in high school. I am friends with their mother as well, and we share custody. Though spending time with my kids is one of the most important things in my life, there was also a period of time where I stopped letting my kids come to my house because I was getting so many threatening phone calls where the person also said they knew where I lived. I was terrified that one of these people would follow through with their threats and hurt my kids.

10. Because of the many changes to SORA throughout the years, I am constantly nervous that I will be found out of compliance. One area this has manifested in is how much I decide to travel. I have missed family reunions and trips because of the confusing reporting requirements when I travel out of state. I would like to be able to enjoy longer trips with my family without having to worry.

11. My family has been extremely supportive throughout this process. I have an excellent relationship with my mother, twin brother, and two older sisters. I am also

4

currently in a long-term relationship. I try my best to make sure my status does not affect my family.

I certify under penalty of perjury that the following statement is true and correct pursuant to 28 U.S.C. § 1746.

Dated: March 16, 2023          G.W._____
                                                (name on file with Plaintiffs' counsel)