# Exhibit 51:

## Transcript of MSOR Training
## (with Elvira Hernandez Declaration)

## DECLARATION OF ELVIRA HERNANDEZ

In accordance with 28 U.S.C. § 1746, I, Elvira Hernandez, make the following declaration:

1. I have worked as a legal assistant for over twenty-five years. During that time, attorneys with whom I have worked dictated letters, documents, and time entries, and I transcribed them. I am familiar with the process of providing accurate transcriptions.

2. I was provided with a video recording that had been produced by the Defendants in discovery, Bates 1085.  The video shows a training about the new Michigan Sex Offender Registry database. While watching the video, I noticed that as the presenter was screen-sharing, the right bottom corner of their screen showed a date of December 8, 2021.

3. I transcribed the training session. I declare that the transcript is a true representation of the recording.

4. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: June 15, 2023

Elvira Hernandez
Program Associate
ACLU of Michigan

**Michigan State Police Sex Offender Registry Unit MSOR Training**

**Transcription of Training Held December 8, 2021**

Alright I think we're good to go.

So, if you have questions, please ask them in the chat.

If you don't know where the chat is, you know maybe this is the first few times using TEAMS. It's over -- or it's at the top in the conversation bubble up at the top, it's kind of next to the raise your hand feature. Make sure you're in the chat, we'll put some stuff in there sometimes as I'm training along here, and you'll get some information out of some other questions that are asked as well.

The raise your hand option -- please don't use it. We won't be taking direct questions verbally so just put any questions you have in the chat. If we don't know the answer to it, we will get back to you as we have everybody's emails so we'll get back to you regarding an answer if we can't answer today. Most of what you ask we should be able to answer though.  And again, please keep your cameras off and your microphones muted.  And if anybody knows a "Jacob" that's trying to get into the meeting, I know some people have shared the link. If you know a "Jacob" that's having trouble, I would just encourage them to call in possibly and then try to get in visually instead of how they are trying to right now. Anyways, they keep getting kicked off so if you know a "Jacob" let them know they need to try something different.

When I'm doing the training here, I'm in UAT or test environment so we've had people that have wanted to follow along, and they are following along in production information and changing things in production or live data. So, just keep that in mind if you want to follow along. I would encourage you not to follow along in MSOR but if you are going to, just try not to. Don't edit anything, don't get into records, or anything or what not because you are actually editing live data. So the new site, one of the, the new registry has a back side and a public facing front side. The reason I bring that up is because you may get calls to your agency. We get calls all the time about it because the public site is no longer working and often times what's happening is people are trying to log into their favorites or click on their favorites where they saved the public registry,

DOES III - 00002325

and they are being taken nowhere because offender watch was the previous public site provider or vendor and that's no longer working. So, please remind people and even yourselves if you are trying to use the public site for any reason, make sure you update your favorites to the new one.

There is no more importing with the new system, so if somebody shows up at your agency, we're all sharing the same offenders now as far as when you get a person in front of you. If they have a record in the system, you can just put it into edit mode and do the edits that you need to do. There's no longer a reason to or a function of importing or copying records and that includes copying records from out of state, so that feature is not in this new system for multiple reasons. So, there's no importing and there's no copying at this point.

But please also make sure that you are checking to see if the person is in MSOR before you create a new record, and I'll show everybody how to create a new record at the end of the record -- or towards the end of the training. I have to go over the basics of the system. It's much, much, easier in this Wizard. It's a true Wizard – it really does walk you through the process of adding a new offender but just because somebody walks into your agency and says, "hey I've never registered here before," don't assume that they've never registered in Michigan or verified in Michigan before. So, just always run their name a couple of ways if you have to, you know if they have a really common name try to get their date of birth. Just try to avoid just adding the extra work of adding another record before you do that process.

This system is web-based, unlike the old system, so there's a lot of, a lot of features come with that, or benefits come with that. So we can get upgrades faster, we can get -- one of the things I like a lot is when you're working at an agency and you have lots of people at, in front of you at your desk and you have multiple things going on at the same time you can have multiple offender windows open. So, for example, if somebody comes in to update their car and then you have two offenders behind them, and they forgot their registration paperwork – it's out in the car – you can send them away but keep their record open. And whatever you already changed you can just hold tight and then help the next offender in a new window. So, it can really speed up your process by being able to do that.

The other thing that comes up a lot is the signature pad use. This system -- the signature pad works the way we always wanted to in our old system.  It actually functions in this system the way you would want it to or think that it should so that when you capture signatures it actually takes that

DOES III - 00002326

form -- creates the form, puts the signatures into it, and uploads it automatically to the offender's record.  The old signature pads that we had before are the same pads that you can use in this system, you know. The originals of the old system -- they work just fine with this system. We just have to make sure that you upload the new topaz driver which you can get that through the MSOR community page. You're welcome to – most of you guys have my email – you can email directly and ask me for the download if you need it. If you haven't been using your pad, we are out of pads right now.  We hope to get some in the future at some point. We just don't have any more – we've gone through several hundred of them, we're down, we have exhausted them.  So, you don't need to ask for any. They are not available right now and if once, and they become available, we will let everybody know that that's an option again.  And I can promise you if you guys have not used your pad every, just about, I would say about 98% of the state has pads -- did have pads given to them when we went to the Offenders Watch System. Back in the day like right around 2013 is when we got those pads and started distributing them.  So, ask around.  Because often times, in the old system, people didn't want to use them. They didn't find the benefit to them and in this system you will absolutely find that they are much more beneficial. So, ask around if you think that you - - if you cannot find the person that it was given to, I have a tracking of everybody that signed for them back during those first few years so I'm glad to let you know the name of the person for your agency that asked for one that signed for it. So, maybe you can track them down and find out where it is. I would just ask also now that we've gone to a new system to just be patient with us. We know that there are bugs in the system. Still, there's a lot of little-known issues. Some of you find none of them because a lot of the basic stuff is working fine, but when you get into the minutia of doing complex searches and whatnot, some of that stuff has things to be worked out still.  But one thing that comes up a lot is that people click on the report section of the program -- reports are not ready. And I can tell you that most of the people that I've talked to that are trying to run reports, they just need to run advance searches. And I'm going to go over searches towards the end and show you how to do some of the basic stuff. But I would just tell you that you can run many, many searches in many different ways until your heart's content, so you feel that you aren't getting somewhere give us a call and we'll try to walk you through how to find something.  We haven't even done all the possible searches. There's no way for us to do that -- it's almost infinite the amount of types of searches you can run but there is definitely some key points to know to do those so you don't get frustrated.

3

So, I'm going to go over a handful of questions that come up every training that have become topics because of the new system. And the biggest one is, we have a lot of people of -- we have had a lot of people call us in the past -- call us about juveniles that were reporting to them that are 30, 40, 50, 60 years old and they don't understand why the person is still a juvenile. So, in Michigan if you are adjudicated as a juvenile, you get to keep that same adjudication status of non-public offender on the registry for the duration of your time which, most everyone that's a juvenile on the system, is going to be for a lifetime. So, they are going to be juveniles on the system their entire life unless they acquire a new adult conviction. If they get a new adult conviction, that offense will go to the public registry if it requires it, but even then, the juvenile offense will be suppressed.  So just keep that in mind. So, you are still going to see people that have aged out or are older or are 18 or older, they are standing in front of you. And the reason it comes up is because the old system didn't warn you that you were about to start dealing with a juvenile, which is important that you guys know that because of you have people standing around. That information is still confidential or if you are out on a sweep when you get into that record on a sweep, we want you to know that this person is a juvenile. That you are about to walk up to the door on, and we don't want you to accidentally tell someone that's not the juvenile anything that would lead them to believe that they are a registered sex offender. So, that's why this question keeps coming up because you are getting an alert that you have to click off of and I'll show you what it looks like in a minute.

The other change recently that happened before, but even before the change to make this easier, was when you get into a record in this system, and you put it into edit mode. You have to finish the record or the process so after you put it in edit mode you've done all of your changes, everything is saved. You have to finish editing but what that used to be is -- I'm not even going to tell you some of you guys know what it used to look like. I'm just going to tell you what the new way is. There's a submit button to the right of the action drop down which you are going to see when I go through the record with you in a minute. Just remember you have to submit those. If you do not submit those, it leaves the record in an unfinished status and anything you've made changes to will not go to the public registry.

So just please remember to submit your records and I'll show you how to find yours. If you think that you have forgotten at the end of the day, maybe a few records that you didn't submit, I'll show you how to find them here in a minute.

4

If you see at the top of a record that there's something about an NCIC inbox or NCIC bucket, disregard it. It should have no impact on what you are doing in the record. All that is -- is tracking for our purposes so it's telling us something in NCIC has not pushed through LEIN, that we need to remedy. So, when you see that something's gone to the NCIC inbox or bucket just disregard it.

The other big thing that has been coming up is a collection of internet identifiers. So with the new law, one of the only changes with the law in regards to people with offenses prior to 7/1 of '11. The only allowance made in this new law that went into effect or was signed into law in March of this year is that if you have offenses prior to 7/1 of '11, you do not have to report your internet identifiers which is Facebook, MySpace, all of those things. So, you have to keep an eye on that. We hope to have functionality in the future that would keep you from adding that on a record that doesn't meet the requirement but keep that in mind that that's a new portion of the law. And the people, we get a lot of offenders sent away from agencies when that topic comes up when they say, "hey I was, I'm under the old law, I shouldn't have to register anymore." Well a lot of -- a letter that was sent out by the AGs office just recently, that letter is very convoluted and has a lot of legalese in it. So, offenders are interpreting that, in many cases as they don't have to register anymore and then you couple that with all the people that were turned away during COVID and during the federal injunction and that just supports in their mindset, "I don't have to register anymore." So, agencies are having these people show up saying, "I don't have to register anymore when am I going to get my removal letter?" No one was removed from the registry based on that purpose. The only people that were taken off the registry with the new law were people that already had set aside orders, those people were automatically taken off, that's it.

The only other allowance, like I said for those with offense dates of prior to 7/1/11, is the internet identifier reporting requirement.

The other big part -- it shouldn't be news for anybody, that is law enforcement on this call but in case you didn't know, there's no longer school safety zones in Michigan. So, if you are a sex offender in Michigan, you can live wherever you want as far as the SORA law is concerned. That includes Section 8 housing and all that stuff. But as far as the SORA law, there are no limitations on school safety zones. That's not a thing anymore. There are no longer school safety zones. So, if people want to go to school functions, if they want to pitch a tent on school property, that's what

5

-- they are legally allowed to do so long as it is not against an ordinance, or they are not doing anything illegally outside of the SORA law.

