# Exhibit 53:

## Named Plaintiff Declarations Verifying Complaint and Declarations of Mary Doe and John Doe G Verifying Supplemental Complaint

## DECLARATION/VERIFICATION OF JOHN DOE A

I, John Doe A, state as follows:

I have reviewed the facts in the complaint that relate to me, and I affirm that those facts are accurate to the best of my knowledge, information and belief. I am signing this declaration using the pseudonym assigned to me in this litigation. A declaration under my real name is on file with my attorneys.

Pursuant to 28 U.S.C. § 1746, I state under penalty of perjury under the laws of the United States that the above statements are true and correct to the best of my knowledge, information and belief.

Dated: 1-5-2022

_John Doe A_
John Doe A

## DECLARATION/VERIFICATION OF JOHN DOE B

I, John Doe B, state as follows:

I have reviewed the facts in the complaint that relate to me, and I affirm that those facts are accurate to the best of my knowledge, information and belief. I am signing this declaration using the pseudonym assigned to me in this litigation. A declaration under my real name is on file with my attorneys.

Pursuant to 28 U.S.C. § 1746, I state under penalty of perjury under the laws of the United States that the above statements are true and correct to the best of my knowledge, information and belief.

Dated: 1/9/22

_John Doe B_
John Doe B

## DECLARATION/VERIFICATION OF JOHN DOE C

I, John Doe C, state as follows:

I have reviewed the facts in the complaint that relate to me, and I affirm that those facts are accurate to the best of my knowledge, information and belief. I am signing this declaration using the pseudonym assigned to me in this litigation. A declaration under my real name is on file with my attorneys.

Pursuant to 28 U.S.C. § 1746, I state under penalty of perjury under the laws of the United States that the above statements are true and correct to the best of my knowledge, information and belief.

Dated: 1-5-22

*John Doe C*
John Doe C

## DECLARATION/VERIFICATION OF JOHN DOE D

I, John Doe D, state as follows:

I have reviewed the facts in the complaint that relate to me, and I affirm that those facts are accurate to the best of my knowledge, information and belief. I am signing this declaration using the pseudonym assigned to me in this litigation. A declaration under my real name is on file with my attorneys.

Pursuant to 28 U.S.C. § 1746, I state under penalty of perjury under the laws of the United States that the above statements are true and correct to the best of my knowledge, information and belief.

Dated: 12-26-21

_John Doe D_
John Doe D

## DECLARATION/VERIFICATION OF JOHN DOE E

I, John Doe E, state as follows:

I have reviewed the facts in the complaint that relate to me, and I affirm that those facts are accurate to the best of my knowledge, information and belief. I am signing this declaration using the pseudonym assigned to me in this litigation. A declaration under my real name is on file with my attorneys.

Pursuant to 28 U.S.C. § 1746, I state under penalty of perjury under the laws of the United States that the above statements are true and correct to the best of my knowledge, information and belief.

Dated: 12-27-21

John Doe E
_____
John Doe E

## DECLARATION/VERIFICATION OF JOHN DOE F

I, John Doe F, state as follows:

I have reviewed the facts in the complaint that relate to me, and I affirm that those facts are accurate to the best of my knowledge, information and belief. I am signing this declaration using the pseudonym assigned to me in this litigation. A declaration under my real name is on file with my attorneys.

Pursuant to 28 U.S.C. § 1746, I state under penalty of perjury under the laws of the United States that the above statements are true and correct to the best of my knowledge, information and belief.

Dated: 1/9/22

John Doe F
John Doe F

## DECLARATION/VERIFICATION OF JOHN DOE G

I, John Doe G, state as follows:

I have reviewed the facts in the complaint that relate to me, and I affirm that those facts are accurate to the best of my knowledge, information and belief. I am signing this declaration using the pseudonym assigned to me in this litigation. A declaration under my real name is on file with my attorneys.

Pursuant to 28 U.S.C. § 1746, I state under penalty of perjury under the laws of the United States that the above statements are true and correct to the best of my knowledge, information and belief.

Dated: 1/3/22

*John Doe G* (signature)

John Doe G

## DECLARATION/VERIFICATION OF JOHN DOE H

I, John Doe H, state as follows:

I have reviewed the facts in the complaint that relate to me, and I affirm that those facts are accurate to the best of my knowledge, information and belief. I am signing this declaration using the pseudonym assigned to me in this litigation. A declaration under my real name is on file with my attorneys.

Pursuant to 28 U.S.C. § 1746, I state under penalty of perjury under the laws of the United States that the above statements are true and correct to the best of my knowledge, information and belief.

Dated: January 7, 2022

*John Doe H*
John Doe H

## DECLARATION/VERIFICATION OF MARY ROE

I, Mary Roe, state as follows:

I have reviewed the facts in the complaint that relate to me, and I affirm that those facts are accurate to the best of my knowledge, information and belief. I am signing this declaration using the pseudonym assigned to me in this litigation. A declaration under my real name is on file with my attorneys.

Pursuant to 28 U.S.C. § 1746, I state under penalty of perjury under the laws of the United States that the above statements are true and correct to the best of my knowledge, information and belief.

Dated: 11/2/2022

*Mary Roe*
Mary Roe

## DECLARATION/VERIFICATION OF MARY DOE

I, Mary Doe, state as follows:

I have reviewed the facts in the complaint that relate to me, and I affirm that those facts are accurate to the best of my knowledge, information and belief. I am signing this declaration using the pseudonym assigned to me in this litigation. A declaration under my real name is on file with my attorneys.

Pursuant to 28 U.S.C. § 1746, I state under penalty of perjury under the laws of the United States that the above statements are true and correct to the best of my knowledge, information and belief.

Dated: 1/7/21

_____
Mary Doe

## DECLARATION/VERIFICATION OF MARY DOE

I, Mary Doe, state as follows:

I have reviewed the facts in the supplemental complaint that relate to me, and I affirm that those facts are accurate to the best of my knowledge, information and belief. I am signing this declaration using the pseudonym assigned to me in this litigation. A declaration under my real name is on file with my attorneys.

Pursuant to 28 U.S.C. § 1746, I state under penalty of perjury under the laws of the United States that the above statements are true and correct to the best of my knowledge, information and belief.

Dated: 3/27/23

_____
Mary Doe

## DECLARATION/VERIFICATION OF JOHN DOE G

I, John Doe G, state as follows:

I have reviewed the facts in the supplemental complaint that relate to me, and I affirm that those facts are accurate to the best of my knowledge, information and belief. I am signing this declaration using the pseudonym assigned to me in this litigation. A declaration under my real name is on file with my attorneys.

Pursuant to 28 U.S.C. § 1746, I state under penalty of perjury under the laws of the United States that the above statements are true and correct to the best of my knowledge, information and belief.

Dated: 3/28/23

_John Doe G_
John Doe G