# Exhibit 65:

## K.S. Deposition Transcript (redacted)

K. S.
May 31, 2023

1 (Pages 1 to 4)

**2**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN DOES A, B, C, D, E, F, G, H,
MARY DOE and MARY ROE, on behalf of
themselves and all others similarly
situated,

        Plaintiffs,

vs.               Case No. 2:22-10209
               Hon. Mark A. Goldsmith

GRETCHEN WHITMER, Governor of the
State of Michigan and COL. JOSEPH
GASPER, Director of the Michigan
State Police, in their official
capacities,

        Defendants.

_____/

DEPOSITION OF: K.S.
LOCATION:     Remote Location
DATE:         Wednesday, May 31, 2023
TIME:         10:00 a.m.

Taken remotely in the above-entitled cause, before
Stefanie S. Pohl, Certified Shorthand Reporter, CSR 5616,
and Notary Public for the County of Clinton.

---

**2**

APPEARANCES:

LAUREN CARBAJAL, ESQUIRE
Lovey & Lovey
311 North Aberdeen Street
3rd Floor
Chicago, Illinois 60607
Appearing on Behalf of the Plaintiffs.

SYEDA F. DAVIDSON, ESQUIRE
American Civil Liberties Union of Michigan
2966 Woodward Avenue
Detroit, Michigan 48201-3035
Appearing on Behalf of the Plaintiffs.

SCOTT L. DAMICH, ESQUIRE
Assistant Attorney General
Michigan Department of Attorney General
State Operations Division
525 West Ottawa Street
P.O. Box 30754
Lansing, Michigan 48909-8254
Appearing on Behalf of the Defendants.

---

**3**

I N D E X

WITNESS:               PAGE:
K.S.
Examination by Mr. Damich     4

EXHIBITS:            MARKED:

Defendants' Deposition Exhibit A    12
(Declaration)

Defendants' Deposition Exhibit B    65
(Mail-In registration)
Defendants' Deposition Exhibit C    66
(Scenario descriptions)

---

**4**

1            Wednesday, May 31, 2023
2            10:00 a.m.
3           Remote Videoconference
4          K. S.,
5  a Witness herein, after having first been duly sworn
6  remotely, testified as follows:
7          EXAMINATION
8  BY MR. DAMICH:
9  Q  Good morning, sir.  My name is Scott Damich.  I'm an
10    Assistant Attorney General with the State of Michigan,
11    and I represent Governor Whitmer and Colonel Gasper.
12    And I Noticed your deposition in this case which is
13    named Does versus Whitmer, and has a specific case
14    number 2:22-CV-10209, and it's in the District Court in
15    the Eastern District of Michigan, and it's pending in
16    front of the Honorable Judge Goldsmith.
17      Now, there's a Protective Order in place in this
18    case, sir.  The Protective Order is another fancy word
19    of a device that we are using to make sure that your
20    identity does not escape the record at all.  The public
21    will not know of your name, your full name, or any
22    personal identifying information.
23      Now, that Protective Order, it's found -- it's
24    found at ECF No. 88, page ID 23892395.
25      And, again, like I said, it protects your identity.

K. S.
May 31, 2023

5

1      Will the court reporter confirm that she has read
2   the Protective Order and signed the acknowledgement?
3          COURT REPORTER:  Yes, I have.
4          THE WITNESS:  I'm sorry?
5          MR. DAMICH:  Okay.  And then will counsel
6   affirm that the person tendered is in fact Declarant
7   K.S.?
8          MS. CARBAJAL:  Yes.
9          MR. DAMICH:  Okay.
10  Q   (By Mr. Damich)  Sir, have you ever been deposed
11  before?
12  A   Yes, many years ago.
13  Q   Okay.  So just -- we'll go over the ground rules real
14  quick and just -- it will probably set the stage of how
15  I like my depositions to go.  I like to treat them as a
16  conversation.
17      Now, I get it, it's a weird conversation because
18  I'm the only one asking questions here.  It's a
19  one-sided conversation, with you answering.  Now,
20  another thing that's special about this conversation is
21  that we have a court reporter here, Stefanie, who's
22  writing everything down that we say verbally.
23      So, for example, you just nodded your head yes, and
24  you're understanding.  If I ask you a question that is
25  asking for a yes/no answer, nodding your head yes won't

6

1   make it into the transcript.  We need you to verbalize
2   yes and verbalize no.
3       Does that make sense?
4   A   Yes.
5   Q   Okay.  Also, a hard -- I can imagine a hard thing for
6   Stefanie to do is transcribe what we call cross-talk.
7   For example, if you're answering a question and I jump
8   in and try to talk over you, that's cross-talk.  And
9   that -- I can't even imagine how hard that would be for
10  Stefanie to go through and untangle who said what,
11  when, where, and what the heck they said.  So we're
12  going to try our best to avoid cross-talk if possible.
13      So just a couple of things to keep in mind.  If you
14  let me get my questions out before you answer them,
15  that would be great.  You're represented by counsel
16  today who more likely than not will have objections to
17  some of my questions.  I suggest that you wait until
18  she gets her objections out, and then give your answer,
19  and I will do my best to hold off in interjecting.
20      I am human, I will make mistakes sometimes, but I
21  will usually cut myself off, and let you get your full
22  answer out.
23      Now, here's the thing:  My goal today is not to
24  trick you into anything and get you into any kind of
25  gotcha moment.  It's not.  I'm simply just trying to

7

1   get some facts and line some facts up here.  So I'm not
2   going to ask you any -- my goal is not to ask you any
3   tricky questions.
4       So, if there's a question that I ask you that you
5   don't understand, you got to tell me.  You got to say,
6   Scott, I don't know what you're getting at, could you
7   please rephrase the question, that's confusing, you're
8   not making sense.  Please tell me that.
9       And with that in mind, if you do answer the
10  question or any questions that I ask you, is it fair --
11  is it a fair rule that you understood the question that
12  was asked of you; does that make sense?
13  A   Yes, it does.
14  Q   Excellent.  And I know even before the deposition
15  started, I thanked you for letting me know that you
16  have some hearing issues.  So, again, I'm going to do
17  my best to speak slowly, articulate as loud as I can,
18  without disrupting my colleagues and having them yell
19  at me.  And -- and make sure you hear every word that
20  comes out of my mouth.
21      But, going back to what I said previously, don't
22  guess that you heard what I said.  Let's confirm that
23  first before we get it on the record.
24      I'm not in the business of trying to see how long
25  you can sit still in the same seat for extended periods

8

1   of time.  If you want to a break even after I'm done
2   with my little soapbox talk here, that's fine.  The
3   only caveat that I have is when you want to take a
4   break, is that if I ask you a question, if you could
5   give an answer to the question before we go ahead and
6   say let's take five, ten minutes.  Is that fair?
7   A   Yes, it is.
8   Q   Excellent.  Okay.  Are you taking any medications or
9   any substances that affect your memory or ability to
10  answer truthfully today?
11  A   No.
12  Q   Is there anything else that might interfere with your
13  ability to answer questions truthfully and fully today?
14  A   No, not that I can think of.
15  Q   Okay.  Now, you previously mentioned that you were
16  deposed before.  Is that correct?
17  A   Yes.
18  Q   And, you said it was years ago.  Do you have an
19  approximation of how many years ago it was?
20  A   About 30 -- 33 years ago.
21  Q   What was it in relation to?
22  A   That was -- I was a plaintiff in a civil lawsuit.
23  Q   And who did you sue?
24          MS. CARBAJAL:  Sorry.  Objection.  I'm just
25  going to object to anything that invokes the name of

K. S.
May 31, 2023

3 (Pages 9 to 12)

**9**

1  this lawsuit just because it might impede on that
2  Protective Order and give you information about his
3  identity.
4      MR. DAMICH:  Sure.
5  Q  (By Mr. Damich)  Okay.  Let me rephrase the question.
6      Did you sue an individual or did you sue a
7  corporation?
8  A  No.  In fact, I sued a ███████████████
9  ███████████████████
10 Q  Were you a prisoner at the time you filed your suit?
11 A  Yes.
12 Q  And what did you think ████████ did wrong to you?
13 A  It was about ████████████████████████
14 Q  Okay.  So it was prison conditions?
15 A  Yes.
16 Q  Okay.  Do you remember the outcome of that lawsuit?
17 A  Yes.
18 Q  In what way?
19 A  I won.
20 Q  Congratulations.  So when you say you won, what did the
21 Court order the warden to do?
22 A  The Court ordered that the ████████████████
23 ████████████████████████
24 ████████████
25 Q  Now, you filed that while you were in prison, and I

**10**

1  think it's a great segue here to talk about what's
2  going to be the substance of our conversation today and
3  what it's going to surround.
4      From my understanding, you were -- you were
5  convicted twice of CSC, criminal sexual conduct,
6  correct?
7  A  Yes.
8  Q  Okay.  And, so, throughout this deposition, I'm going
9  to -- when I talk about your CSC conviction in the
10 singular, I'm speaking of the later one of the two, the
11 1985 conviction.  Is that fair?
12 A  Yes.
13 Q  And when I want to speak about both convictions, I'll
14 make sure to say it in the pleural.  And when I'm
15 talking about both convictions, I'm going to be talking
16 about the 1978 and 1985 convictions.
17     Does that make sense to you?
18 A  Yes.
19 Q  Okay.  Now, you -- do you remember signing a
20 declaration for this case?
21 A  Yes.
22 Q  And before we get into that, what's your understanding
23 of what's at issue in the current lawsuit?
24 A  My understanding is that it has to do with the
25 Registry.

**11**

1  Q  Okay.  Is that the extent of your understanding or do
2  you know of anything else about the claims being made
3  against my clients?
4  A  Well, I did read the claims section of the complaint
5  and review it just for purposes of relevancy.
6  Q  Okay.
7  A  You know, for my deposition.  That's it.
8  Q  Okay.  So in addition to reading the complaint, did you
9  do anything else to prepare for today?
10 A  The only thing that I did to prepare for today was I
11 believe I had four telephone conferences with Lauren.
12 Q  Okay.  Did you bring anything with you to today's
13 deposition?
14 A  No.
15 Q  Okay.
16 A  No, sir.
17 Q  Okay.  I'm going to share my screen with you.  And
18 hopefully this works out for both of us.
19     And let me know when you see a document show up on
20 your screen.
21 A  Oh, yes.  Okay, I see the Declaration.
22 Q  Okay.  You see that?
23 A  Yes.
24 Q  I'm going to scroll down and you see that it has the
25 K.S. here, at the signature line?

**12**

1  A  That's correct.
2  Q  This is your Declaration?
3  A  This is my Declaration, yes.
4      MR. DAMICH:  I'd like to mark this as
5  Deposition Exhibit A.
6      (Whereupon Defendants' Deposition Exhibit A
7      was marked for identification.)
8      THE WITNESS:  I'm sorry?
9  Q  (By Mr. Damich)  I was just telling the court reporter
10 that I would like to have this marked as a deposition
11 exhibit.  Just some lawyer talk.  That's all.
12 A  Yup.  Okay.
13 Q  Okay.  In the first paragraph there you talk about a
14 CSC-3 conviction in 1978?
15 A  Yes.
16 Q  That's criminal sexual conduct in the third degree,
17 correct?
18 A  Yes.
19 Q  All right.  What did you do?
20 A  I molested a child who was between the age of 13 and
21 15, I believe.  This was a plea-based sentence.
22 Q  So, when you say molestation -- you molested the child,
23 did you sexually penetrate the child?
24 A  Yes.
25 Q  Okay.  And do you know whether the child was between

**13**

1  the ages of 13 and 16?
2  **A  I believe the child was 13 at the time.**
3  Q  Okay.  Were you related to the child?
4  **A  No.**
5  Q  Did you have any type of personal relationship with the
6  child?
7  **A  Yes.**
8  Q  And what was that personal relationship?
9  **A  The child would come over to my house for**
10  **companionship.**
11  Q  Was the child a neighbor?
12  **A  Yes.**
13  Q  Were you friends with the parents?
14  **A  I'm sorry?**
15  Q  Were you friends with the child's parents?
16  **A  They knew about me, but I wasn't really friends of the**
17  **parents.**
18  Q  Okay.  And how old were you?
19  **A  How old was I?**
20  Q  Yes.
21  **A  At the time, 31.**
22  Q  And the child -- and the child was 13?
23  **A  That's correct.**
24  Q  Did you have a lot of friends that were 13 years old at
25  that time?

**14**

1          MS. CARBAJAL:  Objection.  Form.
2          THE WITNESS:  I'm sorry?
3  Q  (By Mr. Damich)  Did you have a lot of 13-year-old
4  friends when you were 31?
5          MS. CARBAJAL:  Same objection.
6          THE WITNESS:  Do I answer this?
7  Q  (By Mr. Damich)  Yes.
8          MS. CARBAJAL:  Yes.
9          THE WITNESS:  Okay.  No.
10  Q  (By Mr. Damich)  Okay.  At the age of 31, were you
11  employed?
12  **A  Yes.**
13  Q  What were you doing at the age of 31?
14  **A  I was working for the** ███████████████████████.
15  Q  Okay.  Did part of your job responsibilities lead --
16  allow you to come into contact with this child?
17  **A  I'm sorry, say again?**
18  Q  How did you become friends with this child?
19  **A  The child simply came to my house and saw me painting**
20  **my house, and we just struck up a conversation, and it**
21  **went on from there.**
22  Q  Did the child consent?
23  **A  Yes.  The -- yes.**
24  Q  Do you think a 13-year-old child has a mental capacity
25  to consent to sexual activity?

**15**

1  **A  At the time I assumed so, because the child was no**
2  **stranger to having sex with adults, I discovered; but**
3  **that doesn't excuse my behavior.**
4  Q  Sure.  How many other adults was she having sex with in
5  your estimation?
6          MS. CARBAJAL:  Objection to form.
7          THE WITNESS:  Oh, could you please repeat the
8  question so I can answer?
9  Q  (By Mr. Damich)  Sure.  To your knowledge, how many
10  other individuals did the 13-year-old have sex with
11  before she had sex with you?
12          MS. CARBAJAL:  Same objection, and
13  argumentative.
14          THE WITNESS:  Honestly, I have no idea.
15  Q  (By Mr. Damich)  Do you if any other individuals were
16  charged with criminal sexual conduct for their sexual
17  activity with a 13-year-old child?
18          MS. CARBAJAL:  Objection to form.
19          THE WITNESS:  Yes.
20  Q  (By Mr. Damich)  There was?
21          MS. CARBAJAL:  Objection to form.  Asked and
22  answered.
23          THE WITNESS:  I have discovered since I went
24  to prison that there were a number of people that
25  committed the same kind of crime with -- with minors,

**16**

1  with children.  I greatly regret my criminal activity
2  and I would certainly never approve of adult having --
3  an adult having sex with a child.  It was a form of
4  insanity.
5  Q  (By Mr. Damich)  Were you -- were you physically
6  attracted to the 13-year-old at the time?
7          MS. CARBAJAL:  Objection to form.
8  Argumentative.
9          THE WITNESS:  Do I answer this question?
10  Q  (By Mr. Damich)  Yes.
11  **A  Yes.**
12  Q  Are you still attracted to 13-year-olds?
13  **A  Oh, no.**
14          MS. CARBAJAL:  Objection to form.
15  Argumentative.
16  Q  (By Mr. Damich)  When did -- at what age did -- when
17  did your attraction end?
18          MS. CARBAJAL:  Objection to form and
19  argumentative.
20          THE WITNESS:  I would say with an
21  understanding of why I committed these offenses.  I
22  think this past term in prison, I learned a great deal
23  about myself and what triggered that behavior.
24  Q  (By Mr. Damich)  Okay.  And what did you learn?
25  **A  I learned that there were sociogenic and psychogenic**

17

1  reasons why I committed the crime. I learned that
2  loneliness can act as a trigger, depression can be a
3  trigger. And, for some reason -- I don't hang around
4  children. I haven't been around children in any sense
5  of having contact with them since I went to prison.
6  There's no reason for it. No legitimate reason for it.
7  I honestly believe that I have no sexual attraction to
8  children at this time. I hope that answers your
9  question.
10 Q  Uh-huh. And how did you get caught having sex with a
11    13-year-old?
12 A  The child's father questioned the child, and the child
13    confessed the relationship and what went on with me.
14 Q  In your opinion, what do you believe caused the father
15    to question the child?
16       MS. CARBAJAL: Objection. Form. Foundation.
17       THE WITNESS: I -- I'm just going to have to
18    guess at this because I really don't know. The father
19    may have been suspicious of the child's relationship
20    with me.
21 Q  (By Mr. Damich) Okay. What do you think would cause
22    his suspicion?
23       MS. CARBAJAL: Objection to form. Foundation.
24       THE WITNESS: Honestly, I don't know. I just
25    can't give -- you see, we're looking for the truth

18

1  here. So I don't know the truth of the situation as to
2  what triggered the father to talk to the child.
3  Q  (By Mr. Damich) Okay. How many times did you have sex
4  with the child?
5       MS. CARBAJAL: Objection to form.
6  Argumentative.
7       THE WITNESS: Oh, numerous times. I would say
8  between six and 12 times.
9  Q  (By Mr. Damich) Okay. And each time you knew that she
10    was 13-ears-ld?
11 A  Yes.
12       MS. CARBAJAL: Object to form. Argumentative.
13 Q  (By Mr. Damich) Okay. So, you were convicted in 1978.
14    Were you incarcerated after that?
15 A  Yes.
16 Q  For how many years?
17 A  Precisely two years, seven months and 14 days.
18 Q  So then what year would that have been that you got
19    out?
20 A  1980. June the 11th, I believe, 1980.
21 Q  Were you placed on parole?
22 A  I was placed on parole.
23 Q  For how long?
24 A  For two years, but I was released early from parole
25    because of the exemplary conduct on parole. The system

19

1  is entirely different than what it is now.
2  Q  And do you remember the terms of your parole at all?
3  A  Do I -- excuse me?
4  Q  Do you remember the terms of your parole at all?
5  A  Yeah, yeah. Stay out of bars and don't threaten and
6    intimidate anyone. That's it.
7  Q  Did you have to report --
8  A  The system was a lot different.
9  Q  Did you have to report to a parole officer?
10 A  At first, every month.
11 Q  Okay.
12 A  Then after about four months, he said I really don't
13    need to see you this often. You can see me every three
14    months.
15 Q  Did you have to contact your parole officer before
16    applying to new jobs?
17 A  The parole officer would ask about my employment when I
18    reported.
19 Q  Okay.
20 A  And would have appreciated it, and did appreciate it,
21    when I reported employment that occurred between my
22    visits with him. The system was entirely different.
23 Q  Sure. Did you have to report your -- where you were
24    living?
25 A  Yes.

