# Exhibit 8; C:

Dr. Anna Salter Deposition
Exhibit 6 (selections)

1

```
 1              IN THE IOWA DISTRICT COURT FOR STORY COUNTY
 2
 3     IN RE THE                    )        CASE NO.
 4     DETENTION OF                 )        EQCV047108
 5     STEWART SCHUMAN              )
 6                                  )        TRANSCRIPT OF
 7                                  )        FINAL HEARING ON
 8                                  )        ANNUAL REVIEW
 9
10
11            THE ABOVE-ENTITLED MATTER came on for trial before
12     the Honorable James C. Ellefson, Judge of the Second
13     Judicial District, at 9:08 a.m. on July 6, 2022, at the
14     Story County Justice Center in the City of Nevada, Iowa, via
15     Zoom.gov.
16
17
18
19
20
21
22
23
24                     MOLLY CLAMPITT, CSR, RPR
                         Official Court Reporter
25                           (515)291-8389
                     molly.clampitt@iowacourts.gov
```

EXHIBIT 6
A. Salter, PhD | 05-30-2023

2

```
 1                    A P P E A R A N C E S
 2
 3      For the State:
 4                         KEISHA F. CRETSINGER
                           Assistant Attorney General
 5                         1305 East Walnut Street
                           Des Moines, IA  50319
 6
 7
 8      For the Respondent:
 9                         MICHAEL H. ADAMS
                           Chief Public Defender
10                         Special Defense Unit
                           321 East 12th Street
11                         Des Moines, IA  50309
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

1    updated norms; correct?

2       A.   Yes.

3       Q.   So based on the new norms, what is the absolute

4    recidivism rate for a score of three or four?

5       A.   I don't remember because I didn't think it was

6    relevant.

7       Q.   The Static-99 is used -- is the most widely used

8    instrument to assess sexual recidivism risk in the world,

9    isn't it?

10      A.   Yes.

11      Q.   And especially in North America; correct?

12      A.   Well, probably, but I think it's used pretty widely

13   in England and Europe as well.

14      Q.   It has the largest sample of people, doesn't it?

15      A.   Yes.  It predicts recidivism, I believe -- at least

16   ranking of recidivism -- well.  And it's very useful in

17   initial SVP evaluations.  I use it in initial SVP

18   evaluations.  It is never claimed to measure changes in

19   treatment.

20      Q.   I understand that.  However, the Static-99 is

21   appropriate for use to assess the risk, sexual recidivism

22   risk, of a person as they reach the point where they are

23   about to leave custody; correct?

24      A.   Well, I think I went into that.  Yes and no.  I --

25   generally it will not affect changes in treatment.