# Exhibit 69B:

# Dr. Anna Salter Deposition Exhibit 9

U.S. Department of Justice
Office of Justice Programs



# Bureau of Justice Statistics
# Special Report

March 2003, NCJ 195710

# Reporting Crime to the Police, 1992-2000

EXHIBIT 9
A. Slater, PhD | 05-30-2023
S. Apley, CSR #8838

By Timothy C. Hart
and Callie Rennison, Ph.D.
*BJS Statisticians*

In 2000 about half the violent crimes — rape, sexual assault, robbery, and simple and aggravated assault — committed against persons age 12 or older were reported to the police, according to the National Crime Victimization Survey (NCVS). About a third of both property crimes — burglary, motor vehicle theft, and property theft — and pocket pickings or purse snatchings were also reported. Thirty-nine percent of the 25.4 million crimes estimated from victims' survey responses were reported to law enforcement authorities.

On average from 1992 through 2000, 57% of robberies and 55% of aggravated assaults were reported to police. Thirty-one percent of rapes/sexual assaults were brought to the attention of the police.

Overall violent crimes, rapes/sexual assaults, simple assaults, and serious violent crimes were reported to the police in higher percentages for 2000 than for the period 1992 through 1999.

The reporting to police of violent crime victimizations overall increased from an annual average 43%, 1992-99, to 49% for 2000. The reporting of simple assaults increased from 37% to 44%.

## Highlights

**Reporting to the police of violent crime increased from an annual average of 43%, 1992-99, to 49% in 2000**

[Chart: Percent reported to the police, showing Serious violent crime, Violent crime, and Simple assault lines from 1992 to 2000, ranging roughly 30%-60%]

Note: Serious violent crime includes rape, sexual assault, robbery, and aggravated assault and excludes simple assault.

• In 2000, 39% of the 25.4 million violent and property crimes were reported to the police according to the National Crime Victimization Survey. Violent crimes were reported at a higher percentage than property crimes.

• Violence against females was more likely to be reported than violence against males. Higher percentages of violence against older persons than younger persons were reported to law enforcement.

• Overall violent crime was more likely to be reported to the police if the victim perceived that the offender was under the influence of drugs/alcohol.

• When violent crime was committed by an armed offender, it was more likely to be reported to the police.

• A higher percentage of violence in which the victim was injured was reported to the police. Ninety percent of violence in which the victim was shot was reported to the police.

• Overall violent crime committed by strangers was reported to police at a higher percentage than was violent crime committed by nonstrangers.

• Robbery was less likely to have been reported to the police when the victim thought the offender was a gang member (46% for gang members and 59% for nongang members).

• Violent crime was most often reported in an effort to "prevent future violence," "stop the offender," or to "protect others."

• Violent crime was most often *not* reported to police because it was deemed a "private/personal matter," was considered "not important enough," or because it was "reported to another official."

**Data and definitions**

The NCVS collects data on nonfatal crimes against persons age 12 or older, reported and not reported to the police, from a nationally representative sample of U.S. households. Because NCVS interviews persons about their victimizations, murder and manslaughter cannot be included in NCVS estimates.

Overall violent victimization refers to rape, sexual assault, robbery, aggravated assault, and simple assault taken as a whole. Serious violent victimization refers to overall violent crime without simple assault. Property crimes include household burglary, motor vehicle theft, and theft.

Reporting crime to the police is often characterized and thought of as an action of the victim of the crime. However, violent crimes can come to the attention of police through persons other than the victim. Witnesses, relatives, neighbors, or other household members can report crimes to the police. Any one of these people could have been the source of information of reported crimes, unless otherwise specified. (See *Third Party Involvement in Violent Crime, 1993-99*, BJS Special Report, NCJ 189100.)

**Reporting crime to the police, 2000**

In 2000, 39% of the approximately 25.4 million violent and property victimizations against persons age 12 or older were reported to the police according to the NCVS (table 1). Violent crime was reported to the police at a higher percentage than personal theft (pocket picking and purse snatching) and property crime (49%, 36%, and 36% respectively).

