# Exhibit 71:

## Steven Beatty Deposition Transcript and Deposition Exhibits 30 - 32



**TRI-COUNTY COURT REPORTERS INC.**

(248)608-9250 Fax (844)270-7115
www.tri-countycourtreporters.com
depos@tricountyreporters.com

Transcript of the Testimony of
**Beatty, Steve**

**Date:** June 6, 2023
**Volume:**

**Case:** JOHN DOES A, B, C, D, E, F, G, H, et al. v. GRETCHEN WHITMER, Governor of the State of Michigan, et al.

Printed On: June 20, 2023

Beatty, Steve
6/6/2023

## Page 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN DOES A, B, C, D, E,
F, G, H, MARY DOE and
MARY ROE, on behalf of
themselves and all others
similarly situated,
    Plaintiffs,

vs.       File No. 2:22-cv-10209
         Hon. Mark A. Goldsmith
         Mag. Curtis Ivy, Jr.
GRETCHEN WHITMER, Governor
of the State of Michigan, and
COL. JOSEPH GASPER, Director
of the Michigan State Police,
in their official capacities,
    Defendants.
_____/

The remote videoconference deposition of
STEVE BEATTY, taken before me, SANDRA APLEY,
CSR-8838, a Certified Shorthand Reporter and Notary
Public acting within the County of Oakland, State of
Michigan, on Tuesday, June 6, 2023, at 9:00 a.m.

Page 1

## Page 2

1  APPEARANCES:
2
   AMERICAN CIVIL LIBERTIES UNION FUND OF MICHIGAN
3  By:  Ms. Miriam J. Aukerman (P63165)
      Ms. Dayja S. Tillman (P86526)
4  1514 Wealthy Street SE, Suite 260
   Grand Rapids, Michigan 49506
5  (616) 301-0930
   maukerman@aclumich.org
6  dtillman@aclumich.org
   Appearing via videoconference on behalf of Plaintiffs
7
   MICHIGAN DEPARTMENT OF ATTORNEY GENERAL
8  By:  Mr. Scott L. Damich (P74126)
      Mr. Eric M. Jamison (P75723)
9  525 West Ottawa Street
   Lansing, Michigan 48933
10  (517) 335-7573
   damichs@michigan.gov
11  jamisone@michigan.gov
   Appearing via videoconference on behalf of Defendants
12
   MICHIGAN STATE POLICE
13  By:  Ms. Aimee L. Brimacombe (P70926)
      Specialist First Lieutenant
14  P.O. Box 30634
   Lansing, Michigan 48909
15  (517) 290-8559
   brimacombea@michigan.gov
16  Appearing via videoconference on behalf of Michigan
   State Police
17
18  Also present:
19  Mariam Elbakr, Legal Intern, American Civil Liberties
      Union of Michigan
20  Jesse Lin, Legal Intern, Department of Attorney General
21
22
23
24
25

Page 2

## Page 3

1      T A B L E   O F   C O N T E N T S
2  WITNESS               PAGE
3  STEVE BEATTY
4    Examination by Ms. Aukerman     5
5
6
7       E X H I B I T   I N D E X
8  PLAINTIFFS'
   EXHIBITS     DESCRIPTION     PAGE

9  Exhibit No. 1 - MSP Organization Chart   11
10  Exhibit No. 2 - Excerpt of MCL 28.725   47
11  Exhibit No. 3 - Notice of Contract   68
12  Exhibit No. 4 - MSOR Mail-In Update form   53
13  Exhibit No. 5 - Registration/Verification/Update 49
14  Exhibit No. 6 - Explanation of Duties   89
15  Exhibit No. 7 - MSP Letter   91
16  Exhibit No. 8 - Operational Procedure SOR-OR-315 96
17  Exhibit No. 9 - Operational Procedure SOR-OR-308 100
18  Exhibit No. 10 - Court Brief   106
19  Exhibit No. 11 - Excerpt of MCL 28.722   153
20  Exhibit No. 12 - Flowcharts   138
21  Exhibit No. 13 - PACC Code Table spreadsheet   162
22  Exhibit No. 14 - Email string   195
23  Exhibit No. 16 - Ohio Revised Code 2907.04   210
24  Exhibit No. 17 - Excerpt of MCL 750.520e   211
25  Exhibit No. 18 - Defendants' Answer   223

Page 3

## Page 4

1    E X H I B I T   I N D E X   C O N T I N U E D
2
3  PLAINTIFFS'
   EXHIBITS     DESCRIPTION     PAGE

4  Exhibit No. 19 - Nebraska Statute 28-320.01   216
5  Exhibit No. 20 - Tier Notification letters   220
6  Exhibit No. 21 - PAAM letter   246
7  Exhibit No. 22 - Prosecutor letter   254
8  Exhibit No. 23 - Law Enforcement letter   256
9  Exhibit No. 24 - RSO letter   257
10  Exhibit No. 27 - Excerpt of MCL 28.728c   230
11  Exhibit No. 28 - Follow-Up spreadsheet   268
12  Exhibit No. 29 - MSOR Website   289
13  Exhibit No. 30 - MSOR Website   296
14  Exhibit No. 31 - MSOR Website   296
15  Exhibit No. 32 - MSOR Website   298
16  Exhibit No. 34 - MSP Website   300
17  Exhibit No. 35 - Judgment of Sentence form   309
18
19    (Exhibit Nos. 15, 25, 26 and 33 were intentionally
20       omitted.)
21
22
23
24
25

Page 4

1 (Pages 1 to 4)

Beatty, Steve
6/6/2023

| | |
|---|---|
| 1          Tuesday, June 6, 2023 | 1    for the record, go over some of the basic rules for |
| 2          9:00 a.m. | 2    depositions. You have to answer verbally. The court |

**Page 5 (left column)**

1           Tuesday, June 6, 2023
2            9:00 a.m.
3            --oOo--
4      THE REPORTER: My name is Sandra Apley, a
5    Michigan State certified shorthand reporter and notary
6    public. This deposition is being held via
7    videoconferencing equipment. The witness and the
8    reporter are not in the same room. The witness will
9    be sworn in remotely pursuant to agreement of all
10    parties.
11          STEVE BEATTY
12    was thereupon called as a witness herein, and after
13    having been first duly sworn or affirmed to tell the
14    truth, the whole truth, and nothing but the truth,
15    was examined and testified as follows:
16          EXAMINATION
17   BY MS. AUKERMAN:
18   Q. Good morning, Mr. Beatty. We've met before. I'm
19    Miriam Aukerman. I'm a senior staff attorney at the
20    ACLU of Michigan. I represent the plaintiffs in this
21    case, and you're here today pursuant to a 30(b)(6)
22    deposition notice representing the Michigan State
23    Police.
24      I just wanted to -- you're a lawyer, so
25    you're pretty familiar with this. But I'm just gonna,

**Page 5**

**Page 6 (right column)**

1    for the record, go over some of the basic rules for
2    depositions. You have to answer verbally. The court
3    reporter can't take it down if you don't.
4      If you need clarification on a question,
5    will you ask me for that clarification?
6   A. Yes.
7   Q. Okay. And if you answer questions, I'll assume that
8    you understand them. Okay?
9   A. Yes.
10   Q. The court reporter can't take down two people speaking
11    at once, so we should both try not to talk over each
12    other. And I'll do my best and ask for you to do your
13    best as well.
14      From time to time, your attorney may object.
15    Unless he instructs you not to answer, you need to the
16    answer the question. You should answer just the
17    questions that I've asked. In my experience, and
18    hopefully in yours as well, sometimes witnesses want
19    to add information that they think is important, but
20    that isn't what I asked about. If your attorney wants
21    you to elaborate on something, your attorney can ask
22    you after I'm finished with my questions.
23      So can we agree that you'll provide answers
24    that are responsive to the questions that I'm asking?
25   A. I will do my best.

**Page 6**

**Page 7 (left column)**

1   Q. Great. Thank you. You can obviously take a break if
2    you need to. I just ask that you answer any pending
3    question that's on the table. And then, finally,
4    since we're doing this by Zoom, I just want to clarify
5    where you are.
6   A. I'm in my home office.
7   Q. Okay. Is there anything in front of you other than
8    the computer screen?
9   A. Well, there's all kinds of stuff in front of me, but
10    no -- as far as paperwork, the only thing I have is a
11    copy of the deposition notice and a copy of Rule 30.
12   Q. Okay, great. And is anyone with you?
13   A. No.
14   Q. Okay. Are you under the influence of any medications
15    or any other conditions that will affect your memory
16    or ability to testify today?
17   A. No.
18   Q. And anything else that will prevent you from answering
19    questions truthfully today?
20   A. Not to my knowledge.
21   Q. Okay. How did you prepare for your deposition today?
22   A. I really didn't.
23   Q. Okay.
24   A. I met with the attorneys last week, went over the
25    notice. But, no, I really didn't prepare.

**Page 7**

**Page 8 (right column)**

1   Q. When you said you "met with the attorneys," who did
2    you meet with?
3   A. Mr. Damich, and Mr. Jamison, and First Lieutenant
4    Brimacombe. Well, I can't remember if she was there
5    or not. I don't, but she and I work together on a
6    regular basis, so we're in lots of meetings.
7   Q. So you had one meeting with Mr. Damich and Mr. Jamison
8    and maybe Lieutenant Brimacombe?
9   A. Yes.
10   Q. As far as you can recall?
11   A. As far as I can recall. I'm talking to them on a
12    regular basis for any number of matters, so to say
13    that the deposition wasn't mentioned in any other
14    meetings. But as far as scheduled, talked about
15    before the deposition, I believe that was a single
16    meeting.
17   Q. Did you review any documents?
18   A. Again, outside of the notice, no, I don't believe so.
19   Q. Okay. And did you speak with anyone else in
20    preparation for the deposition?
21   A. No.
22   Q. Okay. Let's just talk very briefly, and you mentioned
23    the 30(b)(6). But just to get a sense of your
24    background, can you give me just a brief summary of
25    your educational background?

**Page 8**

Beatty, Steve
6/6/2023

---

**Page 9**

1    **A.** How far back do you want me to go?

2    **Q.** Well, looking at LinkedIn, it looks like you've got a

3    BA in Wittenberg in 1991, and a JD from Cooley in

4    1995. Is that accurate?

5    **A.** Yes.

6    **Q.** Okay. And then in terms of your work history, it

7    looks like you were in private law practice for about

8    nine years after you graduated from law school?

9    **A.** Yes.

10    **Q.** And then you worked as a prosecuting attorney in

11    Lapeer County for about nine years.

12    Does that sound right?

13    **A.** Yes.

14    **Q.** What kind of cases did you prosecute?

15    **A.** All kinds of cases, I mean, felony trials. As a

16    prosecutor, I had to defend a murder case in front of

17    a jury. I've prosecuted and defended CSC cases. I've

18    gotten acquittals in first degree CSC cases as a

19    defense attorney. Gotten convictions in first degree

20    CSC cases as defense attorney, all matters of trial

21    work in defense and the prosecutor's office.

22    **Q.** It sounds like a great and varied background.

23    Then it looks like you moved to the Michigan

24    State Police in October of 2013; is that right?

25    **A.** Correct.

---

**Page 10**

1    **Q.** And you have been at -- so you've been at the MSP for

2    about ten years, not quite, right?

3    **A.** Correct.

4    **Q.** And you started as an MSP departmental specialist.

5    What did that role entail?

6    **A.** That was an attorney position within the department.

7    **Q.** And what were your responsibilities?

8    **A.** Similar to what I'm doing -- I do now. It's legal

9    education, legal training, assist with the department

10    with internal legal guidance, anything and everything.

11    Other than the litigation which is in Special First

12    Lieutenant Brimacombe's end of things, really anything

13    that's legal related in the department or any member

14    of the department can theoretically across my desk.

15    **Q.** When you say that litigation is within First

16    Lieutenant Brimacombe, what do you mean by

17    "litigation"?

18    **A.** When the department gets sued, right, we have a risk

19    management section that is responsible for

20    coordinating the response to any litigation against

21    members if we're involved with representing the

22    department as a whole, and she liaisons with the

23    attorney general's office.

24    **Q.** It looked like your job at MSP, department specialist

25    was in the legislative and legal resources section

---

**Page 11**

1    office of the director. Is that the name of the

2    section that it was located in?

3    **A.** It was.

4    **Q.** Is it named something else now?

5    **A.** It's been named a couple of different things. And

6    we've moved bureaus a couple of times, if you know

7    anything about state government, and things have been

8    renamed a couple of times. But the responsibilities

9    have generally remained the same.

10    **Q.** Okay.

11    **A.** Currently, we're tasked under the office of the

12    director, and we've kind of come full circle. And

13    it's legislative and legal resources now. The

14    legislative side has split off.

15    **Q.** So let me actually show you -- let me share my screen

16    here.

17    Can you see that document? This is

18    Exhibit 1.

19    **A.** I can.

20    MS. AUKERMAN: Okay. This is an

21    organizational chart for the Michigan State Police.

22    Let's mark this as Exhibit 1.

23    (Plaintiffs' Exhibit No. 1 was marked.)

24    BY MS. AUKERMAN:

25    **Q.** Can you show me where the legal -- you said you're now

---

**Page 12**

1    under the office of the director. Can you show me on

2    this or tell me on this where your unit is located?

3    **A.** We've since -- this is not a current and just recently

4    have reorganized again. But on this as of

5    January 3rd, 2023, if you can see in the center

6    column, the Transparency and Accountability Division.

7    **Q.** The center column?

8    **A.** Yeah. So go under the Professional Development

9    Bureau, right, then down the right side, middle one,

10    Transparency and Accountability Division headed by

11    Captain Tom Deasy.

12    **Q.** Yeah.

13    **A.** Captain Tom Deasy is my immediate supervisor. So if

14    you were to scroll further in the organization chart,

15    those other charts would then break down each of those

16    other boxes. And so for at the time, the Transparency

17    and Accountability Division, you open that box, you

18    would see my name in one those, the legal section of

19    that box along with other sections in there, units and

20    section.

21    **Q.** So currently, what is the -- what is your unit

22    currently called?

23    **A.** It's legal resources and education.

24    **Q.** Resources and education. And where is that currently

25    located?

---

3 (Pages 9 to 12)

Beatty, Steve
6/6/2023

| | |
|---|---|
| 1 | **A.** It's still within the Transparency and Accountability |
| 2 | Division under Captain Deasy. |
| 3 | Q. And is Transparency and Accountability someplace else |
| 4 | than it shows on this work chart? |
| 5 | **A.** Now it's under the office of the director which isn't |
| 6 | depicted on this chart because that was a new -- as I |
| 7 | said, there was a reorganization. |
| 8 | MS. AUKERMAN: I'll just state for the |
| 9 | record, Scott, if we can get a copy of the org chart |
| 10 | 'cause this is the most recent one I found online and |
| 11 | I want to make sure we have an updated and accurate |
| 12 | org chart. |
| 13 | MR. DAMICH: Sure. We'll follow up in an |
| 14 | email after or in writing after this. |
| 15 | MS. AUKERMAN: Will do. Okay. |
| 16 | BY MS. AUKERMAN: |
| 17 | Q. So let's go back to talking about your job |
| 18 | responsibilities. When you were the MSP department |
| 19 | specialist, did you have responsibilities related to |
| 20 | the Sex Offender Registration Act, or what we'll call |
| 21 | SORA? |
| 22 | **A.** I did. |
| 23 | Q. What were those? |
| 24 | **A.** It could be any numbers of things. It could be |
| 25 | questions being asked by the SOR Unit. It could be |

Page 13

| | |
|---|---|
| 1 | review of department forms as part of the form review |
| 2 | process which could include whatever registry forms |
| 3 | were involved at the time. I'm not sure. |
| 4 | I mean, obviously, we all know about the |
| 5 | 2011 amendments. I think there might have been a |
| 6 | couple of other minor tweaks. After that, I'm sure I |
| 7 | looked at those issues if they came up but -- |
| 8 | Q. And then -- go ahead. |
| 9 | **A.** No, that's it. |
| 10 | Q. And then it looks like in January 2018 you moved to be |
| 11 | an MSP departmental manager in-house legal advisor. |
| 12 | How did that job differ from your prior |
| 13 | position as a departmental specialist? |
| 14 | **A.** I assumed management of the unit, so whereas before, I |
| 15 | was an attorney within the unit. At that point, I |
| 16 | assumed manager of the unit. The manager who was |
| 17 | there before me moved to another position. |
| 18 | Q. Okay. And then in April 2021, you moved to be an |
| 19 | administrative law specialist? |
| 20 | **A.** Correct. |
| 21 | Q. And how did that position differ from your prior |
| 22 | position? |
| 23 | **A.** It was essentially a reclassification of the attorney |
| 24 | position within that section. But the |
| 25 | responsibilities essentially remained the same. |

Page 14

| | |
|---|---|
| 1 | Q. Okay. You mentioned some of your job responsibilities |
| 2 | related to the registry. |
| 3 | What percentage of your work relates to |
| 4 | SORA? |
| 5 | **A.** I couldn't put a number on it. |
| 6 | Q. Well, 80 percent? 10 percent? 50 percent? |
| 7 | I'm not holding you to it, just some sense. |
| 8 | **A.** I mean, I suppose it depends on are we in litigation |
| 9 | or not, are we getting discovery requests or not. I |
| 10 | mean, it can vary. There's times where it consumed |
| 11 | almost my entire days. There's other times when |
| 12 | there's a lull, so I'm not gonna -- I can't really put |
| 13 | a percentage on it. It can be a lot at times. |
| 14 | Q. And what other areas do you work on? |
| 15 | **A.** I'm responsible for all department legal instruction, |
| 16 | coordinating any legal instruction for all recruit |
| 17 | schools and service training. I review all contracts |
| 18 | by the department of 3,000 members. I'm the |
| 19 | department's regulatory affairs officer, so I'm |
| 20 | responsible for all department rule making and |
| 21 | coordinating all department rule making. |
| 22 | I serve as the department's travel liaison |
| 23 | and have served in that position for several years. I |
| 24 | answer questions that come in from the field on an |
| 25 | almost daily basis. I liaison with the public for |

Page 15

| | |
|---|---|
| 1 | general questions for information that come in. I'm |
| 2 | missing -- anything that you think could possibly |
| 3 | involve the Michigan State Police. Someone gets calls |
| 4 | up anywhere in the department and they throw out the |
| 5 | word "law," then someone forwards that to my phone |
| 6 | oftentimes. I don't always answer the question or can |
| 7 | I answer the question, but it's a very wide-ranging |
| 8 | responsibility. They can vary day to day, hour to |
| 9 | hour, minute to minute. |
| 10 | Q. How many lawyers do you have within the department who |
| 11 | are -- I mean not lawyers who might be working in |
| 12 | other capacities but lawyers within the -- I believe |
| 13 | you called it the legal resources and education |
| 14 | section? |
| 15 | **A.** Currently, it's just me. |
| 16 | Q. Just one lawyer? |
| 17 | **A.** Um-hmm. Currently, yes. |
| 18 | Q. Are there other lawyers -- you mentioned the risk |
| 19 | management work. Are there lawyers involved in that |
| 20 | work? |
| 21 | **A.** Yes. Specialist First Lieutenant Brimacombe is an |
| 22 | attorney in the state. |
| 23 | Q. Are there other lawyers who are involved in either |
| 24 | litigation or legal advising for the MSP? |
| 25 | **A.** That's two questions. |

Page 16

4 (Pages 13 to 16)

Beatty, Steve
6/6/2023

1    Q. Fair enough. Are there other lawyers involved in
2       litigation?
3    A. We don't litigate cases within the department. So
4       Specialist First Lieutenant Brimacombe does not
5       litigate cases on behalf of the department nor do any
6       of the other attorneys in the department. She
7       coordinates litigation with either the attorney
8       generals's office or other counsel. She's the only
9       attorney in her section, the risk management section.
10          Right now I'm the only attorney in legal
11      resources and education. I report to Captain Tom
12      Deasy as does Specialist First Lieutenant Brimacombe.
13      Captain Deasy is also a licensed attorney.
14   Q. Are there other lawyers within MSP involved in legally
15      advising the department?
16          MR. DAMICH: Objection. Asked and answered.
17   BY MS. AUKERMAN:
18   Q. You may answer.
19   A. Again, there are other attorneys within the
20      department. I cannot speak for the occasions. I'm
21      sure there's occasions where people reach out to them
22      in their respective roles. But, again, I can't speak
23      for other attorneys on what they do.
24          Specialist First Lieutenant Brimacombe is
25      responsible for risk management. I'm responsible for

Page 17

1    the things that come through the legal resources and
2    education. You know, my boss is an attorney. I'm
3    sure he's providing guidance at times.
4    Q. I'm just trying to get a sense of the staffing. You
5       obviously have a lot on your plate, and I'm just
6       trying to get a sense of how many folks are there.
7          So it sounds like basically as a practical
8       matter when you're dealing with litigation or advising
9       the department on legal matters, it's Captain Deasy,
10      you, and First Lieutenant Brimacombe?
11          MR. DAMICH: Objection to form.
12          THE WITNESS: Yeah. I guess I'm not
13      understand-- I mean, we all have our own
14      responsibilities. It's a big department, and it would
15      be presumptuous of me to say what anyone else is doing
16      on a day-to-day basis. I can tell you that I'm very
17      busy, and I believe they're busy as well.
18   BY MS. AUKERMAN:
19   Q. Let's talk a little bit more about your specific
20      responsibilities related to the registry.
21          Can you give me a list of what it is that
22      you do related to the sex offender registry?
23   A. A list, no. I mean, the registry is the registry. So
24      as questions come up, I go -- I go to the Sex Offender
25      Registration Act. I review, and I apply. I give

Page 18

1    guidance as -- I read the statute and go from there.
2    Q. And to whom do you give guidance to?
3    A. The Sex Offender Registry Unit if they have questions
4       that come up, the department, you know, as a body,
5       guidance.
6    Q. The public?
7    A. I don't give guidance to the public.
8    Q. To registrants?
9    A. Again, are you asking me personally?
10   Q. Yeah. Do you give guidance to registrants, is the
11      question.
12   A. Registrants, no. I mean, there's information that's
13      publically made available to the public that can be
14      described as, I suppose, providing information. You
15      go to your SOR Unit's website which I'm sure you've
16      viewed a number of times. There's documents on there
17      that are informative that some might characterize as
18      guidance. But, no, I don't respond to individual
19      offenders and answer questions, and I encourage -- you
20      know, our SOR Unit and staff, we don't give legal
21      guidance. That's not our responsibility.
22   Q. Do you give guidance to prosecutors?
23   A. Again, I don't. The Michigan State Police is not in a
24      supervisory capacity over local prosecutors that are
25      police agencies. I strongly stress that we don't give

Page 19

1    guidance to anyone outside of the department other
2    than publically available information you see that's
3    general in nature which if it's out there, it's found
4    on the SOR website which I'm sure you're familiar
5    with.
6    Q. Do you get questions from local law enforcement about
7       SORA?
8    A. Do I --
9          MR. DAMICH: Objection. Asked and answered.
10         THE WITNESS: Again, I can't tell you that
11     I've never gotten a phone call or a reach out of, hey.
12     I can tell you my general answer is talk to your
13     attorney.
14   BY MS. AUKERMAN:
15   Q. You mentioned that you are involved in the process of
16      drafting forms, I believe, is that correct, or
17      reviewing forms?
18   A. I would say reviewing is probably a more accurate
19      characterization.
20   Q. Who drafts the forms?
21   A. There's a form review process. So for any form within
22      the department, there's an assigned form coordinator,
23      and then there's a process of review of any department
24      form that it goes through. Legal review at some point
25      is one part of that process.

Page 20

5 (Pages 17 to 20)

Beatty, Steve
6/6/2023

| | |
|---|---|
| 1  Q. Do you draft -- are you involved in the development of<br>2    policies related to SORA?<br>3  A. Could you be more specific?<br>4  Q. So like standard operating procedures.<br>5  A. As far as the department's written directives, again,<br>6    there's a process for the department's written<br>7    directives.  As part of that process, one part of that<br>8    is a legal review board component.  So, yes, to that<br>9    component, yes.<br>10  Q. And you mentioned that you respond to questions from<br>11    the SOR Unit, correct?<br>12  A. Correct.<br>13  Q. Do you also respond to questions from the SOR<br>14    Enforcement Unit?<br>15  A. Occasionally.<br>16  Q. Do you -- are you involved in decisions regarding the<br>17    public website?<br>18  A. "Decisions," can you be more specific?<br>19  Q. If there are decisions that need to be made about<br>20    what's posted on the website, that kind of thing.<br>21  A. I answer questions as they come up based on the facts<br>22    as they're presented to me.  I look to the statute,<br>23    and, you know, the statute is pretty clear on what is<br>24    required to be public and what's not required to be<br>25    public.  And that's where I go to answer the question.<br><br><div align="center">Page 21</div> | 1  Q. Are you involved in -- do you have a role in<br>2    legislative work related to SORA?<br>3  A. I'm not a department lobbyist.  I'm not a department<br>4    liaison with the legislature.  But, again, to the<br>5    extent that those folks in their areas of work reach<br>6    out to me for legal questions, I answer to the best of<br>7    my ability, but I'm not -- I'm not a legislative<br>8    liaison.<br>9  Q. Do legislative liaisons reach out to you about<br>10    SORA-related questions?<br>11  A. They have.<br>12  Q. With respect to litigation, you mentioned that that's<br>13    handled largely by First Lieutenant<br>14    Brimacom (phonetic) --<br>15  A. I'm gonna correct, "Brimacombe."<br>16  Q. "Brimacombe," I apologize.  I apologize.  I can't see<br>17    the name spelled on my -- I guess there it is at the<br>18    bottom.  Okay.  I apologize.<br>19        Are you -- do you play a role in responding<br>20    to discovery requests?<br>21  A. As a member of the department, when a discovery<br>22    request comes in through the risk management section<br>23    and it goes out to whoever it seeking the information<br>24    that the requester is seeking, sometimes that<br>25    information is seeking information within my<br><br><div align="center">Page 22</div> |
| 1    knowledge.  And, yes, so I respond to whatever<br>2    question to respond to as any other member of the<br>3    department.<br>4  Q. Did you play a role in responding to discovery<br>5    requests in this case?<br>6  A. Yes.  I'm sure I did.  I'm sure I assume whatever was sent to<br>7    me to look at of, hey, what do you know of this<br>8    response to this request?  I respond to those requests<br>9    as they come in.<br>10  Q. Who else was involved in the process of responding to<br>11    discovery in this case?<br>12  A. You would have to talk to the risk management section.<br>13    I don't process the discovery requests as they come<br>14    in.  I'm a member who might be asked if I have<br>15    responsive documents, but I don't -- you know, I'm an<br>16    attorney.  I don't respond to discovery requests<br>17    directly.<br>18  Q. So you would not have reviewed the discovery<br>19    request -- the responses to the discovery request that<br>20    were produced in this case, correct?<br>21  A. Correct.<br>22  Q. Are you familiar with the documents that were produced<br>23    in this case?<br>24  A. Probably some of them, yes, but I -- they'd come<br>25    across my desk immediately before it hit your desk;<br><br><div align="center">Page 23</div> | 1    I'll tell you that.<br>2  Q. Okay.  Were you consulted with respect to the state's<br>3    preparation of its Answer in this case?<br>4  A. Yeah, I don't recall.<br>5  Q. Okay.  Are you consulted with respect to the<br>6    litigation positions that the state takes in this<br>7    case?<br>8  A. Again, can you be more specific?<br>9  Q. Yeah, sure.  So to take an example, we filed a motion<br>10    to amend the Complaint and add a claim.  The state<br>11    decided to oppose that motion rather than stipulating<br>12    to it.<br>13        Is that a decision that you were consulted<br>14    about?<br>15  A. I don't recall that specific one.  If I'm asked for my<br>16    opinion on something that's SOR related in response to<br>17    litigation, I provide it.<br>18  Q. Is someone at the MSP consulted about those decisions,<br>19    if you know?<br>20  A. I'm sure, yes.  I mean, ultimately, if it's a question<br>21    being asked of the client, and the Michigan State<br>22    Police is the client, then those requests would go<br>23    through the risk management section.  And whoever --<br>24    if it's the department representative, you know,<br>25    speaks for the department on those decisions.<br><br><div align="center">Page 24</div> |

<div align="right">6 (Pages 21 to 24)</div>

Beatty, Steve
6/6/2023

| | |
|---|---|

1    Q. So who in the risk management section is making those
2      decisions?
3    A. Again, Specialist First Lieutenant Brimacombe is the
4      department's risk manager.
5    Q. Does she make those discussions, or are they made
6      higher up?
7    A. That might be a better question for her.
8    Q. Okay. Let's go back to Exhibit 1. This is, again,
9      the organizational chart.
10      Can you tell me where on this organizational
11      chart policy decisions related to SORA are made?
12    A. No.
13    Q. Why not?
14    A. Well, we don't have a box on there that says policy,
15      so -- and I guess it depends on what type of policy.
16      I guess I'm not understanding.
17    Q. So there are a variety of -- there are a variety of
18      decisions that have to be made regarding SORA, and I'm
19      trying to understand where in the organizational
20      structure those decisions are made.
21    A. If you could be more specific as to the specific
22      decision that's made, then I might be able to point in
23      the direction. But to describe it as a variety of
24      policy decisions, that can involve any number of
25      different worksites.

Page 25

1    Q. Well, let's ask this a different way.
2      What decision can the SOR Unit make without
3      going up the chain of command?
4    A. The Michigan State Police is responsible under the act
5      to maintain a registry. Period. The SOR Unit is not
6      a local registering authority. They don't take
7      registrations, and they make no determinations as to
8      who is legally required to be, you know, on the
9      registry.
10      Ultimately, the statute says an individual
11      who meets certain conditions is required to register.
12      Whether they do or not is them. The only
13      determination, if you look in SORA, I believe if you
14      look and type the word "determination," there's lots
15      of instances where it says "the court shall
16      determine." I think the only use of the word
17      determination -- and I don't have it in front of me --
18      is for -- and it's relatively new.
19      I think it's new to the new SORA that says
20      if the department makes a determination -- and, again,
21      I'm phrasing -- that someone -- I'm butchering it, but
22      I forget the one section. But it's the -- I have to
23      look at the SORA, but there's only one use of the word
24      determination that's applicable to the department, I
25      guess, is what I'm comfortable saying.

Page 26

1    Q. So the SOR Unit has to determine if the person has
2      been convicted of an offense that is a registrable
3      under the statute, correct?
4    A. No. I don't believe that to be true. For someone, if
5      you're talking about an in-state conviction, that
6      determination is made prior to sentencing or it's not
7      made, which means the determination is made, the
8      probation officer is responsible for registration.
9      There's an opportunity for a hearing prior to
10      sentencing. The court cannot under SORA go forward
11      with sentencing until it makes the determination on
12      registration. So for any in-state conviction, as I
13      understand it, that determination should have been
14      made by the court at the time of sentencing whether
15      someone is to register or not register.
16    Q. So let's talk about litigation decision-making. The
17      state is usually represented by the attorney general's
18      office, correct?
19    A. Usually, I would -- it would be a guess. I would
20      assume so, but that's not my area.
21    Q. Who's involved on the client's side of making
22      litigation decisions around SORA?
23    A. Again, that would be a question for the risk
24      management section.
25    Q. So let's take an example. The state sought SOR in

Page 27

1      Does 1. Who was involved in that decision?
2    A. Are you asking if our attorneys reached out to the
3      client and had a discussion as to whether or not to
4      seek SOR. Who was involved in deciding whether or not
5      to seek it, I guess is...
6    Q. Yeah. Who was on the --
7    A. I don't have personal knowledge is the answer to the
8      question. I don't know the answer to that.
9    Q. Okay. After the Does 1 decision, Michigan decided to
10      continue applying SORA to pre-2011 registrants.
11      Who made that decision?
12    A. You use the word "Michigan." I'm only concerned with
13      the Michigan State Police.
14    Q. Okay. Who at the Michigan State Police decided to
15      continue publically registering and maintaining the
16      registry, pre-2011 registry?
17      MR. DAMICH: Objection. Form.
18      THE WITNESS: Yeah. I mean, there's so many
19      Does. I'm trying to thing back, right. Was Does 1 --
20      is that the one that was the district court opinion
21      that went in one decision before it went to the Sixth
22      Circuit the first time?
23      Is that what you're talking about?
24    BY MS. AUKERMAN:
25    Q. In Does 1, the Sixth Circuit held that Michigan's

Page 28

7 (Pages 25 to 28)

Beatty, Steve
6/6/2023

**Page 29**

```
 1    registry had an unconstitutional ex post facto -- was
 2    an unconstitutional ex post facto law that applied to
 3    pre-2011 registrants.
 4  A.  And I think in response to that Sixth Circuit
 5    opinion -- which I'm sure was provided in discovery --
 6    through guidance, I believe, with the attorney
 7    general's office, correspondence went out that
 8    directed what our members should or shouldn't do in
 9    response to that decision.  What other departments did
10    in response to that or didn't do, I can't speak to,
11    but I'm sure it was provided in discovery the
12    correspondence to our members as a result of that
13    Sixth Circuit opinion.
14  Q.  Okay.  Were you involved in that correspondence?
15  A.  I believe I was, yes.
16  Q.  And the Michigan State Police maintained and continued
17    to publically register individuals with pre-2011
18    convictions after the Does 1 decision, correct?
19        MR. DAMICH:  Objection to form.  Foundation.
20        THE WITNESS:  Well, again, the Michigan
21    State Police is responsible for maintaining a registry
22    and what --
23  BY MS. AUKERMAN:
24  Q.  You're not answering my question, Mr. Beatty.  My
25    question is did the Michigan State Police continue to
```

**Page 30**

```
 1    register people and publish the registrants, the
 2    pre-2011 registrants after the Does 1 decision?
 3        MR. DAMICH:  Objection to foundation.
 4        THE WITNESS:  Again, I -- if there's a
 5    specific offender you're asking about, then I will.
 6    Whatever guidance we gave, it was as a result of
 7    information and guidance provided by the attorney
 8    general's office.  Whatever correspondence went out
 9    was vetted by our attorneys, and whatever that
10    correspondence said, then that's what our members were
11    directed to do by that.
12  BY MS. AUKERMAN:
13  Q.  So the SOR Unit didn't remove pre-2011 registrants
14    after Does 1, correct?
15        MR. DAMICH:  Objection to form and
16    foundation.  Asked and answered.
17        THE WITNESS:  Yeah, I don't -- as far as the
18    day-to-day workings of the SOR Unit, that's the SOR
19    Unit's responsibility.  I've got my own stuff to worry
20    about.
21  BY MS. AUKERMAN:
22  Q.  Who made the decision not to remove pre-2011
23    registrants after the Does 1 decision?
24        MR. DAMICH:  Objection.  Form.  Foundation.
25        THE WITNESS:  Again, I don't -- whatever
```

**Page 31**

```
 1    corres- -- the guidance we gave was in correspondence.
 2    That is the written directive of the department.
 3    Members were expected to follow whatever that guidance
 4    was.  If you had that guidance in front of me, maybe
 5    it would refresh my memory as to what that guidance
 6    was five years ago, or whatever the time period,
 7    whatever that was.  That's what members were expected
 8    to do at that point in time until they got a different
 9    guidance.
10  BY MS. AUKERMAN:
11  Q.  Let's have another example.  I'm just trying to
12    understand how these policy decisions are made.
13        So in Does 2, the Michigan State Police and
14    the government stipulated in May 2019 to a declaratory
15    class-wide judgment that SORA violates the ex post
16    facto clause for pre-2011 registrants.
17        Do you know how the decision to stipulate to
18    that declaratory judgment was made?
19        MR. DAMICH:  Objection.  Form and
20    foundation.
21        THE WITNESS:  Yeah, I don't recall that
22    specific discussion stipulation.
23  BY MS. AUKERMAN:
24  Q.  Do you know who would be involved in such decisions?
25  A.  I don't recall that decision.  I'm not saying it
```

**Page 32**

```
 1    wasn't made.  I just don't recall it.
 2  Q.  Give you another example.  In discovery, we received a
 3    list of individuals who were apparently removed from
 4    the registry after Does 1 because they felt it was
 5    under the recapture provision of SORA.
 6        Are you familiar with the recapture
 7    provision of SORA?
 8  A.  Yes.
 9  Q.  Were recaptured cases removed after Does 1?
10  A.  Again, I don't touch the registry to remove or not
11    remove individuals.  Whatever we did in response to
12    SOR went out in correspondence to our members, and
13    they were expected to do whatever they were told to do
14    in that correspondence.
15        Whether that happened on a specific
16    occasion, you'd have to look at the individual
17    offender and see what happened and when.  But whatever
18    we did in response to SORA or were directed to do or
19    guided to do in response to SORA, went through our
20    legal counsel and was shared to members.
21  Q.  When you say "went through our legal counsel," what do
22    you mean by that?
23  A.  Well, if it's related to active litigation it would
24    have been representatives of the attorney general's
25    office.
```

Beatty, Steve
6/6/2023

| | |
|---|---|
| 1   Q. So if I told you that the SOR Unit itself was the one | 1   BY MS. AUKERMAN: |
| 2       that removed these recapture cases, who would have | 2   Q. Okay. So let's move on. After Does 1 was decided in |
| 3       made the decision to remove them? | 3       the Sixth Circuit, what steps did the Michigan State |
| 4   A. I don't recall that decision made -- it was being | 4       Police take in light of that decision? |
| 5       made. If they were directed to do it, you know -- I | 5           You mentioned that there was some guidance |
| 6       don't recall that specific decision. I may have had | 6       that went out. Was there anything else that the |
| 7       involvement in that. I may not have had. I don't | 7       Michigan State Police did? |
| 8       recall. But if whatever guidance I gave would have | 8           MR. DAMICH: Objection to form. |
| 9       been, you know, based on guidance that came through | 9           THE WITNESS: Again, whatever guidance -- |
| 10      representatives of the attorney general's office. | 10      again, that's a long time ago, and a lot of litigation |
| 11  Q. So you don't know whether recapture cases were removed | 11      ago. So whatever guidance went out, when we wanted |
| 12      after Does 1? | 12      our members to do something in response to a decision |
| 13  A. I recall recapture being an issue at some point back | 13      that was made in any of these various numbered Does |
| 14      then and there. | 14      cases, correspondence went out to our members, and |
| 15  Q. But you don't know whether they were removed or not? | 15      they would have been expected to follow whatever that |
| 16  A. I don't touch -- | 16      guidance was. |
| 17          MR. DAMICH: Objection. Asked and answered. | 17  BY MS. AUKERMAN: |
| 18          THE WITNESS: -- the registry on a | 18  Q. Do you know if the Michigan State Police started |
| 19      day-to-day basis. So if you want to ask about a | 19      categorizing registrants in terms of pre-2000 and |
| 20      specific offender, one of your specific clients, then | 20      post-2011 registrants after the Does 1 decision? |
| 21      maybe we can be responsive. But broad | 21  A. I believe that was done and largely because you were |
| 22      generalizations, it comes across as always or never, | 22      insisting it to be done as part of your litigation. |
| 23      and I'm not comfortable answering an always or never | 23  Q. With respect to this litigation, do you know who's |
| 24      question over things I didn't have personal control | 24      being consulted at the governor's office regarding |
| 25      over. | 25      litigation decisions? |
| Page 33 | Page 34 |

| | |
|---|---|
| 1           MR. DAMICH: Object to form. Foundation. | 1       what the Michigan State Police's position should be on |
| 2           THE WITNESS: No. | 2       legislative -- possible legislative changes? |
| 3   BY MS. AUKERMAN: | 3   A. If I was asked a question, I may have given my |
| 4   Q. Are you familiar with the legislative work group that | 4       opinion, but whatever decision was conveyed, |
| 5       met after the Does 2 litigation was put on hold to | 5       quote/unquote, "downtown," that's not me. |
| 6       allow for passage of new legislation? | 6           MR. DAMICH: Objection to form. Foundation. |
| 7           MR. DAMICH: Objection to form. | 7   BY MS. AUKERMAN: |
| 8   BY MS. AUKERMAN: | 8   Q. So who is responsible for making those decisions? |
| 9   Q. Are you familiar with -- you're familiar with the Does | 9   A. Legislative policy decisions? |
| 10      2 litigation, correct? | 10  Q. Yes. |
| 11  A. Correct. The numbers are overlapping for me because | 11  A. Again, as far as what is made, it would be conveyed |
| 12      as far as I know, this is about the current SOR. The | 12      through the government, now government relations |
| 13      current litigation, Does 3, is about the current SOR. | 13      section. They are the department's legislative |
| 14      The previous Does resolved the issues with the prior | 14      liaisons. |
| 15      SOR, so, you know, talking in terms of litigation | 15  Q. Let me give you an example. So in the work group |
| 16      related to the new SOR but going back to litigation | 16      there was a discussion about what the length of |
| 17      stuff from prior decisions. But, yes, I do recall. | 17      registration terms should be. |
| 18          Even before that, I recall a work group that | 18          Who is involved in the developing the |
| 19      you and I were at meetings together even before the | 19      Michigan State Police's position of what the length of |
| 20      directions from the core talking about SOR issues. At | 20      registration terms should be? |
| 21      what point in time, what group, I believe you were a | 21          MR. DAMICH: Objection. Form. Speculative. |
| 22      part of all those work groups, too, as well as the | 22          THE WITNESS: I'm trying to think of timing |
| 23      ACLU. So if there's specific meetings, you guys would | 23      wise because there was times where I was involved with |
| 24      have knowledge of that work group as well. | 24      giving an opinion on things and times when I wasn't |
| 25  Q. Do you -- were you involved in decision-making about | 25      involved. If I recall correctly, there was -- I |
| Page 35 | Page 36 |

Tri-County Court Reporters
248-608-9250

1   recall there being a time where there was -- I don't
2   know if it was Does fatigue, but there was some
3   discussion that there were shorter duration times
4   being discussed on both sides.
5        In fact, I recall there was actually --
6   again, not knowing what the legislature would do --
7   stakeholders on various sides who, you know, were
8   talking about shorter proposed registration periods or
9   an opportunity of going nonpublic within a certain
10   period of time. I think it was, you know, Tier I, II,
11   and III.
12        The proposal was going back and forth, and
13   there was multiple proposals. You sent proposals.
14   Proposals from other stakeholders coming in. All
15   those going back and forth, and there's one with -- it
16   could have been non-registration for -- or nonpublic
17   that after 5, 10 or 15 years for all but the sex
18   offenders with victims under 13, a path off for all
19   offenders, and you know, 10, 15 or 20 years unless
20   they perp'd on a child under 13.
21        And I seem to recall that you guys could
22   have had that go through, but you advocated against it
23   because it didn't have risk assessments. And at some
24   point after that, and I don't know where it happened,
25   I think the policy decision in the legislature

Page 37

1   changed, and they just decided to go SORNA compliant.
2        Who made that decision downtown?
3   Ultimately, it's a legislative decision. But, you
4   know, it did always bother me personally that you were
5   advocating against, you know, the interest of your
6   clients in many ways. Many of whom if that had gone
7   through when you hadn't objected and insisted on risk
8   assessments might be off the registry now.
9   BY MS. AUKERMAN:
10   Q. Well, I'll state for the record that was not our
11   position, but you obviously recall it the way you
12   recall it.
13        With respect to the Michigan State Police's
14   position on what -- you described various proposals
15   about the length of registration, whether or not
16   registration should be public or so forth. Who at the
17   Michigan State Police decided what the Michigan State
18   Police's position should be on those proposals?
19   A. I think it depends on the timing of it and who was in
20   charge of the government relations unit at the time.
21   I mean, I think -- was it Shelli Weisberg? Is she
22   your legislative policy person, or was she at the
23   time?
24   Q. She was at the time.
25   A. Okay. Yeah, I don't know if she still is, but I know

Page 38

1   she had. First Lieutenant Fitzgerald, when he was in
2   charge -- I mean, I know you had those meetings and
3   emails back and forth. He's since retired, but he was
4   in government relations at the time. And at the time
5   was my direct supervisor for a period of time.
6        So it depends on when you want to know when
7   things were conveyed downtown on behalf of the state
8   police from a legislative standpoint, and you have to
9   look at who was in charge of that section at that
10   time.
11   Q. So I'm looking at 2019 and 2020 when the legislative
12   work group, that Does 2 legislative work group was
13   active.
14        Who was responsible for decision-making at
15   the MSP about legislation at that time?
16   A. Well, I think during that time I'm pretty sure First
17   Lieutenant Fitzgerald was there, but I don't recall
18   when he retired. And then I believe it would have
19   been First Lieutenant Williams after that. But,
20   again, timing wise, I don't know when those changes
21   came in relation to what discussions.
22   Q. Do you know why the legislative work group stopped
23   meeting?
24   A. I do not.
25        MR. DAMICH: Objection to form. Foundation.

Page 39

1   BY MS. AUKERMAN:
2   Q. Do you know what the position of the governor's office
3   was with respect to drafts that were under discussion
4   in the legislative work group?
5        MR. DAMICH: Objection. Foundation.
6        THE WITNESS: No.
7   BY MS. AUKERMAN:
8   Q. Do you know who wrote the draft of 2020 House Bill
9   5679 that was initially introduced?
10   A. No.
11   Q. Do you know if the Michigan State Police was involved
12   in drafting that?
13   A. I know that my section during that time was asked,
14   even internally, of the issues of, you know, if we had
15   a magic wand and wanted to, you know, rewrite or deal
16   with some of these issues. There were various drafts
17   going back and forth internally. Whether those were
18   shared or made its way anyplace else, I don't think
19   they were, but, again, we have lots of internal
20   discussions regarding SOR.
21   Q. Do you recall if the Michigan State Police was asked
22   to provide any database to legislative drafters?
23   A. I don't recall. As far as what kind of data, from the
24   registry?
25   Q. Yeah, data from the registry.

Page 40

10 (Pages 37 to 40)

Beatty, Steve
6/6/2023

| | |
|---|---|
| 1   **A.** I mean, publically available information may have been | 1   these meetings.  I don't think I was a part of that |
| 2   shared, you know, from the public's side of things, | 2   work group at that time, but I think you were and |
| 3   but there would not have been occasion or a reason to | 3   others.  So who drafted what words?  I don't know. |
| 4   share nonpublic data from the registry. | 4   But I think there was a lot of hands in the kitchen at |
| 5   **Q.** Do you recall if the attorney general's office was | 5   that point in time. |
| 6   involved in the drafting of the initial version of | 6   **Q.** Do you recall that when House Bill -- 2020 House Bill |
| 7   2020 House Bill 5679? | 7   5679 was introduced the Michigan State Police |
| 8     MR. DAMICH:  Objection.  Foundation. | 8   submitted comments on the bill? |
| 9   BY MS. AUKERMAN: | 9     MR. DAMICH:  Objection.  Foundation. |
| 10   **Q.** If you know. | 10     THE WITNESS:  I don't recall.  I'm not |
| 11   **A.** I don't recall which -- what 5679 -- is 5679 what | 11   involved with submitting comments or objections or |
| 12   ultimately became the 2021? | 12   concerns or support for specific bills. |
| 13   **Q.** There was an initial version that was then revised | 13   BY MS. AUKERMAN: |
| 14   that became 2021? | 14   **Q.** Okay.  Let's talk about implementation of SORA 2021. |
| 15   **A.** Yeah, I don't -- yeah, I don't know what the attorney | 15   SORA was amended effective March 24th, 2021; |
| 16   general's involvement was.  I mean, that work group, I | 16   is that correct? |
| 17   do recall at some point seeing an email with that work | 17   **A.** Yes. |
| 18   group in which you and others from the ACLU were on | 18   **Q.** And you're familiar with the new statute? |
| 19   it, as well as representatives from the AG's office, | 19   **A.** Yes. |
| 20   as well as representatives from the governor's office. | 20   **Q.** You work with that statute on more or less a daily |
| 21   Whatever the -- sorry.  I had a Microsoft thing pop up | 21   basis? |
| 22   on my screen and just take over my screen, so I | 22   **A.** Frequently. |
| 23   apologize, so that workgroup. | 23   **Q.** Okay.  After SORA 2021 was passed, what steps did the |
| 24   And then I think there was some legislative | 24   Michigan State Police take in response to the passage |
| 25   aides that were on it as well that was coordinating | 25   of new legislation? |
| Page 41 | Page 42 |
| 1     MR. DAMICH:  Objection.  Ambiguous. | 1   attorney general's office to PAAM.  Letters were sent |
| 2     THE WITNESS:  The Michigan State Police, I | 2   to offenders.  Those documents, I think, speak for |
| 3   mean, going back to the constitution, we're the | 3   themselves and reflect what the Michigan State Police |
| 4   executive branch.  We don't pass legislation.  So, you | 4   did in response to the new legislation. |
| 5   know, it's -- we may have a position, but we don't | 5   **Q.** When you say that you worked through legal counsel, do |
| 6   pass anything. | 6   you mean the attorney general's office? |
| 7   BY MS. AUKERMAN: | 7   **A.** Correct. |
| 8   **Q.** Well, okay, but that's not my question.  My question | 8   **Q.** And who at the attorney general's office? |
| 9   is the law changed.  Michigan State Police is | 9   **A.** At various times it -- I mean, Mr. Damich was a little |
| 10   responsible for maintaining the registry. | 10   more recent.  Mr. -- you're talking since 2021? |
| 11   What steps did the Michigan State Police | 11   **Q.** Right.  Since March of 2021. |
| 12   take, and why did the law change? | 12   **A.** I believe it was Mr. Jamison, Mr. Damich, |
| 13   **A.** Okay.  I think that's a different question than you | 13   Mr. Restuccia.  Mr. Park, I believe is from |
| 14   asked.  You asked what steps do we take to change the | 14   corrections.  I think he has been in some discussion |
| 15   law, what do we do in response to the change in the | 15   but... |
| 16   law. | 16   **Q.** Were there changes to the SOR database that were made |
| 17   We read it.  We analyzed it.  There were | 17   in response to the March 2021 legislation? |
| 18   certain requirements, I think, within the act itself, | 18   **A.** What I know about databases, there's tweaks and |
| 19   notice requirements.  We worked through our legal | 19   changes that happen constantly, so whatever guidance I |
| 20   counsel and developed communications if there were | 20   gave would be -- you know, wherever the statute |
| 21   necessary changes in forms.  Again, working through | 21   requires us to do with respect to database, that's |
| 22   legal counsel and all of those decisions are reflected | 22   what we need to do with respect to the database. |
| 23   in the publically available documents that were placed | 23   **Q.** So is it your testimony that you would have instructed |
| 24   on the SOR website. | 24   the SOR Unit to modify the database to reflect the new |
| 25   Letters, I believe, were sent out by the | 25   statute? |
| Page 43 | Page 44 |

11 (Pages 41 to 44)

Beatty, Steve
6/6/2023

```
 1          MR. DAMICH: Objection. Ambiguous. Form.
 2          THE WITNESS: Is there a specific provision
 3   of the new statute that's different from the old
 4   statute that required a change that you'd like to ask
 5   about, and if there is, then I'm assuming we advised
 6   that the system has to do what the statute is asking
 7   it to do.
 8   BY MS. AUKERMAN:
 9   Q. Were there internal instructions that were created for
10      the SOR Unit?
11   A. What do you mean?
12   Q. Internal instructions about, you know, under the new
13      statute, we no longer register certain individuals
14      with HYTA, Holmes Youthful Trainee Act, and so,
15      therefore, you need to do X, Y, and Z with respect to
16      reviewing people for Holmes Youthful Trainee Act, for
17      example?
18   A. Again, whatever the statute required us to do, that
19      would have been conveyed to the SOR Unit. So if there
20      was something that was a hard requirement under the
21      act, then that was certainly conveyed.
22   Q. Would that have been conveyed in writing?
23   A. Yeah. It may have been. I don't know.
24   Q. Okay.
25   A. So the requirements of the new act -- like I said,
```

Page 45

```
 1   there was publically available documents that were out
 2   there that went to courts and offenders. I don't
 3   recall specifically. If you can direct me to the
 4   specific section of SOR that changed with respect to
 5   HYTA, whatever that said we were required to do, we
 6   were -- we did it.
 7   Q. When you said there were publically available docs
 8      that went to court, what documents went to court?
 9   A. I think it may have been court, but I really believe
10      there was a letter that was sent by the attorney
11      general's office to PAAM, the prosecutors. I believe
12      there were correspondence, you know, in the general
13      nature that went to registrants.
14          Again, if you went onto the SOR website
15      right now, I think they're all posted there. Whatever
16      is on or has been posted as a public document on the
17      SOR website, that's what I'm referring to when I say
18      "publically available."
19   Q. So you're referring to the documents that are on the
20      SOR website. You're not aware of documents other than
21      those that were on the website that were sent out?
22   A. Sent out, correct, I'm not aware of -- yeah, I mean, I
23      think even on that public website there's a form
24      letter, right, so if -- you know, it may say dear
25      blank registrant, you know. That's what I'm talking
```

Page 46

```
 1   about the public documents.
 2          There may have been the actual letter to the
 3   specific registrants that went out that I never saw.
 4   But if it's, you know, dear blank prosecutor, I'm
 5   assuming there were 83 of those that went out. Did I
 6   see all these individual 83 letters? No.
 7   Q. Okay. Are there letters that went out to law
 8      enforcement?
 9          MR. DAMICH: Objection. Asked and answered.
10          THE WITNESS: Well, there would be required
11   letters that came out as a result of Does 2, right, so
12   I know that was in -- and there may be some overlap.
13   I'm not sure if there was a letter -- again, you have
14   to go to the website. Whatever was sent out, I
15   believe, is publically available on that website.
16   Q. Okay. Let's look at a section of the statute here.
17   Let me share my screen. This is MCL 28.725. Let's
18   mark this as Exhibit 2.
19          (Plaintiffs' Exhibit No. 2 was marked.)
20   BY MS. AUKERMAN:
21   Q. Let me find the -- okay. So I highlighted here both
22      Sections 1 and 2, and both of those provide for
23      reporting in a manner prescribed by the department,
24      correct?
25          Do you see that?
```

Page 47

```
 1   A. I do.
 2   Q. Okay. And this provision relates to information that
 3      registrants need to report within three days after a
 4      change of that information, correct?
 5   A. Within that more that three business days.
 6   Q. Right, not more than three business days.
 7          So Section 1 concerns reporting of changes
 8      to resident's employment, higher education, name, or
 9      changes under Section 4a which also relates to higher
10      education; is that correct?
11   A. Yes.
12   Q. Okay. And Section 1 provides an individual required
13      to be registered under this act which a resident of
14      this state shall report in person or in another manner
15      as prescribed by the department, correct?
16   A. Correct.
17   Q. So the statute allows resident changes to be reported
18      within three days or in another manner prescribed by
19      the department, correct?
20   A. Correct.
21   Q. And what is the manner of which registrants must
22      report residential changes?
23   A. I would have to look at the forms. I haven't reviewed
24      the forms in a while, but I believe the forms were
25      revised after or upon the effective date of the new
```

Page 48

12 (Pages 45 to 48)

Beatty, Steve
6/6/2023

| | |
|---|---|
| 1   statute.  And whatever those forms are, that is the | 1   Q. Do you want me to go back to it? |
| 2   manner that has been prescribed by the department. | 2   A. If you're representing that that's what it says, then |
| 3   Q. Okay.  So let's take a look at that, then.  Give me a | 3      I have no reason to challenge that. |
| 4      second. | 4   Q. Okay.  And that applies also to residential and higher |
| 5         MS. AUKERMAN:  Taking these a little bit out | 5      education changes, correct, and name changes? |
| 6      of order.  This is Exhibit 5.  This is the Michigan | 6   A. Same, unless I'm doing a side-by-side comparison, but |
| 7      Sex Offender Registration/Verification/Update, RI-004. | 7      if you're representing that's what it says, then |
| 8      (Plaintiffs' Exhibit No. 5 was marked.) | 8      that's what it says. |
| 9   BY MS. AUKERMAN: | 9   Q. Okay.  Let's go just go back to Exhibit 2. |
| 10  Q. Do you recognize this document? | 10        Do you see here that the statute allows for |
| 11  A. Yes.  It's been a while since I've looked at it, but | 11     registration -- for reporting updating of address |
| 12     yes. | 12     changes, employment, higher education, name changes, |
| 13  Q. Okay.  So let's scroll down to what's called the | 13     and the Section 4a information which also relates to |
| 14     Explanation of Duties.  That's towards the end of the | 14     higher education to be reported not more than three |
| 15     document.  And if we look at paragraph 6, does it say | 15     business days.  And that that is either filed in |
| 16     there that the individual is required to report in | 16     person or in another manner as prescribed by the |
| 17     person within three days -- not more than three | 17     department. |
| 18     business days for an address change, correct? | 18        Do you see that there? |
| 19  A. That's what it says. | 19  A. Yes. |
| 20  Q. Okay.  So the statute that we looked at before also | 20  Q. Okay.  And going back to the Explanation of Duties in |
| 21     allows employment changes to be reported in person | 21     paragraph 6, this is again Exhibit 5. |
| 22     within three days or in another manner prescribed by | 22  A. I see your emails, your Outlook.  I don't see it on |
| 23     the department, correct? | 23     the screen. |
| 24  A. I believe -- that's not in front of me anymore, but if | 24  Q. I'm sorry.  Let me stop that.  Thank you. |
| 25     you're reading it, then that's... | 25        Okay.  All right.  Do you see Exhibit 5 now? |
| Page 49 | Page 50 |
| 1   A. Yes. | 1         THE WITNESS:  That form, "to require in |
| 2   Q. Okay.  So on No. 6 here, do you see that it | 2      person," are you asking me if I think that's |
| 3      requires -- the way that it is explained to | 3      inconsistent with the statute to say that someone |
| 4      registrants is that they're required by law to report | 4      reports in person?  I mean -- |
| 5      in person for address changes, employment changes, | 5   BY MS. AUKERMAN: |
| 6      school, name changes, correct? | 6   Q. No.  What I'm asking you, Mr. Beatty, is the statute |
| 7   A. That's what it says, yes. | 7      authorizes it to be done -- the verification to be |
| 8   Q. Okay.  So the MSP could prescribe a different manner | 8      done either in person or in a manner prescribed by the |
| 9      of reporting under the statute, correct? | 9      department. |
| 10  A. Reporting or updating or verifying, right.  I mean, | 10        So would you agree that the Michigan State |
| 11     we're talking about a few different things.  I | 11     Police could have prescribed a different manner than |
| 12     think -- isn't there another form that allows for | 12     in person under the statute? |
| 13     certain verifications to be done outside of doing it | 13        MR. DAMICH:  Objection.  Form.  Ambiguous. |
| 14     in person? | 14        THE WITNESS:  Well, I think that form that |
| 15  Q. Well, we'll get to that form, but that's not the form | 15     you're looking at -- I forget the exhibit number -- |
| 16     that's relevant here. | 16     but that's the general registration form.  So I think |
| 17  A. Okay. | 17     it's just the way you're looking at it. |
| 18  Q. So this is -- this Explanation of Duties says that | 18        It's consistent with the statute.  It |
| 19     they have to report address information, employment | 19     appears to say the general rule is to do it in person. |
| 20     information, name changes, and education in person. | 20     The statute allows for another manner authorized by |
| 21     And the statute provides that it could be done in | 21     the department.  I referenced another form that |
| 22     person or in a manner prescribed by the department. | 22     provides an opportunity to do certain things in |
| 23        Who made the decision at the MSP that it | 23     another manner as prescribed by the department. |
| 24     would need to be done in person? | 24        So this may represent or appears to be |
| 25        MR. DAMICH:  Objection to form.  Foundation. | 25     consistent with the statute that says do it in person. |
| Page 51 | Page 52 |

13 (Pages 49 to 52)

Beatty, Steve
6/6/2023

1    The other forms that says you can do these other
2    things not in person is the manner that's been
3    authorized by the department which is also consistent
4    with the statute.
5    BY MS. AUKERMAN:
6    Q.  Okay.  So let's look at that other form, then.  This
7        is Exhibit 4.  Let's mark it as that.  This is the
8        Michigan Sex Offender Registry Mail-in Update,
9        RI-004A.
10            (Plaintiffs' Exhibit No. 4 was marked.)
11   BY MS. AUKERMAN:
12   Q.  Do you recognize this form?
13   A.  I do.
14   Q.  So is this the form that is used to provide
15       information that can be provided by mail?  To verify
16       information that can be provided by mail.
17            MR. DAMICH:  Objection to vagueness.
18            THE WITNESS:  Again, I'm looking at the
19       date.  That's a March '21 form, so I don't know if
20       that form has been amended since then.  I don't think
21       it -- if it has, it was any substantial amendment, but
22       that was certainly the form that was in effect when
23       this statute went into effect.
24   BY MS. AUKERMAN:
25   Q.  Okay.  And do you see that it allows for reporting

Page 53

1    information about a temporary residence?
2    A.  I see what you're highlighting there, yes.
3    Q.  And telephone numbers, correct, under Section 3?
4    A.  Yes.
5    Q.  Email identifiers, correct?
6    A.  Yes.
7    Q.  Vehicles, correct?
8    A.  Yes.
9    Q.  Mobile home, correct?
10   A.  Yes.
11   Q.  Okay.  So those are the types of information that the
12       Michigan State Police has decided can be reported by
13       mail, correct?
14   A.  Yes.
15   Q.  Okay.  So going back then to Exhibit 5, with respect
16       to addresses, employment, schooling, and name changes,
17       that must be reported in person according to this
18       form.  Is that correct?
19   A.  Yes.
20   Q.  Okay.  So my question is since the statute allows the
21       Michigan State Police to authorize a different manner
22       of reporting, who made the decision that reporting of
23       addresses, employment, name changes, and education
24       would have to be done in person?
25            MR. DAMICH:  Objection.  Form and

Page 54

1    foundation.  Ambiguous.
2            THE WITNESS:  I recall when the forms were
3        being developed -- again, this was discussions through
4        representatives at the attorney general's office, I
5        believe, also assisted in vetting the draft of those
6        forms.  I think the concerns that were expressed at
7        this time were basic reporting of address, employment,
8        those kind of core issues that, you know, at some
9        point if they're registering and the responsibility of
10       the registry is that has the general rule of reporting
11       in person, that there are certain things that should
12       be reported in person, so that you have an opportunity
13       to do the -- you know, what statute expects us to do.
14            So who made the decision?  I don't know the
15       answer of who ultimately made the decision.  A,
16       various people offered opinions.  The forms were
17       created.  They were finalized, and the form represents
18       the decision that was made.  The deliberations, the
19       process that went into how we got to that form, you
20       know, who made it, what specific input an individual
21       person gave into that form is all part of the
22       deliberations that went into the final product.
23            The final product which I believe that
24       you've shown in the statute is entirely consistent
25       with the statute is this is what gets reported in

Page 55

1    person.  This is what you can report by mail.
2    BY MS. AUKERMAN:
3    Q.  It would have also been consistent with the statute to
4        allow for online reporting -- excuse me -- online
5        verification of an address change, correct?
6            MR. DAMICH:  Objection.  Argumentative.
7            THE WITNESS:  I don't -- I mean, I suppose,
8        yes.
9    BY MS. AUKERMAN:
10   Q.  And it would have also been consistent to allow for
11       online verification -- or, excuse me.
12            It would have also been consistent to allow
13       for online verification of an address change, correct?
14            MR. DAMICH:  Objection.  Form and
15       foundation.  It's argumentative.
16            THE WITNESS:  Yes.  Any manner as prescribed
17       by as the department, can leave it up to your
18       imagination of any manner as, you know -- you can have
19       a cousin once removed posted on a Facebook page, and
20       we can accept that as a new address.  That would be
21       any manner approved by the department.  It doesn't
22       really seem to make a lot of sense that that's what
23       the legislature wants us to do but...
24   BY MS. AUKERMAN:
25   Q.  I believe you testified that various people were

Page 56

14 (Pages 53 to 56)

Beatty, Steve
6/6/2023

| | |
|---|---|
| 1   consulted in the decision about what the manner<br>2   prescribed by the department should be or whether it<br>3   should be in person. Who is consulted?<br>4   **A.** Again, the core group would have been persons from the<br>5   SOR Unit. Myself, at the time, John Gemellaro was<br>6   another attorney who has since left the department who<br>7   was in my section with me, was involved in those<br>8   discussions. And then the person at the attorney<br>9   general's office previously referenced.<br>10  Q. Were registrants consulted at all?<br>11  **A.** Registrants?<br>12  Q. Yes.<br>13  **A.** Yeah, no. I don't believe so. As far as their<br>14   opinion?<br>15  Q. Yes.<br>16  **A.** I think, arguably, that would be an improper -- we can<br>17   access information in the registry for purposes that<br>18   are authorized under the act. And reaching out to<br>19   registrants, using the registry to contact individuals<br>20   to talk about things that -- you know, it's the<br>21   department's responsibility. If the legislature<br>22   intended us to form a work group or a task force or<br>23   involve other persons in the decisions of the<br>24   department, then they know how to do that. They could<br>25   have directed us to do that.<br><br>Page 57 | 1   Q. Was the question of what the manner prescribed by the<br>2   department should be put out for notice and comment?<br>3   **A.** I don't believe so.<br>4   Q. Were there any official rules or regulations<br>5   promulgated by the department regarding what that<br>6   manner prescribed of the department should be?<br>7   **A.** No.<br>8   Q. If the public wants to find out what the manner<br>9   prescribed by the department is, how would the public<br>10  find that out?<br>11  **A.** They can look at the Explanation of Duties that the<br>12   registrants sign. It says report in person. And then<br>13   for the other form that is the manner prescribed by<br>14   the department, they can see the opportunities they<br>15   have to do something other than report in person. Or<br>16   they can read the act itself and apply it.<br>17  Q. So, to your knowledge, is the Explanation of Duties<br>18   the only place where it shows what the manner<br>19   prescribed by the department is for addresses,<br>20   employment, higher education, and name changes?<br>21       MR. DAMICH: Objection. Compound.<br>22   Confusing. Ambiguous.<br>23       THE WITNESS: Yeah. I don't understand<br>24   what -- the Michigan State Police is responsible for<br>25   maintaining a registry. We're not responsible for<br><br>Page 58 |
| 1   giving legal advice to the public or --<br>2   BY MS. AUKERMAN:<br>3   Q. Yeah, my question is you testified that the<br>4   Explanation of Duties is where one would look to<br>5   determine what the manner prescribed by the department<br>6   is for verification of name changes, address, work,<br>7   and higher education, correct?<br>8       MR. DAMICH: Objection. Compound.<br>9   Confusing.<br>10      THE WITNESS: Well, again, members of the<br>11   public can look at the statute, the publically<br>12   available forms, or talk to private legal counsel if<br>13   they have a question about a law and how it should be<br>14   interpreted.<br>15   BY MS. AUKERMAN:<br>16  Q. The statute says that it can be done either in person<br>17   or a manner prescribed by the department. So isn't it<br>18   accurate to say that in reading the statute you<br>19   wouldn't know whether the Michigan State Police has<br>20   prescribed something other than in person, correct?<br>21       MR. DAMICH: Objection. Argumentive.<br>22   Ambiguous.<br>23       THE WITNESS: So, again, if I was a member<br>24   of the public and not a lawyer and I saw that, then I<br>25   would say I would need to report in person unless or<br><br>Page 59 | 1   until I learn I can do something different consistent<br>2   with the statute.<br>3   BY MS. AUKERMAN:<br>4   Q. Is there anyplace other than the Explanation of Duties<br>5   where the Michigan State Police has posted or made<br>6   publically available what the manner prescribed by the<br>7   department is for address changes, employment, name<br>8   changes, and higher education?<br>9   **A.** I believe the publically available documents that we<br>10   referenced earlier on the new SOR that are on the<br>11   public website copies, the ones that went to the<br>12   prosecutor, and I believe the ones that went to<br>13   offenders, talk about what they can verify, you know,<br>14   other than in person. And I believe they link to the<br>15   forms that can be used and described with some<br>16   specificity those things they can do outside of doing<br>17   in person.<br>18      I believe that the letters that went to the<br>19   offenders themselves describes exactly the manner<br>20   that's been prescribed and authorized by the<br>21   department. Those letters are publically available,<br>22   so any member of the public can get the same<br>23   information that the individual offenders had on the<br>24   manner prescribed by the department other than<br>25   reporting in person.<br><br>Page 60 |

15 (Pages 57 to 60)

Beatty, Steve
6/6/2023

| | |
|---|---|
| 1  Q. Why did the Michigan State Police decide that it would<br>2    require in-person reporting -- excuse me.<br>3       Why did the Michigan State Police decide<br>4    that it would require in-person verification for this<br>5    type of information rather than some other manner?<br>6       MR. DAMICH: Objection. Form. Foundation.<br>7       THE WITNESS: Are you asking what internal<br>8    deliberations took place before coming to the final<br>9    version that was put out publically?<br>10  BY MS. AUKERMAN:<br>11  Q. No. I'm asking what the rationale is for in-person<br>12    verification.<br>13  A. Are you asking for my rationale or --<br>14  Q. I'm asking for the reasons that it was decided that it<br>15    should be in-person verification.<br>16  A. Again, I don't recall the specific discussions, but I<br>17    think legal was concerned that basic requirements<br>18    regarding -- and I think it was, you know, knowledge<br>19    that people often falsely or misreport their<br>20    addresses, that certain information having the person<br>21    come in in person for verifying an address is<br>22    necessary because -- in part, because of the new<br>23    willful requirement.<br>24       So if everything could just -- you know, if<br>25    the department could just receive presumably an<br><br>Page 61 | 1  anonymous letter saying here's my new address, and<br>2    that wasn't the actual address, and then we find out<br>3    that the person is not actually there, there would<br>4    never be a basis to be able to show there was a<br>5    willful violation of the statute as required by the<br>6    legislature because they would go, "Oh, I didn't send<br>7    that letter. I don't know who sent that letter. I've<br>8    always reported I'm over here," and, you know, those<br>9    basic things. As you're going to come in person, we<br>10    can see that it's you telling us that this is your new<br>11    address. So if law enforcement or the Michigan State<br>12    Police found that you weren't at that address, then we<br>13    can articulate a willful violation.<br>14       If we just constantly change the registry<br>15    because everyone's mother, cousin, brother, sister<br>16    started sending in a random array of new addresses,<br>17    there would never be a registry as the legislature<br>18    wants us to maintain a registrant.<br>19  Q. So we looked at the exhibit that's the mail-in<br>20    verification form. That's something that registrants<br>21    sign and submit, correct, provide information to<br>22    update it?<br>23  A. Yes.<br>24  Q. And the Michigan State Police thought that was<br>25    acceptable for certain types of information, correct?<br><br>Page 62 |
| 1  A. Yes.<br>2  Q. Okay. The Michigan State Police takes the position<br>3    that volunteer work must be reported alongside<br>4    employment, correct?<br>5  A. I'm not familiar with the volunteer. When you say<br>6    takes a position, take a position where?<br>7  Q. We'll go back to that, then, later.<br>8       Okay. Let's go back to the statute here.<br>9    This is, again, Exhibit 2, MCL 28.725. Let's look at<br>10    Subsection 2. This relates to reporting changes of<br>11    vehicle information, email addresses, internet<br>12    identifiers, telephone numbers, and travel, correct?<br>13  A. Correct.<br>14  Q. And, again, it provides that changes shall be reported<br>15    in the manner prescribed by the department, correct?<br>16  A. Correct.<br>17  Q. Okay. And the Michigan State Police has prescribed a<br>18    manner of reporting those types of changes which is<br>19    mail-in reporting; is that correct?<br>20  A. Yes. I believe so, yes.<br>21  Q. Who made that decision?<br>22       MR. DAMICH: Objection. Form. Foundation.<br>23       THE WITNESS: Again, I think it's the same<br>24    process of the same internal work group, the various<br>25    persons I previously referenced. The end product of<br><br>Page 63 | 1  that process is the form, and that is the manner<br>2    prescribed by the department.<br>3  BY MS. AUKERMAN:<br>4  Q. Did the Michigan State Police take public comment?<br>5  A. No.<br>6  Q. Did it promulgate a regulation?<br>7  A. No.<br>8  Q. Is the manner prescribed for reporting of vehicles,<br>9    email, internet identifiers, phone numbers, and travel<br>10    publically posted anywhere other than on the form, the<br>11    mail-in verification form?<br>12  A. Yeah. I believe it's referenced in the letters to<br>13    offenders and the letters to prosecutors that I<br>14    previously referenced on the SOR Unit's Web page with<br>15    links to the forms themselves that describe the<br>16    specific items that can be reported other than in<br>17    person. And that's publically available on our<br>18    website.<br>19  Q. So with respect to the letter to registrants, that<br>20    went out in March of 2021, correct?<br>21  A. Around the time of the statute. The exact date, I'm<br>22    not sure, but that sounds right, yes.<br>23  Q. Has that letter been sent to registrants who have<br>24    registered since that time, new registrants?<br>25  A. I don't know. I don't. It's certainly publically<br><br>Page 64 |

Tri-County Court Reporters
248-608-9250

Beatty, Steve
6/6/2023

| | |
|---|---|
| 1    available. | 1    THE WITNESS:  Can we have both?  I suppose, |
| 2    Q.  Okay.  Would you agree that many people in Michigan | 2    but then now we've got two processes in place for this |
| 3    today conduct much of their business online? | 3    information coming in. |
| 4    MR. DAMICH:  Objection.  Form.  Foundation. | 4    The other thing is the SOR Unit is not a |
| 5    THE WITNESS:  Lots of people.  There's far | 5    local registry in authority as defined under the |
| 6    more people, I believe, who are doing things online | 6    statute.  So when you're talking about reporting, |
| 7    than not doing online.  Quantifying it, I'm not | 7    verifying, mailing, doing those types of things, you |
| 8    comfortable doing. | 8    know, people can report to any local police agency and |
| 9    BY MS. AUKERMAN: | 9    do these things.  It's not necessarily the Michigan |
| 10    Q.  Why did the Michigan State Police decide to require | 10    State Police. |
| 11    mail reporting rather than online reporting? | 11    BY MS. AUKERMAN: |
| 12    MR. DAMICH:  Objection.  Argumentive. | 12    Q.  Did the Michigan State Police explore the possibility |
| 13    THE WITNESS:  Because I think mail reporting | 13    of allowing online reporting? |
| 14    is applicable to everybody.  Online reporting would be | 14    A.  I don't recall a discussion of online reporting.  If |
| 15    excluding persons who don't go online.  And I think | 15    there was, it would have went along the same lines of |
| 16    it's along the lines of like electronic signatures. | 16    at some point if the legislature, if we're required |
| 17    You can offer electronic signatures, but I believe | 17    from an enforcement standpoint to show a willful |
| 18    that you have to still authorize or allow people to | 18    violation, you know, the eight degrees of separation |
| 19    sign paper if they want to sign paper. | 19    by having everything go online, you can always avoid |
| 20    BY MS. AUKERMAN: | 20    responsibility under the act by saying, "Well, I |
| 21    Q.  You can have both.  You can have online and mail, | 21    didn't send that," or "That wasn't sent by me, so, |
| 22    correct? | 22    therefore, I never received the email back, or I never |
| 23    A.  Well -- | 23    received this 'cause my computer was down. |
| 24    MR. DAMICH:  Objection.  Form. | 24    So the end result of the manner prescribed |
| 25    Argumentative. | 25    by the department is reflected in the forms.  That is |
| Page 65 | Page 66 |
| 1    and are the things that you can do other than in | 1    type of information in person.  I think that just |
| 2    person. | 2    highlights why those are still required to be in |
| 3    Q.  Are you -- when you mail something, do you get a | 3    person and why some in the big scheme of things are |
| 4    receipt that you've mailed it? | 4    less significant. |
| 5    A.  As a general matter, I don't know that.  You know, | 5    BY MS. AUKERMAN: |
| 6    individual mailings get sent return receipt | 6    Q.  Did the Michigan State Police explore the possibility |
| 7    restricted.  I do know that there were certain | 7    of phone reporting? |
| 8    requirements from the litigation that had to be done | 8    A.  I don't ever recall phone reporting. |
| 9    by the department and how things were sent, and some | 9    Q.  Are you aware that some probationers and parolees have |
| 10    report of some kind that was done by the post office. | 10    phone-only reporting? |
| 11    I don't know the details, but I know that there was | 11    MR. DAMICH:  Objection.  Form.  Foundation. |
| 12    something that had to be done on the litigation side | 12    THE WITNESS:  We're not a department of |
| 13    to the mass mailings to -- | 13    probation nor are we a department of corrections, so I |
| 14    Q.  Let me stop you 'cause that's not my question.  My | 14    can't speak to what other people do or don't do. |
| 15    question is if you're a registrant mailing in the mail | 15    MS. AUKERMAN:  Let's look at another exhibit |
| 16    verification form, how do you prove that you mailed | 16    here.  This is Exhibit 3.  This is a contract between |
| 17    it? | 17    the Michigan State Police -- or actually, it's the |
| 18    MR. DAMICH:  Objection.  Foundation. | 18    Department of Technology, Management, and Budget with |
| 19    THE WITNESS:  Well, you would say you mailed | 19    Lexis/Nexis Coplogic Solutions. |
| 20    it.  And I suppose, you know, at the end result is in | 20    (Plaintiffs' Exhibit No. 3 was marked.) |
| 21    order to show violation, you have to show a willful | 21    BY MS. AUKERMAN: |
| 22    violation.  And I think that might be part of the | 22    Q.  Are you familiar with this contract? |
| 23    reason why things like internet identifiers or IP | 23    A.  It looks familiar. |
| 24    addresses in the scale of information that the app | 24    Q.  Okay.  Let's scroll down to page 94.  This contract |
| 25    wants to keep track of versus employment and residence | 25    relates to the Michigan SOR database, and I'm showing |
| Page 67 | Page 68 |

17 (Pages 65 to 68)

Beatty, Steve
6/6/2023

| | |
|---|---|
| 1 you specifications for the contract. | 1 What steps did it then take to implement |
| 2 Let's look at Specification 70. Do you see | 2 that decision? |
| 3 there that it requires -- that it states that the | 3 MR. DAMICH: Objection. Form. Ambiguous. |
| 4 system shall allow offenders to sign up and receive | 4 THE WITNESS: Once the form was finalized, |
| 5 email notification -- that's not the right one. | 5 then the notifications -- the forms were finalized. |
| 6 Okay. I'm sorry. It's Specification 77. | 6 That was communicated to all registrants on those same |
| 7 It states that the system must allow offenders to | 7 publically available documents that I reference |
| 8 complete updates through their phones or other | 8 previously, and certainly the letters that went to |
| 9 electronic devices, iPad, iPhone, Android, tablet, et | 9 prosecutors. And I'm pretty sure, but I'm not sure. |
| 10 cetera. | 10 But I believe there's one that was just general law |
| 11 Do you see that? | 11 enforcement or at least copies of the prosecutor -- |
| 12 A. Okay. | 12 maybe this is what happened. Copies of the |
| 13 Q. Registrants aren't currently able to update | 13 prosecutor's letters were sent to the sheriff's |
| 14 information through electronic devices, correct? | 14 association, the chief of police. I recall those |
| 15 A. Correct. To my understanding, correct. | 15 copies of those letters, at least those copies of |
| 16 Q. Do you know if the system has the capacity for that to | 16 those letters being sent. So someone coming into a |
| 17 happen? | 17 local registering authority would presumably have all |
| 18 MR. DAMICH: Objection. Foundation. | 18 the same information that any registrant was given |
| 19 THE WITNESS: Personally, I do not. | 19 when those letters went out. |
| 20 BY MS. AUKERMAN: | 20 BY MS. AUKERMAN: |
| 21 Q. Okay. Let's talk a little bit about how mail-in | 21 Q. Was any information provided to law enforcement how |
| 22 reporting works in process. So the Michigan State | 22 they're supposed to handle the mail-in updates? |
| 23 Police decided that it would prescribe mail as a | 23 A. That, I -- if you can go to the form itself 'cause |
| 24 manner for updating information for vehicle, email, | 24 usually the form will say. It's been a while since |
| 25 internet identifier, phone numbers, and travel. | 25 I've seen the form, the mail verification form. |
| Page 69 | Page 70 |

| | |
|---|---|
| 1 Q. So this again is Exhibit 4, and I'll scroll down here. | 1 sort out the timing of those things. |
| 2 It says to submit the form by first-class mail to | 2 And I highly doubt in this day in age that |
| 3 local law enforcement agency, sheriff's office, or | 3 if it came in five business days as opposed to three, |
| 4 Michigan State Police post. And then there's an | 4 that a prosecutor would pursue a violation. But, |
| 5 Explanation of Duties. I don't see any instructions | 5 again, it would be a the responsibility of that |
| 6 to law enforcement itself. | 6 prosecuting official to demonstrate a willful |
| 7 A. Yeah, there may be something. I know that the | 7 violation, and they would then have to show that the |
| 8 registry itself has user communications that go in and | 8 person willfully failed to mail within three business |
| 9 out to anyone who's a user. And, certainly, any local | 9 days. |
| 10 registering authority would be a user of the system. | 10 MR. DAMICH: We're getting to about an hour |
| 11 So whatever communications have gone out in | 11 and a half in. Do you mind if we take a quick break? |
| 12 that regard from the registrant's responsibility is | 12 MS. AUKERMAN: Well, let me just finish this |
| 13 mailed to one of those three. At that point, it | 13 line of questions, and then we'll take a break if |
| 14 becomes whoever receives it responsibility to make | 14 that's okay. |
| 15 sure it gets entered. | 15 MR. DAMICH: That's fine. |
| 16 Q. So these have to be mailed within three business days, | 16 BY MS. AUKERMAN: |
| 17 correct? | 17 Q. So let's say a person gets a new email address that |
| 18 A. I believe that's what the act says. | 18 they have to report. They get it on a Thursday, and |
| 19 Q. How do you count the three business days? | 19 put it in mailbox on Sunday. But the post office |
| 20 Is it from when the person signs the form? | 20 doesn't pick it up and stamp it until Monday. |
| 21 A. Again, I don't know that we've gone into that level of | 21 Has a person violated the statute? |
| 22 weeds 'cause ultimately it would be a matter of | 22 MR. DAMICH: Objection. Confusing. |
| 23 demonstrating whether they willfully violated it. And | 23 Ambiguous. |
| 24 I'm assuming there's -- as with any litigation -- | 24 BY MS. AUKERMAN: |
| 25 counting days, there's rules. There's case law that | 25 Q. You can answer. |
| Page 71 | Page 72 |

18 (Pages 69 to 72)

Tri-County Court Reporters
248-608-9250

Beatty, Steve
6/6/2023

| | |
|---|---|
| 1 | **A.** Again, that would be up to a prosecutor to decide |
| 2 | whether it's a willful violation. Our members have |
| 3 | been instructed for quite sometime to not take any |
| 4 | direct enforcement action against any registrant, you |
| 5 | know, for a SOR violation. If they believe a |
| 6 | violation has occurred, they're instructed to submit |
| 7 | it on paper to the local prosecutor to make whatever |
| 8 | decision is appropriate. |
| 9 | Q. Is there any guidance available about whether the |
| 10 | three days runs from the time a person puts the |
| 11 | envelope in the mail or the time that the police |
| 12 | received the letter? |
| 13 | **A.** Again, we read the statute. The statute says not more |
| 14 | than three business days, so that language is carried |
| 15 | over onto the form that it should be sent within those |
| 16 | three business days. The legislature didn't give us |
| 17 | any further guidance that we can share on what that |
| 18 | means, and so I guess that would be up to the |
| 19 | individual court and prosecutor to decide whether a |
| 20 | willful violation occurred on a specific occasion. |
| 21 | Q. So there's nothing available to registrants to know |
| 22 | how the three business days are counted? |
| 23 | MR. DAMICH: Objection. Asked and answered. |
| 24 | THE WITNESS: There's nothing to be |
| 25 | available from the Michigan State Police since we |

Page 73

| | |
|---|---|
| 1 | didn't write the statute nor are we going to give |
| 2 | legal advice and interpret something that's in the |
| 3 | statute that's not there. |
| 4 | The form says mail within three business |
| 5 | days because the statute says those things have to be |
| 6 | reported within three days. The burden is on the |
| 7 | prosecutor and the courts to decide whether -- you |
| 8 | know, whatever county -- whether or not it's a willful |
| 9 | violation. |
| 10 | BY MS. AUKERMAN: |
| 11 | Q. Are you aware of any court decisions related to how |
| 12 | the three days are counted? |
| 13 | **A.** I'm not. |
| 14 | Q. And would you agree that there's no specific address |
| 15 | given on the form about where to send this to? This |
| 16 | is the mail-in registration -- mail-in verification |
| 17 | form. |
| 18 | **A.** You go to your local registering authority. So if you |
| 19 | find it going to do your in-person reporting, then |
| 20 | whatever that address is, you would be covered there. |
| 21 | If it's a local registering authority, then pick one. |
| 22 | Q. So it says -- the form says that it can be sent to |
| 23 | local law enforcement agency, sheriff's office, or |
| 24 | Michigan State Police post. |
| 25 | How do registrants know which one they send |

Page 74

| | |
|---|---|
| 1 | it to? |
| 2 | **A.** They can send it to any one; I believe. I mean, it |
| 3 | wouldn't make sense to send it to some police |
| 4 | department at the other end of the state. Local |
| 5 | registering authority -- I'd have to look at the |
| 6 | statute. |
| 7 | Doesn't it say local registering authority |
| 8 | in proximity to -- you'd have to look at the statute |
| 9 | itself, but, you know, I don't think it takes much |
| 10 | common sense to say wherever I go in person as I'm |
| 11 | required to do. Mail it there, and I don't have to go |
| 12 | in person. Somehow you can get it into your map or |
| 13 | your Waze, or, you know, where it's it at to show up |
| 14 | at a post or a local police department. Just copy |
| 15 | down that address and mail it if that's what you want |
| 16 | to do to avoid going in in person. |
| 17 | Q. Do you know how quickly mail-in updates are entered |
| 18 | into the SOR database by the agencies that receive |
| 19 | them? |
| 20 | MR. DAMICH: Objection. Form. Foundation. |
| 21 | THE WITNESS: No, I don't. |
| 22 | BY MS. AUKERMAN: |
| 23 | Q. Could it take weeks for staff to get around to |
| 24 | entering them? |
| 25 | MR. DAMICH: Objection. Foundation. |

Page 75

| | |
|---|---|
| 1 | THE WITNESS: I mean, it could be done |
| 2 | immediately. It could be not done at all. I can't |
| 3 | speak for the individual actions of someone else out |
| 4 | of my control. I would have a concern if a department |
| 5 | member was not entering this information promptly. |
| 6 | And if I was aware of that being in practice, then I |
| 7 | would seek to have that issue addressed. As for other |
| 8 | departments, I can't speak to them. |
| 9 | BY MS. AUKERMAN: |
| 10 | Q. Could it happen that a registrant mails this, say, to |
| 11 | the local MSP post, doesn't get entered right away, |
| 12 | and then later when they verified to their local law |
| 13 | enforcement agency, they're considered to have |
| 14 | violated SOR because there's no record in the system |
| 15 | yet that they reported that information on time? |
| 16 | MR. DAMICH: Objection. Form. Ambiguous. |
| 17 | Compound. Confusing. |
| 18 | THE WITNESS: I agree with all those |
| 19 | objections, but I would say it depends on the |
| 20 | situation. Could, theoretically, yes, you know, but |
| 21 | if someone mails it in, you still have to demonstrate |
| 22 | a willful violation. So I think the concerns you're |
| 23 | expressing are the concerns that we often heard |
| 24 | historically under the old SOR that was a big part of |
| 25 | your litigation regarding, quote/unquote, "technical |

Page 76

19 (Pages 73 to 76)

Tri-County Court Reporters
248-608-9250

Beatty, Steve
6/6/2023

| | |
|---|---|
| 1 violations." | 1 after entering your information? |
| 2 And I think not only the court opinion but | 2 A. I'm confused because you're asking about a mail-in |
| 3 the revised statute that requires proof of a willful | 3 form and you ask whether or not there's a mail-in |
| 4 violation alleviates many of those concerns. So, yes, | 4 form generated by a mail-in form, and I said I don't |
| 5 can there be a delay, yes, under the old SOR and the | 5 believe there is. |
| 6 things you previously litigated is that where maybe | 6 As far as online, that form is not accepted |
| 7 there was issues or concerns with technical | 7 online, and I don't know the capabilities of an online |
| 8 violations. But at the end of the day, someone | 8 program for generating receipts. Have I received |
| 9 seeking a charge, swearing out a charge, or getting | 9 things from Amazon? Yes. But you asked about a |
| 10 the charge would have to show that it was a willful | 10 mail-in form and a receipt on a mail-in form, and I'm |
| 11 violation. | 11 not aware of receipts on a mail-in form. |
| 12 BY MS. AUKERMAN: | 12 Q. Are you aware that one can update one's address with |
| 13 Q. We talked about how when someone mails information | 13 the Secretary of State online? |
| 14 they don't get a receipt showing that they mailed it | 14 A. I'm not. I mean, I think I renewed my registration |
| 15 in, correct? | 15 online. I know there's some things you can do online |
| 16 A. Correct. I'm not aware of a receipt process. | 16 and some things in person. Whether it's your address |
| 17 Q. Do you ever use online portals where you submit | 17 or not, yeah, I don't know the specifics. |
| 18 something and then you get an email saying, you know, | 18 MS. AUKERMAN: Okay. Let's take a break and |
| 19 your form has been submitted? | 19 go off the record. |
| 20 A. A "portal," can you be more specific of an example? | 20 (From 10:38 a.m. to 10:50 a.m., recess was |
| 21 Q. So you purchase something on Amazon, and Amazon then | 21 taken.) |
| 22 sends you an email or text saying, you know, | 22 (At 10:39 a.m., Mr. Lin and Ms. Elbakr exit |
| 23 congratulations, you've purchased your water filter. | 23 the videoconference.) |
| 24 Are there -- so my question is when you -- | 24 BY MS. AUKERMAN: |
| 25 can you set up systems online where you get a receipt | 25 Q. We talked a bit about how the documents that have been |
| Page 77 | Page 78 |

| | |
|---|---|
| 1 posted on the state police website, the sex offender | 1 reference in one or more of those documents that make |
| 2 registry website, of the documents that were used to | 2 clear that whatever happened in Does 2 didn't change |
| 3 share information with law enforcement, prosecutors, | 3 your reporting obligations effected March 24th of |
| 4 PAAM, and registrants, correct? | 4 2021, which I think is also consistent with the |
| 5 A. I believe. I haven't checked it today, but the last | 5 information that was on the ACLU website for |
| 6 time I was on there, they were on there. | 6 requirements. |
| 7 Q. Okay. So let's take a -- I looked at that quickly | 7 Q. Okay. But you don't see any communications there to |
| 8 while we were -- although, it's not letting me share | 8 the Prosecuting Attorneys Association of Michigan |
| 9 that. Hold on. | 9 about the new statute data? |
| 10 Okay. Here we go. Can you see the Michigan | 10 A. I referenced letters that are publically available |
| 11 State Police sex offender registry website? | 11 information. If you can put the screen back up, that |
| 12 A. I can. | 12 information is also publically available. |
| 13 Q. And do you see the notices that are listed there? | 13 Q. Where is that? I'll put it back up. Do you see it? |
| 14 A. Um-hmm, yes. | 14 A. Yeah, click on the notification letter to registrants. |
| 15 Q. Okay. And I went and reviewed these notices. I can | 15 Q. Okay. We'll talk about that, but aside from the |
| 16 tell you that all of the notices except the last | 16 note-- I said aside from the notification letter to |
| 17 notification letter to registrants advising of | 17 registrants, are there any documents here that |
| 18 Michigan Sex Offender Registration Act amendment | 18 describe the new -- let me rephrase that. |
| 19 effected March 24th, 2021. All the other letters | 19 When you referred earlier to the documents |
| 20 listed here relate to the Does 2 case. | 20 that were provided to law enforcement and prosecutors |
| 21 Do you have a reason to dispute that? | 21 and PAAM regarding the new statute, are these the |
| 22 A. The only qualification I would make is those earlier | 22 documents you're referring to? |
| 23 letters -- I believe at least some of them -- made | 23 A. Again, I believe we're talking that happened sometime |
| 24 clear that nothing about the Does case affects your | 24 ago, but the letters of prosecutors -- everything |
| 25 obligations under the new SOR. I think there's a | 25 that's up there regarding those Does references the |
| Page 79 | Page 80 |

20 (Pages 77 to 80)

```
 1    new statute. This, what you're highlighting on there,
 2    also is publically available to any of those, and I
 3    believe there was a communication that shared that
 4    information to the sheriff's association. I can't
 5    speak for the attorney general's office, but I believe
 6    something was sent from the attorney general's office
 7    to PAAM regarding the new statute.
 8    Q. Okay. That's not posted here, correct?
 9    A. No.
10    Q. Okay.
11    A. I don't see it there.
12    Q. Are you aware of any communications other than what's
13       posted here in the letter to PAAM that you mentioned
14       that went out to law enforcement or prosecutors
15       regarding the new statute?
16    A. Again, I would defer to what I -- I expressed to the
17       SOR Unit that we don't give legal advice. They are
18       encouraged to share publically available information,
19       so to the extent they may receive individual
20       communication from anyone, they can certainly direct
21       them to any of these documents that are on there.
22    Q. That's not my condition, Mr. Beatty. My question was
23       whether or not you're aware of any communications --
24            MS. AUKERMAN: Actually, Ms. Apley, could
25       you read back my question, please.
```

Page 81

```
 1            (At 10:55 a.m., the record was read back.)
 2            THE WITNESS: Yes. And I recalled that
 3       there were some communication, and I may have been
 4       mistaken in that regard, regarding specific
 5       communication. This information and the notification
 6       letter to registrants, again, my recollection is that
 7       was conveyed or shared at some point in time, but it's
 8       nevertheless, publically available. And I don't
 9       believe that the SORA requires us to notify licensed
10       attorneys or prosecutors of every time a new statute
11       goes into effect, nor do I think we're required to do
12       so by any court regarding the new statute.
13    BY MS. AUKERMAN:
14    Q. Let's talk about the drafting process for forms and
15       letters and documents related to the registry. You
16       mentioned before that there's a form drafting process.
17            Can you just briefly describe what that
18       involved?
19    A. Not without reviewing our written directives and
20       policy on form creation and drafting. But usually as
21       a nutshell version, every form, there's a specific
22       worksite or at least bureau that has responsibility
23       for that form based on the nature and subject matter
24       of that document.
25            When a revision needs to be made or someone
```

Page 82

```
 1    thinks a revision should be made, it goes to that
 2    forms coordinator for whatever that form is, and then,
 3    you know, the process and the directive is followed.
 4    The subject matter expects review the form, make
 5    whatever recommendation. If a decision is made that a
 6    form needs to be updated or changed, the form's
 7    coordinator submits it through that process to, you
 8    know, the forms section which I believe is the --
 9    found within the planning, research, and accreditation
10    section. And then the department's form manager
11    processes that request, does the reformatting, puts it
12    in whatever the subject matter experts are requesting
13    information, but does, you know, the style guide and
14    parameter and all that stuff. And then once that
15    draft is done, then there's a process of review. And
16    once it's finalized and posted, then it becomes an
17    official form of the department.
18 Q. When you say "a process of review," what's the process
19    of review?
20 A. Again, whoever, various people who look at the form
21    who may have an interest in the form have an
22    opportunity to comment on it. I'm talking about
23    internal MSP comment. And then, you know, going
24    through that process, then once the form is finalized,
25    once it's published, then it becomes a form. And then
```

Page 83

```
 1    the form is the decision of the department.
 2 Q. Okay. So how does that process work for with forms
 3    related to the registry?
 4 A. If something comes to someone's attention that
 5    something needs to be addressed on the form, most
 6    often it would probably come through the SOR Unit
 7    first. Like, hey, here's your form. There's a typo,
 8    or this word is misspelled, or whatever it is. And if
 9    they see it, if it's something quick administrative
10    like that, then -- or it's something that's more
11    substantive because perhaps of a law change or
12    something like that, then, again, it gets initiated
13    through the worksite that has responsibility for that
14    form and then goes up from there.
15 Q. You said that the subject matter experts are involved.
16         Who are the subject matter experts for forms
17    related to the registry?
18 A. There would be any number, right. So as far as the
19    registry, it's kind of unique 'cause you're talking
20    about forms in general and then transition to SOR
21    forms.
22         The SOR form is very much directed and
23    dictated by the language of the statute. If the
24    statute says you shall collect, where we see "shall,"
25    that ends up on the form. So we work very hard to be
```

Page 84

21 (Pages 81 to 84)

Beatty, Steve
6/6/2023

| | |
|---|---|
| 1    consistent with the statute, what the legislature | 1    Q. Okay.  And then were changes made to this form after |
| 2    wants us to do or mandates us to do, then that's on | 2       the 2021 amendments to the statute? |
| 3    there. | 3    A. Well, going through our internal written directive |
| 4          And so when I say "subject matter experts," | 4       system and pulling up the current form, that's -- |
| 5    there's any number that are involved with SOR.  So if | 5       every form has a number, and has a date.  So what |
| 6    you're asking about, you know, entering into what used | 6       you're showing me was revised in March of 2022, so I |
| 7    to be OffenderWatch and is now the new registry, I | 7       can say it's current as of March '22.  It may still be |
| 8    don't -- I personally have never been on the nonpublic | 8       current today, but without checking, I couldn't tell |
| 9    side of the registry.  I don't know the details of how | 9       you. |
| 10   things work, how you enter things, how you -- like, I | 10   Q. So my question was has it been changed since the form |
| 11   don't know any of that stuff.  So I would say that the | 11      that was in effect before the March 2021 statute? |
| 12   SOR Unit are the subject matter experts on managing | 12   A. Again, without checking our written directive system |
| 13   the registry. | 13      and seeing if the current version of the RI-004 has a |
| 14   Q. Okay.  So let's take a specific example.  Let's go | 14      different date, I don't recall if there's been changes |
| 15   back to -- I'll share my screen.  This is Exhibit 5. | 15      since then or not.  I see a lot of forms.  We have |
| 16   This is on basic verification, registration and | 16      hundreds and hundreds of department forms.  There may |
| 17   verification update form. | 17      have been changes.  There may not have been. |
| 18   A. Okay. | 18   Q. Were you involved in revisions to this form? |
| 19   Q. So looking at that, do you know when this form was | 19   A. If there were revisions made, it would have come |
| 20   originally created? | 20      across my desk.  Again, I review many, many things. |
| 21   A. This form, some version of this form, I mean, has been | 21      It would take going into the system and seeing |
| 22   around, I believe, since the first SOR went first into | 22      whatever the current date of the form is, and I can |
| 23   effect.  I mean, historically, I'm sure somewhere | 23      tell you if it's been amended since then.  But I don't |
| 24   archived within the state are the older versions of | 24      know as -- I can tell you what you're showing me is |
| 25   this form. | 25      current as of March whatever the date is, March of |

| | |
|---|---|
| 1    2022. | 1    A. Yeah.  And I think the date, the March 2022 -- yeah, |
| 2    Q. So setting aside that there could have been changes in | 2       this -- I know the form was revised prior to the |
| 3    March 2022, I believe that this is the most recent | 3       statute going into effect, so that there was a form in |
| 4    form that was provided to us in discovery, so if | 4       place when the new SOR went into effect. |
| 5    there's more recent ones, they should have been | 5    Q. And who was involved in revising the form for when the |
| 6    provided.  But, anyway, I believe this is most recent | 6       new SOR went into effect? |
| 7    form that we have. | 7    A. It would be all the same persons who have interest in |
| 8          So setting that aside, do you see how on | 8       their own individual areas relation to SOR, so there's |
| 9    page 3 there's an explanation of duties to register as | 9       input from the SOR Unit.  There would have been input |
| 10   a sex offender? | 10      from us.  There would have been input from the same |
| 11   A. Correct. | 11      persons at the attorney general's office we talked |
| 12   Q. And would you agree that the duties of people who are | 12      about.  Whatever anyone's area is, I believe input was |
| 13   on the registry changed somewhat after March of 2021? | 13      obtained.  The end result of that decision is the |
| 14   A. That's a very broad question, but I can -- | 14      form.  The form is the manner prescribed by the |
| 15   Q. Well, let me restate that. | 15      department for that form. |
| 16          Are the duties to register -- are the duties | 16   Q. So let's look at the bottom on page 5.  This is a |
| 17   for people on the registry the same after March 2021 | 17      statement that the person has to sign, and it says: |
| 18   as they were before March 2021? | 18      "I have read the above requirements and/or had them |
| 19   A. I think it's safe to say that there were changes | 19      read to me and I understand my registration duties." |
| 20   overall between the old SOR and new SOR, and this form | 20         Do you see that? |
| 21   as of March '22 was designed to be an accurate | 21   A. I do. |
| 22   reflection of what was required under the new SOR at | 22   Q. Do you know when that language first appeared on the |
| 23   that point in time. | 23      form? |
| 24   Q. So this form would have been amended to reflect the | 24   A. I do not. |
| 25   new SOR? | 25   Q. Okay.  Were you involved in drafting that language? |

Tri-County Court Reporters
248-608-9250

Beatty, Steve
6/6/2023

**Page 89**

1  A. Again, I may have been. I don't recall when it was in
2  there, or if it was always in there, or when it was in
3  there. These are conversations from a long time ago.
4      You'd have to go back each form and see when
5  you first saw that language, and then I could probably
6  take my memory back to see if I recall my involvement
7  with that. If it predates 2013, then I had nothing to
8  do with the addition of that language 'cause that's
9  when I started with the department.
10 Q. Let me show you -- let's mark this as Exhibit 6. This
11 is Explanation of Duties Form that was entered into
12 evidence during Does 1.
13     (Plaintiffs' Exhibit No. 6 was marked.)
14 BY MS. AUKERMAN:
15 Q. Do you see that?
16 A. I see a form, yes.
17 Q. And do you see that at the bottom before the signature
18 it simply states, "I acknowledge that I have read the
19 above requirements or [sic] had them read to me,"
20 correct?
21 A. I see that, yes.
22 Q. So in the past, registrants didn't have to sign that
23 they understood their duties, correct?
24 A. Again, that form you're showing me was adopted. It's
25 hard to see, but I believe it says July of 2011 which

**Page 90**

1  predates my employment with the department. But I
2  believe -- I believe -- you know, I don't recall when
3  it was added. It may have been added as part of the
4  new statute, but it may also have something to do with
5  the requirements that they would be able to
6  demonstrate a willful violation.
7  Q. Can you explain that?
8  A. Putting a form up --
9  Q. Yeah.
10 A. -- as with anything, I mean, if you practice criminal
11 law and you take a plea, you make a record and say, do
12 you understand your rights as I've read them to you,
13 and the answer to that question has meaning. And I
14 think with a form, the answer to that question can
15 have meaning.
16 Q. I just want to show you the form again. So you
17 believe that this language may have been added to
18 address the changes in March 2021 for the willfulness
19 requirement?
20 A. Again, I don't -- the form is the manner prescribed by
21 the department, right. The legislature said, hey,
22 create the form. I don't believe there's anything
23 about that form that is inconsistent with SORA and
24 whether it's as written or as previously written
25 whatever SORA was at that time.

**Page 91**

1  Q. I mean as a former prosecutor, you are sort of
2  testifying that the form would be an expression of a
3  person's understanding that would then be used to
4  demonstrate willfulness?
5  A. It could be used to demonstrate willfulness.
6  Q. Let's look at -- we talked about this a couple of
7  times, the registrant letter. Let's make this -- let
8  me share this.
9      This is Exhibit 7. This is a March 24,
10 2021, letter that was sent by the Michigan State
11 Police to registrants.
12     (Plaintiffs' Exhibit No. 7 was marked.)
13 BY MS. AUKERMAN:
14 Q. Do you recognize -- can you see this document?
15 A. I see it, and I recognize it.
16 Q. Okay. What was the process for drafting this letter?
17 A. Same as previously described, the persons from the SOR
18 Unit, myself, I believe Mr. Gemellaro was the other
19 attorney at the time, and representatives of the
20 attorney general's office. That internal work group
21 working together to read the statute and convey it
22 into a letter to offenders.
23 Q. How did you decide what information should be
24 included?
25 A. We read the statute. We apply the statutes, and

**Page 92**

1  summarized it in a letter to registrants.
2  Q. Who ultimately signed off on the content of this
3  letter?
4  A. I don't know as far as who ultimately signed off. I'm
5  assuming the final -- I believe the final version,
6  those in the work group reached a consensus they were
7  satisfied with the information in the letter. That
8  included, as I said, representatives from the attorney
9  general's office. And once that consensus was
10 reached, the letter just was the letter.
11 Q. Would you agree that in drafting notices to the
12 public, the government should try to make them
13 understandable?
14 A. I think it's perfectly understandable.
15 Q. Okay. What steps were taken to make this notice
16 understandable?
17 A. Well, I mean, I suppose if you can't read, write, or
18 understand the English language, and I believe at the
19 end of the letter -- if you can scroll down -- every
20 person who received this letter was a member of the
21 class and was your client. And so that last line it
22 says if you have questions about this to reach out to
23 your legal counsel, is directing them to contact you
24 as their attorney to sort through any confusion they
25 may have.

23 (Pages 89 to 92)

Beatty, Steve
6/6/2023

| | |
|---|---|
| 1      But if you can read, write, and understand | 1     try to describe specifically the requirement using |

1        But if you can read, write, and understand
2   the English language, I believe this is an
3   understandable letter. But to the extent of any
4   confusion, they had attorneys they could talk to. The
5   Michigan State Police does not give legal advice.
6   Q. Are you familiar with programs that are used to take
7   tests and see if it is understandable at like a
8   seventh grade reading level, for example?
9   A. Personally, I'm not. And as a lawyer, I would have a
10   tremendous amount of concern with that because the
11   legislature has decided the text to use. We, in
12   applying what the legislature tells us to use, use the
13   language of the legislature. There's ample instances
14   any one of us as lawyers can point to in a statute and
15   say, man, that's confusing. They could have said that
16   something much better, but they didn't. And it's not
17   up to the Michigan State Police to bridge that gap.
18       If we're asked to do something and specific
19   language is used, then where you see all those quotes,
20   it's because we're not playing with the words. We
21   don't have a right to play with the words. It's not
22   our responsibility to play with the words or to bridge
23   any gaps where the legislature could have done
24   something more in a better way.
25       So I would not consent to the department and

Page 93

1   try to describe specifically the requirement using
2   words from the statute. I would not advise the
3   department to use any program that changes those
4   words, even if they may be more understandable to some
5   readers. It's not an accurate reflection of the
6   statute, and I would have concerns for the department
7   doing that.
8   Q. So the letter -- your decision was to repeat text from
9   the statute verbatim rather than try to explain it in
10   a way that would be more understandable, but might not
11   be accurate. Is that fair to say?
12       MR. DAMICH: Objection. Form.
13       THE WITNESS: Yes. Our intention was to do
14   what the legislature told us to. If those words were
15   too big for some people to understand, they all have
16   an attorney representing them who can help them with
17   those big words.
18   BY MS. AUKERMAN:
19   Q. Okay. Were there any trainings conducted for law
20   enforcement about the new statute?
21   A. None that I'm aware of. And with litigation going on,
22   as far as I know, we have not done trainings of other
23   departments on how to interpret SOR.
24       We'll share information. We'll share the
25   letters. We'll share the copy of the letter to the

Page 94

1   offenders. We'll refer them to the statute. We'll
2   refer them to their own legal counsel.
3   Q. Was there any outreach to the Michigan Department of
4   Corrections about how changes to SORA impact parole
5   and probation by the Michigan -- excuse me. Let me
6   rephrase that question.
7       Did the Michigan State Police reach out to
8   the Michigan Department of Corrections about how
9   changes to SORA impact probation and parole?
10   A. I can tell you that the Michigan Department of
11   Corrections and the Michigan State Police are both
12   represented by their Michigan Department of Attorney
13   General. I believe there was triangulation of some
14   messaging on some of these things, but any of that
15   would have been down through the attorney general's
16   office.
17       I think I mentioned previously that at least
18   some meetings. Mr. Jamison and Mr. Damich are
19   assigned to state's operations to represent Michigan
20   State Police. I believe Mr. Clark, whatever division
21   he's in, is one of the attorneys representing the
22   Department of Corrections, and he's been on meetings
23   as well.
24   Q. With respect to my question, the Michigan State Police
25   did not communicate directly with the Michigan

Page 95

1   Department of Corrections about how the new statute
2   affected probation and parole?
3       MR. DAMICH: Objection. Asked and answered.
4       THE WITNESS: Michigan State Police is
5   responsible for maintaining the registry. To the
6   extent I have, I've told -- now, I'm not saying that
7   the SOR Unit hasn't gotten in contact by others. My
8   guidance to the SOR Unit is, the Michigan Department
9   of Corrections has their own attorneys. If they have
10   questions about what that law means to them and their
11   responsibilities under the act, then they should
12   direct those questions to their attorneys. It is not
13   the responsibility of the MSP SOR Unit to give
14   guidance to other state departments and agencies on
15   interpretations of the act.
16       MS. AUKERMAN: Okay. Let's look at one of
17   the standard operating procedures. Let me share my
18   screen, and this is Exhibit 8, SOR Operating Procedure
19   315, amended August 2nd of 2022.
20       (Plaintiffs' Exhibit No. 8 was marked.)
21   BY MS. AUKERMAN:
22   Q. Are you familiar with this document?
23   A. I'm not.
24   Q. Okay. Who's responsible for writing the SOR operating
25   procedures?

Page 96

24 (Pages 93 to 96)

Beatty, Steve
6/6/2023

| | |
|---|---|
| 1 | **A.** This sounds like it's either a division or worksite |
| 2 | kind of local procedure.  I'm not familiar with this |
| 3 | document. |
| 4 | Q. When you say "division or worksite," what do you mean? |
| 5 | **A.** Well, looking at this form, I see three identifiers on |
| 6 | it, the Michigan State Police.  Then I see the |
| 7 | Criminal Justice Information Center, right, and we're |
| 8 | talking about CJIC.  It is a division within the |
| 9 | department of state police.  And then within that, is |
| 10 | the sex offender registry unit which is a worksite |
| 11 | within that division within the department of state |
| 12 | police. |
| 13 | Q. So your understanding is that this -- |
| 14 | **A.** Is a local worksite policy. |
| 15 | Q. So this is something that would have been developed |
| 16 | within the sex offender registry unit itself? |
| 17 | **A.** Correct. |
| 18 | Q. So let's scroll down to page 10. |
| 19 | **A.** And was this adopted?  I don't even know.  I see it |
| 20 | says pending review, so I don't know what this means. |
| 21 | I've never seen it, and I'm not in a position to |
| 22 | really comment on whether this is something they're |
| 23 | following, whether this is the final draft, or whether |
| 24 | it's been approved, or whether they're using it.  I |
| 25 | have no personal knowledge. |

Page 97

| | |
|---|---|
| 1 | Q. Okay.  It was provided to us in discovery. |
| 2 | **A.** Well, it would appear that it's probably a response to |
| 3 | a request.  All I see is "pending review," so I don't |
| 4 | know what that means as to whether or not it is or is |
| 5 | not an actual policy of the SOR Unit. |
| 6 | Q. Okay.  So on page 10 here, it states -- it has to do |
| 7 | with how you enter committed dates into the system.  A |
| 8 | committed date is the date the offense was committed. |
| 9 | It says: |
| 10 | "Effective March 2, 2021, per the |
| 11 | Michigan Attorney General's Office, if the |
| 12 | Committed Date is in a date range and our |
| 13 | office is unable to obtain the exact date that |
| 14 | is associated with the conviction, use the |
| 15 | most recent Committed Date.  For example, if |
| 16 | the dates are 01/20/2020 through 7/01/2020 and |
| 17 | the exact date cannot be obtained, use |
| 18 | 7/01/2020 as the Committed Offense Date." |
| 19 | Do you see that? |
| 20 | **A.** I see that, yes. |
| 21 | Q. Okay.  Is it your experience that the attorney |
| 22 | general's office generally gets involved in the |
| 23 | decisions about what gets involved in -- what gets put |
| 24 | into the standard operating procedures? |
| 25 | **A.** If specific legal questions come up that require |

Page 98

| | |
|---|---|
| 1 | guidance from legal counsel, much like offenders |
| 2 | reaching out to their attorneys, we'll reach out to |
| 3 | our attorneys.  This sounds like it was a specific |
| 4 | question that was directed to the attorney general's |
| 5 | office, and this reflects the guidance and response to |
| 6 | that question. |
| 7 | Q. So since you're responsible for legal issues, would |
| 8 | that pass on through you? |
| 9 | **A.** I don't recall.  I mean, it may have.  The guidance |
| 10 | that's reflected here apparently came from the AG's |
| 11 | office, though. |
| 12 | Q. Do you know what the purpose was of using the last |
| 13 | date as the committed date? |
| 14 | MR. DAMICH: Objection -- |
| 15 | THE WITNESS: I don't recall.  I don't |
| 16 | recall the discussion or the -- I haven't seen this |
| 17 | document before.  I don't know if there's some other |
| 18 | provision in this that qualifies that, whether it's |
| 19 | related.  I don't understand the context, nor do I |
| 20 | understand if it's a pending review . Even though it |
| 21 | may have been responsive to a very broad discovery |
| 22 | request that says any and all documents remotely |
| 23 | related to something, it doesn't mean it is or is not |
| 24 | a policy of the SOR Unit.  I have no personal |
| 25 | knowledge as to whether this is then, now, or was a |

Page 99

| | |
|---|---|
| 1 | policy of the SOR Unit. |
| 2 | BY MS. AUKERMAN: |
| 3 | Q. Okay.  Let's look at a different one.  Do you see |
| 4 | this?  This is Exhibit 9.  This is SOR Operating |
| 5 | Procedure 308 having to do with offender duration. |
| 6 | (Plaintiffs' Exhibit No. 9 was marked.) |
| 7 | THE WITNESS: Okay. |
| 8 | BY MS. AUKERMAN: |
| 9 | Q. Do you see that?  Are you familiar with this document? |
| 10 | **A.** No.  I don't recall seeing this either. |
| 11 | Q. Are you familiar with any of the SOR operating |
| 12 | procedures? |
| 13 | **A.** Generally, yes.  I'm not familiar with this document. |
| 14 | If there's a specific question, I can answer it, but I |
| 15 | can't comment on the document. |
| 16 | Q. Okay.  So the two that I've shown you, though, are not |
| 17 | SOR operating procedures, are ones you're not familiar |
| 18 | with, correct? |
| 19 | **A.** Again, they may be SOR operating procedures.  I do not |
| 20 | recall seeing them.  The information in there is |
| 21 | likely consistent with information that is my |
| 22 | understanding as well, but I can't comment on the form |
| 23 | itself. |
| 24 | Q. So this document relates to how you calculate the 15 |
| 25 | and 25 years when someone is a Tier I or Tier II so |

Page 100

25 (Pages 97 to 100)

Beatty, Steve
6/6/2023

| | |
|---|---|
| 1 when they conclude their time on the registry. | 1 Q. So I mean, this document suggests that time periods of |
| 2 Do you see that? | 2 incarceration are deducted, so if somebody is in |
| 3 **A.** Okay. | 3 prison for five years and then they get out, and then |
| 4 Q. Okay. What is -- go ahead. | 4 they're on the registry for ten years, they wouldn't |
| 5 **A.** No, the page I'm looking at says audit for duration | 5 have completed their 15 years. |
| 6 ending. So when you say "do you see that," I don't | 6 Is that your understanding? |
| 7 know if that's the page. The document speaks for | 7 **A.** Again, it's a specific question I wasn't prepared to |
| 8 itself. So whatever you have on the screen is what I | 8 answer. Without, you know, diving into the act and |
| 9 can see. If you want me to read the entire thing then | 9 the specific facts that are being presented, I'm |
| 10 keep it up for a period of time, and I can read it | 10 reluctant to give an opinion. |
| 11 but... | 11 What I will say is this. The Michigan State |
| 12 Q. Okay. Yeah. I don't think that's necessary. I guess | 12 Police is responsible for maintaining a registry. |
| 13 I'm interested in knowing what is the -- I didn't see | 13 We're not responsible for determining whether someone |
| 14 anything in this document about when the clock starts | 14 has to register. My guidance to the SOR Unit is if |
| 15 running for the 15 or 25 years. | 15 we're ever in a position where we're unsure, that, you |
| 16 What is the Michigan State Police's position | 16 know, we shouldn't have -- put it this way. Let me |
| 17 on when the clock starts running? | 17 say it this way. |
| 18 **A.** I mean, if we're talking about a Michigan offender | 18 If the Michigan State Police makes a |
| 19 based on a Michigan conviction, right, that had to | 19 determination that someone no longer has to register, |
| 20 occur prior to sentencing under the act itself. So | 20 right, that whatever calculation you want to use, |
| 21 assuming they've timely complied with the legal | 21 whatever procedure manual you want to use, if the |
| 22 requirement to do their initial registration, then the | 22 determination is made, hey, this person's time is up, |
| 23 clock would seemingly start the day they did their | 23 and we take them off the registry, and the person is |
| 24 initial registration as required by the statute, | 24 notified you've been removed from the registry -- |
| 25 whatever that date is. | 25 like, assuming something along those lines -- that |
| Page 101 | Page 102 |
| 1 does not mean that the person no longer has an | 1 Q. But sitting here today, you don't know how they |
| 2 obligation to register under the act. | 2 calculate that time? |
| 3 A local prosecutor who has more information | 3 **A.** I think it depends on the specific offender. So to |
| 4 could say no, no, no. This person should have never | 4 give a broad generalization or characterization |
| 5 been a Tier I. It should always have been a Tier II. | 5 because there could be different meanings -- not |
| 6 That local prosecutor has the entire autonomy to | 6 different meetings but someone may look at a specific |
| 7 notify that offender to say we believe the Michigan | 7 offender and maybe they're counting time in a county |
| 8 State Police was wrong. You still have a continuing | 8 jail or they're counting time on something that is not |
| 9 obligation to register. We're putting you on notice | 9 within the department of corrections or some other |
| 10 that you have an obligation to register, and failure | 10 thing, fact, that's unique to a specific offender, |
| 11 to do so is a willful violation of the act. | 11 that may affect ultimately the calculation that's |
| 12 The point being, Michigan State Police | 12 gonna be used as required under the act. We look at |
| 13 doesn't determine whether someone registers. We do | 13 the act. We apply the act to the best of our ability, |
| 14 our best to comply with the act and maintaining a | 14 and we maintain the registry to the best of our |
| 15 registry. And at the end of the day, someone could | 15 ability as required by the legislature. We don't |
| 16 still be prosecuted for a willful violation for not | 16 interpret things that are not clearly stated by a |
| 17 registering, even though there's a point in time where | 17 court opinion, a court order, the statute, or a |
| 18 MSP took them off the registry 'cause we thought that | 18 formal opinion -- |
| 19 was what the statute required us to do. | 19 Q. So let's stop there. Let's just actually talk about |
| 20 Q. Okay. But the Michigan State Police will -- based on | 20 that question of interpretation. |
| 21 it's understanding of what the duration requirements | 21 Every statute requires a certain level of |
| 22 are, will remove people from the registry after 15 or | 22 interpretation, so let's -- when the Michigan State |
| 23 25 years if the Michigan State Police believes they've | 23 Police needs to interpret what SORA means, who is |
| 24 completed their duration? | 24 responsible for making that decision? |
| 25 **A.** Yes. That's my understanding. | 25 **A.** Generally, that's our initial response -- there's a |
| Page 103 | Page 104 |

26 (Pages 101 to 104)

Beatty, Steve
6/6/2023

| | |
|---|---|
| 1   fine line between interpretation and application. I | 1   called In Re MD, again, Exhibit 10. |
| 2   would say the initial step is within the SOR Unit. | 2       (Plaintiffs' Exhibit No. 10 was marked.) |
| 3   The annals within the SOR Unit have the responsibility | 3   BY MS. AUKERMAN: |
| 4   of applying SOR as required.  And if they are | 4   Q.  Are you familiar with this document? |
| 5   struggling in someway, they would send it up the | 5   A.  I may have seen this at some point. |
| 6   chain. | 6   Q.  Okay.  Do you know who was involved in preparing this |
| 7       We have a chain of command here in the | 7   document? |
| 8   department, so it would go through the SOR Unit | 8   A.  I would assume Mr. Restuccia, Mr. Jamison, Mr. Clark, |
| 9   through the SOR manager.  If there was still a | 9   and others in the solicitor general division as |
| 10  question, then it would likely come to me or another | 10  indicated on the cover sheet. |
| 11  attorney in my worksite.  Right now it's just me.  And | 11  Q.  Okay.  So this is a brief that purports to be from the |
| 12  if I'm unable to give that guidance then, perhaps, I | 12  Michigan State Police.  Was the Michigan State Police |
| 13  might reach out to representatives at the attorney | 13  consulted in the preparation of this brief? |
| 14  general's office. | 14  A.  Again, we're frequently contacted with SORA-related |
| 15  Q.  But there's no regulations that have been promulgated | 15  questions on SORA-related matters.  Without going |
| 16  about how the Michigan State Police interprets SORA, | 16  through the body of this, I may have been consulted. |
| 17  correct? | 17  I may not have.  Like, it's not -- I do better with |
| 18      MR. DAMICH:  Objection.  Asked and answered. | 18  facts than names, so if I understood who MD was or |
| 19      THE WITNESS:  Again, I'm not aware of what | 19  what the case was, that might help trigger my memory. |
| 20  promulgation -- promulgated rule can get into simple | 20  Q.  This is a case that has to do with juvenile |
| 21  application of a statute. | 21  registration.  Does that help? |
| 22  BY MS. AUKERMAN: | 22  A.  Again, I deal with lots of questions so without |
| 23  Q.  Okay.  So let's take an example, then.  This is | 23  reviewing the brief -- is there a specific question |
| 24  Exhibit 10.  This is a brief filed in the Michigan | 24  and take me to that page you want to ask me? |
| 25  Supreme Court by the Michigan State Police in a case | 25  Q.  I guess what I'm trying to understand is whether the |
| Page 105 | Page 106 |
| 1   attorney general's office is filing these briefs on | 1   thoughts.  I give my thoughts and opinions and have |
| 2   its own, or whether the Michigan State Police is | 2   done that on multiple occasions. |
| 3   involved in the deciding how it will as an agency | 3   BY MS. AUKERMAN: |
| 4   respond to legal questions to the Michigan Supreme | 4   Q.  Okay.  So are you aware that around the same time that |
| 5   Court. | 5   SORA was amended, the legislature also amended MCL |
| 6       MR. DAMICH:  Objection.  Form. Ambiguous. | 6   712A.28 Sub 3 which relates to confidentially matters |
| 7   Asked and answered. | 7   in juvenile court cases? |
| 8       THE WITNESS:  If the Michigan State Police | 8   A.  Yes.  This now refreshes my memory for MD, so thank |
| 9   is a party to a lawsuit, then those questions, at | 9   you for taking this case.  So, yes, when it says the |
| 10  least as a general matter, would be going through the | 10  MSP contends, or, you know, I was involved in |
| 11  risk management section and First Lieutenant | 11  discussions regarding the impact of the revisions of |
| 12  Brimacombe. | 12  the probate code on SOR. |
| 13      I think in SOR-related questions in | 13  Q.  Okay.  And so just to summarize, SORA provides under |
| 14  general -- I think those persons on this document at | 14  MCL 28.722 that in order for a juvenile offense to |
| 15  the AG's office who I previously identified and are | 15  qualify the conviction for the purposes of SORA, a |
| 16  present here, I think will frequently reach out to me | 16  juvenile must have an order of disposition that's open |
| 17  with SOR-related questions to get my perspective, my | 17  to the general public. |
| 18  nearly 30 years experience, bounce things off of me, | 18      Is that correct? |
| 19  get an idea. | 19  A.  Correct. |
| 20      My concern in my role with the department is | 20  Q.  Okay.  And so this brief that was filed by the MSP in |
| 21  what is the impact potentially of this case on our | 21  our response to an application for leave, concerns the |
| 22  members.  That's all I'm concerned with, is what is | 22  intersection of the SORA statute and does the amended |
| 23  the impact on our members, what is the department | 23  MRL 712A.28, correct? |
| 24  required to do, and does this impact the department in | 24  A.  I believe so, yes. |
| 25  someway.  And as we're asked questions, we give our | 25  Q.  Okay.  And so reading that highlighted passage, it |
| Page 107 | Page 108 |

27 (Pages 105 to 108)

Beatty, Steve
6/6/2023

| | |
|---|---|
| 1 states:<br>2     "The MSP contends that the Probate<br>3     Code's revisions eliminated the need for<br>4     juveniles adjudicated under the Probate Code<br>5     from registering beginning January 1, 2021,<br>6     for cases brought under the Probate Code. But<br>7     the earlier offenders remain subject to SORA,<br>8     as do all juveniles convicted as adults."<br>9     Correct?<br>10 **A.** That's what it says, yes.<br>11 Q. Is that the MSP's official position regarding whether<br>12     in which juveniles remain subject to sex offender<br>13     registration after passage of MCL 712A.28, Sub 3?<br>14 **A.** I don't know whether it's an official position. I<br>15     think -- as noted below, I think it's a plain reading<br>16     of the statute. If the legislature intended all<br>17     juveniles, you know, to eliminate a requirement for<br>18     any and all juveniles to register, period, it could<br>19     clearly have done that as it did for other specific<br>20     categories of offenders.<br>21     By talking about registering beginning a<br>22     certain date, my understanding of the plain meaning is<br>23     that recognizes distinction of meaning for that date<br>24     as it relates to juvenile offenders. And depending on<br>25     the offense and the adjudication and the date, we have<br><br>Page 109 | 1     to follow the statute as the legislature gives it to<br>2     us. And if it's clear, then it's clear.<br>3 Q. Okay. So, obviously, the question of what this<br>4     intersection means is up at the Michigan Supreme<br>5     Court, so there's some dispute about what it means.<br>6     But the MSP agrees that juveniles who are<br>7     adjudicated after January 1st, 2021, are not subject<br>8     to registration, correct?<br>9 **A.** Again, without having the statute right in front of<br>10     me -- 'cause I don't know that I reviewed this as a<br>11     final, but I have no reason to disagree with this, but<br>12     as long as it's consistent with the statute. The<br>13     distinction between adjudicated and the offense date<br>14     'cause I think you can have an issue where someone<br>15     might have had an adjudication before January 1st of<br>16     2021, but a disposition after January 1st of 2021.<br>17     And when you talk about the, you know, pending issues<br>18     before the courts, there could be a -- I'm assuming<br>19     the argument is being made that, well, the disposition<br>20     occurred after, and now the record is not public, so<br>21     therefore, this person doesn't have to register. I<br>22     suppose that's ultimately something for the court to<br>23     determine. But as written, those who have done<br>24     juvenile work, know there's a distinction between<br>25     adjudication and the disposition.<br><br>Page 110 |
| 1 Q. Okay. I don't want to get into the weeds on this.<br>2     What I'm trying to get at is -- what I'm trying get at<br>3     is for people who were adjudicated after January 1,<br>4     2021, according to what the Michigan State Police has<br>5     represented to the Michigan Supreme Court, it's the<br>6     MSP's position that those individuals are not subject<br>7     to registration, correct?<br>8 **A.** Well, again, I don't know that "position" is the<br>9     correct word. That is an accurate representation. I<br>10     believe the AG's office has summarized our consensus<br>11     of an understanding of the plain reading of the<br>12     statute.<br>13     But as I've said before, if you're talking<br>14     about a juvenile, whether it's an adult conviction or<br>15     juvenile adjudication, the obligation to register or<br>16     not register has to be resolved by the trial court.<br>17     MSP has nothing to do with that determination, so we<br>18     don't need to have a position.<br>19 Q. Okay. But the MSP has filed a brief setting out its<br>20     understanding of the statute, correct?<br>21 **A.** Well, again, as an amicus brief, since we're<br>22     responsible for maintaining the registry, to the<br>23     extent the court authorizes us to file amicus and<br>24     offered an opinion that may or may not be helpful to<br>25     them, we provided that, what we think is the plain<br><br>Page 111 | 1     language of the statute means.<br>2 Q. So who's involved in making the decision about how to<br>3     interpret the intersection of those two statutes for<br>4     the MSP?<br>5 **A.** Again, for any case that comes up, that comes across<br>6     the radar, if the AG's office reaches out to us and we<br>7     have privileged attorney-client communications as to<br>8     what, you know, the impact this case could have on the<br>9     department or department members, and a decision gets<br>10     made internally as to whether amicus should or should<br>11     not be filed on behalf of the department to protect<br>12     the -- regarding statute, once that decision is made,<br>13     as it was here, then it's conveying our understanding<br>14     of the plain reading of the statute.<br>15 Q. Okay. Did the Michigan State Police undertake any<br>16     steps to identify juveniles who are subject to<br>17     registration and who are adjudicated after January 1<br>18     of 2021?<br>19 **A.** I know that you had just sent an email, I think,<br>20     yesterday that was questioning specific juvenile<br>21     offenders, and I think you identified 20 that you had<br>22     concern with, where they're at on the registry. I can<br>23     tell you that that was immediately forwarded to me.<br>24     And then I immediately forwarded it to the SOR Unit to<br>25     begin an analysis and hoping to, through our<br><br>Page 112 |

28 (Pages 109 to 112)

Beatty, Steve
6/6/2023

| | |
|---|---|
| 1   attorneys, get that response back to you shortly.  But | 1         THE WITNESS:  Any question you've asked and |
| 2   it's going to -- | 2   will ask regarding promulgation of rules related to |
| 3   Q. But prior to that letter, there had not been an effort | 3   SOR, I'll tell you that the Michigan State Police has |
| 4   by the MSP to identify individual juveniles who were | 4   never promulgated rules in relation to SOR, so if you |
| 5   adjudicated after January 1, 2021? | 5   want to just take that as a standing answer regarding |
| 6         MR. DAMICH:  Objection.  Foundation. | 6   SOR 'cause it's about the fourth time you've asked it. |
| 7         THE WITNESS:  I don't know that that's | 7   We've never promulgated rules regarding SOR. |
| 8   accurate.  The issue historically has been with the | 8   BY MS. AUKERMAN: |
| 9   registry.  And it was one of the issues that was with | 9   Q. Okay.  So in terms of information that's provided to |
| 10   OffenderWatch that you're well aware of through your | 10   registrants, what information is provided? |
| 11   cases is, you know, pulling out certain information. | 11   A. What do you mean? |
| 12         For example, for years they never captured | 12   Q. Information to registrants about what their |
| 13   the offense date which we know through the litigation | 13   obligations and what their reporting and verification |
| 14   and under the new act that it has meaning as to when | 14   obligations are. |
| 15   the offense occurred, especially from the ex post | 15         So we've looked at the explanation of |
| 16   facto side -- | 16   duties.  We've looked at the March 24 (sic) letter. |
| 17   BY MS. AUKERMAN: | 17   Is there anything that has been provided to |
| 18   Q. That's not my question, Mr. Beatty.  Let's move on. | 18   registrants about what their reporting obligations |
| 19         Okay.  So let's talk about reporting | 19   are? |
| 20   requirements.  Under SOR, registrants have to report | 20         MR. DAMICH:  Objection.  Ambiguous. |
| 21   certain information, correct? | 21         THE WITNESS:  Yeah, again, I think you're |
| 22   A. Yes. | 22   putting Michigan State Police in the wrong step of the |
| 23   Q. And has the MSP promulgated official rules or guidance | 23   process.  For a Michigan State Police -- |
| 24   about what information must be reported? | 24   BY MS. AUKERMAN: |
| 25         MR. DAMICH:  Objection.  Asked and answered. | 25   Q. I'm not asking you -- I'm asking you to answer the |
| Page 113 | Page 114 |
| 1   question, Mr. Beatty.  Has a Michigan State Police -- | 1   verification dates, correct? |
| 2   I realize you don't think it's Michigan State Police's | 2   A. "Upon registering as a sex offender, I am required by |
| 3   responsibility. | 3   law to provide the following information."  So, yes, |
| 4         My question is has the Michigan State Police | 4   in response to that, that's what they're required to |
| 5   provided any information to registrants other than the | 5   report according to -- |
| 6   Explanation of Duties and the March 2021 letter | 6   Q. Right.  And then 5 talks about having to review that |
| 7   regarding their reporting obligations? | 7   information thru verification period, correct? |
| 8   A. Generally, as to offenders, I'm not aware of another | 8   A. Correct. |
| 9   document.  As to specific offenders and specific | 9   Q. So we talked earlier a little bit about volunteering. |
| 10   issues that may come up with specific offenders, there | 10         If you look under 4.f., is there any mention |
| 11   may be communications to individual offenders. | 11   of volunteering there? |
| 12   Q. Okay.  Thank you.  All right.  Let's go back and look | 12   A. I don't see the word volunteering. |
| 13   at the Explanation of Duties form.  This is, again, | 13   Q. Okay.  So let's move down to section -- paragraph 6. |
| 14   Exhibit 5. | 14   Paragraph 6 relates to information that must be |
| 15         Does this form list all of the information | 15   updated within three business days, correct? |
| 16   that the Michigan State Police believes must be | 16   A. Correct. |
| 17   reported? | 17   Q. Okay.  And 6.b. says that employment, including |
| 18   A. As of March 2022, yes.  That represents what we | 18   volunteer work, must be reported in person within |
| 19   believe were statutorily required to provide to | 19   three days, correct? |
| 20   offenders. | 20   A. That's what it says, yes. |
| 21   Q. Okay.  So let's look at paragraph 4.  I just want to | 21   Q. Okay.  So is it MSP's position that SORA doesn't |
| 22   understand a little more about how the MSP is | 22   require reporting or verification -- initial reporting |
| 23   interpreting the statute.  So paragraph 4, Subsection | 23   or verification of volunteer work, but it requires |
| 24   F says -- relates to information that must be | 24   reporting of stopping or starting volunteer work |
| 25   initially reported and verified at regular | 25   within three business days? |
| Page 115 | Page 116 |

29 (Pages 113 to 116)

Beatty, Steve
6/6/2023

```
 1          MR. DAMICH: Objection. Ambiguous.
 2  Compound. Confusing.
 3          THE WITNESS: Yeah, without having the Act,
 4  what I would do right now, if someone brought this
 5  apparent inconsistency -- and I don't know whether it
 6  is or not -- but the statutory sets are decided.
 7          I would go and look for every use of the
 8  word volunteer in SOR. And if this question came to
 9  me, which it hasn't previously that I'm aware, either
10  volunteer would be added above it. It's something to
11  be required to be reported initially. If it's
12  something that later came to the statute and just
13  didn't make its way into that section of the form or
14  not, or adjusted accordingly. So that's what the form
15  is. That's what it says. I don't know if that form
16  has been subsequently revised. I don't know if
17  that's -- without doing analysis of the statute,
18  either they use the word volunteer or not.
19  BY MS. AUKERMAN:
20  Q. Do you know if the statute -- if the MSP believes the
21     statute requires reporting of volunteer information?
22          MR. DAMICH: Objection. Foundation.
23          THE WITNESS: Yeah, I don't -- I didn't
24  research the volunteer issue before coming in here, so
25  whatever the statute says regarding volunteer or
```

Page 117

```
 1  doesn't say regarding volunteer, or a case that has
 2  interpreted it, or an attorney general opinion that as
 3  a formal opinion, the attorney general has interpreted
 4  it. As I said, I'm not in a position to get into a
 5  decision on the use of the word volunteer in a form
 6  without getting into the weeds a little bit.
 7  BY MS. AUKERMAN:
 8  Q. How would a registrant know whether they have to
 9     report volunteer work?
10          MR. DAMICH: Objection. Foundation.
11          THE WITNESS: Well, if they're going just by
12  the form, they would say, well, I didn't have to
13  report it when I did my initial report, but
14  apparently, I have to do it when I do it later on.
15  And then the attorney would look at it or the
16  prosecutor and say, well, are we going to pursue a
17  violation for either reporting or not reporting in a
18  timely fashion volunteer. If they believe if there's
19  a willful violation, then they can move forward.
20          The defendant's position would be, hey, this
21  is unclear. I didn't understand. How is it not
22  willful? And it's likely the case wouldn't have gone
23  anywhere. How were they supposed to do it? I guess
24  go in the form. If the form is confusing, check with
25  your attorney, because the registration obligation,
```

Page 118

```
 1  like I said, occurs prior to sentencing before it ever
 2  gets to the Michigan State Police.
 3  BY MS. AUKERMAN:
 4  Q. But somewhere along the lines, somebody at the MSP
 5     decided something about volunteering has to be
 6     reported because volunteering is mentioned on the
 7     explanation of duties, correct?
 8          MR. DAMICH: Objection --
 9          THE WITNESS: I'm assuming so, yes.
10  BY MS. AUKERMAN:
11  Q. Okay. So let's go look at -- this is MCL 28.725,
12     Exhibit 2. If we look at Section 1.b., this is the
13     reporting around employment. It says, the
14     individual -- reporting if the individual changes his
15     or her place of employment or employment is
16     discontinued.
17          There's nothing about volunteering there.
18     Is there?
19  A. I don't see it.
20  Q. Do you know what the basis is why the MSP requires
21     certain volunteer work to be reported?
22  A. As I said earlier --
23          MR. DAMICH: Objection. Lack of foundation.
24  BY MS. AUKERMAN:
25  Q. Does the MSP have a definition of what constitutes
```

Page 119

```
 1  volunteer work?
 2  A. I'm not aware of one.
 3  Q. Okay. If a registrant shoveled an elderly neighbor's
 4     driveway for free, does a registrant have to report
 5     that within three days?
 6          MR. DAMICH: Objection. Speculation.
 7          THE WITNESS: Yeah, I don't know.
 8  BY MS. AUKERMAN:
 9  Q. What if a registrant mows the elderly neighbor's lawn
10     every week all summer, is that something they would
11     have to report?
12          MR. DAMICH: Objection. Speculation.
13          THE WITNESS: Again, it's -- if you're
14  asking me from an enforcement standpoint, I would have
15  to look at the facts. I would have to look at the
16  offender, and then I'd offer opinions as to whether I
17  fit. Just, you know --
18  BY MS. AUKERMAN:
19  Q. I'm asking you whether that is under -- whether the
20     MSP -- I'm asking you whether that is something that
21     would be reportable under the statute.
22  A. Again, without, you know, on-the-fly offering an
23  opinion, I'm not prepared to offer an opinion on that
24  without getting into the weeds. I wasn't -- that's
25  not a question I was prepared to answer.
```

Page 120

30 (Pages 117 to 120)

| | |
|---|---|
| 1   Q. Okay. So if a friend is having trouble during taxes | 1   day to day, then -- you know, if it's changing in less |
| 2   and a registrant who has a background in accounting | 2   than three business days, I'm not sure how it would |
| 3   volunteers to help that person do their taxes, is that | 3   ever happen because -- but if it's employment |
| 4   something they have to report as volunteer work? | 4   that's -- if the statute says you have to report |
| 5   A. Same answer. | 5   changes in employment, then you have to report changes |
| 6   Q. Okay. And you're not aware of any information | 6   in employment. And I guess it doesn't even matter |
| 7   available to registrants about what kind of | 7   whether it's within three business days. |
| 8   volunteering is reportable, correct? | 8   BY MS. AUKERMAN: |
| 9        MR. DAMICH: Objection. Asked and answered. | 9   Q. So let's say somebody worked as a floater for Walmart, |
| 10       THE WITNESS: Yeah, same answer. | 10  and on Monday, they get sent to 28th Street. On |
| 11  BY MS. AUKERMAN: | 11  Tuesday, they get sent to Main Street. On Thursday, |
| 12  Q. Okay. Let's talk about paid employment. Going back | 12  they get sent to Elm Street. |
| 13  to Exhibit 2, here it says that the person has to | 13       Do they have to report each of those changes |
| 14  report. This is Section (1)(b). "The individual | 14  to their place of employment? |
| 15  changes his or her place of employment, or employment | 15       MR. DAMICH: Objection. Calls for |
| 16  is discontinued." | 16  speculation. |
| 17       If a registrant's worksite changes from day | 17       THE WITNESS: There's nothing ambiguous |
| 18  to day, does he have to report the new site? | 18  about that. |
| 19       MR. DAMICH: Objection. Calls for | 19  BY MS. AUKERMAN: |
| 20  speculation. | 20  Q. So your answer is yes, they have to report that? |
| 21       THE WITNESS: To me, there's nothing | 21  A. Again, I don't make decisions of whether people have |
| 22  ambiguous about having to report a change of | 22  to report. It's their obligation to comply with the |
| 23  employment. If that employment changes day to day -- | 23  act. The statute says they have to report a change of |
| 24  I didn't write the statute. If the statute requires | 24  employment, and if that is a change of employment, |
| 25  to report changes to employment and that employment | 25  then that is required to be reported within three day. |
| Page 121 | Page 122 |

| | |
|---|---|
| 1   Q. Okay. If a person -- | 1   period of time but is going to be going back to |
| 2   A. I mean, I recall the previous litigation, it talks | 2   employment. That's probably far less important in the |
| 3   about the regularly used and the -- you know, whatever | 3   big scheme of things as not reporting and a new |
| 4   the other reporting requirements that were in there | 4   employment you didn't previously report. |
| 5   that then were challenged on how constitutional | 5   Q. That's not my question. My question is, is a layoff a |
| 6   grounds were being vague. And I believe you prevailed | 6   discontinuation of employment? |
| 7   in those one or two or one of them on to vagueness. | 7   A. You'd have to ask the legislature or a court for that |
| 8   That routinely or regularly used, my understanding was | 8   answer. |
| 9   insisted in the 2011 that it be added by -- | 9   Q. Okay. Thank you. |
| 10  Q. Yes, okay. | 10       Let's move on to -- let's go back to |
| 11  A. -- because it wasn't clear. The same argument you're | 11  Exhibit 5. This is, again, the Explanation of Duties. |
| 12  making here. This is clear. It's not ambiguous. You | 12  Looking at paragraph 4.j. here, this relates to |
| 13  say it might be, but it's clear. | 13  reporting "of any vehicle that I own or operate," |
| 14  Q. Okay. And if a person is temporarily laid off for a | 14  correct? |
| 15  few weeks, would the person need to report that? | 15  A. Correct. |
| 16  A. Well, layoff, I think, is a term of art, and a layoff | 16  Q. The form here uses the present tense, correct? |
| 17  doesn't mean fired or terminated. People could be | 17  A. Yes. |
| 18  laid off, seasonal workers are laid off every year, | 18  Q. And let's go back to the statute. It's, again, |
| 19  but they always have a job when it comes back in the | 19  Exhibit 2, MCL 28.725, Subsection 2, discusses |
| 20  spring. | 20  reporting of vehicles that are registered or used by. |
| 21  Q. Does that count as employment that is discontinued | 21       So we've got the past tense there, correct? |
| 22  which is -- | 22  A. Correct. |
| 23  A. I don't know that employment is discontinued or not. | 23  Q. So is it the MSP's position that you don't have to |
| 24  I don't think it's ever gonna be -- it's an issue with | 24  report vehicles that were owned or operated in the |
| 25  SOR of someone who has had a layoff status for a | 25  past? |
| Page 123 | Page 124 |

31 (Pages 121 to 124)

Beatty, Steve
6/6/2023

| | |
|---|---|
| 1 | **A.** I don't believe -- the statute says registered to or |
| 2 | used by the individual, so when you're doing the |
| 3 | Explanation of Duties form, it's advising them of the |
| 4 | requirements that moving forward you have to identify |
| 5 | these things moving forward.  As you move forward, |
| 6 | then it's encompassing everything that you're use-- -- |
| 7 | every vehicle that you're using.  So to me, it's not |
| 8 | vague.  If you're using a vehicle under SOR, once you |
| 9 | do your explanation of duties, you have an obligation |
| 10 | to notify. |
| 11 | Q. So the MSP's interpretation of the statute is that it |
| 12 | only applies to current and future uses of these items |
| 13 | not past -- a vehicle that one had registered or was |
| 14 | used by the individual in the past? |
| 15 | MR. DAMICH: Objection. Form. |
| 16 | THE WITNESS:  Let me read the section here. |
| 17 | Hold on one second here.  So reading it in its |
| 18 | entirety, it says: |
| 19 | "An individual required to be registered |
| 20 | under this act who is a resident of this state |
| 21 | shall report in the manner prescribed by the |
| 22 | department...". |
| 23 | Which is the forms that we've already talked about. |
| 24 | "...to the registering authority having |
| 25 | jurisdiction where his or her residence or |

Page 125

| | |
|---|---|
| 1 | domicile is located...". |
| 2 | So that would be the local police, sheriff's |
| 3 | department, or post where their residence or domicile |
| 4 | is located. |
| 5 | "...not more than 3 business days after |
| 6 | any of the following occur:" |
| 7 | So giving the present tense or past tense, this may be |
| 8 | where the confusion lies because if it's accounting |
| 9 | for the fact that you can come in after three days |
| 10 | after you do something, then obviously, it's going to |
| 11 | be talking about what you've used in the previous |
| 12 | three days. |
| 13 | The reporting obligation as depicted on the |
| 14 | manner prescribed by the department of the form says |
| 15 | if you're going to use a vehicle, you have to report |
| 16 | within three days.  I think present, past, all this |
| 17 | other stuff that we're characterizing it -- I think |
| 18 | that's where you get into past or present tense. |
| 19 | You signed a reporting obligation.  You |
| 20 | know, I don't think the intent is you have to go back |
| 21 | and find your -- you know, in 1976, you know, 40 years |
| 22 | before you're convicted, you once drove an AMC Pacer, |
| 23 | that's not what it's looking for.  But when you sign |
| 24 | your registry and authority verification form, you |
| 25 | have to report your vehicles, and you have to do it |

Page 126

| | |
|---|---|
| 1 | within three days. |
| 2 | When the statute says "used," it's talking |
| 3 | about what may predate the date that you're going in |
| 4 | to doing your reporting which is necessarily the past |
| 5 | tense.  But to me, it's not ambiguous.  It may be |
| 6 | burdensome, but that's the choice of the legislature. |
| 7 | It's not ambiguous. |
| 8 | Q. Okay.  Let's look back at the explanation of this.  So |
| 9 | this is 4.j.  Do you see that? |
| 10 | **A.** I do. |
| 11 | Q. Okay.  So if I -- if the registrant serves as a |
| 12 | designated driver and operates a friend's car to drive |
| 13 | that person home after that person has had too much to |
| 14 | drink, does the registrant have to report the vehicle? |
| 15 | MR. DAMICH: Objection. Speculation. |
| 16 | THE WITNESS:  If it's a vehicle they |
| 17 | operate, under the plain lines of the statute, it's |
| 18 | not ambiguous.  They have to report that. |
| 19 | BY MS. AUKERMAN: |
| 20 | Q. If they rent a car, do they have to report that within |
| 21 | three business days? |
| 22 | MR. DAMICH: Objection. |
| 23 | THE WITNESS:  As used in the statute, it is |
| 24 | not ambiguous.  They're required to report any vehicle |
| 25 | they operate. |

Page 127

| | |
|---|---|
| 1 | BY MS. AUKERMAN: |
| 2 | Q. Is that if they run a Zipcar for a 15-minute errand, |
| 3 | they would have to report that, correct? |
| 4 | MR. DAMICH: Objection. Form. |
| 5 | THE WITNESS:  As used in the statute, it's |
| 6 | not ambiguous.  They have to report any vehicle they |
| 7 | operate. |
| 8 | BY MS. AUKERMAN: |
| 9 | Q. If they work construction and they operate a backhoe, |
| 10 | do they have to report that? |
| 11 | MR. DAMICH: Objection. |
| 12 | THE WITNESS:  As used in the statute, it's |
| 13 | not ambiguous.  They have to report any vehicle they |
| 14 | operate. |
| 15 | BY MS. AUKERMAN: |
| 16 | Q. Okay.  The Explanation of Duties says that they have |
| 17 | to report all electronic mail, addresses, and internet |
| 18 | identifiers registered by me or used by me. |
| 19 | What internet and electronic identifiers |
| 20 | have to be reported? |
| 21 | **A.** I think internet identifiers is a term of art.  I |
| 22 | don't have that definition in front of me, but the IP |
| 23 | address.  I'm not a computer person.  But I have to |
| 24 | understand that in the absence of the legislature |
| 25 | defining this, I'd have to go to the definition |

Page 128

32 (Pages 125 to 128)

Beatty, Steve
6/6/2023

```
 1    section to see if that term is specifically defined.
 2    If not, I would go to a common dictionary to
 3    understand what that definition is, and then that
 4    would be a fair interpretation of what the person is
 5    expected to report under the act.
 6  Q. So the definition is here a little further down. I
 7    didn't highlight it. Internet identifiers means all
 8    definitions used for self-identification or routing
 9    internet communications or postings.
10       Do you see that?
11  A. I do.
12  Q. Okay. So based on their definition, would you have to
13    report an IP address?
14  A. Again, if that meets the definition of -- if what
15    you're describing as an IP address, it is a
16    designation used for self-identification or routing
17    internet communications or postings, then I would say
18    yes.
19  Q. Do you know sitting here today whether it does meet
20    that definition?
21  A. I'm not a computer person, so I'm not comfortable with
22    what an IP address is. But are we talking about --
23    not in the context of SOR, but is that where you say,
24    well, there's an investigation or something going on,
25    or civil discovery, and you go back to sort where this
```

Page 129

```
 1    email came from, right, or what router or service it
 2    came through. And if that's an IP address, that
 3    router by definition is routing that communication.
 4    Again, it's not -- you know, if it fits within that
 5    definition, then the legislature says it should be
 6    reported. Whether or not it's a willful violation for
 7    not reporting a specific IP address, that's going to
 8    be up for a prosecutor to decide.
 9  Q. If you create an Amazon account, does that need to be
10    reported?
11       MR. DAMICH: Objection. Speculation.
12       THE WITNESS: I don't know whether it meets
13    the definition of an IP address. If it does, then
14    again, according to statute, it would have to be
15    reported. Whether it's a willful violation is the
16    decision of the prosecutor to decide.
17  BY MS. AUKERMAN:
18  Q. If you create a temporary identifier to join a Zoom
19    meeting, do you have to report that?
20       MR. DAMICH: Objection. Speculation.
21       THE WITNESS: If it meets the definition of
22    an internet identifier as the legislature requires it.
23  BY MS. AUKERMAN:
24  Q. But you don't know whether it meets that definition or
25    not?
```

Page 130

```
 1  A. No one has asked me to do an analysis of a specific
 2    offender, a specific IP address, and what it means in
 3    a specific occasion. And even if I did that analysis,
 4    whether it constitutes a willful violation for not
 5    reporting an Amazon account, I would be very
 6    disappointed if a prosecutor, where the sole violation
 7    is not reporting an Amazon account, an IP address as a
 8    way to provide --
 9  Q. Okay. Right. I understand that you think prosecutors
10    may or not prosecute these. That's not my question.
11    My question is whether these things are a violation.
12       Let's talk about addresses. If a person
13    spends a couple of nights at his partner's house, how
14    many nights can he spent there before he has to report
15    that address?
16  A. I don't have the statute in front of me, whatever the
17    statute requires to be reported.
18  Q. Who qualifies the registrant as homeless?
19       MR. DAMICH: Objection. Foundation.
20       THE WITNESS: Is it -- I believe "homeless"
21    is defined in the statute. Is it not?
22  BY MS. AUKERMAN:
23  Q. You don't know sitting here?
24  A. I don't have the statute open in front of me. I
25    review lots of things. Your world may be consumed
```

Page 131

```
 1    with SOR for several years. Mine goes in many
 2    different areas.
 3  Q. People have to report their telephone numbers,
 4    correct?
 5  A. Yes. I believe so.
 6  Q. Okay. So let's look again here, and the Explanation
 7    of Duties says, "...telephone numbers registered to me
 8    or used by me...".
 9       If someone is calling his dad and he uses a
10    friend's cell phone to make a call, does he have to
11    report that phone?
12       MR. DAMICH: Objection. Speculation.
13       THE WITNESS: If it's a telephone number
14    registered to them or used by them, under the act, it
15    has to be reported. Whether or not it constitutes a
16    willful violation is a different question.
17  BY MS. AUKERMAN:
18  Q. If he makes a business call one time from a landline
19    at work that isn't assigned to him, does he have to
20    report that?
21       MR. DAMICH: Objection. Speculation.
22       THE WITNESS: As written in the statute,
23    it's not ambiguous. If it's a telephone number used
24    by them including but not limited to residential,
25    work, or mobile telephone numbers, it must be reported
```

Page 132

33 (Pages 129 to 132)

Beatty, Steve
6/6/2023

**Page 133**

```
 1        according to the legislature.
 2   BY MS. AUKERMAN:
 3   Q. With education, if a person takes a class at a local
 4      community college, say, you know, tae kwon do, do they
 5      have to report that?
 6           MR. DAMICH:  Objection.
 7           THE WITNESS:  Without -- I'd have to look at
 8      the statute to see definitions of education, timing,
 9      duration, any of those types of things.
10   BY MS. AUKERMAN:
11   Q. Okay.  So it indicates on the Explanation of Duties --
12      let's see.  The name and add-- this is 4.g.  "The
13      name and address of any school that I attend or that
14      has accepted me if I plan to attend."
15           Based on that language, does a person have
16      to report their tae kwon do class?
17           MR. DAMICH:  Objection.
18           THE WITNESS:  Again, it depends.  I suppose
19      it depends on where this class is attending and
20      whether or not it's a school.
21           When I was in college, I took their physical
22      education classes I took that were, you know, throw
23      off, kind of easy classes, but I took it at Wittenberg
24      University.  I'd have to report that I'm taking that
25      class.
```

**Page 134**

```
 1        If someone uses a school building and offers
 2      a class as a community education type of thing, then
 3      is that a school, or is that just simply a class being
 4      housed in a school?  Much like if you vote at a
 5      school, is that a voting place when it's going on, or
 6      is that a school while it's going on.  It depends on
 7      the specific facts and circumstances.
 8           If it's a school that they are attending,
 9      then under the plain language of the act, they would
10      have to report it.  If it's a school that's accepted
11      them and they plan on attending, then the under the
12      plain language of the act, it's not ambiguous.  They
13      would have to report it.  Whether it constitutes a
14      willful violation would depend on the specific facts
15      and circumstances.
16   BY MS. AUKERMAN:
17   Q. But a tae kwon do class that's operated by a community
18      non-profit and that's held in a school, do they have
19      to report that?
20           MR. DAMICH:  Objection.  Speculation.  Asked
21      and answered.
22           THE WITNESS:  Yeah, I don't -- I don't know
23      the answer to that.  It probably would depend on the
24      facts.
25           As far as your members, the Michigan State
```

**Page 135**

```
 1      Police, as with any SOR violation, they are directed
 2      to not take any direct enforcement action, and if
 3      anyone thought that that was a potential violation,
 4      they would be directed to reach out to the local
 5      prosecutor to make a decision.
 6   BY MS. AUKERMAN:
 7   Q. Okay.  Let's move on.  Let's talk about out-of-state
 8      offenses.
 9           Do you have responsibilities when someone
10      comes to Michigan and has an out-of-state conviction?
11   A. I might.
12   Q. When would you have those responsibilities?
13   A. Well, as mentioned previously, questions would come
14      into the SOR unit.  They're responsible for applying
15      the act to the best of their abilities.  If the
16      analyst is unable to resolve that, then it goes up the
17      chain of command.
18           If no one there is able to resolve the
19      question that needs to be asked, it would come to me
20      or if there's another attorney.  As I mentioned,
21      Mr. Gemellaro in the past, but primarily me.  I do my
22      best to answer it.  And for those, I don't recall many
23      occasions where something had bounced off the AG's
24      office, but if necessary, would do that depending on a
25      specific question or a case.
```

**Page 136**

```
 1   Q. So if the analyst resolves it, it wouldn't come up to
 2      you?
 3   A. Not necessarily, unless they had a concern.  But if
 4      it's a question regarding a specific offense, from a
 5      specific offense, where it's factually similar to a
 6      question that I previously provided guidance on or
 7      which they previously received guidance on, I wouldn't
 8      expect them to come to me each time to ask the same
 9      question over and over.
10   Q. So you don't see every single case of every single
11      out-of-state person who comes in, correct?
12   A. No.  I don't see every case.
13   Q. Okay.  So as I understand it, SOR requires people with
14      offenses from other jurisdictions to register as sex
15      offenders in Michigan under one of two circumstance.
16           First, is if the offense is substantially
17      similar to a Michigan registrable offense.  Is that
18      correct?
19   A. Yes.
20   Q. And then second, is if the individual from another
21      state is required to register -- the language of the
22      statute -- this is MCL 28.723(1)(d) -- is if the
23      "individual from another state who is required to
24      register or otherwise be identified as a sex or child
25      offender or predator under a comparable statute of
```

34 (Pages 133 to 136)

Beatty, Steve
6/6/2023

Page 137

1   that state." Correct?
2   **A.** Yes.
3   **Q.** Okay. Can you tell me, roughly, how many people with
4       out-of-state convictions are added to Michigan's
5       registry every month?
6   **A.** No.
7   **Q.** Can you explain how Michigan State Police determines
8       the registration requirements for out-of-state
9       registrants?
10  **A.** Each case is looked at on an individual basis, so
11      without looking at a specific offender and the facts
12      surrounding that offender -- but, generally, you
13      correctly cited that there's two -- it's not one of
14      two. There's two separate and independent basis to
15      require registration. You could be required to
16      register under one or the other or both.
17          And as a general matter, you know, whether
18      it comes in and it's both, then whatever would have
19      the, I suppose, longer reporting obligation would be
20      what the person's typically required to register.
21  **Q.** So if they're required to do both, if the registration
22      obligation in Michigan is longer, that's the
23      registration obligation that would apply, correct?
24  **A.** Generally speaking, that's my understanding, yes.
25  **Q.** And if the registration obligation in Michigan is

Page 138

1   less, then the out-of-state's longer registration
2       obligation would apply?
3   **A.** Yes. In order to give full faith and credit to the
4       other state's laws and to not make Michigan a
5       destination for offenders to come here and seek
6       sanctuary.
7   **Q.** Okay. So let's look at -- this is -- mark this as
8       Exhibit 12. This is a flowchart regarding
9       registration of people with out-of-state offenses.
10          (Plaintiffs' Exhibit No. 12 was marked.)
11  BY MS. AUKERMAN:
12  **Q.** Do you recognize this document?
13  **A.** I do.
14  **Q.** Okay. And there are actually two flowcharts, one for
15      adults and one for juveniles, correct?
16  **A.** Yes.
17  **Q.** Do you know who created these flowcharts?
18  **A.** I believe this might have been Mr. Gemellaro. I did
19      not. I don't believe I created this document.
20  **Q.** So this was -- and he was also in the legal
21      department?
22  **A.** He was. He's no longer with the department. He's in
23      the private sector.
24  **Q.** Okay. But these were approved by someone in the legal
25      department, correct?

Page 139

1   **A.** Yes. As an internal working document, yes.
2   **Q.** And the defendants say in their Answer that these
3       flowcharts assist the MSP SOR Unit staff in
4       determining registration obligations under Michigan
5       law. Is that accurate?
6   **A.** I believe so.
7   **Q.** Okay. And do these flowcharts accurately set out the
8       steps that the Michigan State Police takes in
9       analyzing whether a person with a non-Michigan
10      conviction must register?
11  **A.** This is guidance that was given by Mr. Gemellaro. I
12      have no reason to doubt it. I've seen it, but I
13      haven't gone through it into the weeds, so to speak,
14      using your term. But to the extent that he provided
15      guidance to the SOR Unit, I would expect that they're
16      following the guidance that he gave.
17  **Q.** Do you use these flowcharts yourself?
18  **A.** Me, no.
19  **Q.** Do you know who uses them?
20  **A.** I would assume it's available. Whether they're used
21      or not, it's available to the SOR Unit staff.
22  **Q.** Okay. So let's walk through the flowchart for adults.
23      It looks like the first step is to determine whether
24      there's a comparable Michigan adult conviction,
25      correct?

Page 140

1   **A.** Correct.
2   **Q.** And is that the same thing as saying that the offense
3       is substantially similar to a Michigan registrable
4       offense as defined in MCL 28.722?
5   **A.** Yes. We're seeing what fits within the category of
6       listed offenses and whether the offense from the other
7       state is substantially similar.
8   **Q.** Okay. And that also requires a determination of the
9       conviction is like an adult conviction, so like it's
10      not a juvenile adjudication or a parole program or
11      something like that?
12  **A.** Yeah. I'm assuming that was made because of different
13      issues with respect to juveniles, so creating two
14      separate flowcharts.
15  **Q.** So at the initial step, you have to make a
16      determination that -- so we're looking at the first
17      green box here. You have to make a determination that
18      the offense is substantially similar to a Michigan
19      registrable offense, and that the conviction type is
20      comparable to a Michigan adult conviction, correct?
21  **A.** Correct.
22  **Q.** And if the offense is not comparable to a Michigan
23      offense, the person still has to register if the
24      convicting state requires registration, correct?
25  **A.** I don't like to use the word "comparable" 'cause

35 (Pages 137 to 140)

Beatty, Steve
6/6/2023

| | |
|---|---|
| 1  that's not what the statute uses. I think they say | 1  reporting four times a year, the registrant would be |
| 2  "substantially similar." | 2  required to report four times a year, and the inverse |
| 3      But understanding your question, if it's not | 3  is also true." |
| 4  substantially similar to a Michigan listed offense, | 4      I didn't understand what that meant. I can |
| 5  and there's no obl- -- then that requirement to | 5  show you the language if you need me to. |
| 6  register under Sub 1 that you previously went through | 6  A. I'm not exactly sure without context, but what I -- I |
| 7  doesn't exist. Then you're down to one possible basis | 7  think the guidance has to reflect that, you know, |
| 8  for registering in Michigan, and that's because a law | 8  different states have different requirements, right. |
| 9  in another state requires registration. | 9  So, you know, a lifetime registrant in some states may |
| 10  Q. And in that case, here on the -- I guess the third set | 10  only have to come in once a year. A lifetime |
| 11  of boxes; I guess you could say. | 11  registrant in Michigan may only have to come -- may |
| 12  A. I could see your cursor moving around so -- | 12  come in four times a year. And I think as a general |
| 13  Q. Okay. I'm just trying to make it clear for the record | 13  matter, a very general matter, if we're talking about |
| 14  here. | 14  a registration, duration is the one that's most |
| 15      So this box is just convicting state | 15  identifiable, right, how long somebody has to |
| 16  required registration. So if it's not comparable to a | 16  register. |
| 17  Michigan registrable offense, in that case, the person | 17      I don't know that there's anything that |
| 18  is registered according to the other jurisdiction's | 18  requires registration that we have to assume the |
| 19  requirements around duration, tier, and publication, | 19  identical registration requirements. There's two |
| 20  correct? | 20  reasons why you have to register in Michigan. Either |
| 21  A. Correct. | 21  it's substantially similar or because the other state |
| 22  Q. Okay. So I can show you this if you need to, but in | 22  requires it. That's the threshold of registration |
| 23  defendants' Answer on some of these questions, they | 23  itself. |
| 24  said, quote, "If a foreign conviction requires | 24      Once the question to either one of those is |
| 25  reporting twice a year, but a Michigan requires | 25  answered, then we do our best to put the person -- as |
| Page 141 | Page 142 |

| | |
|---|---|
| 1  far as the type of requirements, to put them, for lack | 1  convicting state requires registration, correct? |
| 2  of a better word, in a tier that most hopefully | 2      MR. DAMICH: Objection. Ambiguous. |
| 3  corresponds to what they're expected to do. If it's | 3  Confusing. Compound. |
| 4  substantially similar, it's real easy. We tier it as | 4      THE WITNESS: Yes. I believe. Generally |
| 5  Michigan would tier them. If it's a comparison or | 5  speaking, yes, I believe so. |
| 6  because a registration is required in another state, | 6  BY MS. AUKERMAN: |
| 7  then if -- you know, I'm looking at it, then I'm | 7  Q. And then moving across the flowchart, if a |
| 8  looking at what's the duration, first, and then what | 8  non-Michigan offense is comparable to a Tier III |
| 9  are the requirements that's most consistent in | 9  offense, they would register under the Michigan |
| 10  Michigan with that duration. | 10  requirements, correct? |
| 11      And I think that's kind of what that answer | 11  A. That's what that says, yes. |
| 12  might have been alluding to, but again, without | 12  Q. So that would then be lifetime quarterly public |
| 13  context -- I didn't review the Answer before it was | 13  registration, correct? |
| 14  filed, and I'm not in a position to say why that | 14  A. If it's substantially similar to a Michigan Tier III |
| 15  was -- what it was responding to or the context. | 15  offense, then it would be Tier III requirements. |
| 16  Q. So looking at this, if we follow this flowchart, it's | 16  Q. Okay. And if a non-Michigan offense is comparable to |
| 17  something that's found to be comparable to Michigan | 17  a Michigan offense, but it's not comparable to Tier |
| 18  adult conviction or substantially similar to an adult | 18  III, then you would look at whether the convicting |
| 19  conviction, then you look at whether or not -- I'm | 19  state requires registration, correct? |
| 20  sorry -- let me rephrase that. | 20  A. I'm not sure that's accounted for on... |
| 21      If a person is -- if the offense is | 21  Q. I think that this sort of central box here that says, |
| 22  substantially similar to a Michigan conviction but the | 22  "Does convicting state require registration?" So if |
| 23  person wouldn't have to be registered in Michigan | 23  you follow the flowchart across, it says, the person |
| 24  because they were discharged before 10/1 of 1995, they | 24  is not a Tier III, and then you go to, "Does the |
| 25  would still have to register in Michigan if the | 25  convicting state require registration?" |
| Page 143 | Page 144 |

36 (Pages 141 to 144)

Beatty, Steve
6/6/2023

| | |
|---|---|
| 1  A. Yeah. So that -- if it's Tier III, it doesn't matter | 1  Q. And if a person is discharged before 10/1 of 1995 for |
| 2  'cause Tier III is lifetime, right. So now, if it's | 2  a conviction in the state of Michigan, that person |
| 3  not a Tier III, you come down. This is indicating use | 3  would not have to register, correct? |
| 4  the convicting state's duration if longer with the | 4  A. Well, it depends on -- I'm trying to recall the |
| 5  Michigan requirements. | 5  significance of the 10/1/95 date. But I believe when |
| 6  Q. So you use whichever one is longer, the convicting | 6  SOR first went into effect, right, we had those |
| 7  state or Michigan? | 7  offenders for offenses that predated, and the initial |
| 8  A. Yes. That's always been my understanding and | 8  SOR captured those offenders. If they were still on |
| 9  guidance. I should say generally. There may be | 9  paper, probation, or parole, they hadn't completed |
| 10  something, a unique case, but generally, yes. | 10  their sentence, and I believe that's the significance |
| 11  Q. And then if it's not comparable to a Michigan | 11  of the 10/1/95 date that they were captured because |
| 12  conviction, you would use the convicting state's | 12  they had not yet run -- the time had not run. |
| 13  duration and reporting cycle? | 13  Q. But if someone was discharged prior to 10/1 of 1995, |
| 14  A. That's what that indicates, yes. | 14  they didn't have to register, correct? |
| 15  Q. Okay. So I just want to make sure I understand this | 15  A. Correct. That's where that could potentially be an |
| 16  correctly. If an out-of-state conviction is not | 16  issue for recaptured on the road for a felony |
| 17  comparable to a Michigan registrable offense, then the | 17  recapture. But, yes, if they were not on paper |
| 18  person still has to register if the convicting state | 18  discharged before 10/1/95, could be ten counts of |
| 19  requires registration, correct? | 19  CSC-I, they had no obligation to register if they were |
| 20  A. Yes. | 20  off paper. And I think all this is saying what the |
| 21  Q. If the convicting state doesn't require registration, | 21  out of state is if we're doing substantially similar, |
| 22  the person still has to register in Michigan if the | 22  then we have to do the same. We're treating the same |
| 23  offense is considered comparable to a Michigan | 23  analysis. |
| 24  registrable offense? | 24  Q. But if they have a -- but they could still be required |
| 25  A. Yes. | 25  to register for an offense before 10/1 of 1995 if the |
| Page 145 | Page 146 |
| 1  out-of-state jurisdiction requires registration, | 1  the person -- then you look to see if the child was 14 |
| 2  correct? | 2  or older, correct? |
| 3  A. Yes. Currently under SOR, that's true. | 3  A. That's what that says, yes. |
| 4  Q. Okay. I'm looking at the juvenile adjudication chart | 4  Q. Okay. And if the person was under 14, you would still |
| 5  on page 2 of this Exhibit 12. Again, the first step | 5  require registration if the adjudicating state |
| 6  is to determine if the offense is comparable to a | 6  requires registration, correct? |
| 7  Michigan juvenile adjudication, correct? | 7  A. Correct. It would not be substantially similar |
| 8  A. Correct. | 8  because that person under 13 would not be required to |
| 9  Q. And when it says comparable to Michigan juvenile | 9  register in Michigan, period, had that crime occurred |
| 10  adjudication, does that require both the determination | 10  in Michigan. Same offense occurred in Michigan, it |
| 11  of substantial similarity of the offense and the | 11  would not require registration. But in order to give |
| 12  adjudication type is comparable to a Michigan juvenile | 12  full faith and credit to another state's registry and |
| 13  adjudication? | 13  to not make Michigan a sanctuary state for sex |
| 14  A. Without -- there's a couple different questions in | 14  offenders, if the other state still requires |
| 15  there, but without looking at the statute itself, I | 15  registration, SOR requires that juvenile to register. |
| 16  think the definition of a conviction captures, you | 16  Q. So if you have an eight-year-old, if another state |
| 17  know, adult and juvenile, right. I mean, I think it | 17  requires eight year olds to register, they would be |
| 18  captures, and it defines what a conviction is. | 18  required to register in Michigan if the adjudicating |
| 19      So if we're talking about the Michigan | 19  state required them to do so? |
| 20  definition of conviction, if it's substantially | 20      MR. DAMICH: Objection. Speculation. |
| 21  similar to a Michigan listed offense as applicable to | 21      THE WITNESS: I believe that's what the |
| 22  juveniles, then that person would we required to | 22  legislature decided, and it's consistent with federal |
| 23  register in Michigan as a substantially similar | 23  SORNA. |
| 24  offense, yes. | 24  BY MS. AUKERMAN: |
| 25  Q. If it's comparable to Michigan juvenile adjudication, | 25  Q. If there's a child with a Tier I offense, does that |
| Page 147 | Page 148 |

37 (Pages 145 to 148)

Beatty, Steve
6/6/2023

---

1  child have to register in Michigan?
2  **A.** Are you saying if they -- if the --
3  Q. Let me restate that. If a child is adjudicated in
4     Michigan for a Tier I offense, that child is not
5     subject to registration in Michigan, correct?
6        MR. DAMICH: Objection. Speculation.
7        THE WITNESS: Without looking at the
8     specific facts, I'm not prepared to give a blanket
9     assertion. If the act -- I have to review the act,
10    but general understanding, yeah, I don't -- whatever
11    the act requires. If it meets the definition of
12    conviction for a juvenile adjudication that requires
13    registration under the plain language of the act, then
14    that person is required to register. Without having
15    reviewed it -- if the act now is at the point where
16    offenders, juvenile offenders, who solely have a Tier
17    I offense under the act have zero obligation to
18    register, and, again, without verifying myself, but
19    assuming for this question if that's true, then an
20    out-of-state juvenile in the same position under the
21    same facts would -- it would not be substantially
22    similar. It would not have to register if it's
23    substantially similar.
24  BY MS. AUKERMAN:
25  Q. But they might have to register if the adjudicating

Page 149

---

1  state requires it?
2  **A.** Absolutely, as clearly intended by the legislature and
3     consistent with federal SORNA.
4  Q. So a child adjudicated of a Tier I or a Tier II
5     offense that's not registrable in Michigan would have
6     to register in Michigan if the adjudicating state
7     requires registration for the state, correct?
8  **A.** I was waiting for the asked and answered, but this is
9     about the fifth time I've answered it.
10       Yes. You have to -- if the other state
11    requires registration, the language is clear and
12    consistent with federal SORNA, then that juvenile has
13    to register in Michigan.
14  Q. Okay. So let's talk about differences in age of
15    consent.
16       Are you aware that in Michigan the age of
17    consent is 16?
18  **A.** I am.
19  Q. Are you aware that other states have different age of
20    consent laws, and some make the age of consent 17 or
21    18?
22  **A.** I am.
23  Q. How do you handle cases where someone is convicted in
24    another state for conduct that is not a crime in
25    Michigan with having sex with a 17-year-old.

Page 150

---

1  **A.** Consistent with the exact analysis we just went
2     through. Under a substantially similar comparison,
3     it's not substantially similar because it wouldn't be
4     a crime in Michigan. If it's not a crime in Michigan
5     that requires registration, then you're not required
6     to register as a substantially similar listed offense.
7        But if the other state requires registration
8     for the 17-year-old who has sex with their 15-year-old
9     girlfriend, then Michigan, giving full faith and
10    credit to the other state's law and consistent with
11    federal SORNA, would require registration of that
12    individual under the plain language of the act.
13  Q. And that's true even though consensual sex with a
14    17-year-old is not a crime in Michigan, correct?
15  **A.** Correct. They're not registered because it's a crime
16    in Michigan or substantially similar to a Michigan
17    crime. They're registered because they made a choice
18    to move to Michigan after committing a crime in a
19    state that required registration. And Michigan giving
20    full faith and credit to that state's laws consistent
21    with federal SORNA.
22  Q. Let's talk about federal convictions and foreign
23    convictions. The charts that we were looking at
24    talked about convicting states.
25       What do you do when someone has a federal

Page 151

---

1  conviction?
2  **A.** Typically, again, the analyst would work through it,
3     if they -- based on prior decisions. If they're
4     comfortable making the decision, they would do so. If
5     they had a question, they would elevate it. If it
6     reached me, I will look at the facts and
7     circumstances, and if it's substantially similar, then
8     that's the basis to register. If its registration is
9     required because another jurisdiction requires
10    registration, then that's the basis of the
11    registration as well.
12  Q. So you follow the basic steps in the flowchart for
13    federal convictions as well?
14  **A.** Yeah. I believe so. I mean, I don't know that
15    it's -- if it's an adult, out of state, substantially
16    similar. So, I mean, in Michigan, if you had someone
17    convicted of a federal CSAM charge, right, and they
18    live in Michigan, they're gonna register in Michigan
19    because federal law requires them to register.
20       The same would be true for someone who had
21    that federal CSAM charge in another state and then
22    moves to Michigan. I think the same or similar
23    analysis would apply.
24  Q. Okay. Let me share my screen.
25       MS. AUKERMAN: This is Exhibit 11. This is

Page 152

---

38 (Pages 149 to 152)

Beatty, Steve
6/6/2023

| | |
|---|---|
| 1    MCL 28.722 which is the definition section of SORA. | 1    BY MS. AUKERMAN: |

1    MCL 28.722 which is the definition section of SORA.
2    (Plaintiffs' Exhibit No. 11 was marked.)
3    BY MS. AUKERMAN:
4    Q.  Do you recognize this?
5    A.  Yes.
6    Q.  Okay.  So I'm looking at the definition of
7    substantially -- or not the definition.  This is a --
8    I'm sorry.  I'm saying that very unclearly.
9    I'm looking at language around substantially
10   similar in the definition section, and it talks about
11   under a law of any state or any country where the
12   offense is substantially similar.
13   So do you also register for out-of-state --
14   excuse me.  Do you also register for foreign
15   convictions?
16   MR. DAMICH:  Objection --
17   THE WITNESS:  I would think if -- I mean, if
18   it says any state or country, I'm assuming we do, but
19   I'm struggling to think of a specific analysis that I
20   did for adjudication in another country.
21   I think -- I mean, we've had -- I recall
22   some that may have occurred with U.S. Territories, you
23   know, Guam or Puerto Rico.  Of other countries, I'm
24   not recalling a specific.  I'm not saying I didn't
25   look at one, but I'm not recalling an example.

Page 153

1    BY MS. AUKERMAN:
2    Q.  Do you know if Michigan State Police does any
3    determination of whether the judicial system in the
4    other country satisfies due process?
5    A.  Again, we are responsible for maintaining a registry.
6    The obligation to register is the individual's, not
7    the Michigan State Police.  So we don't give legal
8    advice.  If they come in and they don't register, and
9    a prosecutor thinks it's in violation and they can
10   establish a willful violation, they will.
11   Q.  Are you aware that different countries have different
12   sexual mores so that, for example, a person might be
13   convicted in another country for having, you know,
14   nonmarital sex or having gay sex, things that are
15   perfectly legal in the United States?
16   A.  Again, the registration -- I'd be more concerned with
17   the --
18   Q.  That's not my question.  My question is are you aware
19   that different countries have different sexual mores
20   so that a person could be convicted in another country
21   for conduct like nonmarital sex or gay sex that is
22   legal in the United States?
23   A.  No, I understood your question, but I think it's an
24   unfair question that I can't answer as simply as you
25   want because you're looking at the definition of

Page 154

1    substantially similar.  So if we're asking whether
2    someone from a another country or another state has to
3    register because it's substantially similar, I think
4    you answered your own question.  If you don't have to
5    register in Michigan for having nonmarital sex or gay
6    sex or other things that are legal in Michigan, then
7    it would not require registration in Michigan.
8    If the person is coming from another state
9    that requires registration, then we would give full
10   faith and credit to that state.  I'm not -- I don't
11   believe SORA talks about giving full faith and credit
12   to another country's registration obligation.
13   Q.  Would that depend on how the offense -- whether or not
14   the offense is substantially similar, or would that
15   depend on how the country defines the offense?  So,
16   for example, if someone is convicted of sexual abuse
17   in another country?
18   A.  No.  I don't believe so because -- oh, sorry.
19   MR. DAMICH:  Objection.  Confusing.
20   Ambiguous.
21   THE WITNESS:  Yeah, I mean, we're -- I think
22   for many of these questions, we're, you know, chasing
23   fairy tells like Rumplestiltskin and doing these
24   hypotheticals that, you know, I'm not even sure are
25   occurring.

Page 155

1    The question is does it require registration
2    in Michigan.  And the term used when we talk about
3    substantially similar, if you go back to the section
4    of SOR, it talks about, you know, crimes, and it lists
5    MCLs.  And then it says an offense substantially
6    similar.
7    So in my mind, that doesn't necessarily mean
8    you look at the elements or the definition of another
9    state.  There are occasions where you might have to
10   look at the underlying facts of the offense.  What did
11   this person do according to the facts, you know, which
12   may be depicted and determined from the elements or it
13   may not.
14   But if the facts are this person had
15   consensual sex in another country with a 17-year-old,
16   then, regardless of what that country defines a minor,
17   much like what we would say what other state defines a
18   minor, we would look and say is that offense
19   substantially similar to a Michigan offense.  And my
20   guess in that hypothetical, what-if situation, if that
21   actually came to me, I would say that wouldn't require
22   registration solely because it's substantially similar
23   to a Michigan offense.
24   Because at the end of the day it's
25   consensual sex between two males, two females, or with

Page 156

Beatty, Steve
6/6/2023

---

**Page 157**

1    someone who is 17 years old. That is not
2    substantially similar to a Michigan offense, and I
3    don't care what the other -- if the other country has
4    a different definition because SORA uses term
5    "offense," not statute of another country.
6    BY MS. AUKERMAN:
7    Q. So you would be looking at the conduct rather than the
8    elements of the offense in deciding whether or not
9    something is substantially similar?
10   **A.** At times, sometimes that's necessary. Sometimes other
11   state's statutes are bifurcated where the same
12   statutory section -- maybe it says something like a
13   person engages in sexual conduct and/or penetration
14   with a minor 13 to 15, right. I'm just throwing this
15   out there. Well, I don't know whether it's
16   penetration or contact, and so under their statute, it
17   could theoretically be both. And I've had occasions
18   where we'll say can you reach out and find the
19   evidence of the factual basis, so maybe it's a copy of
20   the plea, maybe it's the report, maybe it's the
21   examination, whatever it may be, tell me. You know,
22   how old was the victim, how old was the offender, and
23   what did they do. That's the offense. And sometimes
24   we have to parse that out.
25       The statute may be sub- -- may be falls,

---

**Page 158**

1    depending on the facts, on the two different Michigan
2    offenses that have two different tiers. But what the
3    person did as the offense, that's where we do the
4    analysis on on substantially similar. Sometimes
5    they're required to.
6    Q. So if the -- if the out-of-state offense could be one.
7       You said the out-of-state in some cases
8    could look more like one offense and possibly more
9    like another offense, correct?
10   **A.** Yes. We do the same thing with CPL determinations,
11   right. Some states talk about reckless driving, you
12   know, which has a section that includes very similar
13   to Michigan's reckless driving which could be a
14   disqualifier. But in that same statute, it says
15   Orville is 50 miles an hour as the speed limit. In
16   that state, it's a crime to go over 50 miles over the
17   speed limit.
18       We would not deny a CPL if the underlying
19   basis was not because of our definition of reckless
20   driving is being applied, but for simply being X
21   number of miles over without that -- sometimes it
22   takes getting into the facts to make the comparison.
23   And that's all I'm saying, is sometimes with these out
24   of states, it talks about a substantially similar of
25   the offense. The offense is substantially similar to

---

**Page 159**

1    a Michigan listed conviction.
2       MR. DAMICH: Miriam, are you trying to take
3    a break for lunch or anything?
4       MS. AUKERMAN: We can take a break if folks
5    want to take a break. Should we stop for -- how long
6    do you need?
7       MR. DAMICH: I'll leave it up to Steve. I
8    mean, for me, maybe ten minutes to tend to a
9    seven-year-old, and that's about it.
10      THE WITNESS: I can keep going. I can
11   break. Don't go on my account. Whatever you say.
12      MS. AUKERMAN: Why don't we take a short
13   break and come back at 12:45. Does that work?
14      THE WITNESS: Yes.
15      MS. AUKERMAN: Okay. Then let's do that.
16      (From 12:32 p.m. to 12:46 p.m., luncheon
17      recess was taken.)
18   BY MS. AUKERMAN:
19   Q. So we were talking about out-of-state offenses before
20   we took a break.
21      The SOR Unit staff testified that there was
22   a change in the process for handling out-of-state
23   offenses sometime in 2022. Are you aware of that?
24   **A.** Without context, I'm not aware of their process or a
25   change.

---

**Page 160**

1    Q. They said that they were directed by the legal
2    department to change the way they handle out-of-state
3    offenses in 2022.
4    **A.** In what way?
5    Q. Well, it wasn't completely clear to us what the
6    changes were, so I was hoping you could clarify what
7    those charges were.
8    **A.** Yeah, I don't know. I have been routinely asked
9    questions regarding specific out-of-state offense, and
10   one thing I've done in my position is be very clear
11   that when I'm asked a question regarding a specific
12   offense or a specific offender, my response is
13   applicable to that offender. Historically, before I
14   ever even came to the department, you know, there's --
15   you know, someone might take a guidance on a specific
16   question and then apply it to another question where
17   the guidance might be different so -- yeah. But
18   without context, I don't know what changed.
19   Q. I think it had something to do with using -- when the
20   other state's duration was used.
21      Does that ring a bell?
22   **A.** No.
23      MR. DAMICH: Objection. Speculation.
24   BY MS. AUKERMAN:
25   Q. So you don't know when they said that the legal said

---

Tri-County Court Reporters
248-608-9250

Beatty, Steve
6/6/2023

1    there was a change in 2020- -- or instructed them to
2    change a process in 2022, you don't know what that's
3    referring to?
4    **A.** There's been lots of conversations in the last several
5    years of the SOR Unit of things that required,
6    perhaps, relook or redirection. Without context as to
7    what, I don't know what you're -- what change in
8    procedure or policy you're referring to.
9        So had you asked them what specifically they
10   changed as a result of legal, I might be in a position
11   to respond.
12   Q. Is it your sense that the basic process for
13   categorizing out-of-state offenses hasn't changed in
14   the last ten years?
15   **A.** I don't know about ten, but certainly in the last
16   several years, at least, so at least since I've been
17   here. The general understanding of the process is
18   consistent with what I talked about or testified to
19   previously, that there's two avenues in which someone
20   from another state can be required to register. And
21   one or both may apply, and the -- so depending on the
22   circumstances, which one applies at a given location,
23   the facts of that registrant's record and situation
24   are going to dictate the guidance that's followed.
25   Q. Okay. Let's look at Exhibit 13.

Page 161

1        MS. AUKERMAN: Mark this as Exhibit 13.
2    This is a PACC table.
3        (Plaintiffs' Exhibit No. 13 was marked.)
4    BY MS. AUKERMAN:
5    Q. Do you recognize this document?
6    **A.** Not without glasses. Hold on one second.
7    Q. It is a little small. I can see if I can make it
8    bigger.
9    **A.** Yeah, I've never seen this before in my life.
10   Q. You're not familiar with this document?
11   **A.** I'm not.
12   Q. It appears to be a table of out-of-state offenses and
13   how they're categorized. Do you see that?
14   **A.** I would agree that that's what it appears to be, yes.
15   Q. Okay. So this was produced to us in discovery as
16   something that is used to determine substantially
17   similar offenses.
18        I take it this is not something that you
19   use?
20   **A.** No. I look at each case as it comes up. My -- this
21   is speculation, so take it for what it's worth. But
22   my guess is this is just a representation as
23   individual questions that have been asked over the
24   years, individual analysis of another state's specific
25   statute. This is their way of recording the guidance

Page 162

1    they have historically received. And then to the
2    extent it continues to get parsed out as more offenses
3    get added, then they would add this to the table.
4        So, again, speculation, this is when I talk
5    about how I don't see every offense that comes in.
6    They make determinations, and then if they have a
7    question, that comes up to me if it's not clear. This
8    appears to be an internal working document that helps
9    them through those more routine questions that come
10   in, so that they're given consistent decisions based
11   on guidance they receive. And then, you know, as new
12   ones comes up or something from left field or
13   something that is unique, then I may get asked a
14   question.
15   Q. And do you know if there are offenses programmed into
16   the MSOR database out-of-state offenses to
17   automatically tier?
18        MR. DAMICH: Object to foundation.
19        THE WITNESS: I don't know. I know when
20   the -- and you're well aware 'cause through discovery
21   with the previous cases of the limitations on
22   OffenderWatch, right, when -- you know, it sounds so
23   simple. Let's just generate this report, and then it
24   wasn't as easy as just pushing a few buttons.
25        So I do know that, for example, when they

Page 163

1    put out for the new program, that, you know, the
2    general guidance that I gave is we're gonna do what
3    the statute requires us to do. But to the extent that
4    we can build a system in place, forward thinking, that
5    we can respond in the event the legislature or a court
6    requires us to go in a different direction, that the
7    system -- to the extent we're able to, you know,
8    prepare in advance, that the system is designed to do
9    that.
10        And I think that might go back to some of
11   your questions regarding the capabilities, whether
12   they're there or not, but the capabilities they were
13   looking to do. Not that we intended or wanted to
14   utilize the capabilities at the current time, but if
15   required to do so in the future that the system would
16   be built in a way to allow for that possibility if
17   required by statute or court order to do so. And so,
18   but what --
19   BY MS. AUKERMAN:
20   Q. So we're getting far afield from my question,
21   Mr. Beatty.
22   **A.** Okay.
23   Q. Let's stay focused here.
24        So you testified earlier that sometimes
25   there's already been a determination that an

Page 164

41 (Pages 161 to 164)

Tri-County Court Reporters
248-608-9250

Beatty, Steve
6/6/2023

1  out-of-state offense is substantially similar to a
2  certain Michigan offense, correct?
3  A. I want to qualify that. There's been a previous
4  determination of a similar offense carrying that same
5  offense, statutory citation that had a determination.
6  Some through repetition or need, it's clear that
7  there's not enough variance to require further review,
8  and those ones, they would go ahead and make the
9  determination.
10     Others, even if we made a determination on
11  that statute before, as I said before, there could be
12  a nuance that would require further evaluation, even
13  though we previously made a determination on that
14  statute. That's where it comes into, you know, the
15  statute has two different variables that might lead to
16  two different queries from substantially similar, and
17  we might have to get facts to see how that statute and
18  that determination is going to apply in that specific
19  case.
20     So for a broad general rule that, well, once
21  determined, always determined, I would disagree with
22  that statement. For some offenses, I would say that
23  may hold true. For others, even if we made previous
24  determination, it still may require determination each
25  time it comes up because of the necessity of getting

Page 165

1  into the facts.
2  Q. So the SOR Unit staff testified that, essentially,
3  this code table is programed into the MSOR database.
4  Do you have any reason to dispute that?
5     MR. DAMICH: Objection. Speculation.
6     THE WITNESS: I take no position on what
7  their -- you'd have to ask them. That's the answer
8  they gave. It is what it is.
9  BY MS. AUKERMAN:
10  Q. Okay. Do you -- I realize that you haven't seen this
11  document before, but we're trying to understand it.
12     Do you know what CRR refers to?
13     MR. DAMICH: Objection. Lack of foundation.
14     THE WITNESS: I don't.
15  BY MS. AUKERMAN:
16  Q. MIA?
17     MR. DAMICH: Objection. Lack of foundation.
18  He testified he hasn't seen this document before.
19     MS. AUKERMAN: I understand. He may
20  understand what these abbreviations mean.
21     THE WITNESS: Yeah, other than tier level, I
22  don't know what any of those other definitions are.
23  They're not ringing a bell to me.
24  BY MS. AUKERMAN:
25  Q. Okay. Let me see if I can hide these just for looking

Page 166

1  at a slightly cleaner document.
2     Do you see that Column R is for approved by
3  MSP legal?
4  A. I see it.
5  Q. When I sorted that column, I got 18 cases. Does that
6  mean that other cases have not been approved?
7     MR. DAMICH: Objection. Lack of foundation.
8  The witness has already said he hasn't seen this
9  document.
10     THE WITNESS: Yeah, I have no idea what
11  that's intended to mean. I mean, other than the ones
12  where there is an indicator, then that would seem to
13  suggest that someone in legal responded to a question
14  regarding that offense at some point in time.
15  BY MS. AUKERMAN:
16  Q. So let's talk about how -- since you're not familiar
17  with this document, let's talk about some of the
18  actual practical process for classifying out-of-state
19  offenses.
20     Can you walk me through what happens when a
21  person with an out-of-state commission moves to
22  Michigan?
23  A. No.
24  Q. Okay. What can you tell me about that?
25  A. Well, if you want to talk about a specific offender

Page 167

1  who moves to Michigan, I don't know what they're --
2  they have the obligation to register, so what they're
3  process is to comply with the law of the state they're
4  moving to, I'm assuming they have to register their
5  car and title. There's other laws they have to follow
6  when they come to Michigan and move to Michigan and
7  get a new license that they somehow manage to do.
8  This is just another one when they come to Michigan.
9  Q. So what I'm asking you -- and so someone moves to
10  Grand Rapids, Michigan, goes in to a report and says,
11  "Hey, I'm moving here from California. I was a
12  registered sex offender in California, and now I'm
13  moving to Michigan." What happens next?
14     MR. DAMICH: Objection. Speculation.
15     THE WITNESS: I would assume anyone who
16  comes in to register, my guidance would be that we
17  don't turn anybody away who wants to register. If
18  they believe they have an obligation to register, they
19  would get the explanation of duties, and they'll
20  register.
21     If they later determine that, hey, I'm not
22  sure that I actually have to do this, and through the
23  consultation of their attorneys, then they can take
24  whatever steps they seem to make. And sometimes that
25  step may be I'm making the choice not to register

Page 168

42 (Pages 165 to 168)

Tri-County Court Reporters
248-608-9250

Beatty, Steve
6/6/2023

| | |
|---|---|
| 1   because I don't think I have to.  And they may try and | 1   substantially similar, that's one avenue they have to |
| 2   do that without a court order supporting them, and | 2   register.  If they're -- checking with the other |
| 3   maybe they're right or maybe they're wrong.  But | 3   state, what are their reporting requirements. |
| 4   that's on them. | 4      I'm aware of our SOR Unit reaching out to |
| 5 BY MS. AUKERMAN: | 5   other states and say, hey, this person is coming to |
| 6 Q. Okay.  So we're getting off of the question.  What I'm | 6   us.  What are the legal obligations in your state, the |
| 7   trying to understand here is the process used by the | 7   convicting state, and then making sure there's an |
| 8   Michigan State Police for determining whether an | 8   understanding of what the requirements of the other |
| 9   out-of-state person has to register, and what the tier | 9   state are.  And then the charts that you previously |
| 10   and duration and publication requirements are.  So I'm | 10   showed is the process. |
| 11   trying to understand in a basic level when the person | 11 Q. So are there people who are automatically classified |
| 12   first shows up in the SOR Unit. | 12   by the MSOR database based on a prior determination |
| 13      The SOR Unit gets information, hey, this | 13   that offense X in California is comparable to, you |
| 14   person tried to register in Grand Rapids.  What | 14   know, CSC-III in Michigan.  And, therefore, the system |
| 15   happens next? | 15   categorizes them based on that prior determination? |
| 16 A. So the person doesn't show up in the SOR Unit.  The | 16      MR. DAMICH:  Object to form. |
| 17   person shows up in Grand Rapids, is given an | 17      THE WITNESS:  Yeah, I don't know exactly |
| 18   explanation of duties because they believe they have | 18   which, if any, categories are automatically |
| 19   an obligation under federal and state law to comply. | 19   categorized.  There may be some that are so clear that |
| 20   Whether if it's a close call, if they want to avoid | 20   it can happen automatically, but whether it happens or |
| 21   prosecution, they do it. | 21   can't happen, I don't know.  That's a system question. |
| 22      That registration gets into the system and | 22   That's not in my shop. |
| 23   comes, I would assume, somewhere to the SOR Unit in | 23 BY MS. AUKERMAN: |
| 24   which case the charts that you previously looked at | 24 Q. And you wouldn't see -- if there are cases that get |
| 25   would guide where it falls within the system.  If it's | 25   classified automatically, you wouldn't see those? |
| Page 169 | Page 170 |
| 1 A. You're asking me in a situation that we haven't | 1 BY MS. AUKERMAN: |
| 2   established occurs, that if it occurs, whether I may | 2 Q. How many out-of-state registrant questions do you get |
| 3   or may not see something that may or may not be | 3   in a month? |
| 4   occurring.  I guess I don't understand the question. | 4      MR. DAMICH:  Objection.  Lack of foundation. |
| 5 Q. I'm saying that SOR Unit staff testified that the MSP | 5      THE WITNESS:  It varies.  I think in light |
| 6   database, the MSOR database automatically assigns | 6   of the litigation, I'm seeing a lot more than I used |
| 7   people to certain tiers based on prior determinations | 7   to because I think everyone wants, "Well, I want to |
| 8   of substantial similarity.  And I'm asking you whether | 8   make sure we're doing this right."  And I've pushed |
| 9   you would see those cases? | 9   back and said, listen, you know, you are the SOR Unit. |
| 10      MR. DAMICH:  Objection.  Speculation. | 10   You have responsibilities. |
| 11      THE WITNESS:  I would not see the case | 11      Just like I don't ride around in every |
| 12   unless it was brought to my attention for some reason. | 12   patrol car and give a brief -- a thumbs up as to a |
| 13   So maybe if there's an initial sorting that's | 13   speeding stop.  I don't follow them around with every |
| 14   happened.  If that's what they testified to and that's | 14   one of their determinations.  And I also have to |
| 15   their answer, that there's initial sorting.  And then | 15   stress that when responding to these questions, give |
| 16   the person says, "Wait.  I don't think this is right." | 16   the response on behalf of the department.  Don't say, |
| 17   Or something prompts them to take a look at an | 17   well, our legal said this or the attorney general said |
| 18   individual record, if they have a question about that | 18   that because that's irrelevant.  A determination is |
| 19   individual registrant and record and they reach out to | 19   the department's determination is what the SOR Unit |
| 20   me, then, yeah I'll provide whatever guidance that I | 20   says it is.  Whatever that is on a given issue, that's |
| 21   deem to be appropriate in that moment on those facts. | 21   the answer. |
| 22      But if you're asking if I automatically see | 22      And if you or a registrant or anyone else |
| 23   communications that come in for 40,000 registrants as | 23   thinks there's a problem with it, okay.  Ball's in |
| 24   40,000 registrants' information come in and verify an | 24   your court.  Do something.  But we're in the business |
| 25   update, the answer to that is no. | 25   of providing legal advise or guesses.  And the SOR |
| Page 171 | Page 172 |

43 (Pages 169 to 172)

Beatty, Steve
6/6/2023

```
 1     Unit should be doing it's job to the best of it's
 2     abilities. And whatever decision is made, that's up
 3     for the courts and others to decide whether it was
 4     appropriate.
 5   BY MS. AUKERMAN:
 6   Q. So back to my question about how many of these cases
 7     you see, can you -- is it closer to five a month
 8     out-of-state registration questions? One a month?
 9     Ten a month?
10        MR. DAMICH: Objection. Calls for
11     speculation.
12        THE WITNESS: Yes. It would be a complete
13     guess. I mean, it's anywhere from none to --
14   BY MS. AUKERMAN:
15   Q. I'm not holding you to that. I'm asking for
16     approximation about are you seeing, you know, 100
17     queries a month or are you seeing five queries a
18     month?
19        MR. DAMICH: Objection.
20        THE WITNESS: Speculate, I mean, less than
21     ten. Some months zero, some months more. I don't
22     know that I can say ten in a month, but if that's a
23     range you're trying to find. Maybe zero, maybe six or
24     seven, somewhere in there. I mean, it's a complete
25     guess.
```

Page 173

```
 1   BY MS. AUKERMAN:
 2   Q. Okay. And so the SOR Unit, you know, has this
 3     out-of-state offender coming in, and if the victim age
 4     is important for determining the offense tiering, how
 5     does the SOR Unit staff determine the victim age?
 6        MR. DAMICH: Objection. Speculation.
 7        THE WITNESS: Well, a couple -- are we
 8     talking about someone's required to register because
 9     the offense is substantially similar to a Michigan
10     listed offense or someone --
11   BY MS. AUKERMAN:
12   Q. Yes.
13   A. Okay. So we're not talking about someone solely
14     required to register because of the other state's
15     obligations?
16   Q. Right, if we find an offense as substantially similar
17     to a Michigan offense that requires registration if
18     the victim is under 16.
19   A. Okay. Well, if the documentation of records are not
20     apparent, but sometimes the charge itself, you know,
21     indicates -- you know, basic accosting, right,
22     somebody convicted of a crime, then there's actually a
23     factual basis based on the element.
24        So there's only one set of elements of
25     another state's offense, then you cannot be convicted
```

Page 174

```
 1   of a crime unless the victim is, you know, 13 to 15
 2   like Michigan, right. Let's say. Or less than 13,
 3   right, whatever it is. If the elements themselves
 4   have formed that factual basis of that conviction,
 5   make it clear that the age is within something that
 6   dictates the answer to us, then we're -- we can move
 7   forward with whatever it is we need to do with that
 8   information.
 9        If it's not apparent or there's a state
10   where it's a range, you know, 13 to 17, or
11   something -- I'm just throwing this out there -- where
12   it may or may not have an impact on whether -- where
13   the person is tiered or even have to register at all,
14   that's one where you'd have to reach out and get
15   additional factual information. What was the age of
16   the offender? What was the age of the victim, and
17   what was the specific act that was done to then see
18   which offense, as that offense, those facts, what it's
19   substantially similar to.
20   BY MS. AUKERMAN:
21   Q. Are you necessarily consulted? I mean, if they get
22     the -- if they're able to get the victim age
23     information, does that come to you?
24   A. Not unless they have a question.
25   Q. Okay.
```

Page 175

```
 1   A. If they're coming from another state that requires
 2     registration that presumably that other state has
 3     verified the necessary information apply to federal
 4     SORNA or whatever the requirements of that state, and
 5     usually, I think they have regular contact or
 6     communications with the registry authorities in other
 7     states. And they're probably sharing information of,
 8     hey, this person is coming your way. This is what we
 9     know. And if it was good enough for that state to
10     register based on their determination of the age of
11     the victim, that's probably good enough to at least
12     figure out where this person starts out. Whatever our
13     determination is, ultimately, whether they comply with
14     that or not is a question for a prosecutor to
15     determine whether there's a willful violation.
16   Q. So let me look at -- let's look again at this PACC
17     Code Table, Exhibit 13. So I just want to walk
18     through some examples to make sure I'm understanding
19     this.
20        So let's look at -- this is Arkansas offense
21     11.41.458. Do you see that on the chart?
22   A. I see it.
23   Q. So this is indecent exposure in the first degree.
24        Do you know if that offense is listed here
25     because it's substantially similar to a Michigan
```

Page 176

44 (Pages 173 to 176)

Beatty, Steve
6/6/2023

Page 177

```
 1    offense or was this -- I mean, which of the two
 2    paths --
 3  A. I don't know. I haven't seen this document as I've
 4    testified to before. I don't know how and under what
 5    circumstance it's used. And the reference of PACC
 6    Codes, I understand why they're used for universal or,
 7    you know, whatever. I don't deal with PACC Codes. I
 8    would specifically request if you're asking me to look
 9    at a statute, then give me the correct citation 'cause
10    I'll look at the statute itself. PACC Codes are not
11    always indicative of the violation. PACC Codes are a
12    data tracking type of code.
13         I would determine what the actual statute of
14    conviction was, and then I typically go to that
15    statute and read it as anyone can and then go from
16    there.
17  Q. So it looks like someone here made a determination
18    that indecent exposure in the first degree is
19    comparable to Tier 1 in Michigan, correct?
20         MR. DAMICH: Objection. Speculation.
21         THE WITNESS: Yeah. I don't know the
22    purpose of this document.
23  BY MS. AUKERMAN:
24  Q. Okay. Do you know offhand if indecent exposure is a
25    registrable offense in Michigan?
```

Page 178

```
 1         MR. DAMICH: Objection. Calls for
 2    speculation. Lack of foundation.
 3         THE WITNESS: Again, I would need to go to
 4    the definition section 722 to look and see. Isn't
 5    indecent exposure -- what's the actual code?
 6         You're pointing to Arkansas. Is that
 7    750.145c? Is that -- I'm not pulling it up. I'm just
 8    working from memory. Is it, or is it accosting?
 9    I'm confused.
10         But whatever the SORA says, if it gives a
11    code, and some of them say in the section, and they'll
12    say if the victim is, you know, X age, then it would
13    be if the victim was X age substantially similar
14    assuming the elements are substantially similar.
15  BY MS. AUKERMAN:
16  Q. I may need to go -- we may need to take a break at
17    some point, so I can go through some of these and pull
18    up some of the statutes.
19  A. Well, and the only thing I would say is before we do
20    that, is just as a matter of general concern, you
21    know, this is a 30(b)(6) deposition, and so I'm one of
22    maybe eight attorneys in my department. So going into
23    my head and analysis and sorting through statute is
24    not information as with a general knowledge and
25    understanding of the department as a whole. So I just
```

Page 179

```
 1    have a concern of poking Steve's brain for legal
 2    analysis and opinions because that's, to me, not
 3    appropriate for a 30(b)(6) definition as I'm looking
 4    at the rules because it's information that's not known
 5    or reasonably available to the department.
 6  Q. Yeah. I mean, we can go back to the notice, but let's
 7    put a pause on this for a bit since you're not
 8    familiar with this chart.
 9         So in discovery-requested documents related
10    to the classification of out-of-state offenses, we
11    received about 42 pages of emails sharing
12    communication within the SOR Unit and MSP legal
13    regarding those classifications.
14         Do you think 42 pages of email is all the
15    emails that there are regarding communications between
16    yourself and the -- between the legal staff and the
17    SOR Unit about classification of out-of-state
18    offenders?
19         MR. DAMICH: Objection to form. It's
20    compound. It's ambiguous. It causes you to
21    speculate.
22         THE WITNESS: Yeah, I would say -- and I
23    raised this concern in discovery. I don't know what
24    went to you. I would object to any of the 42 emails
25    that came from me to the SOR Unit being provided in
```

Page 180

```
 1    discovery 'cause I believe they're privileged
 2    communications. I can tell you there's far more than
 3    that, but I would object to you getting any analysis
 4    or advice or guidance that I gave to individual
 5    members on the department on their ability to comply
 6    with SOR as being protected.
 7  BY MS. AUKERMAN:
 8  Q. Do you know how substantially similar
 9    determinations -- excuse me. Let me restate that.
10         Do you know how historically tier
11    classification decisions were made for out-of-state
12    offenders when SORA was amended in 2011?
13         MR. DAMICH: Objection. Lack of foundation.
14         THE WITNESS: I came to the department in
15    2013, so I have no knowledge of what the department
16    did in 2011 when the statute was changed.
17  BY MS. AUKERMAN:
18  Q. You worked with the Michigan State Police when Does 1
19    was being litigated, correct?
20  A. If it was after October of 2013, then yes.
21  Q. Are you aware that during Does 1, MSP's staff
22    testified that classification of out-of-state offenses
23    was being done by an intern?
24         MR. DAMICH: Objection. Speculation.
25         THE WITNESS: I'm not familiar with the
```

45 (Pages 177 to 180)

Beatty, Steve
6/6/2023

| | |
|---|---|
| 1   transcripts of that discovery of the depositions that | 1   asking about all past out-of-state offenders or some |
| 2   were taken. | 2   past out-of-state offenders? |

---

1    transcripts of that discovery of the depositions that
2    were taken.
3       Wouldn't that have been decided or an issue
4    in the earlier litigation and not in relation in the
5    new SORA?
6    BY MS. AUKERMAN:
7    Q. Since 2013 when you've been at the department, has
8    anyone gone back to review past classifications of
9    out-of-state offenders?
10      MR. DAMICH: Objection. Ambiguous.
11      THE WITNESS: I think if you have a concern
12    regarding any one of you clients in this class action
13    that they've been classified improperly, then you
14    should bring that to our attention, and we will
15    promptly take a look at it.
16    BY MS. AUKERMAN:
17    Q. That's not my question, Mr. Beatty. I'd ask you to
18    please remember our conversation in the beginning
19    about answering the questions that I'm asking you. My
20    question is whether or not the MSP has gone back to
21    look at -- let me restate that.
22      MS. AUKERMAN: Actually, Ms. Apley, could
23    you read back that question.
24      (At 1:15 p.m., the record was read back.)
25      THE WITNESS: Can you clarify whether you're

Page 181

1    asking about all past out-of-state offenders or some
2    past out-of-state offenders?
3    BY MS. AUKERMAN:
4    Q. I'm talking about whether there has been a review of
5    prior determinations, not an individual case-by-case
6    review, but an effort to go back and determine whether
7    or not classifications were done appropriately.
8    A. I'm confused by the question because if it's a general
9    review, not all of them, and how is it a review of all
10    them. I'm not understanding.
11      Have there been occasions where issues have
12    been brought to our -- a concern has been brought to
13    our attention from either a registrant or a
14    registrant's attorney, a change in the statute,
15    communications coming through the attorney general's
16    office of, hey, take a look at this person,
17    communications coming from the department of
18    corrections of, hey, take a look at this person.
19      I can tell you that as issues come to our
20    attention, I believe the SOR Unit reviews those on a
21    case-by-case basis.
22    Q. So there's been individual reviews in individual
23    cases. Is that accurate?
24    A. Correct. Or if there was a change in the statute that
25    required a broad review. Say HYTAs, right, that maybe

Page 182

1    there was a review of all HYTAs type of thing, and now
2    there's questions more recently coming up regarding
3    juveniles and when they were adjudicated dispositions.
4    We probably got that down to the SOR Unit, and we'll
5    probably have some information on that to share
6    shortly. So as issues came up or have come up.
7      But the only way to review every record to
8    make a determination of whether an out-of-state
9    offender is to review every individual record. So I
10    was confused by your question when you qualified it by
11    saying, you know, without going into every individual
12    record, has the department undertaken the step.
13    Because the only way to undertake the step as to all
14    offenders is to look at every individual record, which
15    hasn't happened by now.
16    Q. So you haven't looked at every individual record?
17    A. Again, persons are responsible --
18    Q. Okay.
19    A. Okay.
20    Q. Let me withdraw my question.
21      So someone who is classified in 2011 based
22    on an out-of-state offense as a Tier III offender,
23    would not as a matter of course have been reviewed to
24    see if that classification was correct?
25      MR. DAMICH: Objection to form. Calls for

Page 183

1    speculation. Ambiguous.
2      THE WITNESS: If that record came to our
3    attention in some manner and required to look at the
4    issues that you're talking about, then I'm assuming
5    those issues are looked at. The SOR Unit staff
6    obviously has the authority anytime they're in a
7    record if they see something that causes some concern
8    is to take the appropriate action.
9      But you're asking if a structured review of
10    every record of a person who is required to register
11    since 2011 has been undertaken. I'm not aware of
12    that. But at the same token, in light of all the
13    litigation and all the records that have been looked
14    at since this started, it wouldn't surprise me if most
15    if not many or most of those records have not since
16    been individually looked at. But I can't tell you
17    that it was a single project undertaken to look at all
18    of those.
19    BY MS. AUKERMAN:
20    Q. There's been no structured review of out-of-state
21    offenders who have been classified since 2011?
22      MR. DAMICH: Objection. Lack of foundation.
23    BY MS. AUKERMAN:
24    Q. Correct?
25    A. We maintain a registry.

Page 184

46 (Pages 181 to 184)

Beatty, Steve
6/6/2023

| | |
|---|---|
| 1 | Q. Please answer the question. There's been no |
| 2 | structured review of out-of-state offenders -- |
| 3 | A. I don't know the answer. You'd have to ask the SOR |
| 4 | Unit as far as whether it's a structured review. I |
| 5 | can tell you a lot of these records have been |
| 6 | reviewed. I'm familiar with the review on a number of |
| 7 | records, but as far as a, quote/unquote, "structured |
| 8 | review" of every registrant on the record since 2011, |
| 9 | I don't think that's happened, but you would direct |
| 10 | that question to the SOR Unit. |
| 11 | Q. Let's talk about how you make determinations of |
| 12 | substantially similar. We talked about this a little |
| 13 | bit before. |
| 14 | What documents do you yourself use in |
| 15 | substantially similar determinations? |
| 16 | A. It depends on the case. |
| 17 | Q. Can you give us some examples? |
| 18 | A. Probably easier if you gave me some examples and I can |
| 19 | tell you what I would do. But I can tell you that |
| 20 | sometimes it's just a comparison of the statute, the |
| 21 | elements of the statute itself, as I've previously |
| 22 | testified to. |
| 23 | If the elements themselves are substantially |
| 24 | similar and there's only one path to conviction in the |
| 25 | other state, and that path is substantially similar to |

Page 185

| | |
|---|---|
| 1 | the elements of a Michigan listed offense, then I |
| 2 | don't need to see anything else. If there's a statute |
| 3 | where there could be multiple paths to different |
| 4 | Michigan listed offenses, depending on the underlying |
| 5 | facts that were used to support that conviction |
| 6 | constitutionally in the other state, then that would |
| 7 | require additional factual information. |
| 8 | The source of that information could come |
| 9 | from different things. It could be court documents, |
| 10 | pleadings, police reports, transcripts, communications |
| 11 | from the other state registering authority saying this |
| 12 | is what happened. Again, we don't have to prove |
| 13 | beyond a reasonable doubt that the person is properly |
| 14 | classified. We maintain a registry. Sometimes things |
| 15 | get brought to our attention that requires to do |
| 16 | something different. Great. If anyone has knowledge |
| 17 | we should be doing something different, please present |
| 18 | it to us. We're happy to look at it. But it depends |
| 19 | on the case as to what to look at to make that |
| 20 | determination. |
| 21 | Q. Now, you testified that you hadn't seen the PACC Code |
| 22 | Table. |
| 23 | Do you keep a list for yourself of offenses |
| 24 | that you consider to be substantially similar? |
| 25 | A. Nope, 'cause I view individual registrants. So as a |

Page 186

| | |
|---|---|
| 1 | case comes to me, I focus on the individual |
| 2 | registrant. And my answer is typically along the |
| 3 | lines of based on the information provided, it appears |
| 4 | this is where this person should be registered |
| 5 | according to the plain language of SORA. |
| 6 | Q. Do you do a new analysis each time -- let me phrase |
| 7 | that differently. |
| 8 | I assume sometimes you'll see a person who, |
| 9 | you know, say, is coming in from Ohio, and you've seen |
| 10 | that Ohio offense before. Do you go back to look at |
| 11 | prior determinations of that? |
| 12 | MR. DAMICH: Objection. Speculation. |
| 13 | THE WITNESS: Yeah, I mean, I think this |
| 14 | goes back to your earlier question of do I keep track |
| 15 | because, you know, statutes can change. So as a |
| 16 | request comes up to me, I'll look at the statute as of |
| 17 | it today. Like, if I have to look at the statute, I'm |
| 18 | gonna rely on something that I may have done, you |
| 19 | know, four or five years ago. |
| 20 | You know, to the extent that I may have |
| 21 | notes, information, or a recollection in my head |
| 22 | regarding that issue previously, yeah, I may consider |
| 23 | what I did previously, but I'm also gonna look at the |
| 24 | statute in it's current form and make the |
| 25 | determination based on that offender and the questions |

Page 187

| | |
|---|---|
| 1 | asked of me in that instance. |
| 2 | BY MS. AUKERMAN: |
| 3 | Q. What makes an offense substantially similar to a |
| 4 | Michigan offense? |
| 5 | A. Again, depends on the case. As I've testified |
| 6 | previously, sometimes the elements of the other state |
| 7 | are plainly similar to Michigan's offense. Having |
| 8 | sexual penetration with a 12-year-old, however slight, |
| 9 | in another state comes to Michigan, I don't care what |
| 10 | they call it. I don't care what they label it. They |
| 11 | can call it -- I don't know -- inappropriate, you |
| 12 | know, contact with a child. I don't care. But if the |
| 13 | underlying elements are sexual penetration with a |
| 14 | 12-year-old, it doesn't take much to compare that to |
| 15 | the Michigan listed offense for CSC-I. And those, I |
| 16 | don't even see because I trust that an intern at the |
| 17 | lowest level could look at any statute and make that |
| 18 | determination. Whether they do or not or whether it's |
| 19 | an analyst, that's not a complicated question. If |
| 20 | something comes up that requires more analysis, then I |
| 21 | do more analysis. |
| 22 | Q. Are you familiar with the term categorical approach to |
| 23 | comparing offenses across jurisdictions? |
| 24 | A. Nope. |
| 25 | Q. So categorical approach is when you look just at the |

Page 188

47 (Pages 185 to 188)

Beatty, Steve
6/6/2023

| | |
|---|---|
| 1   elements of the offense. | 1       In determining whether or not a Michigan |
| 2       It sounds like the MSP does not use the | 2   offense is substantially similar to a Michigan |
| 3   categorical approach; is that correct? | 3   offense, you consider the language as a non-Michigan |
| 4   **A.** I disagree with that.  We -- | 4   statute, correct? |
| 5       MR. DAMICH: Objection.  Form.  Misstates | 5   **A.** I would look at the language of the non-Michigan |
| 6   testimony. | 6   statute, yes. |
| 7   BY MS. AUKERMAN: | 7   **Q.** You might look at police reports? |
| 8   **Q.** You testified that you sometimes look at the elements, | 8   **A.** I might. |
| 9   but sometimes you look beyond the elements, correct? | 9   **Q.** You might look at charging documents? |
| 10   **A.** Right.  So it sounds like we sometimes use a | 10   **A.** Correct. |
| 11   categorical approach, and sometimes we don't. | 11   **Q.** You might look at presentence investigation reports? |
| 12   **Q.** Okay.  So you don't always use a categorical approach. | 12   **A.** To the extent those are provided, yes. |
| 13   Sometimes you look at the elements, and sometimes you | 13   **Q.** You might look at probation and parole orders? |
| 14   don't? | 14   **A.** I guess it -- I don't know that an order has factual |
| 15   **A.** I'm not comfortable using that term.  I look at the | 15   information.  It would be my experience as an |
| 16   statute, and if you see "categorical approach" in | 16   attorney -- I'm not sure what factual information. |
| 17   SORA, then I'll follow it.  In the absence of that, I | 17   Those usually say do this or don't do that.  For my |
| 18   don't know where you're getting this, or what the | 18   determinations for an out-of-state registrant whether |
| 19   basis is, or who talks about this stuff, or what's the | 19   they, you know, come in and pee three weeks or three |
| 20   rationale for it.  Like risk assessment, it may just | 20   times a week, I don't -- that has nothing to do with |
| 21   be another fairy tale. | 21   the determination.  That doesn't have facts in it |
| 22   **Q.** You consider information that's in police reports | 22   usually.  That has requirements not facts. |
| 23   about what the person allegedly did, correct? | 23   **Q.** Okay.  Are there other types of documents that you |
| 24   **A.** At times. | 24   might review? |
| 25   **Q.** So let me see if I've got this right. | 25   **A.** Yeah. |
| Page 189 | Page 190 |

| | |
|---|---|
| 1   **Q.** "Yes"? | 1   **Q.** But allegations in a police report haven't been |
| 2   **A.** Yes. | 2   factually found to be true by a court, correct? |
| 3   **Q.** And what would those be? | 3   **A.** Well, again, we're talking about out-of-state |
| 4   **A.** Whatever you haven't listed that may be an official | 4   offenders, right? |
| 5   document of some sort that has factual information | 5   **Q.** Out-of-state offenders. |
| 6   within it. | 6   **A.** So it talks about an offense.  So we're all well aware |
| 7   **Q.** Like what? | 7   of situations, right, and this actually where there |
| 8   **A.** Again, it's -- run through the list that you already | 8   might be a distinction, I supposed, being out of state |
| 9   had.  I mean, if we're talking about police reports, | 9   you choose to move to Michigan after committing an |
| 10   court transcripts, email communications from another | 10   offense versus an in-state Michigan offense. |
| 11   registering authority that are describing facts, | 11       But, for example, an in-state Michigan |
| 12   statements made by the registrants themselves in a | 12   offense, you can have someone who violently penetrates |
| 13   letter saying please take a look at my registration | 13   32 five-year-old kids, rapes an entire kindergarten |
| 14   because -- you know, and then in their letter they're | 14   classroom, and for whatever reason, they go to a |
| 15   describing facts of what they did.  It could be any | 15   prosecutor, and the prosecutor lets them plead to a |
| 16   number of things, so anything that contains factual | 16   single count of accosting and soliciting a minor for |
| 17   information that appears to be reliable, and it's | 17   immoral purposes, right.  That is the registration. |
| 18   reasonably determined to be reliable, we can consider | 18   We are required to register based on that convicting |
| 19   that. | 19   offense. |
| 20   **Q.** What do you consider "reliable"? | 20       But we know that that's not what happened. |
| 21   **A.** Again, it depends on the case. | 21   There's an exam transcript, and there's other |
| 22   **Q.** There's not a judicial finding that the conduct | 22   information, and the age of the victims are |
| 23   occurred, correct? | 23   established, but that's just by way of pleading out |
| 24   **A.** Well, if there's a conviction which is a judicial | 24   what was done.  In the other state, if that similar |
| 25   finding, correct. | 25   type of thing happened, but we can establish that it |
| Page 191 | Page 192 |

48 (Pages 189 to 192)

Tri-County Court Reporters
248-608-9250

Beatty, Steve
6/6/2023

1    wasn't the equivalent of an accosting. I mean, that
2    may be what the convicting offense is.
3        There's nothing that limits us to say
4    there's a way they describe it. If we can factually
5    establish the basis that it actually involved multiple
6    penetrations of multiple victims under 13, then the
7    substantially similar comparison of that offense, what
8    they did, is to a Michigan CSC first degree Tier III,
9    regardless of what they -- what that conviction is, if
10   it can be factually supported for the higher -- base
11   if the offense can be established. But in that case,
12   it probably requires the registration of what that
13   other state requires as well.
14       So we can look at the facts. If we're not
15   able to make that determination or it's not clear,
16   then, yeah, we'll go with the -- if it's equivalent to
17   accosting, it's equivalent to accosting. But if it
18   can be established that what the person did, their
19   offense, factually, judicially, whatever you want to
20   call it, established, was substantially similar to a
21   more serious Michigan offense, then it's -- either
22   it's substantially similar or it's not, the offense.
23   And if it is, then that's where it gets -- it's
24   listed.
25       But at the end of the day, whatever we say

Page 193

1    doesn't really matter because it's their obligation to
2    register and ultimately it can be up to the courts or
3    the prosecutor to decide whether they complied with
4    that obligation regardless of what MSP tells them, and
5    whether it's a willful violation for failing to do so.
6    So we're doing our best to main the registry.
7  Q. So in the example you gave, that person who committed
8    that offense in Michigan might be registered as a Tier
9    I or a Tier II, whatever accosting requires, but the
10   out-of-state person who committed the exact same
11   conduct would be registered as a Tier III because
12   you're able to look at the documents and determine
13   that that person -- the underlying facts would support
14   a substantial similarity to CSC-I?
15 A. You're seeking a general rule from a specific
16   fantastical hypothetical that I gave talking about
17   someone who raped and murdered an entire kindergarten
18   class of another state. If you want to ask me about a
19   specific case and a specific violation and where that
20   would fall, then maybe that's a fair question, but,
21   you know...
22 Q. Okay. So let's look at some specific cases. These
23   are some -- let's mark this as Exhibit 14. These are
24   some emails, email string, from March of 2021 between
25   yourself and some members of the SOR Unit.

Page 194

1        (Plaintiffs' Exhibit No. 14 was marked.)
2  BY MS. AUKERMAN:
3  Q. Do you see that?
4  A. I see what I believe to be a protected attorney-client
5    privileged document, and I would object to you asking
6    questions about it.
7  Q. It was provided to us in discovery, and I'm gonna ask
8    questions about it.
9  A. Well, as an attorney, you're saying if you were
10   innocently or mistakenly provided attorney-client
11   protected documents, that that becomes fair game to
12   use against the witness who claims the privilege?
13       Is that what I understand your position to
14   be?
15 Q. I'm saying that the attorneys for the Michigan State
16   Police have not previously objected. They provided
17   these documents. They've been used in other
18   depositions. It would be up to the -- they haven't
19   previously objected to this, and so I tend to ask
20   questions about it.
21 A. Well, you can intend to, but this is my privilege. If
22   I'm the attorney giving legal advice. I believe it's
23   my privilege. No one's ever asked me if I've waived
24   that privilege.
25       I believe for a 30(b)(6), if you want to

Page 195

1    reach the ultimate determination, that's fair game.
2    Ask what the determination was in a specific offender,
3    and then have at it. Whatever is right or wrong, you
4    can litigate that. The analysis, the deliberation,
5    what's in my mind as an attorney is outside the bounds
6    of the 30(b)(6). This is protected attorney-client
7    information. I object to being questioned on it.
8        And at the end of the day, if you believe
9    that the department or a member of the department
10   violated the constitutional rights of one of your
11   clients, you're gonna file a 1983 action against the
12   member, not the department. The department is immune
13   against the member. And so when I'm advising a member
14   of the department on how to comply with the law, that
15   is provided to them because they're the ones who face
16   potential liability in a 1983 action.
17       So I continue to object to questions about
18   specific advice I gave on a specific case, and the
19   basis for that opinion.
20       Again, the final determination, whoever this
21   person is that's blacked out, you know, that the MSP
22   decided this person is Tier I, a Tier II, whatever the
23   ultimate decision is, fine. That's our decision.
24   That's our answer. How we got there to me is
25   protected and privileged, and I'm not waiving it.

Page 196

49 (Pages 193 to 196)

Tri-County Court Reporters
248-608-9250

Beatty, Steve
6/6/2023

Page 197

1  Q.  Okay. Let's look at a different communication that
2     you're not part of. This is a set of emails from the
3     SOR Unit and John Gemellaro, who you testified earlier
4     was an attorney previously in the legal department. I
5     don't believe that you are listed on any of these
6     emails.
7         Do you want to take a moment to review this?
8  A.  No, because, although, Mr. Gemellaro is no longer in
9     the department, I can represent that we've had similar
10    conversations and his concern at the time he would
11    also agree that these were -- again, to the extent
12    this is analysis and deliberative process of legal
13    guidance that's being given, I don't know that I have
14    standing to raise that privilege on his behalf. But I
15    think it's the same concern.
16        The final determination that's made, I think
17    is fair game for the 30(b)(6). What is it that MSP
18    did or didn't do, I think that's the relevant
19    testimony for a 30(b)(6). But I'm not going to
20    comment on Mr. Gemellaro's legal guidance, nor do I
21    think I should have to, because I believe it to be
22    privileged as well. But I can't speak for him.
23  Q.  Okay. Since you can't speak for him, it's really up
24    to Mr. Damich if they want to assert the privilege,
25    but he hasn't done so, so --

Page 198

1        MR. DAMICH: I'm going to do that right now
2    and assert the privilege and advise Mr. Beatty cannot
3    testify about the contents of any of these emails. As
4    he's saying, there are tons of not only
5    attorney-client privilege but also a deliberative
6    process privilege that he at MSP has represented to us
7    to take a look at again to see if we clawback and
8    redact certain prior productions.
9  BY MS. AUKERMAN:
10  Q.  So let's just talk -- you said we can talk about the
11    final determination.
12        So a person who is convicted under Florida
13    Statute 934.215, that's an unlawful use of a two-way
14    communications device, and I'll read to you -- I can
15    show it to you, but you don't want me to do that. So
16    I won't. So I'll just read it to you. The Florida
17    statute provides:
18        "Any person who uses a two-way
19    communications device, including, but not
20    limited to, a portable two-way wireless
21    communicates device, to facilitate or further
22    the commission of any felony offense commits a
23    felony of the third degree...".
24  Do you have any reason to dispute that that's what the
25  statute provides?

Page 199

1  A.  I'm not going to comment on a statute without reading
2    it.
3  Q.  Well, we can --
4  A.  There's some issues. Yeah, I'm not sure whether
5    that's the current statute. If you want to get to the
6    punch line of that this person is a Tier II, then I --
7    and that's where that person presently is, then I have
8    no reason to dispute that. That's the department's
9    answer to as what we did in a particular case as to
10    that offense and that offender. That's fair. I'll
11    leave it up to others to decide whether that was the
12    right answer or not but...
13  Q.  Okay. So let me just show you my screen here since --
14    I've pulled up what appears to be the statute, a
15    current version of the statute.
16        Can you see that?
17  A.  I can see it.
18  Q.  So this is Florida 934.215. And that's individual --
19    you agree that we can discuss the fact that that
20    individual who had that offense was required to
21    register in Michigan, correct?
22  A.  Again, I'm -- all I've said was when you're talking
23    about those communications, whatever the final answer
24    of the department was, that's the final answer of the
25    department. It's up for others to decide whether it's

Page 200

1  appropriate.
2        You're showing me a Florida statute without
3    any context as it pertains to a specific offender. I
4    don't have the corresponding or any statutes of
5    Michigan. Going back and forth, I can't really follow
6    along. I usually will look at things side by side and
7    do the comparison. What I'm not going to do is do a
8    comparison as an advisory and give you my legal
9    opinion as to whether these two statutes are
10    substantially similar or not because, again, that's
11    not information that's known or reasonably available
12    at the MSP, and it would be inappropriate for a
13    30(b)(6) deposition.
14        There are 1800 other persons in the
15    department -- or 800 other persons in the department
16    who are not attorneys. So asking for my stock and
17    trade, my analysis what's in my head, is not fair for
18    a 30(b)(6) deposition when it's not known or
19    reasonably available to the department.
20        You're attorneys. You guys can look at it
21    and make your own determination. Apply it to a
22    decision that MSP made, and if you think we did
23    something wrong, ball's in your court.
24  Q.  Okay. So the 30(b)(6) deposition notice under No. 6
25    it says:

Tri-County Court Reporters
248-608-9250

Beatty, Steve
6/6/2023

---

**Page 201**

1          "The Michigan State Police's
2     decisionmaking, decisions, and actions at the
3     policy, procedure and individual levels,
4     regarding whether a person must register in
5     Michigan based on a conviction or adjudication
6     from another jurisdiction, and what that
7     person's registration requirements are."
8     So I am asking you to discuss the process for
9     registration of out-of-state offenses, and you haven't
10    wanted to answer in general policies.  So we've talked
11    about having to do that with respect to specific
12    examples.
13         I'm trying to give you a specific example.
14    You're objecting to that because you say it's
15    privileged.  Now we're trying to look at statute as to
16    specific examples, and you're again objecting and
17    refusing to answer the question because you're saying
18    you can't do that.
19         So I'm asking you to look now at Florida
20    934.215, please, and tell me whether this offense has
21    a sexual element to it.  Please look at the statute.
22    A.  And, again, I would like respond to that first because
23    I disagree with the characterization.
24         You set a 30(b)(6) deposition notice.  Under
25    Federal Rule of Civil Procedure, one, I have consented

---

**Page 202**

1     to be a selective witness of the department.  And,
2     two, the persons designated must testify about
3     information known or reasonably available to the
4     organization.  That's Federal Rule of Civil Procedure
5     under Subsection 6.
6          When I received and was contacted about
7     being a 30(b)(6) witness, I pointed out that I had
8     concern regarding the overly broad, not nearly
9     tailored nature of the deposition notice that talks
10    about deliberative decision-making that would require
11    me to, A, get into attorney-client privilege
12    communications, deliberative communications, or
13    communications that required me to offer my personal
14    opinion, legal opinion, on interpretation of statutes
15    that I felt would be outside the Federal Rules of
16    Civil Procedure.  And so I expressed that to my
17    attorney that concern.
18         I made it clear.  I have no problem.  If you
19    want to talk about decisions made by the department,
20    our decision is what it is.  Point to an offender.
21    That's our decision.  How we got to a decision and
22    deliberations that went into it, and the
23    attorney-client privileged communications that got in
24    there, I realize you use the word "decision-making,"
25    but that doesn't trump the privileged nature of the

---

**Page 203**

1     objections that it doesn't comply with the Federal
2     Rules of Civil Procedure.
3     Q.  Mr. Beatty, we have to understand how these decisions
4     were made.  We don't need to understand, you know, if
5     you're objecting to discussing specific individuals.
6     What I'm asking you to is explain using examples how
7     these decisions are being made.  And so I'm asking you
8     again.
9          Looking at Florida's 934.215, does that
10    offense -- does that description include a sexual
11    element to the offense?  "Yes" or "no"?
12         MR. DAMICH:  I have an objection to the
13    scope of these questions as being outside of 30(b)(6)
14    and also already asked and answered.  So he's already
15    explained the procedure.
16         MS. AUKERMAN:  He hasn't answered the
17    question.
18    BY MS. AUKERMAN:
19    Q.  Answer the question.
20    A.  What I would say is going back to what I previously
21    testified to, if this came back to a question of
22    hypothetically this question, there's two ways that
23    this out-of-state person could be required to
24    register.  One is if it was substantially similar to a
25    Michigan listed offense, or two because the other

---

**Page 204**

1     state required registration.
2          So sometimes -- and it's not this statute.
3     Sometimes you can look right at the face of the
4     statute, and I think I gave several examples of if the
5     statute clearly says and describes behavior limited to
6     sexual penetration of a 12-year-old, then that's an
7     easy one to compare.
8          For this case, the way the statute is
9     written, this would probably be one of those examples
10    where I would need additional facts or the SOR Unit
11    would need additional facts.  So if the unlawful use
12    of a two-communication, if the facts used to support
13    that basis involve the convicted registrant sending
14    two-way communications or engaged in two-way
15    communications that are used to produce CSAM to get an
16    underage victim to produce child sexually abusive
17    materials and communicate those through a two-way
18    communication device, then depending on the facts,
19    meaning the offense, if that offense is substantially
20    similar to a CSAM offense that maybe requires
21    registration as a CSAM.
22         If it's substantially similar to accosting
23    and soliciting a minor for immoral purposes, then
24    maybe it's substantially similar to accosting a minor
25    for moral purposes, which I think is a TR-I.  If it's

---

Beatty, Steve
6/6/2023

| | |
|---|---|
| 1 | something else, then, again, we may take -- it's the |
| 2 | offense we have to look at in that situation and what |
| 3 | Michigan offense is it substantially similar to. |
| 4 | So I'm not going to answer a question of is |
| 5 | this definitely a specific tiered offense in Michigan, |
| 6 | or does it definitely require registration in |
| 7 | Michigan, and MSP's policies as to this statute if |
| 8 | were presented to us because I can't. I answered |
| 9 | these questions. I give guidance as these come up. |
| 10 | At the end of the day, point to the offender and where |
| 11 | MSP said they had to register, that's our decision. |
| 12 | Do with it what you want. |
| 13 | Q. So under this statute, Florida 934.215, a person could |
| 14 | be convicted of this offense, the elements -- let me |
| 15 | say that again. |
| 16 | Under Florida 934.215, there is no sexual |
| 17 | element to the offense definition, correct? |
| 18 | **A.** I don't agree with that because -- |
| 19 | Q. Well, which element -- what part of the statute has a |
| 20 | sexual element? |
| 21 | **A.** The incorporating language of "further commission of |
| 22 | any felony offense." So I don't even know what that |
| 23 | other felony offense was relied upon as a predicate to |
| 24 | support this crime. If that other felony offense is |
| 25 | the functional equivalent of CSAM in Michigan, then I |

Page 205

| | |
|---|---|
| 1 | would say, yes, the statute has a sexual component, |
| 2 | and as it incorporates the necessary predicate |
| 3 | offense. |
| 4 | If the underlying predicate offense is a |
| 5 | two-way communication to commit a home invasion, then |
| 6 | I would agree with you. That would not require |
| 7 | registration in Michigan, except for some reason that |
| 8 | person is required to register in Michigan for -- |
| 9 | because there was a child in the home at the time of |
| 10 | that home invasion in Florida, then they'd be required |
| 11 | to register in Michigan, not because of substantially |
| 12 | similar to a Michigan listed offense, because the |
| 13 | predicate felony and the offense itself doesn't |
| 14 | substantially -- is not substantially similar. But |
| 15 | the registration is required because the other state |
| 16 | requires it. So I disagree with the notion that it |
| 17 | doesn't contain a sexual component. It very well |
| 18 | could, but you need to know what that predicated |
| 19 | offense was. |
| 20 | Q. But if the predicate offense was burglary, there |
| 21 | wouldn't be a sexual element, correct? |
| 22 | **A.** Again, without knowing the facts in the burglary, then |
| 23 | generally speaking, I would have a hard shot of saying |
| 24 | it's substantially similar based on the very limited |
| 25 | information provided. And it could very well be that |

Page 206

| | |
|---|---|
| 1 | the person who's required to register that offense, |
| 2 | either the additional information was there to make it |
| 3 | substantially similar, or the laws in that state |
| 4 | require registration 'cause there was a kid in the |
| 5 | home at the time, or whatever other reason. |
| 6 | So, yeah, I need to know the specific facts. |
| 7 | But at the end of the day, like I said, whatever our |
| 8 | decision was, whatever we classified -- even if we're |
| 9 | wrong, even if they say a person has no obligation to |
| 10 | register in Michigan, they could still be convicted |
| 11 | willfully violating SOR in Michigan because at the end |
| 12 | of the day, our opinion doesn't really matter. |
| 13 | MS. AUKERMAN: Okay. So I want to state for |
| 14 | the record that we're gonna hold this 30(b)(6) |
| 15 | deposition open because Mr. Beatty is not answering |
| 16 | the questions that were the topics of the 30(b)(6) |
| 17 | notice. We'll have to resolve that with defendants' |
| 18 | attorneys at a later point. Let's move on. |
| 19 | BY MS. AUKERMAN: |
| 20 | Q. If a person comes to Michigan with an out-of-state |
| 21 | offense and is under a deferral program in the other |
| 22 | state, does that require determination whether that |
| 23 | deferral program is comparable to the Holmes Youthful |
| 24 | Trainee Act? |
| 25 | MR. DAMICH: Objection. Ambiguous. |

Page 207

| | |
|---|---|
| 1 | Compound. Speculative. |
| 2 | THE WITNESS: Define deferral and that state |
| 3 | that you're using your example. |
| 4 | BY MS. AUKERMAN: |
| 5 | Q. Well, different states have different deferral |
| 6 | programs that withhold conviction pending completion |
| 7 | typically of probation, for example. Michigan has a |
| 8 | program, the Holmes Youthful Trainee Act, that does |
| 9 | that as well. There are specific provisions about not |
| 10 | requiring people to register in Michigan under the |
| 11 | Holmes Youthful Trainee Act. |
| 12 | And my question is when you're looking at |
| 13 | out-of-state convictions, do you look at deferral |
| 14 | programs at the -- the countries of a deferral program |
| 15 | in determining whether that person needs to register |
| 16 | in Michigan. |
| 17 | MR. DAMICH: Same objection. Ambiguous. |
| 18 | Confusing. Compound. |
| 19 | THE WITNESS: Yeah, without knowing a |
| 20 | specific state and looked at the statute, I'm |
| 21 | struggling to -- it would depend on -- Michigan |
| 22 | defines a conviction, right, so whether it's in state |
| 23 | or out of state doesn't meet the definition of a |
| 24 | conviction. And the exclusions in Michigan's SOR, if |
| 25 | those apply, then I think those exclusions apply to |

Page 208

52 (Pages 205 to 208)

Beatty, Steve
6/6/2023

| | | | |
|---|---|---|---|
| 1 | that Michigan statute. | 1 | of our clients. |
| 2 | The substantially similar is referring to | 2 | So Mary Doe was convicted in Ohio of Ohio RC |
| 3 | the convicting offense, not the deferral, but I guess | 3 | 2907.04(A) and (B)(3), and she is not subject to |
| 4 | it would depend on the situation looking at it. You'd | 4 | registration in Ohio. So am I correct that the basis |
| 5 | have to look at the other state because there's other | 5 | for her registration by the Michigan State Police |
| 6 | states, for example, that have a deferring program but | 6 | would be that it's substantially similar to a Michigan |
| 7 | says this still requires registration, or this still | 7 | registrable offense? |
| 8 | prevents you from doing certain things or possessing a | 8 | MR. DAMICH: Objection. Foundation. |
| 9 | firearm, or things that are different or unique from | 9 | THE WITNESS: Again, without reviewing your |
| 10 | Michigan that would take it outside of that analysis. | 10 | client's record, but I would -- if it doesn't require |
| 11 | You'd have to look at each state | 11 | registration in Michigan, then I would say one of the |
| 12 | individually and each offender individually. If it | 12 | two reasons she would be required to register in |
| 13 | meets the definition of a conviction, then it meets | 13 | Michigan don't exist. If I accept that as a factually |
| 14 | the definition of conviction. And if it's | 14 | true statement, then the only way that she'd be |
| 15 | substantially similar, then that's a basis to | 15 | required to register in Michigan is if it's |
| 16 | register. | 16 | substantially similar to a Michigan listed offense. |
| 17 | BY MS. AUKERMAN: | 17 | MS. AUKERMAN: Okay. So let's take a look |
| 18 | Q. So you have to determine whether the type of deferral | 18 | at the language of that Ohio statute. So that |
| 19 | program in the other state meets Michigan's definition | 19 | statute -- this is Exhibit 16. |
| 20 | of conviction? | 20 | (Plaintiffs' Exhibit No. 16 was marked.) |
| 21 | A. I think, yeah. I mean, we're generalizing here, but I | 21 | BY MS. AUKERMAN: |
| 22 | think if it's substantially similar, the definitions | 22 | Q. Ohio RC 2907.04 says: |
| 23 | under Michigan SORA mean things and so if it's a | 23 | "No person who is eighteen years" or |
| 24 | conviction. | 24 | older of age -- I'm sorry. |
| 25 | Q. Okay. Let's move on. Let's take an example from one | 25 | "No person who is eighteen years of age |

<div align="center">Page 209          Page 210</div>

| | | | |
|---|---|---|---|
| 1 | or older shall engage in sexual conduct with | 1 | A. I'm unable to answer that without doing further |
| 2 | another, who is not the spouse of the | 2 | analysis. I don't -- I'm not familiar. I don't |
| 3 | offender, when the offender knows the other | 3 | recall what the definition of sexual contact is in |
| 4 | person is thirteen years of age or older but | 4 | Ohio. Some states define contact, it encompasses the |
| 5 | less than sixteen years of age, or the offense | 5 | allegation of penetration. And so if it's an |
| 6 | [sic] is reckless in that regard." | 6 | allegation of penetration and you went to 750.520c for |
| 7 | Do you see that? | 7 | CSC-III, you would see that there's five year -- |
| 8 | A. I see it, yes. | 8 | similar five-year language for acts of penetration. |
| 9 | Q. And then let's look at the definition of CSC-IV in | 9 | So that's a great example of where I would need to |
| 10 | Michigan. Can you see that? | 10 | know whether it constitutes a contact, the offense. |
| 11 | A. I do. | 11 | Forget how they characterize it. Did the offense |
| 12 | Q. Okay. And that provides that CSC-IV, one of the ways | 12 | involved penetration, or did it involve contact? If |
| 13 | is -- under Sub (a) is committed when the actor | 13 | the offense involved penetration, then registration |
| 14 | engages in sexual contact with another person who can | 14 | would be required in Michigan 'cause it's |
| 15 | be ages of 13 and 16, and the actor five or more years | 15 | substantially similar to a CSC-III, even though both |
| 16 | older than that person. | 16 | statutes use the word contact under that receptive |
| 17 | MS. AUKERMAN: And that's MCL 755.20e, sub | 17 | statute. |
| 18 | (a). I'm marking that as Exhibit 17. | 18 | So I would need to know more information to |
| 19 | (Plaintiffs' Exhibit No. 17 was marked.) | 19 | say, you know, where your client landed on this. But, |
| 20 | BY MS. AUKERMAN: | 20 | presumably, your client was a party in your Does |
| 21 | Q. Do you see that? | 21 | litigation, and if that person wasn't required to be |
| 22 | A. I do. | 22 | registered on the earlier litigation, then I'm not -- |
| 23 | Q. So having read the language of both those statutes, do | 23 | then presumably is not a part -- doesn't need to be a |
| 24 | you think that Ohio RC 2907.04 is substantially | 24 | party here. |
| 25 | similar to CSC-IV? | 25 | So it sounds like even under the previous |

<div align="center">Page 211          Page 212</div>

Beatty, Steve
6/6/2023

```
 1        Does, your client is still required to register under
 2     the new SOR.  So whatever she did or didn't do, it
 3     wasn't enough to kick her out of the earlier case, and
 4     here we are in the current case.
 5   Q. So in making this determination, you wouldn't just be
 6     comparing Ohio 2907.04 with MCL 750.520e, correct?
 7        You'd be looking at underlying offense
 8     conduct?
 9   A. Maybe.  But I also -- some states, their definition
10     section is in a different section, so I disagree to
11     the form of the question that talks looking at that
12     specific Ohio because if the definition of sexual
13     contact is provided in a different section, then I
14     would certainly be going to that definition as well.
15   Q. Do you believe there's another statute that is a
16     closer analogue to 2907.04, another Michigan statute?
17   A. Could you go back to the 2904 (sic)?
18   Q. Sure.  Do you see that?
19   A. Yeah.  Can you scroll down, please?
20   Q. I don't think there's anything else.
21   A. Oh, that's it?
22   Q. Yeah.
23   A. So, again, I don't see a definition of sexual conduct
24     as used in that statute, so I would -- unless I'm
25     staring at it and -- yeah, so I'm assuming the
```
Page 213

```
 1     definition section is provided in another section of
 2     statute.
 3        So, again, I would need to know what their
 4     definition of sexual conduct is, and if that still
 5     didn't provide clarity, then I would want to know what
 6     person actually did.  But, again, presumably if this
 7     client of yours was still required to register under
 8     the previous --
 9   Q. That's not responsive to my question, Mr. Beatty.
10        Do you believe reasonable people could
11     disagree about which offense is substantially similar?
12        MR. DAMICH: Objection. Foundation.
13        THE WITNESS:  Again, I'm only advising our
14     members on our obligations under the SORA.  Until
15     there's a court opinion that tells us specifically or
16     a specific provision of the statute or we're bound by
17     formal opinions of the attorney general, so unless
18     it's one of those three things that I can point to to
19     say we're required to interpret it this way, yes.
20     Anyone could have different opinions.  That's what
21     litigation is for.  That's why we're here.  You have a
22     different opinion than others.
23   BY MS. AUKERMAN:
24   Q. Have you had questions in the past question decisions
25     made by the MSP about substantial similarity?
```
Page 214

```
 1   A. Have -- can you repeat that again?
 2   Q. Have you had attorneys raise questions in the past
 3     about substantial similarity that, you know, their
 4     client wasn't properly tiered or isn't required to
 5     register?
 6        MR. DAMICH: Objection. Ambiguous.
 7        THE WITNESS:  I'm aware that we have
 8     received communications along the lines of, "Dear MSP.
 9     You say my client is a Tier III.  I think my client is
10     a Tier II."  Big reach there -- or Tier I, whatever it
11     may be.  "I believe they no longer have a continuing
12     obligation to register.  Please remove immediately."
13     I can tell you that when those come up, if they come
14     up, we've looked, and if we disagree -- if we made a
15     mistake, my guidance has always been -- if we've made a
16     clear mistake in statute, we should fix it
17     immediately.
18   BY MS. AUKERMAN:
19   Q. Okay.
20   A. But as something as far as this, the answer is under
21     SOR, the sole remedy to seek judicial review it it's
22     provided by SOR.  If you think we did something wrong,
23     then you have a legal recours to address it.  But have
24     we received concerns if someone disagrees, yes.  I
25     suppose we've received communications.
```
Page 215

```
 1   Q. Okay.  So let's talk about another one of our clients,
 2     John Doe G.  He was convicted in Nebraska under the
 3     Nebraska Statute 28-320.01.  I'll show you that
 4     statute.
 5        MS. AUKERMAN:  This it Exhibit 19.
 6        (Plaintiffs' Exhibit No. 19 was marked.)
 7   BY MS. AUKERMAN:
 8   Q. Do you know offhand how long a person with that
 9     offense would be required to register in Nebraska?
10   A. No.
11   Q. How would you figure out whether or not that person
12     has to register in Nebraska?
13   A. I don't.  I would defer to the SOR Unit to say what
14     does Nebraska say this person has to do.  And,
15     presumably, they have contacts and get that answer.
16   Q. Do you know how the SOR Unit determines whether this
17     person has to register in Nebraska?
18   A. If Nebraska is the convicting state, then I'm assuming
19     they would have officials in Nebraska who can provide
20     guidance on what they require to that individual in
21     that state.
22   Q. So looking at the language of this Nebraska statute,
23     it says, "A person commits" -- let's see.
24        "A person commits sexual assault of a
25     child in the second or third degree if he or
```
Page 216

54 (Pages 213 to 216)

Beatty, Steve
6/6/2023

| | |
|---|---|
| 1 she subjects another person fourteen years of | 1 tell us whether it needs to be substantially similar |
| 2 age or younger to sexual contact and the actor | 2 to a CSC-I or a III. The relationship in age between |
| 3 is at least nineteen years of age or older." | 3 the offender and the victim would only be relevant in |
| 4 And then for Subsection (3), it's a third degree if a | 4 determining if this statute is similar to a CSC-IV. |
| 5 person "does not cause serious personal injury to the | 5 So, again, it depends on the underlying |
| 6 victim." | 6 facts and the definitions. I would need to know how |
| 7 Do you see that? | 7 Nebraska defines with assault, contact, I forget what |
| 8 **A.** I do. | 8 it was that it said, what the definition was. So if |
| 9 **Q.** Do you believe that that statute is substantially | 9 you would have showed me a statute from Nebraska that |
| 10 similar to CSC-IV? | 10 says a person in Nebraska who engaged in the act of |
| 11 **A.** Again, I don't -- I'm not in a position to offer that | 11 sexual penetration or intercourse, and those |
| 12 opinion. The main question that I would ask if this | 12 definitions are substantially similar to Michigan, |
| 13 came to me as a request is at the time of the offense, | 13 with a person who -- with a victim who is less than |
| 14 how old was the victim, how old was the offender, and | 14 16 years of age, and we have the victim, whatever the |
| 15 what did the victim (sic) do factually to the victim. | 15 age is, say, 15. I can tell you that's a statute |
| 16 I would need to know that information in order to do a | 16 similar to a CSC-III for Michigan. |
| 17 comparison at a minimum. | 17 **Q.** So the reason that you're not able to give an answer |
| 18 **Q.** And why do you need that information? | 18 about whether these Nebraska and Ohio statutes are |
| 19 **A.** Because if the -- and, again, I'm not speaking about | 19 substantially similar, is that you need to know what |
| 20 your client. I'm just saying generally this statute. | 20 the underlying facts are of the offense? |
| 21 If sexual assault includes penetration, then I would | 21 **A.** As previously testified, sometimes the elements |
| 22 say it's not substantially similar. It can't be | 22 themselves require a limitation of facts that enable |
| 23 substantially similar to a CSC-IV if the victim is | 23 us to make a determination without any other |
| 24 under the age of consent in Michigan. | 24 information being necessary. |
| 25 The question of how old the victim is would | 25 Sometimes where there's an overlap between |
| Page 217 | Page 218 |

| | |
|---|---|
| 1 what may or may not be legal or regulated under a | 1 **MS. AUKERMAN:** This is Exhibit 20. These |
| 2 Michigan statute to do the comparison, that additional | 2 are tier notification letters that were provided to us |
| 3 factual information is necessary to figure out if that | 3 in discovery. |
| 4 offense -- not the charge, not the statute. The SOR | 4 (Plaintiffs' Exhibit No. 20 was marked.) |
| 5 uses the term offense -- if that offense is | 5 BY MS. AUKERMAN: |
| 6 substantially similar to a Michigan listed offense. | 6 **Q.** Do you see those? |
| 7 **Q.** Okay. | 7 **A.** I do. |
| 8 **A.** So, again, I've been pretty consistent on how I'm | 8 **Q.** Okay. And there's one for Tier I, one for Tier II, |
| 9 answering this. | 9 one for Tier III, and then one that allows some |
| 10 **Q.** Okay. Let's move on. Let's move on. | 10 entries around selecting the tier and selecting the |
| 11 At what point is a person with an | 11 duration. |
| 12 out-of-state conviction notified that they're going to | 12 Are you familiar with these letters? |
| 13 be required to register in Michigan? | 13 **A.** Somewhat, yes. |
| 14 **A.** I don't know that we're required to notify an offender | 14 **Q.** Do you know who wrote these letters? |
| 15 that they're required to register in Michigan. They | 15 **A.** I believe the SOR Unit may have developed them. I may |
| 16 have the obligation to register, just like they have | 16 or may not have reviewed them at one point in time. I |
| 17 an obligation to change the title and registration on | 17 don't recall. |
| 18 their car. The Secretary of State doesn't mail them a | 18 But these letters are actually a good |
| 19 letter, welcome to Michigan. Here's what you need to | 19 indication if you go back to our earlier discussion of |
| 20 do. | 20 do you check every out-of-state offender and verify, |
| 21 **Q.** Okay. So after the SOR Unit determines what a | 21 dah, dah, dah, dah. Notice it says -- this doesn't |
| 22 person's tier and duration level are for an | 22 necessarily mean that they're getting a letter |
| 23 out-of-state offender, are they sent a notice? | 23 upfront. This is saying the department has performed |
| 24 **A.** I'm not -- I don't know the answer to that question. | 24 an audit of your registration, meaning they've already |
| 25 **Q.** Let me show you. These are tier notifications. | 25 showed up in Michigan, have already gone to a local |
| Page 219 | Page 220 |

55 (Pages 217 to 220)

Beatty, Steve
6/6/2023

1  registering authority, have already received,
2  acknowledged, and signed their Explanation of Duties.
3  They've registered.
4          And at some point, whether it was
5  intentional of, hey, review this certain limited
6  category of offenders, or something was brought to our
7  attention that an attorney, "Hey, you got my client as
8  this. I think you need to look." Or the offender
9  himself calls up and says, "I'm concerned about my
10  registration duration." Something draws the SOR Unit
11  to look at a specific record, then I think that falls
12  under the category of an audit, and then it's like
13  this reflects whatever the result of that is. Hey, we
14  determined that you actually have a shorter duration.
15  Hey, in reviewing your records, you should be a
16  different tier.
17          This is just a reflection of going into an
18  individual record, and you know, either recording that
19  it's consistent because it's responsive to a request
20  to do so or reporting a change, whether it's requested
21  or not, because it's required by statute that that's
22  where it properly belongs.
23  Q. So is it your testimony that these letters are not
24  sent out after an out-of-state determination is made?
25  A. I don't know. I don't know where they are. It says

Page 221

1  the department has performed an audit, so maybe it is.
2  I mean, maybe that's what they're calling an audit of
3  anyone who shows up.
4          But we're not -- it says we're doing an
5  audit of your sex offender registration, so that to me
6  suggests that they're already registered in Michigan
7  somewhere. And so if they show up on day one of their
8  registration then, you know, whether it's 15, 25, or
9  life, they're already on there. And then at some
10  point we're looking at that, whether it's right at the
11  beginning or because it's later brought to our
12  attention for some reason. And then this simply
13  reflects whatever it is that we did as it relates to
14  that specific offender.
15  Q. What I'm trying to understand, and maybe you don't
16  know the answer to this, but when the SOR Unit goes to
17  the flowchart or you assist them in making a
18  determination that the out-of-state offender has to
19  register for Tier III for life, these letters -- this
20  Tier III letter here, would that be the letter the
21  person receives?
22  A. It may be. I don't know the answer to that. But I'm
23  saying it's not limited to the initial registration.
24  These can go out anytime that they're reviewing the --
25  any individual offender's account.

Page 222

1  Q. Okay. Are there any other letters that go out to
2  out-of-state registrants when they move to Michigan
3  about what their tier and duration requirements are?
4  A. That gets into the nuts and bolts of the registration
5  side of things. So, again, this is assuming someone
6  has already registered, and they've gone over the
7  reporting duties.
8          So whenever that -- whenever they were
9  placed at the beginning, whether they're notified by
10  this letter or not, I think when they come in for
11  their next required verification, they're running
12  through what those reporting duties are at that point
13  in time. So the initial registration, I believe
14  they're informed as where they're at in the beginning.
15  But even if not, they're very next verification
16  period, whether it's going to be, you know,
17  three months, six months, or a year, all those are
18  going to be reviewed. And they're going to have to
19  acknowledge this is what your tier is at, and these
20  are your obligations.
21          MS. AUKERMAN: Let's look at Exhibit 18.
22  This is defendants' Answer.
23          (Plaintiffs' Exhibit No. 18 was marked.)
24  BY MS. AUKERMAN:
25  Q. I'm going to scroll down to -- let's see here. This

Page 223

1  is a section of the Answer that relates to
2  out-of-state offenses. In paragraph 674, the
3  defendant states:
4          "Defendant states that there are two
5  different letters sent out based on whether
6  registration duration arises [sic] from a
7  foreign jurisdiction."
8  Do you see that?
9  A. I see it, yes.
10  Q. Do you know what that means?
11  A. I can't say I haven't reviewed this Answer, but I
12  don't understand the context. So if there's letters
13  that go out, I'll tell you that they don't come from
14  me. I may -- if it's a template-type letter, I may
15  have reviewed it at some point in time.
16          But if the answer of the department and the
17  SOR Unit is describing two different letters, then
18  that's the answer of the department.
19  Q. Okay. So I'm trying to understand what the two
20  different letters are 'cause we don't have two
21  different letters that were sent to us.
22  A. Yeah, I'm not aware of the source of that information.
23  Q. Okay. Does the Michigan State -- the Michigan State
24  Police does not hold any hearing prior in deciding
25  that a person must register based on a non-Michigan

Page 224

56 (Pages 221 to 224)

Beatty, Steve
6/6/2023

| | |
|---|---|
| 1 | conviction, correct? |
| 2 | **A.** Correct, 'cause we don't make final determinations on |
| 3 | whether a person has an obligation to register in |
| 4 | Michigan as an out-of-state offender. |
| 5 | **Q.** Who makes that determination? |
| 6 | **A.** It's the individual's responsibility to comply when |
| 7 | they move to Michigan under federal law and a state |
| 8 | law of their state to register in the next |
| 9 | jurisdiction. They have the obligation to do so. |
| 10 | Our opinion as I've testified to previously |
| 11 | is we can, you know, read it, and say they should, and |
| 12 | if we make a wrong determination, then I suppose |
| 13 | that's where litigation comes in. If we make a wrong |
| 14 | determination to remove someone who should still be |
| 15 | required to register under the act, it doesn't stop |
| 16 | local prosecutors from pursuing willful violations |
| 17 | under the act. Hey, we may have took you off, but you |
| 18 | still have an obligation to register under our reading |
| 19 | of the statute. You've got a week to comply or our |
| 20 | court is prosecuting you. That has nothing to do with |
| 21 | the Michigan State Police. |
| 22 | **Q.** So as the Michigan State Police, you follow the |
| 23 | flowchart and you make a determination, Michigan State |
| 24 | Police makes a determination that a person has to |
| 25 | register for life as a Tier III registrant. Does -- |

Page 225

| | |
|---|---|
| 1 | **A.** We don't make that determination. |
| 2 | **Q.** We talked earlier about how the flowchart that you use |
| 3 | to determine whether or not someone has -- what the |
| 4 | person's duration is and what tier they're in and |
| 5 | whether they're public or not, correct? |
| 6 | **A.** Correct. But we maintain a registry, and so we slot |
| 7 | people where we think they should belong. But |
| 8 | ultimately the obligation is -- the registry itself |
| 9 | does not -- well, it's on the registry, so therefore |
| 10 | we can prosecute you. No, 'cause that doesn't mean |
| 11 | it's a willful violation of SOR. We do our best to |
| 12 | maintain the registry. We make determinations in |
| 13 | fulfilling our statutory responsibility. Whether the |
| 14 | person has an obligation to register or not, |
| 15 | ultimately is up to courts and prosecutors to decide. |
| 16 | **Q.** Okay. But the MSP sent a letter saying you have to |
| 17 | register as a Tier III registrant based on your |
| 18 | out-of-state conviction, correct? |
| 19 | **A.** Correct, which may be one of two reasons, either |
| 20 | 'cause it's substantially similar or the Tier III |
| 21 | because the out-of-state required lifetime |
| 22 | registration, yes. |
| 23 | **Q.** Okay. And does the MSP hold any kind of hearing at |
| 24 | which the registrant can participate before that |
| 25 | letter is sent? |

Page 226

| | |
|---|---|
| 1 | **A.** No. Under the SOR, the sole remedy for determination |
| 2 | whether you have to register is provided for in the |
| 3 | act. There's a -- |
| 4 | **Q.** And that remedy is what? |
| 5 | **A.** I don't have the section, 2872 -- it's the judicial |
| 6 | review section of the SOR that says this is the sole |
| 7 | judicial remedy for determining your obligations under |
| 8 | the act. |
| 9 | **Q.** Okay. Are there any published rules or procedures |
| 10 | about how a person could appeal an MSP decision |
| 11 | regarding their out-of-state regis- -- their |
| 12 | registration obligations based on an out-of-state |
| 13 | conviction? |
| 14 | **A.** I was gonna see if Scott was gonna object but -- |
| 15 | MR. DAMICH: Objection. You can answer. |
| 16 | THE WITNESS: -- as I said before, there's |
| 17 | no published rules regarding SOR that have been |
| 18 | promulgated by the department. As far as a hearing, |
| 19 | there are multiple legal remedies as we've spent the |
| 20 | last seven years to challenge SOR and an obligation to |
| 21 | register. MSP is not provided -- is not one of them. |
| 22 | BY MS. AUKERMAN: |
| 23 | **Q.** When you say there are multiple legal remedies, what |
| 24 | do you mean? |
| 25 | **A.** Well, there's a hearing process prescribed for under |

Page 227

| | |
|---|---|
| 1 | the act for not limited to out-of-state offenders. |
| 2 | There's a hearing that a registrant has a right to |
| 3 | insist upon prior to sentencing to determine if |
| 4 | registration is required at all at the beginning. |
| 5 | The myriad aspect of that is after required |
| 6 | to register, the challenge is there. Clearly, |
| 7 | there's -- prior to the certification of the class, we |
| 8 | were sued on multiple occasions by individual |
| 9 | offenders challenging their registration status, as |
| 10 | well as now the class action that is challenging |
| 11 | various aspects of the registry applicable to specific |
| 12 | offenders. |
| 13 | You know, and we will conduct an individual |
| 14 | review of a specific offender if concerns are brought |
| 15 | to our attention either by you as the attorneys for |
| 16 | the entire class or by the registrants themselves or |
| 17 | others that prompt us to look at their individual |
| 18 | record. |
| 19 | We want to make sure we're doing the right |
| 20 | things for the right reasons consistent with what the |
| 21 | statute requires, what court opinions or court orders |
| 22 | requires us to do. Or as I mentioned, I'm not aware |
| 23 | of a formal opinion that the attorney general is |
| 24 | applicable to any of this, but if we had a formal |
| 25 | opinion of the attorney general. |

Page 228

57 (Pages 225 to 228)

Tri-County Court Reporters
248-608-9250

**Page 229**

1  Q. Okay. Let's stop for a second. You said that
2  defendants' Answer repeatedly denies that registrants
3  with out-of-state opportunities are denied the
4  opportunities to be heard.
5     I understand in your testimony, there is
6  an opportunity to be heard?
7  A. There's no formal hearing. Someone can raise a
8  complaint and say, "Hey, I disagree with that." And I
9  think you've asked it before, do we ever receive
10  complaints from offenders questioning their rights,
11  and I acknowledge the answer is yes. I'm aware of
12  letters coming from attorneys and individual
13  registrants saying, "Hey, I don't think I have to
14  register."
15     We've gotten tons of letters coming in
16  saying I don't have to register anymore even under the
17  new act. And, you know, it's like, well, go look at
18  your attorney's website 'cause they acknowledge you
19  still have obligations under the new act. So we have
20  letters all the time.
21  Q. Right. But this -- so people could informally write
22  to the MSP and say, "Hey, I disagree with this
23  determination," correct? That's one method.
24  A. Correct.
25  Q. Right. And then who decides on that?

**Page 230**

1  A. The SOR Unit would look at the letter, look at the --
2  what they're required to do and why, and if there's no
3  issue, if they think it's -- yeah, I don't know the
4  nature of the responsive communication, but it's
5  handled at that level. If they have a question about
6  it that they need assistance on, they'll elevate it.
7  Q. It's not there's no independent decisionmaker?
8  A. I'm not aware of anything at SOR that requires an
9  independent decisionmaker of these determinations.
10  Q. It's not treated as a contested case under the APA?
11  A. I don't believe it is.
12  Q. Okay. There's no notice of appeal rights?
13  A. The notice of appeal is the section of the SOR that
14  says this is a sole judicial remedy to review your
15  obligation to register.
16  Q. And can you tell me what section you believe that to
17  be?
18  A. Can you pull up the SOR from the legislative website
19  taking me to the directory page, so I can scroll down,
20  the 28.726.
21  Q. I think you're probably talking about MCL 28.728c, I
22  believe.
23     MS. AUKERMAN: This is Exhibit 27.
24     (Plaintiffs' Exhibit No. 27 was marked.)
25  BY MS. AUKERMAN:

**Page 231**

1  Q. Do you see that?
2  A. Yes.
3  Q. Is that the one you're speaking of?
4  A. Yes, Sub (4):
5     "This section is the sole means by which
6  an individual may obtain judicial review of
7  his or her registration requirements under the
8  [sic] act."
9  Q. Okay. And can you point me in this statute to any
10  provision that would allow an individual with an
11  out-of-state offense to contest that determination of
12  the length -- of the duration for publication
13  requirements?
14  A. Again, the legislature provided that section as "the
15  sole means by which an individual may obtain judicial
16  review of his or her registration requirements under
17  the act."
18     I'm not -- I can't point to anything in SOR
19  that says MSP has provided hearing process for --
20  Q. That's not my question, Mr. Beatty. My question is
21  can you point to anything -- you said that this is the
22  way that people can have -- get review of whether or
23  not an out-of-state determination is correct,
24  out-of-state registration determination is correct.
25     I'm asking you where in the statute it

**Page 232**

1  provides that you can get review over that decision?
2  A. Again, there's nothing in the statute that provides
3  for review. We are constantly trying to do things for
4  the right reason. The legislature has tasked the
5  department, whether we like it or not, of maintaining
6  a registry. So the goal is to do the right thing for
7  right reason and to carry out what the legislature has
8  directed us and required us to do.
9     So when I talk about review, that might be
10  too strong a word in terms of, you know, some type of
11  structure process that registrants can avail
12  themselves of. There's -- whatever the number is --
13  40-some thousand registrations. We've already
14  acknowledged that we do not conduct an individual
15  review of every single record to audit every single
16  record.
17     When I say "review" is if someone thinks
18  we've done something that's inconsistent with the
19  statute, we do take that opportunity, to my knowledge,
20  to look at that record and that registrant. And if
21  we've made a mistake, my guidance would be to fix it
22  immediately. If we didn't make a mistake, then we
23  didn't make a mistake. And if someone disagrees with
24  whatever it is, wherever we land there, then the ball
25  is in their court.

Q.  So your testimony is that there is an informal process
by which people can contest a determination that their
out-of-state offense subject to registration or has
some kind of -- or what the tier classification is?
That is the review that is available?
A.  Again, I'm not describing it as a formal or informal
process.  What I'm saying is if someone brings to our
attention, whatever you want to call it, a concern
over a particular registration or obligation, the SOR
Unit will typically look into that and then take
whatever appropriate action is necessary.
That's not to say that we have a published,
"if you believe," blah, blah, blah.  I think it's just
implied.  And with anything when you deal with the
government, hey, I think my taxes are too high, so I'm
gonna write a letter to the taxing authority and say
my taxes are too high.
Whether they have a legal right to have
their taxes lowered on their property, I don't know
the answer to that.  Maybe they'll look at it and say,
yeah, yeah.  This is outside of whatever.  But maybe
they discovered that.  Yeah, we did miss this, and it
takes steps to fix it.  It doesn't mean that there's a
formal process.  It's government to your response if
the individual requests for assistance, but it doesn't

Page 233

mean it's a process.  It's what government does.
MS. AUKERMAN:  Why don't we take a
five-minute break.
(From 2:21 p.m. to 2:28 p.m., recess was
taken.)
BY MS. AUKERMAN:
Q.  Let's switch to talking about people who are on the
registry for non-sex offenses.  I think that you're
aware that under SORA people are required to register
as sex offenders if they're convicted of MCL 750.349
for kidnapping, MCL 750.349B for unlawful
imprisonment, and MCL 750.350 for child enticement.
Are you aware of that?
A.  Yes.
Q.  Okay.  And also if they have a substantially similar
out-of-state offense, correct?
A.  Yes.
Q.  Are you aware of a Michigan Court of Appeals case
called People v. Lymon decided about a year ago in
June 2022?  Yes?
A.  Sorry.  I didn't mean to talk over you.  Yes, I'm
aware.
Q.  And that decision held that SORA 2021 is punishment
and is cruel or unusual punishment that applies to
people convicted non-sex offenses, correct?

Page 234

A.  I don't -- the opinion speaks for itself, so whatever
it provides, is what it provides.
Q.  Okay.  After that opinion came down, did the Michigan
State Police take any steps to respond to that
decision?
A.  Yes.
Q.  And what were those steps?
A.  I believe based on recommendations from the attorney
general's -- our legal counsel from the attorney
general's office, from our risk management perspective
as well, I believe that letters were sent.  First,
identified those persons who were required to register
solely based on -- I think Lymon only addressed
specifically one conviction, but the analysis, the
recommendation applied to all three, and I believe
identified who those offenders were and identified if
that was the sole reason they were required to
register, is for one of those three offenses.
And the issue there, as I understand it, is,
one, that the statute said clearly if you're convicted
of the offense, you have to register.  The Lymon
opinion said the concern was because it didn't have a
sexual component and each individual conviction may or
may not have a sexual component.  The Michigan State
Police has the least amount of knowledge in many

Page 235

instances to whether it actually had a sexual
component.
So for everyone of those offenders where it
was the sole basis of registration, notice was sent
to, I believe, the prosecutor, underlying prosecutor
for that conviction, the underlying police
investigating agency for that conviction, the primary
lead investigating agency, and the court where that
conviction occurred that identified the Lymon
decision, the concern of the Lymon decision, and
simply indicating that in the absence of some
affirmative step being taken that it fits within the
bounds of Lymon in that there was either a separate
component or perhaps required by plea, registration is
required as a condition of plea agreement, or some
other reason as identified with the letter, which that
if they didn't respond by a certain date, that MSP
would be removing those persons from the registry.
If we didn't receive response that satisfied
those concerns, those individuals were removed, and a
letter was sent to those registrants saying that they
were removed.  That letter clearly indicated that that
is not a determination of the Michigan State Police,
that they don't have any obligation to register under
the act.

Page 236

Beatty, Steve
6/6/2023

---

**Page 237**

1      That was us from a risk management
2  perspective saying that we're not the ones that are
3  going to be on the hook for that determination.  So
4  we're removing you, but that doesn't mean they don't
5  have an obligation to register under the act of Lymon.
6  And that's one of those situations where a prosecutor
7  will reach out and say, yeah, sorry.  We missed this
8  letter, but we think you do have to register because
9  of X, Y, Z.  They can still go after the individual,
10  tell them they have to register, and then if they fail
11  to do so, go after them for a willful violation of the
12  statute for not doing so, even in consideration of
13  Lymon.
14      So, yes, that was the process.  We
15  identified.  We reached out seeking information that
16  would support -- be consistent with Lymon to support
17  that registration.  Not receiving it within a very
18  relatively short period of time clarification that we
19  would be removing that individual from the registry,
20  but that that is not a determination that the person
21  doesn't have to register.  That's just where -- we're
22  not -- we're having that break, that separation, so
23  now if they register again because their individual
24  attorney said, "No, I think that" -- you clearly do
25  need to register.  We're not going to stop them from

---

**Page 238**

1  registering.  Or the prosecutor reaches out and tells
2  them they have an obligation to register 'cause it
3  fits within Lymon, then they register at that point in
4  time.  So that's generally the overall process.
5  Q.  Okay.  Thank you.  Some of the documents received talk
6  about like a Phase 1 and Phase 2 of the process.
7      Can you explain what the difference is in
8  the phases?
9  A.  I don't recall the specifics, but I think the first --
10  whatever it was is in the order I generally described.
11  Identifying, notifying, sending notice to -- I think
12  it was the three.  I think it was court, agency, and
13  prosecutor involved with that case.  And then, you
14  know, setting a timeline to receive a response and
15  creating the affirmative that if we don't receive
16  information by this date that we would be removing
17  effective a certain date.  Where the lines were as to
18  what phase was what, I don't recall exactly what that
19  was, but there were steps, if that's what you wanted.
20  Q.  Sure.  And who was involved in sort of deciding on
21  that process and those determin-- yeah.  Who was
22  involved in deciding what that process would look
23  like?
24  A.  It would be the same internal work group that I
25  described previously, so representatives from the SOR

---

**Page 239**

1  Unit, myself, Mr. Gemellaro was here at the time, and
2  the attorneys from the attorney general's office I
3  previously identified, so same when we keep coming
4  back to the same table, you know, internally for these
5  discussions.  There may be a new face here or there or
6  someone on one but not the other.  But as a general,
7  that's kind of the core of that internal ad hoc.
8  Q.  And MSP did not seek to identify individuals with
9  substantially similar out-of-state offenses for those
10  non-sex offenses, correct?
11  A.  Well, depending.  If they were registered, if there
12  was a substantially similar comparison, that could be
13  one of those situations.  I don't remember specific
14  offenders, but that theoretically could be if we
15  didn't have the document, then it may not make a
16  difference to the offender.  He may be removed from a
17  substantially similar requirement to register but is
18  still required to register by the other state, then
19  Lymon means nothing.  And that's because they're
20  required to register in the other state.
21      That opinion is not binding on the other
22  state.  In order to give full faith and credit to that
23  other state's laws and avoid Michigan being a
24  sanctuary for those Lymon-type offenders to commit
25  those offenses in other states and come here and avoid

---

**Page 240**

1  the responsibilities in their convicting state, they
2  still have a continued obligation to register.  It
3  just wouldn't be for substantially similar, unless you
4  could establish the sexual component.
5  Q.  So let me try and understand this correctly.
6      So the MSP's position with respect to people
7  convicted of non-sex offenses in other states who are
8  registered in Michigan is that assuming they have to
9  register in their own state, Lymon is inapplicable?
10  A.  Right.  I think earlier in this deposition I believe
11  you read from the section.  It talks about the
12  substantially similar, and I don't have the language
13  right in front of me.  But it talks about a child sex
14  offender or of other offense requirements, like it had
15  this broad category of other offense statutes that
16  would be substantially similar and required
17  registration in Michigan.
18      So if the other state, the convicting state,
19  requires registration -- which I believe that
20  registration is also consistent with federal SORNA,
21  but if the other state requires registration, Lymon
22  didn't change that registration.
23  Q.  So you're reading of Lymon or your work group's
24  reading of Lymon is that it's cruel or unusual
25  punishment to require someone with a Michigan

Beatty, Steve
6/6/2023

1  kidnapping, conviction to register as a sex offender,
2  but it's not cruel or unusual punishment to require
3  someone with a Ohio connecting conviction?
4  A. I didn't use any of those terms, cruel and unusual
5  punishment, nor as far as the group, did I give
6  specific testimony as to our analysis or thought
7  process which I believe to be deliberative and
8  privileged.
9      I think the process I described was the
10  result of that work group which was the phase approach
11  and what we were doing. You know, I have opinions --
12  Q. Just to be clear, you did not remove people -- you've
13  not identified or removed people who have
14  substantially similar out-of-state non-sex
15  convictions?
16  A. That's compound --
17      MR. DAMICH: Objection.
18      THE WITNESS: -- "identify and remove." If
19  the sole basis that shows up in SOR is
20  substantially -- is that it's an out-of-state
21  conviction, and the system identified the
22  substantially similar conviction as being one of those
23  three, I would venture to guess I'm pretty sure that
24  it was identified. Then it would have been looked at
25  to say, do we have the information or is there

Page 241

1  sufficient information that would comply with Lymon to
2  continue with required registration if substantially
3  similar. If not, then, like an in-state, same
4  consideration.
5      The most risk averse approach, not making
6  the determination whether they have to register or not
7  register -- the most risk averse approach for the
8  department because we keep getting hit with these
9  lawsuits because the legislature tagged us with
10  maintaining a registry that we don't even need for a
11  law enforcement purpose. The -- because all this
12  information is already available to us. The -- you
13  know, then it's not substantially similar that they're
14  required to register, it would be because their other
15  state requires registration.
16  BY MS. AUKERMAN:
17  Q. Okay. I just want to be clear because the SOR Unit
18  staff testified that there was not an effort to
19  identify out-of-state substantially similar non-sex
20  offense folks.
21      Is it your understanding that there was an
22  effort to identify them, or do you not know?
23      MR. DAMICH: Objection. Speculation.
24      THE WITNESS: If the out-of-state --
25  regardless of what you want to call the offense, if

Page 242

1  the person is required to register because of an
2  out-of-state registration, we've already established
3  what that other state's registration requirements is,
4  you know, if it's a lifetime registration.
5      For example, in the state of Florida,
6  regardless of what the conviction is, we don't need to
7  look at whether it's substantially similar or not
8  substantially similar, or if Lymon requires it or
9  doesn't require it or any of that comparison because
10  regardless of that answer, they're still required to
11  register in Michigan because their other state, the
12  state of conviction requires that registration.
13      So, yeah, I can see where maybe they need to
14  look at that because the answer didn't change
15  anything. If it was a situation where -- and I don't
16  even know why this situation would exist. But if it
17  was a situation where the out-of-state didn't require
18  registration and the only reason they're required to
19  register is because it's substantially similar to one
20  of the three identified Lymon defense, then I would
21  venture to guess that was looked at in same way,
22  shape, or form. Whether that occurred or not or
23  whether if there's anyone that fits that scenario, I
24  have no idea.
25  BY MS. AUKERMAN:

Page 243

1  Q. Okay. In deciding -- if the prosecutor said, you
2  know, this person -- there was a sexual component,
3  then the person was not removed from the registry,
4  correct?
5  A. Correct.
6  Q. There was no requirement for a judicial determination
7  about whether or not there's a sexual component to the
8  offense, correct?
9  A. Again, we put the burden of the people have the most
10  access to information to advise whether or not this
11  registration is proper under Lymon. If that
12  registration occurred in court before sentencing, it
13  had nothing to do with the Michigan State Police, so
14  the determination of whether or not someone continues
15  to meet that obligation is required to in light of
16  Lymon should go back to those same individuals. So,
17  no, we've never --
18  Q. But the same individuals would be the court process,
19  right?
20      It would be the judge, not the prosecution?
21  A. You'd have to ask them as far as the process. We gave
22  an opportunity to say is this person properly
23  registered in light of Lymon, and if they said yes,
24  we're just doing our registry. Then we're basing it
25  on that decision as being made. That decision was not

Page 244

61 (Pages 241 to 244)

Beatty, Steve
6/6/2023

---

**Page 245**

1    made by Michigan State Police.  If they didn't get
2    back to us, we remove because they didn't give us the
3    information.  But we're not gonna second guess
4    individual decisions or analysis or local prosecutors
5    that registration is or is not required.  They're
6    ultimately the ones who would have to prove a willful
7    violation, not MSP.
8  Q.  The letters that went out, who wrote those?
9  A.  Again, I think it was a consensus of internal drafts
10    amongst the work group, ad hoc work group that I
11    talked about before.  So whatever the final letter of
12    the department, speaking on behalf of the department,
13    is the department's letter.
14        MS. AUKERMAN:  I'm just going to note for
15    the record, and, Scott, if you can get this to us, the
16    copies we have are still not the final copies.  They
17    don't have signatures.  They don't have letterhead.
18    They don't have dates.  So we need, obviously, those.
19        MR. DAMICH:  Sure.  If you'd like, you can
20    follow up with email after this of things we need to
21    provide you.
22        MS. AUKERMAN:  Yup, okay.
23  BY MS. AUKERMAN:
24  Q.  So let me show you -- here's one of these letters.
25        MS. AUKERMAN:  Make this Exhibit 21.

---

**Page 246**

1        (Plaintiffs' Exhibit No. 21 was marked.)
2  BY MS. AUKERMAN:
3  Q.  Can you see that?
4  A.  Yeah.  That looks like an early draft of a letter that
5    was shared in it's response to the discovery because
6    it was probably a broad request for all letter, et
7    cetera, et cetera.
8        That, I don't believe would be the letter
9    that went out.  I believe that to be a draft which
10    would probably fall under the deliberative process
11    objections that Mr. Damich cited earlier.  But as far
12    as the final letters that went out, I agree you should
13    have those if you don't have them already.  I would
14    think you should have those.  Those would be the
15    letters that were, you know, approved by the
16    department to go out.
17  Q.  Okay.
18  A.  It would be a draft.  It may be the exact same.  I
19    don't know, but this appears to be a draft.
20        MS. AUKERMAN:  Okay.  So I'm going to,
21    again, state for the record that we may have to reopen
22    the 30(b)(6) deposition if we weren't provided with
23    the final drafts.  We have requested repeatedly for
24    final drafts of these letters and haven't gotten them.
25    So I'm just going to state that for the record.

---

**Page 247**

1    I think at this point, we have to go forward
2    with these drafts because I don't have any other
3    documents to work off of.
4        THE WITNESS:  And these may be the same as
5    actually went out.  It's just I'm not -- this doesn't
6    look like something that would actually be mailed out.
7  BY MS. AUKERMAN:
8  Q.  Correct.
9  A.  To the extent this is the exact same text, it may be
10    the same as what went out, but go ahead with your
11    question.
12  Q.  Okay.  So this letter to PAAM, what was the purpose of
13    this letter?
14  A.  It was to tell them that based on a Michigan Court of
15    Appeals decision of People versus Lymon and advice
16    from the Department of Attorney General, the Sex
17    Offender Registry will remove the rights, giving them
18    notice of what we're doing and why we're doing it.
19  Q.  Do you know when it went out, roughly?  It's not
20    dated.
21  A.  This would have been one earlier -- if we're
22    talking phases, I'm not sure which phase, but this
23    would have been in the front end.  And I believe it
24    was last fall, but I'm not positive of the date.
25  Q.  Okay.  And it says here in the second paragraph, and

---

**Page 248**

1    this is what you were alluding to earlier:
2        "Removing an individual from the
3    registry due to Lymon is not a determination
4    that they are not required to register.
5    Whether someone still has registration
6    obligations under the SORA depends on the
7    specific facts underlying the case - whether
8    there was a sexual component to the crime, as
9    explained in Lymon."
10    Correct?
11  A.  That's what it says, yes.  And that's consistent with
12    what I was describing earlier.
13  Q.  So the MSP interprets Lymon to mean that it is the
14    underlying offense conduct not the elements of the
15    offense of conviction that determine a person's
16    registration obligation?
17  A.  Again, assuming this is consistent with the final
18    letter that went out, it's MSP's thought whatever that
19    letter says.  That those individuals required to
20    register solely for unlawful imprisonment, kidnapping,
21    or child enticement will be removed in approximately
22    90 days unless they provide information, you know,
23    that would be consistent with Lymon to require
24    continued registration.
25        The fact that we from our risk averse

---

62 (Pages 245 to 248)

Beatty, Steve
6/6/2023

---

**Page 249**

```
 1    approach removed individuals were asked for and were
 2    not provided information that would allow us to ensure
 3    our members are acting consistent with Lymon, we're
 4    going to remove.  But consistent with what I said from
 5    the beginning, MSP does not make the determination
 6    that a person has to register or not register.  Our
 7    opinion is really irrelevant.  And since we no longer
 8    have technical violations of SOR, registrants,
 9    individual registrants, are protected because it would
10    be the burden of the prosecutor to prove beyond a
11    reasonable doubt a willful violation.  And we put that
12    burden back where it belongs on prosecutors that if
13    they think this person has to register, then you tell
14    us they do, and then you take whatever steps you think
15    is appropriate from an enforcement standpoint.
16  Q.  Okay.  So in the third paragraph, it says:
17            "Whether the individual should register
18        in light of the Lymon opinion or other
19        extenuating circumstances is left to those
20        with the most relevant information related to
21        conviction."
22       What are "other extenuating circumstances"?
23  A.  Well, as a former prosecutor and as a defense
24    attorney, as you may be aware, I can tell you that I
25    had numerous clients as a defense attorney where the
```

---

**Page 250**

```
 1    primary focus is how do I avoid registration or how do
 2    I limit my registration obligation.  So a tremendous
 3    amount of effort comes in to coming up with a plea
 4    that either limits or eliminates an obligation to
 5    register, unless it's a clear-cut CSC-I minor child.
 6    But for these other ones, that's a material part of
 7    the negotiations.
 8            Crime victims in Michigan have a
 9    constitutional right to be involved in any plea
10    negotiation.  So you could have a situation where it
11    would clearly be a registrable offense, that there was
12    a conduct the person did would fall clearly outside of
13    Lymon.  But the victim agreed to a plea to kidnapping,
14    child enticement, or unlawful imprisonment because to
15    the offender it sounds better.  It doesn't look as bad
16    when it shows up on the registry, and the victim is
17    satisfied.  Well, just as long as the person is
18    required to register, I'm happy for the guidelines
19    either way or no prison.  Then you've impacted the
20    victim's constitutional rights which are memorialized
21    in our constitution.  And if it was a part of a plea,
22    to me, the answer is if you only pled to this because
23    of the expectation of everybody involved, including
24    the registrant and their attorney, or an obligation to
25    register.  If that obligation no longer exists, then
```

---

**Page 251**

```
 1    that is a material breach of the plea agreement in
 2    violation of the victim's constitutional rights.
 3            So the remedy when you have those situations
 4    is to set aside the plea and go back to the original
 5    charges in my opinion.  So there may be extenuating
 6    circumstances that, yes, the person was convicted of
 7    child enticement, but there may be other things the
 8    prosecutor is gonna do to address and make sure
 9    they're protecting the constitutional rights of the
10    victim.
11  Q.  So when you say that Michigan State Police recognizes
12    that registration could have been a condition of the
13    plea, the concern that you're expressing there is that
14    the prosecutor, defense attorney, you know, in
15    consultation with the victim may have decided hey,
16    this plea agreement is contingent on, you know,
17    registration at Tier III or registration at Tier II,
18    and, therefore, we're not gonna now go back and take
19    this person off the registry?
20  A.  Well, I'm not saying we're not going to just go ahead
21    and take the person off the registry.  We reached out
22    to prosecutors and said if you think -- this is the
23    conviction.  It is what it is.  If there's a basis you
24    believe the person should still be required to
25    register, please tell us, and we put the burden back
```

---

**Page 252**

```
 1    on them.
 2  Q.  My question is really about the plea itself.  The
 3    concern that you're expressing is that the plea is
 4    like a contract.  It's a bargain, and it has to be
 5    respected.  Is that the idea?
 6  A.  Well, as well as the fact that -- I know you're
 7    representing diligently the constitutional rights of
 8    your clients.  Crime victims have a constitution right
 9    as well to be informed and involved in the plea
10    process.  They don't have the final say.
11            But I can tell you as a prosecutor,
12    especially with young child victims, that there were
13    many times that where the plea agreement was to a much
14    lesser offense, and the conversation I had with
15    prosecutors constitutionally about their rights were,
16    yes.  They may not be going to prison on the CSC-III
17    or CSC-I, but we're getting a conviction for a CSC-IV
18    or an accosting or something else.  We can get a plea
19    to this, and at least we know the person is going to
20    be required to register for X period of time.
21            And the parents or the victim, or the
22    victim's advocate on their behalf, may say, well,
23    listen, you know, to avoid putting my five-year-old on
24    the stand, as long as I know this person is
25    registered, you know, I'm okay with this plea.  If you
```

---

63 (Pages 249 to 252)

Beatty, Steve
6/6/2023

| | |
|---|---|
| 1 rip that out from the victim after the fact, you know, | 1 (Plaintiffs' Exhibit No. 22 was marked.) |

**Page 253**

```
 1   rip that out from the victim after the fact, you know,
 2   then it's the victim's constitutional rights that are
 3   implicated.
 4          I'm waiting for the next class action that
 5   comes on behalf of victims for the violation of their
 6   rights when things are being done which required
 7   registration obligations that didn't account for them.
 8   The hearing process in SOR accounts for victim's
 9   rights, either at the front end prior to sentencing or
10   requires the prosecutor to notify the victim in any
11   judicial review of the obligation.  When things happen
12   outside of that process, it serves to deprive the
13   victims of their constitutional right and just
14   generally out of concern for them.
15   Q.  So the registry -- basically, what you're saying is
16   that the registration obligation is part of a
17   negotiated deal to resolve the case?
18   A.  Yeah.  That may be a condition to say for the
19   prosecutor to get back with them and say this person
20   should not be off the registry because there's more to
21   this than just the Lymon.  Okay.  Then we'll leave him
22   on until someone -- a court tells us differently.
23   Q.  Let's look at -- this is Exhibit 22.  This is the
24   prosecutor letter.  Again, it's undated, unsigned.
25          MS. AUKERMAN:  Mark this Exhibit 22.
```
**Page 253**

```
 1          (Plaintiffs' Exhibit No. 22 was marked.)
 2   BY MS. AUKERMAN:
 3   Q.  Do you recognize this document?  I realize this may
 4   also be a draft.
 5   A.  It hasn't popped up, so I'm waiting.
 6   Q.  Oh, I'm sorry.  I apologize.  Do you see that?
 7   A.  Yes.
 8   Q.  Okay.  And it looks like each letter here was
 9   accompanied by information about registrants who were
10   convicted in that jurisdiction for a non-sex offense,
11   correct?
12   A.  Correct.
13   Q.  Do you know what information was provided about each
14   registrant to the prosecutors?
15   A.  I think just name and conviction information 'cause
16   that's the information that's in the registry.  As the
17   convicting prosecutor, they would obviously have way
18   more information about the case than us.
19          And as I see, this letter, we talked about
20   phases.  I'm not sure where things landed.  The first
21   letter to PAAM, as I recall, was that, hey, heads up,
22   prosecutors.  There's a letter that you're going to be
23   getting, that you may be getting.  This letter is more
24   specific, and it went by county, the county
25   prosecutor, identified those Lymon offenses whatever
```
**Page 254**

```
 1   that number is.  Then it was further broken down by
 2   county, and then each county prosecutor that had one
 3   of those convictions got this letter.
 4          So I'm not sure where the breakdown was, but
 5   if there was a county that didn't have any Lymon
 6   offenders registered solely based on one of the three
 7   Lymon offenses or as solely based on being
 8   substantially similar to a Lymon offense, then they
 9   wouldn't have gotten this letter.  This was now a more
10   specific letter that identified the offenders that
11   came through their jurisdiction, required to register
12   solely based on that case, that Lymon case.
13   Q.  Okay.
14   A.  And then, I see at the bottom.  When I said copies
15   went to the law enforcement agency, so, again, I know
16   this isn't the final form, but the plan was to CC
17   whether it was the local Michigan State Police post or
18   sheriff's department or township PD, whoever was the
19   investigating agency would have gotten a copy of that
20   letter.  They would have gotten, you know, the name,
21   the complaint number or the case number, for them to,
22   you know, throw in their two cents if they had a
23   concern.  And I believe it also included a -- well,
24   here's one of the police as well, but I think courts
25   got one as well.
```
**Page 255**

```
 1   Q.  Right.  So I'm just marking this Exhibit 23.
 2          (Plaintiffs' Exhibit No. 23 was marked.)
 3   BY MS. AUKERMAN:
 4   Q.  This is the letter to police, and it indicates that:
 5          "As your agency and the local
 6          prosecutor's office has the necessary
 7          case-specific information, whether the
 8          individual should register in light of the
 9          Lymon opinion or other extenuating
10          circumstances is left up [sic] to the local
11          prosecutor.  You are being contacted so that
12          you can work with the prosecutor in making
13          that determination as you feel necessary.  We
14          ask that you assess these cases and contact
15          the prosecutor in cases where the individual
16          will continue to register."
17   So the local law enforcement was asked to work with
18   the prosecutors to sort of figure out which of these
19   folks they thought should stay on the registry?
20   A.  Again, we have no supervisory authority over local
21   police or prosecutors, but it was a suggestion that --
22   the only thing we were certain about is if we didn't
23   hear anything, we were removing this category of
24   offenders as the most risk averse approach, without
25   taking an opinion as to whether if a person actually
```
**Page 256**

Tri-County Court Reporters
248-608-9250

Beatty, Steve
6/6/2023

| | |
|---|---|
| 1 | has to register under Lymon or not. |
| 2 | So that's merely a suggestion, not a |
| 3 | mandate.  We don't have any supervisory authority to |
| 4 | require them to do any of this stuff.  We just made it |
| 5 | clear that if we didn't hear from them and we didn't |
| 6 | get the information that was responsive to the |
| 7 | request, that we would removing by a date certain. |
| 8 | That's the essence of the letter. |
| 9 | Q.  Okay.  So now let's look at Exhibit 24.  This is it |
| 10 | the letter to the registrants themselves. |
| 11 | (Plaintiffs' Exhibit No. 24 was marked.) |
| 12 | BY MS. AUKERMAN: |
| 13 | Q.  Do you know roughly when this letter went out? |
| 14 | A.  Again, I would defer to the three that I believe have |
| 15 | a copy of that. |
| 16 | Q.  Do you know if they all went out at the same time or |
| 17 | if it was staggered? |
| 18 | A.  That, I don't know.  Just, logistically and knowing |
| 19 | the burden that's placed on them, there may be some |
| 20 | staggering. |
| 21 | Q.  Okay.  And then we talked about this language in |
| 22 | paragraph 4. |
| 23 | "This is not a determination that you no |
| 24 | longer need to register, verify, or update |
| 25 | your information as required by Michigan law, |

Page 257

| | |
|---|---|
| 1 | federal law, or another state's law." |
| 2 | So how is a person who gets this letter supposed to |
| 3 | know whether they have to register? |
| 4 | A.  So, again, any person got this letter is currently |
| 5 | represented by legal counsel, so they can certainly -- |
| 6 | as contact, as indicated at the bottom, "you may |
| 7 | contact the ACLU with questions," so they can |
| 8 | certainly reach out to their own attorneys if they |
| 9 | have questions. |
| 10 | But it does highlight the second paragraph, |
| 11 | so assuming they were found competent enough to stand |
| 12 | trial or plead guilty to a conviction, that they could |
| 13 | either understand or have the assistance of |
| 14 | understanding whether or not their offense for |
| 15 | kidnapping, you know, had some sexual component or |
| 16 | something along those lines. |
| 17 | So I don't think you have to be a, you know, |
| 18 | overly, you know, even book smart.  If you know you |
| 19 | perp'd on a child and the end result of that plea was |
| 20 | child enticement, kidnapping, or unlawful |
| 21 | imprisonment, then I think it's pretty clear you |
| 22 | probably still have an obligation to register.  And |
| 23 | I'm not -- there might be people who I think even |
| 24 | reached out, offenders, to the SOR Unit and said, no. |
| 25 | I don't want to stop registering because I think I fit |

Page 258

| | |
|---|---|
| 1 | into this category.  You'd have to defer to the SOR |
| 2 | Unit. |
| 3 | But there's some people who know exactly |
| 4 | what they did regardless of what the final conviction |
| 5 | was who may have talked to an attorney or not and |
| 6 | said, no, no, no.  Put me back.  Like, I want my |
| 7 | registration to stay current because I know my offense |
| 8 | had a sexual component regardless of what that |
| 9 | condition is.  So I don't think it's -- |
| 10 | Q.  I mean, wouldn't there be -- let me state this a |
| 11 | different way. |
| 12 | You're saying that it is up to the |
| 13 | prosecutor to determine whether there's a sexual |
| 14 | component so that the person would need to register |
| 15 | irrespective of Lymon, correct? |
| 16 | A.  I mean, technically.  I believe it's up to the |
| 17 | registrant under SOR if there's a person who has an |
| 18 | obligation to register, right.  Ignorance of the law |
| 19 | is not a defense of the law. |
| 20 | So that encompasses as it does with anything |
| 21 | else case law that limits the application of law.  So |
| 22 | individuals can make their own assessment as to |
| 23 | whether or not they have to do something to comply |
| 24 | with the law, and so -- |
| 25 | Q.  Are you saying that the individual getting this letter |

Page 259

| | |
|---|---|
| 1 | would need to determine whether they think they have |
| 2 | to register? |
| 3 | MR. DAMICH:  Objection -- |
| 4 | THE WITNESS:  All this is saying is -- |
| 5 | 'cause, remember, this letter went out after the |
| 6 | prosecutor has made -- didn't provide any information |
| 7 | that would -- that they were satisfied that it was |
| 8 | consistent with Lymon.  So this letter came out timing |
| 9 | wise afterwards. |
| 10 | All this letter is saying is we're removing |
| 11 | you because we didn't receive the information there, |
| 12 | but that doesn't mean you don't have an obligation to |
| 13 | register nor does it mean that you can't be prosecuted |
| 14 | for a violation. |
| 15 | It's entirely consistent with the language |
| 16 | that you put on your website regarding the impact of |
| 17 | the new statute on your clients.  It's we're not |
| 18 | making the determination that you don't have to |
| 19 | comply.  You may very well have to, and I believe |
| 20 | there's a number of these offenders who understood |
| 21 | quite clearly that their offense for kidnapping, child |
| 22 | enticement, or unlawful imprisonment had a sexual |
| 23 | component, and they're -- |
| 24 | BY MS. AUKERMAN: |
| 25 | Q.  If a person is unsure whether they have to register |

Page 260

65 (Pages 257 to 260)

Beatty, Steve
6/6/2023

---

**Page 261**

```
 1    after Lymon, what are they supposed to do?
 2  A.  Well, they can do nothing because we removed them, so
 3    I think it would play out.  It would be hard pressed
 4    for a prosecutor to prosecute as a willful violation
 5    an offender who doesn't register in light of Lymon who
 6    the department has removed because the prosecutor
 7    didn't provide the information and because, you know,
 8    we made the choice to remove them.  I'm not sure how
 9    you could establish a willful violation without the
10    prosecutor or some other appropriate authority
11    reaching out to say, "Hey, sorry.  We allowed you to
12    be removed and sorry for the headache."
13        But you do have an obligation.  This query
14    does have a sexual component.  My hunch is that it
15    will be probably because the victim is now complaining
16    about why the person is no longer on the registry when
17    they know perfectly well that their child was
18    victimized in a sexual manner and that was --
19  Q.  Okay.  Let me stop you.  Looking at paragraph 3,
20    second sentence, it says:
21        "The Michigan State Police does not have
22        the authority to make factual determinations
23        that are necessary to evaluate whether you
24        still have registration obligations in light
25        of the Lymon opinion.  Until that
```

---

**Page 262**

```
 1    determination is made, you are being removed
 2    from the registry."
 3    Now, in some cases, the prosecutors got back to them
 4    as being correct and said, look, there's no sexual
 5    component to this offense, correct?
 6  A.  Well, I don't believe we got letters back.  I may be
 7    wrong, but the letters -- we didn't ask for them to
 8    contact us to say that Lymon applied.  The letter was
 9    written from the standpoint of if they didn't think
10    Lymon applied, they didn't have to take any further
11    action whatsoever.  The person was gonna be removed.
12    So I'm not sure.  It's hard enough to get people to do
13    something when we're asking for it.  They could do
14    nothing and end up in the same place.  If they agree
15    that Lymon doesn't require registration, then I don't
16    think we got letters back saying, yeah, go ahead and
17    remove.
18        It was -- it's specifically seeking those
19    offenders where we think that Lymon doesn't require
20    removal, that the person has a continuing obligation.
21    Those are the letters we were looking for, and that's
22    what we needed to make the determination to simply
23    keep the person on the registry at that point until we
24    get, I guess, a court order to the contrary or a
25    specific statute that requires to do something
```

---

**Page 263**

```
 1    different as to that offender.
 2  Q.  Okay.  Let's look -- we'll go back to that, actually.
 3        On this registered letter, bottom of
 4    paragraph 4, it says that the registrant should review
 5    MCL 28.728c and consult with an attorney if you
 6    believe you're no longer required to register,
 7    correct?
 8  A.  That's what it says, yes.
 9  Q.  And we looked previously -- actually, yeah.  We looked
10    previously at MCL 28.728c.  Let's see.  That was
11    exhibit -- this is, again, MCL 28.728c.
12        Can you point me to any provision in this
13    document that would allow a person to seek judicial
14    removal based on Lymon?
15  A.  It doesn't.  It's a recognition that the statute says,
16    "This section is the sole means by which an individual
17    may obtain judicial review of his or her registration
18    requirements...".
19        So, theoretically, you could have a Lymon
20    opinion that still would arguably have a sexual
21    component, for example, but if in a -- you know, if it
22    fits one of those situations, the underlying situation
23    is -- I'd have to go through it but...
24  Q.  Okay.
25  A.  And the end of that letter, again, reiterated, please
```

---

**Page 264**

```
 1    contact your private attorney for specific legal
 2    advice.  That would be the ACLU, and here's the case
 3    number in which you're being represented.
 4  Q.  All right.  Actually, let's move on.
 5        If Lymon is reversed, are you aware that the
 6    Michigan State Supreme Court has granted leave in
 7    Lymon?
 8  A.  I am.
 9  Q.  Has the Michigan State Police taken a position in
10    Lymon?
11  A.  I believe there is, or there might be an amicus filed
12    in that.  So as far as whatever position is or isn't
13    taken, I mean, would be reflected in that amicus
14    brief.
15  Q.  Do you know what that position is?
16  A.  Again, I'm not sure if it's been filed yet or not, or
17    if it's going -- I think there's an amicus.  I'm not
18    positive.  So if there's an amicus filed on behalf of
19    the state police, then I'm comfortable saying that
20    would be our position.
21  Q.  Were you involved or are you involved in decisions
22    around what that position would be?
23  A.  I can.  Like I said, that internal work group that
24    often involves these several attorneys from the
25    attorney general's office, myself, Mr. Gemellaro was
```

Tri-County Court Reporters
248-608-9250

Beatty, Steve
6/6/2023

1   here, and as needed, representatives from the SOR
2   Unit, as well as risk management from that side of
3   things, and any one of us can be involved in those
4   types of questions.
5   Q.  If the Michigan Supreme Court says that registration
6        of people with non-sex offenses is permissible, what
7        would the Michigan State Police do then?
8               MR. DAMICH:  Objection.  Speculation.
9               THE WITNESS:  I don't know that we have to
10       do anything unless the court directs us to provide
11       some type of notice.  As the letter they got from us
12       if they were removed, it said this is not a
13       determination you no longer have to register.  It is
14       their obligation to register, and failure to do so is
15       a willful violation.  It's a willful violation of the
16       statute.  I would hope their attorneys would contact
17       them 'cause we specifically identified who these
18       several hundred offenders are -- use their client
19       database tools to reach out directly to their clients
20       and say heads up, the Supreme Court did something
21       different regardless of whether there's a sexual
22       component, you now have to register.  And I would hope
23       they would encourage them to comply with the law.
24  BY MS. AUKERMAN:
25   Q.  So if the Michigan Supreme Court says it's permissible

Page 265

1   for people to be registered as sex offenders for
2   non-sex offenses, those individuals could be required
3   to register again?
4   A.  Well, I don't profess to speak for the Michigan
5        Supreme Court, but I don't think they would say that
6        it's permissible.  It would say it's required under
7        SOR.  And the willful failure to comply with an act
8        that has criminal penalties goes back to the person
9        who has the responsibility to comply with that act.
10              I don't know that the MSP has any obligation
11       to advise people, you know, hey, speed limit on this
12       stretch of road came up.  You frequently travel this,
13       so here's a letter saying that you should be aware of
14       your speed.  That's not the responsibility of the
15       Michigan State Police.  They have attorneys actively
16       litigating that Lymon case specifically identifying
17       those offenders who are identified as Lymon-only
18       offenders.  I would hope that they would get ahold of
19       those clients before the prosecutor gets ahold of them
20       for a willful violation.
21   Q.  But it's fair to say that their removal is temporary
22       pending what happens in the Michigan Supreme Court?
23              MR. DAMICH:  Objection.  Ambiguous.
24       Speculative.
25              THE WITNESS:  Yeah, I don't know whether

Page 266

1   it's fair to say it's temporary or not.  The fact of
2   the matter is in a risk averse approach, we've removed
3   those registrants who were not -- remember, I'm
4   concerned about our members doing the right thing,
5   right.  So if we're on notice that there's a category
6   of offenders who can only be required to register and
7   we start the Court of Appeals decision under a certain
8   condition.  If we're not satisfied those conditions
9   exist and we do our due diligence to reach out to
10  those who have the information to be able to make that
11  determination, and they don't get back with us, we're
12  simply removing our liability.  That's not making an
13  opinion or a decision that it's right or wrong,
14  correct, or whatever.  It's we're removing our
15  liability and forcing someone else to make an
16  individual affirmative step outside of MSP to put that
17  registrant back on.  And once that registrant is back
18  on, we're going to maintain the registry.
19  BY MS. AUKERMAN:
20   Q.  Do you know how many registrants with non-sex offenses
21       have been removed pending a decision by the Michigan
22       Supreme Court to Lymon?
23              MR. DAMICH:  Objection.  Lack of foundation.
24              THE WITNESS:  Well, again, when you say
25       non-sex offenses, are you referring to the Lymon

Page 267

1   category of offenses?
2   BY MS. AUKERMAN:
3   Q.  Yes.
4   A.  Okay.  I don't know the exact numbers on that.  And I
5        disagree with the characterization that they're
6        non-sex offenses.  Those offenses can very well be
7        sexual offenses depending on the underlying facts.
8   Q.  So let's look at Exhibit 28.
9              (Plaintiffs' Exhibit No. 28 was marked.)
10  BY MS. AUKERMAN:
11   Q.  Okay.  Do you see that?
12   A.  I do.  I've just gotta get my glasses here again.
13   Q.  Let's see if I can make it a little larger.
14   A.  I can see it now with my glasses.  I'm good.  Don't
15        worry about it.
16   Q.  So this is the chart that was provided to us in
17        discovery of -- do you recognize this chart?
18   A.  No.  I don't recall ever seeing it.
19   Q.  Okay.  This is Exhibit 28.  I believe it's called
20        follow-up for prosecutors chart.  It appears to be a
21        chart that was used by the SOR Unit to track responses
22        from prosecutors for the Lymon case.
23   A.  Seems reasonable.
24   Q.  Okay.  There are two tabs, and it's not letting me
25        show those.  Oh, here you go.

Page 268

67 (Pages 265 to 268)

Beatty, Steve
6/6/2023

| | |
|---|---|
| 1    There's one tab here that's Prosecutor and | 1    a sexual component. I believe they're -- I appreciate |
| 2    Court, and then there's a second tab that's Arresting | 2    them taking the act to review it and confirming that |
| 3    Agencies. Do you see those? | 3    the removal is appropriate. |
| 4    **A.** I do. | 4    Q. Okay. |
| 5    Q. And do you see on the Prosecutor and Court tab in | 5    **A.** That's helpful to us. |
| 6    column I it says "Canceled per PA." That appears to | 6    Q. Yeah. And then I see in Column J it says, "Do not |
| 7    mean that the prosecutor has determined that the case | 7    remove per PA." |
| 8    has no sexual component and the person should be | 8        So that appears to be a column that shows |
| 9    removed from the registry. Is that -- | 9    cases where the prosecutor determined that the |
| 10       MR. DAMICH: Objection. | 10   individual should not be removed, correct? |
| 11       THE WITNESS: I don't recall seeing that | 11   **A.** Again, that seems like a reasonable conclusion, but I |
| 12   document. If you're asking me to guess, that would | 12   would defer to whoever created and entered that |
| 13   make sense to me. But I don't know definitely what | 13   information. |
| 14   yes means in response to that. | 14   Q. Fair. I understand that you didn't -- weren't |
| 15   BY MS. AUKERMAN: | 15   previously familiar with this document. We're just |
| 16   Q. Okay. Do you know who would know? | 16   trying to make sure we understand it correctly. |
| 17   **A.** I'm assuming it says created and produced by the SOR | 17       So it looks like I get 14 cases where the |
| 18   Unit, so whoever testified for them. | 18   prosecutor said do not remove this person. Do you see |
| 19   Q. Okay. I get 17 cases where they were canceled by the | 19   that? |
| 20   prosecutor saying there's no sexual compliance. | 20   **A.** I've not counted, but whatever the record reflects |
| 21       Do you see that? | 21   under that column is consists with whatever you're |
| 22   **A.** Then I misspoke when I said earlier that, you know, | 22   attempting to characterize. |
| 23   prosecutors, you know, don't have to tell us that they | 23   Q. And then we see on Column K that seems to be the |
| 24   don't belong in the registry. So kudos to those | 24   majority of the cases. I counted 135 cases that show |
| 25   prosecutors that reached out to confirm that it is not | 25   no response from the prosecutor. |
| Page 269 | Page 270 |
| 1    I realize you haven't counted, but do you | 1    again, the Department of Technology, Management, and |
| 2    see what I'm referring there? | 2    Budget contract with LexisNexis Coplogic Solutions, |
| 3    **A.** Right. And that's what I think the way the letters | 3    and it looks like it was signed by the vendor on |
| 4    were designed was, again, to put the affirmative | 4    October 21st, 2019. |
| 5    responsibility back on individual prosecuting | 5        Were you involved in negotiating this |
| 6    attorneys, courts, and investigating agencies to, you | 6    contract? |
| 7    know, assist in making whatever determination is | 7    **A.** In negotiating, no. |
| 8    appropriate. | 8    Q. Were you involved in some other way with this |
| 9    Q. Okay. | 9    contract? |
| 10   **A.** I see that list, and I see -- maybe those persons fit | 10   **A.** Yeah. Without checking, I'm assuming I reviewed this |
| 11   within Lymon, maybe they don't, but MSP is out of | 11   because as a general matter, all contracts come |
| 12   that. At this point in time, we removed, but that's | 12   through legal. It would have been either me or -- |
| 13   not making the determination whether they should be | 13   when was this? Was this 2019? |
| 14   removed or not. It's just removing the risk or the | 14   Q. 2019. |
| 15   assignment of risk to the department because we are | 15   **A.** Yeah, so it would have been -- it would have been me. |
| 16   tasked with the legislative responsibility of | 16   I was the only attorney in the section at that time. |
| 17   maintaining a registry. | 17   It would have likely been me. So if it came to me, I |
| 18   Q. Let's switch gears a little bit. I want to talk about | 18   would have reviewed it, and it appears -- my |
| 19   the contract for the SOR Unit database. Let me show | 19   recollection is that I did but... |
| 20   that again. That was Exhibit 3. | 20   Q. Do you know if there's a request for proposals that |
| 21       And I believe you said earlier that you had | 21   was sent out for this contract? |
| 22   some responsibility for contracts involving the | 22   **A.** Yeah. |
| 23   Michigan State Police? | 23       MR. DAMICH: Objection as to foundation. |
| 24   **A.** I do. | 24       THE WITNESS: Yeah, and I know there's a |
| 25   Q. Are you familiar -- so this is Exhibit 3. It's, | 25   process for a bid when you do something like this, |
| Page 271 | Page 272 |

68 (Pages 269 to 272)

Beatty, Steve
6/6/2023

| | | | |
|---|---|---|---|

1   that I know went out at some point, but I wasn't
2   involved in the bid process that's not involving
3   contracts.
4   BY MS. AUKERMAN:
5   Q.  Okay.  The contract set out a variety of
6   specifications for what the the MSOR database is
7   supposed to do.
8           Who decides what those specifications are?
9   A.  Well, I disagree what the characterization that it has
10  specifications for what the SOR database is required
11  to do.  No.  I believe the -- it's specifying
12  proactively what it might be required to do at some
13  point in the future.  So if we're going to pay to have
14  this system set up, let's build it in a way that
15  allows us the most flexibility in the event that
16  either the legislature changes what it's required to
17  do or a court changes what it's required to do, or if
18  there's future litigation that requires certain
19  capabilities, and in easing the burden, the hundreds
20  and hundreds of hours have been placed on your staff
21  responding to discovery request, if there's an easier
22  way to compile information.  Simply because it's in
23  the bid process being proactive is not a determination
24  by the department that we're going to offer those
25  capabilities to the public, or that we're legally

Page 273

1   required to do so.
2   Q.  Okay.  So I guess my question is, you know, basic
3   contract law, right, is that, you know, there's an
4   offer, there's acceptance, there's a contract that
5   specifies what the terms are.  Some of these things
6   are listed as optional, and some of them are listed as
7   required.
8           Listed as required, is that something that
9   the vendor is obligated to do?
10          MR. DAMICH:  Objection.  Asked and answered.
11          THE WITNESS:  So, again, it may be something
12  we require with our proactive forward thinking that is
13  not a determination by the department that we have any
14  intention whatsoever of utilizing all those
15  capabilities within the system at any given point in
16  time, nor is it expected to do so.
17  BY MS. AUKERMAN:
18  Q.  Okay.  Just so I'm clear, though.  But basically the
19  vendor has to comply with the contract.  That doesn't
20  mean that if the vendor creates capabilities to do
21  certain things, the MSP has to use those capabilities.
22          That's what you're saying, correct?
23  A.  Correct.  And I'm not aware of during the development.
24  I'm not a computer expert, so they may have contracted
25  to do certain things, but there may be change orders

Page 274

1   that came along the lines saying I know you wanted us
2   to do this.  We thought we could do it.  It turns out
3   we can't, or it's a tremendous expense to do it.
4           There may be other things that came along in
5   the development process that required slight changes
6   in direction.
7           So this is the initial contract that is a
8   scope of work.  But much like building a house, you
9   decide to change the countertops halfway through.  I'm
10  sure those types of things happen in these types of
11  developments as well.
12  Q.  Okay.  So there's a bunch of different items listed in
13  this contract as specifications.
14          Who came up with what capabilities one
15  wanted to have in the system?
16  A.  Again, I think it would have been that part of the
17  collaborative effort of the vary- -- whether it's --
18  you know, when I review a contract as a general, I'm
19  not the subject matter expert, so I'm not making a
20  determination as to the subject matter of the
21  agreement, or that it's a good idea that the
22  department enter it or not enter it.  I may offer an
23  opinion if asked for if I think it's appropriate.  I'm
24  looking at can we legally agree to this contract, is
25  what I'm looking at.  So that's my general review from

Page 275

1   a legal standpoint.
2           As far as, you know, what do we want to see,
3   this is -- there's a whole -- and I forget what it's
4   called that's a process.  There's a term for it of
5   improving state systems and capabilities and a whole
6   BPMB process.  They're the procurement people of best
7   practices and those types of things that come into
8   play.  And that solicits input from all kinds of
9   people of, hey, if we have a magic wand, we're
10  creating something, what do you think this should do?
11  So there's lots of input that comes in --
12  Q.  Okay.
13  A.  -- and so I certainly had some input as did the SOR
14  Unit, the subject matter experts, you know, perhaps
15  even the AG's office with some issues that were taken
16  to them because they're most familiar with the act of
17  litigation and the capabilities they should have.  So
18  lots of people have input on what, if we had a magic
19  wand, we want to be capable of doing.  That's --
20  Q.  It might help to give you examples here.  So let's
21  look at -- we're on page 44 of 101.  This talks about
22  the user type and capacity for the system, and it says
23  that there should be capacity for a number of users of
24  9.99 million with a number of concurrent users in a
25  day at 5,000.

Page 276

Tri-County Court Reporters
248-608-9250

Beatty, Steve
6/6/2023

| | |
|---|---|
| 1   Who decided what the user capacity should | 1   So who would have decided 15 miles? |
| 2   be? | 2   **A.** Well, my hunch is that there's some basis, technically |
| 3   **A.** To me, that's probably a technical question.  So it | 3   speaking, we've all looked for -- I don't know -- you |
| 4   probably went to the computer experts of what is it | 4   know, a Biggby on a map to grab a cup of coffee, and |
| 5   reasonable for a system to be able to maintain. | 5   if you make your map big enough, there's a million |
| 6   Again, I don't have personal knowledge.  That's not a | 6   dots that you can't distinguish where the next Biggby |
| 7   legally objectable provision, but I'm assuming it's | 7   is.  But if you zoom in to a radius, I'm assuming |
| 8   based on, hey, if you want this to be able to access a | 8   there's some generally accepted practice when you're |
| 9   hundred million people, that's a completely different | 9   gonna map in a computerized system to be able to get a |
| 10  system at a completely different price.  So they | 10  spacial assortment to put the -- so that all the |
| 11  picked a number regarding access; I suppose.  It had | 11  little dots that line up mean something. |
| 12  to be tied to the technical side of things which I | 12   If I just put a map of, you know, the entire |
| 13  have no personal knowledge. | 13  state, it would just be covered with dots that offer |
| 14  **Q.** So then let's use another example.  This is on page | 14  no value to someone trying to look at it.  So, again, |
| 15  93, Specification 68.  It says the "website will map | 15  it's not required.  This is just a system issue that |
| 16  offender addresses for the public and return results | 16  I'm assuming is based on some type of -- you know. |
| 17  of offenders in the user's vicinity, up to 15 miles." | 17  **Q.** Okay.  Let's look at specification 70 here, |
| 18   Who would have decided that that's something | 18  Public-Facing Website.  It says: |
| 19  that needs to be included in what the SOR database can | 19   "System shall allow offenders to sign-up |
| 20  do? | 20  and receive email notifications regarding |
| 21  **A.** Well, I'd have to go -- I haven't done the comparison | 21  verification reminders or other pertinent |
| 22  to look up the statute, but I think the statute talks | 22  information through the public facing |
| 23  about what has to be on the public database. | 23  website." |
| 24  **Q.** So I can tell you the statute doesn't require a 15 | 24  So do you know who decided that this provision should |
| 25  mile distance. | 25  be included in the contract? |
| Page 277 | Page 278 |
| 1   **A.** No. | 1   wanted in the database? |
| 2   **Q.** Or who decided that it should be optional rather than | 2   **A.** Yes.  This seems to be something along those lines. |
| 3   required? | 3   Not that we wanted to make this presently available |
| 4   **A.** No.  If you want my general direction -- I wasn't | 4   because we're limited on what can be available to the |
| 5   involved in the development of the system.  I'm not a | 5   public on the public-facing website.  That's defined |
| 6   computer person or anything else.  My general | 6   by statute. |
| 7   direction is to forward think of things that might | 7   And, you know, regarding notice and |
| 8   come in the future or might never come in the future. | 8   reporting, we look to the statute for what our legal |
| 9   We've learned of all the limitations on | 9   requirements are.  The fact that we're building our |
| 10  OffenderWatch which you are well aware of when you | 10  system to give us flexibility to cover future changes |
| 11  said, ah, just generate this report, just generate | 11  in the statute doesn't mean we intend to ever utilize |
| 12  that report, just pull it together, and we couldn't. | 12  those systems if the legislature never requires us to |
| 13  It would require hundreds of hours compiling the | 13  do so. |
| 14  information you wanted. | 14  **Q.** And it seems like if you want people to comply with |
| 15   To avoid going through that again, it's | 15  SORA, reminders would be helpful, right? |
| 16  thinking of what are all the things that the | 16   I mean, all of us -- you know, I get |
| 17  legislature might do theoretically that could change | 17  reminders from my dentist about the appointment I was |
| 18  the way this looks in the future.  Forward think, | 18  about to forget. |
| 19  brainstorm, whiteboard, come up with anything that | 19   MR. DAMICH: Objection.  Speculative. |
| 20  might fit, and then try and develop a system that | 20  Argumentative. |
| 21  gives us the most flexibility to adjust, to either | 21  BY MS. AUKERMAN: |
| 22  change it in the statute or in court opinions.  So | 22  **Q.** Is there a reason -- well, let me ask you this. |
| 23  again -- | 23   Do you know whether the specification that |
| 24  **Q.** That was that work group that does the brainstorming | 24  allows registrants to sign-up and receive |
| 25  and coming up with the specifications for what we | 25  notifications and reminders?  Do you know if that is |
| Page 279 | Page 280 |

70 (Pages 277 to 280)

Beatty, Steve
6/6/2023

| | |
|---|---|
| 1   active in the system? | 1   Do you see that? |
| 2   **A.** I don't know. I'd be surprised if it is, but I don't | 2   **A.** I see that. |
| 3   know. | 3   Q. Do you know if this is something that the system can |
| 4   Q. Do you know why it was not made active? | 4   currently do? |
| 5   **A.** Because the statute doesn't require us to do so, if | 5   **A.** No, I don't. |
| 6   that's why it wasn't. My direction is what does the | 6   Q. Are you aware that SOR require registrants to pay an |
| 7   SOR require us to do. We do that. Nothing more. | 7   annual fee? |
| 8   It's the no good deed goes unpunished. | 8   **A.** I am. Unless during the first reporting period as |
| 9   When we try and fill in gaps, then that's | 9   required under the statute if determined to be |
| 10   where litigation comes around because someone didn't | 10   indigent. But, yes, as a general matter, the name |
| 11   get what we weren't required to give to them in the | 11   will be up to a maximum amount, yes. |
| 12   first place, so somehow they were deprived of | 12   Q. And that fee can be waived for 90 days if the person |
| 13   something that others got under the statute. If we | 13   is indigent, correct? |
| 14   just stick to what the statute requires us to do, then | 14   **A.** Correct. |
| 15   that's the most risk averse appropriate way of doing | 15   Q. And NC is defined in the statute to include people who |
| 16   so. The system is designed to give us flexibility | 16   receive food assistance from MDHHS? |
| 17   that if those requirements change in the future, we | 17   **A.** That, I don't know. |
| 18   can quickly adapt to properly comply with that change | 18   MR. DAMICH: Objection. Lack of foundation. |
| 19   in statute. That's the general guidance that was | 19   THE WITNESS: Without reviewing the statute, |
| 20   provided to develop the system. | 20   I don't know the answer to that. |
| 21   Q. So for example -- and this is on page 53. This is | 21   BY MS. AUKERMAN: |
| 22   Contractor Requirement 11, interface with Michigan | 22   Q. Okay. So there's one design choice that one could |
| 23   Department of Health and Human Services. And it says | 23   have made in setting up the system to flag registrants |
| 24   that one can create an interface to identify | 24   who are indigent because they have a Bridge Card, |
| 25   registrants who have a Bridge Card, correct? | 25   correct? |
| Page 281 | Page 282 |

| | |
|---|---|
| 1   **A.** Again, did the statute require us to do something with | 1   not allow offenders to complete an update through |
| 2   respect to the system, if the answer is yes, then the | 2   their phones or other electronic devices. Is that |
| 3   system should do that. These other features that are | 3   your understanding as well? |
| 4   in there, again, if it's not required by the statute, my | 4   **A.** Yes. When you say that, you mean the system has not |
| 5   general guidance would be what does the statute | 5   been made available for offenders to do that as a |
| 6   require us to do. Let's do that. | 6   manner approved by the department? The system may |
| 7   The fact that we're building up a system to | 7   very well have the capability to do that, but that's |
| 8   account for future changes -- and this looks like it's | 8   not the manner that's been approved by the department |
| 9   optional. I'm not familiar with the specific | 9   for registrants. |
| 10   provision, but just 'cause the system can do it, | 10   Q. Yeah. She testified that the system does not actually |
| 11   doesn't mean MSP can -- you know, needs to use it or | 11   have that capability. |
| 12   will use it. | 12   **A.** Okay. |
| 13   Q. So let's -- we talked a little bit before about the | 13   Q. So my question is if the contract requires that to be |
| 14   ability about how the Michigan State Police had the | 14   built into the system, regardless of whether you want |
| 15   authority to decide the manner of reporting and about | 15   to use it, but if the contract requires it to be built |
| 16   the fact that the contract under Specification 77 on | 16   into the system, who decided that Coplogic didn't have |
| 17   page 94 provides that the system must allow offenders | 17   to comply with that provision of the contact? |
| 18   to complete updates through their phone or other | 18   MR. DAMICH: Objection. Lack of foundation. |
| 19   electronic devices. | 19   THE WITNESS: Yeah. Like I said, any |
| 20   MR. DAMICH: Objection. That misstates | 20   development on any project, things change along the |
| 21   testimony, but you can continue. | 21   way. There may have been reasons, but I don't know |
| 22   BY MS. AUKERMAN: | 22   what those are. |
| 23   Q. Ms. Morris testified that this provision of the | 23   BY MS. AUKERMAN: |
| 24   contract has not been -- let me put it this way. | 24   Q. So you don't know if someone at MSP decided, "Hey, we |
| 25   Ms. Morris testified that the system does | 25   don't need this anymore on the contract. Coplogic, |
| Page 283 | Page 284 |

71 (Pages 281 to 284)

Beatty, Steve
6/6/2023

1    you just don't have to comply with this part of the
2    contract"?
3    A. Well, again, I think whether we want to pursue a
4       violation for a breach of contract or a breach has
5       even occurred would be a conversation we'd have with
6       our own attorneys internally, and we would decide
7       whether the breach is material in some way, shape, or
8       form. Whether those discussions happened or didn't
9       happen, I have no idea.
10   Q. Do you know if there's a formal modification of the
11      contract?
12   A. I'm not aware. I don't recall.
13   Q. Let's look at page 52. This is Specification 7.3.
14      This requires an interface between the SOR database
15      and the Secretary of State database so that vehicle
16      registration at the Secretary of State gets
17      pre-populated into the registry database. Do you see
18      that?
19   Q. I see it.
20   Q. And Ms. Morris testified that this interface has not
21      been created.
22         Do you know if there's such an interface
23      between the MSOR database and the Secretary of State
24      for vehicle information?
25   A. No.

Page 285

1    Q. Do you know whether someone at MSP made a decision
2       that Coplogic didn't need to comply with this contract
3       provision?
4    A. Well, I don't know whether it's a not lack of
5       compliance 'cause now you're talking about Michigan
6       State of Secretary information. So it could very well
7       be that we had designs to do this, and we liked it.
8       But when someone reached out to Secretary of State,
9       maybe they said no.
10         So I don't have any position as to -- well,
11      while I appreciate the, you know, diligence in making
12      sure that our contractual rights are being upheld, I
13      would focus on what the registry requires us to do,
14      and are we complying with the statute with regards to
15      the legal requirement. So I have no position as to
16      why this isn't corrected or the reasons why it wasn't
17      or whether it's even capable of doing it.
18   Q. Okay. Let's talk about the public website. Now, when
19      the Michigan State Police switched to the new Coplogic
20      system, that changed the public website, correct?
21         The way that users see -- what users see
22      when they use the public website.
23   A. I know in many ways it still looks similar, but, yeah.
24      It's a new system, yes.
25   Q. Do you know what changed?

Page 286

1    A. Not offhand.
2    Q. Okay. Do you know who was involved in deciding what
3       changes should be made --
4         MR. DAMICH: Objection. Foundation.
5    BY MS. AUKERMAN:
6    Q. -- on the website?
7    A. I would say the same internal ad hoc players that we
8       previously discussed coming together, reaching a
9       consensus, and then whatever that consensus is the
10      decision that was made by the department in that
11      regard.
12   Q. Now, whenever you design a website you have to make a
13      variety of different design choices. Is that fair to
14      say?
15         MR. DAMICH: Objection. Speculation.
16         THE WITNESS: I've never designed a website.
17   BY MS. AUKERMAN:
18   Q. What's that?
19   A. I've never personally designed a website, so I don't
20      know.
21   Q. Well, I mean, is it fair to say you have to decide,
22      you know, is the color gonna be -- background color
23      gonna be gray or blue or green?
24   A. Yeah. That's style stuff. I would look at it from
25      the standpoint of what does the registry say has to be

Page 287

1    on the public-facing website. Does -- whatever it is
2    we're creating, I don't care what the color is. Does
3    it have the information that's required under the
4    statute? And if the answer is yes, then I'm satisfied
5    that the website, regardless of color choice, is
6    legally compliant.
7    Q. So your position is that -- if I understand you
8       correctly -- as long as the information required to be
9       posted by statute is on the registry, it doesn't
10      matter what the registry looks like?
11         MR. DAMICH: Objection, improper
12      characterization.
13         THE WITNESS: Again, from my perspective of
14      this, when I look at some question that's being asked,
15      if the question is what information is expressly
16      required to be on the public website, then that
17      clearly has to be on there. If the statute says
18      certain information is expressly prohibited from being
19      on the website, then I would want to make sure that
20      that information is not publically available.
21         I think in and around that, it's some degree
22      of discretion as to how it looks or other information
23      that is not expressly prohibited but makes sense that
24      it's consistent with what we are putting on the
25      website. There may be certain things that fit within

Page 288

72 (Pages 285 to 288)

Tri-County Court Reporters
248-608-9250

Beatty, Steve
6/6/2023

1   that category as well.  But there's things that we are
2   prohibited from putting on the public website, and
3   there's things that are required to be put on the
4   public website.
5        If you can point to a specific thing and we
6   want to go point by point on the statute, then I'd
7   have a better idea of what you're talking about.
8   BY MS. AUKERMAN:
9   Q.  So let's take a look at this.  This is Exhibit 29.
10      This is the Michigan Sex Offender Registry's initial
11      search page.
12           (Plaintiffs' Exhibit No. 29 was marked.)
13  BY MS. AUKERMAN:
14  Q.  Do you see that?
15  A.  I do.
16  Q.  Do you recognize that?
17  A.  It's been a while since it's been out, but, yeah, it
18      looks familiar.
19  Q.  Okay.  So at the top of the page there's a statement
20      that says:
21           "This registry is made available through
22      the Internet with the intent to better assist
23      the public in preventing and protecting
24      against the commission of future criminal
25      sexual acts by convicted sex offenders."

Page 289

1   Do you know who wrote that statement?
2   A.  I don't.  That's just an editorial stylist statement.
3   Who wrote it?  I don't -- I don't know.
4   Q.  Do you know who decided that it should be on the main
5   search page?
6   A.  Well, can you go the introductory section of the Sex
7   Offender Registration Act itself because I think
8   there's some language in there that's along the same
9   lines?  The purpose statement of the act, I think
10  there's something along there that -- it may not be
11  verbatim, but it does the same spirit.  Again, it's
12  been a while since I looked but...
13  Q.  Yeah.  I mean, I see that language.  I can share it
14  with you if you want, but there's no --
15  A.  Yeah, please do.  I'd be interested.  In light of the
16  question you asked, please share it.
17  Q.  Yeah.  I can share that.  Give me a second.
18       Do you see that?
19  A.  Yes.  That's the language I'm thinking of.
20  Q.  Okay.  So --
21  A.  Just for the record, that's MCL 28.721a that you
22  showed me on the screen, correct?
23  Q.  Yes.  Yeah, that's correct.
24       So just to be clear, there's not -- you're
25  not aware of anything in the statute that requires

Page 290

1   that language to be posted on the registry, correct?
2   A.  Requires to be posted, no, but I believe it's entirely
3       consistent with the purpose of the act that created
4       the registry as taken from the purpose statement.
5   Q.  So, I mean, you testified before that you -- your
6       general mode of operation is not to do anything that's
7       not required by the statute, but here you have
8       something that's not required that you decided to put
9       on the statute.  Is that accurate?
10  A.  No, it's not accurate.  I think what I testified as it
11      relates to this line of questioning is legally, I work
12      from the standpoint of what's legally required to be
13      on there, the public website, what's prohibited from
14      being on the public website.
15           I think when you said, you know,
16      stylistically who decides what's on there and colors
17      and stuff, certainly, this type of information would
18      fit into that category of a stylistic.  I don't have a
19      concern or objection if it's on there, and I don't
20      have a concern or objection if it's not on there.
21           I thinks it's an accurate reflection of the
22      legislature's intent and purpose as stated expressly
23      in the statute, and it's entirely consistent with
24      Michigan State Police in maintaining a registry under
25      that statute.  Preferably, if you ask me --

Page 291

1   Q.  Yeah, I want --
2   A.  -- put the entire purpose statement on the website,
3       but that doesn't really read real well.
4   Q.  Yeah.  What I'm trying to understand here is who's
5       making the choices behind how the public interacts
6       with the registry.
7            So someone had to make a choice about what
8       is on the home -- the front page, and on the front
9       page here we see two different types -- actually we
10      see five different types of searches that can be done:
11      search the registry, see a neighborhood map, show a
12      list of all published offenders, show a list of all
13      incarcerated offenders, and show a list of all
14      non-compliant offenders.
15           Who made the decision that those are going
16      to be the things that are available on the front page?
17           MR. DAMICH:  Objection.  Form.  Foundation.
18      Compound.  Ambiguous.  Arguably, it bleeds into the
19      deliberative process privilege as well.
20           THE WITNESS:  And I would agree.  So the
21      same stakeholders internally that have an opinion,
22      whether -- maybe there's input from the enforcement
23      side, from the SOR Unit side, from legal through the
24      attorney general's office.  The same players we talk
25      about get in and deliberate and throw things in and

Page 292

73 (Pages 289 to 292)

Beatty, Steve
6/6/2023

1  people add and subtract or suggest.  But at the end of
2  the day, a consensus is reached.  Are we all good with
3  this being the page?
4        Personally, I'll look at it.  Is there
5  anything in here that's legally prohibited?  Do we got
6  everything I believe we're required?  Other than that,
7  is everybody good?  Yes.  Whatever went into making
8  the software in that situation, the final product is
9  the determination of the department.  So who made it?
10  It involved a number of players.  It was consensus
11  that that was the right decision to make, and the
12  department's decision is what it is.  What you see is
13  the department's decision that was made by the
14  department.
15  BY MS. AUKERMAN:
16  Q.  So the department -- when you talk about "the
17  players," are you talking now again about the attorney
18  general's office or are you -- who were "the players"
19  who were involved in making this decision?
20        MR. DAMICH:  Objection.  Asked and answered.
21        THE WITNESS:  This, again, when I say
22  "players," it could be in large part or small part.
23  So I can tell you that I was not actively involved in
24  the overall design of the page.  I don't believe the
25  overall design of the page at specific -- you know,

Page 293

1  asked and involved by members of the attorney
2  general's office, the same players.
3        It may be through a conversation I had with
4  some of the AG's office of, hey, make sure it's -- you
5  know, did you make sure it has this as required by the
6  statute?  And then maybe there was a communication
7  that says, "Hey, does it have this?"  That may have
8  originated from some specific place, but at the end of
9  the day, the product is what the product is.
10  BY MS. AUKERMAN:
11  Q.  So, for example, the home page allows the person to
12  click on a list of all non-compliant offenders.
13        Are you aware of any information in the
14  statute that requires the MSP to put that on the
15  internet?
16  A.  I'm not aware of anything that prohibits it.
17  Q.  Okay.  Who made the decision that that would be
18  something that would be available on the home page?
19        MR. DAMICH:  Objection.  Lack of foundation,
20  and also it starts bleeding into deliberative process
21  privilege as well.
22        THE WITNESS:  Yeah, I don't recall that.  I
23  can tell you that when the transition was made from
24  OffenderWatch to the new system, as a general matter,
25  one of the concerns were under OffenderWatch -- well,

Page 294

1  let me -- the new system if someone is going to mark
2  somebody as non-compliant, much like someone accessing
3  LEIN or any another protected system.  The new system
4  has the ability to track who that person is.  So
5  there's accountability.
6        If someone is going to mark someone, take
7  the step of saying this person is non-compliant, we're
8  talking about someone who has the authority to do that
9  within the system, then it enables, whether it's SOR
10  staff or a prosecutor's Web.  Or if you go to that
11  person if necessary and say what is the basis of this
12  determination 'cause, again, ultimately it's gonna
13  have to be able to demonstrate a willful violation.
14        So with the new system, if someone is marked
15  as non-compliant, that is based on the ability of
16  someone who is identifiable making a determination of
17  non-compliance.
18  BY MS. AUKERMAN:
19  Q.  We're getting far afield from my questions which are
20  really about how the -- how decisions are made about
21  what goes on the registry on the public interface.
22        So let's look at another document here.
23  This is Exhibit 30.  This is a map that I pulled off
24  the registry, so I basically mapped .25 miles from my
25  office.

Page 295

1        (Plaintiffs' Exhibit No. 30 was marked.)
2  BY MS. AUKERMAN:
3  Q.  Can you see that there are little icons here for
4  different people --
5  A.  Yes.
6  Q.  -- who are on the registry?
7  A.  Yes.
8  Q.  Okay.  Do you know who made the decision that that's
9  the way people should be represented?
10        MR. DAMICH:  Objection.  Form and
11  foundation.
12        THE WITNESS:  Yeah, I don't -- I don't know.
13  BY MS. AUKERMAN:
14  Q.  Okay.  So let's look at another one, then, here.
15  A.  Can you click on one of those, so I can -- I'm sorry.
16  Q.  You know, I can't do it actively, but I'll show you
17  the next screen does that.
18        (Plaintiffs' Exhibit No. 31 was marked.)
19  BY MS. AUKERMAN:
20  Q.  So you can see where we've redacted these documents
21  for the privacy of registrants, but this is
22  Exhibit 31.  This is another version of the map.
23  After clicking on one of the tabs of an individual
24  here, you can see that you just click on the tab and a
25  person's face shows up.

Page 296

74 (Pages 293 to 296)

Beatty, Steve
6/6/2023

| | |
|---|---|
| 1       Do you see that? | 1   Q. Okay. Let's look at another window. Let me look at |
| 2   **A.** Yes. | 2      this individual's registrant page. |

Q. Okay. Let's look at another window. Let me look at this individual's registrant page.

**Left column — Page 297:**

1       Do you see that?
2   **A.** Yes.
3   Q. Okay. The statute says that there could be a
4      photograph on the website, correct?
5   **A.** I believe so, yes.
6   Q. But the statute doesn't require the website to have a
7      pop-up picture of a person integrated into a map,
8      correct?
9   **A.** Again, I think these questions and decisions -- does
10     it expressly say that? No, I don't believe it does.
11     But I think a lot of these decisions are made while
12     reading the purpose statement that we previously
13     identified. Our task, the legislature task, that's
14     creating a website consistent with that purpose
15     statement. So I think the better question is these
16     little added features that are not expressly
17     prohibited or expressly required, does it,
18     nevertheless, fit within the purpose statement as
19     directed by the legislature of what we're supposed to
20     do with this registry. And I believe it does.
21   Q. So the MSP made a decision that they wanted to have
22     pop-up pictures on maps on the public registry,
23     correct?
24   **A.** Well, obviously, if that's what the website does, then
25     that's the determination that was made.

Page 297

**Right column — Page 298:**

1   Q. Okay. Let's look at another window. Let me look at
2     this individual's registrant page.
3      MS. AUKERMAN: This is Exhibit 32.
4      (Plaintiffs' Exhibit No. 32 was marked.)
5      (At 3:45 p.m., Mr. Jamison joins the
6      videoconference.)
7   BY MS. AUKERMAN:
8   Q. So we look at this individual's registrant page. Do
9     you see that?
10   **A.** I do.
11   Q. Do you see at the box up at the top there the buttons
12     for "Track Offender" and "Map Offender"?
13   **A.** Yes.
14   Q. Do you know who decided that those buttons should be
15     available on the person's individual page?
16      MR. DAMICH: Objection. Form. Foundation.
17     And you're starting to, again, tow the line of
18     deliberative process privilege.
19      Also, for the record, I need to step away
20     for a few minutes to go pick up a child. AAG Eric
21     Jamison is now online, so he'll be putting forth the
22     objections until I return.
23      MS. AUKERMAN: Okay. That's fine.
24   BY MS. AUKERMAN:
25   Q. Okay. Do you see that this entry lists the person's

Page 298

**Left column — Page 299:**

1     compliance status?
2   **A.** Yes.
3   Q. Okay. Do you know if compliance status is something
4     that is required by statute to be put on the public
5     website?
6   **A.** Without reviewing the act, as far as a specific
7     requirement, but, again, I believe it's not prohibited
8     and it's consistent with the purpose. And I'm
9     comfortable saying that.
10   Q. The website also lists the reasons for -- are you
11     aware that the website lists reasons for non-compliant
12     when a registrant is non-compliant?
13   **A.** I believe so. But as I mentioned previously, when we
14     switched to the new system, that system requires the
15     identification of the person who makes that mark, so
16     there's no ability to anonymously flag someone who is
17     non-compliant as someone much like accessing LEIN or
18     anyone else. We can track it, and then we can reach
19     out if additional information is needed.
20      When the switch was made to the new system,
21     I think -- I believe that all prior, anyone who was
22     marked as non-compliant under the prior system at some
23     point in time was simply swept forward as --
24   Q. Yeah. Again, we're getting really far afield from my
25     question.

Page 299

**Right column — Page 300:**

1      So let's -- do you know who made the
2     decision that this compliant information would be
3     posted on the MSP website?
4   **A.** No. Other than if it's on here, it was the consensus
5     decision of the department, and it was the
6     department's decision to put this on here.
7   Q. Okay.
8      MR. DAMICH: Sandra, while she's formulating
9     the next question, do you have an idea how long we've
10     been on the record so far?
11      (From 3:48 p.m. to 3:48 p.m., discussion
12     held off the record.)
13      (Plaintiffs' Exhibit No. 34 was marked.)
14   BY MS. AUKERMAN:
15   Q. So let's look at Exhibit 34. These are FAQs that are
16     available on the registry website.
17      Do you know who wrote these?
18   **A.** I think we've historically had some degree of FAQs. I
19     think their SOR Unit, someone there presumably drafted
20     them. They may be based on questions that have come
21     up over time. And if there were questions about an
22     individual, it may have come up for feedback from
23     legal. But, again, if that's publically available,
24     that is the department's determination of the
25     information we're comfortable sharing as the FAQs.

Page 300

75 (Pages 297 to 300)

Beatty, Steve
6/6/2023

**Page 301**

1  Q. Okay. And so these FAQs explain things like how to
2  track registrants, how to do geographic searches, how
3  to report someone if you believe they violated SORA,
4  correct?
5  A. Correct. This is on the public safety website.
6  Again, it's been a while since I've looked at that,
7  right, but that's...
8  Q. So the MSP is not posting FAQs that's designed for
9  registrants, correct?
10  A. Well, again, I'm asking. I'm not aware. Is this off
11  the MSP website, or is this the --
12  Q. This is off the MSP website, yes
13  A. Then we have made a publically available source for
14  information for offenders through our transparency in
15  the public website of the department.
16  Q. I'm sorry. So there's no FAQ for registrants,
17  correct?
18  A. Yes. If this is publically available, there's an FAQ
19  for registrants.
20  Q. This has questions designed for the public, the
21  general public. It does have questions.
22  Does it explain how you can get your fees
23  waived if you're indigent?
24  A. Again, we don't give legal advice. So when they -- an
25  offender reaches out, if they were to reach out to us

**Page 302**

1  for question, they would be directed to contact their
2  own attorney. The information required to report is
3  on Explanation of Duties which they sign and verify
4  every time they come in.
5  Q. Okay. Let's talk about the tools available to law
6  enforcement.
7  Can you list for me what databases are
8  available to law enforcement for investigative
9  purposes?
10  A. Nope. I'm not an enlisted member of the department
11  so...
12  Q. Does -- let's see. Do members of the department have
13  access to LEIN?
14  A. Some do.
15  Q. Do members of the department have access to vehicle
16  information like through the Secretary of State?
17  A. Some do.
18  Q. Do members of the department have access to employment
19  information about people they're investigating?
20  A. What database -- what information? Are you talking
21  about publically available information search?
22  I mean, what information would be --
23  employment information would you think that we would
24  have access to?
25  Q. I'm asking you what kind of information about

**Page 303**

1  employment.
2  A. I mean, we have an intelligence operations center, so
3  there's investigative resources that are out there; I
4  suppose. When I represented that, you know, we don't
5  need the database, my source of reference for that
6  actually goes back to a meeting which I believe you
7  were a part of that Major Girotni (phonetic)
8  accompanied me to in these early stakeholder meetings
9  where he made the point quite clear 'cause you kept
10  saying, "Well, we'll leave it as a nonpublic, so that
11  it's accessible for law enforcement use."
12  And Major Girotni is one of highest enlisted
13  members of the department. And the chief of staff to
14  the colonel said, "The Michigan State Police does not
15  need the database to do our job. So please stop
16  looking out for our interest that we need the database
17  to do our job."
18  That was the source of my statement that we
19  don't need the database to do police work.
20  Q. Okay. I want to talk a little bit about other sources
21  of criminal history information.
22  MSP also makes criminal history information
23  available to the public through the internet criminal
24  history access tool ICHAT. Is that right?
25  A. Some. Yes, some criminal.

**Page 304**

1  Q. And that's not limited to sex offenses, correct?
2  A. Correct. It's limited to fingerprint-based publically
3  available conviction information.
4  Q. Okay. And it provides arrest and charge information,
5  correct?
6  A. For fingerprint-based arrest, charge, conviction
7  information that is otherwise publically available,
8  yes. Michigan, yes.
9  Q. And there's a cost to access that, correct?
10  A. I haven't looked on the website in a while, but I
11  assume there is. I know there's provisions for
12  nonprofits and other entities to be able to get access
13  to certain information.
14  Q. And then the Michigan Department of Corrections has a
15  website called Offender Tracking Information System,
16  OTIS; is that right?
17  A. I believe so.
18  Q. Okay. And that provides criminal history information
19  about people who or have been under the jurisdiction
20  of MDOC; is that right?
21  MR. DAMICH: Objection. Lack of foundation.
22  THE WITNESS: I don't have personal
23  knowledge. I know that I've personally have searched
24  OTIS, but I don't think that's a system we maintain.
25  I think it's their system processing their offenders

Beatty, Steve
6/6/2023

| | |
|---|---|
| 1  as they come in, and they're putting their publically | 1  Q. Do you know if you can do that on OTIS? |

1   as they come in, and they're putting their publically
2   available information on their public website.
3   BY MS. AUKERMAN:
4   Q. When you searched it, has there been a charge for you
5      to search it?
6   A. For...
7   Q. I mean, is it free to use?
8   A. OTIS, yeah. I don't recall a charge for using OTIS.
9      But, again, those are offenders who are actively or
10     previously under the jurisdiction of the Department of
11     Corrections.
12  Q. Okay. And it has photographs, correct?
13  A. It's been a while since I've done it, but I believe
14     so, yes.
15  Q. And you can do a name-based search, correct?
16  A. It's been a while since I used it, but presumably,
17     yes.
18  Q. And it's not limited to sex offenses, correct?
19  A. Again, I don't know what it's limited to. That's
20     their system.
21  Q. The registry has a mapping function where you can put
22     in your address and pull up information about
23     registrants in your area.
24        Do you know if you can do that on ICHAT?
25  A. I -- I don't think so, but I don't know.

Page 305

1   Q. Do you know if you can do that on OTIS?
2   A. I don't know.
3   Q. Okay. Does Michigan have laws that require background
4      checks for people working in particular fields such as
5      childcare?
6   A. To my understanding, yes.
7   Q. Does Michigan have a workforce background check
8      program that provides for comprehensive finger-based
9      (sic) background checks in certain jobs that involve
10     children and the elderly?
11  A. I don't believe so. I'm not positive. I mean, I know
12     there's all kinds of different alphabet acronyms for
13     different things and different systems and different
14     checks. But I'm aware that there are statutes that
15     allow for background checks for certain areas of
16     businesses, and, presumably, there's a process for
17     doing that.
18        Just like us as attorneys, we go get
19     fingerprinted, and we get our background check done,
20     right. There's limitations on when you can access
21     criminal justice information, and so any access to
22     criminal justice information is defined under the CJIC
23     policy, and the CJIC's administrative rules would be
24     dictated by those rules.
25  Q. Okay. And the public can also do private background

Page 306

1   checks, correct, through a private background check
2      company?
3   A. I would suppose. I mean, whoever is accessing -- a
4      background check can include different types of
5      information. So if it's CJIC, C-J-I-C --
6   Q. Publically available criminal history information?
7   A. Yeah. Yeah, I guess. I have no reason to dispute
8      that.
9        MS. AUKERMAN: Okay. Let's take a five- or
10     ten-minute break.
11       THE WITNESS: If you're close to being done,
12     I'd just assume keep going.
13       MS. AUKERMAN: I just need a minute to
14     determine if I have any further questions, so we're
15     going to take a five-minute break.
16       (From 3:56 p.m. to 4:00 p.m., recess was
17     taken.)
18  BY MS. AUKERMAN:
19  Q. I just have a couple of last questions. So you've
20     talked a lot today about how the Michigan State Police
21     simply maintains their registry and isn't responsible
22     for determinations under the statute.
23       I wanted to look at -- go back to Exhibit 8.
24     I'll share my screen with that. Do you see that?
25  A. Not yet.

Page 307

1   Q. Do you see it now?
2   A. Yes.
3   Q. Okay. So this is the SOR operating procedure for
4      pending review cases that we talked about earlier,
5      SOR-OP-315, and it describes what the procedures are
6      that the SOR Unit takes when a new registration comes
7      in.
8        Do you see under offenses that it says,
9      "Confirm the offense is one that requires registration
10     under the Sex Offender Registration Act"?
11  A. Yes.
12  Q. So that is a step that they take in the process of
13     registering individuals, correct?
14  A. Clarify is that I previously testified I wasn't
15     familiar with this procedure or process. But when I
16     say the MSP is not making the determination, that
17     doesn't mean we're not making our own responsibilities
18     to maintain the registry and put people where we think
19     that they reasonably should be.
20       What I'm talking about determination is to
21     the extent someone looks to MSP and says, "Well, MSP
22     says I have to register," or "MSP says I don't have to
23     register," that is not a deter-- and that's somehow
24     legally binding one way or the other, that's not MSP's
25     responsibility. It's the registrant's obligation to

Page 308

77 (Pages 305 to 308)

Beatty, Steve
6/6/2023

| | |
|---|---|
| 1   comply with the act. | 1   A. If you can scroll down, so I could see.  I don't |
| 2        We do our best to maintain a registry, and | 2      see -- normally I would see the issue date. |
| 3   in that effort, we make our determination to do that | 3   Q. This is Form MC 219. |
| 4   to the best of our ability.  Whether someone -- as | 4   A. Yeah, but normally somewhere on these forms, the SCAO |
| 5   I've mentioned previously on several occasions, even | 5      has a date of which the form was created or valid, |
| 6   if we tell someone they don't have to register, they | 6      right.  And usually -- I could have sworn it was at |
| 7   could still be successfully prosecuted for violating | 7      the top, but usually there's something. |
| 8   the act if a willful violation is demonstrated, | 8   Q. This is one I just pulled off while we were talking. |
| 9   regardless of your opinion. | 9   A. Okay.  Maybe they stopped doing it. |
| 10        That's the point I'm making when I say we | 10  Q. It shows that it was revised 6/23? |
| 11  don't make determination.  It's not a defense for a | 11  A. There we go.  That's what I'm looking for. |
| 12  registrant to say MSP said I don't have to register, | 12  Q. Okay.  And do you see here under No. 5 there's a box |
| 13  so this prosecutor has no authority to prove a willful | 13     for "sex offender registration is required and has |
| 14  violation.  That's simply not true.  The prosecutor | 14     been completed"? |
| 15  gathers evidence, presents it, and then demonstrates a | 15  A. I do see that. |
| 16  willful violation regardless of what our opinion is. | 16  Q. Okay.  So this is something that is on the judgment of |
| 17  Q. You talked earlier about how determinations about | 17     sentence, correct? |
| 18     whether someone needs to register are made at the time | 18  A. Yeah, I -- this has been revised June 23rd (sic), so |
| 19     time of sentencing, and I wanted to show you the | 19     this is the first I'm seeing it.  I'm familiar with |
| 20     judgment, just a standard judgment of sentence that's | 20     the form generally.  I'm not sure if there are |
| 21     used in Michigan Courts. | 21     specific differences between this and the previous |
| 22        MS. AUKERMAN:  This is Exhibit 35. | 22     edition.  But, yes, I would say that's consistent with |
| 23        (Plaintiffs' Exhibit No. 35 was marked.) | 23     the statute. |
| 24  BY MS. AUKERMAN: | 24  Q. So this is what you were talking about before when you |
| 25  Q. Do you see that? | 25     said that whether or not a person has to register is |
| Page 309 | Page 310 |
| 1   decided in the criminal case as part of the sentence? | 1      sentence.  And the hearing process is at the front |
| 2   A. For a Michigan conviction what I said was the -- SOR | 2      end.  I believe it was part of the 2011 amendments |
| 3      talks about the registration requirements.  It says | 3      that says -- |
| 4      the probation officer "shall" initiate the | 4   Q. Are you referring to the hearings in consent cases, or |
| 5      registration process.  It says the court "shall" make | 5      just about the consent? |
| 6      the determination on registration prior to upholding | 6   A. Yes, that's one as far as consent, yes. |
| 7      sentence, and that the registration must be completed | 7   Q. But are you aware of any provisions for hearings in |
| 8      prior to the execution of sentence. | 8      general? |
| 9        So this, I think, reflects the court's | 9   A. Again, that's a -- the statute says, you know, upon |
| 10     ensure -- certifying are ensuring that that statute | 10     conviction a person shall register for these offenses. |
| 11     was complied with.  SOR also says that prior to | 11     It creates a process that they believe there's a basis |
| 12     sentence, the registrant themselves had guaranteed a | 12     not to register, so they're guaranteed the protection |
| 13     right to have a hearing in front of a judge to | 13     to make sure they fall within and can have that |
| 14     determine, hey, I don't have to register, or I | 14     exclusion adjudicated even over the objection of a |
| 15     shouldn't have to register.  They're guaranteed that | 15     prosecutor and -- but if it doesn't fit within that, |
| 16     right prior to sentence, and the court is required to | 16     then the statute speaks for itself. |
| 17     offer due process an opportunity to be heard to make | 17  Q. Okay. |
| 18     that determination before ever checking that box. | 18  A. A person convicted of this offense shall be the |
| 19  Q. What statute are you referring to there? | 19     following.  I don't think you have any right to a |
| 20  A. Pardon me? | 20     hearing for that.  It's like saying I have a right to |
| 21  Q. What statute are you referring to there? | 21     a hearing as to whether the judge can send me to |
| 22  A. The -- it's the SOR itself.  It talks about -- I | 22     prison on a felony firearm because the statute says, |
| 23     forget what specific section, but it talks about prior | 23     if convicted, you're going for two years consecutive. |
| 24     to sentence, the probation officer "shall" register, | 24        I don't think you'll get a hearing on that. |
| 25     and the court "shall" impose registration prior to | 25     It's pretty clear what's going to happen, and the |
| Page 311 | Page 312 |

78 (Pages 309 to 312)

Beatty, Steve
6/6/2023

1    statute is pretty clear.  If you're convicted of these
2    listed offenses as defined in the statute, you have an
3    obligation to register, and the court has to make sure
4    that occurs before --
5    Q.  So there's no hearing that the statute requires --
6    clearly provides for registration.  Is that what
7    you're saying?
8    A.  Again, I think the statute speaks for itself.  If
9    registration is required, it has to be part of a
10   judgment of sentence.
11   Q.  Okay.  Looking --
12   A.  If it's not part of the judgement of sentence, then I
13   believe there's a period of time which even if it was
14   required, you can't require it.
15   Q.  I just want to make sure we get through this.
16       So the judgment of sentence that I'm showing
17   you, it indicates a sex offender registration is
18   required.  Does it indicated what tier the person is
19   on?  It doesn't; does it?
20   A.  No, but we've got 15 years to figure out if it's the
21   right one; I suppose.
22   Q.  Right.  But that's not a determination the court is
23   making, correct?
24   A.  Again, it's the reg-- you have the obligation to
25   register.  The offense is for a Michigan listed

Page 313

1    offense.  I think we're pretty clear as to where those
2    tiering falls if it's a Michigan listed offense
3    because the statute says a person convicted here is
4    Tier I.  A person convicted of this is Tier II, and so
5    on.  So the statute is pretty --
6    Q.  What I'm trying to clarify, Mr. Beatty, is that you're
7    saying that these determinations are not made by the
8    Michigan State Police, and that probation and others
9    are responsible for registration.
10       Does probation determine what a person's
11   tier length is?
12   A.  No.  The statute does.
13   Q.  The statute does, but that is something that the
14   Michigan State Police in the process of registering
15   people identifies what you -- the Michigan State
16   Police believes to be the correct tier determination,
17   correct?
18   A.  We read the statute.  When it says this conviction of
19   this offense requires this tier level registration,
20   and maintaining a registry is required by the statute,
21   that's the tier that pops up on the computer.
22       This is really straightforward.  I don't
23   think -- I think anyone who can read, write, and
24   understand the English language can point to this is
25   what is I was convicted of.  Where does it say I have

Page 314

1    to register?  Oh, there's that citation.  It says I'm
2    a Tier I, or a Tier II, or a Tier III.  And then I can
3    look at the explanation of reporting duties based on
4    that tier, and do what I'm required to do.
5        (At 4:09 p.m., Mr. Damich rejoins the
6        videoconference.)
7    BY MS. AUKERMAN:
8    Q.  So the Michigan --
9    A.  -- that says I disagree with the statute for getting a
10   hearing, yeah, I think that's ridiculous.
11       MS. AUKERMAN:  Okay.  I think I'm done.
12   Thank you.
13       MR. JAMISON:  Okay.  Sandra, do you have the
14   time?
15       THE REPORTER:  Yeah.  It was -- including
16   our breaks, it was six and a half hours, and then we
17   were on the record for another ten minutes just right
18   now.
19       MR. JAMISON:  Okay.  Miriam, do you have any
20   reason to dispute her math there?
21       MS. AUKERMAN:  Let me just check.  I know
22   Dayja has been keeping time.
23       Dayja, does that sound right to you?
24       MS. TILLMAN:  Yeah, that sounds right to me.
25       MS. AUKERMAN:  So it's about 20 minutes

Page 315

1    left?
2        MS. TILLMAN:  Um-hmm.
3        MR. JAMISON:  And then my understanding is,
4    Miriam, that you reserved the right to -- or you
5    reserved the -- or you left the deposition open.
6        What areas are you leaving the deposition
7    open for?
8        MS. AUKERMAN:  I'm gonna have to go back and
9    look at my notes on that, but there were -- I can send
10   you an email afterwards about that.
11       MR. JAMISON:  Okay.
12       THE WITNESS:  I'm happy to take a break now
13   if she wants to review her notes and make a record of
14   what areas rather than come back at a different time.
15   I'm good if we need another ten minutes for her to
16   review her notes and decide what areas.
17       Eric, you weren't part of the earlier part
18   of deposition, but I would like that to be stated now.
19       MS. AUKERMAN:  Do you guys have any
20   questions?
21       MR. DAMICH:  I have no follow up.
22       MS. AUKERMAN:  Okay.  Then we can take a
23   minute and go off the record again.
24       MR. DAMICH:  Okay.
25       (From 4:11 p.m. to 4:16 p.m., recess was

Page 316

79 (Pages 313 to 316)

Beatty, Steve
6/6/2023

| | | |
|---|---|---|
| 1 | taken.) | |

```
 1          taken.)
 2          MS. AUKERMAN:  Just for the record, the two
 3    areas where we're keeping the deposition open.
 4    There's another -- there are other depositions
 5    scheduled with respect to 30(b)(6), but with respect
 6    to the topics covered in this deposition, the ones
 7    that we are keeping open are the determinations
 8    regarding out-of-state individuals and their
 9    classification to Mr. Beatty's unwillingness to answer
10    questions with respect to examples of out-of-state
11    classification decisions.
12          And then the second area is despite repeated
13    requests, we were not provided with final copies of
14    the letters with respect to Lymon.  Mr. Beatty stated
15    that he was not sure if those were final copies, and
16    that, obviously, affected the questioning in that
17    area.  So we'll have to determine once we receive the
18    final letters whether we need to revisit that issue.
19          MR. DAMICH:  All right.
20          MS. AUKERMAN:  Okay.  Go off the record.
21          (At 4:17 p.m., the deposition concluded.)
22    //
23    //
24
25
```

Page 317

```
 1    STATE OF MICHIGAN      )
 2                          )  ss:
      COUNTY OF OAKLAND     )
 3
 4          I, Sandra Apley, Certified Shorthand
 5    Reporter, a Notary Public acting for the County of
 6    Oakland, State of Michigan, do hereby certify that the
 7    testimony of STEVE BEATTY, whose attached deposition
 8    consisting of 317 pages, was taken before me in the
 9    above-entitled matter and was by me duly sworn at the
10    aforementioned time and place; that the testimony was
11    stenographically recorded in the presence of said
12    witness and afterwards transcribed by computer under
13    my personal supervision; and that the said deposition
14    is a full, true, and correct transcript of the
15    testimony given by the witness.
16          I further certify that I am not connected by
17    blood or marriage with any of the parties or their
18    attorneys, and that I am not an employee of either of
19    them, nor financially interested in the action.
20
21
          _____
22        Sandra Apley, CSR-8838
          Oakland County, Michigan
          My commission expires: 06/08/2029
23
24    Completed and signed:  June 20, 2023
25
```

Page 318

80  (Pages 317 to 318)

Steve Beatty Deposition Exhibit 30

NEIGHBORHOOD SEARCH



Steve Beatty Deposition Exhibit 31

Neighborhood Search – Registrant



Steve Beatty Deposition Exhibit 32

Registry