Then the last thing I want to touch on really quick is the max dollar amount that an offender must pay during their time on the registry. Anybody that registered anybody that paid an initial fee of $35 back in the day, those offenders are going to pay a maximum of $535. There's going to be a $15 floating out there but because the system only allows us to take $50 increments, they just get capped at $535. And then any of the new offenders that paid their initial fee of $50 at the beginning, they're going to pay a maximum of $550.  I bring it up because in the new forms, it's showing them the balance remaining and they are confused. They think because it says $150 remaining, they owe $150 right now.  It's still $50 increments during their first verification month of their period that they owe that $50, that's what that means.

So, with that, let's go ahead and get into to the actual system. And we'll start going over some of the basics.  Like I said, if you've got questions along the way, go ahead and throw them into the chat and we will address them the best that we can.

(At this point he leaves the cover slide and goes into the Michigan Sex Offender Registry.)

So, I'm going to go over first the main page that you go into when you get into the MSOR. And when you jump into the MSOR for the first time, it's always going to come here to "Offender Inboxes" but I'm going to start you up here.  So, at the very top, where you do probably 99% of your work is going to start by doing a "simple search" in the record. The next option is going to be "advanced search" which I'm going to cover in just a little while after we get through the main bulk of the training.  We'll save that to the last.  "Add offender" which is also going to be towards the end of the training.  Then you have "inboxes." When you click on "inboxes", it's taking you automatically to the offender inbox and that's just this window where it takes you to the drop down, where you can select the specific inbox that you are looking for. These are just shortcuts. They call this the dashboard, obviously up here. This is always going to be present for the most part when you are in this system. And this is kind of like your action area where you are actually performing work. So, once you get into, I'll come back to these in just a minute to show you what it's going to look like in there.  Everybody's, especially even looking at my read right user account, my boxes are going to look a little bit different than yours, but I'm going to show you the ones you should be concerned with the most.

6

This again is a shortcut. This "tasked items" inbox is a shortcut to the same thing we're going to find over here; then you have a "tip"; then you have "tipped items" or "tasked items" as it relates to tips where you could have maybe your chief is assigning a tip to you; they can do it that way. And then the all-important reports that everyone wants to get into that is not functional right now. Those are coming, I'm not even going to waste your time because 99% of you are not going to use what would be in there in the first place. I'm going to show you an advance search how you're going to do reports for your purposes. So if we can, we're just going to run up here really quick and I'll show you.

So these are your inboxes and there's a few, there's a couple that you should be looking at. And there's for sure one that you should be looking at almost daily. That's going to be "unfinished edited records" when you click on that. If you get a result like this, this Ms. Walters record is in here because I left her unfinished today, this morning. So I opened the record, I put it into edit mode and I just closed out, that's why that record is in here. To get this out of my unfinished edited records and not to get a reminder from me every morning because that's what I do, every morning I run here, I run a report and I can tell you how many records were left in unfinished edited mode and then I'm sending out emails to everyone imploring you to remember to submit or finish your records because they are all coming. I get to see all of them, and I have to manually close each and every one of them every single morning to keep them from stacking up. We have many of them every morning so we're working hard to try get everybody to change that habit and to remember to submit your record. And all you would do is you would click on this record and submit it. And it's, close it once it's done. You're good to go. It'll leave your inbox if you refresh the inbox.

The only other inbox in here that you're really going to be concerned about are "tasked offender inbox" and that's if you're trying to use task functions. I would say most agencies are not going to use this. Maybe some of the bigger agencies, possibly for enforcement purposes, but really your unfinished edited is really the big one that you are going to be looking for.

And again with these NCIC ones nothing to concern yourself with there. There's nothing you can do in those records that would fix that issue, that's stuff that we have to do on our side.

If you go to the simple search, you are going to see that you guys have basic search parameters that you can choose from. It's basically a sound at search, so if you type a partial name, you're going to get all results for that partial name. So, you can do it that way if you don't know the exact

7

spelling of a person's last name or maybe they don't remember how to spell their last name exactly. That's how you would get that.

The advance search looks like this. And again, I'll go over this again towards the end. We'll get into the weeds on this, and I'll show you how it works. And how you can use it to your advantage.

So let's go ahead. I've got some records open already. Let me just, bear with me here. I'll try to figure out how to, there we go.  So we're going to use Mr. Longoria record here as our main record today to do our edits on. I'm just going to take you piece-by-piece on what is in each record and then we'll get into some editing and what not and show you how to do some of the basic stuff.

So, when you get into a record, you're going to see that it tells you that you are in view mode up here. And you'll know that you are in view mode in general because you're not able to click on things to change information but there's a handful of things do while you're in view mode. One of the things is that you can go to your drop-down action bar which is, that's what we call this. So when you call and ask for help and we say action bar, this is what we're talking about, or the action drop down. You're going to be able to add a note while you are in view mode. So, if you just go to add note select go and just type your note. When you do that it sends it to this caption bubble over here. It's where all the man-made or man-created notes would go. If you click on that, you'll see there's my note tells me the date, who put it in there, all of this stuff. This is dated conversion, that's when we left that other system that shall not be named. That's all of that information got pulled over.

So as we go through the records over time, these things will be pushed back to multiple pages in the past and you will start seeing actual written notes where agencies have taken the time to do that.

The other thing that you can do is add an officer alert. Over here on the right side click on that, add officer alert. Say ok. When you do that, you can find your officer alerts which come up anytime somebody opens his record going forward. So, but if you want to look at your officer alert right away while you have the record is up, you just click on alert, and you'll see my test one here and you'll see this old alert right here.

And while I'm looking at it, I want to remind you to feel free and please update these officer alerts as you come across them. If they are no longer relevant, deactivate them. In this case I know that

DOES III - 00002332

this person already paid an initial fee, so I know that this alert is no longer applicable. So we'll say, "Read and Acknowledge" and if I want to get rid of that, it doesn't delete the note permanently or the alert permanently, and I'll show you where it goes when we're done. It just removes it, so it doesn't pop up every time you get into the record. So you go to remove officer alert and click on whichever one. If they have ten alerts, you can now pick which one you want to deactivate. Before in the old system, it was just a big jumbled up paragraph. If someone took the time to make a space between the paragraph, it helped a little bit but otherwise you would have to manually take if off which I think kind of put agencies in the mindset of just don't touch it. And in this one, that's why they are broken out individually so you can take, keep them fresh so that when they pop up, it actually really is an alert that someone should be paying attention to. So we'll just deactivate these.

(you can hear some mumbling in the background.)

Sorry guys, let me turn my camera off.

So, once you add that alert, you're going to see the bookends here. So, this is where our note went -- was the caption bubble that we wrote we typed in ourselves the note. If you go to bookend icon right here, this is more of like system history notes. And so you can see what TJ or myself did. I removed an officer alert, and it tells me I disabled two alerts.

The other thing you can do is add a fee while you are in view mode. So an offender comes in, they don't have any updates, they don't want you to print out any, they don't want you to have them sign anything that's fine. You just want to add a fee and send them on their way, click on fees, and you're going to go to add fee. It's always going to default to what applies at the time. If he had not paid his initial fee, this would default to initial registration automatically. But because he already paid his initial fee, it's going to always be annual. So you're going to click the status, what applies to it, we'll say, collected. And while I'm on this topic, really, really quick…indigency status, we get a lot of offenders turned away by agencies because they are told that the agency can't mark them indigent. You shouldn't -- you can, and you should mark them indigent if they've satisfied you with their proof.  There are a few different ways that they can claim indigency. The most common one they are going to use is they are either actively getting food assistance, or they are under the federal poverty limit. And the law just states it's up to your satisfaction, so if they've proven to your satisfaction that they get a 90-day waiver basically of their fee then they are good to go. For the 90 days.

9

So please don't turn them away.  You can actually mark them indigent and send them on their way and they get their 90-day allowance to have the fee pushed aside. So, in this case, we're going to do "collected." It's going to default to today's date it's going to tell you who took the fee, where do they work, you are going to select the type. We'll say check and it's going to auto populate to $50, that's why every fee has to be put in, as every fee is put in as $50. If someone comes in and says they want to prepay $150, you have to put in as three separate entries. That's why it's making you do that.

You can't put a bulk amount, and it's because of billing issues on the back side that we have no control over that. We can't do bulk amounts that's why it had to break it into $50 increments. You can put the check number here if you want to. You can delete this if you wanted to. I always leave it when I'm adding fees. But I just put a hyphen and put what I want to put. Whatever it may be, maybe you have an agency book that you guys put your own receipts in. You can put the receipt number there as well.

One of the things the system does when you are in a tab and you perform a function, it's going to take you back to the general tab. That's something that the vendor knows we don't want to keep happening. We want it to stay on the tab that you were on, but that's in the works. So, just be prepared when you complete the task. It's going to take you back to the general tab, so just go back to fees. We can see down here that we collected this fee on this day with the check money order. If you click on the eye or the information button, you can see all the extra details including your actual agency receipt.

And if you guys noticed, I tried, it's even a test of wills for myself to remember to use the blue close buttons on these pages and especially when you are closing out a record. When you close out up here, like we all do when we are on the internet -- don't try, to work yourself off of that habit on this system. If I close out of here right now, not only will it go to my unfinished edited inbox if I was in edit mode. In this case, it wouldn't. But if I was in edit mode, it would go to my unfinished edited inbox. But if you close out here in addition to that, it locks the record for one hour. The system thinks that you are still in it making changes and that's how it keeps other agencies from being in that same record making changes on top of your changes.

That's another change coming too. An hour seems extensive for us and it's going to lock if you do that. It's going to lock that record down for 15 minutes in the future. The other thing you'll notice

DOES III - 00002334

too if someone leaves the record locked, it'll have their information right here, their email in red and it'll say, "locked by." So, when you see that that agency has that record open for some reason that we had a case like that last week where a PO in Grand Rapids told the guy to go down to GRPD and update his vehicles and address. The agency went into do it and the PO forgot to get out of the record. And it was locked by them, so they turned the guy away. And you can see what a problem that would cause or how much time gets wasted for everybody in that scenario. So just remember to get out of your records and submit them.