20

1  Q  And were you tracked at all?
2  A  I'm sorry?
3  Q  Were you tracked at all, were there any tracking --
4  A  No.
5  Q  -- devices at that point?
6  A  No.
7  Q  I don't think there was back then.
8       Okay. Did you achieve employment after your
9    release?
10 A  After I was released in 1980?
11 Q  Uh-huh.
12 A  Yes.
13 Q  Okay. Where did you obtain employment?
14 A  I obtained employment almost immediately after I was
15    released in prison by applying to the ███,
16    ███████████████, program that was
17    existing at that time in ████████.
18 Q  Okay. So you found employment through your local --
19    through a program provided for through your local
20    county?
21 A  Yes. It was still a popular program and well funded to
22    help people who were disadvantaged find training and
23    employment.
24 Q  And how long did you stay with that program?
25 A  I stayed with that program until the -- until Ronald

K. S.
May 31, 2023

6 (Pages 21 to 24)

## 21

1    Reagan entered and cancelled the ▮▮▮▮▮.  He --
2    he -- he simply ended it, ended its funding, and then I
3    had to move on.
4  Q  Do you know -- do you have -- do you have an idea what
5    year that was?
6  A  I'm sorry, do I have any idea of --
7  Q  When year that was?
8  A  1981.
9  Q  And did you find any employment after that?
10 A  Yes.
11 Q  Okay.  Where -- what type of work did you find?
12 A  Administrative work.
13 Q  Okay.  Was that almost immediately after the program
14   was ended?  Was that -- did you obtain your new job
15   doing administrative work after Ronald Reagan entered
16   -- ended the program you previously referenced?
17 A  Yes.
18 Q  Okay.  And how quickly did you obtain employment?
19 A  Well, it seemed -- it was -- it was almost
20   serendipitous because where I was working, there was a
21   company that was just starting up that did home energy
22   analysis.  And when I lost my position with the ▮▮▮▮
23   program that was functioning in that same building,
24   this other company quickly picked up on those people
25   who were losing their jobs with the ▮▮▮▮ program.  And

## 22

1    I applied and was accepted into employment with that
2    other company.
3  Q  And how long did you stay with that company?
4  A  Until I was arrested for my current crime.
5  Q  And that was in 1985, right?
6  A  1984.
7  Q  When you were arrested, okay, yeah.
8  A  Yes.
9  Q  Convicted in 1985, correct?
10 A  Correct, convicted in 1985 at the end of June, I
11   believe.  You'll have to excuse me, I have repressed
12   much of this.  It's an inclination that I just wanted
13   to get on with my life.
14 Q  Sure.  Understandable.
15      Did you graduate from high school?
16 A  Yes.
17 Q  And do you have a college degree?
18 A  Yes.
19 Q  Which -- what do you have -- what's your college degree
20   in?
21 A  It's a Baccalaureate of Philosophy in the behavioral
22   sciences.
23      MS. CARBAJAL:  Scott, can we go briefly off
24   the record for a second?
25      MR. DAMICH:  Yeah.  Sure.

## 23

1      (Discussion off record.)
2      MR. DAMICH:  Okay.  Back on the record.
3  Q  (By Mr. Damich)  So you have an undergraduate degree in
4    philosophy and behavioral sciences?
5  A  No.  It was a Ph.B, Ph.B, a Baccalaureate of Philosophy
6    in the behavioral sciences from ▮▮▮▮▮▮▮▮.
7  Q  Got you.  Got you.  And when did you graduate?
8  A  1972.
9  Q  All right.  Did you go on to further education?
10 A  No.  I -- well, I there were financial problems that
11   precluded my further education.
12 Q  Okay.  So then when you graduated undergrad, did you
13   find employment?
14 A  Yes, but with great difficulty because of Affirmative
15   Action.  And, at the time, there was a quota that
16   certain ethnic groups were to be given primary
17   consideration, and I ran up against that time after
18   time after time.
19 Q  So you -- so Affirmative Action prevented you from
20   obtaining graduate -- a graduate degree?
21 A  That -- no, it actually prevented me from finding
22   meaningful employment for a while.
23 Q  Oh, okay.  I'm sorry.  You're right.  I switched over,
24   I went back to education.  I meant employment.  So,
25   Affirmative Action prevented you from employment?

## 24

1  A  And, I discovered -- now, we're going back to 1972.
2  Q  Sure.  Yeah.
3  A  There was a ▮▮▮▮▮▮▮▮
4    ▮▮▮▮, program where I was at that time living, and I was
5    picked up for employment.  Again, this time, public
6    administration.
7  Q  And this is all pre-conviction, right, all --
8  A  This is -- correct.
9  Q  So you said there was great difficult -- great
10   difficulty.  How long did you stay unemployed?
11 A  I -- actually when I was employed through the ▮▮▮▮
12   program at that time, I stayed on for two years.  There
13   was a sunset provision that encouraged you to leave the
14   ▮▮▮▮ program to find employment in the regular business
15   sector.
16      After the ▮▮▮▮ employment, I was able to find a job
17   with the ▮▮▮▮▮▮▮▮▮▮▮▮▮▮, and I was with
18   that job until my arrest in 1977 for the first crime.
19 Q  Did you have any trouble finding places to live between
20   the years of your graduation from undergrad and then
21   the years you were incarcerated?
22 A  No.
23 Q  Where did you live?
24      Before you answer, don't give me a specific
25   location.

25

1   A   I lived in the city of ▆▆▆▆▆▆▆▆ at the time I
2       graduated from college, and then --
3   Q   So --
4   A   I'm sorry?
5   Q   Okay.  So, you lived in, is it fair to say you lived on
6       the eastern -- the southeastern part of the State of
7       Michigan?
8   A   That's correct.
9   Q   Did you rent or own at that time?
10  A   Rent.
11  Q   Okay.  And then in 1978, you were convicted and
12      incarcerated, and then --
13  A   Yes, I was convicted in 1978 and incarcerated.
14  Q   And then in 1985 you were convicted of two counts of
15      CSC-1, correct?
16  A   That's correct.
17  Q   Okay.  Back to your declaration I see that, you know,
18      it says that you -- in the first sentence, it says you
19      were convicted of CSC-3 in 1978 and CSC-2 in 1985.
20          So, just to be clear, it was two counts of CSC-1 in
21      1985, right?
22  A   That's as I recall, yes
23          MS. CARBAJAL:  Form.
24  Q   (By Mr. Damich)  Okay.  What did you do this time?
25  A   This time my crime was that I molested three of the

26

1       children, and a neighborhood child -- three of the
2       children of my very best friends.
3           You have to understand this is very difficult for
4       me, because I live with this every night, every day,
5       24/7.  I live with the betrayal of my friends, and I
6       hate to talk about it over and over and over again.  I
7       hate to revisit it.
8   Q   Okay.
9   A   There's nothing I can do to take back my crime.
10  Q   Sure.  Okay.  So, just to go back to the crime, you
11      said that you molested three of the children of your
12      best friend?
13  A   Yes.
14  Q   And, so, there were only two counts of CSC -- of CSC-1,
15      right?
16  A   That's correct.
17  Q   Do you remember, were there any counts that were
18      dropped or charges that were dropped?
19  A   There was one count that was dropped because the child
20      refused to cooperate with the prosecution.
21  Q   So, again, how many children?
22  A   There were three --
23          MS. CARBAJAL:  Objection to form.  Asked and
24      answered.
25          THE WITNESS:  -- plus the neighborhood child.

27

1           I'm sorry, but is this all necessary?
2   Q   (By Mr. Damich)  Yes.  So you said there were three and
3       a neighborhood child?
4           MS. CARBAJAL:  Objection.  Asked and answered.
5   Q   (By Mr. Damich)  So there were four overall then?
6   A   Yes.
7   Q   Okay.  And what were their ages at the time?
8   A   13, 11 and eight.
9   Q   So there were four overall, but you only gave me three
10      ages.  Is there one age --
11  A   There were two that were twins, born on the same day.
12  Q   Okay.  Which one was that, what age?
13  A   They were 11.
14  Q   Okay.  And what ages were the ones -- the three of your
15      -- three of the children of your very best friend?
16  A   Excuse me.  I have got to get rid of this phone.  I had
17      it turned off, and it keeps on ringing through.  And I
18      don't want that interference.
19          MS. CARBAJAL:  Let's go off the record for a
20      second.
21          MR. DAMICH:  That's fine.
22          MS. CARBAJAL:  Okay.
23          (Brief recess.)
24          THE WITNESS:  Okay.  I'm back.  I don't
25      understand why that keeps ringing through.

28

1           MR. DAMICH:  That's okay.
2           MS. CARBAJAL:  All right.  Back on the record.
3   Q   (By Mr. Damich)  Okay.  Before we went off the record,
4       we had identified the ages of the four victims of your
5       sex -- of your second conviction.  They were 13, 11, 11
6       and eight.
7           And out of those four individual children, I had
8       asked you what three were the three of your very best
9       friends, if you could identify them by ages?
10  A   The -- the two 11-year-olds, and the eight-year-old.
11  Q   Okay.  And then did you have any -- a special
12      relationship with the 13-year-old?
13          MS. CARBAJAL:  Objection to form.
14          THE WITNESS:  Yes.
15  Q   (By Mr. Damich)  What was your special relationship
16      with the 13-year-old?
17          MS. CARBAJAL:  Objection to form.
18      Argumentative.
19          You can answer.
20          THE WITNESS:  The 13-year-old was friends with
21      the 11-year-old -- one of the 11-year-olds.
22  Q   (By Mr. Damich)  Did your very best friend know about
23      your prior conviction?
24          MS. CARBAJAL:  Objection to form.
25      Argumentative.

K. S.
May 31, 2023

---

29

1      THE WITNESS:  I honestly don't think so.
2  Q  (By Mr. Damich)  Do you think if he -- if he or she
3      would have known about your prior conviction that they
4      might not have let their children around -- around you,
5      or at least by themselves with you?
6      MS. CARBAJAL:  Objection to form.  Calls for
7      speculation and argumentative.
8      THE WITNESS:  Do I still answer it?
9  Q  (By Mr. Damich)  Yes.
10     MS. CARBAJAL:  You do.
11     THE WITNESS:  If they had known of that
12     conviction, no.  I think they would have been much more
13     careful about the supervision of their children around
14     me.
15 Q  (By Mr. Damich)  What ways do you think they'd be able
16     to find out about your prior conviction?
17 A  I'm sorry?
18 Q  What ways would they have been able to find out about
19     your prior conviction back then?
20     MS. CARBAJAL:  Objection to form.  Vague.
21     Calls for speculation.
22     THE WITNESS:  They would have had to -- well,
23     they would have had to have inquired.  I mean, there
24     was no way that they would have known unless I had told
25     them.

---

30

1  Q  (By Mr. Damich)  Okay.  And, so, at that point, you
2      were still attracted to children under the age of 13,
3      correct?
4  A  Yes.
5      MS. CARBAJAL:  Objection to form.
6      Argumentative.
7  Q  (By Mr. Damich)  That was a yes, right?
8  A  The answer was yes.
9  Q  Okay.  And how old were you in 1985?
10 A  Well, back when I was arrested, 39.
11 Q  Did you sexually penetrate each of those four children?
12 A  Yes.
13 Q  On multiple occasions?
14 A  Yes.
15 Q  Did you have other children watch while you performed
16     the --
17 A  No.
18     MS. CARBAJAL:  Objection to form, assumes
19     facts not in evidence.
20 Q  (By Mr. Damich)  So you had sex with them individually?
21     MS. CARBAJAL:  Objection to form.
22     Argumentative.
23     THE WITNESS:  Yes.
24 Q  (By Mr. Damich)  Was this usually done at your home?
25 A  I was living at the home of my very best friends at

---

31

1      that time.  My very best friends were working at the
2      same company I was working at.
3  Q  Okay.
4  A  And we had all been laid off by the company, so we were
5      all in need of finding other employment.  And they
6      invited me into their home as a gesture of kindness
7      until we all got back on our feet financially.
8  Q  How did you get caught?
9  A  One of the children happened to be discussing a
10     molestation event with her girlfriend.  And that
11     triggered Protective Services to come in, and then the
12     Michigan State Police.
13 Q  And then you -- how long of a prison sentence were you
14     given?
15 A  I was given a prison sentence of 20 years to 40 years
16     by arguably one of the finest and fairest judges in
17     ███████████████████████████.
18 Q  And how many years did you serve in prison --
19 A  I served 28 years out of 40 years.
20 Q  So you were 67 when you were released?
21 A  67.
22 Q  Okay.  And what year was that?
23 A  That was August the 29th, 2012.
24 Q  Were you placed on parole?
25 A  That's the date when I was paroled.

---

32

1  Q  And how long were you on parole?
2  A  Two full years and, of course, I wore a tether all of
3      that time.
4  Q  And what does a tether do?
5  A  The tether advised my parole agent of my whereabouts 24
6      hours a day, seven days a week.
7  Q  Okay.
8  A  All sex offenders were required -- were required to
9      wear them, and I believe still are required to wear
10     them.
11 Q  Did you also have to submit to drug testing?
12 A  I'm sorry?
13 Q  Did you have to submit to drug testing?
14 A  Yes, I did, although that was ludicrous.
15 Q  And how about alcohol, were you allowed to drink
16     alcohol?
17 A  All of that was done every time I reported, I had to do
18     a urine drop.
19 Q  What were some of the other requirements of parole this
20     time?
21 A  I was required to look for employment, and all of us as
22     a general rule were largely on house arrest.  We were
23     given specific time to go out to seek employment, and
24     on the weekends we were pretty much forbidden to be out
25     on the weekends, unless we had a specific religious

---

33

1    activity, or we wanted to do our laundry.
2         But we had to make sure that our agents always knew
3    where we were.  We had to ask for permission before we
4    left our residences each and every time.
5    Q   Were your electronic devices monitored?
6    A   Such as?
7    Q   Yeah, for example, like your computer usage, was that
8    monitored?
9    A   We weren't allowed to use computers, only at Michigan
10   Works.  I wasn't allowed to have a computer at all.  It
11   was kept in storage for two years.
12   Q   So you came off parole you stated in 2016?
13   A   I'm sorry, I ended parole in 2014.
14   Q   Sorry.  2014.  I'm sorry.  Thank you for clarifying.
15        If we could go back to Exhibit A, your Declaration.
16   In number three, it says:  Since my release from prison
17   in 2012, I've submitted more than 3,000 job
18   applications.
19   A   Yes.
20   Q   How many job applications -- how many job applications
21   did you submit while you were on parole?
22   A   For an entire period of -- of roughly nine years, I
23   submitted job applications repeatedly -- repeatedly.
24   Often -- as often as I could.  I intensified the job
25   search when I was allowed to have a computer again in

34

1    2014.  And for the next five years, I spent hours a day
2    online applying for jobs.
3    Q   So in your first -- so in 20 -- in 2012, how many jobs
4    do you think you applied to, approximately?
5    A   In 2012, I may have applied, between 2012 and 2013, to
6    maybe a dozen different prospective employers.  But the
7    parole rules were so tough, I actually wound up where I
8    was living doing odd job work for the land -- for the
9    property manager where I lived.  And that kept me busy,
10   and gave me some kind of below minimum wage employment
11   for about two years.  I did a lot of restorative work
12   in the various units that were rented and vacated over
13   that two-year period.
14   Q   Back to the exhibit here, it says at number four that
15   you were hired to work at a Federal government job
16   training program in 2015, called Experience Works.
17        Do you see that?
18   A   Yes.
19   Q   That was after you were off of parole, correct?
20   A   That was off -- yes, after I was off of parole.
21   Q   And do you know when in 2015 you got that job?
22   A   I got that job in -- around the first of February in
23   2015.
24   Q   And then when did -- do you remember the approximate
25   date that you came off of parole?

35

1    A   It had to be the end of August, the 29th or the 30th.
2    Q   Of 2014, correct?
3    A   That's correct.
4    Q   Okay.
5    A   Yes.
6    Q   So that's a six-month gap there between employment,
7    correct, between the time of your coming off of parole
8    and the time that you got your job in February 2015?
9    Does that sound about right?
10   A   That's right.  That's correct.
11   Q   Were you employed then?
12   A   Was I employed at the -- I'm sorry, say it again?  I
13   don't understand the question.
14   Q   Between the month of August 2014 and February 2015,
15   were you employed?
16   A   No, I don't recall being employed.
17   Q   Okay.
18   A   At that time.
19   Q   Then what did -- what did you do to survive?  What was
20   your source of income?
21   A   Okay.  My source of income was a very small Social
22   Security retirement check that came in every month.  At
23   the time I believe it was a little bit less than $1,100
24   a month.
25   Q   You had no other sources of income?

36

1    A   The only other sources of income that I may have had at
2    that time were doing odd jobs, cutting lawns, painting
3    people's homes on the outside, power washing their
4    homes, whatever.
5    Q   Okay.  You were like 69 years old at that time, right,
6    approximately?
7    A   I would say yes, and I was able to purchase my home
8    just before my 70th birthday, at the end of 2014.
9    Q   How much income did you have in 2022?
10   A   I'm sorry.  Say it again?
11   Q   How much income did you have in 2022?
12   A   I had -- I had just -- I was -- I've got to guesstimate
13   at this -- around 16,000.
14        MS. CARBAJAL:  Scott?
15        MR. DAMICH:  Yes.  It's about an hour and I
16   feel like there's about -- we have like a meeting at
17   10:00 every day.  It's going to explode in sound.  Can
18   we take a quick break?
19        MR. DAMICH:  Absolutely.  Absolutely.  What do
20   you want, maybe ten minutes?
21        MS. CARBAJAL:  Yeah.  Ten minutes would be
22   great.
23        MR. DAMICH:  All right.  So then let's do
24   11:10, we'll see each other again.
25        MS. CARBAJAL:  Thank you so much.

37

1          MR. DAMICH:  See you soon.  Of course.
2          (Brief recess.)
3          MR. DAMICH:  Back on the record.
4    Q   (By Mr. Damich)  I want to go ahead and tighten up your
5          housing both pre and post your second conviction.
6          Could you remind me previous -- I think you
7          previously testified that you were living somewhere
8          before your second conviction.  Did you -- was that a
9          house or an apartment?
10   A   What time frame are we talking?
11   Q   So that would be between -- between your -- that would
12         be right before you got arrested for your second
13         conviction, where were you living?
14   A   I was living with my best friends.
15   Q   Were your best friends located in Michigan?
16   A   Yes.
17   Q   Okay.  And then were your best friends, would you say
18         it's fair to say, in southeast part of Michigan?
19   A   Here in central Michigan.
20   Q   Central Michigan, okay?
21   A   Yup.
22   Q   So you were renting?
23   A   Yes.
24   Q   Then when you were released from prison for your second
25         conviction, and that would be in 2012, where did you go

38

1          to live?
2    A   I was placed in temporary housing by and through the
3          Department of Corrections.  The parole office was
4          involved in -- in placing me where I ultimately stayed
5          for about two years until I was off of parole.
6    Q   So did you rent?
7    A   I did rent.
8    Q   Okay.
9    A   Yes.
10   Q   And did you live in central Michigan?
11   A   Yes.
12   Q   So you were living in central Michigan post-release,
13         we'll say from 2012 to 2014?
14   A   Yes.
15   Q   Okay.  And then 2014, what happened?  Where did you
16         move?
17   A   At the end of 2014, I was able to get on a computer,
18         and, amazingly, very quickly I discovered what they
19         call a Land Bank program, a county Land Bank program.
20         And they were selling rehabbed housing for a very
21         reasonable amount of money.  And I was blessed by being
22         able to purchase the home where I live now, and that
23         was at the end of 2014.  The closing was in December of
24         2014.  It's been a blessing.
25   Q   So from December 2014 until today, you were living in a

39

1          home that you purchased?
2    A   That's correct.
3    Q   And today you're located in that home right now?
4    A   That's correct, yes.
5    Q   Do you know the fair market value of your home
6          currently?
7    A   Say again?
8    Q   The current fair market value of your home?
9    A   I have worked hard to improve the value of the home.
10         I'm going to guesstimate about 85,000.
11   Q   Okay.
12   A   I've put a lot of work into it.
13   Q   From the time you released in 2012 until present day,
14         did you spend any time homeless?
15   A   No, thank God.  I had to purchase my home because no
16         one would rent to me.
17   Q   So did you have trouble finding suitable housing
18         because of your CSC history?
19   A   Absolutely.  The Registry.  It was always the Registry.
20   Q   Okay.  So my question was about the -- your criminal
21         sexual conduct history, not the Registry.
22         So, did you have trouble finding suitable housing
23         because of your criminal sexual conduct history?
24   A   No.
25   Q   Okay.