During 2000 robbery (60%) and aggravated assault (58%) were reported to the police at percentages higher than simple assault (44%). Robbery was reported to the police at percentages somewhat higher than rape/sexual assault (48%). Other apparent differences between the percentage of rape/sexual assault and other violent crimes reported to the police were not statistically significant. (See the discussion of significance, especially as it pertains to the NCVS, in *Criminal Victimization 2001: Changes 2000-01 with Trends 1993-2001*, NCJ 194610.)

Motor vehicle theft (81%) was reported to the police at a higher percentage than burglary (53%) and theft (29%). Burglary was reported to the police at a higher percentage than theft during 2000.

**The National Crime Victimization Survey**

The NCVS is the Nation's primary source of information on the frequency, characteristics, and consequences of criminal victimization. One of the largest continuous household surveys conducted by the Federal Government, the NCVS collects information about crimes both reported and not reported to police. The survey provides the largest national forum for victims to describe their experiences of victimization, the impact of crime, and the characteristics of violent offenders.

For the most current estimates of criminal victimization in the United States, see *Criminal Victimization 2001: Changes 2000-01 with Trends 1993-2001* (NCJ 194610).

**Table 1. Number and percent of crimes reported to the police, 2000**

| | 2000 | |
|---|---|---|
| Type of crime | Total of all crimes | Percent reported |
| **Violent, personal and property crime** | 25,354,780 | 39% |
| **Serious violence**[a] | 2,199,420 | 57% |
| **Total violent crime** | 6,172,250 | 49% |
| Rape/sexual assault | 254,870 | 48% |
| Robbery | 737,830 | 60% |
|   Completed | 478,230 | 68 |
|   Attempted | 259,610 | 46 |
| Aggravated assault | 1,206,710 | 58% |
| Simple assault | 3,972,830 | 44% |
| **Total personal theft** | 276,080 | 36% |
| Purse snatching | 64,440 | 62% |
|   Completed | 55,290 | 67 |
|   Attempted | 9,150 | 28* |
| Pocket picking | 211,640 | 28% |
| **Total property crime** | 18,906,450 | 36% |
| Household burglary | 3,325,290 | 53% |
|   Completed | 2,844,490 | 54 |
|     Forcible entry | 1,049,490 | 77 |
|     Unlawful entry without force | 1,795,000 | 41 |
|   Attempted forcible entry | 480,800 | 43 |
| Motor vehicle theft | 947,870 | 81% |
|   Completed | 658,330 | 92 |
|   Attempted | 289,540 | 57 |
| Theft | 14,633,290 | 29% |
|   Completed | 14,084,990 | 29 |
|   Attempted | 548,300 | 37 |

*Based on 10 or fewer sample cases.
[a]Includes rape, sexual assault, robbery, and aggravated assault.

**The victim reported about half of all violence known to the police, 1992-2000**

When the police learn about violent crimes, the knowledge comes from a variety of sources. Victims were more often the source of reports to the police for rapes, sexual assaults, and robberies, than for aggravated assaults. "Someone else," such as a bystander, a relative, or an acquaintance, informed the police in about a fifth of the aggravated assaults and serious violent crimes. Officials other than law enforcement personnel, such as persons in authority at a hospital or school, reported about 9% of the violence that came to the attention of the police.

| | Violent crimes, 1992-2000 | | | | | |
|---|---|---|---|---|---|---|
| The person who reported the violence to the police | All | Rape/ sexual assault | Robbery | Aggravated assault | Simple assault | Serious violent crime[a] |
| Victim | 54% | 59% | 60% | 48% | 54% | 53% |
| Someone else | 16 | 12 | 17 | 22 | 14 | 20 |
| Other household member | 11 | 17 | 10 | 11 | 10 | 11 |
| An official (not police) | 9 | 7 | 7 | 9 | 9 | 8 |
| Police (at scene) | 6 | 1* | 3 | 6 | 8 | 4 |
| Other | 4 | 5 | 3 | 4 | 5 | 4 |

*Based on 10 or fewer sample cases.
[a]Includes rape, sexual assault, robbery, and aggravated assault.