The other thing you can do is add residence checks while you are in view mode which is really helpful for sweeps to not have to go through the process of getting edit mode. So, you just go to monitoring, add residence check, and down here you'll see all the other residence checks that were completed before in the old system. So, you click on add residence check and it's going to ask you to save as you go so you don't lose your information. It's going to always have their last registered address up here because that's what you're probably doing your residence check on. You can put the date that you checked the residence. It's going to tell you who did the residence check or who tried to. It's going to give you two options that didn't exist in the old system. Just different variations of how you can track your work. So what happened or one of the complaints we got from the field in the old system is you would do the work you would actually take the time to go try to complete a residence check and the person wasn't there but there were no systematic ways to show, well yeah I may not have confirmed that they live there but I still did work, I still spent time on that. So this is why. These have more of a combination of entries to fit what happened. So, you could say "confirmed by other means" is a big one, of course, right. And then if you go here, you can say well how did I confirm it by other means. Well I confirmed it with a household member for example. But there's lots of other options in here that you can choose what fits your situation and then you can put your remarks about that address or that visit at that time that you find applicable. So we'll say okay. We'll go back here to monitoring. You'll see right here at the top that this is my entry and if you click on the information icon over here you can get into the details. So someone took the time to put a really lengthy note in there, you would actually see it.

The other thing you can do is, while you are in view mode, is you can go up here to tips. Right here, and you can add a tip. We can see there was one in here before an online submission that's technically under investigation right now. But if you go to add, you could put the tipster's

DOES III - 00002335

information here, you can put any combination of information in here. If they just want to give you their last name, that's fine. If they just want to give you a phone number, that's fine. If they want to leave nothing at all, it's not going to force you to put anything in here so it's whatever the person wants to tell you.

You have three options of the type of tip. So if you are putting a tip in; you are in a sweep let's say. And you want to add a tip to the record, you would just put law enforcement contact. Most of the tips that you see in the system are going to be via online submission from the public website and if the SORA Unit is adding a tip to the registry, then it's going to be selected as that.

So we'll say okay. You notice up here where "tips" is again. This wasn't there before, now it's telling you when you see these, there's a tip in there that needs to be looked at by law enforcement. So, if you've got people coming to you to verify, take a second to look at it and see what the tip says. It really helps save a lot of people time if you do that because some of them are lost and times more often than not, they are going to tips that are not SORA violations that can be dealt with -- time you know like so and so is hanging out at the city park. Well that's not a SORA violation. That's not something we're going to investigate.  So, just take the time to take a quick look at those. If you do the drop down and you see that you have a new tip in here and maybe this is an entry that's not a SORA violation. You would go to view tip details. It's going to take you to a new window because we're going to specifically be working on tips now. It's going to give you the basic overview of what the tip information is, and if you go to investigative notes here, you can see if there were any if there were. In a case like this where it's new, there aren't going to be any if it was under investigation and someone put notes, that's where that's going to be. In this case, we're just going to say, "close tip", select "go." It's going to tell you the date you can put the date or change the date of when you submitted the closure. I usually just do, for my purposes, I'm just doing close, see notes. But you have all these other options as well, so we'll do close, see notes.  It's going to tell you the agency. Put your name in if you want to. It's still going to capture your email automatically. Put your phone number if you want to.

Then you'll notice, it'll still say new. This is not going to change until we update something in the record, so it's just like the internet. It's just like a web-browser – most of the time when you are in web-browsers it's not going to refresh this and take that new one away until we do something else in the record that triggers that. So, just don't panic when you see that it has not taken it away yet.

DOES III - 00002336

So we're going to collapse that really quick. The other thing too that I want to point out is under documents and photos which you're going to use all the time for the most agencies that are verifying people are going to be using this all the time to complete that. You're going to click on this, and you can go to generate documentation while you are in view mode. And print out any one of these forms. You can also see fee receipts, fee receipt history, anyone of these things can be completed while you are in view mode. So if an offender comes in and says, "I just want to know what my rules are." You can just quickly print them out either an update form or a verification form. It's going to all have the same exact requirements on it. Just showing it to you because you don't have to get into edit mode if they come in asking for the documentation like that.

So let's go ahead and we'll get into editing a record. So again we're going to use Longoria's record here. You'll see over here that the person's showing "due to verify." And I just always like to start by saying when I am on sweeps, and I've ever been put in a front desk situation where we're on sweeps. Sometimes if we don't have a ton of targets or we've run out of targets by the end of the day where we've got time left to work. Often times, I will go to the front desk and help whatever agency we're at and I will encourage you to do it the way I do it because I think it's the best way. Make all of your changes, save all of your changes, and then verify the offender. It really saves you a lot of headaches. And I can tell you if you try to verify someone prior to making all the changes, they will inadvertently or undoubtedly tell you, "I have to change my address."  Well now you just did a verification with that address listed if you would've, you know, encouraged them to make all their changes right at the front end, save it all then verify it captures that address verification with the correct new address and what not. That's why I'm going to go through this record. We're going to go step-by-step. We're going to make all of our changes, save all of our changes, verify and then we're going to show you how to do the form printouts.

So first thing you're going to do when you get this person in front of you that wants to verify, and again we're looking, are you even due to verify. I would say in this situation in the future there will be time when you can't verify people outside of their verification period. But if you get all of these people that are coming in right now that have been in the wind for so long, just verify them. The system will let you do it. Just verify them and get them to sign a new form because remember, we're under a new law now. We want all of these guys to sign new registrations and new verifications. We need something to show that they are signing that, "yup I'm down with being

DOES III - 00002337

grandfathered under the new law." So, if they are willing to do it, let them do it. Don't turn them away.

So to get to that, into that process, we're going to go to the drop down, we're going to select, "edit offender", select, "go", and you'll know you're in edit mode because this banner is going to be blue and it's going to say edit mode and you can change anything you want for the most part in the record.

Below that you're going to see "unfinished edited records", is the inbox it's in, and the reason it's telling you basically, this is where it's going if I closed out right now. Because I didn't submit it, it's going to go to my unfinished edited records like we talked about before. The last action is always going to be, what just occurred of course which is what we're doing. I just put it into edit mode, and it tells me the date, who did it, and the entry date over here to the right is the date that it entered this mode the date it entered where it is now. It's not the date they became a sex offender. That's not what the entry date means.

We already went over the bookends. We already went over the captions bubble, what goes inside of those. The priority right here, that's going away, Michigan, we don't, even though this is our only system the vendor added that thinking it's something we wanted but that's not something we use. So that will be take away in the future.

Assignment is always going to show who is in the record doing something now. We already went over documents and photos.

I just want to back up really quick. When you go into edit mode, the other thing to keep in mind is that the action drops down changes and you get a few different options in here that weren't there when it was in view mode. And one of the big ones is going to be add/remove violations. So if you click on that, if you hover over non-compliant it will tell real quickly what he's not compliant for. So, we'll say in this case, he paid his fee, or he doesn't owe a fee at this time just to show you what it does. So we'll do add/remove violations. Select "go" and just simply click off of it. And you'll notice down here, these you can't click off, right? These are all, these are the only non-compliant reasons that are automated right now. In the future there's going to be more but because of all the legal stuff that was going on this is what they settled on, that these are three safe ones that we would want in the system right now. But it will come in the future you're going to have people

14

DOES III - 00002338

automatically fail to verify, automatically not have paid a fee, all of that type of, anything that we can be automated, it will be automated.

So, and I apologize, this guy, and this is another big thing that comes up all the time. Agencies will go into a record, and it'll have him non-compliant for failed to verify. If you are verifying them and you don't see any officer alerts or notes that state – so is going for a SORA warrant, take it off, just verify them, and send them on their way. If somebody hasn't done something in their record to let you know that they are actively working on the case, just take it off. There's no need to keep it on there if you are verifying again or if you are going to seek a warrant for the person because they failed to verify. That's fine leave it on there then. But if you're not doing that, if you're verifying them that day there's no reason to leave that on there any longer. Even if an agency forgot to put a note that they were seeking the SORA warrant you unclicking this isn't going to keep them from getting their warrant. They already probably have what they need to go get the warrant. If they want to come back and mark them non-compliant for that then so be it.

So we'll take that off. And I'll show you how you remove these in a minute. But again these are automated that you have to do something in the system to get these to go away or to active them. So we'll say okay. The other option up here is, that are new, or you can mark somebody cancelled or mark them deceased. If you do either one of these things, it doesn't just take them off the public registry. If they are a public offender, it doesn't automatically make them cancel a deceased. It's telling the SORA unit, "hey I think this guy should be canceled" or "hey I think this person is deceased." When you do that, it'll give you an option to add a note to the record right away, it'll be a pop. You can put why did I mark this. So if someone comes in with a removal order you can please mark them as canceled if you want to you can do that. And it'll just alert us to start looking into it but then also take the extra step of scanning that document that they brought and put it into the record. And let us know you did that so that we can, and even if you don't put it in your note, that's what we're looking for if you said someone brought in an order for removal, we're going right to the documents tab to see if you uploaded it. So please save us a little bit of work on that. If you've got it right there, you might as well grab it from them and get a copy of it.

Same thing for deceased. It's going to pop up, "why did you mark this person deceased." It's going to put it into a deceased mode, and you will just ask if you have proof of death, put it into the documents. I can tell you really quickly though, obituaries or a wife's verbal confirmation that

15

their husband died are not reasons to mark somebody deceased. I mean they are not reasons that we're not going to mark them or complete them as deceased. There has to be work done on our end to prove that they are actually deceased by a handful of means that are authorized to confirm death. It doesn't mean you can't mark them as deceased with information that somebody came in and said, "hey that guys died a couple weeks ago here's a copy of the obit mark them deceased upload the obit." That's just supporting documentation but it's going to send us down the road of trying to confirm death.

Next, you're going to have, we're going to get into this more details as far as options in the documents and photos. But again, I just want you to see these are the actions you have. Again when you are in edit mode and one of the differences is now, you'll see the electronic signature option up here because you are in edit mode. And I'm going to show you those in just a minute.

So we'll tuck this away for now. We already went over tips. Down here you're going to have the offender's, sex offender registry number. You're going to have their name. It's going to give you their status. If they are published or not, it's going to tell you if they are non-compliant. If you hover over the non-compliance bubble, it's going to tell what they are non-compliant for. This claims that he is non-complaint for an ID violation which I'll talk to you more about ID violations in just a minute. It's going to give you their date of birth at the time that you are in the record with their age, their state ID number, their FBI number, and their MDOC number if they have one.

It's going to always tell you up here, what is their current address situation. If it's incarcerated, it would say incarcerated here. One of the cool things of this system for anybody on here that works the jails or anybody here that used to have to put people into incarceration. In the old system, you had to put it into two different tabs. In this system, it has enough sense to know if I'm marking somebody with an incarceration address. The person is incarcerated, you'll have to put it into two separate areas, and I'll show you what that looks like in a little bit.