40

1    A   The Registry at the time forbade me to live in certain
2          areas.  So I couldn't find a home or apartment to rent
3          in many different areas, you know, where I live
4          currently, because of the restrictions about having
5          registered sex offenders in those geographical areas.
6          I purchased the home I have now because it lay outside
7          of those restricted areas.
8    Q   So even with those restricted areas, you were able to
9          find your current home?
10   A   That's correct, yes.
11   Q   Approximately how many apartment complexes did you
12         apply to for -- to live?
13   A   I'm sorry, I would have to guess at that answer.  I
14         might say two dozen.
15   Q   Two dozen?
16   A   I don't think that's unreasonable, 24 or 25.  And,
17         after awhile, you just give up.
18   Q   Okay.  Do you remember were they paper applications?
19   A   I'm sorry?
20   Q   Were they paper applications?
21   A   These were paper applications and they were always
22         turned down.
23   Q   Okay.
24   A   Because of the Registry, and because other tenants
25         would protest my presence there.

K. S.
May 31, 2023

41

1  Q  Do you remember if the applications specifically asked
2     if you were on the Sex Offender Registry?
3  A  I think that -- I think that maybe six or seven of them
4     did.  They might have also asked about criminal
5     background.
6  Q  So did all of them ask about criminal background?
7  A  Yes.
8  Q  Okay.  But not all of them asked about your Registry
9     status, correct?
10 A  This was a knee-jerk reaction to a movement called Ban
11    the Box, and employers in the area made an end run
12    around that movement.  Ban the Box was an employer
13    can't ask questions about criminal background before
14    the applicant has a chance to apply and be given some
15    kind of consideration before they slam the door.
16       Well, then apartment renters followed this trend
17    and they wanted to make sure that anyone who applied
18    for rent was carefully examined as far as criminal
19    background.
20 Q  So, my question was:  Did all the applications ask
21    whether or not you were on the Registry?
22 A  I'm certain that if I -- if I review from the
23    standpoint of memory, every one of the applications
24    wanted to know about criminal background.
25 Q  Do you remember, if any --

42

1  A  It was frustrating to realize that I wasn't eligible
2     for any kind of subsidized housing at the State or
3     Federal level.
4  Q  Why do you believe you didn't qualify for subsidized
5     housing?
6  A  Again, it had to do with the Registry.  As I recall,
7     looking into it from the Federal standpoint, registered
8     sex offenders were not allowed to participate in ETA
9     funding.  This all happened around 2014.  We even had a
10    Federal senator who wanted to remove sex offenders from
11    having food stamps and, thank God that didn't go
12    through.  I'm sorry.
13 Q  Okay.  So for housing -- I just to make sure we tighten
14    up your employment, too.
15       So you were employed between -- you were employed
16    before your first conviction, correct?
17 A  That's correct.
18 Q  And approximately how much were you making a year
19    before you were -- your first conviction?
20 A  $10,000 a year.
21 Q  Now, for the time period between your first conviction
22    and second conviction, you found employment, correct?
23 A  Yes.
24 Q  Okay.  How many different employers did you have
25    between that time period?

43

1  A  After I got out of prison the first time?
2  Q  Correct.
3  A  Three.
4  Q  Starting with the first, how -- approximately how much
5     did you make a year?
6  A  Maybe $7,000.
7  Q  Okay.  And then how about your second employer, how
8     much were you making per year?
9  A  They were all within that range, 7,000 to 8,000.
10 Q  And the same was true for your third employer?
11 A  And my third employer, about the same.  We -- this was
12    a time when you just -- people were making $6 an hour.
13 Q  Yeah.  Okay.  So then let's go to the period after you
14    were released for your second conviction.  You were
15    released in 2012.
16       Let's go through your employment history since
17    then.  In -- what was your first position post-release?
18 A  The first employment --
19 Q  Yes.
20 A  -- that I had was Northwest Initiative, and that was
21    $8.90 an hour, maybe $8.35 an hour, and it was
22    part-time.  Anywhere from 16 to 20 hours a week.
23 Q  Were you receiving any governmental benefits?
24 A  Yes, my Social Security retirement.
25 Q  Approximately how much was that?

44

1  A  Between a thousand and $1100 per month.  That kept the
2     wolf from the door.
3  Q  Okay.  So that was your first -- first job, that was
4     about 8.75 per hour.  Did you have a job after that?
5  A  A job after --
6  Q  So post-release, you said you got a job making 8.75 per
7     hour, right, in 2012?
8  A  In -- in 2015, that was my first real bonafide job with
9     ████████████.  That lasted about four years.
10 Q  So between 2012 and 2015, did you just live off of
11    governmental benefits and just side jobs?
12 A  That's correct, and some odd jobs.
13 Q  Any other jobs, other than the 8.75 per hour?
14 A  I left ████████ ████████ at the end of 2018 because
15    there was a sunset provision that compelled me to leave
16    after four years.  I applied to a government -- a
17    company which had government contracts.  And I worked
18    as a ████████ ████████ operator for four months
19    thereafter.
20 Q  And what was your salary at that position?
21 A  That ████████ ████████ position gave me $11 an hour on
22    third shift.
23 Q  And then are you still working at that job?
24 A  Say again, please?
25 Q  Are you still working that job?

K. S.
May 31, 2023

45

1 A Oh, that job lasted four months.
2 Q Okay. Why did you leave?
3 A I was exhausted, physically exhausted. I couldn't take
4    it, you know, that any more. It was a sweat shop.
5 Q So, it didn't have anything to do with your status as a
6    sex offender?
7 A Oh, absolutely. They would only hire me as a
8    registered sex offender if I worked on midnights. So
9    I'd have no contact with any of the good people.
10 Q Okay. And that caused you to be exhausted?
11 A If you'd seen what I had to do, yes.
12 Q Okay. So then where did you go from there?
13    Actually, before you answer -- before you answer
14    that, let me ask you this.
15 A I'm sorry?
16 Q Yeah -- no, never mind, scratch that. After your job
17    at -- that you left after four months, did you find --
18 A I applied to several jobs.
19 Q Did you file any kind of complaints with any kind of
20    governmental agencies for the way you were treated at
21    your previous jobs?
22 A I filed no claim against the ▮▮▮▮ ▮▮▮▮ company.
23 Q Did you ask to be switched back to the day shifts at
24    all?
25 A They would not allow me to work on day shift.

46

1 Q Did you ask?
2 A Yes, and the answer was no. You're a registered sex
3    offender. Quote, this is how we handle sex offenders.
4 Q Okay. And then from that position, where did you go?
5 A I mainly did odd -- odd jobs, but while I was doing
6    those, I was constantly applying for work via the
7    computer, using various different job sites, including
8    the Federal job site, State jobs, city jobs, county
9    jobs, all of them, basically, seeking administrative
10    work.
11    Actually, I would have even have been happy to have
12    been a parking lot attendant, anything to have a job.
13    Ultimately, I found a job at -- at the end of October
14    in 2020.
15 Q Okay. And then where did you find that job at?
16 A ▮▮▮▮ And that lasted until February, at the end of
17    February of 2021.
18 Q Why did you leave?
19 A They claimed they just got my background report from
20    their background investigation people, a company known
21    as Hire Right. I saw the Hire Right report that was a
22    result of Hire Right's background investigation two
23    days after I had my first interview.
24    They claim they didn't get the background report
25    until the end of February, 2021. They said, oh, it was

47

1    accidentally put in the spam file. And at that time
2    they said, well, your background doesn't meet company
3    standards.
4 Q The background being -- being convicted of having sex
5    with four children?
6    MS. CARBAJAL: Objection to form.
7    Argumentative.
8    THE WITNESS: I was told it was because of the
9    Registry, that it was a liability -- an insurance
10    liability to have me work there.
11 Q (By Mr. Damich) Okay. Do you know -- did you fill out
12    a paper application for ▮▮▮▮?
13 A I filled out applications for ▮▮▮▮ and during the
14    onboarding process, I took the hiring assistant who
15    stood over my shoulder, and I said, look at what I'm
16    inputting. This is my criminal background.
17    She said, oh, we're not going to worry about that
18    until the background report comes in. They were
19    desperate to have anyone work for them because this was
20    still during the pandemic. Nobody wanted to work. So
21    they were willing to hire anybody they could,
22    provisionally, to have employees in the store.
23 Q Provisionally on the running of a background check?
24 A Right.
25 Q And so then you did report your felonies on your

48

1    application?
2 A Absolutely.
3 Q Okay.
4 A It's a matter of record.
5 Q Sure. In that application, do you remember if it asked
6    if you were a current sex offender, or if you were on a
7    Registry?
8 A I'm sorry, say again. What?
9 Q Sure. Do you remember whether or not the ▮▮▮▮
10    application had a specific question asking you: Are
11    you currently on Michigan Sex Offender Registry?
12 A No. I can't recall that on the application. They
13    didn't want -- they had a certain block on the
14    onboarding process where they asked about past criminal
15    convictions. And I filled that in, and pointed it out.
16    It was very comprehensive. They were more interested
17    in hiring me because they needed a body to come in to
18    work. I'm sorry, that's -- it's fairly obvious to me.
19 Q Is it your understanding that you have to commit an
20    underlying offense to be placed on Michigan Sex
21    Offender Registry?
22 A It's my understanding that I had to be a convicted sex
23    offender to get on the Registry. I guess there are
24    exceptions, you know, which are strange. I don't want
25    to -- we don't discuss those.

K. S.
May 31, 2023

13 (Pages 49 to 52)

---

49

1  Q  Sure.  So is it fair to say that ▆▆▆ might not have
2     hired you because of your prior convictions, not
3     because of your placement on the Registry?
4  A  My impression when they fired me was that they got the
5     background report from Hire Right, and in the Hire
6     Right report, there is a very specific subsection that
7     addresses Sex Offender Registry.
8        As I recall the report, I don't have a copy of it,
9     I'm sorry, when they discovered that I was on the
10    Registry, there was a little red flag on the report.
11    And under that red flag, the -- Hire Right advised
12    ▆▆▆▆ that I didn't meet company standards.
13       That whole report was -- which I had a copy of it
14    two days after I applied and onboarded, their copy of
15    the report, they say was lost for four months until the
16    end of February.  When they discovered it, after they
17    found it, they immediately fired me.
18 Q  It, being the report from a third-party contractor?
19 A  That's correct, from Hire Right.
20 Q  Okay.  So is it fair to say that Hire Right's report
21    caused you to be fired?
22 A  Yes.
23 Q  Are you married?
24 A  No.
25 Q  Do you have any children?

---

50

1  A  No.
2  Q  Do you have any siblings?
3  A  All of my family is dead.
4  Q  So you don't have any nieces or nephews?
5  A  If they're still alive, I haven't had contact with them
6     in maybe 30 years.
7  Q  Okay.  All right.  Sorry I got off track there with
8     your employment.  So, when Meijer decided to let you
9     go, did you find employment after that?
10 A  I did.  But -- as a matter of fact, it was kind of
11    serendipitous.  I have a ▆▆▆▆ who takes care of
12    ▆▆▆▆ for me.  And one day he called and
13    said, ▆▆▆ help.  And I said, what?  And he said, I
14    need someone to deliver ▆▆▆▆ I'm desperate,
15    will you help me.  And I said certainly.
16       By that time, he was fully informed about my entire
17    criminal background.  I've discussed my entire criminal
18    background with my employer and his wife, co-owners of
19    a small ▆▆▆ where I live.  And they were so
20    forgiving.  They have found out that I'm very
21    trustworthy since they have contracted with my
22    services.
23 Q  Okay.  So then when did your relationship with this
24    company begin?
25 A  This employer, it began around October the 18th, 2021,

---

51

1     and I'm currently employed -- well, I mean, in a matter
2     of sense, I'm currently employed with them now.
3  Q  Okay.  So then, before you left your job with ▆▆▆
4     how much were you making?
5  A  Before I lost my job with ▆▆▆  Oh, brother.  Total
6     income including my Social Security, about 13,000 --
7     1300 a month.  Wait a minute.  Hold on.  No, it would
8     be probably a little over 2000 a month.
9  Q  And that's -- is that including your Social Security
10    benefits?
11 A  Yes, that includes my Social Security benefits.  My
12    work with ▆▆▆ was also part-time.  They didn't
13    really allow work, anyone to work full-time, because
14    they didn't want to pay the benefits.
15 Q  Now, fast forwarding to your current pharmacy job, how
16    much do you make now?
17 A  It varies depending upon how many hours I put in and
18    the mileage they pay me.
19 Q  I think previously you had testified you made
20    approximately 16,000 a year?
21 A  Right now that would be -- that would be now over
22    20,000 a year.
23 Q  Okay.  Does that come with benefits?
24 A  No, no benefits.
25 Q  So since your release from prison, you've been steadily

---

52

1     employed, right?
2  A  I -- I don't know if you'd call it steadily employed.
3     I mean, I participated in a job training program for
4     maybe three or four hours a day, five days a week.  And
5     then I had full-time employment very shortly with
6     operating a sewing machine.  And then I was unemployed
7     for -- wow -- from 2019 until the end of 2020.
8        So I don't -- how would you call that, you know,
9     regularly employed or consistently employed?  Now, I
10    have been consistently employed at the ▆▆▆▆
11    part-time, for 19 months, without benefits.
12 Q  And you're currently 78 years old?
13 A  78, that's correct.
14       I'll be right back.  I'll be right back.
15       (Discussion off the record.)
16 Q  (By Mr. Damich)  Do you belong to any social clubs or
17    anything?
18 A  I am currently on the -- on the Executive Board or
19    Organizing Board of a small ▆▆▆▆ called ▆▆▆▆
20    ▆▆▆▆▆  And we -- we meet once a week, and we
21    have participants who are often on parole, and his wife,
22    many of whom are registered sex offenders and people
23    who have anger management problems, and -- and people
24    who have addictions or substance abuse problems.
25 Q  Okay.  Any other -- what else do you do in your spare

---

53

1    time?
2  **A  Actually, I have five kitty kids and a home, and**
3    **gardens and lawns that take up huge amounts of my time.**
4    **I'm OCD, so everything about my home and my property**
5    **and my lawns and my 30 rose bushes have to be perfect.**
6  Q  Now, do you find, I know you said you feel like you
7    have OCD, but do you actually find enjoyment in doing
8    that stuff though?
9  **A  The amount of time that I spend doing recreational**
10    **activities amounts to trying to watch TV for two hours**
11    **a night before I go to bed, because I'm constantly**
12    **busy.**
13  Q  That's good to be constantly busy between taking care
14    of your house, your yard, your cats, and then, of
15    course, with the organization you helped start,
16    correct?
17  **A  That's correct.**
18  Q  Okay.
19  **A  I'm always available for people who call who need help**
20    **in one way or another. So I have people coming and**
21    **going from my property almost daily, before work, and**
22    **in between times when I'm not out there doing work or**
23    **painting the house or doing something.**
24  Q  So you have a pretty solid friend base, then?
25  **A  Yes.**

54

1  Q  Even with -- even with your prior convictions and even
2    with being on the Registry, you're able to maintain, it
3    sounds like you have good friends. In fact, you said
4    people come by daily, right?
5  **A  Well, many of these --**
6      MS. CARBAJAL: Objection. Asked and answered
7      THE WITNESS: I'm sorry?
8      MS. CARBAJAL: Objection -- objection asked
9    and answered. Mischaracterizing the testimony, but you
10    can answer the question.
11      THE WITNESS: Many of the people that come
12    over are former sex offenders who have rehabilitated
13    themselves, and demonstrated that they don't have any
14    proclivities towards reoffending.
15    I have neighbors who are not convicted sex
16    offenders and who definitely know about my convictions,
17    because before I moved into this home, I started
18    knocking on doors and telling that I was a convicted
19    sex offender.
20    It's interesting that, whimsically, I say that no
21    one has burned any crosses on my front lawn, or slashed
22    my tires, or written ugly comments across my garage
23    door. I am not reviled by my neighbors, thank God.
24    They've come to know me.
25  Q  (By Mr. Damich) So, in general, you've been able to

55

1    enjoy life? So, in general, you've been able to enjoy
2    life?
3  **A  I am blessed with an amazing ability to be able to**
4    **enjoy life in spite of the millstone around my neck of**
5    **being a registered offender. Not many people have**
6    **succeeded, if you want to call it success, like I have,**
7    **because I'm determined.**
8  Q  Okay. Now, you had --
9  **A  There's a religious thing here, a spiritual thing. My**
10    **whole life is devoted to God. That's all I can say.**
11    **It's very important that I follow what I consider to be**
12    **God's will, doing good things, and that's what I do,**
13    **seven days a week.**
14  Q  So you didn't --
15      MS. CARBAJAL: So --
16      MR. DAMICH: Pardon me?
17      MS. CARBAJAL: Sorry. We have to do the whole
18    switch-a-roo thing. Can we take another 10-minute
19    break?
20      MR. DAMICH: Actually, perfect timing. That
21    will bring us back right at noon, so that works for me.
22      MS. CARBAJAL: Okay. Great. Awesome. We'll
23    see each other at noon.
24      (Brief recess.)
25  Q  (By Mr. Damich) We're back on the record.

56

1    Before we took a quick break there, in one of your
2    answers you had made mention that SORA is a millstone
3    around your neck. Do you remember that?
4  **A  Yes.**
5  Q  Okay. How often do you have to -- how often do you
6    have to register or verify a person with law
7    enforcement?
8  **A  I must register every three months for the rest of my**
9    **life. And if there are any changes in my situation,**
10    **I'm required to register those changes. If I get a**
11    **different license plate, if I get a different car, if I**
12    **get a different email address, if I get a different**
13    **phone number. It's just on and on and on.**
14  Q  Sure. Now, when you go to report -- when you go do
15    your Registry every three months, where do you go?
16  **A  I go to the police station where I live to report.**
17  Q  How far away is the police station?
18  **A  Two and a half miles.**
19  Q  Okay. Can you give me an approximation of how long you
20    usually spend there whenever you're registering?
21  **A  15 minutes to a half-hour normally.**
22  Q  So would you say it's usually like an hour long ordeal,
23    couch, back to couch, right, by the time you get in the
24    car, drive to the place, the station?
25  **A  Yup.**

57

1  Q  Register, and you're back at your home within an hour?
2  A  Right.
3  Q  Okay.  So you spend four hours out of the year
4     registering?
5  A  If you want to put it down to that, yes.
6  Q  All right.  So, March of 2021, on how many occasions
7     have you had to update your information?
8  A  Well, I had to update my information when I had my
9     sewing job, and, with ▮▮▮▮▮ it wasn't required that
10    I report it because that was during COVID.  And I had
11    to update my job with the pharmacy.
12 Q  So, twice?
13 A  I'm sorry?
14 Q  So twice you've had to do that?
15 A  I had to update my Registry when -- with the pharmacy
16    job.
17 Q  And then also with the sewing job, right?
18 A  Yes.
19 Q  So that was two separate instances where you had to
20    update, right?
21 A  That's correct.
22 Q  Okay.  And both of those --
23 A  I also had to update when I got my car.
24 Q  Okay.
25 A  And changes in license plate.