**Victim characteristics and type of crime, 1992-2000**

Serious violent crime (53%), which excludes the verbal threats and minor injuries (such as cuts and bruises) of simple assault, was reported to the police at a higher percentage than overall violent crime (43%) (table 2). Robbery (57%) and aggravated assault (55%) were reported to the police at higher percentages than simple assault (38%) and rape/sexual assault (31%).

**Gender of victim**  Overall violence, robbery, aggravated assault, simple assault, and serious violent crimes were more likely to be reported to the police when the victim was female. Apparent differences in percentages of reporting of rape/sexual assault for male and female victims were not statistically significant.

**Race of victim**  Overall violence against black victims (49%) was reported at a significantly higher percentage than violence against white victims (42%) and at a somewhat higher percentage than violence against Asian victims (40%).

Serious violent crime and aggravated assault against blacks was reported in higher percentages than comparable crimes against whites. Regardless of the type of victimization, apparent differences in reporting percentages among American Indians and all other racial groups were not significant.

**Hispanic origin of victim**  Robbery of non-Hispanic victims (58%) was reported to the police at a higher percentage than robbery of Hispanics (48%).

**Age of victim**  The specific relationship between victims' ages and the percentages of crime reported to the police varied by the type of crime. For violent crime overall, adults were more likely than teenagers to have experienced crimes reported to the police.

Table 2. Violent victimizations reported to the police, by the gender, race, Hispanic origin, and age of the victims, 1992-2000

| Characteristic of victim | Percent reported to the police | | | | | |
|---|---|---|---|---|---|---|
| | Violent crimes | | | | | |
| | All | Rape/sexual assault | Robbery | Aggravated assault | Simple assault | Serious violent crime[a] |
| Total | 43% | 31% | 57% | 55% | 38% | 53% |
| **Gender** | | | | | | |
| Male | 40% | 27% | 52% | 52% | 34% | 51% |
| Female | 47 | 32 | 66 | 61 | 43 | 55 |
| **Race** | | | | | | |
| White | 42% | 31% | 56% | 54% | 37% | 51% |
| Black | 49 | 35 | 59 | 61 | 41 | 58 |
| American Indian | 48 | 47* | 45 | 59 | 43 | 55 |
| Asian | 40 | 16* | 55 | 51 | 31 | 50 |
| **Hispanic origin** | | | | | | |
| Hispanic | 44% | 28% | 48% | 55% | 39% | 50% |
| Non-Hispanic | 43 | 32 | 58 | 55 | 38 | 53 |
| **Age** | | | | | | |
| 12-15 | 25% | 47% | 32% | 37% | 20% | 37% |
| 16-19 | 37 | 27 | 49 | 47 | 32 | 44 |
| 20-24 | 45 | 28 | 59 | 56 | 39 | 53 |
| 25-34 | 51 | 29 | 64 | 62 | 46 | 59 |
| 35-49 | 50 | 32 | 64 | 63 | 45 | 60 |
| 50-64 | 49 | 33 | 65 | 58 | 43 | 60 |
| 65 or older | 53 | 30* | 72 | 51 | 46 | 61 |

*Based on 10 or fewer sample cases.
[a]Includes rape, sexual assault, robbery and aggravated assault.

**The higher percentage of violent crimes reported to the police in 2000, compared to 1992, resulted from a decrease in the number not reported**



From 1992 to 2000 violent crime decreased. The overall *number* of crimes reported to the police decreased somewhat, while the *number* of crimes not reported to police decreased to a greater extent. As a result, the overall *percentage* of crime reported to police increased from 1992 to 2000.

| Reported | Percent of violent crime reported to police, 1992-2000 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 1992 | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 |
| Violent crime | 42% | 41% | 42% | 42% | 43% | 45% | 45% | 44% | 49% |
| Rape/sexual assault* | 32 | 29 | 32 | 31 | 27 | 31 | 33 | 25 | 48 |
| Robbery | 59 | 55 | 56 | 55 | 54 | 56 | 62 | 55 | 60 |
| Aggravated assault | 54 | 53 | 51 | 54 | 56 | 59 | 57 | 54 | 58 |
| Simple assault | 36 | 35 | 36 | 36 | 37 | 39 | 40 | 40 | 44 |
| Serious violence | 53 | 51 | 50 | 52 | 53 | 55 | 56 | 51 | 57 |

*The increase in the percentage of rapes/sexual assaults reported to police, 1999-2000, was based on a difference of 10 or fewer sample cases.