Over on the right you're going to have the record overall status you're going to have their reclassification, you're going to have their registration duration, which is obviously the amount of time they are going to be on the registry. Your registration start date which is always going to be their conviction date, their registration end date and it's going to give you a registration...this looks new. So I don't know what that is exactly.

And then you're going to have the last verified okay date which is going to change in just a minute when we verify this person. And you're going to have the next verification due date. So, and then we already went over the update offender alerts. And then we get down here into the tabs. You're going to have general, personal identifiers, address, additional details, fees, offenses, monitoring and NCIC which you guys don't really have to worry about. So, we're just going to go page by page or tab-by-tab and just going to look at our buddy Jess over here to make sure we don't have anything outstanding. Okay.

So, next you have general descriptors, you're going to have obviously all of their basic [inaudible] here. It's going to tell you what county they are in, the district, the post sometimes this will be populated sometimes it won't. The reason why it is not is because in the old system the system would let you put anything you want. You could put that they lived in Willy Wonka, Michigan. We all know there's not a Willy Wonka, Michigan. Well this new system is looking for, where does this guy live. I guarantee you that if I went in here and changed his address to this exact address, it's going to give me options of real variation. A real variation of that address and once you push it through it's going to populate this. So some of your agencies that are trying to run reports, for instance, based off this field which is what we used to teach is run if off of here, you can't because it's got a bad address in it. And until those records get touched by somebody in the future and addresses get updated, we're going to have this situation unless we go in and manually change it. If you've got somebody you need manually changed because of whatever reason we can do it, other than that we're just asking you to bear with the system as it updates these and gets us out of that old system mode and gets these into real addresses. It'll populate the way it's supposed to.

Next, you're going to have to, if the offender has a guardian or custodian if you said "yes" here, in the future it's going to expand just like the tips does and just like the documents does. It'll expand and will let you put some basic information about that guardian or custodian. In this case we're going to say "no." And on that topic…the law doesn't deal with guardians or custodians. The legislature when they wrote the SORA law didn't realize sex offenders actually are getting old as well. So they did not take the time to talk about that. So, it's something that your agency has to deal with on a case-by-case and what I mean is, people become bedridden, and legit bedridden. We all know there's offenders, say, you know, I've stubbed my toe, I can't come in

DOES III - 00002341

this month. I'm talking about legit situations where people are bedridden that's why this was added. Because there's going to come a time when they miss their verification, and we hope that if someone took the time to put their guardian or custodian information. You as your own agency can make the determination, how are you going to work through that situation with that offender. Is it calling the nursing home every time they are due to verify? Is it allowing the guardian to come with their ID verifying in their behalf, we don't, it's up to you. We don't have the answer for that. And it's case for case even for MSP.  If it's a really, really busy post they're not going to, the options are limited if they are up north and have a second, they might be able to help out in that scenario. It's just every agency is a little different.  Sorry I can't give you direction specifically on those instances you have to work it out with the offender.

It might be simply you're not seeking any type of enforcement and letting it be it's just up to your agency. Next, you're going to have the information, driver's license information or ID information. When you get to this point, again, remember he was marked non-compliant for an ID violation. The reason why he's marked non-compliant for an ID violation is somebody submitted the record. They went into this record and submitted a change that was unrelated to this, most likely. And the system, all it knows is to look for an expiration date. If there's an expiration date left here, it's going to mark them non-compliant for an ID violation. If you leave this in here on accident and you get to the end of your verification process and when you actually submit the record and it tells you, I'm about to mark it this non-compliant. You're more than welcome to push cancel, go back to this page, and update this address. If they really are non-compliant for an ID violation, then that's fine. But most of the time what we are seeing is because people just aren't used to the new system marking people non-compliant for IDs, you're not taking the, you're not knowing, or remembering to go down here and just check to see what is his expiration date, what is his start date.

So that's how you fix that. Again, that's one of the automatic, non-compliant reasons. And if you leave it as an old date, it's going to mark them non-compliant and they're going to come back to your front desk the next day, complain to you that they are not non-compliant.

Next, you're going to the verification history. I'm going to show you how to verify somebody, like I said I'm going to do it like I would do it if I was working at the post or at an agency. So, we're going to save this towards the end of when we're done making all of our changes this is where you

18

would go to verify somebody. Below that you're going to have, it tells you their cycle, below that it's going to tell you their verification months. Next, it's going to give you their next verification date. And obviously we picked this record because this person is due to verify in December and you'll see that there's an exclamation point that alerts me that this is their verification month. And just as a reminder, if you go back up here – last verification date is up here, and their next verification is also up here so you don't have to scroll down if you don't want to. You can also look over to see. You're going to see all the old verifications in here. The history. You're going to have their aliases below that. You can add aliases if you want to. It's pretty straightforward. You just click on "add alias." If you made some changes like we have it's going to ask you to save. Pick what applies. So we'll say, in this system it nicknames is, names or alias names, so its nickname. And you can see my entry right here. It's only going to show you aliases that have these headers right now, by the way. We're going to ask for more in the future, but you can only print so much stuff in here so like if he had a social security number that was an alias, you'd see it if he had a type of alias like, let's see, ethnic or tribal something like that. It's not going to show because it doesn't have a header. So don't, it'll show here that it has something. You've just got to go over here and click on it to see it. It's just not going to show on the quickview. So that's why you're not seeing it sometimes.

So next we're going to go to personal identifiers. This is where you get the physical attributes more [inaudible] on the person. One of the things that was added to this system – it always helps me to remember that the system is also an investigatory tool. The better you pack these records the more it can be used outside of just for SORA registry purposes. So, if you have a crime that happens in your area, you can run just about every field in this database. And if you take the time to take things like this handedness especially if they are a left-handed person, more often than not it's a little more rare. That's why that's there because we want people to use it for other purposes and not just verifying, updating offenders but also if you just have a crime, you can use it for that purpose as well.

Next, it's going to ask you, do you have fingerprint information. If you leave this blank, it's going to mark that person non-compliant for a palm violation. That's one of the three non-compliant automations.  The reason -- and I want to talk about this for just a minute. If this person was "no" or it said no, right. You want to make sure that when you check, just know that if you check, "yes"

19

or you use the drop down and check "yes", I did collect the prints. You have to know or remember that if your prints aren't submitted successfully, the next day at some point the system is going to communicate with CHR and they'll automatically turn it back to "no". So, if you're seeing that something is wrong with your print submission and you want to get a hold of "Bid" at MSP and if you don't who they are or you don't know their number, just email us at the [inaudible] in box and we'll get you their information so if you're running into that where you are checking "yes" after you collect prints that's the issue. Something is keeping it from remaining as a "yes" submission and again it's going to mark them non-compliant the next day for their, as soon as somebody changes something in their record, it's going to mark them non-compliant.

Next, it'll ask you if you have place of birth information. If you do, you just check "yes". Pick what applies. Do you have any scars, marks, tattoos, if you want to add one you just go to add. You can put the date that applies. These drop downs if you see, and ones like this where it says select one, but this is blank. It's because this is predicated by this. So, once I click something here, it's going to give me the options that apply. You're not just going to see a huge laundry list of things that don't apply. So, if I say deaf, it's only going to give me that are deaf specific. If I say tattoo, it's only going to give me things that are tattoo specific. And you can see my entry here.

Next, you're going to have do you have notes related to the offender's physical descriptor. This goes back to using this as an investigatory tool. And so if you have somebody that committed a crime. For example, it's a ridiculous example but I'm going to give it to you anyway. If you have somebody that has a [typing sounds] a big hairy toe on their right hand. That's probably something you want to take a second to throw it on there. If they have six thumbs, I don't, whatever you can come up with. If it's something that's not easily captured or doesn't have a drop down in the "SMTs" or the scars marks tattoos area, take the time to do that because all of this can be searched by Word, by key words. So, obviously if somebody tries to abduct somebody, that has a hairy right toe and that's what the victim remembers about that incident, you're going to want to know this. So take the time to fill that stuff out.

Next, your identification is the offender registered in another state. If they are, you don't have to know everything about the offender's registration in the other state. But if you say yes, just capture what you can. And it helps us a lot at the SORA unit, especially these new people. If you're registering them for the first time, just take the time to put it, even if you just know that they're

20

registered if they came to you from Alabama, put Alabama in there. This more applies when we add a new offender, but it's going to be the same type of information. Just put what you have because especially people that have old convictions from the 90s, if we just even know what state to start with, where it could have occurred because often times those really old convictions aren't really depicted in NCIC. It really helps us so take the time to do that please.

Next, you're going to have, do you have any additional identification for the offender. Most of you are not going to use this. I can tell you that SORA unit uses generally to capture state IDs from out-of-state and that sort of stuff or other state ID information. You probably out in the field, most of the time would come to add a passport number. So that's where you put passports. So we'll save our information.

Next, we're going to get to the address tab. So, in the address tab, you're going to have the main area that you're going to use the most which is to update their current address you can add secondary address to this. As an example -- because I know we get calls about this a lot, what is the secondary address. If you have somebody telling you that they go to see their girlfriend once a year in Holton or at Holton Lake that wouldn't necessarily be a second address situation. That's a temporary visit somewhere. But if they say I have a secondary house or I have a house out, you know, wherever it is, in the state that they go to on a regular occurrence or a regular period of time, then please add that. And it would be the same adding as [inaudible]. I'm going to show you with the when you try to update the main address, so we won't get into this secondary entry it's pretty straightforward.

Next, you have historical addresses. For whatever reason if there's an offender that wants to add in old address, I don't think that the majority of you are going to use this. The SORA unit uses it sometimes. It is there though if you need it to add historical information.

Then, you have other addresses. This is where you're going to collect all their work, school, volunteer information. Which you can see this person has one filled out already for work. It's all pretty self-explanatory. Again, you can see what the old system used to do, it wouldn't make you put more information -- would not cue you to put more information that really we wanted. So just keep that in mind, that's where you're actually going to add work, school address entries.

DOES III - 00002345

Below that you're going to have professional licenses.  We put it here because we just always felt like it made the most common sense that it would go below work or where you would put work information. Often times your professional license is going to be related to work so that's why it's down there. If you say "yes" and add new it's going to give you report date, end date, the issue date, the expiration date, and the license number, and any notes you want to put in there.

So, let's go back up here and we'll go through a handful of changes. I'm going to show you some of the basics changes that everybody wants to know usually in the trainings and if you think of something along the way just shoot it into the chat and Justine will let me know if we need to cover it or not.