58

1  Q  That was a third instance since 2021 you had to change,
2     right -- or submit updated changes, correct?
3  A  Yeah.
4  Q  Any other instances?
5  A  I can't recall any --
6  Q  Okay.
7  A  -- offhand.
8  Q  When you did those updates, did you go in person?
9  A  Yes.
10 Q  Okay.  I want to go ahead and share my screen with you
11    again real quick.
12       Do you recognize -- okay.  Do you recognize this
13    document by chance?
14 A  I don't -- I'm not aware -- I see it, but, no, I knew
15    nothing about this.
16 Q  Okay.  So you're not aware that some updates can be
17    done via mail-in, you can mail in your updates?
18 A  No, I was not aware of that.  I'm trying to look at
19    this now.
20 Q  Want me to zoom in for you so you can see it better?
21 A  It's okay, I can see it.  I'm just looking for -- it
22    doesn't ask anything about employment.  There's no
23    section for employment update, which is interesting.
24 Q  Yeah.  Is there anything on this form, except for the
25    lack of, you know, when you said this could be a lack

59

1     of employment section that's confusing to you?
2  A  No.  It looks like the same stuff that I have on my
3     paperwork when I go in to register.  This information
4     would be able to be pulled off of that form.
5  Q  So there's nothing confusing about the offender
6     information requested, what's a temporary residence,
7     any other contact information -- contact information
8     called for there under three, vehicles, mobile homes,
9     none of that's confusing to you?
10       MS. CARBAJAL:  Objection to form.  Compound.
11    And mischaracterizes the testimony.
12       THE WITNESS:  Oh, I just notice a little
13    section there below contact information where it says,
14    the following email Internet information is only
15    collected for those with offenses committed on or after
16    July 1st, 2011.
17       So I -- I'm not even required to report any
18    changes in emails, which I didn't know.  That's all I
19    have to say.
20 Q  (By Mr. Damich)  So you have -- so you have been
21    including your email in identifiers whenever you go to
22    update and everything?
23 A  I'm sorry, I didn't understand.  What?
24 Q  So, you have -- you have been submitting your email and
25    Internet identifiers?

60

1  A  I -- there's been no need for me to update that because
2     my email has been the same since 2012.
3  Q  Okay.
4  A  As well as my phone number.
5  Q  Do you think the Sex Offender Registry protects the
6     public in any way?
7  A  No.
8  Q  Previously you had testified if your very best friend
9     had known of your prior conviction, then perhaps he
10    wouldn't have trusted you to be around his three
11    children before you sexually assaulted them.
12       Had their information been on a Sex Offender
13    Registry, do you think that perhaps that could have
14    protected the three children from your actions?
15       MS. CARBAJAL:  Objection to form.  And calls
16    for speculation.
17       THE WITNESS:  I honestly don't know how to
18    answer the question.  I just don't know.
19 Q  (By Mr. Damich)  Okay.  Again, I'm just reminding you
20    previously testified that had your very best friend
21    known about your prior actions, that he would not have
22    entrusted, that perhaps he would not have entrusted his
23    children with you.  Do you remember that?
24 A  Yes, I do, and that -- that really was on me.  That
25    should have been on me to, you know, disclose that

61

1    information.
2    Q  Right.
3    A  How could I call him very best friend when I didn't
4       disclose that information?
5    Q  And, had he known that information, don't you think the
6       chances are that he would not have let his children
7       around you?
8           MS. CARBAJAL:  Objection to form.
9           THE WITNESS:  Again, I just don't know how to
10      answer the question.  I'm sorry.
11   Q  (By Mr. Damich)  I think previously you -- I think you
12      already answered the question.  You said that you
13      wouldn't -- that you think that he wouldn't allow them
14      to be around you?
15   A  Yes.  I think had he known I was a sex offender, he and
16      his wife would have given second thought to me being
17      around their children.
18   Q  Sure.
19   A  At the same time, I don't think the Registry protects
20      the public because it only takes three seconds to
21      commit a sex crime.
22   Q  Okay.  So if the parents had known about that
23      information, perhaps they might have not let their
24      children around you, and they could have been protected
25      from being sexually assaulted, right?

62

1           MS. CARBAJAL:  Objection to form.
2       Argumentative.
3           THE WITNESS:  If they had had prior
4       information about me being a sex offender, it might
5       have offered them some protection, I guess.  I just
6       don't know.
7    Q  (By Mr. Damich)  And then --
8    A  I'm sorry.
9    Q  And in your former --
10   A  I'm just guessing at this.
11   Q  Sure.  And your friend is -- your friend and his
12      children are members of the public, right?
13   A  My what?
14   Q  Your friend and his children are members of the public,
15      right?
16   A  Yes, they are.
17   Q  And they would have been protected had they had that
18      information, right?
19          MS. CARBAJAL:  Objection to form.
20          THE WITNESS:  Yes.
21   Q  (By Mr. Damich)  So the Sex Offender Registry provides
22      that information, correct?
23   A  It does, but I -- there must be other ways to provide
24      that.
25   Q  So I guess I'm just confused on how you could say that

63

1       the Sex Offender Registry does not protect the public
2       in any way, where it could have very well prevented the
3       very conviction that you had back in 1985.
4           MS. CARBAJAL:  Objection, form and
5       argumentative.  Also, was there question?
6           THE WITNESS:  This Registry and everything
7       about it has me confused and it always will.
8    Q  (By Mr. Damich)  Okay.
9    A  I'm sorry.  The Registry is nothing but something that
10      was invented using the punishment model.  There's
11      nothing about the Registry which shows any sign of
12      restorative justice.  It's all about punishment.
13          There's no due process in the Registry to allow an
14      offender to challenge ongoing registration or to be
15      removed from it.  And that's why it's so heinous to me.
16      Obviously, not as heinous as my crimes.  But when you
17      don't give a person any due process to get away from
18      that, then I have to wonder about society.  And I have
19      to wonder about the validity of the law that gives no
20      due process.
21   Q  (By Mr. Damich)  Have you ever given any thought to the
22      mental impact that your victims have had on their lives
23      since --
24   A  I've been dealing with it for 35 years, every time I
25      look in the mirror.

64

1    Q  Do you think that the Sex Offender Registry may
2       encourage victims to come forward?
3    A  I'm -- we're --
4           MS. CARBAJAL:  Objection.  Calls for
5       speculation.
6           THE WITNESS:  We're dealing with suppositions.
7       I don't know.  I have no idea.  Would it?  I don't
8       know.  Is it real?  I don't know.  Are we dealing with
9       suppositions or realty?  I can't answer the question.
10   Q  (By Mr. Damich)  Okay.  So if victims come forward to
11      report sex crimes, does that protect the public?
12          MS. CARBAJAL:  Objection to form.  Calls for
13      speculation.
14          THE WITNESS:  These are tough questions to
15      answer.  I don't know.  I would have to guess.  I would
16      have to suppose.
17   Q  (By Mr. Damich)  Well, just in your opinion.
18          MS. CARBAJAL:  Same objections.
19          THE, WITNESS:  I'm sorry.  I just don't know.
20      In my opinion as far as I'm concerned, my opinion means
21      squat.
22          I don't know if it would cause people to come
23      forward.  We certainly don't need that because we have
24      all these programs that teach children in school what
25      bad touches and good touches are, and encourage them to

65

1     come forward.  We don't need the Registry for that.
2  Q  (By Mr. Damich)  Okay.  I'm going to go ahead and share
3     my screen again.
4         MS. CARBAJAL:  Hey, let's take just like a
5     quick five-minute break.  It will be the quickest
6     break, but --
7         MR. DAMICH:  Yeah.  That's fine.
8         MS. CARBAJAL:  Thank you.
9         (Brief recess.)
10         MR. DAMICH:  Back on the record.
11             I'm going to go ahead and -- before I go
12     ahead and reshare my screen, I would like to offer as
13     Exhibit B the mail-in update and explanation form that
14     the witness was testifying to earlier.
15         And then so that would be Exhibit B.
16         (Whereupon Defendants' Deposition Exhibit B
17         was marked for identification.)
18  Q  (By Mr. Damich)  So, now I'm going to reshare my
19     screen, and let me know when it comes up.  Okay.  Can
20     you see that, sir?
21             COURT REPORTER:  He's on mute.  Just a second.
22             MS. CARBAJAL:  While he's on mute, I'm just
23     going to put out the regular objection for this chart,
24     for the reasons that have been articulated in briefing
25     and before Judge Goldsmith, and I'm sure all the other

66

1     previous depositions on this subject.
2         MR. DAMICH:  Noted.  Thanks, Lauren.
3         MS. CARBAJAL:  You're welcome.
4  Q  (By Mr. Damich)  Okay, sir.  Do you see a new document
5     on your screen?
6  A  I'm sorry, what?
7  Q  Do you see a new document on your screen?
8  A  Yes, I do, and I have been reading it.
9  Q  Okay.  Now, what this document is, it's a collection of
10     -- it's a chart with a collection of some judicial
11     decisions.  And in one of the blocks, you'll see
12     recitation of some facts.  And then you're going to see
13     some case citations.
14         What I intend to do with this exhibit is to have
15     you read through some of these factual scenarios.  And
16     I'm going to have some questions for you about them.
17         MR. DAMICH:  And before we get there, I'm -- I
18     would like to offer this in as Deposition Exhibit C.
19         (Whereupon Defendants' Deposition Exhibit C
20         was marked for identification.)
21  Q  (By Mr. Damich)  All right.  If you could go, I'm going
22     to scroll down to number six.  I'm also going to zoom
23     in a little bit because it's a little -- can you read
24     that, is that good?
25  A  Number six?

67

1  Q  Yes.  Go ahead and read that to yourself and let me
2     know when you're done.
3  A  Yes.
4  Q  Okay.  Do you think your neighbors would want to know
5     if this perpetrator lived next door to them?
6  A  Do I think?
7  Q  Yes.
8  A  Here we go again, thinking.  Am I supposed to be
9     putting my place in a hypothetical neighbor, and what
10     they would be thinking?  This is really stretching me,
11     okay?
12         But, I'm going to say that I would -- I think the
13     neighbor would want to know how long ago the crime was
14     committed, what kind of time the person spent in
15     prison, what they've done to rehabilitate themselves,
16     if you're currently employed, if they're currently
17     married.  I want to know if they've been able to
18     recover their lives.  It's called restorative justice.
19         I don't know how to answer this question.
20  Q  You'd want to know that information in addition to the
21     information that you read?
22  A  Yes.
23  Q  Okay.
24  A  Because we're not the same people we were 40 years ago.
25     And something has -- you know, something has to give

68

1     credence to, you know, what has -- what's happened in a
2     person's life, how -- how they've changed.  If this
3     same individual hasn't made any progress, sure.
4         But when someone has gone through so much as a
5     result of their heinous behavior and come off the other
6     side, and they're still alive, my question is
7     irrelevant.
8  Q  Okay.  So you think --
9  A  These are terrible crimes.
10  Q  Yeah.  So --
11  A  But I still want to know what's happened to this
12     perpetrator, what's going on in his or her life.
13  Q  Okay.  And you would still want to know the facts that
14     you read there, too, though, right?
15         MS. CARBAJAL:  Objection.  Mischaracterizes --
16         THE WITNESS:  This is difficult because when I
17     went around and talked to my neighbors, they did not
18     want to know every lurid, sordid detail of my crime.
19         I told them I was a sex offender.  I told
20     them I was registered.  They seemed not to want to
21     inquire deeper.  However, many of the people in my
22     neighborhood, older women, came to my home, enjoyed a
23     cup of coffee, something to eat.  And then told me that
24     they had been sexually molested when they were girls.
25         I don't know where you stick that information,

**69**

1 but, it was a continuing wake up call to how prevalent
2 molestation is, going back 60 and 70 years.  I'm sorry,
3 I don't know what better answer to give your question.
4 Q  (By Mr. Damich)  And, so, you -- so, you actually
5 haven't felt stigmatized because of this sex offender
6 experience, you've actually found an increase in
7 friends?
8         MS. CARBAJAL:  Objection.  Mischaracterizes
9 the testimony.
10        THE WITNESS:  I chose out of a sense of moral
11 obligation to let my neighbors know that I was a
12 convicted sex offender, and register.  And -- and I let
13 the dominos drop wherever they fell, and decided that
14 I'd deal with the consequences of -- disclosing this to
15 my neighbors.
16        In the intervening eight years that I've lived
17 here, I've never had a problem with a neighbor.  No one
18 calling me ugly names, no one, you know, shunning me.
19 I just don't know how to answer this.
20 Q  (By Mr. Damich)  We're going to scroll down to number
21 18, if you could read that one.
22 **A  Just horrific.  So, we have two incidents, one of child**
23 **molesting and another of violent rape, which involve**
24 **entirely different states of mind, entirely different**
25 **psychological events going on.  These are horrible.**

**70**

1 **    How long do you -- how long do you want to follow**
2 **that -- that offender?  How long does this offender**
3 **have to pay for that horrible thing that he did,**
4 **including the time he spent in prison?  Because I'm**
5 **sure he spent decades in prison.  When does a person**
6 **ever find it possible to recover their lives?  Ever?**
7 Q  Would you want to know this information if the
8 perpetrator lived next door?
9 **A  Emotionally, I'm going to say yes, but, I ask if this**
10 **has to be done through the Registry.  There are ways**
11 **discovering what a person has done without the**
12 **Registry.**
13 Q  And what are those ways?
14 **A  Go online, Google the person.  My God, you'll find**
15 **everything about them.  If you don't know them, Google**
16 **them.  You'll find a man in prison, what they've done.**
17 **You don't need the Registry.**
18 Q  So you don't need the Registry?
19 **A  As a matter of fact, this is done constantly.  People**
20 **Google other people to see what they're like.  So, no,**
21 **the Registry isn't necessary for this.  Big Brother is**
22 **here; we don't need the Registry.**
23 Q  So you're saying the information is out there already
24 from other sources?
25 **A  Absolutely.**

**71**

1 Q  Do you think that it's more prevalent in other sources
2 than the Registry?
3         MS. CARBAJAL:  Objection.  Foundation.  Form.
4         THE WITNESS:  I think the information is so
5 comprehensive that if anyone wanted the details they
6 could then go further.  But the sources of information
7 about you and everything you do and everything you've
8 done, exist in maybe a hundred different websites.  And
9 they're available all over the world.  They're
10 accessible all over the world.  We don't need the
11 Registry.
12 Q  (By Mr. Damich)  So then if SORA were to go away,
13 wouldn't the registered still have the same issues
14 then?
15         MS. CARBAJAL:  Objection to form.
16         THE WITNESS:  If the, what?
17 Q  (By Mr. Damich)  If the Registry itself were to go
18 away, and under your previous statements, the
19 information is already out there, aren't the registered
20 still going to experience the same difficulties?
21         MS. CARBAJAL:  Objection to form.  Foundation.
22         THE WITNESS:  If the Registry goes away, then
23 registrants are able to recover their lives.  They
24 can't now.  There's no way.  There's no due process
25 that allows a registrant to recover their lives as long

**72**

1 as they're on the Registry.
2 Q  (By Mr. Damich)  Do you know whether or not Governor
3 Whitmer or Colonel Gasper has control over the
4 Internet?
5         MS. CARBAJAL:  Objection to form, foundation.
6         THE WITNESS:  Do I know if Governor Whitmer,
7 what?
8 Q  (By Mr. Damich)  Has control over the Internet?
9 **A  I would probably say no.**
10 Q  Okay.  So, then, you had previously testified that
11 there's multiple other sources of where you could find
12 information outside of the Sex Offender Registry,
13 correct?
14         MS. CARBAJAL:  Objection to form, foundation.
15         THE WITNESS:  Governor Whitmer should never
16 have signed this into law.
17 Q  (By Mr. Damich)  Okay.  But, again, to get back -- just
18 stay on track here, you did say that there's other
19 sources to find this information, right?
20 **A  Absolutely.**
21 Q  Absolutely.
22 **A  And they're incredibly comprehensive and revealing.**
23 Q  So then my question was:  If SORA were to go away,
24 wouldn't the registrants have all the same problems,
25 right?

K. S.
May 31, 2023

73

```
 1          MS. CARBAJAL: Objection to form.
 2    Foundation.
 3 Q  (By Mr. Damich) I don't know how -- I don't know how
 4    people -- if removing SORA would give people their
 5    lives back, if, in fact, all those other comprehensive
 6    sources are still out there. Do you understand what
 7    I'm saying?
 8          MS. CARBAJAL: Objection to form and
 9    foundation. Argumentative.
10          THE WITNESS: Yeah. It's a psychological
11    thing. And it also affects the family and the friends
12    of registered sex offenders.
13          I consider the Registry to be a millstone
14    around my neck. I consider it to be permanent
15    punishment. I might as well be back in prison. Some
16    people say, oh, it's just administrative. It's not
17    administrative. And we both know that if I were to
18    violate SORA, I would go back to prison. That's not
19    administrative at all, it's permanent punishment.
20 Q  (By Mr. Damich) Do you renew your license every year?
21 A  Pardon?
22 Q  Do you renew your driver's license every year?
23 A  I renew my driver's license every year.
24          I've got to do something with this. I don't
25    understand why this is still going through.
```

74

```
 1          MS. CARBAJAL: Do you need a second, K.S.? We
 2    can take this --
 3          THE WITNESS: Okay. I've got it. I keep
 4    getting these scam calls that come in every half hour,
 5    all day long. I'm sure you know what I'm talking
 6    about.
 7          In any event, as long as the person is on the
 8    Registry, they're never free.
 9 Q  (By Mr. Damich) Okay. So if you don't register -- if
10    you don't update your license every year -- driver's
11    license every year, is there a punishment for that?
12 A  Is this even comparable to what we're talking about? I
13    mean, is this relevant to what we're talking about,
14    updating my driver's license? I don't think it has any
15    bearing to do with what we're talking about.
16 Q  Sure. Is there any punishment if you don't update your
17    driver's license?
18          MS. CARBAJAL: Objection to form.
19          THE WITNESS: I am obligated to renew my
20    driver's license and registration every year. That
21    enables me to drive the car that I drive, in accordance
22    with the law.
23 Q  (By Mr. Damich) Okay.
24 A  That's a world apart from having to register every
25    three months in order to stay out of prison.
```

75

```
 1 Q  Back to Exhibit 3, if you can read number 26, and let
 2    me know when you're done.
 3 A  Okay.
 4 Q  Do you think this is information that your -- your --
 5    your former best friend would want to know about his
 6    neighbor?
 7          MS. CARBAJAL: Objection to form.
 8    Argumentative.
 9          THE WITNESS: I can't say anything more to you
10    than I've said about any of the other examples. You
11    know, if someone wants to know about who they're living
12    next to, all they have to do is know their name and
13    Google it. Believe me, it's there.
14 Q  (By Mr. Damich) Even without the Registry, correct?
15          MS. CARBAJAL: Objection. Mischaracterizes
16    the testimony.
17          THE WITNESS: I'm sorry, even what?
18 Q  (By Mr. Damich) Even without the Registry, correct?
19 A  Even without the Registry --
20          MS. CARBAJAL: Form.
21          THE WITNESS: -- the information is out there.
22 Q  (By Mr. Damich) And that information --
23 A  Absolutely.
24 Q  And that information is convictions of criminal sexual
25    conduct, correct?
```

76

```
 1 A  There is a site called IChat, I-C-h-a-t.
 2 Q  Okay.
 3 A  Anyone can access it, anyone can subscribe to it and
 4    get the background information of anyone in the State
 5    of Michigan. You don't need the Registry.
 6 Q  Okay. But again, back to 26, would you want to know
 7    this information about your neighbor? It's just yes
 8    or no?
 9 A  No.
10 Q  You would not want to know it?
11 A  I have other ways of finding out about my neighbor.
12    And it's -- you know, it's there and available for
13    everyone. This is the age of instant information. The
14    Registry just is nothing but punitive.
15 Q  Okay. If you could read number 33, and let me know
16    when you're done.
17 A  These are all scenarios that have been on TV, and every
18    crime show that you can probably lock on to, you know.
19    You've got 90 percent of television is crime show TV.
20    All of this stuff is on TV, and it's all available when
21    people want to find out about their neighbors. Go on
22    the Google, go on to IChat.
23          These are all horrible things.
24 Q  Okay. So you -- I'm guessing you finished reading that
25    facts -- scenario then?
```

K. S.
May 31, 2023

77

1  A  I'm saying that it doesn't matter which scenario you
2     show me. We don't need the Registry for that purpose.
3     People can find out vast amounts of information with
4     just a touch of their computer.
5  Q  Why do you think people would want to know that
6     information?
7  A  There is a tendency for people these days to check out
8     every single person that they have a relationship with,
9     and, you know, when you go on these other sites, you'll
10    see the little blurbs, oh, my God, I didn't know that
11    so and so was so and so. I'm glad I had this site, I'm
12    glad I found out this information. But it's out there.
13    It's out there. The Registry is not needed.
14 Q  Do you think it's a bad thing that this information is
15    out there?
16       MS. CARBAJAL: Objection to form.
17       THE WITNESS: If someone is interested in the
18    lurid and sordid details of any information that they
19    find out about someone through one of these other
20    sources, then it's easy for them to do that. Because
21    you see these other sites will show where the person
22    was convicted.
23       And so while it's nothing, I'll get to -- I'll
24    look up the 30th Circuit Court. I'll look up the name
25    and see what happens. I'll get the information from

78

1     the police agency.
2  Q  (By Mr. Damich) Okay.
3  A  There are many different ways of protecting the public
4     and they're all on the Internet.
5  Q  And how do those things on the Internet protect the
6     public
7       MS. CARBAJAL: Objection to form.
8       THE WITNESS: How does, what?
9  Q  (By Mr. Damich) How do those things on the Internet
10    protect the public?
11       MS. CARBAJAL: Objection to form.
12       THE WITNESS: I mean, I don't even know how to
13    answer that. I haven't got the slightest idea of how
14    to answer that.
15 Q  (By Mr. Damich) I'm just repeating what you said,
16    though, sir.
17 A  Huh? Can you -- is there a way you can rephrase that
18    or --
19 Q  Sure.
20 A  -- clarify for me.
21 Q  You finished up your last statement that all of that
22    information protects the public, and I asked you how
23    does that information protect the public.
24       MS. CARBAJAL: Objection to form.
25       THE WITNESS: How does it affect the public.