**Annual household income of victim**
The relationship between annual household income and the percentage of violence reported to the police varied by the type of crime (table 3). In general, percentages of violence and simple assault reported to police declined as victims' annual household incomes increased.

With one exception, reporting aggravated assault to the police did not differ based on the victim's annual household income. Victims in households with annual incomes of less than $7,500 were slightly more likely to report aggravated assaults than those in households with incomes between $50,000 and $74,999.

Among the categories of annual household income considered, there were no differences in the percentages of rape/sexual assault, robbery, or serious violent crime reported to the police.

**Marital status of victim**  Overall violence, robbery, aggravated assault, simple assault, and serious violent crime against those who never married was reported to the police at lower percentages than for such crimes against married persons.

**Residence of victim**  Regardless of the type of violence, the percentage of violence reported to the police did not differ based on where the victim lived, with one exception. A higher percentage of overall violent crime against urban residents (45%) was reported to the police than similar crimes against suburbanites (42%).

Table 3. Violent victimizations reported to the police, by the annual household income, marital status, and residence of the victims, 1992-2000

| Characteristic of victim | Percent of violent victimizations reported to the police | | | | | |
|---|---|---|---|---|---|---|
| | Violent crimes | | | | | Serious violent crime[a] |
| | All | Rape/sexual assault | Robbery | Aggravated assault | Simple assault | |
| Total | 43% | 31% | 57% | 55% | 38% | 53% |
| **Annual household income** | | | | | | |
| Less than $7,500 | 48% | 38% | 57% | 60% | 41% | 56% |
| $7,500 to $14,999 | 48 | 41 | 54 | 57 | 43 | 54 |
| $15,000 to $24,999 | 44 | 28 | 58 | 55 | 39 | 52 |
| $25,000 to $34,999 | 43 | 28 | 61 | 53 | 37 | 53 |
| $35,000 to $49,999 | 42 | 22 | 57 | 53 | 38 | 51 |
| $50,000 to $74,999 | 39 | 38 | 53 | 52 | 33 | 51 |
| $75,000 or more | 37 | 21 | 63 | 53 | 30 | 53 |
| **Marital status** | | | | | | |
| Never married | 37% | 30% | 50% | 49% | 31% | 47% |
| Married | 51 | 39 | 67 | 64 | 44 | 63 |
| Widowed | 54 | 51* | 70 | 59 | 46 | 63 |
| Divorced | 52 | 34 | 65 | 60 | 48 | 58 |
| Separated | 54 | 25 | 65 | 61 | 53 | 55 |
| **Residence** | | | | | | |
| Urban | 45% | 30% | 58% | 55% | 38% | 53% |
| Suburban | 42 | 28 | 54 | 54 | 37 | 51 |
| Rural | 45 | 42 | 60 | 57 | 40 | 55 |

*Based on 10 or fewer sample cases.
[a]Includes rape, sexual assault, robbery and aggravated assault.

**Injuries and treatment of victims, 1992-2000**

Crimes resulting in injuries are more likely to be reported to police. Fifty-six percent of victimizations in which the victim was injured, compared to 40% of violence in which the victim emerged uninjured, were reported to the police (table 4).

Seventy-five percent of all violent victimizations in which the victim was seriously injured and 90% of violence in which the victim sustained a gunshot wound were reported to the police, 1992-2000.

==All victims of completed rape are considered injured by NCVS definition. Thirty-two percent of victimizations in which the victim was raped/sexually assaulted without additional injury were reported to the police.==

Victimizations in which victims received treatment for their injuries were reported to the police in a higher percentage (70%) than those instances when treatment was not received (46%).