So, you'll go to the update current address, and it'll give you these options: you can add/update incarceration, add/update the mailing address, add/update a temporary address, change a primary address, make offender deported, mark them out of country or move them out of country or move out of state. The thing I'm going to point you to is the temporary address entry if you have somebody going out of state for more than 7 days. So, remember if they are going to Ohio for the weekend and they are there to report it. They are not technically required to report a two-day visit to Ohio. It's more than 7 days. They get a full 7 days before they have to report just to visit out-of-state, but I wanted to tell you, if you have that scenario where you are trying to add somebody's temporary address for an out-of-state visit somewhere, do not use it right now. That is a known issue that it doesn't have that state drop down that you need. So let's say just really quick, I'll show you what it looks like. You are going to go in here and try to show that they are doing a temporary visit to North Carolina let's say. Unless they fixed it. They are going to make me a liar. Let's see if I can just find it or bring in a state real quick. We'll say, this one. It works so, just keep in mind you guys. We're in UAT so this is a test environment, this is a push that was coming I think it's just available in UAT. I don't know if it's available for you. So I'm going to stick to my original statement. If you have somebody going out of state on a temporary visit. If it does not work for you, in production, I hope it does, I hope, you are welcome to try it. But what you are going to run into is you pick that same address I just picked and that city, or the state portion will only be, it'll be blank, or it will be Michigan because it doesn't have the drop down. But it looks like they may have fixed it. So if the situation is, it won't let you put that it in there with that, and show that other states, state designator, please just add it as a note. Like we talked about before, add a note where

22

DOES III - 00002346

are they going, how long are they going to be gone. And that's enough. Again we're just capturing a temporary address we're not talking about moving a primary address.

All right so let's get back to addresses. [whispers: Will you make a note about how this change…that's all different, thank you.] Sorry guys I was just telling Justine to mark a note about some of the changes that I'm seeing.

So, we're back to current addresses or update current addresses. So, the first one that I want to show you is let's do, change primary address for example. Obviously, this is going to be the one you use the most. You do that it's going to give you their current, it's going to give you the end date, down here it's going to let you pick which one do you want to use. Home. I'll show you how to do that in a minute, but I'm going to do homeless first because this one used to be a real pain and caused a lot of clean up records in offender watch before we went to this system. A ton of clean ups because everybody was entering people homeless in a myriad of ways. Some people put it as a temporary address, some put it as their home address like they should have. It was just all over the place. So we're going to say homeless. We're going to say, to keep it easy, we're going to say everything is today. But let's say just for instance this is another issue that comes up – sometimes let's say he reports to you, but he says yesterday is when I moved. Instead of changing this first, get into the habit of going up here, change it to yesterday because if you don't and you try to change this to yesterday it's going to alert you. Well, you can't end the date today, but have it start yesterday, right. You couldn't be living at the other place yet, technically. We all know it happens but. So we're going to say this, re-click this to get that to come off. Report date is always the date that you're actually, that they're reporting it or that you are actually changing the information on the system I should say. We'll use a known address that I know is going to work or that I know map correctly for us. Oops. Oh this time, guys sorry, we're doing a homeless. So, for doing a homeless, it's going to ask you to general location. So, we're going to say, so we'll say, he's under the bridge on South Cedar Street, where is it occurring or what city, Lansing, state, obviously Michigan, county, Ingham. Take the time to add these notes. So, if you if he tells you, "Hey, I'm under the bridge at Cedar Street, well that's where I'm sleeping." Well, if he offers up the information of where he hangs out you can put that too. So, maybe he's hanging out at a Starbucks. The reason this is important is when you do sweeps and we, or whoever is doing the sweeps on homeless offenders specifically when we run out of targets at the end of the sweep,

DOES III - 00002347

often times those are people we could spend some time trying to sort out, like are they actually homeless. And we all know that we've got people on the registry right now that have been homeless for multiple years that we probably know better that they probably aren't. And there's nothing to go by on the notes of where they even said that they hang out, you know, so that's why we're encouraging to put those notes in there.

Let's say that the person says I have a mailing address though. But if he said no, you would just say no, right. He says, I don't have a place I want mail sent to, then I'm just not going to get mail. But let's say that we encourage him to give you a physical address, which he should because we do send out mailings. You can see all of the legal stuff that we sent out recently to them and just tell him we want to get mailings to you. And check on you later, probably. So you're going to click "yep I want to put an address for mailings." We're going to say the start date was the 7th and for the date, same situation we're going to put. In this case, we're going to say, mom's address. It's going to give you options, right. As you're typing and if you watch that, if you do 1504, it's giving you what it thinks you want. If you put 1504 Main Street, oops, you're going to get a ton. It can only show you a handful of results at a time so you're going to have to keep typing until you get to -- I don't even know if there is one in Lansing. You're going to have to keep typing basically is what I'm trying to tell you. You can't just put 1504 Main and expect it knows where you're talking about. It's pulling for the whole country and even out of the country in some cases so just keep typing until you get the action that you want. So there we go, we're going to click on it, it's going to auto populate everything. If you have an apartment number and what not, if that fits the scenario that's where you would put it. Down here you're going to say "no" to the tribal land if you know the answer to that. If it was "yes", then if you know that then you probably know what tribe it belongs to. Please put that there and any notes you find applicable. Again for sweep purposes, take your time. Take the time to just ask a couple questions about it if they'll give it to you.

So if we do a sweep, we're probably going to go talk to mom if we can't find this guy at Starbucks right. So it's really helpful if we do those. So we're going to say okay. Sorry guys. So in this scenario, this guy had a previous mailing address on file already that's why it's letting me know you can't have two mailing addresses. So if you look on this main page. It's going to show you he's homeless under the bridge on South Cedar. If we go back to the address tab, you'll see this little bubble right here. It's going to tell you he can be found in the Starbucks in the afternoon. If

24

DOES III - 00002348

you look over here at our mailing address, it's got the same caption bubble from my note, and it tells me this is mother's address, and he swears he never sleeps there. So that's why we're adding those things. You can actually see it in the system at a quickview.

Now let's say our friend here gets arrested shortly after reporting to his new home under the bridge. So we're going to say add/update incarceration, pretty straight forward, right. So you're going to put start date that it applies reported date again. What's the institution – so depending on what you pick here, it's going to let me pick what applies a lot faster than in the old system. So we'll say Michigan county jail. And then we're going to pick Ingham County. You can put the associated offense if you want to put the booking number. It's going to give you the address of the County Jail. And any notes that you find applicable. So we'll say okay.

And now on his main page it says incarcerated. I don't have to another tab and put the exact same information; it just knows. And it also changes the status to incarcerated over here. So let's say well now we want to do an actual primary address change right because let's say he did what he needed to do in jail really quickly and they are going to let him go in the same day, bail, he bonded out. So, we go to address and we're going to go to change primary again or update current address. Your inclination might be to go to updating incarceration because we're dealing with an incarceration address that he's leaving but it's not. If he was going to another incarceration like maybe he was going to MDOC custody then you would do that. But if he's going back into the public you're going back to, what are we changing, we're changing something about a primary address. So don't go into incarceration if they are going back to public, we're going to go to primary address change. We're going to say home, start date today and now he's going to go live with mom.

We're going to say no. We're going to say okay. When you do those primary changes too, if you notice it just automatically defaults to that being the mailing address. So, unless they ask you specifically to put a different mailing address it's always going to default to that address.

So you can see again, it's showing home where he lives the status is now active and it's telling me down here as well that it's the information that you just entered. Again if you added a different mailing address, that would be here. So next we're going to additional details.

25

Do you have transportation information? We're going to say no in this case for the sake of saving time. But I'm going to, I will show you in add new offender how to add a vehicle. Do you have internet information? Ummm. If you do or you want to add it, you just go to new, select the type, if it's a screen name so like here if you say email, put it in the email. If you say anything else, Instagram, Facebook then you would put it here. So in this case we're going to do email. You're going to put the start date and the reported date again it's going to auto populate but if it's different then that you can change it and then any notes that you find applicable. Next, it's going to ask you do you have any phone information. It already has an entry in here. They are all fairly similar as far as all these entries, so I won't bore you to death by doing every single one of them. And like I said, I'll show you do a little more of it in the add new offender portion. But if you want to see details about this, if there were any other details specifically descriptions listed, then you'd click on the icon, on the information icon and it'll bring you here where you can see more of it.

It's going to save my progress. Most of the time if you don't save progress, the system is going to tell you do you want to save before continuing on so just beware of that. And again you're going to have fees which we already went over. Next, you're going to have the offense tab. I just want to caution you about the offense tab. I think the reason why people get into the offense tab and get into trouble in here while they are in edit mode. Is they are looking for their offense date not conviction date. They are looking for their offense date to see if it was before 7/1 of '11 and they are clicking over here on the information. The vendor knows that we don't want this record to automatically go into pending review for offense change or offense update, but that's not completed yet. So, if you have to find out if somebody has an offense date prior to 7/1 of '11 to know if you should be asking them for internet identifiers or knowing to tell them don't give me your internet identifiers that they are trying to give you. The first place I would always encourage you to look instead of the offense tab is just to registration start date. In this case it's after 7/1/11 so you're going to have to go to the offense tab and look, right. Because the offense tab is going to show you, if it's filled out it's going to be right here as under the committed date and then you can make your decision, do I collect it or not. In this case obviously we're collecting because his stuff happened on or after 7/1/11. So even if you have to go to the offense tab, just look at it here if you click on that 99.9% of the time even though you are opening it up looking for more details about when he could have committed it. If it's not right here automatically, it's probably not going to be even when you open it. But now if you open it when you submit this record, it's going to go

26

update offender or it's going to go to pending review of update offense. And we can quickly fix it if you call us. It's just a big headache for you to have to deal with. And again we've let the vendor know if certain things aren't changed in there it shouldn't be going there but that's a known bug and they are working on it. So, that's my quick tip to you if you are trying to find the offense information because we can go here all we want. Just don't click on anything if you click on something it thinks you made a change.

And I'll get more into the offense tab about what that looks like once we get into add new offender as well and I'll show you how to fill those out. Again we already went over monitoring and this should just going to show you all the residence checks or the residence checks that have already been attempted or completed. And then you've got the NCIC tab that's basically what it looks like. This one doesn't have anything. I think partly because it's in UAT, but if you were in a live record it's just going to show you what we're pushing successfully or unsuccessfully into lein or into NCIC.

So we're done with updating this guy's information. We're going to go back to the general tab. We're going to go – I just am in the habit of looking to see if this is highlighted or not. If it's bright green, if it's bright green click save. Just get into the habit of doing that. Like I said most of the time it's not going to let you progress around unless you are pushed, it's going to force you to save. But just as a habit, just see do I need to save anything.