79

1     I just -- I just can't answer that, because I'm telling
2     you that if someone wants to know about their next door
3     neighbor, they just have to get on their computer. If
4     they want to know about the lurid and sordid details of
5     any information they find, they can further investigate
6     by going to the police agency or going to the court
7     record.
8       Now, how does it affect the public?
9  Q  (By Mr. Damich) Protect. Protect.
10 A  I can't even comprehend that, I'm sorry.
11 Q  Protect. Not affect. Protect.
12 A  Protest?
13 Q  Protect. How does it protect?
14 A  Protect?
15 Q  Yes.
16       MS. CARBAJAL: Same objections.
17       THE WITNESS: All of these various websites
18    protect the public by simply being there for people to
19    access. They don't the Registry.
20       People are constantly going on these other
21    sites, just to check out their friends, to see, oh,
22    let's find out what we can see about Alice, or Tommy.
23    This is something people do all the time. This is the
24    age of unprecedented, instant communication and
25    information about anything and everyone you want to

80

1     know about. It's all there.
2  Q  (By Mr. Damich) And you believe that information
3     protects the public?
4       MS. CARBAJAL: Objection to form.
5       THE WITNESS: This information affects the
6     public?
7  Q  (By Mr. Damich) Protect. Do you believe that that
8     information protects the public?-
9  A  Yes. The Internet protects the public. It provides
10    the information that they're looking for. I believe
11    that that does, and there are ample examples of it when
12    you go on these various websites. These Spokeo, and
13    all these other crazy find-out-information websites
14    about what people say.
15       I've got it, I looked at the information, and, oh,
16    my God, I discovered this, I discovered that. That
17    protects the public. And it does a really good job.
18    Sometimes the Registry is down and you can't access it.
19    Man, you cannot -- you can access any of these other
20    websites 24 hours a day, they're never down.
21       So, no, these other websites protect the public and
22    probably as well or better than SORA.
23 Q  So you do believe SORA protects the public?
24       MS. CARBAJAL: Objection to form. Asked and
25    answered.

81

1      THE WITNESS: I believe that it is one means
2  to protect the public, but it is not the end all and be
3  all of public protection.
4  Q  (By Mr. Damich) Okay.
5  A  **On these other sites you can find out a person's phone**
6  **number, their email address, their current living**
7  **address, their crime information, their status as to**
8  **whether they have been bankrupt, whether they've paid**
9  **off their home loan, and what kind of medical**
10  **conditions they have.**
11  **You don't find anything but that on -- you know, on**
12  **SORA. I mean, SORA is just a drop in the ocean. But,**
13  **it's a drop in the ocean that hurts registered**
14  **offenders more than it protects the public.**
15  Q  Have you ever contacted a member of the Michigan
16  legislature to inquire about changing the Michigan
17  registration laws?
18  A  **I believe I have, and I believe that was three or four**
19  **years ago. And I -- it was in the context of finding**
20  **employment, and I believe at that time that I contacted**
21  **110 state representatives and 38 senators by email and**
22  **by phone. I didn't get much of a response.**
23  Q  Okay. So do you -- it's -- you fully understand it's
24  the legislature that changes the law?
25  A  **I have addressed that in various emails that I sent to**

82

1  each of those elected officials.
2  Q  Sure. But, again, the question was -- let me rephrase.
3  Is it your understanding that the legislature is
4  the one that creates laws?
5      MS. CARBAJAL: Objection to form.
6  Mischaracterizes the testimony.
7      THE WITNESS: I understand that it's our state
8  representatives and state senators that introduce
9  legislation, and that it's voted on, and then
10  ultimately it's either vetoed or passed into law by the
11  Governor.
12  Q  (By Mr. Damich) Okay. Do you know whether --
13  A  **The legislators are the people you want to contact.**
14  Q  Okay. So you would agree that Governor Whitmer doesn't
15  have the power to change the sex offender law, correct?
16  A  **She had the power to prevent it into coming -- into**
17  **becoming law by the veto, and she chose not to veto it.**
18  Q  But currently, right now, as it stands today,
19  Government Whitmer does not have the power to change
20  the law, correct?
21      MS. CARBAJAL: Objection to form.
22      THE WITNESS: Provisionally, I'll say she
23  doesn't have the power to change the law, but she has
24  the chief law enforcement officer who represents her --
25  represents her and the people of the State of Michigan,

83

1  in reviewing state statutes which may be in violation
2  of the Constitution -- the State Constitution, and also
3  the Federal Constitution. That's why we have your
4  boss, who is absolutely outstanding.
5  Q  Thank you. Do you -- I agree, as well.
6  Do you know whether Governor Whitmer can reduce the
7  registration periods?
8  A  **All of that has to be done through the legislature,**
9  **which has to review it all.**
10  Q  Okay.
11  A  **However, your boss carved in granite her own opinion of**
12  **the Sex Offender Registration Act.**
13  Q  Okay. Do you know -- what about Colonel Gasper, does
14  he have the power to change the Sex Offender
15  Registration law?
16  A  **Not at all, but the SORA Act has been challenged and**
17  **very well, in an amicus curiae brief that your boss**
18  **submitted the February the 8th, 2019, and she ripped**
19  **the law apart.**
20  Q  Do you know whether Colonel Gasper can reduce the
21  registration period?
22  A  **Whether --**
23  Q  Colonel Gasper, can he reduce the registration period?
24  A  **No. I don't think he can reduce that. That's all the**
25  **legislature.**

84

1  Q  Okay.
2  A  **But Attorney General opinions are very powerful, and**
3  **often binding.**
4      MR. DAMICH: I don't have any further
5  questions.
6      MS. CARBAJAL: I don't have any questions
7  either.
8      THE WITNESS: No further questions?
9      MS. CARBAJAL: I have nothing also. Great.
10      MR. DAMICH: Well, sir, I truly hope you
11  understand it was a pleasure talking with you today.
12  And I appreciate you taking time out of your day, and
13  -- I know what it's like trying to herd kittens, I have
14  a couple of my own, and trying to have a long
15  conversation. So I appreciate your patience. I
16  appreciate you speaking with me today and, you know, I
17  hope you the best.
18      THE WITNESS: Thank you. I understand the
19  difficult situation you're in. It's not a walk in the
20  park, and I just hope that there is a reasonable
21  resolution to this situation, both for the public and
22  for registered sex offenders.
23      MR. DAMICH: And the victims as well, too.
24      (Whereupon the deposition was concluded at
25      about 12:54 p.m.)

K. S.
May 31, 2023

85

CERTIFICATE OF NOTARY - COURT REPORTER

STATE OF MICHIGAN)
                 )
COUNTY OF CLINTON)

        I, Stefanie S. Pohl, a Notary Public in and
for the above county and state, do hereby certify that this
transcript consisting of 85 pages stenographically reported
is a complete, true and correct record of the testimony of
K.S. held in the case on Wednesday, May 31, 2023.
        I also certify that prior to taking this
deposition and by agreement of counsel, K.S. was duly sworn
remotely to tell the truth.
        I also certify that I am not a relative or
employee of an attorney for a party or financially
interested in the action.


                        Stefanie S. Pohl
                        CSR #5616
                        Notary Public, Clinton County,
                        Michigan
                        My Commission Expires:  6/21/25

K. S.
May 31, 2023

## A

**a.m** 1:20 4:2
**Aberdeen** 2:3
**ability** 8:9,13
 55:3
**able** 24:16 29:15
 29:18 36:7
 38:17,22 40:8
 54:2,25 55:1,3
 59:4 67:17
 71:23
**above-entitled**
 1:22
**absolutely** 36:19
 36:19 39:19
 45:7 48:2 70:25
 72:20,21 75:23
 83:4
**abuse** 52:24
**accepted** 22:1
**access** 76:3 79:19
 80:18,19
**accessible** 71:10
**accidentally** 47:1
**achieve** 20:8
**acknowledgem...**
 5:2
**act** 17:2 20:16
 24:4 83:12,16
**action** 23:15,19
 23:25 85:17
**actions** 60:14,21
**activities** 53:10
**activity** 14:25
 15:17 16:1 33:1
**addictions** 52:24
**addition** 11:8
 67:20
**address** 56:12
 81:6,7
**addressed** 81:25
**addresses** 49:7
**administration**

24:6
**administrative**
 21:12,15 46:9
 73:16,17,19
**adult** 16:2,3
**adults** 15:2,4
**advised** 32:5
 49:11
**affect** 8:9 78:25
 79:8,11
**affirm** 5:6
**Affirmative**
 23:14,19,25
**age** 12:20 14:10
 14:13 16:16
 27:10,12 30:2
 76:13 79:24
**agencies** 45:20
**agency** 78:1 79:6
**agent** 32:5
**agents** 33:2
**ages** 13:1 27:7,10
 27:14 28:4,9
**ago** 5:12 8:18,19
 8:20 67:13,24
 81:19
**agree** 82:14 83:5
**agreement** 85:13
**ahead** 8:5 37:4
 58:10 65:2,11
 65:12 67:1
**alcohol** 32:15,16
**Alice** 79:22
**alive** 50:5 68:6
**allow** 14:16 45:25
 51:13 61:13
 63:13
**allowed** 32:15
 33:9,10,25 42:8
**allows** 71:25
**amazing** 55:3
**amazingly** 38:18
**American** 2:7
**amicus** 83:17

**amount** 38:21
 53:9
**amounts** 53:3,10
 77:3
**ample** 80:11
**analysis** 21:22
**anger** 52:23
**answer** 5:25 6:14
 6:18,22 7:9 8:5
 8:10,13 14:6
 15:8 16:9 24:24
 28:19 29:8 30:8
 40:13 45:13,13
 46:2 54:10
 60:18 61:10
 64:9,15 67:19
 69:3,19 78:13
 78:14 79:1
**answered** 15:22
 26:24 27:4 54:6
 54:9 61:12
 80:25
**answering** 5:19
 6:7
**answers** 17:8
 56:2
**anybody** 47:21
**apart** 74:24 83:19
**apartment** 37:9
 40:2,11 41:16
**APPEARANC...**
 2:1
**Appearing** 2:5,9
 2:14
**applicant** 41:14
**application** 47:12
 48:1,5,10,12
**applications**
 33:18,20,20,23
 40:18,20,21
 41:1,20,23
 47:13
**applied** 22:1 34:4
 34:5 41:17

44:16 45:18
 49:14
**apply** 40:12
 41:14
**applying** 19:16
 20:15 34:2 46:6
**appreciate** 19:20
 84:12,15,16
**appreciated**
 19:20
**approve** 16:2
**approximate**
 34:24
**approximately**
 34:4 36:6 40:11
 42:18 43:4,25
 51:20
**approximation**
 8:19 56:19
**area** 41:11
**areas** 40:2,3,5,7,8
**arguably** 31:16
**argumentative**
 15:13 16:8,15
 16:19 18:6,12
 28:18,25 29:7
 30:6,22 47:7
 62:2 63:5 73:9
 75:8
**arrest** 24:18
 32:22
**arrested** 22:4,7
 30:10 37:12
**articulate** 7:17
**articulated** 65:24
**asked** 7:12 15:21
 26:23 27:4 28:8
 41:1,4,8 48:5,14
 54:6,8 78:22
 80:24
**asking** 5:18,25
 48:10
**assaulted** 60:11
 61:25

**assistant** 2:11
 4:10 47:14
**assumed** 15:1
**assumes** 30:18
**attendant** 46:12
**attorney** 2:11,12
 4:10 84:2 85:16
**attracted** 16:6,12
 30:2
**attraction** 16:17
 17:7
**August** 31:23
 35:1,14
**available** 53:19
 71:9 76:12,20
**Avenue** 2:8
**avoid** 6:12
**aware** 58:14,16
 58:18
**Awesome** 55:22
**awhile** 40:17

## B

**B** 1:4 3:10 65:13
 65:15,16
**Baccalaureate**
 22:21 23:5
**back** 7:21 20:7
 23:2,24 24:1
 25:17 26:9,10
 27:24 28:2
 29:19 30:10
 31:7 33:15
 34:14 37:3
 45:23 52:14,14
 55:21,25 56:23
 57:1 63:3 65:10
 69:2 72:17 73:5
 73:15,18 75:1
 76:6
**background** 41:5
 41:6,13,19,24
 46:19,20,22,24
 47:2,4,16,18,23

49:5 50:17,18
76:4
**bad** 64:25 77:14
**Ban** 41:10,12
**Bank** 38:19,19
**bankrupt** 81:8
**bars** 19:5
**base** 53:24
**basically** 46:9
**bearing** 74:15
**becoming** 82:17
**bed** 53:11
**began** 50:25
**behalf** 1:4 2:5,9
2:14
**behavior** 15:3
16:23 68:5
**behavioral** 22:21
23:4,6
**believe** 11:11
12:21 13:2 17:7
17:14 18:20
22:11 32:9
35:23 42:4
75:13 80:2,7,10
80:23 81:1,18
81:18,20
**belong** 52:16
**benefits** 43:23
44:11 51:10,11
51:14,23,24
52:11
**best** 6:12,19 7:17
26:2,12 27:15
28:8,22 30:25
31:1 37:14,15
37:17 60:8,20
61:3 75:5 84:17
**betrayal** 26:5
**better** 58:20 69:3
80:22
**Big** 70:21
**binding** 84:3
**birthday** 36:8

**bit** 35:23 66:23
**blessed** 38:21
55:3
**blessing** 38:24
**block** 48:13
**blocks** 66:11
**blurbs** 77:10
**Board** 52:18,19
**body** 48:17
**bonafide** 44:8
**born** 27:11
**boss** 83:4,11,17
**Box** 2:13 41:11
41:12
**break** 8:1,4 36:18
55:19 56:1 65:5
65:6
**brief** 27:23 37:2
55:24 65:9
83:17
**briefing** 65:24
**briefly** 22:23
**bring** 11:12 55:21
**brother** 51:5
70:21
**building** 21:23
**burned** 54:21
**bushes** 53:5
**business** 7:24
24:14
**busy** 34:9 53:12
53:13

___

**C**

**C** 1:4 3:12 66:18
66:19
**call** 6:6 38:19
52:2,8 53:19
55:6 61:3 69:1
**called** 34:16
41:10 50:12
52:19 59:8
67:18 76:1
**calling** 69:18

**calls** 29:6,21
60:15 64:4,12
74:4
**cancelled** 21:1
**capacities** 1:12
**capacity** 14:24
**car** 56:11,24
57:23 74:21
**CARBAJAL** 2:2
5:8 8:24 14:1,5
14:8 15:6,12,18
15:21 16:7,14
16:18 17:16,23
18:5,12 22:23
25:23 26:23
27:4,19,22 28:2
28:13,17,24
29:6,10,20 30:5
30:18,21 36:14
36:21,25 47:6
54:6,8 55:15,17
55:22 59:10
60:15 61:8 62:1
62:19 63:4 64:4
64:12,18 65:4,8
65:22 66:3
68:15 69:8 71:3
71:15,21 72:5
72:14 73:1,8
74:1,18 75:7,15
75:20 77:16
78:7,11,24
79:16 80:4,24
82:5,21 84:6,9
**care** 50:11 53:13
**careful** 29:13
**carefully** 41:18
**carved** 83:11
**case** 1:8 4:12,13
4:18 10:20
66:13 85:11
**cats** 53:14
**caught** 17:10
31:8

**cause** 1:22 17:21
64:22
**caused** 17:14
45:10 49:21
**caveat** 8:3
**central** 37:19,20
38:10,12
**certain** 23:16
40:1 41:22
48:13
**certainly** 16:2
50:15 64:23
**CERTIFICATE**
85:2
**Certified** 1:23
**certify** 85:8,12,15
███████:15 21:1
21:22,25 24:3
24:11,14,16
**challenge** 63:14
**challenged** 83:16
**chance** 41:14
58:13
**chances** 61:6
**change** 52:19
58:1 82:15,19
82:23 83:14
**changed** 68:2
**changes** 56:9,10
57:25 58:2
59:18 81:24
**changing** 81:16
**charged** 15:16
**charges** 26:18
**chart** 65:23 66:10
**check** 35:22
47:23 77:7
79:21
**Chicago** 2:4
**chief** 82:24
**child** 12:20,22,23
12:25 13:2,3,6,9
13:11,22,22
14:16,18,19,22

14:24 15:1,17
16:3 17:12,12
17:15 18:2,4
26:1,19,25 27:3
69:22
**child's** 13:15
17:12,19
**children** 16:1
17:4,4,8 26:1,2
26:11,21 27:15
28:7 29:4,13
30:2,11,15 31:9
47:5 49:25
60:11,14,23
61:6,17,24
62:12,14 64:24
**chose** 69:10 82:17
**Circuit** 77:24
**citations** 66:13
**city** 25:1 46:8
**civil** 2:7 8:22
**claim** 45:22 46:24
**claimed** 46:19
**claims** 11:2,4
**clarify** 78:20
**clarifying** 33:14
**clear** 25:20
**clients** 11:3
**Clinton** 1:24 85:5
85:21
**closing** 38:23
**clubs** 52:16
**co-owners** 50:18
**coffee** 68:23
**COL** 1:11
**colleagues** 7:18
**collected** 59:15
**collection** 66:9,10
**college** 22:17,19
25:2
**Colonel** 4:11 72:3
83:13,20,23
**come** 13:9 14:16
31:11 48:17

51:23 54:4,11
54:24 64:2,10
64:22 65:1 68:5
74:4
**comes** 7:20 47:18
65:19
**coming** 35:7
53:20 82:16
**comments** 54:22
**Commission**
85:22
**commit** 48:19
61:21
**committed** 15:25
16:21 17:1
59:15 67:14
**communication**
79:24
**companionship**
13:10
**company** 21:21
21:24 22:2,3
31:2,4 44:17
45:22 46:20
47:2 49:12
50:24
**comparable**
74:12
**compelled** 44:15
**complaint** 11:4,8
**complaints** 45:19
**complete** 85:10
**complexes** 40:11
**Compound** 59:10
**comprehend**
79:10
**comprehensive**
20:16 24:3
48:16 71:5
72:22 73:5
**computer** 33:7,10
33:25 38:17
46:7 77:4 79:3
**computers** 33:9