Table 4. Violence reported to the police, by victim injury and treatment, 1992-2000

| | Percent of violence reported to police |
|---|---|
| **Not injured** | 40% |
| **Injured** | 56% |
| Serious injury | 75 |
| Gunshot wound | 90 |
| Knife wound | 67 |
| Broken bones | 76 |
| Knocked unconscious | 79 |
| Internal injuries | 74 |
| Other serious injuries | 62 |
| Rape/sexual assault without additional injury | 32 |
| Minor injuries | 55 |
| **Injured** | 56% |
| Injured, not treated | 46 |
| Injured, treated | 70 |
| At scene/home | 55 |
| Doctor's office or clinic | 62 |
| Hospital | 86 |
| Not admitted | 86 |
| Admitted | 89 |
| Other location | 57 |
| Average annual — | |
| Violent victimizations | 4,092,400 |
| Not injured | 2,741,180 |
| Injured | 1,351,220 |

**Offender characteristics and type of crime, 1992-2000**

As with victims, characteristics of the offender were related to the likelihood that a violent victimization was reported to the police (table 5).

**Gender of offender** Regardless of the type of crime examined, the percentage of violent crime reported to the police did not differ when the offender was male or female.

**Race of offender** Higher percentages of overall violent crime and serious violent crime were reported to police when the crimes were committed by black offenders than by white offenders. Somewhat higher percentages of aggravated assault were reported to police when committed by black offenders than by white offenders.

**Age of offender** In general the younger the offender, the lower the percentage of crime reported to police. For example, robbery, simple assault, and serious violent crime committed by offenders age 12-14 were reported to police in smaller percentages than similar crimes committed by older offenders.

**Number of offenders** A significantly higher percentage of violence was reported to the police when it was committed by more than a single offender. For example, 55% of overall violence was reported to the police when committed by 2 offenders, compared to 42% committed by a single offender.

**Victim-offender relationship** With two exceptions, there was no difference in the percentage of violence reported to the police when committed by persons known to the victims and when committed by strangers (table 6). The two exceptions were overall violent crime and rape/sexual assault. When committed by a stranger, the percentage reported to police was higher for both types of crime. For every type of violence except rape/sexual assault, a higher percentage of victimization by an intimate than by a friend/acquaintance was reported to the police.

Table 5. Violent victimizations reported to the police, by the gender, race, and age of the offenders, 1992-2000

| Characteristic of offender | Percent of violent victimizations reported to the police | | | | | |
|---|---|---|---|---|---|---|
| | Violent crimes | | | | | Serious violent crime[a] |
| | All | Rape/sexual assault | Robbery | Aggravated assault | Simple assault | |
| Total | 43% | 31% | 57% | 55% | 38% | 53% |
| **Gender** | | | | | | |
| All male | 43% | 32% | 56% | 54% | 38% | 52% |
| All female | 40 | 13* | 55 | 55 | 37 | 53 |
| Both | 63 | 59* | 74 | 75 | 56 | 74 |
| Offender(s) gender unknown | 44 | 100* | 63 | 60 | 25 | 61 |
| Unknown number of offenders | 46 | 26* | 66 | 58 | 31 | 58 |
| **Race** | | | | | | |
| White | 42% | 29% | 55% | 54% | 38% | 50% |
| Black | 47 | 39 | 59 | 59 | 38 | 58 |
| Other | 41 | 28 | 56 | 49 | 35 | 49 |
| Mixed races | 49 | 37* | 52 | 60 | 43 | 55 |
| Race unknown | 40 | 23 | 53 | 54 | 30 | 50 |
| **Age** | | | | | | |
| Less than 12 | 18% | 0%* | 11%* | 22% | 17% | 19% |
| 12-14 | 19 | 40 | 25 | 32 | 16 | 30 |
| 15-17 | 32 | 25 | 45 | 45 | 27 | 43 |
| 18-20 | 40 | 19 | 49 | 51 | 34 | 47 |
| 21-29 | 48 | 33 | 63 | 55 | 44 | 55 |
| 30 or older | 49 | 32 | 64 | 62 | 45 | 57 |
| Mixed age group | 53 | 37 | 59 | 62 | 46 | 60 |
| **Number of offenders** | | | | | | |
| One | 42% | 31% | 55% | 53% | 38% | 50% |
| Two | 55 | 44 | 65 | 64 | 44 | 64 |
| Three or more | 51 | 28 | 57 | 62 | 42 | 59 |