So next thing I'm going to do is add verification. It's going to give you the address that they are telling you they live at. Again that's why we did all of our changes ahead of time. If you forgot to do it. You can unclick this and it will let you do it right then which is really handy but again I just train it, just do everything, get in the habit of doing everything ahead of time. So we're going to say no it's going to stay the same. We're going to save the date, verify it's always going to be populated to today's date. Verification method, pick what applies. So we can put guardian if your agency allows guardian or someone that takes care of that person wherever they may be that's up to your agency but that's an option you can use. You can do a failed to verify if you wanted to. Where you are obviously going to be using in person in most cases. Or you can do law enforcement. I would say if you use this, the only time you're probably going to do that is when you're out on a sweep and you're getting somebody squared away and you are verifying them at their front door let's say during the sweep you might use that. You still can use in person though.

DOES III - 00002351

I think you should use this because this tells me they were at a post or a local agency so that's what we're going to do here. It's going to tell you who verified them, where are they working and then any notes. We'll say okay and hope that it updates the way it's supposed to. In this case, it looks like it's working correctly. It's taking him -- it's telling you he verified today. It's telling you his next verification is on 6/1 if you go down here it's going to work correctly. It's telling you 6/1 is the next one and it still obviously -- we went over all of this so the little parts they haven't changed. So once I do that, I'm going to go up here to the all important documents and photos. I'm going to do generate documentation and I'm going to pick what applies. In this case we're going to do a verification. You could do registration if you wanted to but maybe it's a guy that's coming out of prison that's been in prison a long time and last time, he signed a form was '99. If you thought of that or you think to do that grab a registration form. You can use that in place of a verification form. Both are going to carry the weight for that scenario and then we -- prosecutors really like to have on file an actual registration for the applicable law versus just tabbing a verification form so if you can get into the habit of noting that, like this guy hasn't been verified in a long time. Just use a registration form then we'll have it on file for him.

Then going forward you can use the verification form. In this case you're going to use verification form. When you click on it everything kind of goes away and you think what happened. It's producing it back where we were, right. So this number went from 12 to 13 so you just gotta go right back to it. You'll see over here it's processing the request to complete the form. And we're going to leave that sit for just a minute that's the way you would do it if you didn't have an electronic signature pad. So I'm going to show you how to do it with an electronic signature pad next.

So we're going to go here.  In this case for verifying, we're not just doing an update so we're going to click on verification via the electronic signature pad. And it's going to bring this one up so I'm going to turn my camera on and I'm going to do this super awkwardly. So just bear with me.

So this is what the pad looks like. Most of you guys have them or had them at some point, this is what it looks like, right. So on the main screen here, I'm going to say sign now and just watch you can see on the pad, it's going to activate the pad. Which is different then – it used to be in the old system. So now it actually activates with the line to sign on. So I'm just going to sign it. You can see it captures my signature there, and on the main screen, you can see it's captured we're going

28

to say ok. Once you select ok, you'll see that these become activated again, the sign now deal. So I've signed, now the offender is going to sign so I say sign now, we all see the pad activates again. Sign. Select ok. If you don't select ok, it's just going to sit there. You'll know you've done wrong because nothing is happening, so you say ok and then select ok.

So, to go back to documents, this form that was just created in theory is going to show us the signatures that we captured and it's going to have all our updates on that form. Bear with me, this is coming up on my other screen here. So here we go. So we've got verification, we've got a photo. It tells him when he's due back in, June of 22, we scroll down to the bottom here there's our signatures with our date. We can see all of our changes. Okay goes to jail a lot. It's our new addresses in here. And it's in the system so we don't have to do anything other than print this off and send him on his way if he wants a copy. It's all we have to do in that scenario.

So that's the benefit of the electronic signature pad. Now! For all you poor souls out there that don't have an electronic signature pad right now like I said, all my whole spiel about it in the beginning. We are going to try to get more we just don't have any so there's no reason to request one. We know they are a lot and when that happens, we will let everybody know we have them, and we'll start dividing them up again.

So we're going to go back to that form I just created right here. We're going to click on it. Remember to turn my camera off, sorry guys. So here's my form. I'm going to print this form out. The offender is going to sign. I'm going to sign. And you have to scan that document and put it back into the system to capture it. Okay. They can obviously have their copy just like normal, but this is the manual way to verify somebody or to have them do a registration. So, we're going to say file, save, you have to enable editing which, really any of us would have to do on any form. But, umm, something to try to remember this, it's always going to put it in protected mode. So we're going to say file, save as, all of this stuff is different obviously for everybody's computer. I'm just going to quickly show you how I do it on my computer.

I name them like that. That's how I do it. I would just encourage you to name them something that makes sense or that kind of depicts what's going on so when you get forty of these things in there we will find what we need. I have the habit to changing it to a pdf. You don't have to but that's what I do. And then put it wherever you choose to put it. I put mine in a specific file SORA folder. We get a lot of calls about this on how this part works but again this is on your agency side, we're

more than happy to help you figure it out. But just keep in mind that that is agency to agency when you get into how your computer stores things and how you guys scan documents and all of that stuff.

So next thing we're going to do, I've scanned the document wherever that is that you do at your agency, and you need to be able to find that.  You're going to go to generate documentation, upload documentation this is where you're getting back to wherever you signed or wherever you stored you stored that scanned document. So we're going to do choose file, I go to quick access and it should be right here. Going to put it right there. I'm going to pick what applies we'll say RI-004 verification. If you named the document what it is you don't have to get too descript here, I know, it wouldn't require to put anything but I'm just going to show you what it looks like in both ways and tell you the difference or tell you why.

When you do that, it's going to close this out again like you did before. The number of documents is going to change from 14 now to 15 and you really astute people are going to figure out. Well, I have a blank form in here now I got to. I pulled that form from here so now I have the signed form and a blank form down here that we created earlier. That's a known issue, the vendor's working on that, so it doesn't -- we're trying to figure out a work around to not have that happen, so it'll only maintain a signed form in the record. If you click on here, it's going to take you to the form. So that's what we saved and updated, and you'll notice it's not signed because that's the one that we created without the electronic signature pad. So again you'd have to, the only way it's going to have a signature is because you physically printed it out, scanned it, and saved it.

So I'm all done with everything. I've got Mr. Longoria going on his way I printed out a copy and gave him his copy and all I have to do now, again, I don't want to contaminate your brains with how it used to work all you have to do now is finish. Remember to select finish. You should in most cases get a summary window. I've heard agencies say that they didn't get a summary window, but it still went back to view mode then no harm no foul, right. Like as long as it's going back to view mode that's want have happened. The summary page is important, because it's telling you, oh oh, Longoria is about to walk out on me here and he's marked as non-compliant for an ID violation, but I know that the dude just showed me his ID and it was valid. So, all I got to do is say cancel, go down here, and change to the future date of whatever it was on his ID just pick

30

something random and you can do finish right again. Because I made a change it's going to tell you to save it first and we say save.

And you can see he's compliant now. It took it right off. You can click through here if he's a public registrant. These are always going to look the same but what it's telling you, specifically is if this was a public record, which his is, it's telling you this is literally what it looks like on the public registry so if you see something weird here you want to catch it ahead of time, right. As a side note, offense information, one of the things that we get a lot of calls about or attempted, they want their information on the registry to say that they have an attempted crime because they didn't really commit a really bad crime because it was just attempted that's what this is telling you. This is not an attempted case so the action -- the only time it would say true is if it was an attempted case so that's what it means. I know we get calls from the public asking about that. That's what that means. The other thing that you'll notice on here is you no longer have the tier. That's because the law changed. So the tiers are no longer on here. And it's kind of a direct reflection of that. You're not going to see durations. If it said lifetime, you would know that they're tier 3 so you're not going to see duration on here. If offenders are bugging you about their end date you can find it over here on the right side like we spoke about if they are tier 1, tier 2, it'll have their end date over there, right here. If you have issues with that or you have offenders fighting about that like we always say, just send them to us and we'll talk to them.

So we're going to say ok. And now the most important part is, you can see one we're in view mode which is what we wanted. Do not, please do not close out here. It's not the worst thing in the world to do because you're going to lock for an hour but at least it's finished. But please get into the habit of now selecting the blue close button. So we hit submit, we submitted the changes and now we're just going to say close.

These are my other records. I like to have a few open so we're just going to close those out and get to what we want to do in advanced searches. Do we have, I'm going to check with Justine and make sure we don't have anything, nothing, all right.

So now we're in the advanced search. I was very -- this page always threw me for a loop when we first went to this system it took me quite a while for me to figure it out. So I'm going to do my best to explain it to you. The way I understand it. The way I came to understand it. So at the top here you're going to have these different headers. And I want to touch on this before we get into

DOES III - 00002355

anything else. These headers are just telling you the information you're asking for via your results down here, okay. This is going to become more clear as we go along here. So these, this is -- specifically down here your conditions the more restrictive you get in these conditions, the more the less likely you are going to get what you want because you're really, if you narrow it down too much, you're excluding just about everything if that makes any sense. Where you really want to get into the practice is adding what you really want to know about these results up here because just about everything down here that's available down here like look at all these, a bazillion ways to search things or to refine your searches are also available up here. Okay? And you can move these around and put them wherever you want in your report. You can delete them if you want to. You can sort by those things, right. It has a ton of different options. That's why this portion a lot of these agencies want reports, this is where you do your reports 99% of the time. So, you just have to play around with it, learn it. Most of you have my email. If you're running into issues with searches give me a call. Sergeant Hoffman on the enforcement side, if you're trying to run enforcement specific searches for whatever reason she is pretty decent at doing it as well. I mean, like even for, any of us including Sergeant Hoffman, if you're running really specific reports that none of you have even thought about running before, just you're probably going to want to play around with it and figure out what you want to do. But if you call for help, we're glad to help you. Just know that we're also going to be figuring it out with you in some cases. If you're asking for things that, you know, most of the people aren't running, we just haven't run every single aspect of the system. City searches come up a lot where an offender watch you could put Muskegon Heights, or I'm trying to think of a good example anything with a Saint or anything like that an offender watch you could put anything you wanted. So, when you run reports, you can run some issues because you're trying to run for your agency and because old records have old bad date in them it's going to exclude them. So call us when you get those cases, and we can show you to not get your results so specific or putting such a specific constraint on your searches that it's keeping them from finding them if that makes sense. And it will make more sense if you get in here and play around with this.