**concerned** 64:20
**concluded** 84:24
**conditions** 9:14
81:10
**conduct** 10:5
12:16 15:16
18:25 39:21,23
75:25
**conferences**
11:11
**confessed** 17:13
**confirm** 5:1 7:22
**confused** 62:25
63:7
**confusing** 7:7
59:1,5,9
**Congratulations**
9:20
**consent** 14:22,25
**consequences**
69:14
**consider** 55:11
73:13,14
**consideration**
23:17 41:15
**consistently** 52:9
52:10
**consisting** 85:9
**constantly** 46:6
53:11,13 70:19
79:20
**Constitution** 83:2
83:2,3
**contact** 14:16
17:5 19:15 45:9
50:5 59:7,7,13
82:13
**contacted** 81:15
81:20
**context** 81:19
**continuing** 69:1
**contracted** 50:21
**contractor** 49:18
**contracts** 44:17

**control** 72:3,8
**conversation**
5:16,17,19,20
10:2 14:20
84:15
**convicted** 10:5
18:13 22:9,10
25:11,13,14,19
47:4 48:22
54:15,18 69:12
77:22
**conviction** 10:9
10:11 12:14
28:5,23 29:3,12
29:16,19 37:5,8
37:13,25 42:16
42:19,21,22
43:14 60:9 63:3
**convictions** 10:13
10:15,16 48:15
49:2 54:1,16
75:24
**cooperate** 26:20
**copy** 49:8,13,14
**corporation** 9:7
**correct** 8:16 10:6
12:1,17 13:23
22:9,10 24:8
25:8,15,16
26:16 30:3
34:19 35:2,3,7
35:10 39:2,4
40:10 41:9
42:16,17,22
43:2 44:12
49:19 52:13
53:16,17 57:21
58:2 62:22
72:13 75:14,18
75:25 82:15,20
85:10
**Corrections** 9:22
38:3
**couch** 56:23,23

**counsel** 5:5 6:15
85:13
**count** 26:19
**counts** 25:14,20
26:14,17
**county** 1:24
14:14 20:17,20
24:17 31:17
38:19 46:8 85:5
85:8,21
**couple** 6:13 84:14
**course** 32:2 37:1
53:15
**court** 1:1 4:14 5:1
5:3,21 9:21,22
12:9 65:21
77:24 79:6 85:2
**COVID** 57:10
**crazy** 80:13
**creates** 82:4
**credence** 68:1
**crime** 15:25 17:1
22:4 24:18
25:25 26:9,10
61:21 67:13
68:18 76:18,19
81:7
**crimes** 63:16
64:11 68:9
**criminal** 10:5
12:16 15:16
16:1 39:20,23
41:4,6,13,18,24
47:16 48:14
50:17,17 75:24
**cross-talk** 6:6,8
6:12
**crosses** 54:21
**CSC** 10:5,9 26:14
39:18
**CSC-1** 25:15,20
26:14
**CSC-2** 25:19
**CSC-3** 12:14

25:19
**CSR** 1:23 85:20
**cup** 68:23
**curiae** 83:17
**current** 10:23
22:4 39:8 40:9
48:6 51:15 81:6
**currently** 39:6
40:4 48:11 51:1
51:2 52:12,18
67:16,16 82:18
**cut** 6:21
**cutting** 36:2

---

**D**

**D** 1:4 3:1
**daily** 53:21 54:4
**Damich** 2:11 3:5
4:8,9 5:5,9,10
9:4,5 12:4,9
14:3,7,10 15:9
15:15,20 16:5
16:10,16,24
17:21 18:3,9,13
22:25 23:2,3
25:24 27:2,5,21
28:1,3,15,22
29:2,9,15 30:1,7
30:20,24 36:15
36:19,23 37:1,3
37:4 47:11
52:16 54:25
55:16,20,25
59:20 60:19
61:11 62:7,21
63:8,21 64:10
64:17 65:2,7,10
65:18 66:2,4,17
66:21 69:4,20
71:12,17 72:2,8
72:17 73:3,20
74:9,23 75:14
75:18,22 78:2,9
78:15 79:9 80:2

80:7 81:4 82:12
84:4,10,23
**date** 1:19 31:25
34:25
███████:7
**day** 26:4 27:11
32:6 34:1 36:17
39:13 45:23,25
50:12 52:4 74:5
80:20 84:12
**days** 18:17 32:6
46:23 49:14
52:4 55:13 77:7
**dead** 50:3
**deal** 16:22 69:14
**dealing** 63:24
64:6,8
**decades** 70:5
**December** 38:23
38:25
**decided** 50:8
69:13
**decisions** 66:11
**Declarant** 5:6
**declaration** 3:9
10:20 11:21
12:2,3 25:17
33:15
**deeper** 68:21
**Defendants** 1:14
2:14
**Defendants'** 3:9
3:10,12 12:6
65:16 66:19
**definitely** 54:16
**degree** 12:16
22:17,19 23:3
23:20
**deliver** 50:14
**demonstrated**
54:13
**Department** 2:12
9:22 14:14
24:17 38:3

**depending** 51:17
**deposed** 5:10
8:16
**deposition** 1:17
3:9,10,12 4:12
7:14 10:8 11:7
11:13 12:5,6,10
65:16 66:18,19
84:24 85:13
**depositions** 5:15
66:1
**depression** 17:2
**descriptions** 3:12
**desperate** 47:19
50:14
**detail** 68:18
**details** 71:5 77:18
79:4
**determined** 55:7
████████2:8
**device** 4:19
**devices** 20:5 33:5
**devoted** 55:10
**different** 19:1,8
19:22 34:6 40:3
42:24 46:7
56:11,11,12,12
69:24,24 71:8
78:3
**difficult** 24:9
26:3 68:16
84:19
**difficulties** 71:20
**difficulty** 23:14
24:10
**Director** 1:11
**disadvantaged**
20:22
**disclose** 60:25
61:4
**disclosing** 69:14
**discovered** 15:2
15:23 24:1
38:18 49:9,16

80:16,16
**discovering** 70:11
**discuss** 48:25
**discussed** 50:17
**discussing** 31:9
**Discussion** 23:1
52:15
**disrupting** 7:18
**District** 1:1,2
4:14,15
**Division** 1:2 2:12
**document** 11:19
58:13 66:4,7,9
**DOE** 1:4
**doing** 14:13
21:15 34:8 36:2
46:5 53:7,9,22
53:23 55:12
**dominos** 69:13
**door** 41:15 44:2
54:23 67:5 70:8
79:2
**doors** 54:18
**dozen** 34:6 40:14
40:15
**drink** 32:15
**drive** 56:24 74:21
74:21
**driver's** 73:22,23
74:10,14,17,20
**drop** 32:18 69:13
81:12,13
**dropped** 26:18,18
26:19
**drug** 32:11,13
**due** 63:13,17,20
71:24
**duly** 4:5 85:13

**E**

**E** 1:4 3:1
**earlier** 65:14
**early** 18:24
**eastern** 1:2 4:15

25:6
**easy** 77:20
**eat** 68:23
**ECF** 4:24
**education** 23:9
23:11,24
**eight** 27:8 28:6
69:16
**eight-year-old**
28:10
**either** 82:10 84:7
**elected** 82:1
**electronic** 33:5
**eligible** 42:1
**email** 56:12 59:14
59:21,24 60:2
81:6,21
**emails** 59:18
81:25
**Emotionally** 70:9
**employed** 14:11
24:11 35:11,12
35:15,16 42:15
42:15 51:1,2
52:1,2,9,9,10
67:16
**employee** 85:16
**employees** 47:22
**employer** 41:12
43:7,10,11
50:18,25
**employers** 34:6
41:11 42:24
**employment**
19:17,21 20:8
20:13,14,16,18
20:23 21:9,18
22:1 23:13,22
23:24,25 24:3,5
24:14,16 31:5
32:21,23 34:10
35:6 42:14,22
43:16,18 50:8,9
52:5 58:22,23

59:1 81:20
**enables** 74:21
**encourage** 64:2
64:25
**encouraged**
24:13
**ended** 21:2,2,14
21:16 33:13
**energy** 21:21
**enforcement** 56:7
82:24
**enjoy** 55:1,1,4
**enjoyed** 68:22
**enjoyment** 53:7
**ensure** 9:23
**entered** 21:1,15
**entire** 33:22
50:16,17
**entirely** 19:1,22
69:24,24
**entrusted** 60:22
60:22
**environment**
9:24
**escape** 4:20
**ESQUIRE** 2:2,7
2:11
**estimation** 15:5
**ETA** 42:8
**ethnic** 23:16
**event** 31:10 74:7
**events** 69:25
**evidence** 30:19
**Examination** 3:5
4:7
**examined** 41:18
**example** 5:23 6:7
33:7
**examples** 75:10
80:11
**Excellent** 7:14
8:8
**exceptions** 48:24
**excuse** 15:3 19:3

K. S.
May 31, 2023

Page 5

22:11 27:16
**Executive** 52:18
**exemplary** 18:25
**exhausted** 45:3,3
45:10
**exhibit** 3:9,10,12
12:5,6,11 33:15
34:14 65:13,15
65:16 66:14,18
66:19 75:1
**EXHIBITS** 3:8
**exist** 71:8
**existing** 20:17
**experience** 34:16
69:6 71:20
**Expires** 85:22
**explanation**
65:13
**explode** 36:17
**exposures** 9:13
**extended** 7:25
**extent** 11:1

— **F** —
**F** 1:4 2:7
**fact** 5:6 9:8 50:10
54:3 70:19 73:5
**facts** 7:1,1 30:19
66:12 68:13
76:25
**factual** 66:15
**fair** 7:10,11 8:6
10:11 25:5
37:18 39:5,8
49:1,20
**fairest** 31:16
**fairly** 48:18
**family** 50:3 73:11
**fancy** 4:18
**far** 41:18 56:17
64:20
**fast** 51:15
**father** 17:12,14
17:18 18:2

**February** 34:22
35:8,14 46:16
46:17,25 49:16
83:18
**Federal** 34:15
42:3,7,10 46:8
83:3
**feel** 36:16 53:6
**feet** 31:7
**fell** 69:13
**felonies** 47:25
**felt** 69:5
**file** 45:19 47:1
**filed** 9:10,25
45:22
**fill** 47:11
**filled** 47:13 48:15
**filling** 50:12
**financial** 23:10
**financially** 31:7
85:16
**find** 20:22 21:9
21:11 23:13
24:14,16 29:16
29:18 40:2,9
45:17 46:15
50:9 53:6,7
70:6,14,16
72:11,19 76:21
77:3,19 79:5,22
81:5,11
**find-out-infor...**
80:13
**finding** 23:21
24:19 31:5
39:17,22 76:11
81:19
**fine** 8:2 27:21
65:7
**finest** 31:16
**finished** 76:24
78:21
**fired** 49:4,17,21
**first** 4:5 7:23

12:13 19:10
24:18 25:18
34:3,22 42:16
42:19,21 43:1,4
43:17,18 44:3,3
44:8 46:23
**five** 8:6 34:1 52:4
53:2
**five-minute** 65:5
**flag** 49:10,11
**Floor** 2:4
**follow** 55:11 70:1
**followed** 41:16
**following** 59:14
**follows** 4:6
**food** 42:11
**forbade** 40:1
**forbidden** 32:24
**forgiving** 50:20
**form** 14:1 15:6,18
15:21 16:3,7,14
16:18 17:16,23
18:5,12 25:23
26:23 28:13,17
28:24 29:6,20
30:5,18,21 47:6
58:24 59:4,10
60:15 61:8 62:1
62:19 63:4
64:12 65:13
71:3,15,21 72:5
72:14 73:1,8
74:18 75:7,20
77:16 78:7,11
78:24 80:4,24
82:5,21
**former** 54:12
62:9 75:5
**forward** 64:2,10
64:23 65:1
**forwarding** 51:15
**found** 4:23,24
20:18 42:22
46:13 49:17

50:20 69:6
77:12
**foundation** 17:16
17:23 71:3,21
72:5,14 73:2,9
**four** 11:11 19:12
27:5,9 28:4,7
30:11 34:14
44:9,16,18 45:1
45:17 47:5
49:15 52:4 57:3
81:18
**frame** 37:10
**free** 74:8
**friend** 26:12
27:15 28:22
53:24 60:8,20
61:3 62:11,11
62:14 75:5
**friends** 13:13,15
13:16,24 14:4
14:18 26:2,5
28:9,20 30:25
31:1 37:14,15
37:17 54:3 69:7
73:11 79:21
**front** 4:16 54:21
**frustrating** 42:1
**full** 4:21 6:21
32:2
**full-time** 51:13
52:5
**fully** 8:13 50:16
81:23
**functioning**
21:23
**funded** 20:21
**funding** 21:2 42:9
**further** 23:9,11
71:6 79:5 84:4
84:8

— **G** —
**G** 1:4

**gap** 35:6
**garage** 54:22
**gardens** 53:3
███████ 1:11 4:11
72:3 83:13,20
83:23
**general** 2:11,12
4:10 32:22
54:25 55:1 84:2
**geographical**
40:5
**gesture** 31:6
**getting** 7:6 74:4
████████ 31:17
**girlfriend** 31:10
**girls** 68:24
**give** 6:18 8:5 9:2
17:25 24:24
40:17 56:19
63:17 67:25
69:3 73:4
**given** 23:16 31:14
31:15 32:23
41:14 61:16
63:21
**gives** 63:19
**glad** 77:11,12
**go** 5:13,15 6:10
8:5 22:23 23:9
26:10 27:19
32:23 33:15
37:4,25 42:11
43:13,16 45:12
46:4 50:9 53:11
56:14,14,15,16
58:8,10 59:3,21
65:2,11,11
66:21 67:1,8
70:14 71:6,12
71:17 72:23
73:18 76:21,22
77:9 80:12
**goal** 6:23 7:2
**God** 39:15 42:11

54:23 55:10
70:14 77:10
80:16
**God's** 55:12
**goes** 71:22
**going** 6:12 7:2,16
7:21 8:25 10:2
10:3,8,15 11:17
11:24 17:17
24:1 36:17
39:10 47:17
53:21 65:2,11
65:18,23 66:12
66:16,21,22
67:12 68:12
69:2,20,25 70:9
71:20 73:25
79:6,6,20
**Goldsmith** 1:9
4:16 65:25
**good** 4:9 45:9
53:13 54:3
55:12 64:25
66:24 80:17
**Google** 70:14,15
70:20 75:13
76:22
**gotcha** 6:25
**government** 9:9
34:15 44:16,17
82:19
**governmental**
43:23 44:11
45:20
**Governor** 1:10
4:11 72:2,6,15
82:11,14 83:6
**graduate** 22:15
23:7,20,20
**graduated** 23:12
25:2
**graduation** 24:20
**granite** 83:11
**great** 6:15 10:1

16:22 23:14
24:9,9 36:22
55:22 84:9
**greatly** 16:1
**GRETCHEN**
1:10
**ground** 5:13
**groups** 23:16
**guess** 7:22 17:18
40:13 48:23
62:5,25 64:15
**guessing** 62:10
76:24
**guesstimate**
36:12 39:10

## H

**H** 1:4
**half** 56:18 74:4
**half-hour** 56:21
**handle** 46:3
**hang** 17:3
**happened** 31:9
38:15 42:9 68:1
68:11
**happens** 77:25
**happy** 46:11
**hard** 6:5,5,9 39:9
**hate** 26:6,7
**head** 5:23,25
**Health** 14:14
24:17
**hear** 7:19
**heard** 7:22
**hearing** 7:16
**Heart** 52:20
**heck** 6:11
**heinous** 63:15,16
68:5
**held** 85:11
**help** 20:22 50:13
50:15 53:19
**helped** 53:15
**herd** 84:13

**Hey** 65:4
**high** 22:15
██████ 25:1
**hire** 45:7 46:21
46:21,22 47:21
49:5,5,11,19,20
**hired** 34:15 49:2
**hiring** 47:14
48:17
**history** 39:18,21
39:23 43:16
**hold** 6:19 51:7
**home** 21:21 30:24
30:25 31:6 36:7
38:22 39:1,3,5,8
39:9,15 40:2,6,9
53:2,4 54:17
57:1 68:22 81:9
**homeless** 39:14
**homes** 36:3,4
59:8
**Hon** 1:9
**honestly** 15:14
17:7,24 29:1
60:17
**Honorable** 4:16
**hope** 17:8 84:10
84:17,20
**hopefully** 11:18
**horrible** 69:25
70:3 76:23
**horrific** 69:22
**hour** 36:15 43:12
43:21,21 44:4,7
44:13,21 56:22
57:1 74:4
**hours** 32:6 34:1
43:22 51:17
52:4 53:10 57:3
80:20
**house** 13:9 14:19
14:20 32:22
37:9 53:14,23
**housing** 37:5 38:2

38:20 39:17,22
42:2,5,13
**huge** 53:3
**Huh** 78:17
**human** 6:20
**hundred** 71:8
**hurts** 81:13
**hypothetical** 67:9

## I

**I-C-h-a-t** 76:1
**IChat** 76:1,22
**ID** 4:24
**idea** 15:14 21:4,6
64:7 78:13
**identification**
12:7 65:17
66:20
**identified** 28:4
**identifiers** 59:21
59:25
**identify** 28:9
**identifying** 4:22
**identity** 4:20,25
9:3
**Illinois** 2:4
**imagine** 6:5,9
**immediately**
20:14 21:13
49:17
**impact** 63:22
**impede** 9:1
**important** 55:11
**impression** 49:4
**improve** 39:9
**incarcerated**
18:14 24:21
25:12,13
**incidents** 69:22
**inclination** 22:12
**includes** 51:11
**including** 46:7
51:6,9 59:21
70:4

**income** 35:20,21
35:25 36:1,9,11
51:6
**increase** 69:6
**incredibly** 72:22
**individual** 9:6
28:7 68:3
**individually**
30:20
**individuals** 15:10
15:15
**information** 4:22
9:2 57:7,8 59:3
59:6,7,7,13,14
60:12 61:1,4,5
61:23 62:4,18
62:22 67:20,21
68:25 70:7,23
71:4,6,19 72:12
72:19 75:4,21
75:22,24 76:4,7
76:13 77:3,6,12
77:14,18,25
78:22,23 79:5
79:25 80:2,5,8
80:10,15 81:7
**informed** 50:16
██████ 20:17
31:17
**Initiative** 43:20
44:9,14
**inputting** 47:16
**inquire** 68:21
81:16
**inquired** 29:23
**insanity** 16:4
**instance** 58:1
**instances** 57:19
58:4
**instant** 76:13
79:24
**insurance** 47:9
**intend** 66:14
**intensified** 33:24

interested 48:16
77:17 85:17
interesting 54:20
58:23
interfere 8:12
interference
27:18
interjecting 6:19
Internet 59:14,25
72:4,8 78:4,5,9
80:9
intervening 69:16
interview 46:23
intimidate 19:6
introduce 82:8
invented 63:10
investigate 79:5
investigation
46:20,22
invited 31:6
invokes 8:25
involve 69:23
involved 38:4
irrelevant 68:7
issue 10:23
issues 7:16 71:13

**J**
James 31:17
job 14:15 21:14
24:16,18 33:17
33:20,20,23,24
34:8,15,21,22
35:8 44:3,4,5,6
44:8,23,25 45:1
45:16 46:7,8,12
46:13,15 51:3,5
51:15 52:3 57:9
57:11,16,17
80:17
jobs 19:16 21:25
34:2,3 36:2
44:11,12,13
45:18,21 46:5,8