Note: Offender characteristics are based on the victim's perception.
*Based on 10 or fewer sample cases.
[a]Includes rape, sexual assault, robbery, and aggravated assault.

Table 6. Violent victimizations reported to the police, by characteristics of the offender, 1992-2000

| Characteristic of offender | Percent of violent victimizations reported to the police | | | | | |
|---|---|---|---|---|---|---|
| | Violent crimes | | | | | Serious violent crime[a] |
| | All | Rape/sexual assault | Robbery | Aggravated assault | Simple assault | |
| **Relationship to victim** | | | | | | |
| Nonstranger | 41% | 27% | 59% | 55% | 37% | 51% |
| Intimate | 54 | 24 | 72 | 63 | 53 | 55 |
| Other relative | 50 | 48 | 53 | 61 | 47 | 57 |
| Friend/acquaintance | 36 | 27 | 55 | 52 | 31 | 48 |
| Stranger | 45 | 41 | 56 | 55 | 39 | 55 |
| Don't know relationship | 43 | 39* | 62 | 53 | 32 | 55 |
| **Gang membership** | | | | | | |
| Gang member | 46% | 34% | 46% | 57% | 39% | 53% |
| Not a gang member | 43 | 28 | 59 | 55 | 40 | 51 |
| Don't know | 43 | 41 | 57 | 53 | 34 | 54 |
| **Drug/alcohol use** | | | | | | |
| Using drugs/alcohol | 51% | 32% | 58% | 60% | 48% | 55% |
| Not using drugs/alcohol | 33 | 23 | 50 | 47 | 30 | 43 |
| Don't know | 45 | 39 | 58 | 55 | 37 | 55 |

Note: Offender characteristics are based on the victim's perception.
*Based on 10 or fewer sample cases.
[a]Includes rape, sexual assault, robbery, and aggravated assault.

### National crime measures

National measures of crime come from two sources of data: the National Crime Victimization Survey (NCVS) and the Uniform Crime Reports (UCR). The UCR program collects information on crimes and arrests reported by law enforcement authorities to the FBI.

The figure, using data from <http://www.ojp.usdoj.gov/bjs/glance/cv2.htm>, shows that about half of all serious violent crime is reported to police. The three lines in the chart are described below:

### Total serious violent crime

The number of homicides recorded by police plus the number of rapes, robberies, and aggravated assaults from the victimization survey whether or not they were reported to the police.

### Victimizations reported to police

The number of homicides recorded by police plus the number of rapes, robberies, and aggravated assaults from the victimization survey that victims said were reported to the police.

### Crimes recorded by police

The number of homicides, forcible rapes, robberies, and aggravated assaults included in the Uniform Crime Reports of the FBI excluding commercial robberies and crimes that involved victims under age 12.



*NCVS numbers include homicide from the UCR.

Serious violent crime includes rape, robbery, aggravated assault, and homicide. (For related data about homicide trends, see *Homicide Trends in the United States: 2000 Update,* January 2003, NCJ 197064.) The redesign of the NCVS was put into place in 1993; prior year data are adjusted to make them comparable with data collected afterwards. Post-redesign data are denoted by the darker segments of the graph lines.

For more information, see U.S. Department of Justice, *The Nation's Two Crime Measures,* a statement by BJS and the FBI, NCJ 122705, August 2002 version; *Effects of the Redesign on Victimization Estimates,* BJS Technical Report, NCJ 164381, April 1997; and "True Crime Stories? Accounting for Differences in Our National Crime Indicators," *Chance Magazine*, Vol. 15, No. 1, 2002.