Up here at the top, ummm. You have load search and the reason it's up there is because a lot of times these searches are complex, so if you want to run a county search of all the counties in Michigan, you have to click on each county you want to run in Michigan. So you want to save this search if that's something you do on the regular, right. So, for whatever reason you run that report,

32

DOES III - 00002356

you want to save it, so you don't have to fill it out every single time that you run that report. So, you go to load search, and you'll see that I have a few up here, right. So, we'll do active offenders by city for example. So, we'll click on that one, load search and it prepopulates everything, right. So, I don't have to keep, if you work at Lansing PD you don't have to run this report every single time. You can save it, name it, you can modify it, so if I change something in here all I have to do is save search it's going to save it as if it was that original document with the changes I've made. If I am running my report that is the active offenders by city and I think, wait a minute, I start messing around in here and learning how this thing works and I come up with a really cool search, but I don't want to go back and start from scratch to load it. I just do search as so it's going to save my active offenders by city search, but even if I've added four more conditions, I can do save search as and name it as whatever it is that I want.

One of the big ones that we get asked about are verifications, so I want to show you really quick what that looks like. So, we'll do verification by county it's just this simple. You're just going to run offender county is equal to Cass County. If you do something else, it's going to mess up your results depending on what you are trying to do. So, if you do null, that's telling you that that records primary address does not have or that address does not have an entry. So want to, usually you're going to run most of your reports -- is going to be is equal to, so let's say Cass County and then here we're going to say offender next verification. And like I said, this has a ton of options, so I don't want to spend a ton of time showing you where every single thing is because everybody runs different reports. I'm going to show you really quick how did I get to offender county for example. I click on it; it takes me to what I can change which really is essentially takes me to how I got here. So, I would go to offender, and then offender county that's how I got here. I click on offender county. I can do equal to but if here's another one for Post let's say. If you have multiple counties under your post that you're trying to figure out well who's active right now. I would just go to enlist and then when you do enlist it gives you all the counties, I want. So, maybe I just want Calhoun, and Cass County and up here I would say apply and then how did I get here, it's like to run who is basically due to verify or was due to verify I'm going to click on here. I go to offender, and I'm going to go down to next verification, right here. And then this is where you get all of your different choices, I would say most people are going to say, previous month because you want to know, well who didn't verify in Calhoun County and Cass County last month. Well, allegedly at least in the test system, seventy-six people that were due to verify last month ummm

DOES III - 00002357

did not make it in. So that's how you use that. You can do custom periods right. Which is really handy for a lot of searches that's available for almost all the searches and there's a custom period of time.

I'll show you another one that comes up a lot. So maybe you want to know, well, how many new tips do I have in my area. So, we'll say new tip search that I saved, and again these are searches that I saved for myself already. So, we'll say offender city. Got there the same way I just showed you how we did the other one, is equal to Detroit, you could change it to whatever city you want and then I'm going to go to tip status. On this one, it's a little different. I didn't go to offender; I went down to tips. And then I'm selecting the tips status, right. So, if I want to know new, it's here. If I want to know how many are under investigation, it's here. If I want to know how many have, we ever investigated and closed out there. So, we'll say, active. Remember this is where I'm getting into or where I want to show you why it's important to get your mind wrapped around using these upper columns to find what you're looking for versus trying to find it in your conditions. Again, if you make this really restrictive, you're not going to get what you want. If you get into the habit of grabbing the information, you're in more of a bulk format getting your header set.  I'll show you what you would do next to really be able to manipulate date and get what you're really looking for. In this case, I added tip details over in the right. If I didn't have that -- like if I took it away and I did search this is what essentially what my excel spreadsheet is going to look like when I export it to excel. And what I'm trying to really encourage you to do is start getting familiar with excel. It's not going away – more and more places are using it you can do so many really handy things in excel and if you're ever using excel and you think wow, this is taking a long time, I guarantee you you are doing it wrong. A majority, if anybody knows excel well knows that there's so many features that will make your life easier, but it is work. You've got to use it and get used to it.

So, in this case I'm running for new tips but then I think to myself, hey self, I want to quickly see what about the new tips. Maybe I just want to quickly go through these and see what really quickly what are the new tips about so up here instead of running a tip condition about the actual entry or the actual information that's in the tip, I don't want to do that I want to go up here and add it up here as a result. Because then it gives me greater ability to manipulate the data right. So, if I go here, I go to tip details, now I know it's going to show up over here. But let's say I just want to

DOES III - 00002358

[inaudible] closer, and I don't care about if they're published, I'm going to take that off. I don't care what they're, we'll say status, we'll keep it because you might have somebody that has a tip that's incarcerated ummm we don't care about that, we don't care about that, we don't care about that, we don't care about that.  Maybe we just want their last name. We don't care about that; we know they're in Detroit because we're running that, so we don't need that, and we don't need that. Alright so we just want a tip detail status and last name okay. So, we're going to say search, and low and behold, I have two hundred eighty four tips in Detroit that are new. It tells me really quickly what are these about but maybe you want to look at more than that. I don't know if this is going to take a little bit. Oh, maybe it did it fast. So, there's a hundred results you can read till your hearts content about each one of those tips in a really quick view. And kind of decide what you're going to do on those tips again if you click on this -- this is an actual record, we took it away. We took away all the stuff that we didn't want. But I, if you click on it, you're actually going to be taken to that offender's records so remember that. Any of the entries are still related to a record. And if you go to tips you can get to the tip situation, you can click on the tip and close it, update it to under investigation whatever the case may be.

So, let's go back here.  I want to show you, if you export, again if you export this to excel, I don't want to spend too much time on this because it really can get in the weeds, but I want to show you why it's important to get used to excel. Once I get into excel, I know that Sergeant Hoffman, our law enforcement person, often times wants to run tips on ummm dead offenders right. We're trying to find out where these dead offenders are, how many dead offenders are out there that as it relates to tips. So, people are sending us tips to say, deceased or run over by a car or murdered or whatever so the way you would do that -- and I'm not going to show you the details on how you would do that -- but I'm just giving the very, very, brief overview how or why you want to get things into excel, right.

So you go up here to sort filter, so what I did is highlight the excel spreadsheet, sort, filter, click on the drop down here now I can start manipulating data. You can do text filters you can do contained, and this is where you can start adding deceased, runover, whatever you want to put till your heart's content. You can do all sorts of cool stuff in excel but you have to get in to, get your data into excel. If you try to manipulate this or get to this result in the system you're come into issues because it's not designed to really do that it's meant to give you this data to get into excel

35

essentially. And I'm talking about complex searches like -- that I'm not saying like you want to know how many active offenders in Detroit exist and it can do that without you pushing it into excel. I'm talking about, when you want to start manipulating data at a higher level that's what you've got to get into. Get your bulk of data sorted out once you get into excel.

That's all I have to say about that, and I think the majority of you are glad that's all I've got to say about it because it's not the most exciting topic for most people they use this system. So, I want to see if we have any questions.

[different voice] Somebody asked if you can do a specific search for just a city.

Alright, so just a search for a city. Let's do it from scratch really quick. So, if you do, the other thing to is if you do a reset it takes everything away over here but if you want to get back to what the prefill is of that just push advance search again. So, we're just going to quickly, no, see I want to know all active offenders in Lansing. Let's say so we'll say offender, city, Lansing. We're going to add another condition of address, this is an important one, right. Because if you don't do what I'm about to do and then possibly miss some results. You'll still get most of them but you're going to miss some you want to do address, address primary, and it's basically saying is Lansing their primary address, not an address where they work at or volunteer – is it their primary home address, I'm going to say yes. And I don't want to know just everybody, I just want to know, let's say offender status is maybe, I want to know just active, or maybe I want to know is in list and I want to know who's an absconder and active because absconder is a status and active is separate status, just so you know. So, we'll say apply. Search. So, we have eight hundred and twenty six people that are either an absconder or active. If I change it to exclude absconder to just active, we should get a smaller number. We only have eight hundred thirteen people. I just wanted to, as I'm on that topic really quick I didn't touch on it before, but we do get calls about it sometimes. Are we running out of time, alright we've got time.

If somebody goes to Mr. Hockemeyer's house here from law enforcement, because they get a tip that the guys doesn't live on Bennett Road anymore. What you're going to do, what you should do one, is put him into edit mode for our purposes. If you didn't, if you didn't want to again, you can go to monitoring add a residence check. You could say I went to this Bennett Road address today, and then I'm saying I attempted it. Let's say, confirmed absconder. And I did it with a household member. They proved to me that that person does not live there anymore. Because we

DOES III - 00002360

get lots of calls about that people call and say, "I don't know this guy I own the home now, he's never lived here in his life, come look at my house, I'll show you that none of our bedrooms have sex offender memorabilia." So, we'll say ok. So that collects for your residence check you get credit that you did your residence check. But then you want into edit mode you want to go to addresses and remember I talked about the three noncompliant reasons that are automated. We covered the ID violation, we covered the [inaudible] violation but this is where we're going to talk about the address violation which when somebody has an address violation in this system it means that they are an absconder, and the system is going to make it apparent to you that they are an absconder. What happened in the old system which I like to point out really quick is when you have in the old system, somebody would come and they wouldn't have their address on their ID, people would accidentally select address violation versus ID violation so in this system it's going to keep you from doing that. It's going to know when you do this, you're going to know why you're doing it. So, you're going to say change primary address and you're going to select absconder and it's going to prefill everything as an absconder going forward. Obviously if they are an absconder probably don't have a mailing address because you're probably not talking to them, so we'll say he's somewhere in Lansing, Michigan in Ingham. Maybe downtown. So, you can confirm physically they no longer live at their reported address on Bennett Road now we're making them an absconder so say ok. We're going to see he changes to non-compliant for address violation and we're going to submit, finish, if that's, if we're done with that record, and again it'll give you a summary, how it'll look on the public registry it's show that he has an address violation and it's going to change his primary address to Lansing, Michigan.

I just wanted to quick hit on that because I thought as we were doing that advanced search so now you know how to mark or how somebody becomes marked as an absconder.

Now maybe Trooper so and so, went to the home, found he wasn't living there marked it non-compliant for an address violation and he reports to your agency now and wants to make an address change. In that situation, if the troop, or deputy whoever it is, took the time to put in a residence check they're probably going to take the time to put a note in here that says, confirmed not living there seeking warrant or whatever. That's another case for -- its agency to agency but I would just say common courtesy would be to reach out to that person. It's going to have their email on here. Just shoot him an email, and say, hey the guys at the post now he's trying to change his address. I

DOES III - 00002361

bet he is because he just had somebody come to his house or to the house he doesn't live at, and word got out. So that's a really typical scenario, after especially a sweep. So, we'll say close and now I want to show you guys how to add an offender if there aren't any outstanding questions. Okay.