46:8,9
JOHN 1:4
JOSEPH 1:11
Judge 4:16 65:25
judges 31:16
judicial 66:10
July 59:16
jump 6:7
June 18:20 22:10
justice 63:12
67:18

**K**
K 4:4
K.S 1:17 3:4 5:7
11:25 74:1
85:11,13
keep 6:13 74:3
keeps 27:17,25
■ 50:13
kept 9:23 33:11
34:9 44:1
kids 53:2
kind 6:24 15:25
34:10 41:15
42:2 45:19,19
50:10 67:14
81:9
kindness 31:6
kittens 84:13
kitty 53:2
knee-jerk 41:10
knew 13:16 18:9
33:2 58:14
knocking 54:18
know 4:21 7:6,14
7:15 11:2,7,19
12:25 17:18,24
18:1 21:4 25:17
28:22 34:21
39:5 40:3 41:24
45:4 47:11
48:24 52:2,8
53:6 54:16,24

58:25 59:18
60:17,18,25
61:9 62:6 64:7
64:8,8,15,19,22
65:19 67:2,4,13
67:17,19,20,25
68:1,11,13,18
68:25 69:3,11
69:18,19 70:7
70:15 72:2,6
73:3,3,17 74:5
75:2,5,11,11,12
76:6,10,12,15
76:18 77:5,9,10
78:12 79:2,4
80:1 81:11
82:12 83:6,13
83:20 84:13,16
knowledge 15:9
known 29:3,11
29:24 46:20
60:9,21 61:5,15
61:22

**L**
L 2:11
lack 58:25,25
laid 31:4
land 34:8 38:19
38:19
Lansing 2:14
largely 32:22
lasted 44:9 45:1
46:16
laundry 33:1
Lauren 2:2 11:11
66:2
law 56:6 63:19
72:16 74:22
81:24 82:10,15
82:17,20,23,24
83:15,19
lawn 54:21
lawns 36:2 53:3,5

laws 81:17 82:4
lawsuit 8:22 9:1
9:16 10:23
lawyer 12:11
lay 40:6
lead 14:15
learn 16:24
learned 16:22,25
17:1
leave 24:13 44:15
45:2 46:18
left 33:4 44:14
45:17 51:3
legislation 82:9
legislators 82:13
legislature 81:16
81:24 82:3 83:8
83:25
legitimate 17:6
let's 7:22 8:6
27:19 36:23
43:13,16 65:4
79:22
letting 7:15
level 42:3
liability 47:9,10
Liberties 2:7
license 56:11
57:25 73:20,22
73:23 74:10,11
74:14,17,20
life 22:13 55:1,2,4
55:10 56:9 68:2
68:12
line 7:1 11:25
little 8:2 35:23
49:10 51:8
59:12 66:23,23
77:10
live 24:19,23 26:4
26:5 38:1,10,22
40:1,3,12 44:10
50:19 56:16
lived 25:1,5,5

34:9 67:5 69:16
70:8
lives 63:22 67:18
70:6 71:23,25
73:5
living 19:24 24:4
30:25 34:8 37:7
37:13,14 38:12
38:25 75:11
81:6
loan 81:9
local 20:18,19
located 37:15
39:3
location 1:18,18
24:25
lock 76:18
loneliness 17:2
long 7:24 18:23
20:24 22:3
24:10 31:13
32:1 56:19,22
67:13 70:1,1,2
71:25 74:5,7
84:14
look 32:21 47:15
58:18 63:25
77:24,24
looked 80:15
looking 17:25
42:7 58:21
80:10
looks 59:2
losing 21:25
lost 21:22 49:15
51:5
lot 13:24 14:3
19:8 34:11
39:12 46:12
loud 7:17
Lovey 2:3,3
ludicrous 32:14
lurid 68:18 77:18
79:4

**M**

machine 44:18,21
  45:22 52:6
mail 58:17
mail-in 3:11
  58:17 65:13
maintain 54:2
making 7:8 42:18
  43:8,12 44:6
  51:4
man 70:16 80:19
management
  52:23
manager 34:9
March 57:6
mark 1:9 12:4
marked 3:8 12:7
  12:10 65:17
  66:20
market 39:5,8
married 49:23
  67:17
MARY 1:4,4
matter 48:4
  50:10 51:1
  70:19 77:1
mean 29:23 51:1
  52:3 74:13
  78:12 81:12
meaningful 23:22
means 64:20 81:1
meant 23:24
medical 81:9
medications 8:8
  50:12,14
meet 47:2 49:12
  52:20
meeting 36:16
Meijer 46:16
  47:12 48:9 49:1
  50:8 51:3,5,12
Meijers 47:13
  49:12 57:9

member 81:15
members 62:12
  62:14
memory 8:9
  41:23
mental 14:24
  63:22
mention 56:2
mentioned 8:15
Michigan 1:2,11
  1:11 2:7,8,12,14
  4:10,15 9:8
  25:7 31:12 33:9
  37:15,18,19,20
  38:10,12 48:11
  48:20 76:5
  81:15,16 82:25
  85:4,21
midnights 45:8
mileage 51:18
miles 56:18
millstone 55:4
  56:2 73:13
mind 6:13 7:9
  45:16 69:24
minimum 34:10
ministry 52:19,20
minors 15:25
minute 51:7
minutes 8:6
  36:20,21 56:21
mirror 63:25
mischaracterizes
  59:11 68:15
  69:8 75:15 82:6
Mischaracteriz...
  54:9
mistakes 6:20
mobile 59:8
model 63:10
molestation
  12:22 31:10
  69:2
molested 12:20

12:22 25:25
  26:11 68:24
molesting 69:23
moment 6:25
money 38:21
monitored 33:5,8
month 19:10
  35:14,22,24
  44:1 51:7,8
months 18:17
  19:12,14 44:18
  45:1,17 49:15
  52:11 56:8,15
  74:25
moral 69:10
morning 4:9
mouth 7:20
move 21:3 38:16
moved 54:17
movement 41:10
  41:12
multiple 30:13
  72:11
mute 65:21,22

**N**

N 3:1
name 4:9,21,21
  8:25 75:12
  77:24
named 4:13
names 69:18
necessary 27:1
  70:21
neck 55:4 56:3
  73:14
need 6:1 19:13
  31:5 50:14
  53:19 60:1
  64:23 65:1
  70:17,18,22
  71:10 74:1 76:5
  77:2
needed 48:17

77:13
neighbor 13:11
  67:9,13 69:17
  75:6 76:7,11
  79:3
neighborhood
  26:1,25 27:3
  68:22
neighbors 54:15
  54:23 67:4
  68:17 69:11,15
  76:21
nephews 50:4
never 16:2 45:16
  69:17 72:15
  74:8 80:20
new 19:16 21:14
  66:4,7
nieces 50:4
night 26:4 53:11
nine 33:22
nodded 5:23
nodding 5:25
noon 55:21,23
normally 56:21
North 2:3
Northwest 43:20
  44:9,14
Notary 1:24 85:2
  85:7,21
Noted 66:2
notice 59:12
Noticed 4:12
number 4:14
  15:24 33:16
  34:14 56:13
  60:4 66:22,25
  69:20 75:1
  76:15 81:6
numerous 18:7

**O**

object 8:25 18:12
objection 8:24

14:1,5 15:6,12
  15:18,21 16:7
  16:14,18 17:16
  17:23 18:5
  26:23 27:4
  28:13,17,24
  29:6,20 30:5,18
  30:21 47:6 54:6
  54:8,8 59:10
  60:15 61:8 62:1
  62:19 63:4 64:4
  64:12 65:23
  68:15 69:8 71:3
  71:15,21 72:5
  72:14 73:1,8
  74:18 75:7,15
  77:16 78:7,11
  78:24 80:4,24
  82:5,21
objections 6:16
  6:18 64:18
  79:16
obligated 74:19
obligation 69:11
obtain 20:13
  21:14,18
obtained 20:14
obtaining 23:20
obvious 48:18
Obviously 63:16
occasions 30:13
  57:6
occurred 19:21
OCD 53:4,7
ocean 81:12,13
October 46:13
  50:25
odd 34:8 36:2
  44:12 46:5,5
offender 41:2
  45:6,8 46:3
  48:6,11,21,23
  49:7 54:19 55:5
  59:5 60:5,12

61:15 62:4,21
63:1,14 64:1
68:19 69:5,12
70:2,2 72:12
82:15 83:12,14
**offenders** 32:8
40:5 42:8,10
46:3 52:22
54:12,16 73:12
81:14 84:22
**offense** 48:20
**offenses** 16:21
59:15
**offer** 65:12 66:18
**offered** 62:5
**offhand** 58:7
**office** 38:3
**officer** 19:9,15,17
82:24
**official** 1:12
**officials** 82:1
**oh** 11:21 15:7
16:13 18:7
23:23 45:1,7
46:25 47:17
51:5 59:12
73:16 77:10
79:21 80:15
**okay** 5:5,9,13 6:5
8:8,15 9:5,14,16
10:8,19 11:1,6,8
11:12,15,17,21
11:22 12:12,13
12:25 13:3,18
14:9,10,15
16:24 17:21
18:3,9,13 19:11
19:19 20:8,13
20:18 21:11,13
21:18 22:7 23:2
23:12,23 25:5
25:11,17,24
26:8,10 27:7,12
27:14,22,24

28:1,3,11 30:1,9
31:3,22 32:7
35:4,17,21 36:5
37:17,20 38:8
38:15 39:11,20
39:25 40:18,23
41:8 42:13,24
43:7,13 44:3
45:2,10,12 46:4
46:15 47:11
48:3 49:20 50:7
50:23 51:3,23
52:25 53:18
55:8,22 56:5,19
57:3,22,24 58:6
58:10,12,16,21
60:3,19 61:22
63:8 64:10 65:2
65:19 66:4,9
67:4,11,23 68:8
68:13 72:10,17
74:3,9,23 75:3
76:2,6,15,24
78:2 81:4,23
82:12,14 83:10
83:13 84:1
**old** 13:18,19,24
30:9 36:5 52:12
**older** 68:22
**onboarded** 49:14
**onboarding**
47:14 48:14
**once** 52:20
**one-sided** 5:19
**ones** 27:14
**ongoing** 63:14
**online** 34:2 70:14
**operating** 52:6
**Operations** 2:12
**operator** 44:18
**opinion** 17:14
64:17,20,20
83:11
**opinions** 84:2

**ordeal** 56:22
**order** 4:17,18,23
5:2 9:2,21
74:25
**ordered** 9:22
**organization**
53:15
**Organizing** 52:19
**Ottawa** 2:13
**outcome** 9:16
**outside** 36:3 40:6
72:12
**outstanding** 83:4
**overall** 27:5,9

**― P ―**

**p.m** 84:25
**P.O** 2:13
**page** 3:3 4:24
**pages** 85:9
**paid** 81:8
**painting** 14:19
36:2 53:23
**pandemic** 47:20
**paper** 40:18,20
40:21 47:12
**paperwork** 59:3
**paragraph** 12:13
**Pardon** 55:16
73:21
**parents** 13:13,15
13:17 61:22
**park** 25:1 84:20
**parking** 46:12
**parole** 18:21,22
18:24,25 19:2,4
19:9,15,17
31:24 32:1,5,19
33:12,13,21
34:7,19,20,25
35:7 38:3,5
52:21
**paroled** 31:25
**part** 14:15 25:6

37:18
**part-time** 43:22
51:12 52:11
**participants**
52:21
**participate** 42:8
**participated** 52:3
**party** 85:16
**passed** 82:10
**patience** 84:15
**pay** 51:14,18 70:3
**pending** 4:15
**penetrate** 12:23
30:11
**people** 15:24
20:22 21:24
43:12 45:9
46:20 52:22,23
53:19,20 54:4
54:11 55:5
64:22 67:24
68:21 70:19,20
73:4,4,16 76:21
77:3,5,7 79:18
79:20,23 80:14
82:13,25
**people's** 36:3
**percent** 76:19
**perfect** 53:5
55:20
**performed** 30:15
**period** 33:22
34:13 42:21,25
43:13 83:21,23
**periods** 7:25 83:7
**permanent** 73:14
73:19
**permission** 33:3
**perpetrator** 67:5
68:12 70:8
**person** 5:6 56:6
58:8 63:17
67:14 70:5,11
70:14 74:7 77:8

77:21
**person's** 68:2
81:5
**personal** 4:22
13:5,8
**Ph.B** 23:5,5
**pharmacist** 50:11
**pharmacy** 50:19
51:15 52:10
57:11,15
**philosophy** 22:21
23:4,5
**phone** 27:16
56:13 60:4 81:5
81:22
**physically** 16:5
45:3
**picked** 21:24 24:5
**place** 4:17 56:24
67:9
**placed** 18:21,22
31:24 38:2
48:20
**placement** 49:3
**places** 24:19
**placing** 38:4
**plaintiff** 8:22
**Plaintiffs** 1:7 2:5
2:9
**plate** 56:11 57:25
**plea-based** 12:21
**please** 7:7,8 15:7
44:24
**pleasure** 84:11
**pleural** 10:14
**plus** 26:25
**Pohl** 1:23 85:7,20
**point** 20:5 30:1
**pointed** 48:15
**police** 1:12 31:12
56:16,17 78:1
79:6
**popular** 20:21
**position** 21:22

43:17 44:20,21
46:4
**possible** 6:12
70:6
**post** 37:5
**post-release**
38:12 43:17
44:6
**power** 36:3 82:15
82:16,19,23
83:14
**powerful** 84:2
**pre** 37:5
**pre-conviction**
24:7
**Precisely** 18:17
**precluded** 23:11
**prepare** 11:9,10
**presence** 40:25
**present** 39:13
**pretty** 32:24
53:24
**prevalent** 69:1
71:1
**prevent** 82:16
**prevented** 23:19
23:21,25 63:2
**previous** 37:6
45:21 66:1
71:18
**previously** 7:21
8:15 21:16 37:7
51:19 60:8,20
61:11 72:10
**primary** 23:16
**prior** 28:23 29:3
29:16,19 49:2
54:1 60:9,21
62:3 85:12
**prison** 9:9,14,25
15:24 16:22
17:5 20:15
31:13,15,18
33:16 37:24

43:1 51:25
67:15 70:4,5,16
73:15,18 74:25
**prisoner** 9:10
**probably** 5:14
51:8 72:9 76:18
80:22
**problem** 69:17
**problems** 23:10
52:23,24 72:24
**process** 47:14
48:14 63:13,17
63:20 71:24
**proclivities** 54:14
**program** 20:16
20:19,21,24,25
21:1,13,16,23
21:25 24:4,12
24:14 34:16
38:19,19 52:3
**programs** 64:24
**progress** 68:3
**property** 34:9
53:4,21
**prosecution**
26:20
**prospective** 34:6
**protect** 63:1
64:11 78:5,10
78:23 79:9,9,11
79:11,13,13,14
79:18 80:7,21
81:2
**protected** 60:14
61:24 62:17
**protecting** 78:3
**protection** 62:5
81:3
**Protective** 4:17
4:18,23 5:2 9:2
31:11
**protects** 4:25
60:5 61:19
78:22 80:3,8,9

80:17,23 81:14
**protest** 40:25
79:12
**provide** 62:23
**provided** 20:19
**provides** 62:21
80:9
**provision** 24:13
44:15
**provisionally**
47:22,23 82:22
**psychogenic**
16:25
**psychological**
69:25 73:10
**public** 1:24 4:20
24:5 60:6 61:20
62:12,14 63:1
64:11 78:3,6,10
78:22,23,25
79:8,18 80:3,6,9
80:17,21,23
81:2,3,14 84:21
85:7,21
**public?-** 80:8
**pulled** 59:4
**punishment**
63:10,12 73:15
73:19 74:11,16
**punitive** 76:14
**purchase** 36:7
38:22 39:15
**purchased** 39:1
40:6
**purpose** 77:2
**purposes** 11:5
**put** 39:12 47:1
51:17 57:5
65:23
**putting** 67:9

_____
**Q**
**qualify** 42:4
**question** 5:24 6:7

7:4,7,10,11 8:4
8:5 9:5 15:8
16:9 17:9,15
35:13 39:20
41:20 48:10
54:10 60:18
61:10,12 63:5
64:9 67:19 68:6
69:3 72:23 82:2
**questioned** 17:12
**questions** 5:18
6:14,17 7:3,10
8:13 41:13
64:14 66:16
84:5,6,8
**quick** 5:14 36:18
56:1 58:11 65:5
**quickest** 65:5
**quickly** 21:18,24
38:18
**quota** 23:15
**Quote** 46:3

_____
**R**
**R** 31:17
**ran** 23:17
**range** 43:9
**rape** 69:23
**reaction** 41:10
**read** 5:1 11:4
66:15,23 67:1
67:21 68:14
69:21 75:1
76:15
**reading** 11:8 66:8
76:24
**Reagan** 21:1,15
**real** 5:13 44:8
58:11 64:8
**realize** 42:1
**really** 13:16
17:18 19:12
51:13 60:24
67:10 80:17

**realty** 64:9
**reason** 17:3,6,6
**reasonable** 38:21
84:20
**reasons** 17:1
65:24
**recall** 25:22 35:16
42:6 48:12 49:8
58:5
**receiving** 43:23
**recess** 27:23 37:2
55:24 65:9
**recitation** 66:12
**recognize** 58:12
58:12
**record** 4:20 7:23
22:24 23:1,2
27:19 28:2,3
37:3 48:4 52:15
55:25 65:10
79:7 85:10
**recover** 67:18
70:6 71:23,25
**recreational** 53:9
**red** 49:10,11
**reduce** 83:6,20,23
83:24
**referenced** 21:16
**refused** 26:20
**register** 56:6,8,10
57:1 59:3 69:12
74:9,24
**registered** 40:5
42:7 45:8 46:2
52:22 55:5
68:20 71:13,19
73:12 81:13
84:22
**registering** 56:20
57:4
**registrant** 71:25
**registrants** 71:23
72:24
**registration** 3:11

63:14 74:20
81:17 83:7,12
83:15,21,23
**Registry** 10:25
39:19,19,21
40:1,24 41:2,8
41:21 42:6 47:9
48:7,11,21,23
49:3,7,10 54:2
56:15 57:15
60:5,13 61:19
62:21 63:1,6,9
63:11,13 64:1
65:1 70:10,12
70:17,18,21,22
71:2,11,17,22
72:1,12 73:13
74:8 75:14,18
75:19 76:5,14
77:2,13 79:19
80:18
**regret** 16:1
**regular** 24:14
65:23
**regularly** 52:9
**rehabbed** 38:20
**rehabilitate**
67:15
**rehabilitated**
54:12
**related** 13:3
**relation** 8:21
**relationship** 13:5
13:8 17:13,19
28:12,15 50:23
77:8
**relative** 85:15
**release** 20:9
33:16 51:25
**released** 18:24
20:10,15 31:20
37:24 39:13
43:14,15
**relevancy** 11:5

**relevant** 74:13
**religious** 32:25
55:9
**remember** 9:16
10:19 19:2,4
26:17 34:24
40:18 41:1,25
48:5,9 56:3
60:23
**remind** 37:6
**reminding** 60:19
**Remote** 1:18 4:3
**remotely** 1:22 4:6
85:14
**remove** 42:10
**removed** 63:15
**removing** 73:4
**renew** 73:20,22
73:23 74:19
**rent** 25:9,10 38:6
38:7 39:16 40:2
41:18
**rented** 34:12
**renters** 41:16
**renting** 37:22
**reoffending**
54:14
**repeat** 15:7
**repeatedly** 33:23
33:23
**repeating** 78:15
**rephrase** 7:7 9:5
78:17 82:2
**report** 19:7,9,23
46:19,21,24
47:18,25 49:5,6
49:8,10,13,15
49:18,20 56:14
56:16 57:10
59:17 64:11
**reported** 19:18
19:21 32:17
85:9
**reporter** 1:23 5:1