**Offender's gang membership**
Except for robbery the percentage of violent crime reported to the police did not differ based on whether the victim perceived the offender(s) to be gang members. The rate of reporting a robbery to the police was lower for crimes perceived to have been committed by gang members (46% for gang members and 59% for nongang members).

**Offender's drug/alcohol use** For all crimes except rape/sexual assault and robbery, violent crimes were reported to the police in higher percentages when the victim believed the offender was under the influence of drugs/alcohol.

**Presence of weapons** Violent crimes committed by armed offenders were more likely to be reported to the police across all types of crimes (table 7). For example, 56% of all violent crimes committed with a weapon present compared to 38% of those committed by an unarmed offender were reported to the police.

Similarly, 49% of all rapes/sexual assaults committed by an armed offender compared to 28% of those committed by an unarmed offender were reported to the police.

Except for rape/sexual assaults, violent crimes committed by an offender armed with a firearm were more likely to be reported to police than violence by an offender armed with a knife. Apparent differences in the percentages of rapes/sexual assaults reported to the police when the offender was armed with a firearm versus a knife were not significant.

Table 7. Reporting to the police and the presence of a weapon during violent crimes, 1992-2000

| Weapon presence | Percent reported to the police | | | |
|---|---|---|---|---|
| | All | Rape/sexual assault | Robbery | Assault |
| No weapon | 38% | 28% | 51% | 38% |
| Weapon | 56 | 49 | 63 | 54 |
|   Firearm | 65 | 62 | 70 | 63 |
|   Knife | 50 | 42 | 48 | 51 |
|   Other | 51 | 32* | 62 | 50 |
|   Type unknown | 51 | 53* | 69 | 47 |
| Don't know | 42 | 42 | 48 | 40 |

*Based on 10 or fewer sample cases.

## Reasons violence was and was not reported to the police, 1992-2000

NCVS asks crime victims why they reported or did not report the crime to law enforcement authorities.

**Reasons for reporting violence**  In general, the most common reason for reporting violence to the police was to "prevent future violence" (19%), to "stop the offender" (17%), or to "protect others" (9%) (table 8). The most common reason for reporting robbery to the police was to "recover property" (16%).

## Reasons for not reporting violence

The most common reasons for not reporting violence to the police were because it was a "private/personal matter" (20%), because the violence was considered "not important enough" (17%), or because it was "reported to some other official" (14%) (table 9).

## Survey methodology

The NCVS collects data on nonfatal crimes against persons age 12 or older, reported and not reported to the police, from a nationally representative sample of households in the United States.  Between 1992 and 2000 approximately 464,740 households and 872,320 individuals age 12 or older were interviewed. For the NCVS data presented, response rates varied between 93% and 96% of eligible households, and between 89% and 94% of eligible individuals.

For discussions of standard errors and trend analysis, see *Criminal Victimization 2001: Changes 2000-01 with Trends 1993-2001* (NCJ 194610).

Table 8. Reasons why violence was reported to the police, by type of crime, 1992-2000

|  | Percent of reasons why violence was reported to the police | | | | | |
|---|---|---|---|---|---|---|
|  | Violent crimes | | | | | Serious violent crime[a] |
| Reasons for reporting | All | Rape/ sexual assault | Robbery | Aggravated assault | Simple assault | |
| Prevent future violence | 19% | 19% | 11% | 18% | 22% | 15% |
| Stop offender | 17 | 17 | 9 | 15 | 21 | 13 |
| Protect others | 9 | 15 | 8 | 11 | 8 | 10 |
| A duty to tell police | 6 | 5 | 6 | 7 | 5 | 6 |
| Punish offender | 8% | 12% | 7% | 8% | 7% | 8% |
| Catch offender | 5 | 5 | 10 | 7 | 3 | 8 |
| Recover property | 4 | 1* | 16 | 1 | 1 | 7 |
| Improve police surveillance | 3 | 4 | 4 | 3 | 2 | 4 |
| Needed assistance | 2% | 4% | 2% | 2% | 1% | 2% |
| Collect insurance | 1 | 0* | 1 | 1 | 1 | 1 |
| Other reason | 7 | 6 | 4 | 7 | 9 | 5 |
| No other reason | 20 | 14 | 22 | 20 | 20 | 20 |

*Based on 10 or fewer sample cases.
[a]Includes rape, sexual assault, robbery, and aggravated assault.