So again, you've searched the record. You've searched MSOR because someone is standing in front of you, and let's say, we'll keep it short, we'll keep it pretty basic. It's somebody that is from out of state. You know that they are, or better yet, let's say they come to you from the court. It's just for convicted, for whatever reason maybe they got -- it's not something that they are going to be actually incarcerated for. They're standing in front of you, they were told by somebody to get registered, usually the PO and they [inaudible] knows how this goes. So, they are standing in front of you. You probably have a good inclination they're not in the system, but check it anyway because sometimes we get alerts, or we get notified by a PO ahead of time – we think this guy is going to have to register and you might go in there to find that there is a registration already in pending review in there. But in this case, we've checked, doesn't have it, we're going to add offender. And we're just going to fill out the basic information. I just want to tell you really quick my tip to you have worked front desk many times to really busy agencies. I know that when you get into this process of adding a new offender, you will inadvertently be taken into another conversation or into something else. If you take the time to fill this out and let it sit for too long, it will time out and you lose your information. So, if you work in an area like that that's really busy, just quickly fill out the asterisk information. So, first name, last name, date of birth, sex, put no put no and submit. Just get the record started because when you do that, you'll see what a minute what it does. It'll assign a number and a name you can always go back then from that point forward. So, if you took the time to get almost all the way done with this then you get pulled away, you're going to lose your information. So that's my tip to you.

So, we're going to enter a test record here really quick. We're just going to pick a lot of random stuff. To show you what it looks like. On the topic of photos. We will interface in the future with Snap. Very, very, soon where it's going to automatically update photos. So, I know we get a lot of calls that people or agencies want photos to reflect more current photos they know they exist and they're not in the system. That's coming soon. It's going to be an automation that we are going to be done manually and entering photos in the future so that is coming.

38

Do you have any driver license information. We're going to say no in this case, but I want to tell you if you have people coming from out of state. Whether they're here for more than seven days, so they have to register or they're here and they're moving here permanently. If they have a valid out-of-state ID or driver's license, please put it in here. It will let you take it -- use it just like it's a Michigan ID or driver's license and you can deal with that issue as a separate issue. They know they have to get an ID but we want you to take what they have for now. And then once they get that information in the future, we can update it. But I'm just telling you or imploring you, I know MSP will take them but agencies -- obviously you guys have your own jurisdictions and the way you do things. I'm imploring you to please take those out-of-state IDs and driver's licenses, put them in there, and above all please don't turn them away because they don't have a Michigan's driver's license or ID. And remember with the new law, if somebody is homeless, they don't have to have a Michigan ID or driver's license at least not a valid one. So, remember that too.

We'd rather you'd verify somebody, get what information they say they're going to be, get the information they're reporting to you as true and then at least have something to go off versus turning them away completely then having no idea where they've gone.

So again, we're going to say no for the purpose of keeping this simple and streamline so we don't run out of time here. We're going to go next. You can tab through these too. It's whatever is – whatever you find convenient. So, you can tab, scroll, all of those things, however you would do in any system. We're going to say no, that we don't have palmprints, we're going to say no, we're going to say yes, add new, we'll say tattoo, add him in. We'll say next. Another thing I wanted to point out too. You can because we got past that first page Ricky Bobby started; he has an actual number you could save and close any time now. And even though you do that, it's still going to know the SORA unit that, one, it lets us know Ricky Bobby showed up from wherever he was coming from, especially out-of-state offenders. We get SORNA notices that tell us so and so is coming from Georgia, and we're looking for him and we often already have a record in there for you. But if we don't you take the time to do this, we know somebody had contact with this person, it helps us kind of start keeping track of that person and getting them to the rest of the process. So, if you run out of information usually that's going to happen at the offense information you can always just save and close and we'll handle the rest of it from that point on. The biggest thing we're trying to get though, if you can get there, please get a signed registration. That's the absolute

DOES III - 00002363

number one things we're looking for because that's what helps us get those records actually processed and published if it needs to be published.

So, I'm going to say next, nope, sorry, I missed this little part. So, if you missed a part just like I did, it's going to let you know you've got to put something here. I'm going to say no in this case. Next. If you ever run into that anywhere in the system -- not even just add new offender if you're in a record and you're trying to save and it's not saving, look for something that says required. It's usually you have forgotten something that's required field. So, we're going to say they are not currently incarcerated. They are going to live with that other guy at his mom's address. Do they have any other addresses, work, school, volunteer we're going to say no, next, we're going to say quickly we'll say he has a vehicle; we'll say it's a standard vehicle. We can add these other options. And because of law changes and what not we really want to ummm fill this out and if you don't know what's required here, it's going to let you know if you try to submit it. So, if I say save, it's going to automatically tell me these are all things I have to put into the system. So, I'm going to say, personal, I think I have a fake one saved over here for myself. Bear with me guys. I think I closed it. Alright I'll try to do one off the top of my head. Bear with me.

[typing noise/clicking as he enters information]

And then obviously this stuff can be left blank if you need to. Obviously, we encourage you to fill it out if you have it. We'll see if it'll let us do it. Alright so there we go. Do you have any interim information, again this is another spot where you're going to want to think to yourself do they have an offense date that requires it if they are trying to report it or if they if they say they have it just make note of that 7/1 of '11 date so we'll say no in this case for the sake of saving time. Do you have phone information, we're going to say no. Next, yes, this is where, like I said, most people are going to get stuck. You can either put what you need to put to get it to go through as far as what basic information they are telling you, or what you can find via NCIC if you want. If not, just save and close and we're going to do the rest of it. But again, if you stop midway through, you're not going to be able to print off a form through the system. You'd have to print off a manual registration form and have them sign it. So, I would just encourage you to do what you got to do to get through this with the limited information you can find. So, we're going to say add new -- we're going to pick Michigan for the ARA situation so you can see some of the automation that will help you. We're going to pick you can do attempted juvenile offense for recapture. If you

40

don't know what recapture is, just call us, we'll talk to you about it. I don't want to get into the weeds on that. We're just going to again pick some random dates just to get it to go through.

When you click on the state, or I'm sorry, county here it's going to populate the court for you. So, if you do Barry County it gives you the possibilities from Barry County. If you do Wayne County, you're going to get obviously a lot more to get all of these. You can put the investigating agency. And any publishable notes that you might find that you should put there, I would just encourage you put them in the admin use only. And then we'll decide if it should be in the public registry or not. I would say the majority of the time, nothing is going to be here that's required to be on there. So, just put everything that you feel like you need to make a note on if you feel that you need to put it here in the admin only. So, we'll say save, if you know most or many of the offenses require victim age so if you try this without a victim age it's probably going to cause you an issue. So, if you know the victim age, click on victim age go to add new, and add what they tell you. Again, if they tell you it was a 16 year old girl, and it affects their tier, and we find out it was a 5 year old boy, we're going to fix that. So, like we're trying to get the basic information in here, we're going to vet all of the information that you put in here so if you happen to go by the offender is telling you, go for it. You can even put a note in there that says, "this is reported by the offender." These say publishable crime notes on the victim information. We would never publish anything about a victim, so this is getting changed. The verbiage here is going to be changed to admin only or whatever the case may be, but these are not publishable notes. You're welcome to use this all you want for the notes, again if it's, in that scenario where the offender is telling you that the victim was 11, that's where you'd put it.

Then we're going to say next. It's going to give you an overview of the entire record of what you just entered. You can go through quickly and see what you may need to change. If you need to change anything, just push previous and go back to the tab that you need to get to. In this case we're going to say, finish. And you can see now, he's in pending review status and he's in the all-important, waiting signature, new offender, inbox. It will not let you progress from here until you capture signatures, and this is a really important part for you to see. If you go here, I'm going to look at this real quick. Yeah. If you go here to do your generation of form and have them sign it and you go back in here and upload documentation. You haven't told the system that you've collected a signature. It knows you've collected a signature because this drop down changed to

41

those options because it's in a status that's going to require you to do something related to signatures. So, instead of going here do any form signing on a new registration like this when you see awaiting signature, you have to go here and use either electronic signature or manual signature. We're going to do this really quick because we're running out of time. So, we're going to do it quickly. We're going to do electronic signature select go, I'm going to do the pad again. I'm not going to bore you with showing you what that looks like, so I just showed you so nothing different really, just bear with me while we capture these.

And we'll say okay. His document is going to go the documents tab where it's signed. You can print it off for him; you can send him on his way. But the big thing I wanted you to see is it goes into pending review status now. And over here it goes -- I'm sorry it stays in pending review status over here and it goes to pending review inbox. Again, the form went up here if you needed to get to it to print it off for him which you should. Then that's what happens. Again, if you had to do it manually when you did that originally, you can do manual signature, but you have to activate the -- you have to do action from the drop down. So, it progresses it from awaiting signature into pending review inbox, okay. I think that that was just about everything I wanted to cover. I don't know if Jess has anything. Jess? Nothing? I think that's pretty much it. And I'll just ummm, we'll hang out a little bit for five minutes or so. If you guys have more questions you want to put into the chat, that's fine, we'll answer them. But after about five minutes, I'll force everybody out of the session. I really appreciate everybody coming out today. We're really excited about the new system. We know that it's a big change. It took us awhile too. We got tested a million times and it's, and I mean a million times and we all still have things that we need to learn in the system just like anybody. So just bear with us. We are certain that it is a better system then what we had. And once these new bugs or once the current bugs get worked out of there, it's going to be by far better then what we had and much more efficient. And it's going to make your processes a lot more -- ummm less cumbersome. There is a new sprint coming soon as far as new updates to this system that are going to fix a lot of the known bugs that's coming very, very soon. And it's dealing with a lot of the big bugs that a lot of you that have been in the system a lot know about already. I can guarantee the majority of those are going to be remedied in the very near future within the next week or two is what we're being told. So just bear with us. We're going to get there. And thank you guys for your time. If you have any questions, send anything you have to PSOR. If you have

42

questions that we didn't answer today or that you thought of later, just email us or you're welcome to call us. We really appreciate your time. Thank you.

[Some mumbling]

So, one of the questions we got was, "what will the system interface with LEIN in the future?" We don't have a date for that to happen, but it will interface in the future where you should be able to do the things that you did in the old system via LEIN and this system. It's just not there right now. So, you're going to have to run it in TALON or whatever means you normally run LEIN outside of Sex Offender Registry stuff. You're going to have to do it that way for now until that comes, and when that comes that will obviously be a big upgrade and everybody will be notified that that is in place now.

DOES III - 00002367