5:3,21 12:9
65:21 85:2
**represent** 4:11
**representative**
9:8
**representatives**
81:21 82:8
**represented** 6:15
**represents** 82:24
82:25
**repressed** 22:11
**requested** 59:6
**required** 32:8,8,9
32:21 56:10
57:9 59:17
**requirements**
32:19
**reshare** 65:12,18
**residence** 59:6
**residences** 33:4
**resolution** 84:21
**response** 81:22
**responsibilities**
14:15
**rest** 56:8
**restorative** 34:11
63:12 67:18
**restricted** 40:7,8
**restrictions** 40:4
**result** 46:22 68:5
**retirement** 35:22
43:24
**revealing** 72:22
**review** 11:5 41:22
83:9
**reviewing** 83:1
**reviled** 54:23
**revisit** 26:7
**rid** 27:16
**right** 12:19 22:5
23:9,23 24:7
25:21 26:15
28:2 30:7 35:9
35:10 36:5,23

37:12 39:3 44:7
46:21,21 47:24
49:5,6,11,19
50:7 51:21 52:1
52:14,14 54:4
55:21 56:23
57:2,6,17,20
58:2 61:2,25
62:12,15,18
66:21 68:14
72:19,25 82:18
**Right's** 46:22
49:20
**ringing** 27:17,25
**ripped** 83:18
**ROE** 1:4
**Ronald** 20:25
21:15
**rose** 53:5
**roughly** 33:22
**rule** 7:11 32:22
**rules** 5:13 34:7
**run** 41:11
**running** 47:23

_____

**S**

**S** 1:23 4:4 85:7
85:20
**salary** 44:20
**saw** 14:19 46:21
**saying** 70:23 73:7
77:1
**says** 25:18,18
33:16 34:14
59:13
**scam** 74:4
**scenario** 3:12
76:25 77:1
**scenarios** 66:15
76:17
**school** 22:15
64:24
**sciences** 22:22
23:4,6

**Scott** 2:11 4:9 7:6
22:23 36:14
**scratch** 45:16
**screen** 11:17,20
58:10 65:3,12
65:19 66:5,7
**scroll** 11:24 66:22
69:20
**search** 33:25
**seat** 7:25
**second** 22:24
27:20 28:5 37:5
37:8,12,24
42:22 43:7,14
61:16 65:21
74:1
**secondary** 9:13
**seconds** 61:20
**section** 11:4
58:23 59:1,13
**sector** 24:15
**Security** 35:22
43:24 51:6,9,11
65:20 66:4,7,11
66:12 70:20
77:10,21,25
79:21,22
**seek** 32:23
**seeking** 46:9
**seen** 45:11
**segue** 10:1
**selling** 38:20
**senator** 42:10
**senators** 81:21
82:8
**sense** 6:3 7:8,12
10:17 17:4 51:2
69:10

sent 81:25
sentence 12:21
  25:18 31:13,15
separate 57:19
serendipitous
  21:20 50:11
serve 31:18
served 31:19
services 31:11
  50:22
set 5:14
seven 18:17 32:6
  41:3 55:13
sewing 44:18,21
  45:22 52:6 57:9
  57:17
sex 15:2,4,10,11
  16:3 17:10 18:3
  28:5 30:20 32:8
  40:5 41:2 42:8
  42:10 45:6,8
  46:2,3 47:4
  48:6,11,20,22
  49:7 52:22
  54:12,15,19
  60:5,12 61:15
  61:21 62:4,21
  63:1 64:1,11
  68:19 69:5,12
  72:12 73:12
  82:15 83:12,14
  84:22
sexual 10:5 12:16
  14:25 15:16,16
  17:7 39:21,23
  75:24
sexually 12:23
  30:11 60:11
  61:25 68:24
share 11:17 58:10
  65:2
shift 44:22 45:25
shifts 45:23
shop 45:4

Shorthand 1:23
shortly 52:5
shoulder 47:15
show 11:19 76:18
  76:19 77:2,21
shows 63:11
shunning 69:18
siblings 50:2
side 44:11 68:6
sign 63:11
signature 11:25
signed 5:2 72:16
signing 10:19
similarly 1:5
simply 6:25 14:19
  21:2 79:18
single 77:8
singular 10:10
sir 4:9,18 5:10
  11:16 65:20
  66:4 78:16
  84:10
sit 7:25
site 46:8 76:1
  77:11
sites 46:7 77:9,21
  79:21 81:5
situated 1:5
situation 18:1
  56:9 84:19,21
six 18:8 41:3
  66:22,25
six-month 35:6
slam 41:15
slashed 54:21
slightest 78:13
slowly 7:17
small 35:21 50:19
  52:19
smoke 9:13
smoke-free 9:23
soapbox 8:2
social 35:21
  43:24 51:6,9,11

52:16
society 63:18
sociogenic 16:25
solid 53:24
soon 37:1
SORA 56:2 71:12
  72:23 73:4,18
  80:22,23 81:12
  81:12 83:16
sordid 68:18
  77:18 79:4
sorry 5:4 8:24
  12:8 13:14 14:2
  14:17 20:2 21:6
  23:23 25:4 27:1
  29:17 32:12
  33:13,14,14
  35:12 36:10
  40:13,19 42:12
  45:15 48:8,18
  49:9 50:7 54:7
  55:17 57:13
  59:23 61:10
  62:8 63:9 64:19
  66:6 69:2 75:17
  79:10
sound 35:9 36:17
sounds 54:3
source 35:20,21
sources 35:25
  36:1 70:24 71:1
  71:6 72:11,19
  73:6 77:20
southeast 37:18
southeastern
  25:6
SOUTHERN 1:2
spam 47:1
spare 52:25
speak 7:17 10:13
speaking 10:10
  84:16
special 5:20
  28:11,15

specific 4:13
  24:24 32:23,25
  48:10 49:6
specifically 41:1
speculation 29:7
  29:21 60:16
  64:5,13
spend 39:14 53:9
  56:20 57:3
spent 34:1 67:14
  70:4,5
spiritual 55:9
spite 55:4
Spokeo 80:12
squat 64:21
stage 5:14
stamps 42:11
standards 47:3
  49:12
standpoint 41:23
  42:7
stands 82:18
start 53:15
started 7:15
  54:17
starting 21:21
  43:4
state 1:11,12 2:12
  4:10 23:6 25:6
  31:12 42:2 46:8
  76:4 81:21 82:7
  82:8,25 83:1,2
  85:4,8
stated 33:12
statement 78:21
statements 71:18
states 1:1 69:24
station 56:16,17
  56:24
status 41:9 45:5
  81:7
statutes 83:1
stay 19:5 20:24
  22:3 24:10

72:18 74:25
stayed 20:25
  24:12 38:4
steadily 51:25
  52:2
Stefanie 1:23
  5:21 6:6,10
  85:7,20
stenographically
  85:9
stick 68:25
stigmatized 69:5
stood 47:15
storage 33:11
store 47:22
strange 48:24
stranger 15:2
Street 2:3,13
stretching 67:10
struck 14:20
stuff 53:8 59:2
  76:20
subject 66:1
submit 32:11,13
  33:21 58:2
submitted 33:17
  33:23 83:18
submitting 59:24
subscribe 76:3
subsection 49:6
subsidized 42:2,4
substance 10:2
  52:24
substances 8:9
succeeded 55:6
success 55:6
sue 8:23 9:6,6
sued 9:8,9
suggest 6:17
suit 9:10
suitable 39:17,22
sunset 24:13
  44:15
supervision 29:13

K. S.
May 31, 2023

suppose 64:16
supposed 67:8
suppositions 64:6
 64:9
sure 4:19 7:19 9:4
 10:14 15:4,9
 19:23 22:14,25
 24:2 26:10 33:2
 41:17 42:13
 48:5,9 49:1
 56:14 61:18
 62:11 65:25
 68:3 70:5 74:5
 74:16 78:19
 82:2
surround 10:3
survive 35:19
suspicion 17:22
suspicious 17:19
sweat 45:4
switch-a-roo
 55:18
switched 23:23
 45:23
sworn 4:5 85:13
SYEDA 2:7
system 18:25
 19:8,22

——— T ———
take 8:3,6 26:9
 36:18 45:3 53:3
 55:18 65:4 74:2
Taken 1:22
takes 50:11 61:20
talk 6:8 8:2 10:1
 10:9 12:11,13
 18:2 26:6
talked 68:17
talking 10:15,15
 37:10 74:5,12
 74:13,15 84:11
teach 64:24
telephone 11:11

television 76:19
tell 7:5,8 85:14
telling 12:9 54:18
 79:1
temporary 38:2
 59:6
ten 8:6 36:20,21
tenants 40:24
tendency 77:7
tendered 5:6
term 16:22
terms 19:2,4
terrible 68:9
testified 4:6 37:7
 51:19 60:8,20
 72:10
testifying 65:14
testimony 54:9
 59:11 69:9
 75:16 82:6
 85:10
testing 32:11,13
tether 32:2,4,5
thank 33:14
 36:25 39:15
 42:11 54:23
 65:8 83:5 84:18
thanked 7:15
Thanks 66:2
they'd 29:15
thing 5:20 6:5,23
 11:10 55:9,9,18
 70:3 73:11
 77:14
things 6:13 55:12
 76:23 78:5,9
think 8:14 9:12
 10:1 14:24
 16:22 17:21
 20:7 29:1,2,12
 29:15 34:4 37:6
 40:16 41:3,3
 51:19 60:5,13
 61:5,11,11,13

61:15,19 64:1
 67:4,6,12 68:8
 71:1,4 74:14
 75:4 77:5,14
 83:24
thinking 67:8,10
third 12:16 43:10
 43:11 44:22
 58:1
third-party 49:18
thought 61:16
 63:21
thousand 44:1
threaten 19:5
three 19:13 25:25
 26:1,11,22 27:2
 27:9,14,15 28:8
 28:8 33:16 43:3
 52:4 56:8,15
 59:8 60:10,14
 61:20 74:25
 81:18
tighten 37:4
 42:13
time 1:20 8:1
 9:10 13:2,21,25
 15:1 16:6 17:8
 18:9 20:17
 23:15,17,18,18
 24:4,5,12 25:1,9
 25:24,25 27:7
 31:1 32:3,17,20
 32:23 33:4 35:7
 35:8,18,23 36:2
 36:5 37:10
 39:13,14 40:1
 42:21,25 43:1
 43:12 47:1
 50:16 53:1,3,9
 56:23 61:19
 63:24 67:14
 70:4 79:23
 81:20 84:12
times 18:3,7,8

53:22
timing 55:20
tires 54:22
today 6:16,23
 8:10,13 10:2
 11:9,10 38:25
 39:3 82:18
 84:11,16
today's 11:12
told 29:24 47:8
 68:19,19,23
Tommy 79:22
Total 51:5
touch 77:4
touches 64:25,25
tough 34:7 64:14
track 50:7 72:18
tracked 20:1,3
tracking 20:3
training 20:16,22
 24:3 34:16 52:3
transcribe 6:6
transcript 6:1
 85:9
treat 5:15
treated 45:20
trend 41:16
trick 6:24
tricky 7:3
trigger 17:2,3
triggered 16:23
 18:2 31:11
trouble 24:19
 39:17,22
true 43:10 85:10
truly 84:10
trusted 60:10
trustworthy
 50:21
truth 17:25 18:1
 85:14
truthfully 8:10,13
try 6:8,12
trying 6:25 7:24

53:10 58:18
 84:13,14
turned 27:17
 40:22
TV 53:10 76:17
 76:19,20
twice 10:5 57:12
 57:14
twins 27:11
two 10:10 18:17
 18:24 24:12
 25:14,20 26:14
 27:11 28:10
 32:2 33:11
 34:11 38:5
 40:14,15 46:22
 49:14 53:10
 56:18 57:19
 69:22
two-year 34:13
type 13:5 21:11

——— U ———
ugly 54:22 69:18
Uh-huh 17:10
 20:11
ultimately 38:4
 46:13 82:10
undergrad 23:12
 24:20
undergraduate
 23:3
underlying 48:20
understand 7:5
 26:3 27:25
 35:13 59:23
 73:6,25 81:23
 82:7 84:11,18
Understandable
 22:14
understanding
 5:24 10:4,22,24
 11:1 16:21
 48:19,22 82:3

understood 7:11
unemployed 24:10 52:6
Union 2:7
UNITED 1:1
units 34:12
University 23:6
unprecedented 79:24
unreasonable 40:16
untangle 6:10
update 57:7,8,11 57:15,20,23 58:23 59:22 60:1 65:13 74:10,16
updated 58:2
updates 58:8,16 58:17
updating 74:14
urine 32:18
usage 33:7
use 33:9
usually 6:21 30:24 56:20,22

**V**
vacated 34:12
Vague 29:20
validity 63:19
value 39:5,8,9
varies 51:17
various 34:12 46:7 79:17 80:12 81:25
vast 77:3
vehicles 59:8
verbalize 6:1,2
verbally 5:22
verify 56:6
versus 4:13
veto 82:17,17
vetoed 82:10

victims 28:4 63:22 64:2,10 84:23
Videoconference 4:3
violate 73:18
violation 83:1
violent 69:23
visits 19:22
voted 82:9
vs 1:8

**W**
wage 34:10
wait 6:17 51:7
wake 69:1
walk 84:19
want 8:1,3 10:13 27:18 36:20 37:4 48:13,24 51:14 55:6 57:5 58:10,20 67:4 67:13,17,20 68:11,13,18,20 70:1,7 75:5 76:6,10,21 77:5 79:4,25 82:13
wanted 22:12 33:1 41:17,24 42:10 47:20 71:5
wants 75:11 79:2
warden 9:9,12,21
washing 36:3
wasn't 13:16 33:10 42:1 57:9
watch 30:15 53:10
way 9:18 29:24 45:20 53:20 60:6 63:2 71:24 78:17
████████ 14:14 23:6 24:17

ways 29:15,18 62:23 70:10,13 76:11 78:3
we'll 5:13 36:24 38:13 55:22
we're 6:11 17:25 24:1 47:17 55:25 64:3,6 67:24 69:20 74:12,13,15
wear 32:9,9
websites 71:8 79:17 80:12,13 80:20,21
Wednesday 1:19 4:1 85:11
week 32:6 43:22 52:4,20 55:13
weekends 32:24 32:25
weird 5:17
welcome 66:3
went 14:21 15:23 17:5,13 23:24 28:3 68:17
weren't 33:9
West 2:13
whereabouts 32:5
whimsically 54:20
Whitmer 1:10 4:11,13 72:3,6 72:15 82:14,19 83:6
wife 50:18 61:16
willing 47:21
witness 3:3 4:5 5:4 12:8 14:2,6 14:9 15:7,14,19 15:23 16:9,20 17:17,24 18:7 26:25 27:24 28:14,20 29:1,8

29:11,22 30:23 47:8 54:7,11 59:12 60:17 61:9 62:3,20 63:6 64:6,14,19 65:14 68:16 69:10 71:4,16 71:22 72:6,15 73:10 74:3,19 75:9,17,21 77:17 78:8,12 78:25 79:17 80:5 81:1 82:7 82:22 84:8,18
wolf 44:2
women 68:22
won 9:19,20
wonder 63:18,19
Woodward 2:8
word 4:18 7:19
wore 32:2
work 21:11,12,15 34:8,11,15 39:12 45:25 46:6,10 47:10 47:19,20 48:18 51:12,13,13 53:21,22
worked 39:9 44:17 45:8
working 14:14 21:20 31:1,2 44:23,25
works 11:18 33:10 34:16 55:21
world 71:9,10 74:24
worry 47:17
wouldn't 60:10 61:13,13 71:13 72:24
wound 34:7
wow 52:7

writing 5:22
written 54:22
wrong 9:12

**X**
X 3:1

**Y**
yard 53:14
yeah 19:5,5 22:7 22:25 24:2 33:7 36:21 43:13 45:16 58:3,24 65:7 68:10 73:10
year 18:18 21:5,7 31:22 42:18,20 43:5,8 51:20,22 57:3 73:20,22 73:23 74:10,11 74:20
years 5:12 8:18 8:19,20 13:24 18:16,17,24 24:12,20,21 31:15,15,18,19 31:19 32:2 33:11,22 34:1 34:11 36:5 38:5 44:9,16 50:6 52:12 63:24 67:24 69:2,16 81:19
yell 7:18
yes/no 5:25
Yup 12:12 37:21 56:25

**Z**
zoom 58:20 66:22

**0**

**1**
1,100 35:23

**10-minute** 55:18
**10,000** 42:20
**10:00** 1:20 4:2
   36:17
**11** 27:8,13 28:5,5
   44:21
**11-year-old** 28:21
**11-year-olds**
   28:10,21
**11:10** 36:24
**110** 81:21
**1100** 44:1
**11th** 18:20
**12** 3:9 18:8
**12:54** 84:25
**13** 12:20 13:1,2
   13:22,24 27:8
   28:5 30:2
**13-ears-ld** 18:10
**13-year-old** 14:3
   14:24 15:10,17
   16:6 17:11
   28:12,16,20
**13-year-olds**
   16:12
**13,000** 51:6
**1300** 51:7
**14** 18:17
**15** 12:21 56:21
**16** 13:1 43:22
**16,000** 36:13
   51:20
**18** 69:21
**18th** 50:25
**19** 52:11
**1972** 23:8 24:1
**1977** 24:18
**1978** 10:16 12:14
   18:13 25:11,13
   25:19
**1980** 18:20,20
   20:10
**1981** 21:8
**1984** 22:6

**1985** 10:11,16
   22:5,9,10 25:14
   25:19,21 30:9
   63:3
**1st** 59:16

**2**
**2:22-10209** 1:8
**2:22-CV-10209**
   4:14
**20** 31:15 34:3
   43:22
**20,000** 51:22
**2000** 51:8
**2011** 59:16
**2012** 31:23 33:17
   34:3,5,5 37:25
   38:13 39:13
   43:15 44:7,10
   60:2
**2013** 34:5
**2014** 33:13,14
   34:1 35:2,14
   36:8 38:13,15
   38:17,23,24,25
   42:9
**2015** 34:16,21,23
   35:8,14 44:8,10
**2016** 33:12
**2018** 44:14
**2019** 52:7 83:18
**2020** 46:14 52:7
**2021** 46:17,25
   50:25 57:6 58:1
**2022** 36:9,11
**2023** 1:19 4:1
   85:11
**23892395** 4:24
**24** 32:5 40:16
   80:20
**24/7** 26:5
**25** 40:16
**26** 75:1 76:6
**28** 31:19

**2966** 2:8
**29th** 31:23 35:1

**3**
**3** 75:1
**3,000** 33:17
**30** 8:20 50:6 53:5
**30754** 2:13
**30th** 35:1 77:24
**31** 1:19 4:1 13:21
   14:4,10,13
   85:11
**311** 2:3
**33** 8:20 76:15
**35** 63:24
**38** 81:21
**39** 30:10
**3rd** 2:4

**4**
**4** 3:5
**40** 31:15,19 67:24
**48201-3035** 2:8
**48909-8254** 2:14

**5**
**525** 2:13
**5616** 1:23 85:20

**6**
**6** 43:12
**6/21/25** 85:22
**60** 69:2
**60607** 2:4
**65** 3:10
**66** 3:12
**67** 31:20,21
**69** 36:5

**7**
**7,000** 43:6,9
**70** 69:2
**70th** 36:8
**78** 52:12,13

**8**
**8,000** 43:9
**8.35** 43:21
**8.75** 44:4,6,13
**8.90** 43:21
**85** 85:9
**85,000** 39:10
**88** 4:24
**8th** 83:18

**9**
**90** 76:19