Table 9. Reasons why violence was not reported to the police, by type of crime, 1992-2000

|  | Percent of reasons for not reporting to the police | | | | | |
|---|---|---|---|---|---|---|
|  | Violent crimes | | | | | Serious violent crime[a] |
| Reasons for not reporting | All | Rape/ sexual assault | Robbery | Aggravated assault | Simple assault | |
| Private/personal matter | 20% | 23% | 11% | 18% | 22% | 17% |
| Not important enough | 17 | 6 | 18 | 15 | 19 | 14 |
| Reported to other official | 14 | 7 | 7 | 9 | 16 | 8 |
| Not important to police | 6 | 4 | 9 | 7 | 5 | 7 |
| Fear of reprisal | 5% | 12% | 6% | 6% | 4% | 7% |
| Not clear a crime occurred | 4 | 3 | 1 | 3 | 4 | 3 |
| Lack of proof | 4 | 2 | 10 | 6 | 2 | 7 |
| Protect offender | 3 | 6 | 1 | 4 | 3 | 3 |
| Inconvenient | 3% | 3% | 5% | 4% | 3% | 4% |
| Other reason | 25 | 34 | 33 | 28 | 23 | 30 |

*Based on 10 or fewer sample cases.
Note: In instances where all types of crime accounted for less than 3% for a reason, that reason was included in the "other reason" category.
[a]Includes rape, sexual assault, robbery, and aggravated assault.

Appendix. Factors associated with reporting crime to the police, 1992-2000

|  | Likelihood of reporting to the police | |
|---|---|---|
| Characteristic of — | Increased | Decreased |
| **Crime** | | |
| Type | Violent | Property |
| Completion | Completed | Attempted |
| Victim injury | Injured | Not injured |
| Weapon | Present | Not present |
| **Victim** | | |
| Gender | Female | Male |
| Race | Black | White |
| Age | Age 25+ | Under 25 |
| Income | Lower | Higher |
| Marital status | Married | Never married |
| **Offender** | | |
| Race | Black | White |
| Age | Older | Younger |
| Number | More than one | One |
| Relation to victim | Stranger | Nonstranger |
| Drug/alcohol use | Under the influence | Not under the influence |

Note: See text for a discussion of factors associated with reporting crime to the police.

**Other NCVS reports**

*Rape and Sexual Assault: Reporting to Police and Medical Attention, 1992-2000,* BJS Selected Findings, NCJ 194530, 8/02.

*Criminal Victimization 2001: Changes 2000-01 with Trends 1993-2001,* BJS Bulletin, NCJ 194610, 9/02.

*Hispanic Victims of Violent Crimes, 1993-2000/Víctimas Hispanas de Crímenes Violentos, 1993-2000,* BJS Special Report, NCJ 191208, 4/02

The Bureau of Justice Statistics is the statistical agency of the U.S. Department of Justice. Lawrence A. Greenfeld is director.

Timothy C. Hart and Callie M. Rennison wrote this report under the supervision of Michael Rand. Cathy Maston provided statistical review. Tom Hester produced and edited the report. Jayne Robinson administered final production.

March 2003, NCJ 195710

This report and additional data, analyses, and graphs about criminal victimization in the United States are available on the Internet at http://www.ojp.usdoj.gov/bjs/

For questions or comments about this or any BJS report, e-mail to ASKBJS@ojp.usdoj.gov.

Data presented in this report can be obtained from the National Archive of Criminal Justice Data at the University of Michigan, 1-800-999-0960. The archive can also be accessed through the BJS Web site. When at the archive site, search for dataset ICPSR 3140.