# Exhibit 76:

## Jami Selden-Manor Deposition Transcript



# TRI-COUNTY COURT REPORTERS INC.

(248)608-9250 Fax (844)270-7115
www.tri-countycourtreporters.com
depos@tricountyreporters.com

Transcript of the Testimony of
**Selden-Manor, Jami**

**Date:** June 12, 2023
**Volume:**

**Case:** JOHN DOES A, et al. v. GRETCHEN WHITMER, et al.

Printed On: June 26, 2023

**Page 1**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN DOES A, B, C, D, E, F, G,
H, MARY DOE and MARY ROE, on
behalf of themselves and all
others similarly situated,
      Plaintiffs,
vs.      Case No. 2:22-cv-10209
      Hon. Mark A. Goldsmith
      Mag. Curtis Ivy, Jr.
GRETCHEN WHITMER, Governor of
the State of Michigan, and COL.
JOSEPH GASPER, Director of the
Michigan State Police, in their
official capacities,
      Defendants.
_____

The Deposition of JAMI SELDEN-MANOR,
Taken via videoconference,
DeWitt, Michigan,
Commencing at 9:01 a.m.,

**Page 2**

The Deposition of JAMI SELDEN-MANOR,
Taken via videoconference,
DeWitt, Michigan,
Commencing at 9:01 a.m.,
Monday, June 12, 2023,
Before Heather DeMar, RPR, CSR-8951.

**Page 3**

APPEARANCES

DAYJA TILLMAN - P86526
and MIRIAM AUKERMAN - P63165
American Civil Liberties Union of Michigan
1514 Wealthy Street SE, Suite 260
Grand Rapids, MI 49506
616.301.0930
    Appearing on behalf of the Plaintiffs.

SCOTT DAMICH - P74126
Michigan Department of Attorney General
525 West Ottawa Street
Lansing, Michigan 48933
517.335.7573
    Appearing on behalf of the Defendants.

ALSO PRESENT:
AIMEE BRIMACOMBE - MICHIGAN STATE POLICE REPRESENTATIVE

**Page 4**

TABLE OF CONTENTS

Witness              Page
JAMI SELDEN-MANOR

EXAMINATION
BY MS. TILLMAN:        10

INDEX TO EXHIBITS

Exhibit           Page
(Exhibits attached to transcript.)

DEPOSITION EXHIBIT A    43
DEPOSITION EXHIBIT B    53
DEPOSITION EXHIBIT C    80
DEPOSITION EXHIBIT D    85
DEPOSITION EXHIBIT E    89
DEPOSITION EXHIBIT F    93
DEPOSITION EXHIBIT G    99
DEPOSITION EXHIBIT H    102

1 (Pages 1 to 4)

Selden-Manor, Jami
6/12/2023                                                          FIRM #8093

| | |
|---|---|
| 1    DeWitt, Michigan | 1    listed in that Notice.  Does that make sense? |
| 2    Monday, June 12, 2023 | 2         THE WITNESS:  Yes. |
| 3    9:01 a.m. | 3         MS. TILLMAN:  Perfect.  Perfect.  And so, |
| 4 | 4    have you ever had your deposition taken before? |
| 5         JAMI SELDEN-MANOR, | 5         THE WITNESS:  On a personal matter. |
| 6    was thereupon called as a witness herein via | 6         MS. TILLMAN:  On a personal matter.  When |
| 7    videoconference, where all parties stipulate to the | 7    was that? |
| 8    witness having first been duly sworn in remotely to | 8         THE WITNESS:  Around 2016. |
| 9    testify to the truth, the whole truth and nothing but | 9         MS. TILLMAN:  And it was a civil case? |
| 10   the truth, was examined and testified as follows: | 10        THE WITNESS:  Yes. |
| 11        MS. TILLMAN:  So good morning, my name is | 11        MS. TILLMAN:  Perfect.  Perfect.  And so, |
| 12   Dayja Tillman.  I'm an attorney for the plaintiffs in | 12   just -- I'm going to go over some basic rules just in |
| 13   this matter and I'll be conducting your deposition | 13   terms of the deposition, just in case you might have |
| 14   this morning.  Before we -- | 14   -- you may already know, you know, these rules, I want |
| 15        THE WITNESS:  Good morning. | 15   to put the reminders out there just so it's helpful |
| 16        MS. TILLMAN:  Good morning.  Before we jump | 16   for the way that the deposition proceeds. |
| 17   in, I wanted to kind of explain the purpose of today's | 17        So the first thing is I'll ask you to |
| 18   deposition.  As you probably know, it's a 30(b)(6) | 18   respond to my questions verbally.  The court reporter |
| 19   deposition.  So you've been designated by your | 19   can't take down non-verbal gestures or head nods.  So |
| 20   organization to speak on its behalf about matters | 20   even if it's a yes or no, it's usually best to answer |
| 21   relevant to this litigation that were specifically | 21   verbally, if that makes sense. |
| 22   outlined in the Notice of deposition that you should | 22        THE WITNESS:  You're cutting out.  I only |
| 23   have received. | 23   got half of that.  Was that my end? |
| 24        So you're here today just to share the | 24        MS. TILLMAN:  Was I cutting out for |
| 25   knowledge that the organization has about those topics | 25   everyone else?  I can just repeat it just in case it |
| **Page 5** | **Page 6** |

| | |
|---|---|
| 1    was your mic on your end. | 1    reporter can't take down non-verbal gestures and head |
| 2         THE WITNESS:  Thank you. | 2    nods.  Does that make sense? |
| 3         MS. TILLMAN:  So the first thing, first | 3         THE WITNESS:  Yes. |
| 4    rule is just make sure you respond to my questions | 4         MS. TILLMAN:  Perfect.  And the second |
| 5    verbally.  Because the court reporter can't take down | 5    ground rule is it's important that we don't talk over |
| 6    non-verbal gestures or head nods or anything like | 6    each other.  The court reporter is taking down every |
| 7    that.  If it's a yes or no question, it's best to | 7    word that we're saying.  So it's a lot easier for her |
| 8    answer verbally.  Does that make sense?  Did you hear | 8    to keep up with what we're saying if we are all |
| 9    it that time? | 9    speaking at once.  Sorry, my computer just started |
| 10        THE WITNESS:  You're freezing up on my end. | 10   going off.  I'll try my best to not talk over you and |
| 11   I might have to go to a different connection.  Let me | 11   hopefully you can do the same. |
| 12   go to my hotspot. | 12        And then third, I may ask you a question, |
| 13        MS. TILLMAN:  I assume it was okay for | 13   at that point you need some clarification.  If that |
| 14   everybody else still. | 14   happens, can you just ask me to clarify or rephrase my |
| 15        THE WITNESS:  I'm assuming it's mine.  I -- | 15   question and I'm -- I can try my best to do so. |
| 16   it just came up that it was freezing up.  So we have | 16        THE WITNESS:  Perfect. |
| 17   some bad weather here and we're on satellite so bear | 17        MS. TILLMAN:  And if you answer a |
| 18   with me. | 18   question, is it fair to assume you understood it? |
| 19        MR. DAMICH:  Off the record. | 19        THE WITNESS:  I'm sorry, what was that? |
| 20        MS. TILLMAN:  No problem. | 20        MS. TILLMAN:  If you answer a question, is |
| 21        (Off the record 9:04 a.m.) | 21   it fair to assume you understood the question? |
| 22        (Back on the record at 9:04 a.m.) | 22        THE WITNESS:  Yes. |
| 23        MS. TILLMAN:  Back on the record.  So | 23        MS. TILLMAN:  Perfect.  And throughout the |
| 24   just -- the first of the ground rules is just to try | 24   deposition today, your counsel may object to a |
| 25   your best to respond verbally, because the court | 25   question that I have asked.  Unless he instructs you |
| **Page 7** | **Page 8** |

Tri-County Court Reporters
248-608-9250

Selden-Manor, Jami
6/12/2023                                                                                    FIRM #8093

---

| | Page 9 | | Page 10 |
|---|---|---|---|

**Page 9**

1  not to answer the question, you should usually still
2  answer the question. Does that make sense?
3      THE WITNESS: Okay. Yes.
4      MS. TILLMAN: Perfect. And finally --
5      THE WITNESS: It's still coming up that my
6  bandwidth is low. So I'm not really sure. I'm on a
7  hotspot. There shouldn't be a problem. If I freeze
8  up, please let me know.
9      MS. TILLMAN: For sure. Thank you for
10 letting us know. Finally, if you at any point during
11 the deposition -- I don't intend this deposition to be
12 very long. If at some point you do need a break, you
13 should just feel free to ask for one.
14     The only thing I ask is if there's a
15 pending question out there, you just answer that
16 question first and then we take a break. Does that
17 sound fair?
18     THE WITNESS: Yes.
19     MS. TILLMAN: Perfect. Perfect. And since
20 we're doing this by Zoom, I did want to clarify, where
21 are you located today?
22     THE WITNESS: DeWitt, Michigan.
23     MS. TILLMAN: And is there anything in
24 front of you that you might be referring to over the
25 course of the deposition?

**Page 10**

1      THE WITNESS: I only got half of that, I'm
2  sorry.
3      MS. TILLMAN: No problem. Is there
4  anything in front of you at the moment that you might
5  be referring to over the course of the deposition?
6      THE WITNESS: No.
7      MS. TILLMAN: Gotcha. And is there anyone
8  there with you?
9      THE WITNESS: No. Everybody has been
10 kicked out of my room.
11     MS. TILLMAN: Perfect. And are you under
12 the influence of any medications or any other
13 condition that would impact your ability to answer
14 truthfully today?
15     THE WITNESS: No.
16     MS. TILLMAN: Perfect. Perfect. And I
17 want to make sure I'm saying your name correctly just
18 when I reference it, do you go by Ms. Selden-Manor or
19 by -- am I saying it wrong?
20     THE WITNESS: Ms. Selden-Manor, yes.
21     MS. TILLMAN: Perfect. Awesome. All
22 right.
23     EXAMINATION
24 BY MS. TILLMAN:
25 Q.  So did you do anything to prepare for your deposition

**Page 11**

1  today?
2  A.  I met with my staff, yes.
3  Q.  Did you do anything else?
4  A.  Yes.
5  Q.  What else did you do?
6  A.  I reviewed policy.
7  Q.  What policies did you review?
8  A.  Several, I couldn't name them all without having them
9     in front of me.
10 Q.  For sure. Were they related to the internal policies
11    and procedures kind of of the SOR unit generally?
12 A.  Yes.
13 Q.  Gotcha. And did you review anything else or do
14    anything else to prepare?
15 A.  No.
16 Q.  And aside from the policies and procedures that we
17    kind of just mentioned, did you review any other
18    documents that were related to the case at all?
19 A.  You were cutting out, I'm sorry.
20 Q.  No problem. Other than the policy that we just kind
21    of -- just briefly discussed, did you review any other
22    documents related to the case?
23 A.  Can I try another wi-fi connection.
24 Q.  Perfectly fine.
25 A.  Sorry.

**Page 12**

1      MS. TILLMAN: Off the record.
2      (Off the record 9:09 a.m.)
3      (Back on the record at 9:11 a.m.)
4      MS. TILLMAN: Back on the record.
5  BY MS. TILLMAN:
6  Q.  And I think that last question I was asking was did
7     you review any other documents in preparation for the
8     deposition aside from the policies you just referred
9     to?
10 A.  No.
11 Q.  Gotcha. And without telling me what you talked about,
12    did you meet with your attorneys in preparation for
13    this deposition?
14 A.  Can you repeat that question. You're cutting out
15    again.
16 Q.  Without revealing or indicating what you talked about,
17    did you meet with your attorneys to prepare for this
18    deposition?
19 A.  Yes.
20 Q.  Gotcha. And how many times did you meet with your
21    attorneys?
22 A.  Once.
23 Q.  And how long was that --
24 A.  Actually twice, my apologies, we did have a
25    pre-meeting.

3 (Pages 9 to 12)

Selden-Manor, Jami
6/12/2023                                                           FIRM #8093

| | |
|---|---|
| 1   Q.  Gotcha.  And were those meetings in preparation for | 1   A.  You cut out again. |
| 2       this deposition? | 2   Q.  Where did you go after high school? |
| 3   A.  Yes. | 3   A.  I went to Lansing Community College. |
| 4   Q.  Gotcha.  And did you speak with anyone besides your | 4   Q.  And what year did you graduate from Lansing Community |
| 5       attorneys about your deposition? | 5       College? |
| 6   A.  Yes. | 6   A.  I did not graduate from there. |
| 7   Q.  And who was -- who were those people? | 7   Q.  How long were you attending? |
| 8   A.  My staff. | 8   A.  Probably about ten years, off and on. |
| 9   Q.  And what did you talk about? | 9   Q.  What were you studying -- |
| 10  A.  I just told them that I was being deposed today and I | 10  A.  I -- |
| 11      wasn't going to be available. | 11  Q.  What were you studying? |
| 12  Q.  Gotcha.  Perfect.  And just finally, did you do | 12  A.  Basics, basic classes. |
| 13      anything else at all to prepare? | 13  Q.  And any other education aside from those two, high |
| 14  A.  No. | 14      school and Lansing Community College? |
| 15  Q.  Gotcha.  All right.  So let's talk a little bit about | 15  A.  Yes. |
| 16      your education background.  Did you finish high | 16  Q.  What other education is that? |
| 17      school? | 17  A.  I completed my Associate's and Bachelor's at Cleary |
| 18  A.  Yes. | 18      University. |
| 19  Q.  And where did you go to high school? | 19  Q.  And what year did you finish? |
| 20  A.  I graduated from West Junior in Lansing. | 20  A.  I knew you would ask me that.  It was during COVID, I |
| 21  Q.  And what year did you graduate? | 21      want to say 2019, 2020, somewhere in there. |
| 22  A.  '96, 1996. | 22  Q.  Got it.  Perfect.  And what were your -- what was your |
| 23  Q.  And any further education after that? | 23      degree in? |
| 24  A.  Yes. | 24  A.  You cut out again. |
| 25  Q.  And where did you go after high school? | 25  Q.  No problem.  I was asking what did you get your |
| Page 13 | Page 14 |
| 1       Bachelor's degree in?  I think I cut out again. | 1   A.  Yes. |
| 2   A.  I just heard you. | 2   Q.  Where did you work? |
| 3   Q.  I'll try again.  The question is what did you get your | 3   A.  It was a rent-to-own company, I think it was Liberty |
| 4       Bachelor's degree in? | 4       rent-to-own.  They're no longer in business, so I |
| 5   A.  Business administration. | 5       can't remember the name.  I was a receptionist. |
| 6   Q.  Business administration, thank you.  And do you have | 6   Q.  Okay.  And how long were you there for? |
| 7       any other education beyond your Bachelor's degree? | 7   A.  Less than two years. |
| 8   A.  No. | 8   Q.  Less than two years.  And where did you go after that? |
| 9   Q.  Do you have any training, certifications, anything | 9   A.  I worked for a temp agency that placed me at |
| 10      like that? | 10      Hasselbring-Clark. |
| 11  A.  Yes. | 11  Q.  How long were you there? |
| 12  Q.  What trainings do you have? | 12  A.  Approximately four years. |
| 13  A.  Many criminal justice trainings provided by the State | 13  Q.  And did you go anywhere after that? |
| 14      of Michigan or outside agencies, computer technology | 14  A.  I worked -- my screen just disappeared, sorry.  I can |
| 15      type.  I don't have a list in front of me to give you. | 15      hear you, but I couldn't see you.  Okay. |
| 16  Q.  For sure.  For sure.  Do you recall about how long ago | 16      I went to work at the library of Michigan |
| 17      you might have taken some of those trainings? | 17      for the State of Michigan. |
| 18  A.  Over the last twenty-plus years. | 18  Q.  And how long were you there? |
| 19  Q.  And do you happen to have any licenses? | 19  A.  Three years, approximately. |
| 20  A.  No. | 20  Q.  And where to after that? |
| 21  Q.  Gotcha.  And so, I want to talk a little bit now about | 21  A.  I went to FIA, which is now DHHS. |
| 22      your work history.  Did you work at all after high | 22  Q.  What was your role there? |
| 23      school? | 23  A.  I worked in disability, the determination services.  I |
| 24  A.  Yes. | 24      was an accounting assistant. |
| 25  Q.  Or immediately after high school? | 25  Q.  Gotcha.  How long were you there? |
| Page 15 | Page 16 |

4 (Pages 13 to 16)

Selden-Manor, Jami
6/12/2023                                              FIRM #8093

| | |
|---|---|
| 1  **A.** Less than a year. | 1   Police was as the SOR unit manager or -- |
| 2  **Q.** And then where to after that? | 2  **A.** Yes. |
| 3  **A.** Department of Natural Resources. | 3  **Q.** -- departmental manager? |
| 4  **Q.** And your role there was? | 4  **A.** Yes. |
| 5  **A.** I started out as a departmental technician and | 5  **Q.** Gotcha. And so, you've been the manager for about |
| 6  promoted up to a specialist thirteen. | 6  four months or so? |
| 7  **Q.** How long were you there? | 7  **A.** It -- not even three months. |
| 8  **A.** Over twenty years. | 8  **Q.** Gotcha. |
| 9  **Q.** And where did you go after that? | 9  **A.** Yes. |
| 10 **A.** Michigan State Police. | 10 **Q.** And have you -- aside from the positions that we |
| 11 **Q.** Michigan State Police. And before I ask you questions | 11 talked about, have you done any previous work on or |
| 12 about the Michigan State Police, I wanted to follow up | 12 with the Michigan Sex Offender Registry prior to this |
| 13 just really quickly. | 13 position? |
| 14        In all of the -- in all the roles we just | 14 **A.** No. |
| 15 talked about, did any of them relate to your current | 15 **Q.** Gotcha. All right. And I know you are obviously |
| 16 job at all, the responsibilities and duties that you | 16 relatively new to the position, but I want to ask you |
| 17 currently -- you're currently performing? | 17 a couple of questions. |
| 18 **A.** No. No. | 18        Were you involved at all in responding to |
| 19 **Q.** Gotcha. All right. Perfect. So when did you start | 19 the discovery requests in this case? |
| 20 working for the Michigan State Police? | 20 **A.** No. |
| 21 **A.** March 19th of '23. | 21 **Q.** Gotcha. And do you know if anyone you currently |
| 22 **Q.** And what position was that for? | 22 supervise was involved in responding to the discovery |
| 23 **A.** My current position is the departmental manager for a | 23 questions in this case? |
| 24 team. | 24 **A.** I don't -- I do not know. |
| 25 **Q.** So the -- your first job with the Michigan State | 25 **Q.** Gotcha. And so, as the manager, what are your |
| Page 17 | Page 18 |

| | |
|---|---|
| 1  responsibilities? | 1  **Q.** Don't know, gotcha. And I assume -- you just answered |
| 2  **A.** I oversee the SOR unit. There's ten employees, | 2  this, but do you supervise -- do you supervise anyone |
| 3  technicians and analysts. | 3  in your role? |
| 4  **Q.** Gotcha. Anything else? | 4       MR. DAMICH: Objection, asked and answered. |
| 5  **A.** I review policy and procedure within the unit. | 5       THE WITNESS: Yes. |
| 6  **Q.** And anything else? | 6  BY MS. TILLMAN: |
| 7  **A.** Review trainings; that's part of my PD, but I haven't | 7  **Q.** And who do you supervise in your role? |
| 8  done that yet. | 8  **A.** I supervise ten employees. Do you need their names? |
| 9  **Q.** All right. Do your responsibilities as manager | 9  **Q.** No, no, I don't need their names. Those employees are |
| 10 require you to work with the MSOR database vendor | 10 techs and analysts in the SOR unit? |
| 11 ever? | 11 **A.** Yes. |
| 12 **A.** Yes. | 12 **Q.** Do you supervise anyone else besides the techs and |
| 13 **Q.** And what responsibilities do you have working with the | 13 analysts? |
| 14 MSOR database vendor? | 14 **A.** No. |
| 15 **A.** I oversee the analyst that works directly with that | 15 **Q.** Is your job different from those you supervise? |
| 16 vendor. I meet with them in meetings, go over issues | 16 **A.** Yes. |
| 17 relating to the system. | 17 **Q.** And how is it different? |
| 18 **Q.** Gotcha. And do you know if the responsibilities of | 18 **A.** I oversee their duties. I don't do their job. I |
| 19 the SOR unit manager -- the SOR unit manager have | 19 oversee them. |
| 20 changed since you entered the role? | 20 **Q.** Gotcha. Does part of your supervision duties include |
| 21 **A.** No. | 21 ensuring the techs and analysts comply with the |
| 22 **Q.** So your responsibilities are more or less the same as | 22 standards and procedures of the SOR unit? |
| 23 the previous manager in your position, to your | 23 **A.** Yes. |
| 24 knowledge? | 24 **Q.** And how do you ensure that? |
| 25 **A.** I don't know that. | 25 **A.** I'm -- I ensure that they're following the policies |
| Page 19 | Page 20 |

                                          5 (Pages 17 to 20)

Selden-Manor, Jami
6/12/2023                                                          FIRM #8093

| | |
|---|---|
| 1   and procedures that have been approved. | 1   Q.  No training at all? |
| 2   Q.  And is there any mechanism that makes that easier for | 2   A.  I received training with my employees. |
| 3       you? | 3   Q.  And can you describe what that training looked like. |
| 4   A.  I sit with them and ensure that they're doing their | 4   A.  I sat with each one of them, went over their daily |
| 5       job accordingly to the policies and procedures that | 5       duties and their position descriptions, along with the |
| 6       have been approved. | 6       policies and procedures. |
| 7   Q.  Gotcha.  And who is your direct supervisor? | 7   Q.  Did you -- which policies and procedures did you go |
| 8   A.  First Lieutenant Alan Renz. | 8       over with them during those trainings? |
| 9   Q.  And what's their role or position? | 9   A.  All that we have approved.  I can't give you a list of |
| 10  A.  He is the section manager. | 10      numbers without seeing them. |
| 11  Q.  And is he also in the SOR unit? | 11  Q.  Gotcha.  Do you know how many policies and procedures |
| 12  A.  He oversees the SOR unit. | 12      that might be just off the top of your head? |
| 13  Q.  Who does he report to? | 13  A.  I do not know. |
| 14  A.  Mr. Shawn Sible. | 14  Q.  Gotcha.  And did you receive personally any materials |
| 15  Q.  And do you know how long he's been in that position? | 15      or resources just when you became the manager for your |
| 16  A.  No. | 16      reference or guidance? |
| 17  Q.  So and -- my understanding based on what we've kind of | 17  A.  Yes. |
| 18      already talked about is in your role, you're | 18  Q.  And what kind of resources and materials did you |
| 19      responsible for carrying out internal policies and | 19      receive? |
| 20      procedures, correct? | 20  A.  Cheat sheets, copy of previous law, links to those |
| 21  A.  I'm responsible for the techs and analysts carrying | 21      laws. |
| 22      out those policies and procedures. | 22  Q.  Gotcha.  And what kind of cheat sheets did you |
| 23  Q.  Gotcha.  And did you receive any training when you | 23      receive? |
| 24      became the SOR unit manager? | 24  A.  The PACC code table, out of state -- I forget the name |
| 25  A.  No. | 25      of it, but it's referring to out-of-state offenders. |
| Page 21 | Page 22 |

| | |
|---|---|
| 1   Q.  Gotcha.  And during your kind of like onboarding | 1       processes. |
| 2       process, were you trained on any specific programs? | 2   Q.  Gotcha.  And I believe you already testified to being |
| 3   A.  MSOR. | 3       aware of the different operating procedures that are |
| 4   Q.  And the -- the MSOR database? | 4       outlined for the SOR unit, correct? |
| 5   A.  Yes. | 5   A.  Yes. |
| 6   Q.  Gotcha.  What kind of training did you receive on | 6   Q.  Perfect.  And so, do you know if those -- those SOR |
| 7       that? | 7       operating procedures are written within the SOR unit? |
| 8   A.  Hands-on training with each analyst and technician. | 8   A.  Yes. |
| 9   Q.  And how long -- about how long did that take? | 9   Q.  And do you know who is involved in writing them? |
| 10  A.  I spent approximately two hours with each person. | 10  A.  Yes. |
| 11  Q.  Gotcha.  And sometimes when a person starts a new job, | 11  Q.  Who is that? |
| 12      they learn from the people who already work there.  So | 12  A.  My analysts and the SOR unit manager. |
| 13      have you been able to learn from other staff within | 13  Q.  Have you been -- since arriving to the SOR unit, have |
| 14      the SOR unit at all to kind of get more up to speed on | 14      you been involved in writing any of the policies? |
| 15      your responsibilities and duties? | 15  A.  I have not been involved in finalizing policies. |
| 16  A.  Yes. | 16  Q.  Have you otherwise been involved in drafting or |
| 17  Q.  And from who were you able to kind of get that | 17      consulting on them? |
| 18      guidance and kind of practice? | 18  A.  Yes. |
| 19  A.  All of my staff. | 19  Q.  Which ones were those? |
| 20  Q.  All of your staff.  Anyone besides the techs and | 20  A.  Out-of-state PRP, we're reviewing those now. |
| 21      analysts that you supervise? | 21  Q.  Gotcha.  And if you know, what changed about the |
| 22  A.  I have reached out to the previous SOR unit manager. | 22      operating procedures that you're currently involved in |
| 23  Q.  Gotcha.  And what did you reach out to the previous | 23      helping draft or consult on? |
| 24      SOR unit manager about? | 24          MR. DAMICH:  Objection, this is starting to |
| 25  A.  Looking for previous emails, asking questions on | 25      delve into process of things that are currently being |
| Page 23 | Page 24 |

6 (Pages 21 to 24)

Selden-Manor, Jami
6/12/2023                                                    FIRM #8093

| | |
|---|---|
| 1   worked on and potentially changed.  I'd ask that she | 1   what is published on the Michigan Sex Offender |
| 2   not answer that. | 2   Registry? |
| 3          MS. TILLMAN:  Fair enough.  We will move | 3   A.  Yes. |
| 4   on. | 4   Q.  Perfect.  So do you know if there's a fee to search |
| 5          MR. DAMICH:  Thank you. | 5   the registry? |
| 6   BY MS. TILLMAN: | 6   A.  I don't believe so. |
| 7   Q.  Are you familiar with the process of amending or | 7   Q.  Gotcha.  Do you know if there are fees associated with |
| 8   revising operating procedures in the SOR unit? | 8   running background checks? |
| 9   A.  Yes. | 9   A.  I do not know. |
| 10  Q.  Is there a review process? | 10  Q.  Gotcha.  Do you know if you can run a search on the |
| 11  A.  Yes. | 11  Michigan Sex Offender Registry without a name? |
| 12  Q.  And are you involved in that process? | 12  A.  I do not know.  Yes, sorry, yes, you can run it by |
| 13  A.  Yes. | 13  location. |
| 14  Q.  And who signs off on like final changes? | 14  Q.  Gotcha.  Gotcha.  Do you know if the same is true for |
| 15  A.  The SOR unit manager. | 15  a background check? |
| 16  Q.  Gotcha.  I'm going to switch gears a little bit here. | 16         MR. DAMICH:  Objection, lack of foundation. |
| 17  So from the previous work experience that we kind of | 17  BY MS. TILLMAN: |
| 18  just -- that we previously went over, do you have | 18  Q.  You can still answer if you know. |
| 19  experience at all with doing background checks? | 19  A.  I don't know. |
| 20  A.  Yes. | 20  Q.  Can you run an -- in your experience, have you been |
| 21  Q.  And what experience would that be? | 21  able to run a background check on an address or a |
| 22  A.  I worked for law enforcement division for Department | 22  geographical location? |
| 23  of Natural Resources, doing background checks on | 23         MR. DAMICH:  Objection, ambiguous. |
| 24  employees and recruits. | 24  BY MS. TILLMAN: |
| 25  Q.  And as the SOR unit manager, you are familiar with | 25  Q.  You can still answer. |
| Page 25 | Page 26 |
| 1   A.  Yes. | 1   A.  Can you elaborate what you mean by personal |
| 2   Q.  And does being able to run a check on the Michigan Sex | 2   information. |
| 3   Offender Registry without a name, say, using an | 3   Q.  So -- for sure.  So does the Sex Offender Registry |
| 4   address or a geographical location, does that allow a | 4   show a picture and physical description of |
| 5   registry user to find out that a person has a sex | 5   registrants? |
| 6   offense history, even when they aren't necessarily | 6   A.  Yes. |
| 7   looking for that specific information or background? | 7   Q.  And does that show up on a background check, to your |
| 8          MR. DAMICH:  Objection to form, it's | 8   knowledge? |
| 9   compound, ambiguous, confusing. | 9          MR. DAMICH:  Objection, lack of foundation. |
| 10  BY MS. TILLMAN: | 10  BY MS. TILLMAN: |
| 11  Q.  You can answer if you understand the question. | 11  Q.  You can answer if you know. |
| 12  A.  I don't understand the question. | 12  A.  Yes. |
| 13  Q.  I can rephrase.  So because the registry does not | 13  Q.  Are you familiar with the MDOC's Offender Tracking and |
| 14  require a name in order to run a search, does that | 14  Information System background check? |
| 15  allow a user who's using the registry to run a search | 15  A.  I'm sorry, can you repeat that question. |
| 16  on a particular person to find information they | 16  Q.  Yeah, no problem.  Are you familiar with MDOC's |
| 17  weren't necessarily looking for? | 17  Offender Tracking and Information System background |
| 18         MR. DAMICH:  Same objection. | 18  check? |
| 19  BY MS. TILLMAN: | 19  A.  Yes. |
| 20  Q.  You can answer if you know the answer. | 20  Q.  And do you know if they have photos? |
| 21  A.  I didn't understand the question. | 21  A.  I don't know. |
| 22  Q.  Gotcha.  We can move on.  It's okay. | 22  Q.  Are you familiar with the MSP's Internet Criminal |
| 23         To your knowledge, does the public Sex | 23  History Access Tool? |
| 24  Offender Registry provide personal information on | 24  A.  Yes. |
| 25  registrants? | 25  Q.  Do you know if they have pictures? |
| Page 27 | Page 28 |

                                                    7 (Pages 25 to 28)

Selden-Manor, Jami
6/12/2023                                                              FIRM #8093

| | |
|---|---|
| 1   **A.** I don't know. | 1   individual. If it's non-public, I can see it. |
| 2   Q.  Gotcha. What about private background check results? | 2   Q.  Gotcha. |
| 3       Do you know if they have pictures? | 3   **A.** Whereas, the public may not be able to see it. |
| 4           MR. DAMICH: Objection, lack of foundation. | 4   Q.  Gotcha. Understood. Do you know based on your |
| 5           THE WITNESS: I don't know. | 5       experience with background checks whether or not |
| 6   BY MS. TILLMAN: | 6       someone might know or find out whether someone is |
| 7   Q.  I'm sorry, I didn't hear your answer. | 7       compliant with their SORA requirements based on the |
| 8   **A.** Can I answer that. | 8       background check? |
| 9   Q.  Yes. | 9           MR. DAMICH: Objection, lack of foundation. |
| 10  **A.** I don't know. | 10  BY MS. TILLMAN: |
| 11  Q.  Don't know, gotcha. And so, other information that | 11  Q.  You can answer if you know. |
| 12      someone might find on the public registry includes | 12  **A.** I don't know. |
| 13      whether a registrant is compliant with SORA, correct? | 13  Q.  Don't know, gotcha. And does the public Sex Offender |
| 14  **A.** Repeat that question, please. | 14      Registry website allow you to map a registrant? |
| 15  Q.  For sure. I can also rephrase it if it was a little | 15          MR. DAMICH: Objection, ambiguous. |
| 16      confusing. | 16  BY MS. TILLMAN: |
| 17          I was asking does the public Sex Offender | 17  Q.  Does it allow you to map a registrant's location based |
| 18      Registry show whether or not a registrant is currently | 18      on the information the registry has? |
| 19      compliant with SORA? | 19  **A.** Location -- |
| 20  **A.** I want to say yes. | 20  Q.  Where they -- |
| 21  Q.  For sure. | 21  **A.** -- meaning, where they reside? |
| 22  **A.** But I see it differently than what the public would | 22  Q.  Uh-huh, exactly. Where they reside or where they |
| 23      see it since I have administrative access. | 23      work. |
| 24  Q.  Gotcha. Can you explain what you mean by that. | 24  **A.** Yes. |
| 25  **A.** I can see everything that's been entered on the | 25  Q.  Do you know if a public background check can do the |
| Page 29 | Page 30 |

| | |
|---|---|
| 1       same? | 1       correct? |
| 2   **A.** I don't know. | 2   **A.** Yes. |
| 3   Q.  Don't know, gotcha. And does the public Sex Offender | 3   Q.  Do you know if there is any mechanism for background |
| 4       Registry website show where a registrant is currently | 4       checks that are -- that performs the same type of |
| 5       living? | 5       function? |
| 6   **A.** It shows where they last provided their resident | 6           MR. DAMICH: Objection, lack of foundation. |
| 7       address. | 7           THE WITNESS: I don't know. |
| 8   Q.  Do you know if the same is true of a background check? | 8   BY MS. TILLMAN: |
| 9           MR. DAMICH: Objection, lack of foundation. | 9   Q.  Gotcha. Do you know if the registry is used as a |
| 10  BY MS. TILLMAN: | 10      basis of excluding registrants from certain places or |
| 11  Q.  You can answer if you know. | 11      activities? |
| 12  **A.** Yes. | 12          MR. DAMICH: Objection, lack of foundation, |
| 13  Q.  And the public registry, the public -- the public Sex | 13      form. |
| 14      Offender Registry website also shows where a -- a | 14  BY MS. TILLMAN: |
| 15      registrant is currently working if they have a job, | 15  Q.  You can answer if you know. |
| 16      correct? | 16  **A.** I don't know. |
| 17  **A.** I believe so, yes. | 17  Q.  Say, for example, is the registry used to bar people |
| 18  Q.  Do you know if the same is true for a background | 18      with sex convictions from a gym or library, social |
| 19      check? | 19      media, anything like that? |
| 20          MR. DAMICH: Objection, lack of foundation. | 20  **A.** I don't know that. |
| 21  BY MS. TILLMAN: | 21  Q.  Don't know, gotcha. Do you know if the State of |
| 22  Q.  You can answer if you know. | 22      Michigan has analyzed whether the registry has an |
| 23  **A.** I don't know. | 23      impact on whether a person will be convicted of |
| 24  Q.  Gotcha. And the public Sex Offender Registry website | 24      another sex offense? |
| 25      allows the public to submit tips about registrants, | 25          MR. DAMICH: Objection, confusing, |
| Page 31 | Page 32 |

8 (Pages 29 to 32)

Tri-County Court Reporters
248-608-9250

Selden-Manor, Jami
6/12/2023                                          FIRM #8093

---

**Page 33**

1　　　compound, lack of foundation.
2　BY MS. TILLMAN:
3　Q.　You can answer if you know.
4　A.　I don't know.
5　Q.　Do you know if the state plans to do some type of
6　　　analysis about the impact on the -- the impact of the
7　　　registry?
8　　　　　　MR. DAMICH:　Objection, lack of foundation.
9　BY MS. TILLMAN:
10　Q.　You can answer if you know.
11　A.　I don't know.
12　Q.　Gotcha.　All right.　So I'm just going to switch gears
13　　　again a little bit.　So are you familiar with the
14　　　registration process for people with instate
15　　　convictions?
16　A.　Yes.
17　Q.　Can you provide just a general background of that
18　　　process.
19　A.　I would refer to policy.
20　Q.　And which policy would you refer to?
21　A.　Without having a list, I can't give you the number and
22　　　the name.
23　Q.　Gotcha.　So how about I just throw a scenario, because
24　　　we're just trying to get basically just like the
25　　　really basics of kind of just how the registration

---

**Page 34**

1　　　process goes down.
2　　　　　　So if someone is convicted of a sex offense
3　　　after pleading guilty, what happens next?
4　A.　They would -- they're ordered to register, they would
5　　　register at a registering authority.　That information
6　　　would be entered and then sent to the SOR unit office.
7　Q.　Gotcha.　What happens if that individual is sentenced
8　　　to prison?
9　A.　That information is entered through MDOC as the
10　　　registering authority.
11　Q.　And are you familiar with the statute that governs the
12　　　Sex Offender Registry registration process, MCL
13　　　28.724?
14　A.　I've reviewed it, yes.
15　Q.　Gotcha.　And do you kind of know it off the top of
16　　　your head?　Or would it be better to pull it up?
17　A.　It would be better to pull it up.
18　Q.　So give me a second and I will share my screen really
19　　　quickly.　Can you see my screen?
20　A.　I can now, yes.
21　Q.　Perfect.　Are you looking at the 28.724 MCL?
22　A.　Yes.
23　Q.　Perfect.　Perfect.　And so, MCL 28.724 lays out the
24　　　registration process for an individual convicted of an
25　　　offense registrable in Michigan, correct?

---

**Page 35**

1　A.　Yes.
2　　　　　　MR. DAMICH:　Objection, asks for a legal
3　　　conclusion.
4　BY MS. TILLMAN:
5　Q.　And it provides guidance on the entities responsible
6　　　for initial registration?
7　A.　Yes.
8　Q.　So for an individual who is on probation for a listed
9　　　offense, it's the individual's probation agent who
10　　　registers them?
11　A.　Yes.
12　Q.　And if they're on parole, it's the individual's parole
13　　　agent that registers them?
14　A.　Yes.
15　Q.　And for an individual committed to jail for a listed
16　　　offense, it's the sheriff or his or her designee that
17　　　does the registration?
18　A.　Yes.
19　Q.　And if they're under the jurisdiction of the
20　　　Department of Corrections at the time, then it's the
21　　　DOC that handles that registration?
22　A.　Yes.
23　Q.　And if they're within the jurisdiction of the juvenile
24　　　division or the Department of Social Services, it's
25　　　one of those entities that handles the registration?

---

**Page 36**

1　A.　Yes.
2　Q.　Perfect.　Perfect.　Just wanted to make sure we had
3　　　some clarity on that.　Awesome.
4　　　　　　So when one of those entities registers an
5　　　individual, are they then creating a new record in the
6　　　SOR database?
7　　　　　　MR. DAMICH:　Objection, lack of foundation.
8　BY MS. TILLMAN:
9　Q.　You can answer if you know.
10　A.　Yes.
11　Q.　Gotcha.　And so, that would mean a probation officer,
12　　　prison staff, or whatever entity is in charge of that
13　　　registration, they are creating that new record in the
14　　　Michigan Sex Offender Registry database?
15　　　　　　MR. DAMICH:　Same objection.
16　BY MS. TILLMAN:
17　Q.　You can answer if you know.
18　A.　Yes.　But it's not finalized.　It's not made public.
19　Q.　Do you know how the record is created once they go
20　　　about doing that?　Like what is the technical process?
21　　　　　　MR. DAMICH:　Objection, lack of foundation.
22　BY MS. TILLMAN:
23　Q.　You can answer.
24　A.　We follow policy.
25　Q.　Follow policy.　And do you know which policy that is

---

9 (Pages 33 to 36)

Selden-Manor, Jami
6/12/2023                                                      FIRM #8093

| | |
|---|---|
| 1    specifically? | 1    **A.**  When the agency enters that information, it then comes |
| 2    **A.**  No, I don't know. | 2          to an inbox where the SOR unit then reviews and |
| 3    **Q.**  Gotcha.  Do you know the agencies that are doing the | 3          follows policy. |
| 4          registration decide what the tier level of the | 4    **Q.**  And is that like a shared inbox between the SOR unit? |
| 5          individual would be? | 5    **A.**  Yes. |
| 6    **A.**  No. | 6    **Q.**  Gotcha.  And what information comes to the SOR unit in |
| 7    **Q.**  Is it the SOR unit that does that? | 7          that inbox? |
| 8          MR. DAMICH:  Objection, lack of foundation. | 8    **A.**  What the agency entered. |
| 9    BY MS. TILLMAN: | 9    **Q.**  What would a -- what would an agency typically enter |
| 10   **Q.**  You can answer. | 10         about a registrant? |
| 11   **A.**  The system tiers them based on the MCL. | 11   **A.**  The information provided to them, name, address, date |
| 12   **Q.**  Gotcha.  And is the same true for whether or not the | 12         of birth, driver's license number or state ID number, |
| 13         registration will be public? | 13         if it's MDOC, it might be an MDOC number. |
| 14   **A.**  Yes. | 14   **Q.**  Gotcha.  Gotcha.  And then what happens after the SOR |
| 15   **Q.**  Gotcha.  Do you know at what point during the initial | 15         unit gets that notification in that shared inbox? |
| 16         registration process the SOR unit becomes aware of a | 16   **A.**  They review the information for accuracy. |
| 17         potential registrant? | 17   **Q.**  And is the record then assigned to a specific analyst |
| 18         MR. DAMICH:  Objection, ambiguous. | 18         or a technician within the unit? |
| 19         MS. TILLMAN:  I can rephrase the question | 19   **A.**  Yes. |
| 20         if that's helpful. | 20   **Q.**  Gotcha.  And is there a process for deciding who the |
| 21         THE WITNESS:  Yes. | 21         record goes to? |
| 22   BY MS. TILLMAN: | 22         MR. DAMICH:  Objection, I'm going to -- |
| 23   **Q.**  Do you know at what point during the initial | 23         we're delving into a process and internal operations |
| 24         registration process does the SOR unit get the | 24         of a state agency and its decision-making process. |
| 25         information about the registrant? | 25         MS. TILLMAN:  Fair enough.  I will -- I |
| Page 37 | Page 38 |
| 1    will withdraw that question. | 1    technician or analyst during their review might need |
| 2          MR. DAMICH:  Thanks. | 2    more information in order to finish their review? |
| 3    BY MS. TILLMAN: | 3    **A.**  Yes. |
| 4    **Q.**  After the record has been assigned to a specific | 4    **Q.**  And what information might they be missing? |
| 5          analyst or technician, what do they do with the | 5          MR. DAMICH:  Objection, this is starting to |
| 6          record? | 6    delve into privileged information to decision-making |
| 7    **A.**  It starts out with the technician reviewing | 7    process of a state agency.  So I ask that she doesn't |
| 8          information for accuracy and filling in the | 8    go into this any further. |
| 9          information that's required. | 9          MS. TILLMAN:  Question withdrawn. |
| 10   **Q.**  And then after they have -- would that result in a | 10         MR. DAMICH:  Thank you. |
| 11         complete record at that point? | 11   BY MS. TILLMAN: |
| 12   **A.**  No. | 12   **Q.**  And does the analyst or technician assign the tier |
| 13   **Q.**  Gotcha. | 13         level during that process? |
| 14   **A.**  It goes to an analyst. | 14   **A.**  Can you rephrase that question. |
| 15   **Q.**  Gotcha.  What -- | 15   **Q.**  For sure.  So during the process while the tech, |
| 16   **A.**  For another check. | 16         analyst is reviewing the record, do they also assign a |
| 17   **Q.**  Gotcha.  And then what happens after a record has been | 17         tier level to that record? |
| 18         through both the techs and the analyst? | 18   **A.**  It goes based on the MCL and if it's a juvenile case |
| 19   **A.**  If it's complete, it then becomes -- I don't want to | 19         or -- there's a lot of things that are in factor. |
| 20         say published, because it could be unpublished | 20   **Q.**  Gotcha.  Would that record have a tier level assigned |
| 21         depending on if it's a juvenile or what the case may | 21         by the time it is finalized? |
| 22         be.  But they finalize that and based on the | 22   **A.**  Yes. |
| 23         conviction or tier or -- that decides if it's public | 23   **Q.**  Gotcha.  And for Michigan offenses, is the tier level |
| 24         or not. | 24         for specific offenses programmed into the MSOR |
| 25   **Q.**  Gotcha.  Gotcha.  Is there ever a case that a | 25         database? |
| Page 39 | Page 40 |

10 (Pages 37 to 40)

Selden-Manor, Jami
6/12/2023                                                    FIRM #8093

| | |
|---|---|
| 1  **A.** Yes. | 1  **A.** Can you repeat that question. |
| 2  **Q.** Gotcha. And so, if there was a new registrant who was | 2  **Q.** Yeah, for sure. So during the review process while |
| 3  convicted of CSC 3, the MSOR database would | 3  the techs have the -- the techs have the record and |
| 4  automatically code that person as a tier III perhaps? | 4  then they send it the analyst, during that process |
| 5  **A.** It also looks at other factors. The court could list | 5  at any point do the records go directly to you as the |
| 6  them as a different tier. So all of that is played | 6  manager? |
| 7  into factor. | 7  **A.** Not unless there's a question. |
| 8  **Q.** Gotcha. What are those different factors that might | 8  **Q.** Gotcha. So you wouldn't see every record that comes |
| 9  affect that? | 9  through the SOR unit? |
| 10  **A.** The judge could order them as a lesser tier than what | 10  **A.** No. |
| 11  the MCL requires. That's just an example. | 11  **Q.** Gotcha. And is there a particular point in that |
| 12  **Q.** Uh-huh. Thank you for that. So same kind of | 12  process that you might see it after the analyst, after |
| 13  question, does the publication determination take | 13  the tech, or after they have both reviewed it? |
| 14  place during this review -- during this process of | 14         MR. DAMICH: Objection, asked and answered. |
| 15  reviewing the initial registration? | 15         THE WITNESS: If they -- |
| 16  **A.** Yes. | 16  BY MS. TILLMAN: |
| 17  **Q.** Gotcha. And would those same type of factors kind of | 17  **Q.** Sorry, I missed your answer. |
| 18  factor into whether it be published or unpublished? | 18  **A.** If they have a question. |
| 19  **A.** Yes. | 19  **Q.** And if they have a question, a record comes to you, |
| 20  **Q.** Gotcha. And for Michigan offenses, is whether or not | 20  what happens after the record goes to you? |
| 21  the offense is public programmed already into the MSOR | 21  **A.** I review it. |
| 22  database? | 22  **Q.** And what are you reviewing it for? |
| 23  **A.** Yes. | 23  **A.** I'm reviewing it based on their question. |
| 24  **Q.** Gotcha. And at any point during the review process do | 24  **Q.** And just since you have been at the SOR unit and since |
| 25  the records go to you as the manager? | 25  March 2023, how many times has a record come to you |
| Page 41 | Page 42 |

| | |
|---|---|
| 1  for review? | 1  **Q.** And -- gotcha. It looks like it has a revision date |
| 2  **A.** Probably less than five. | 2  for April 21st, 2022. Does that sound right to you? |
| 3  **Q.** Gotcha. All right. I'm going to try to pull up an | 3  **A.** Prior to me, yes. |
| 4  exhibit. I'm going to attempt to share my screen | 4  **Q.** Do you know if it was internally revised? |
| 5  again. Give me one second. Can you see my screen? | 5  **A.** I don't know. |
| 6  **A.** Yes. | 6  **Q.** Do you know what changes might have been made? |
| 7  **Q.** So this is what we will mark as Exhibit A. It is | 7         MR. DAMICH: Objection, lack of foundation. |
| 8  Bates numbered 000 -- 0000774 through 776. It appears | 8  BY MS. TILLMAN: |
| 9  to be a SOR operating procedure. It has the label | 9  **Q.** You can answer if you know the answer. |
| 10  SOR-OP-307. Have you seen this before? | 10  **A.** I don't know. |
| 11  **A.** Yes. | 11  **Q.** Gotcha. Do you know if it's been revised since April |
| 12         MARKED BY THE REPORTER: | 12  21st, 2022? |
| 13         DEPOSITION EXHIBIT A | 13  **A.** No, it has -- |
| 14         9:57 a.m. | 14  **Q.** It hasn't -- it has not been revised. So this is the |
| 15  BY MS. TILLMAN: | 15  final version, as far as you know? |
| 16  **Q.** And you're familiar with this document? | 16  **A.** The final approved version. |
| 17  **A.** Yes. | 17  **Q.** The final approved version, gotcha. Is this an |
| 18  **Q.** Can you just briefly describe what it is. | 18  operating procedure that is used or referenced by the |
| 19  **A.** It's the policy for registration. | 19  SOR unit? |
| 20  **Q.** Policy for registration. Do you know who wrote this | 20  **A.** This is the policy. |
| 21  document? | 21  **Q.** Policy, gotcha. That is referenced by the SOR unit? |
| 22  **A.** I do not. | 22  **A.** Yes. |
| 23  **Q.** Gotcha. Do you know who may have been involved in | 23  **Q.** And does this policy provide guidance on initial |
| 24  signing off on it? | 24  registration processes for individuals with |
| 25  **A.** Previous SOR manager. | 25  registrable sex offenses? |
| Page 43 | Page 44 |

11 (Pages 41 to 44)

Selden-Manor, Jami
6/12/2023                                                        FIRM #8093

| | |
|---|---|
| 1    **A.** Scroll down for me, please. This is just the policy. | 1    individual, the date of birth matches. We have a |
| 2    **Q.** What does this policy do? Or what is it for? | 2    policy on that. And then it goes to an analyst. |
| 3    **A.** It discusses record reviews, how the record is created | 3    **Q.** Gotcha. Gotcha. And is this process the same for all |
| 4    by the SOR unit, the tiering, if missing information. | 4    record reviews for instate cases? |
| 5    I mean, it -- you can read it like I can. | 5    **A.** I believe so, yes. |
| 6    **Q.** For sure. | 6    **Q.** Do you know how long that review typically takes? |
| 7    **A.** It lists all of those -- all of that information. | 7    **A.** I do not know. |
| 8    **Q.** And just looking at this, the section right here, I'm | 8    **Q.** Gotcha. What happens if you don't have complete |
| 9    going to briefly read what that says. So it says all | 9    information for a record? |
| 10    sex offender registration records shall be reviewed by | 10    **A.** If it's required information, it's not published. |
| 11    a Sex Offender Registry, SOR, unit staff member to | 11    Nothing is finalized until that required information |
| 12    ensure the accuracy and completeness of a record. | 12    is entered. |
| 13    Until the review is completed, the | 13    **Q.** Gotcha. And are registrants notified once a record |
| 14    individual's sex offender registration information | 14    review is complete? |
| 15    shall not be displayed on the Michigan public Sex | 15    **A.** I don't know. |
| 16    Offender Registry website or the national offender | 16    **Q.** Gotcha. All right. So still looking at page one, but |
| 17    public registry website. Do you see that? | 17    this paragraph here, I'm going to again just quickly |
| 18    **A.** Yes. | 18    read that. So tiering when missing information. If |
| 19    **Q.** Perfect. Can you break down what goes into a record | 19    an offender has not been tiered because of missing |
| 20    review before publication. | 20    information or because it is an out-of-state |
| 21    **A.** What goes into the record review? | 21    conviction, the SOR unit will locate the missing |
| 22    **Q.** Uh-huh. | 22    information to properly tier the registrant. |
| 23    **A.** It goes to a tech. The tech reviews the record, will | 23    After all efforts have been exhausted, the |
| 24    make sure it's accurate compared to MDOC information | 24    following applies; one, for a Michigan offense, where |
| 25    or criminal history, make sure it's the right | 25    the victim age cannot be determined, the offender will |
| Page 45 | Page 46 |
| 1    be a tier II and must register for twenty-five years. | 1    here in the tiering when missing information, it's |
| 2    Two, for out-of-state convictions, the offender will | 2    possible that a registrant could have committed a tier |
| 3    be a tier II and must register for twenty-five years | 3    III offense but be registered as a tier II offender on |
| 4    or the duration required of the other state, whichever | 4    the Sex Offender Registry, correct? |
| 5    is longer. Do you see that? | 5    **A.** It's possible. |
| 6    **A.** Yes. | 6    **Q.** Gotcha. And so, similarly, a registrant could have |
| 7    **Q.** Perfect. Do you know how the SOR unit locates missing | 7    committed a tier I offense but be registered as a tier |
| 8    information? | 8    II? |
| 9    **A.** Yes. | 9    **A.** It's possible. |
| 10    **Q.** And how do they do that? | 10    **Q.** And that would mean that instead of registering for |
| 11    **A.** They run different systems, criminal history, Omni -- | 11    ten years, they might be -- or they might be subject |
| 12    well, whatever their system is called for MDOC. | 12    to registration for twenty-five years because of that |
| 13    They'll ask if -- if that individual was in prison. | 13    missing information? |
| 14    They might have to reach out to the agent that entered | 14    **A.** It's possible. |
| 15    them for further information or clarifying | 15    **Q.** Gotcha. To your knowledge, does the SOR unit |
| 16    information. | 16    generally continue to search for missing information |
| 17    **Q.** Gotcha. And the missing information that we're kind | 17    after making that tier and duration determination? |
| 18    of referring to, that would be helpful in accurately | 18    **A.** We exhaust all avenues before we make that tier. |
| 19    classifying the tier and duration of a registrant? | 19    **Q.** Gotcha. Has it ever been -- to your knowledge, has it |
| 20    **A.** Yes. | 20    ever been your experience that missing information did |
| 21    **Q.** Gotcha. So under this guidance, a registrant could | 21    come in after that tier and duration determination was |
| 22    potentially have committed a tier III offense but be | 22    made? |
| 23    registered as a tier II on the SOR? | 23    **A.** I don't know. |
| 24    **A.** Say that again. Can you repeat that. | 24    **Q.** Gotcha. All right. I'm going to stop sharing with my |
| 25    **Q.** Yeah, no problem. So just based on what's provided | 25    screen. All right. Just going to switch gears again |
| Page 47 | Page 48 |

12 (Pages 45 to 48)

Tri-County Court Reporters
248-608-9250

| | |
|---|---|
| 1  to a couple of questions I have about the process for | 1  out-of-state offenders is to determine if their |
| 2  out-of-state registration. | 2  conviction from the other jurisdiction is |
| 3         Are you familiar with the process for | 3  substantially similar to a registrable Michigan |
| 4  registering out-of-state individuals? | 4  offense. Is that also your understanding? |
| 5  A.  I've reviewed policy, yes. | 5         MR. DAMICH: Objection, lack of foundation. |
| 6  Q.  And is the process for registering out-of-state | 6         THE WITNESS: Yes. |
| 7  offenders different from that for instate offenders as | 7  BY MS. TILLMAN: |
| 8  described above -- or described previously, more so? | 8  Q.  Was that a yes? |
| 9  A.  You'd have to refer to the policy. | 9  A.  Yes. |
| 10  Q.  What -- | 10  Q.  And the second part of that process, according to the |
| 11  A.  More in-depth. | 11  testimony, is determining the registration |
| 12  Q.  For sure. What policy would that be? | 12  requirements the convicting state imposes on the |
| 13  A.  I don't know the number. | 13  registrant. Is that also your understanding? |
| 14  Q.  Gotcha. Would you be able to provide a general | 14         MR. DAMICH: Same objection. |
| 15  breakdown of how you process registration for | 15  BY MS. TILLMAN: |
| 16  out-of-state offenders? | 16  Q.  You can answer if you know. |
| 17  A.  You'd have to review the policy. | 17  A.  Yes. |
| 18  Q.  So you can't do a general breakdown? | 18  Q.  Do you know if the SOR unit has a specific process for |
| 19  A.  No. | 19  determining if an out-of-state offense is |
| 20  Q.  Gotcha. We don't know off the top of our head which | 20  substantially similar to a Michigan one? |
| 21  policy that would be? | 21  A.  Yes. |
| 22  A.  I don't know. | 22  Q.  What is that process? |
| 23  Q.  So previously the SOR unit inhouse legal advisor | 23  A.  Refer to the policy. |
| 24  testified that part of the process the SOR unit uses | 24  Q.  Which policy is that? |
| 25  in determining registration requirements for | 25  A.  I don't know the number. |
| Page 49 | Page 50 |

| | |
|---|---|
| 1  Q.  Gotcha. Have you ever needed to make a determination | 1         So is it recorded anywhere what the MSP |
| 2  of whether an out-of-state offense was substantially | 2  determined is the substantially similar to the |
| 3  similar to a Michigan one? | 3  Michigan offense to that one? |
| 4  A.  I have not, no. | 4  A.  I don't know. |
| 5  Q.  Gotcha. Do you know if the SOR unit generally keeps | 5         MR. DAMICH: Objection, form. |
| 6  track of determinations that they make about whether | 6         MS. TILLMAN: Sorry, I heard you both at |
| 7  an out-of-state offense is substantially similar to a | 7  the same time. |
| 8  Michigan one? | 8         MR. DAMICH: Objection to the form. |
| 9  A.  Yes. | 9         MS. TILLMAN: Gotcha. |
| 10  Q.  And how do they usually keep track of that | 10  BY MS. TILLMAN: |
| 11  information? | 11  Q.  What was your answer? |
| 12  A.  They have a table. | 12  A.  That was before my time, I don't know. |
| 13  Q.  Table. Would that be the PACC code table that you | 13  Q.  Gotcha. How would you figure out why the MSP |
| 14  mentioned earlier? | 14  classified her as a tier III? |
| 15  A.  Yes, ma'am. | 15  A.  How would I figure out? |
| 16  Q.  Gotcha. So I -- I would like to go through the -- | 16  Q.  Uh-huh. |
| 17  just a couple of examples with you, just to see -- | 17  A.  I would have to look at the entire case and I would |
| 18  just to get a better understanding of how the | 18  review with legal. |
| 19  registration for out-of-state individuals might work. | 19  Q.  Gotcha. Do you know if anyone at MSP has reviewed her |
| 20         So, for example, one of the plaintiffs in | 20  tier classification since this lawsuit was filed? |
| 21  this case, Mary Doe, was convicted of Ohio RC 2907.04 | 21  A.  I don't know. |
| 22  and has been classified as a tier III registrant. We | 22  Q.  Don't know, gotcha. All right. I'm going to attempt |
| 23  haven't been able to figure out what offense the | 23  to share my screen again. So far so good, so |
| 24  Michigan State Police thinks is substantially similar | 24  hopefully it stays that way. All right. Can you see |
| 25  to the Ohio offense that would make her tier III. | 25  that? |
| Page 51 | Page 52 |

13 (Pages 49 to 52)

Selden-Manor, Jami
6/12/2023                                                    FIRM #8093

| | |
|---|---|
| 1   A. I can see it, but it's very small. | 1   tier level to Michigan. |
| 2   Q. I figured that might be the case. How about that? | 2   Q. Perfect. Perfect. So does this chart show |
| 3   A. Yes, much better. | 3   non-Michigan offenses that have been found to be |
| 4   Q. Perfect. Perfect. So this is what we'll mark as | 4   substantially similar to a Michigan registrable |
| 5   Exhibit B. It's Bates stamp 0000722 on the form, | 5   offense? |
| 6   which I'm happy to share as need be. It appears to be | 6   A. Can you repeat that question, please. |
| 7   a chart of out-of-state offenses. Have you seen this | 7   Q. For sure. So does this -- is this chart showing |
| 8   chart before? | 8   non-Michigan offenses that have been found to be |
| 9   A. Yes. | 9   substantially similar to a Michigan registrable |
| 10       MARKED BY THE REPORTER: | 10   offense? |
| 11       DEPOSITION EXHIBIT B | 11   A. Yes. |
| 12       10:11 a.m. | 12   Q. Gotcha. And does it show offenses that are not |
| 13   BY MS. TILLMAN: | 13   substantially similar to Michigan offenses but that |
| 14   Q. Perfect. Can you just briefly explain what it is. | 14   require registration in another convicting state? |
| 15   A. This is a cheat sheet based on state PACC code | 15   A. I don't know. |
| 16   description, tier level, some other notes. | 16   Q. Gotcha. Is it accurate to describe this as a chart |
| 17   Q. Gotcha. And is this PACC code chart used in the SOR | 17   that shows non-Michigan offenses that have been |
| 18   unit? | 18   determined in the past to potentially require |
| 19   A. Yes. | 19   registration in Michigan? |
| 20   Q. And do you know who in the SOR unit uses it? | 20   A. Yes. |
| 21   A. The staff. | 21   Q. And do you know how long this chart has been in use? |
| 22   Q. And do you know when the staff started using it? | 22   A. I do not know. |
| 23   A. I don't know. | 23   Q. Gotcha. Do you have -- do you happen to know when it |
| 24   Q. Gotcha. Do you know what it's used for? | 24   was originally created? |
| 25   A. Reviewing out-of-state PACC codes and what comparable | 25   A. I do not know. |
| Page 53 | Page 54 |
| 1   Q. Do you happen to know who created it? | 1   A. I do not know. |
| 2   A. I do not know. | 2   Q. Don't know, gotcha. Are the -- do you know if the |
| 3   Q. Gotcha. And do you happen to know why it was created? | 3   non-Michigan offenses on the second tab -- I can go in |
| 4   A. I do not know. | 4   there and zoom in -- do you know if the Michigan |
| 5   Q. For sure. And do you know if it has been updated | 5   offenses listed here were classified after July 16th, |
| 6   since it was originally created? | 6   2021? |
| 7   A. I do not know. | 7   A. I don't know. |
| 8   Q. For sure. And can you see where my cursor is right | 8   Q. Don't know, gotcha. Do you know if the -- the |
| 9   now? | 9   non-Michigan offenses in this first tab were |
| 10   A. Yes, ma'am. | 10   classified before July 16th, 2021? |
| 11   Q. Can you see these four tabs at the bottom? | 11   A. I don't know. |
| 12   A. Yes, but they're very small. | 12   Q. Don't know, gotcha. So if I scroll down all the way |
| 13   Q. They are. They are very small. I'm not entirely sure | 13   to the bottom of this sheet -- I think I can do that a |
| 14   I can do anything about that. Let's see, maybe not, I | 14   little faster than that -- without counting the |
| 15   can read them for the record. | 15   header, it looks like there are about two thousand, |
| 16       So the first tab says PACC code table. The | 16   two hundred and seven non-Michigan offenses that have |
| 17   second tab says added after 07/16/2021. And then tab | 17   been found to be substantially similar to a Michigan |
| 18   three says sheet two and then sheet three. Is that a | 18   offense. Do you see that? |
| 19   fair representation of what we're looking at? | 19   A. I see that, yes. |
| 20   A. Yes. | 20   Q. And on the second tab, same thing, about fifty-two |
| 21   Q. Have you ever looked at these other sheets? | 21   non-Michigan offenses, not counting for the header. |
| 22   A. I have looked at the second tab, added after. | 22   Do you see that? |
| 23   Q. Gotcha. Gotcha. And so, do you know what is | 23   A. Yes, for out of state, uh-huh. |
| 24   different about the second tab than this first tab | 24   Q. And it looks like it has a date of 6/29 -- this |
| 25   that we're looking at? | 25   table -- it looks like it has a date of 6/29/2022 -- |
| Page 55 | Page 56 |

14 (Pages 53 to 56)

Selden-Manor, Jami
6/12/2023                                                          FIRM #8093

| | |
|---|---|
| 1 and I just closed it. There we go. It looks like | 1 A. Yes. |
| 2 6/29/2022. Did you see that in the title? | 2 Q. Perfect. And in column B, that's the statutory |
| 3 A. I do see that, yes. | 3 citation for the conviction? |
| 4 Q. Is it fair to assume the table includes information at | 4 A. Yes. |
| 5 least through that date? | 5 Q. And then this column, this is just the offense name? |
| 6 A. I would assume so. | 6 A. Yes. |
| 7 Q. Gotcha. So as of when this chart was produced to us, | 7 Q. And then this column says CRR. Do you know what that |
| 8 two thousand, two hundred and fifty-nine offenses have | 8 acronym stands for? |
| 9 been classified as substantially similar to a Michigan | 9 A. I do not. |
| 10 registrable offense, correct? | 10 Q. Gotcha. Do you know what the different numbers in the |
| 11 A. If your math is correct. | 11 field might stand for? |
| 12 Q. For sure. And do you know if that number has changed | 12 A. I do not. |
| 13 since 2022? | 13 Q. Gotcha. And then columns E through L, the ones I just |
| 14 A. I do not know. | 14 unhid, they are each represented by about three -- |
| 15 Q. Gotcha. And would you happen to know how many are | 15 two- to three-letter acronyms. Do you know what any |
| 16 classified totally as of today? | 16 of them stand for? |
| 17 A. I do not know. | 17 A. I do not. |
| 18 Q. Gotcha. Okay. So I do want to just kind of walk down | 18 Q. Do you know what it means if one of these fields is |
| 19 this table a bit, just to get a better understanding | 19 blank? |
| 20 of some of the information on it. But I do think I | 20 A. I do not. |
| 21 need to unhide some of the columns first to do that. | 21 Q. Gotcha. And then column M here, it's listed as -- |
| 22 Like I said, I want to get a better understanding of | 22 it's labelled as non-listed. Do you know what that |
| 23 what -- kind of what everything means on this chart. | 23 means? |
| 24 So in column A, here, this is the | 24 A. I do not. |
| 25 convicting jurisdiction, correct? | 25 Q. Do you know what the different letters in this field |
| Page 57 | Page 58 |

| | |
|---|---|
| 1 might mean? | 1 A. I don't know. |
| 2 A. I'm assuming N means no. | 2 Q. Do you know what it means if something's left blank? |
| 3 Q. And Y might mean yes? | 3 A. I do not know. |
| 4 A. I would assume that, yes. | 4 Q. Gotcha. And then column Q -- actually column P, |
| 5 Q. And column N is called tier level. Do you know what | 5 excuse me, says victim age begin. Do you know what |
| 6 that means? | 6 that means? |
| 7 A. It would be the tier level of that PACC. | 7 A. I'm assuming that's the victim age. |
| 8 Q. So that's the Michigan tier level that has been | 8 Q. Gotcha. Do you know what it might mean if the column |
| 9 assigned to that out-of-state offense? | 9 is blank? |
| 10 A. I don't know. | 10 A. I do not know. |
| 11 Q. So do -- does this column correspond to the different | 11 Q. Gotcha. And column Q kind of similarly says victim |
| 12 -- the different rows in these columns? | 12 age end. Do you know what that means? |
| 13 A. Yes. | 13 A. I would assume it would be the ending age of that PACC |
| 14 Q. Gotcha. So for example, Massachusetts 272-16 has been | 14 code. |
| 15 coded as a tier I, is that right? | 15 Q. And do you know what it means if it's blank? |
| 16 A. That's what I would assume, yes. | 16 A. I do not know. |
| 17 Q. Gotcha. And what does it mean if a tier is left | 17 Q. Do you know if victim age is used to determine |
| 18 blank? | 18 whether -- what the tier level should be for some |
| 19 A. I don't know. | 19 out-of-state offenses? |
| 20 Q. Do you know if the SOR unit would need to get | 20 A. I believe so, yes. |
| 21 additional information to populate that tier? | 21 Q. Gotcha. And is victim age also used to determine what |
| 22 A. I don't know. | 22 offense is substantially similar in the first place? |
| 23 Q. Gotcha. All right. So then moving on to column O, | 23 A. I don't know. |
| 24 this says published single offense. Do you know what | 24 Q. Gotcha. Then column R says approved by MSP legal. Do |
| 25 that means? | 25 you know what that means? |
| Page 59 | Page 60 |

Tri-County Court Reporters
248-608-9250

Selden-Manor, Jami
6/12/2023                                                    FIRM #8093

| | |
|---|---|
| 1 | **A.** Yes. |
| 2 | **Q.** And what does that mean? |
| 3 | **A.** If it's went to legal for review. |
| 4 | **Q.** Gotcha. Went to legal for review. And so, when I |
| 5 | sort this column, it looks like I get about eighteen |
| 6 | cases that show as approved by legal. Do you see |
| 7 | that? |
| 8 | **A.** I do. |
| 9 | **Q.** Perfect. Do you know what that means? |
| 10 | **A.** I'm assuming legal reviewed those. |
| 11 | **Q.** Gotcha. And then going to the second tab, it looks |
| 12 | like there are zero cases where the -- there's |
| 13 | something in the approved by MSP legal. Do you see |
| 14 | that? |
| 15 | **A.** I do. |
| 16 | **Q.** What does that mean when there's no entry at all? |
| 17 | **A.** I don't know. |
| 18 | **Q.** And are there circumstances where a notation might be |
| 19 | made? |
| 20 | **A.** A notation? |
| 21 | **Q.** On the record. |
| 22 | **A.** If you look -- scroll up, I believe there's a notes on |
| 23 | the far right. |
| 24 | **Q.** There we go. And what kind of notes might be added to |
| 25 | this field? |

Page 61

| | |
|---|---|
| 1 | **A.** Any additional notes that the analyst's reviewing or |
| 2 | may need that doesn't fit the category before. |
| 3 | **Q.** And then going back to our first table, column S says |
| 4 | comparable Michigan code. Do you know what that |
| 5 | column is used for? |
| 6 | **A.** Can you scroll over. I can't see that. |
| 7 | **Q.** Yeah, for sure. Is that better? |
| 8 | **A.** Yes. That would be the Michigan code that's |
| 9 | comparable to that out-of-state offense. |
| 10 | **Q.** Gotcha. So that is -- that is supposed to show -- |
| 11 | that is supposed to show the Michigan offense that is |
| 12 | substantially similar to the out-of-state offense |
| 13 | coded on the left here? |
| 14 | **A.** That's my understanding, yes. |
| 15 | **Q.** Do you know who inputs that information into this |
| 16 | column, into column S? |
| 17 | **A.** One of the SOR unit staff members. |
| 18 | **Q.** And so, just doing the sorting thing again, it looks |
| 19 | like when I sort this column, I get about forty-two -- |
| 20 | forty-one or forty-two -- about -- about forty-one or |
| 21 | forty-two rows where it says the comparable Michigan |
| 22 | offense is listed. Do you see that? |
| 23 | **A.** I do. |
| 24 | **Q.** Perfect. Perfect. And when I sort on the second tab, |
| 25 | doing the same thing, it looks like I get one. Do you |

Page 62

| | |
|---|---|
| 1 | see that? |
| 2 | **A.** One? I thought I saw one on the lower left when you |
| 3 | sort the -- no, it's one. |
| 4 | **Q.** Okay. Perfect. So out of the two thousand, two |
| 5 | hundred and fifty-seven offenses that we talked about |
| 6 | earlier, about forty-two, forty-three show a |
| 7 | comparable Michigan offense code, is that correct? |
| 8 | **A.** That would be my assumption, yes. |
| 9 | **Q.** And do you know what it means when the comparable |
| 10 | Michigan code column is blank? |
| 11 | **A.** I do not. |
| 12 | **Q.** Gotcha. Do you know if this chart includes offenses |
| 13 | that are not comparable to Michigan offenses but |
| 14 | require registration in the state of conviction? |
| 15 | **A.** I don't know that. |
| 16 | **Q.** Don't know. And do you know why that information |
| 17 | might be excluded from this chart? |
| 18 | **A.** I have no idea. |
| 19 | **Q.** Gotcha. And do you know if the SOR unit keeps |
| 20 | information elsewhere about what comparable Michigan |
| 21 | code is for out-of-state offenses? |
| 22 | **A.** I am -- I don't know. |
| 23 | **Q.** Do you know of any other cheat sheets or charts kind |
| 24 | of similar to this one? |
| 25 | **A.** No, ma'am. |

Page 63

| | |
|---|---|
| 1 | **Q.** Gotcha. Are you -- actually, I withdraw that last |
| 2 | question I was about to ask. |
| 3 | If an attorney contacts the SOR unit and |
| 4 | says my client was convicted of murder under -- let's |
| 5 | say -- let's use one of these for example. We've got |
| 6 | -- actually, I'm on the wrong sheet. That explains a |
| 7 | lot. |
| 8 | So we've got Arizona code 13-14 -- so if an |
| 9 | attorney were to contact the SOR unit and say that my |
| 10 | client was convicted under this particular statute, |
| 11 | Arizona 13-1406.1 of sexual assault of a spouse and |
| 12 | wants to know what the MSP thinks the substantially |
| 13 | similar offense is, what would the SOR unit need to |
| 14 | answer that question? |
| 15 | **A.** Well, we would look at this and it's -- if you scroll |
| 16 | to the right, I believe it's blank. So we would |
| 17 | consult our legal. |
| 18 | **Q.** Gotcha. Still using this chart, but different kind of |
| 19 | train of questions. Do you know if this chart is |
| 20 | integrated or interfaced at all with the MSOR |
| 21 | database? |
| 22 | **A.** I don't believe it is. |
| 23 | **Q.** Don't believe it is, gotcha. We previously heard some |
| 24 | testimony that the table is able to populate tier |
| 25 | levels in the MSOR database. Is that different from |

Page 64

16 (Pages 61 to 64)

Page 65

1   your understanding of how the chart is used?
2           MR. DAMICH: Objection, lack of foundation.
3   BY MS. TILLMAN:
4   Q. You can answer if you know.
5   A. I don't know.
6   Q. Do you know if the information in this chart is ever
7       used to automatically determine the tier level or
8       duration for a registrant in the MSOR database?
9   A. I believe it is used to confirm or ensure that the
10      proper tier is made.
11  Q. Gotcha. But that would -- that process would be more
12      manual. So someone would look at this chart, kind of
13      confer with it, and then make that determination and
14      then manually enter that information into the
15      database, it doesn't auto-populate it?
16  A. MSOR and this don't talk together, if that's what
17      you're asking.
18  Q. Gotcha. So they do not talk, gotcha. When new
19      out-of-state offenses are classified, do you know if
20      those offenses are added to the PACC code chart?
21  A. I -- can you repeat that question.
22  Q. So if a new out-of-state offense is classified and
23      it's not already in this chart, do you know if that
24      offense is then added to the PACC code chart?
25  A. It is updated, yes.

Page 66

1   Q. And how far after kind of coming into contact with
2       that new offense is it added to the chart?
3   A. I don't know that.
4   Q. Gotcha. Do you know who adds them?
5   A. One of my analysts does.
6   Q. Gotcha. So once the SOR unit staff start inputting a
7       person into the MSOR database, do you know if there
8       are circumstances where the database might
9       automatically tier a -- or automatically assign a tier
10      and duration for a registrant?
11  A. Based on PACC code.
12  Q. Are there circumstances where that wouldn't happen?
13      Where a tier or duration would not be automatically
14      assigned?
15  A. I don't know that.
16  Q. And to your understanding, does this mean that if a
17      SOR staff member enters an out-of-state offense that
18      is already listed on the PACC chart, when that -- when
19      that registrant or that MCL code is then entered into
20      the MSOR database, the database will automatically
21      assign a tier and duration based on the information
22      that was coded into this chart?
23  A. I don't know.
24  Q. Gotcha.
25  A. I'm not familiar with that.

Page 67

1   Q. Do you know if there are offenses listed in this table
2       where the tier level is blank?
3   A. I'm looking at several right now, yes.
4   Q. And what happens when SOR staff enter an offense into
5       the MSOR database where the tier level is blank on the
6       chart -- on the PACC chart?
7   A. I don't know. We usually refer to legal if we have
8       any questions.
9   Q. Gotcha. Do you know if some classifications depend on
10      victim's age?
11  A. I believe so, yes.
12  Q. Do you know what happens if tiering an offense depends
13      on victim age?
14  A. The offense -- the tier could be different based on
15      the age of the victim.
16  Q. Do you know if the SOR unit staff do the work to
17      determine the victim age?
18  A. What do you mean by that?
19  Q. Like do -- is that information that the SOR unit staff
20      have to go find or ask for? Or is that information
21      that you generally already have?
22  A. If we do not have it and it's needed, then, yes, we --
23      we do everything we can to find that information.
24  Q. Gotcha. And once the SOR unit is able to determine
25      the age of the victim, do they enter that into the

Page 68

1       MSOR database?
2   A. I believe there's a field, yes.
3   Q. And after that field has been populated, would the
4       system then assign a tier?
5   A. I believe so, yes.
6   Q. Gotcha. And does anything else have to happen for
7       that process to take place?
8   A. The policy and procedure is followed.
9   Q. And do you know if those cases are ever sent to legal
10      before they are published?
11  A. Some cases are, yes.
12  Q. Gotcha. And what cases would those be -- or in what
13      circumstances would they be sent to legal?
14  A. If there's any question. If we are unsure of the
15      proper tier or if the PACC code, in this case, from
16      another state is comparable to a Michigan one. If we
17      have any question, we send it to legal.
18  Q. Gotcha. And do you know what happens when a
19      technician enters an offense where the published field
20      is marked yes on the PACC chart?
21  A. When a technician enters an offense?
22  Q. So if a technician is entering an offense code or --
23      yeah, an offense code in the MSOR database, but in the
24      PACC chart for that MC -- or for that PACC code, the
25      publish field is marked blank or not -- excuse me, let

17 (Pages 65 to 68)

Selden-Manor, Jami
6/12/2023                                                          FIRM #8093

| | |
|---|---|
| 1   me rephrase that question. | 1   **A.** If there is any question, yes. |
| 2       When a technician is entering an offense in | 2   **Q.** And just to kind of make sure I'm understanding kind |
| 3   the MSOR database and the PACC code chart that -- or | 3   of the full breadth of this chart, so based on your |
| 4   that statute is marked with a yes under the publish | 4   understanding, where the tier level is listed on the |
| 5   field, do you know what happens in the database? | 5   PACC chart, the MSOR database might automatically code |
| 6   **A.** I don't know. | 6   the person according to the tier as it relates to the |
| 7   **Q.** Do you know if the system would code the person as | 7   out-of-state conviction, is that right? |
| 8   being on the public registry? | 8   **A.** I don't know that. |
| 9   **A.** I don't know. | 9   **Q.** And in situations where a case is not further reviewed |
| 10   **Q.** Do you know what happens if the publish field is just | 10   because the decision was already made in the past |
| 11   blank at all? | 11   about the non-Michigan offense, would that |
| 12   **A.** I don't know. | 12   automatically tier in the MSOR database? |
| 13   **Q.** Gotcha. When tier levels are automatically assigned, | 13   **A.** Based on the -- |
| 14   are there other steps that need to take place before | 14   **Q.** Based on the -- |
| 15   publication? | 15   **A.** -- based on the PACC code Michigan offense, like |
| 16   **A.** We follow policy and procedure. | 16   Michigan offense, yes. |
| 17   **Q.** And which policy and procedure would that be? | 17   **Q.** Gotcha. Perfect. And if -- if an offense is |
| 18   **A.** I don't know the number. | 18   automatically tiered based on this PACC code chart, |
| 19   **Q.** Is there any review process involved in that | 19   would it require any further review unless there were |
| 20   procedure? | 20   questions? |
| 21   **A.** Yes. | 21   **A.** Yes. It's always double-checked. |
| 22   **Q.** Gotcha. And are you involved in the review process? | 22   **Q.** Double-checked, gotcha. And where the tier level is |
| 23   **A.** Yes. | 23   not listed on the PACC code chart, that generally |
| 24   **Q.** Gotcha. And would there be circumstances where that | 24   means further information might be needed to make a |
| 25   record might be sent to legal? | 25   determination about tier and duration? |
| Page 69 | Page 70 |

| | |
|---|---|
| 1   **A.** Yes. | 1   **A.** No, I don't. |
| 2   **Q.** Gotcha. Perfect. So again, I want to just explore a | 2       MR. DAMICH: Objection, lack of foundation. |
| 3   couple of examples just listed on this chart about how | 3   BY MS. TILLMAN: |
| 4   someone might process the information that's provided | 4   **Q.** And the chart does list this offense as a tier I |
| 5   on this chart. | 5   offense, correct? |
| 6       So looking at AK, so an Arkansas offense, | 6   **A.** Yes. |
| 7   11.41.458. So this is a conviction for Arkansas | 7   **Q.** So if someone from the SOR unit enters a person with |
| 8   11.41.458, which is indecent exposure in the first | 8   this Arkansas conviction for indecent exposure in the |
| 9   degree. Do you know if this offense is listed because | 9   first degree, does the SOR database automatically |
| 10   it is substantially similar to a Michigan offense? Or | 10   assign that person as tier I? |
| 11   because the individual would have had to register | 11   **A.** I don't know. |
| 12   under Arkansas law? | 12   **Q.** Gotcha. If the MSOR database does do automatic |
| 13       MR. DAMICH: Objection, lack of foundation. | 13   assignments, is that handled at the level of the SOR |
| 14   BY MS. TILLMAN: | 14   unit technicians? |
| 15   **Q.** If you know. | 15   **A.** I believe it's at the analyst, but I. |
| 16   **A.** I don't know. | 16   **Q.** Analyst. Okay. And then just to use another example, |
| 17   **Q.** So the PACC code chart does not list it at -- or does | 17   so this is Arkansas 11.41.460 for indecent exposure in |
| 18   not list a comparable Michigan code or a substantially | 18   the second degree. Do you see that? |
| 19   similar offense. Do you see that? | 19   **A.** Yes. |
| 20   **A.** I can't see that, no. | 20   **Q.** And here the PACC code table does not assign a tier |
| 21   **Q.** Let me scroll over. Can you see that now? | 21   level. Do you see that? |
| 22   **A.** Yes. | 22   **A.** Yes. |
| 23   **Q.** Perfect. Do you know offhand what might be a | 23   **Q.** It also doesn't show a substantially similar or |
| 24   substantially similar offense to this Arkansas | 24   comparable Michigan offense, right? |
| 25   offense? | 25   **A.** Correct. |
| Page 71 | Page 72 |

18 (Pages 69 to 72)

Selden-Manor, Jami
6/12/2023                                                    FIRM #8093

| | |
|---|---|
| 1   Q. Do you know offhand what offense MSP might consider to | 1   A. I do not know. |
| 2      be substantially similar? | 2   Q. Gotcha. |
| 3   A. No, I do not. | 3   A. I'm assuming it's in policy. |
| 4   Q. What would happen if a person with the Arkansas | 4   Q. For sure. And are -- are there instances where you |
| 5      indecent exposure in the second degree came to | 5      might need additional information to assign the tier? |
| 6      Michigan? | 6   A. Yes. |
| 7   A. We would look at that PACC code and the law for | 7   Q. And is that additional information reviewed if |
| 8      Arkansas and review Michigan law for a comparable. If | 8      received? |
| 9      we do not know, we send to legal. | 9   A. Yes. |
| 10  Q. Gotcha. Is there particular information or specific | 10  Q. And is that information reviewed by the same analyst |
| 11     information that you would need in order to determine | 11     who was doing the initial record review? Or would it |
| 12     the registration requirements for this individual? | 12     go on to a different analyst or technician? |
| 13  A. We would need to know what Arkansas' requirements are. | 13  A. It starts with a technician. It goes to the analyst. |
| 14  Q. And do you know who ultimately makes the decision or | 14     The analyst further -- has further questions, he or |
| 15     determination of what the registration requirements | 15     she may consult with another analyst. |
| 16     might be? | 16  Q. Gotcha. And then Alabama 13A-6-20, there we go. So |
| 17  A. The analyst recommends and then we send to legal if we | 17     this is the Alabama statute 13A-6-20, which is assault |
| 18     have any question. | 18     in the first degree. So based on the PACC table here, |
| 19  Q. Gotcha. If a tier doesn't automatically populate from | 19     it looks like the tier level is determined by the age |
| 20     based on the PACC chart, do you know how a tier might | 20     of the victim? |
| 21     be assigned? | 21  A. That's what I would assume, yes. |
| 22  A. I do not know. | 22  Q. So if the SOR unit staff enters a person with this |
| 23  Q. And same question for publication status; if it | 23     conviction, what would happen? |
| 24     doesn't automatically populate, do you know how it | 24  A. I don't know. I assume that it would be entered as |
| 25     might be decided? | 25     what it shows here. I don't know if it does it |
| Page 73 | Page 74 |

| | |
|---|---|
| 1      automatically or not. | 1      substantially similar? |
| 2   Q. Gotcha. Would the SOR unit staff member need to get | 2   A. I do not know. |
| 3      the victim age information to make this classification | 3   Q. Gotcha. And it looks like -- my understanding at |
| 4      accurately? | 4      least based on this chart -- is that this is listed to |
| 5   A. It appears so, yes. | 5      automatically tier the person, is that correct? |
| 6   Q. So let's say the technician was able to get police | 6   A. I don't know. |
| 7      reports from the convicting state and the reports say | 7   Q. Gotcha. |
| 8      the victim was seventeen years old, what happens next? | 8         MR. DAMICH: Dayja, do you mind if we take |
| 9   A. It would go to an analyst for review. | 9      like a five- or ten-minute break? |
| 10  Q. Gotcha. If that age information is inputted then into | 10        MS. TILLMAN: Yeah, no, that's perfectly |
| 11     the MSOR database, would the database then assign that | 11     fine. |
| 12     person to tier II? | 12        (Off the record 10:46 a.m.) |
| 13  A. I don't know if it does with the out-of-state ones. | 13        (Back on the record at 11:00 a.m.) |
| 14  Q. Gotcha. Do you know if this out-of-state conviction | 14  BY MS. TILLMAN: |
| 15     specifically is listed because it's considered | 15  Q. I'm going to briefly re-share my screen with the PACC |
| 16     substantially similar to a Michigan offense? Or | 16     chart. And can you still see that? |
| 17     because it requires registration in Alabama? | 17  A. Yes. |
| 18  A. I don't know. | 18  Q. Perfect. I want to go through one more example from |
| 19  Q. Don't know, gotcha. As we can see here it -- there is | 19     this chart just to make sure I understand how it |
| 20     no comparable Michigan code or substantially similar | 20     works. Okay. |
| 21     offense listed here, correct? | 21        So this is Georgia 16-6-2 for sodomy. The |
| 22  A. I can't see that. | 22     PACC code table shows this results in a tier III |
| 23  Q. Let me scroll over. How about now? | 23     publication. Do you see that? |
| 24  A. Correct. | 24  A. Yes. |
| 25  Q. And do you know offhand what offense might be | 25  Q. Did you see that, more so. Okay. |
| Page 75 | Page 76 |

                                            19 (Pages 73 to 76)

Selden-Manor, Jami
6/12/2023                                                        FIRM #8093

| | |
|---|---|
| 1　　　　Do you know if this is programmed into the | 1　Q.　Sure. And certain consensual sodomy with underage |
| 2　　　MSOR database to automatically tier a person with a | 2　　　teens is not registrable if less than a four-year age |
| 3　　　Georgia sodomy conviction as a tier III? | 3　　　difference, correct? |
| 4　A.　I don't know. | 4　　　　　MR. DAMICH: Objection, form. |
| 5　　　　　MR. DAMICH: Objection, lack of foundation. | 5　BY MS. TILLMAN: |
| 6　BY MS. TILLMAN: | 6　Q.　You can answer if you know. |
| 7　Q.　And do you know if that -- do you know if the offense | 7　A.　I don't know. |
| 8　　　is listed in this chart because it's substantially | 8　Q.　And the PACC chart doesn't list a victim age in this |
| 9　　　similar to a Michigan offense? Or because you have to | 9　　　line, right, for this conviction? |
| 10　　　register in Georgia? | 10　A.　It's empty, correct. |
| 11　　　　　MR. DAMICH: Same objection. | 11　Q.　So if the PACC table was used to program the system, |
| 12　　　　　THE WITNESS: I don't know. | 12　　　then the MSOR database would automatically assign a |
| 13　　　　　MR. DAMICH: Objection, lack of foundation. | 13　　　person with a Georgia sodomy conviction to tier III, |
| 14　BY MS. TILLMAN: | 14　　　lifetime public registration, even if the offense was |
| 15　Q.　And there is no comparable Michigan code listed here. | 15　　　against an adult, correct? |
| 16　　　Do you see that? | 16　　　　　MR. DAMICH: Objection, form, ambiguous, |
| 17　A.　Correct. | 17　　　lack of foundation, confusing. You can answer. |
| 18　Q.　Do you know what would be the comparable Michigan | 18　　　　　THE WITNESS: I don't understand the |
| 19　　　offense off the top of your head? | 19　　　question. |
| 20　A.　I don't. | 20　BY MS. TILLMAN: |
| 21　　　　　MR. DAMICH: Objection, lack of foundation. | 21　Q.　I can rephrase. So because the PACC chart codes a |
| 22　BY MS. TILLMAN: | 22　　　sodomy offense from Georgia as tier III, if the |
| 23　Q.　And in Michigan sodomy is only registrable if against | 23　　　MSOR -- the MSOR database would automatically assign a |
| 24　　　a minor, correct? | 24　　　person with a Georgia sodomy conviction to tier III, |
| 25　A.　I'd have to review to statute. | 25　　　even if the offense was against an adult because there |
| Page 77 | Page 78 |

| | |
|---|---|
| 1　　　is victim age missing, correct? | 1　A.　Maybe the court order is different or we want to |
| 2　　　　　MR. DAMICH: Same objection. | 2　　　confirm something. If there's any question or doubt, |
| 3　　　　　THE WITNESS: I don't know. | 3　　　then it is referred to legal. |
| 4　BY MS. TILLMAN: | 4　Q.　Gotcha. All right. And I'm going to share a |
| 5　Q.　And what if the offense involved sexual activity | 5　　　different screen. Can you see this? |
| 6　　　between teenagers, one of whom was old enough to | 6　A.　Yes. |
| 7　　　consent, it would still list them as a tier III | 7　Q.　Perfect. So this is what we will mark as Exhibit C. |
| 8　　　registrant, correct? | 8　　　This is Bates number 0000723 through 724. Have you |
| 9　A.　I don't know. | 9　　　seen this before? |
| 10　Q.　But based on what this chart is showing, is that a | 10　A.　I have. |
| 11　　　fair assumption? | 11　　　　　MARKED BY THE REPORTER: |
| 12　　　　　MR. DAMICH: Objection, form. | 12　　　　　DEPOSITION EXHIBIT C |
| 13　BY MS. TILLMAN: | 13　　　　　11:05 a.m. |
| 14　Q.　You can answer if you can. | 14　BY MS. TILLMAN: |
| 15　A.　Based on what the chart is showing. It's not implying | 15　Q.　And you're familiar with this document? |
| 16　　　it's automatically entered that way in MSOR. | 16　A.　Yes. |
| 17　Q.　Gotcha. And then I'm going to stop sharing this | 17　Q.　And can you briefly describe what it is. |
| 18　　　chart. There we go. All right. | 18　A.　It's the steps in which out of state is figured for |
| 19　　　　　So let's say there's an offense on the PACC | 19　　　adult and juvenile. |
| 20　　　chart and that offense has been populated into the | 20　Q.　Have you ever used this chart? |
| 21　　　MSOR database, are there circumstances where you might | 21　A.　I have not personally, no. |
| 22　　　still confer with legal to determine registration | 22　Q.　Do you know if your staff in the SOR unit has used |
| 23　　　requirements anyway? | 23　　　this chart before? |
| 24　A.　If there are further questions, yes. | 24　A.　Yes. |
| 25　Q.　Gotcha. What kind of questions might come up? | 25　Q.　And why might they use this chart? |
| Page 79 | Page 80 |

                                    20 (Pages 77 to 80)

Selden-Manor, Jami
6/12/2023                                                    FIRM #8093

| | |
|---|---|
| 1  A. Somebody is coming from out of state. | 1  Q. Gotcha. And so, at the bottom of this flowchart, it |
| 2  Q. Someone is coming from out of state and they use the | 2  looks like it's on both pages, it says if the crime |
| 3  chart to help determine their registration | 3  code is not listed or tiered in the PACC code table, |
| 4  requirements? | 4  consult with an analyst before moving to the next |
| 5  A. Yes. | 5  step. Do you see that? |
| 6  Q. Gotcha. So if an offense is already listed on the | 6  A. Yes. |
| 7  PACC chart, which we already talked about, do you know | 7  Q. And do you know what this means? |
| 8  if a technician or analyst would need to go through | 8  A. It would be referring to an analyst to confirm the |
| 9  the process on the flowchart to figure out a -- or to | 9  tier. |
| 10  make a classification? | 10  Q. When would a technician in the SOR unit consult with |
| 11  A. They would refer to it, yes. | 11  an analyst in this regard? |
| 12  Q. Gotcha. And why would they refer to it? | 12  A. When they're reviewing the information in MSOR. |
| 13  A. To confirm that the steps were properly done. | 13  Q. Do you know when the MSP legal unit is involved in the |
| 14  Q. So they would use both the flowchart and the PACC | 14  decision about whether a person with an out-of-state |
| 15  chart? | 15  conviction must register? |
| 16  A. Per policy, yes. | 16  A. When there's any question, we have a -- an analyst |
| 17  Q. Gotcha. And so, when the tiers columns or publication | 17  that is very familiar with this process, and she will |
| 18  columns are blank in the PACC chart, you would need to | 18  refer to legal if she is in any question. |
| 19  use the flowchart to kind of help make that | 19  Q. Who is that person? |
| 20  determination? | 20  A. Ms. Sharon. |
| 21  A. I would assume so, yes. | 21  Q. I'm sorry? I missed that, it broke up. |
| 22  Q. And if there's a new offense that hasn't previously | 22  A. Sharon Jegla. |
| 23  come up, do you know if that is a situation where you | 23  Q. Okay. Gotcha. And are there any other MSP staff |
| 24  would also use the flowcharts? | 24  involved in making determinations for these |
| 25  A. Yes. And refer to legal. | 25  out-of-state convictions? |
| Page 81 | Page 82 |

| | |
|---|---|
| 1  A. Any analyst. She's the senior analyst that's very | 1  A. I don't know. |
| 2  familiar with the process, so she's often consulted. | 2  Q. Do you know if there has been any systematic review to |
| 3  Q. And do you know how many of these decisions are being | 3  determine the accuracy of the classifications made in |
| 4  made on average a month? | 4  2011? |
| 5  A. I do not know. | 5  A. I wasn't here then, I don't know. |
| 6  Q. Gotcha. Do you know -- never mind. I'm actually | 6  Q. Do you know who is typically involved in updating the |
| 7  going to stop sharing my screen again. We should be | 7  chart when a determination is made? |
| 8  good with this one. All right. | 8  A. Yes, Ms. Sharon Jegla. |
| 9        So were you aware that SORA was first | 9  Q. Gotcha. And have you made any of these determinations |
| 10  amended to require tiers in 2011? | 10  since being in the SOR unit? |
| 11  A. Say that again. | 11  A. No. |
| 12  Q. Were you aware that the SORA law was first amended to | 12  Q. Gotcha. All right. And I'm going to switch gears |
| 13  require tiers in 2011? | 13  here a little bit from talking about the out-of-state |
| 14  A. I have reviewed statute, I don't recall the exact | 14  registration. And share my screen again, give me one |
| 15  date. | 15  second. Can you see that? |
| 16  Q. Gotcha. | 16  A. Yes. |
| 17  A. Or year. | 17  Q. Perfect. Let me make it smaller so you can see the |
| 18  Q. So -- but you were aware that when -- initially when | 18  whole thing. And I can briefly scroll through so you |
| 19  SORA went into effect initially in 1995, there were no | 19  can see everything that's in here. So this is what we |
| 20  tier classifications at the time? | 20  will mark as Exhibit D. This is Bates number 0001653 |
| 21  A. I believe so. I wasn't here at the time, I can't | 21  through 1655 and 0001673. |
| 22  really say for sure. | 22        It appears to be letters sent to |
| 23  Q. So would that mean that many offenses would have | 23  registrants informing them of their registration |
| 24  needed to be classified post-2011 once the tiers were | 24  requirements. Have you seen these documents before? |
| 25  created? | 25  A. Yes. |
| Page 83 | Page 84 |

21 (Pages 81 to 84)

Selden-Manor, Jami
6/12/2023                                              FIRM #8093

|   | |
|---|---|
| 1 | MARKED BY THE REPORTER: |
| 2 | DEPOSITION EXHIBIT D |
| 3 | 11:13 a.m. |
| 4 | BY MS. TILLMAN: |
| 5 | Q. And are you familiar with them? |
| 6 | A. No. |
| 7 | Q. But you have seen them before? |
| 8 | A. Yes. |
| 9 | Q. Gotcha. So these are four different letters. Just |
| 10 | based on what you do know about them or what you can |
| 11 | see, can you explain what the letters might have been |
| 12 | used for. |
| 13 | A. It appears to be an audit. As it states in the |
| 14 | letter, the department has performed an audit. |
| 15 | Q. And do you know who these letters went out to? |
| 16 | A. I'm assuming a sex offender. |
| 17 | Q. And you mentioned that, you know, based on your |
| 18 | reading this that was an audit, do you know what the |
| 19 | purpose of the audit might have been? |
| 20 | A. I do not. |
| 21 | Q. Gotcha. And do you know why there were four different |
| 22 | letters? |
| 23 | A. I do not. I was not here at that time. |
| 24 | Q. Gotcha. Do you know who might have written these |
| 25 | letters? |

Page 85

| 1 | A. I can tell you that Mr. Shawn Sible was the one that |
|---|---|
| 2 | signed them. |
| 3 | Q. And it looks like -- |
| 4 | A. I don't know who -- |
| 5 | Q. Sorry, I didn't mean to interrupt you. |
| 6 | A. I don't know who wrote them. |
| 7 | Q. Gotcha. The first three letters are dated January |
| 8 | 27th, 2023, and the last letter is dated February |
| 9 | 24th, 2023. Do you see that? |
| 10 | A. Yes, I see that. |
| 11 | Q. Do you know what those dates mean? |
| 12 | A. I do not. |
| 13 | Q. Gotcha. Is it possible that that's the date that |
| 14 | these letters went out? |
| 15 | A. I would assume so. |
| 16 | Q. Gotcha. And you said you can see that it's signed by |
| 17 | Shawn Sible? |
| 18 | A. Yes. |
| 19 | Q. What's his position? |
| 20 | A. He's the assistant division director. |
| 21 | Q. Do you know what his responsibilities are as they |
| 22 | relate to SORA? |
| 23 | A. He's the assistant division director over CJIC, which |
| 24 | incorporates SOR. |
| 25 | Q. What might he -- what might his duties be that overlap |

Page 86

| 1 | with the SOR unit? |
|---|---|
| 2 | A. He oversees my manager that oversees me. |
| 3 | Q. Gotcha. Do you know if anyone other than Mr. Sible |
| 4 | who signed off here was involved in drafting or |
| 5 | writing these letters? |
| 6 | A. I have no idea. |
| 7 | Q. And do you know at all if these are current letters? |
| 8 | If these are the current letters being used? |
| 9 | A. I do not know. |
| 10 | Q. Gotcha. Do you know how many of these letters might |
| 11 | have gone out? |
| 12 | A. I do not know. |
| 13 | Q. And since you've been in the registry, has the -- |
| 14 | since you've been with the SOR unit, excuse me, has |
| 15 | the SOR unit received any calls from registrants about |
| 16 | these letters? |
| 17 | A. I do not know. |
| 18 | Q. Gotcha. Let me pull these down then. Do you know or |
| 19 | are you aware if the SOR unit has ever needed to |
| 20 | classify a potential registrant with a federal |
| 21 | conviction? |
| 22 | A. I do not know. |
| 23 | Q. Do not know. So you're not sure if there's any |
| 24 | registrants in the -- currently on the registry who |
| 25 | are on the registry because of a federal conviction? |

Page 87

| 1 | A. I don't know. |
|---|---|
| 2 | Q. Gotcha. Do you know if the steps of classifying a |
| 3 | registrant with a federal conviction might be |
| 4 | different or the same as the process for registering |
| 5 | out-of-state registrants? |
| 6 | A. I believe there's a policy on it. But I don't -- I |
| 7 | don't know it off the top of my head, no. |
| 8 | Q. Do you know what might be different in that policy |
| 9 | than is different in the out-of-state policy? |
| 10 | A. I do not know. |
| 11 | Q. Gotcha. |
| 12 | A. I'd have to review the policy. |
| 13 | Q. And do you know if there is a chart or cheat sheet |
| 14 | similar to the PACC code table that is used for |
| 15 | tiering federal offenses? |
| 16 | A. I do not know. |
| 17 | Q. And do you know if when tiering federal offenses a -- |
| 18 | a technician or an analyst might look under how an |
| 19 | offense is tiered under SORNA? |
| 20 | A. I'm assuming it's in policy. |
| 21 | Q. I'm going to share my screen again. Let me make it |
| 22 | bigger. Can you see that? |
| 23 | A. Yes. |
| 24 | Q. Perfect. Let me scroll over. And this will be what |
| 25 | we'll mark as Exhibit E. |

Page 88

22 (Pages 85 to 88)

Selden-Manor, Jami
6/12/2023                                                    FIRM #8093

| | |
|---|---|
| 1     MARKED BY THE REPORTER: | 1     very small letters -- says that it was updated on |
| 2     DEPOSITION EXHIBIT E | 2     6/24/21. Do you see that? |
| 3     11:18 a.m. | 3  A. I do. |
| 4  BY MS. TILLMAN: | 4  Q. Does that sound right to you? |
| 5  Q. The Bates number is obscured here, but what I can make | 5  A. I wasn't here then. |
| 6     out is -- well, MSP 0000716 through 717. Do you see | 6  Q. Fair. Do you know who created this chart, by chance? |
| 7     that? | 7  A. I do not know. |
| 8  A. Yes. | 8  Q. Do you know if it had to be approved by legal before |
| 9  Q. Perfect. This appears to be a document listing | 9     being used? |
| 10     various Michigan offenses, tier levels, duration, | 10  A. My assumption would be it went to legal for review, |
| 11     verification frequency and the like. Have you seen | 11     but I don't know. I wasn't here then. |
| 12     this before? | 12  Q. Gotcha. So we kind of already talked about the fact |
| 13  A. I have. | 13     that it shows tier level, duration, verification |
| 14  Q. And are you familiar with this document? | 14     frequency for different registrable offenses in |
| 15  A. Vaguely familiar. | 15     Michigan, right? |
| 16  Q. Gotcha. So just based on your experience with it, | 16  A. Correct. |
| 17     what is it? | 17  Q. And does it include all registrable offenses in |
| 18  A. If you scroll to the left, it's based on MCL code, the | 18     Michigan? |
| 19     description, and then the tier level, duration, how | 19  A. I do not know. |
| 20     often that individual will verify. | 20  Q. Don't know, gotcha. Do you know how it is decided |
| 21  Q. Gotcha. And do you know when this chart was created? | 21     which offenses would be included in this chart? |
| 22  A. I do not. | 22  A. I do not know. |
| 23  Q. Do you know if it's been updated at all? | 23  Q. Do you know if this chart is used in the SOR unit? |
| 24  A. I do not. | 24  A. Yes, it is. |
| 25  Q. And I believe the bottom of the chart -- very, very, | 25  Q. Do you know who -- who in the SOR unit uses it? |
| Page 89 | Page 90 |
| 1  A. All of the staff refer to it. | 1  Q. Okay. And do you know if the -- when using -- if they |
| 2  Q. All the staff. Have you ever used it? | 2     are using this chart to make tier determinations, are |
| 3  A. I have not. | 3     they doing that for instate residents? |
| 4  Q. Do you know how the SOR unit uses this chart? | 4  A. I'm assuming so. If its MCL code is listed, those are |
| 5  A. I'm assuming it's for reference on specific MCL codes, | 5     State of Michigan offenses. |
| 6     but I do not. | 6  Q. Would they ever use this chart for out-of-state |
| 7  Q. Gotcha. Do you know how often SOR staff members might | 7     registrants? |
| 8     reference this chart? | 8  A. I don't know. |
| 9  A. I am unsure, I do not. | 9  Q. And what about for federal convictions? Would they |
| 10  Q. Gotcha. And do you know if the SOR -- the SOR unit | 10     use this chart? |
| 11     staff refer to this chart when making tier | 11  A. I don't know. |
| 12     determinations? | 12  Q. Gotcha. All right. So that is that one. All right. |
| 13  A. My assumption is yes, but I believe it -- it is -- | 13     So I just want to kind of review a few of the SOR |
| 14  Q. Do -- | 14     operating procedures we -- |
| 15  A. -- referred to in policy. | 15     MR. DAMICH: Dayja, can I -- I'm sorry. |
| 16  Q. Which policy would that be? | 16     Can I take a break real quick before you get -- I'm -- |
| 17  A. I don't know. | 17     I apologize. |
| 18  Q. Gotcha. Is that a different policy than the ones that | 18     MS. TILLMAN: No worries. |
| 19     you've been referring to previously? | 19     (Off the record 11:23 a.m.) |
| 20  A. No. | 20     (Back on the record at 11:30 a.m.) |
| 21  Q. It might be one of the same ones? | 21  BY MS. TILLMAN: |
| 22  A. Uh-huh. | 22  Q. My last batch of questions for you, I want to go |
| 23  Q. Can you describe what that policy might be or what it | 23     through a couple of the SOR unit operating procedures, |
| 24     might say? | 24     just to basically get a better understanding of what |
| 25  A. I don't recall. | 25     they mean. |
| Page 91 | Page 92 |

23 (Pages 89 to 92)

1        So I'm going to pull up the first one for
2    you now.  All right.  Can you see that?
3    A.  Yes.
4    Q.  So this is what we will mark as Exhibit F.
5        MARKED BY THE REPORTER:
6        DEPOSITION EXHIBIT F
7        11:31 a.m.
8    BY MS. TILLMAN:
9    Q.  This is Bates stamped 0000725 through 739.  And it
10       appears to be SOR operating procedure 315 and it's
11       labelled SOR-OP-315.  So have you seen this document
12       before?
13   A.  Yes.
14   Q.  Are you familiar with it?
15   A.  Yes.
16   Q.  And just can you briefly describe what this is.
17   A.  The pending review process and procedure.
18   Q.  And do you know when this procedure was initially
19       written?
20   A.  I do not.
21   Q.  Do you know who happened to write it?
22   A.  I do not.
23   Q.  It shows a revision date of August 2nd, 2022.  Do you
24       see that?
25   A.  I do.

Page 93

1    Q.  Do you know why this policy might have been revised?
2    A.  I do not.
3    Q.  Do you happen to know what revisions were made from
4        the last iteration?
5    A.  I do not.
6    Q.  Do you know who was involved in revising it?
7    A.  I do not.
8    Q.  And do you know who might have signed off on it?
9    A.  I'm assuming the manager.
10   Q.  Gotcha.  Do people other than those in the SOR staff
11       unit ever get involved in decisions about revisions to
12       operating procedures?
13   A.  Yes.
14   Q.  Who might that be?
15   A.  The managers within CJIC above the SOR unit manager
16       and legal.
17   Q.  Gotcha.  Does the Attorney General's Office ever get
18       involved in revisions or questions about changing
19       operating procedures?
20   A.  If there's questions from legal.
21   Q.  Are you aware of any other instances where the
22       Attorney General's Office may have been involved in
23       decisions about how data is entered into the MSOR
24       database?
25   A.  I am not.  I don't know.

Page 94

1    Q.  Gotcha.  And is this a -- going back to the exhibit --
2        is this an operating procedure that is used or
3        referenced by the SOR unit?
4    A.  Yes.
5    Q.  And let's just go down to page ten.  This is page ten.
6        So here it has -- it's -- it talks about the committed
7        date.  I'm going to read section C here, which says
8        effective March 2nd, 2021, per the Michigan Attorney
9        General's Office, if the committed date is in a date
10       range and our office is unable to obtain the exact
11       date that is associated with the conviction, use the
12       most recent committed date.
13           For example, if the dates are 01/20/2010 to
14       07/1/2020 and an exact date cannot be obtained, use
15       07/01/2020 as the committed offense date.  Do you see
16       that there?
17   A.  I do.
18   Q.  Perfect.  Do you know who wrote that?
19   A.  I do not.
20   Q.  Gotcha.  Do you know what the purpose of using the
21       last date as the committed date was?
22   A.  I do not.
23   Q.  If you don't, do you know why -- or let me rephrase
24       this question.
25           Because you don't know the purpose of why

Page 95

1        that was used as the committed date, do you know why
2        they wouldn't just use a date --
3            MR. DAMICH:  Objection, lack of foundation.
4    BY MS. TILLMAN:
5    Q.  You can answer if you can.
6    A.  I don't know.
7    Q.  Gotcha.  Do you know if the effect of this is to make
8        the committed date as late as possible?
9    A.  I'm sorry, what was the question?
10   Q.  Do you know if the effect of this is to make the
11       committed date as late as possible?
12           MR. DAMICH:  Objection, lack of foundation.
13           THE WITNESS:  I don't know.
14   BY MS. TILLMAN:
15   Q.  But the committed date could affect whether someone
16       has an ex post facto claim, right?
17           MR. DAMICH:  Objection, lack of foundation.
18           THE WITNESS:  Can you repeat that.
19           MS. TILLMAN:  I can withdraw the question.
20   BY MS. TILLMAN:
21   Q.  So I want to bring your attention to page nine now.
22       So here I'm going to highlight it so you can see what
23       I'm referring to.  It says if an offender commits a
24       new Michigan felony after 3/24/2021 and they have a
25       previous sex offense that they were not previously

Page 96

Selden-Manor, Jami
6/12/2023                                                          FIRM #8093

---

1 registered for, they must now register for that old
2 offense.
3           I., if the old offense is a tier I or tier
4 II and the fifteen or twenty-five years has ended, the
5 offender would not be required to register. A.,
6 incarceration time can only be added for time spent in
7 prison/jail for the old offense and not any
8 incarceration time in between the old offense and the
9 new felony.
10          And subsection B reads if the offender is
11 being registered due to the recapture provision in the
12 SOR law, ensure the recapture box, quote/unquote, is
13 checked in the MSOR offense modal. And then finally
14 B.i. states if it is questionable as to whether the
15 recapture box is checked, follow the chain of command.
16          Do you know who wrote this?
17 **A.** I do not.
18 Q.  Do you know who was involved in signing off on it?
19 **A.** I would --
20          MR. DAMICH: Objection, lack of foundation.
21          THE WITNESS: -- assume the manager.
22 BY MS. TILLMAN:
23 Q.  You can answer.
24 **A.** I would assume the manager.
25 Q.  Does this -- do you know if this represents MSP's

Page 97

---

1 official position about how the recapture provisions
2 of SOR 2021 should be interpreted?
3          MR. DAMICH: Objection, lack of foundation.
4 BY MS. TILLMAN:
5 Q.  You can answer if you know.
6 **A.** I don't know. I wasn't here when this was written.
7 Q.  So based on this policy, is it fair to say that MSP's
8 position is that if a person who has an old sex
9 offense for which that person never had to register,
10 if that person commits a new felony after that
11 3/24/2021 date, that person now has to register?
12 **A.** Based on this policy, that's what's stated, unless the
13 old offense is a tier I and tier II and the fifteen or
14 twenty-five years has ended.
15 Q.  Gotcha. And based on this policy, is it MSP's
16 position that periods of incarceration can be deducted
17 from a fifteen- or twenty-five-year registration
18 period if for the initial offense but not for the
19 other periods of incarceration?
20 **A.** It states incarceration time can only be added for the
21 time spent in prison/jail for the old offense and not
22 any incarceration time in between the old offense and
23 new felony.
24 Q.  Gotcha. All right. And that's it on this one. So
25 instead of un-sharing, I'm going to attempt to just

Page 98

---

1 share the next document.
2 **A.** Okay.
3 Q.  Do you see this one?
4 **A.** Offender duration has ended.
5 Q.  Perfect. So this is what we will mark as Exhibit G.
6 It's Bates stamped 0000911 through 913. This appears
7 to be SOR operating procedure 308. It's labelled
8 SOR-OP-308. Have you seen this document before?
9 **A.** I have.
10 Q.  Are you familiar with it?
11 **A.** Yes.
12          MARKED BY THE REPORTER:
13          DEPOSITION EXHIBIT G
14          11:39 a.m.
15 BY MS. TILLMAN:
16 Q.  Gotcha. And based on your experience with this
17 policy, can you describe what it is.
18 **A.** This is the procedure that's followed when offender
19 duration has ended.
20 Q.  Do you know when it was originally written?
21 **A.** I do not.
22 Q.  Do you happen to know who wrote it?
23 **A.** I do not.
24 Q.  And do you see the revision date for May 4th, 2022?
25 **A.** Yes, ma'am.

Page 99

---

1 Q.  And do you know why it might have been revised on that
2 date?
3 **A.** I do not know.
4          MR. DAMICH: Objection to foundation.
5 BY MS. TILLMAN:
6 Q.  You can answer if you know the answer.
7 **A.** I don't know.
8 Q.  Do you know what revisions might have been made?
9 **A.** I do not know.
10 Q.  And do you know who might have been involved in
11 revising it?
12 **A.** I don't know.
13 Q.  Do you know if it's been revised since May 4th, 2022?
14 **A.** Not to my knowledge.
15 Q.  Gotcha. And is this an operating procedure that's
16 used or referenced by the SOR unit?
17 **A.** Yes.
18 Q.  Does this policy provide guidance on how to calculate
19 when a tier I or tier II registrant comes off the
20 registry after the fifteen- or twenty-five-year
21 duration?
22 **A.** I would have to review the policy and procedure.
23 Q.  What is your understanding of what this policy
24 outlines?
25 **A.** I believe it's used for auditing when someone is about

Page 100

---

25 (Pages 97 to 100)

Selden-Manor, Jami
6/12/2023                                                                    FIRM #8093

| | |
|---|---|
| 1    to end their duration. | 1    1990?  Or in 1995 when SORA goes into effect? |
| 2    Q.  And that, of course, would only apply to tier I and | 2         MR. DAMICH:  Objection, form, compound, |
| 3       tier II registrants? | 3    confusing, ambiguous. |
| 4    A.  If that's what it states on here. | 4    BY MS. TILLMAN: |
| 5    Q.  And do you know the process of how time is calculated | 5    Q.  You can answer if you know. |
| 6       for registrants who are on the fifteen- or | 6    A.  I don't know. |
| 7       twenty-five-year duration? | 7    Q.  So if an offense is -- if someone is convicted of |
| 8    A.  It's based on MCL. | 8       an offense before the registry goes into effect, when |
| 9    Q.  Which MCL is that? | 9       does the clock start? |
| 10   A.  I don't know off the top of my head. | 10   A.  I don't know.  I wasn't here at that time. |
| 11   Q.  Do you know what that MCL describes as the calculation | 11   Q.  Gotcha.  Do you know if MSP has attempted to identify |
| 12      process? | 12      any individuals who might be in a situation where they |
| 13        MR. DAMICH:  Objection, lack of foundation. | 13      were convicted in 1990 but were added to the registry |
| 14   BY MS. TILLMAN: | 14      post-1995? |
| 15   Q.  You can answer if you know. | 15   A.  I don't know. |
| 16   A.  I don't know. | 16   Q.  Gotcha.  All right.  And I'm going to do the thing |
| 17   Q.  Do you happen to know when the clock starts running on | 17      again where I'm going to try to switch it to this |
| 18      registration? | 18      instead of un-sharing my screen.  Can you see that? |
| 19   A.  I don't know off the top of my head. | 19   A.  Yes. |
| 20   Q.  So just to do a brief hypo, say a person committed an | 20   Q.  Perfect.  Perfect.  And so, this is what we will mark |
| 21      offense in around 1990.  They never went to prison, | 21      as Exhibit H.  It is Bates stamped 0001624 through |
| 22      but they were sentenced to five years of probation and | 22      1626. |
| 23      they're still on probation when SOR goes into effect | 23        MARKED BY THE REPORTER: |
| 24      in 1995. | 24        DEPOSITION EXHIBIT H |
| 25        Do you know if the clock starts running in | 25        11:43 a.m. |
| Page 101 | Page 102 |

| | |
|---|---|
| 1    BY MS. TILLMAN: | 1    referenced within the SOR unit? |
| 2    Q.  And this appears to be SOR operating procedure 322, | 2    A.  Yes. |
| 3       with the label SOR-OP-322.  Have you seen this | 3    Q.  And is this policy related to how the unit responds |
| 4       document before? | 4       once the SOR unit has been notified by another state |
| 5    A.  I have. | 5       that a non-Michigan registrant has moved to Michigan? |
| 6    Q.  And are you familiar with it? | 6    A.  Say that again. |
| 7    A.  Yes. | 7    Q.  For sure.  So does this policy outline how the SOR |
| 8    Q.  And just based on your experience with it, can you | 8       unit responds once they have been notified by another |
| 9       describe what it outlines. | 9       state that a registrant had moved to Michigan? |
| 10   A.  My understanding is it outlines those are pending | 10   A.  Yes. |
| 11      arrival here in the state. | 11   Q.  Gotcha.  And can you just quickly walk us through how |
| 12   Q.  Gotcha.  Do you know when this policy was originally | 12      the SOR unit might typically respond in this |
| 13      written? | 13      situation. |
| 14   A.  I do not know. | 14   A.  It would be following this policy.  I'm not very |
| 15   Q.  Do you happen to know who wrote it? | 15      familiar with it. |
| 16   A.  I do not know. | 16   Q.  Gotcha.  And do you know if any of the steps in that |
| 17        MR. DAMICH:  Objection, lack of foundation. | 17      policy are different from any of the other |
| 18   BY MS. TILLMAN: | 18      registration policies that we've talked about? |
| 19   Q.  Do you see the revision date of July 12th, 2022, up | 19   A.  I do not know. |
| 20      there? | 20   Q.  Gotcha.  Do you know off the top of your head which |
| 21   A.  Yes, ma'am. | 21      policy, besides this one of course, might be relevant? |
| 22   Q.  Do you know if this policy has been revised since that | 22   A.  No, I don't know. |
| 23      date? | 23   Q.  Gotcha.  Looking at page two, section four A three -- |
| 24   A.  Not to my knowledge. | 24      where did it go.  Here we go, in this little section |
| 25   Q.  And is this an operating procedure that is used or | 25      here, I'm going to briefly read the relevant |
| Page 103 | Page 104 |

26 (Pages 101 to 104)

Tri-County Court Reporters
248-608-9250

Selden-Manor, Jami
6/12/2023                                              FIRM #8093

| | |
|---|---|
| 1   provisions.  So four -- subsection four states the | 1   complete pending review and the one described here, |
| 2   department technician shall perform a search within | 2   where only -- where they might be only deciding on |
| 3   ten business days of said date of arrival in MSOR to | 3   publication status? |
| 4   determine if the offender has checked in with | 4   A.  I don't.  I don't know. |
| 5   Michigan. | 5   Q.  Are you not familiar with that process? |
| 6           And then subsection A of four says if the | 6   A.  No, I'm not. |
| 7   department technician has determined a new offender | 7   Q.  Do you know if records under this scenario four A |
| 8   has checked in with Michigan and has signed a | 8   three ever go through a complete review? |
| 9   registration form, all of these other provisions will | 9   A.  I don't know. |
| 10  obviously take place, including a request -- if | 10  Q.  Do you happen to know if there's any followup on that |
| 11  requested by the notifying state it would notify the | 11  record? |
| 12  state that the offender has arrived and the | 12  A.  I do not know. |
| 13  notification was sent through the SORNA exchange | 13  Q.  Gotcha.  All right.  I will stop sharing my screen. |
| 14  portal, close the notification in the SORNA exchange | 14          MS. TILLMAN:  That is all I've got right |
| 15  portal. | 15  now, but if you give me about five minutes or so just |
| 16          And it kind of lists how that is done.  And | 16  to like go through my notes, make sure I don't have |
| 17  then subsection two says if it is an exiting offender, | 17  any other questions.  Is that okay? |
| 18  a signed registration form is not necessary.  And | 18          MR. DAMICH:  Yeah, absolutely. |
| 19  subsection three says the department technician does | 19          (Off the record 11:48 a.m.) |
| 20  not need to perform a complete pending review on the | 20          (Back on the record at 11:55 a.m.) |
| 21  record, only determine if the offender record should | 21          MS. TILLMAN:  I have just got literally |
| 22  be published or not. | 22  like maybe one or two more questions for you. |
| 23          Do you see all of that? | 23  BY MS. TILLMAN: |
| 24  A.  I do. | 24  Q.  So earlier we kind of like walked through the instate |
| 25  Q.  Perfect.  Do you know the difference between a | 25  registration process for registrable offenses in |
| Page 105 | Page 106 |

| | |
|---|---|
| 1   Michigan.  And so, I want to kind of go back and ask | 1           MS. TILLMAN:  Great.  So I actually want to |
| 2   once MSP -- or once MSP completes a record and a | 2   make one statement for the record and then I will be |
| 3   determination is made that an individual who's instate | 3   all done, I promise. |
| 4   must register for, you know, fifteen, twenty-five, or | 4           MR. DAMICH:  Okay. |
| 5   lifetime, how is that then communicated to a | 5           MS. TILLMAN:  So I want to state for the |
| 6   registrant, if you know? | 6   record that, you know, defendants had an obligation to |
| 7   A.  I don't recall. | 7   provide a witness who, you know, in a 30(b)(6) |
| 8   Q.  Don't recall, gotcha.  Do you know if the tier letters | 8   deposition who can testify to all the topics related |
| 9   that we looked at earlier might be sent out to them? | 9   -- relayed in the Notice of deposition. |
| 10  Or if something similar might be sent out to them? | 10          Of course, our witness today was able to |
| 11          MR. DAMICH:  Objection, lack of foundation. | 11  respond to many questions, but we do not necessarily |
| 12  BY MS. TILLMAN: | 12  feel that the defense adequately complied with that |
| 13  Q.  You can answer if you know. | 13  obligation because the witness was not able to respond |
| 14  A.  I don't recall. | 14  to many questions about the policies and procedures. |
| 15  Q.  You don't recall, gotcha.  Do you recall any method at | 15  So I want to state that for the record. |
| 16  all of the SOR unit or MSP communicating to | 16          MR. DAMICH:  Noted. |
| 17  registrants what their registration obligations might | 17          MS. TILLMAN:  Other than that, I think that |
| 18  be? | 18  I'm all good on my side.  I do really want to thank |
| 19  A.  I believe there's a letter out there.  But I don't -- | 19  you for your time today.  I'm sure it's never fun to |
| 20  I don't recall exactly what it is. | 20  sit in these things for three-plus hours. |
| 21          MS. TILLMAN:  All right.  Then that is all | 21          But I do really appreciate you taking the |
| 22  of my questions.  So, Scott, unless you have some | 22  time to talk to us through kind of many of the things |
| 23  questions. | 23  that we're not really aware of that's gone on inside |
| 24          MR. DAMICH:  You know what, I don't | 24  of the SOR unit.  So it was very helpful.  So I really |
| 25  actually. | 25  appreciate it. |
| Page 107 | Page 108 |

Tri-County Court Reporters
248-608-9250

Selden-Manor, Jami
6/12/2023                                                                FIRM #8093

| | |
|---|---|
| 1     THE WITNESS:  Thank you. | 1     CERTIFICATE |
| 2     (The deposition was concluded at 11:58 a.m. | 2 |
| 3  Signature of the witness was not requested by counsel | 3   STATE OF MICHIGAN |
| 4  for the respective parties hereto.) | 4   COUNTY OF MACOMB |
| 5 | 5     I, Heather DeMar, RPR, CSR, and Notary |
| 6 | 6  Public in and for the above county and state, do |
| 7 | 7  hereby certify that this deposition was taken before |
| 8 | 8  me at the time and place hereinbefore set forth via |
| 9 | 9  videoconference; that the witness was by me first duly |
| 10 | 10  sworn to testify to the truth; that this is a true, |
| 11 | 11  full and correct transcript of my stenographic notes |
| 12 | 12  so taken; and that I am not related, nor of counsel to |
| 13 | 13  either party, nor interested in the event of this |
| 14 | 14  cause.  I agree that I nor any person, attorney, |
| 15 | 15  paralegal, or expert witness may make, copy, and/or |
| 16 | 16  distribute to others for future sales, monetary gain, |
| 17 | 17  or any other purpose, a transcript and/or video |
| 18 | 18  without paying Tri-County Court Reporters the ordinary |
| 19 | 19  and customary charges for any and all additional |
| 20 | 20  transcripts.  Transcript completed 6/17/2023. |
| 21 | 21 |
| 22 | 22   Heather DeMar, RPR, CSR - 8951 |
| 23 | 23   Notary Public. |
| 24 | 24   Macomb County, Michigan |
| 25 | 25   My Commission Expires:  12/18/2027 |
| Page 109 | Page 110 |

Selden-Manor, Jami
6/12/2023

FIRM #8093

**A**

**a.m** 1:25 2:4 5:3
7:21,22 12:2,3
43:14 53:12
76:12,13 80:13
85:3 89:3
92:19,20 93:7
99:14 102:25
106:19,20
109:2
**ability** 10:13
**able** 23:13,17
26:21 27:2
30:3 49:14
51:23 64:24
67:24 75:6
108:10,13
**absolutely**
106:18
**access** 28:23
29:23
**accounting**
16:24
**accuracy** 38:16
39:8 45:12
84:3
**accurate** 45:24
54:16
**accurately** 47:18
75:4
**acronym** 58:8
**acronyms** 58:15
**activities** 32:11
**activity** 79:5
**added** 55:17,22
61:24 65:20,24
66:2 97:6
98:20 102:13
**additional** 59:21
62:1 74:5,7
110:19
**address** 26:21
27:4 31:7
38:11

**adds** 66:4
**adequately**
108:12
**administration**
15:5,6
**administrative**
29:23
**adult** 78:15,25
80:19
**advisor** 49:23
**affect** 41:9 96:15
**age** 46:25 60:5,7
60:12,13,17,21
67:10,13,15,17
67:25 74:19
75:3,10 78:2,8
79:1
**agencies** 15:14
37:3
**agency** 16:9
38:1,8,9,24
40:7
**agent** 35:9,13
47:14
**ago** 15:16
**agree** 110:14
**AIMEE** 3:21
**AK** 71:6
**Alabama** 74:16
74:17 75:17
**Alan** 21:8
**allow** 27:4,15
30:14,17
**allows** 31:25
**ambiguous**
26:23 27:9
30:15 37:18
78:16 102:3
**amended** 83:10
83:12
**amending** 25:7
**American** 3:5
**analysis** 33:6
**analyst** 19:15

23:8 38:17
39:5,14,18
40:1,12,16
42:4,12 46:2
72:15,16 73:17
74:10,12,13,14
74:15 75:9
81:8 82:4,8,11
82:16 83:1,1
88:18
**analyst's** 62:1
**analysts** 19:3
20:10,13,21
21:21 23:21
24:12 66:5
**analyzed** 32:22
**and/or** 110:15
110:17
**answer** 6:20 7:8
8:17,20 9:1,2
9:15 10:13
25:2 26:18,25
27:11,20,20
28:11 29:7,8
30:11 31:11,22
32:15 33:3,10
36:9,17,23
37:10 42:17
44:9,9 50:16
52:11 64:14
65:4 78:6,17
79:14 96:5
97:23 98:5
100:6,6 101:15
102:5 107:13
**answered** 20:1,4
42:14
**anyway** 79:23
**apologies** 12:24
**apologize** 92:17
**APPEARAN...**
3:1
**Appearing** 3:9
3:17

**appears** 43:8
53:6 75:5
84:22 85:13
89:9 93:10
99:6 103:2
**applies** 46:24
**apply** 101:2
**appreciate**
108:21,25
**approved** 21:1,6
22:9 44:16,17
60:24 61:6,13
90:8
**approximately**
16:12,19 23:10
**April** 44:2,11
**Arizona** 64:8,11
**Arkansas** 71:6,7
71:12,24 72:8
72:17 73:4,8
**Arkansas'** 73:13
**arrival** 103:11
105:3
**arrived** 105:12
**arriving** 24:13
**aside** 11:16 12:8
14:13 18:10
**asked** 8:25 20:4
42:14
**asking** 12:6
14:25 23:25
29:17 65:17
**asks** 35:2
**assault** 64:11
74:17
**assign** 40:12,16
66:9,21 68:4
72:10,20 74:5
75:11 78:12,23
**assigned** 38:17
39:4 40:20
59:9 66:14
69:13 73:21
**assignments**

72:13
**assistant** 16:24
86:20,23
**Associate's**
14:17
**associated** 26:7
95:11
**assume** 7:13
8:18,21 20:1
57:4,6 59:4,16
60:13 74:21,24
81:21 86:15
97:21,24
**assuming** 7:15
59:2 60:7
61:10 74:3
85:16 88:20
91:5 92:4 94:9
**assumption** 63:8
79:11 90:10
91:13
**attached** 4:12
**attempt** 43:4
52:22 98:25
**attempted**
102:11
**attending** 14:7
**attention** 96:21
**attorney** 3:13
5:12 64:3,9
94:17,22 95:8
110:14
**attorneys** 12:12
12:17,21 13:5
**audit** 85:13,14
85:18,19
**auditing** 100:25
**August** 93:23
**AUKERMAN**
3:4
**authority** 34:5
34:10
**auto-populate**
65:15

**automatic** 72:12
**automatically**
  41:4 65:7 66:9
  66:9,13,20
  69:13 70:5,12
  70:18 72:9
  73:19,24 75:1
  76:5 77:2
  78:12,23 79:16
**available** 13:11
**avenues** 48:18
**average** 83:4
**aware** 24:3
  37:16 83:9,12
  83:18 87:19
  94:21 108:23
**Awesome** 10:21
  36:3

_____
**B**

**B** 1:5 4:15 53:5
  53:11 58:2
  97:10
**B.i** 97:14
**Bachelor's** 14:17
  15:1,4,7
**back** 7:22,23
  12:3,4 62:3
  76:13 92:20
  95:1 106:20
  107:1
**background**
  13:16 25:19,23
  26:8,15,21
  27:7 28:7,14
  28:17 29:2
  30:5,8,25 31:8
  31:18 32:3
  33:17
**bad** 7:17
**bandwidth** 9:6
**bar** 32:17
**based** 21:17
  30:4,7,17

37:11 39:22
40:18 42:23
47:25 53:15
66:11,21 67:14
70:3,13,14,15
70:18 73:20
74:18 76:4
79:10,15 85:10
85:17 89:16,18
98:7,12,15
99:16 101:8
103:8
**basic** 6:12 14:12
**basically** 33:24
  92:24
**basics** 14:12
  33:25
**basis** 32:10
**batch** 92:22
**Bates** 43:8 53:5
  80:8 84:20
  89:5 93:9 99:6
  102:21
**bear** 7:17
**behalf** 1:7 3:9,17
  5:20
**believe** 24:2 26:6
  31:17 46:5
  60:20 61:22
  64:16,22,23
  65:9 67:11
  68:2,5 72:15
  83:21 88:6
  89:25 91:13
  100:25 107:19
**best** 6:20 7:7,25
  8:10,15
**better** 34:16,17
  51:18 53:3
  57:19,22 62:7
  92:24
**beyond** 15:7
**bigger** 88:22
**birth** 38:12 46:1

**bit** 13:15 15:21
  25:16 33:13
  57:19 84:13
**blank** 58:19
  59:18 60:2,9
  60:15 63:10
  64:16 67:2,5
  68:25 69:11
  81:18
**bottom** 55:11
  56:13 82:1
  89:25
**box** 97:12,15
**breadth** 70:3
**break** 9:12,16
  45:19 76:9
  92:16
**breakdown**
  49:15,18
**brief** 101:20
**briefly** 11:21
  43:18 45:9
  53:14 76:15
  80:17 84:18
  93:16 104:25
**BRIMACOM...**
  3:21
**bring** 96:21
**broke** 82:21
**business** 15:5,6
  16:4 105:3

_____
**C**

**C** 1:5 4:16 80:7
  80:12 95:7
**calculate** 100:18
**calculated** 101:5
**calculation**
  101:11
**called** 5:6 47:12
  59:5
**calls** 87:15
**capacities** 1:17
**carrying** 21:19

21:21
**case** 1:10 6:9,13
  6:25 11:18,22
  18:19,23 39:21
  39:25 40:18
  51:21 52:17
  53:2 68:15
  70:9
**cases** 46:4 61:6
  61:12 68:9,11
  68:12
**category** 62:2
**cause** 110:14
**certain** 32:10
  78:1
**CERTIFICATE**
  110:1
**certifications**
  15:9
**certify** 110:7
**chain** 97:15
**chance** 90:6
**changed** 19:20
  24:21 25:1
  57:12
**changes** 25:14
  44:6
**changing** 94:18
**charge** 36:12
**charges** 110:19
**chart** 53:7,8,17
  54:2,7,16,21
  57:7,23 63:12
  63:17 64:18,19
  65:1,6,12,20
  65:23,24 66:2
  66:18,22 67:6
  67:6 68:20,24
  69:3 70:3,5,18
  70:23 71:3,5
  71:17 72:4
  73:20 76:4,16
  76:19 77:8
  78:8,21 79:10

79:15,18,20
80:20,23,25
81:3,7,15,18
84:7 88:13
89:21,25 90:6
90:21,23 91:4
91:8,11 92:2,6
92:10
**charts** 63:23
**cheat** 22:20,22
  53:15 63:23
  88:13
**check** 26:15,21
  27:2 28:7,14
  28:18 29:2
  30:8,25 31:8
  31:19 39:16
**checked** 97:13
  97:15 105:4,8
**checks** 25:19,23
  26:8 30:5 32:4
**circumstances**
  61:18 66:8,12
  68:13 69:24
  79:21
**citation** 58:3
**civil** 3:5 6:9
**CJIC** 86:23
  94:15
**claim** 96:16
**clarification**
  8:13
**clarify** 8:14 9:20
**clarifying** 47:15
**clarity** 36:3
**classes** 14:12
**classification**
  52:20 75:3
  81:10
**classifications**
  67:9 83:20
  84:3
**classified** 51:22
  52:14 56:5,10

57:9,16 65:19
65:22 83:24
**classify** 87:20
**classifying** 47:19
88:2
**Cleary** 14:17
**client** 64:4,10
**clock** 101:17,25
102:9
**close** 105:14
**closed** 57:1
**code** 22:24 41:4
51:13 53:15,17
55:16 60:14
62:4,8 63:7,10
63:21 64:8
65:20,24 66:11
66:19 68:15,22
68:23,24 69:3
69:7 70:5,15
70:18,23 71:17
71:18 72:20
73:7 75:20
76:22 77:15
82:3,3 88:14
89:18 92:4
**coded** 59:15
62:13 66:22
**codes** 53:25
78:21 91:5
**COL** 1:14
**College** 14:3,5
14:14
**column** 57:24
58:2,5,7,21
59:5,11,23
60:4,4,8,11,24
61:5 62:3,5,16
62:16,19 63:10
**columns** 57:21
58:13 59:12
81:17,18
**come** 42:25
48:21 79:25

81:23
**comes** 38:1,6
42:8,19 100:19
**coming** 9:5 66:1
81:1,2
**command** 97:15
**Commencing**
1:25 2:4
**Commission**
110:25
**commits** 96:23
98:10
**committed**
35:15 47:22
48:2,7 95:6,9
95:12,15,21
96:1,8,11,15
101:20
**communicated**
107:5
**communicating**
107:16
**Community**
14:3,4,14
**company** 16:3
**comparable**
53:25 62:4,9
62:21 63:7,9
63:13,20 68:16
71:18 72:24
73:8 75:20
77:15,18
**compared** 45:24
**complete** 39:11
39:19 46:8,14
105:20 106:1,8
**completed** 14:17
45:13 110:20
**completeness**
45:12
**completes** 107:2
**compliant** 29:13
29:19 30:7
**complied** 108:12

**comply** 20:21
**compound** 27:9
33:1 102:2
**computer** 8:9
15:14
**concluded** 109:2
**conclusion** 35:3
**condition** 10:13
**conducting** 5:13
**confer** 65:13
79:22
**confirm** 65:9
80:2 81:13
82:8
**confusing** 27:9
29:16 32:25
78:17 102:3
**connection** 7:11
11:23
**consensual** 78:1
**consent** 79:7
**consider** 73:1
**considered**
75:15
**consult** 24:23
64:17 74:15
82:4,10
**consulted** 83:2
**consulting** 24:17
**contact** 64:9
66:1
**contacts** 64:3
**CONTENTS**
4:1
**continue** 48:16
**convicted** 32:23
34:2,24 41:3
51:21 64:4,10
102:7,13
**convicting** 50:12
54:14 57:25
75:7
**conviction** 39:23
46:21 50:2

58:3 63:14
70:7 71:7 72:8
74:23 75:14
77:3 78:9,13
78:24 82:15
87:21,25 88:3
95:11
**convictions**
32:18 33:15
47:2 82:25
92:9
**copy** 22:20
110:15
**correct** 21:20
24:4 29:13
31:16 32:1
34:25 48:4
57:10,11,25
63:7 72:5,25
75:21,24 76:5
77:17,24 78:3
78:10,15 79:1
79:8 90:16
110:11
**Corrections**
35:20
**correctly** 10:17
**correspond**
59:11
**counsel** 8:24
109:3 110:12
**counting** 56:14
56:21
**county** 110:4,6
110:24
**couple** 18:17
49:1 51:17
71:3 92:23
**course** 9:25 10:5
101:2 104:21
108:10
**court** 1:1 6:18
7:5,25 8:6 41:5
80:1 110:18

**COVID** 14:20
**created** 36:19
45:3 54:24
55:1,3,6 83:25
89:21 90:6
**creating** 36:5,13
**crime** 82:2
**criminal** 15:13
28:22 45:25
47:11
**CRR** 58:7
**CSC** 41:3
**CSR** 110:5,22
**CSR-8951** 2:6
**current** 17:15,23
87:7,8
**currently** 17:17
17:17 18:21
24:22,25 29:18
31:4,15 87:24
**cursor** 55:8
**Curtis** 1:12
**customary**
110:19
**cut** 14:1,24 15:1
**cutting** 6:22,24
11:19 12:14

**D**

**D** 1:5 4:17 84:20
85:2
**daily** 22:4
**DAMICH** 3:12
7:19 20:4
24:24 25:5
26:16,23 27:8
27:18 28:9
29:4 30:9,15
31:9,20 32:6
32:12,25 33:8
35:2 36:7,15
36:21 37:8,18
38:22 39:2
40:5,10 42:14

Selden-Manor, Jami
6/12/2023

FIRM #8093

Page 114

44:7 50:5,14
52:5,8 65:2
71:13 72:2
76:8 77:5,11
77:13,21 78:4
78:16 79:2,12
92:15 96:3,12
96:17 97:20
98:3 100:4
101:13 102:2
103:17 106:18
107:11,24
108:4,16
**data** 94:23
**database** 19:10
19:14 23:4
36:6,14 40:25
41:3,22 64:21
64:25 65:8,15
66:7,8,20,20
67:5 68:1,23
69:3,5 70:5,12
72:9,12 75:11
75:11 77:2
78:12,23 79:21
94:24
**date** 38:11 44:1
46:1 56:24,25
57:5 83:15
86:13 93:23
95:7,9,9,11,12
95:14,15,21,21
96:1,2,8,11,15
98:11 99:24
100:2 103:19
103:23 105:3
**dated** 86:7,8
**dates** 86:11
95:13
**Dayja** 3:3 5:12
76:8 92:15
**days** 105:3
**decide** 37:4
**decided** 73:25

90:20
**decides** 39:23
**deciding** 38:20
106:2
**decision** 70:10
73:14 82:14
**decision-maki...**
38:24 40:6
**decisions** 83:3
94:11,23
**deducted** 98:16
**defendants** 1:18
3:17 108:6
**defense** 108:12
**degree** 14:23
15:1,4,7 71:9
72:9,18 73:5
74:18
**delve** 24:25 40:6
**delving** 38:23
**DeMar** 2:6
110:5,22
**department**
3:13 17:3
25:22 35:20,24
85:14 105:2,7
105:19
**departmental**
17:5,23 18:3
**depend** 67:9
**depending** 39:21
**depends** 67:12
**deposed** 13:10
**deposition** 1:22
2:1 4:14,15,16
4:17,18,19,20
4:21 5:13,18
5:19,22 6:4,13
6:16 8:24 9:11
9:11,25 10:5
10:25 12:8,13
12:18 13:2,5
43:13 53:11
80:12 85:2

89:2 93:6
99:13 102:24
108:8,9 109:2
110:7
**describe** 22:3
43:18 54:16
80:17 91:23
93:16 99:17
103:9
**described** 49:8,8
106:1
**describes** 101:11
**description** 28:4
53:16 89:19
**descriptions**
22:5
**designated** 5:19
**designee** 35:16
**determination**
16:23 41:13
48:17,21 51:1
65:13 70:25
73:15 81:20
84:7 107:3
**determinations**
51:6 82:24
84:9 91:12
92:2
**determine** 50:1
60:17,21 65:7
67:17,24 73:11
79:22 81:3
84:3 105:4,21
**determined**
46:25 52:2
54:18 74:19
105:7
**determining**
49:25 50:11,19
**DeWitt** 1:24 2:3
5:1 9:22
**DHHS** 16:21
**difference** 78:3
105:25

**different** 7:11
20:15,17 24:3
41:6,8 47:11
49:7 55:24
58:10,25 59:11
59:12 64:18,25
67:14 74:12
80:1,5 85:9,21
88:4,8,9 90:14
91:18 104:17
**differently** 29:22
**direct** 21:7
**directly** 19:15
42:5
**director** 1:15
86:20,23
**disability** 16:23
**disappeared**
16:14
**discovery** 18:19
18:22
**discussed** 11:21
**discusses** 45:3
**displayed** 45:15
**distribute**
110:16
**DISTRICT** 1:1
1:2
**division** 1:3
25:22 35:24
86:20,23
**DOC** 35:21
**document** 43:16
43:21 80:15
89:9,14 93:11
99:1,8 103:4
**documents**
11:18,22 12:7
84:24
**Doe** 1:6 51:21
**doing** 9:20 21:4
25:19,23 36:20
37:3 62:18,25
74:11 92:3

**double-checked**
70:21,22
**doubt** 80:2
**draft** 24:23
**drafting** 24:16
87:4
**driver's** 38:12
**due** 97:11
**duly** 5:8 110:9
**duration** 47:4
47:19 48:17,21
65:8 66:10,13
66:21 70:25
89:10,19 90:13
99:4,19 100:21
101:1,7
**duties** 17:16
20:18,20 22:5
23:15 86:25

|   E   |
|-------|

**E** 1:5 4:18 58:13
88:25 89:2
**earlier** 51:14
63:6 106:24
107:9
**easier** 8:7 21:2
**EASTERN** 1:2
**education** 13:16
13:23 14:13,16
15:7
**effect** 83:19 96:7
96:10 101:23
102:1,8
**effective** 95:8
**efforts** 46:23
**eighteen** 61:5
**either** 110:13
**elaborate** 28:1
**emails** 23:25
**employees** 19:2
20:8,9 22:2
25:24
**empty** 78:10

Selden-Manor, Jami
6/12/2023

FIRM #8093

Page 115

ended 97:4
98:14 99:4,19
enforcement
25:22
ensure 20:24,25
21:4 45:12
65:9 97:12
ensuring 20:21
enter 38:9 65:14
67:4,25
entered 19:20
29:25 34:6,9
38:8 46:12
47:14 66:19
74:24 79:16
94:23
entering 68:22
69:2
enters 38:1
66:17 68:19,21
72:7 74:22
entire 52:17
entirely 55:13
entities 35:5,25
36:4
entity 36:12
entry 61:16
event 110:13
everybody 7:14
10:9
ex 96:16
exact 83:14
95:10,14
exactly 30:22
107:20
EXAMINATI...
4:6 10:23
examined 5:10
example 32:17
41:11 51:20
59:14 64:5
72:16 76:18
95:13
examples 51:17

71:3
exchange 105:13
105:14
excluded 63:17
excluding 32:10
excuse 60:5
68:25 87:14
exhaust 48:18
exhausted 46:23
exhibit 4:11,14
4:15,16,17,18
4:19,20,21
43:4,7,13 53:5
53:11 80:7,12
84:20 85:2
88:25 89:2
93:4,6 95:1
99:5,13 102:21
102:24
Exhibits 4:9,12
exiting 105:17
experience
25:17,19,21
26:20 30:5
48:20 89:16
99:16 103:8
expert 110:15
Expires 110:25
explain 5:17
29:24 53:14
85:11
explains 64:6
explore 71:2
exposure 71:8
72:8,17 73:5

─────────────
         F
─────────────
F 1:5 4:19 93:4,6
fact 90:12
facto 96:16
factor 40:19
41:7,18
factors 41:5,8,17
fair 8:18,21 9:17

25:3 38:25
55:19 57:4
79:11 90:6
98:7
familiar 25:7,25
28:13,16,22
33:13 34:11
43:16 49:3
66:25 80:15
82:17 83:2
85:5 89:14,15
93:14 99:10
103:6 104:15
106:5
far 44:15 52:23
61:23 66:1
faster 56:14
February 86:8
federal 87:20,25
88:3,15,17
92:9
fee 26:4
feel 9:13 108:12
fees 26:7
felony 96:24
97:9 98:10,23
FIA 16:21
field 58:11,25
61:25 68:2,3
68:19,25 69:5
69:10
fields 58:18
fifteen 97:4
98:13 107:4
fifteen- 98:17
100:20 101:6
fifty-nine 57:8
fifty-seven 63:5
fifty-two 56:20
figure 51:23
52:13,15 81:9
figured 53:2
80:18
filed 52:20

filling 39:8
final 25:14 44:15
44:16,17
finalize 39:22
finalized 36:18
40:21 46:11
finalizing 24:15
finally 9:4,10
13:12 97:13
find 27:5,16
29:12 30:6
67:20,23
fine 11:24 76:11
finish 13:16
14:19 40:2
first 5:8 6:17 7:3
7:3,24 9:16
17:25 21:8
55:16,24 56:9
57:21 60:22
62:3 71:8 72:9
74:18 83:9,12
86:7 93:1
110:9
fit 62:2
five 43:2 101:22
106:15
five- 76:9
flowchart 81:9
81:14,19 82:1
flowcharts 81:24
follow 17:12
36:24,25 69:16
97:15
followed 68:8
99:18
following 20:25
46:24 104:14
follows 5:10
38:3
followup 106:10
forget 22:24
form 27:8 32:13
52:5,8 53:5

78:4,16 79:12
102:2 105:9,18
forth 110:8
forty-one 62:20
62:20
forty-three 63:6
forty-two 62:19
62:20,21 63:6
found 54:3,8
56:17
foundation
26:16 28:9
29:4 30:9 31:9
31:20 32:6,12
33:1,8 36:7,21
37:8 44:7 50:5
65:2 71:13
72:2 77:5,13
77:21 78:17
96:3,12,17
97:20 98:3
100:4 101:13
103:17 107:11
four 16:12 18:6
55:11 85:9,21
104:23 105:1,1
105:6 106:7
four-year 78:2
free 9:13
freeze 9:7
freezing 7:10,16
frequency 89:11
90:14
front 9:24 10:4
11:9 15:15
full 70:3 110:11
fun 108:19
function 32:5
further 13:23
40:8 47:15
70:9,19,24
74:14,14 79:24
future 110:16

Selden-Manor, Jami
6/12/2023

FIRM #8093

Page 116

| **G** | | | |
|---|---|---|---|
| **G** 1:5 4:20 99:5 99:13 | 74:13 101:23 102:1,8 | 44:17,21 46:3 46:3,8,13,16 | 104:23 106:13 107:8,15 |

**G**

**G** 1:5 4:20 99:5
99:13
**gain** 110:16
**GASPER** 1:15
**gears** 25:16
33:12 48:25
84:12
**general** 3:13
33:17 49:14,18
**General's** 94:17
94:22 95:9
**generally** 11:11
48:16 51:5
67:21 70:23
**geographical**
26:22 27:4
**Georgia** 76:21
77:3,10 78:13
78:22,24
**gestures** 6:19
7:6 8:1
**give** 15:15 22:9
33:21 34:18
43:5 84:14
106:15
**go** 6:12 7:11,12
10:18 13:19,25
14:2 16:8,13
17:9 19:16
22:7 36:19
40:8 41:25
42:5 51:16
56:3 57:1
61:24 67:20
74:12,16 75:9
76:18 79:18
81:8 92:22
95:5 104:24,24
106:8,16 107:1
**goes** 34:1 38:21
39:14 40:18
42:20 45:19,21
45:23 46:2

74:13 101:23
102:1,8
**going** 6:12 8:10
13:11 25:16
33:12 38:22
43:3,4 45:9
46:17 48:24,25
52:22 61:11
62:3 76:15
79:17 80:4
83:7 84:12
88:21 93:1
95:1,7 96:22
98:25 102:16
102:17 104:25
**Goldsmith** 1:11
**good** 5:11,15,16
52:23 83:8
108:18
**gotcha** 10:7
11:13 12:11,20
13:1,4,12,15
15:21 16:25
17:19 18:5,8
18:15,21,25
19:4,18 20:1
20:20 21:7,23
22:11,14,22
23:1,6,11,23
24:2,21 25:16
26:7,10,14,14
27:22 29:2,11
29:24 30:2,4
30:13 31:3,24
32:9,21 33:12
33:23 34:7,15
36:11 37:3,12
37:15 38:6,14
38:14,20 39:13
39:15,17,25,25
40:20,23 41:2
41:8,17,20,24
42:8,11 43:3
43:23 44:1,11

44:17,21 46:3
46:3,8,13,16
47:17,21 48:6
48:15,19,24
49:14,20 51:1
51:5,16 52:9
52:13,19,22
53:17,24 54:12
54:16,23 55:3
55:23,23 56:2
56:8,12 57:7
57:15,18 58:10
58:13,21 59:14
59:17,23 60:4
60:8,11,21,24
61:4,11 62:10
63:12,19 64:1
64:18,23 65:11
65:18,18 66:4
66:6,24 67:9
67:24 68:6,12
68:18 69:13,22
69:24 70:17,22
71:2 72:12
73:10,19 74:2
74:16 75:2,10
75:14,19 76:3
76:7 79:17,25
80:4 81:6,12
81:17 82:1,23
83:6,16 84:9
84:12 85:9,21
85:24 86:7,13
86:16 87:3,10
87:18 88:2,11
89:16,21 90:12
90:20 91:7,10
91:18 92:12
94:10,17 95:1
95:20 96:7
98:15,24 99:16
100:15 102:11
102:16 103:12
104:11,16,20

104:23 106:13
107:8,15
**Governor** 1:13
**governs** 34:11
**graduate** 13:21
14:4,6
**graduated** 13:20
**Grand** 3:7
**Great** 108:1
**GRETCHEN**
1:13
**ground** 7:24 8:5
**guidance** 22:16
23:18 35:5
44:23 47:21
100:18
**guilty** 34:3
**gym** 32:18

**H**

**H** 1:6 4:21
102:21,24
**half** 6:23 10:1
**handled** 72:13
**handles** 35:21
35:25
**Hands-on** 23:8
**happen** 15:19
54:23 55:1,3
57:15 66:12
68:6 73:4
74:23 94:3
99:22 101:17
103:15 106:10
**happened** 93:21
**happens** 8:14
34:3,7 38:14
39:17 42:20
46:8 67:4,12
68:18 69:5,10
75:8
**happy** 53:6
**Hasselbring-C...**
16:10

**head** 6:19 7:6
8:1 22:12
34:16 49:20
77:19 88:7
101:10,19
104:20
**header** 56:15,21
**hear** 7:8 16:15
29:7
**heard** 15:2 52:6
64:23
**Heather** 2:6
110:5,22
**help** 81:3,19
**helpful** 6:15
37:20 47:18
108:24
**helping** 24:23
**hereinbefore**
110:8
**hereto** 109:4
**high** 13:16,19,25
14:2,13 15:22
15:25
**highlight** 96:22
**history** 15:22
27:6 28:23
45:25 47:11
**Hon** 1:11
**hopefully** 8:11
52:24
**hotspot** 7:12 9:7
**hours** 23:10
108:20
**hundred** 56:16
57:8 63:5
**hypo** 101:20

**I**

**ID** 38:12
**idea** 63:18 87:6
**identify** 102:11
**II** 47:1,3,23 48:3
48:8 75:12

Selden-Manor, Jami
6/12/2023

FIRM #8093

Page 117

97:4 98:13
100:19 101:3
**III** 41:4 47:22
48:3 51:22,25
52:14 76:22
77:3 78:13,22
78:24 79:7
**immediately**
15:25
**impact** 10:13
32:23 33:6,6
**implying** 79:15
**important** 8:5
**imposes** 50:12
**in-depth** 49:11
**inbox** 38:2,4,7
38:15
**incarceration**
97:6,8 98:16
98:19,20,22
**include** 20:20
90:17
**included** 90:21
**includes** 29:12
57:4 63:12
**including**
105:10
**incorporates**
86:24
**indecent** 71:8
72:8,17 73:5
**INDEX** 4:9
**indicating** 12:16
**individual** 30:1
34:7,24 35:8
35:15 36:5
37:5 46:1
47:13 71:11
73:12 89:20
107:3
**individual's**
35:9,12 45:14
**individuals**
44:24 49:4

51:19 102:12
**influence** 10:12
**information**
27:7,16,24
28:2,14,17
29:11 30:18
34:5,9 37:25
38:1,6,11,16
39:8,9 40:2,4,6
45:4,7,14,24
46:9,10,11,18
46:20,22 47:8
47:15,16,17
48:1,13,16,20
51:11 57:4,20
59:21 62:15
63:16,20 65:6
65:14 66:21
67:19,20,23
70:24 71:4
73:10,11 74:5
74:7,10 75:3
75:10 82:12
**informing** 84:23
**inhouse** 49:23
**initial** 35:6
37:15,23 41:15
44:23 74:11
98:18
**initially** 83:18
83:19 93:18
**inputs** 62:15
**inputted** 75:10
**inputting** 66:6
**inside** 108:23
**instances** 74:4
94:21
**instate** 33:14
46:4 49:7 92:3
106:24 107:3
**instructs** 8:25
**integrated** 64:20
**intend** 9:11
**interested**

110:13
**interfaced** 64:20
**internal** 11:10
21:19 38:23
**internally** 44:4
**Internet** 28:22
**interpreted** 98:2
**interrupt** 86:5
**involved** 18:18
18:22 24:9,14
24:15,16,22
25:12 43:23
69:19,22 79:5
82:13,24 84:6
87:4 94:6,11
94:18,22 97:18
100:10
**issues** 19:16
**iteration** 94:4
**Ivy** 1:12

**J**
**jail** 35:15
**JAMI** 1:22 2:1
4:4 5:5
**January** 86:7
**Jegla** 82:22 84:8
**job** 17:16,25
20:15,18 21:5
23:11 31:15
**JOHN** 1:5
**JOSEPH** 1:15
**Jr** 1:12
**judge** 41:10
**July** 56:5,10
103:19
**jump** 5:16
**June** 2:5 5:2
**Junior** 13:20
**jurisdiction**
35:19,23 50:2
57:25
**justice** 15:13
**juvenile** 35:23

39:21 40:18
80:19

**K**
**keep** 8:8 51:10
**keeps** 51:5 63:19
**kicked** 10:10
**kind** 5:17 11:11
11:17,20 21:17
22:18,22 23:1
23:6,14,17,18
25:17 33:25
34:15 41:12,17
47:17 57:18,23
60:11 61:24
63:23 64:18
65:12 66:1
70:2,2 79:25
81:19 90:12
92:13 105:16
106:24 107:1
108:22
**knew** 14:20
**know** 5:18 6:14
6:14 9:8,10
18:15,21,24
19:18,25 20:1
21:15 22:11,13
24:6,9,21 26:4
26:7,9,10,12
26:14,18,19
27:20 28:11,20
28:21,25 29:1
29:3,5,10,11
30:4,6,11,12
30:13,25 31:2
31:3,8,11,18
31:22,23 32:3
32:7,9,15,16
32:20,21,21
33:3,4,5,10,11
34:15 36:9,17
36:19,25 37:2
37:3,15,23

43:20,23 44:4
44:5,6,9,10,11
44:15 46:6,7
46:15 47:7
48:23 49:13,20
49:22 50:16,18
50:25 51:5
52:4,12,19,21
52:22 53:20,22
53:23,24 54:15
54:21,22,23,25
55:1,2,3,4,5,7
55:23 56:1,2,2
56:4,7,8,8,11
56:12 57:12,14
57:15,17 58:7
58:10,15,18,22
58:25 59:5,10
59:19,20,22,24
60:1,2,3,5,8,10
60:12,15,16,17
60:23,25 61:9
61:17 62:4,15
63:9,12,15,16
63:16,19,22,23
64:12,19 65:4
65:5,6,19,23
66:3,4,7,15,23
67:1,7,9,12,16
68:9,18 69:5,6
69:7,9,10,12
69:18 70:8
71:9,15,16,23
72:11 73:1,9
73:13,14,20,22
73:24 74:1,24
74:25 75:13,14
75:18,19,25
76:2,6 77:1,4,7
77:7,12,18
78:6,7 79:3,9
80:22 81:7,23
82:7,13 83:3,5
83:6 84:1,2,5,6

Selden-Manor, Jami
6/12/2023

FIRM #8093

Page 118

85:10,15,17,18
85:21,24 86:4
86:6,11,21
87:3,7,9,10,12
87:17,18,22,23
88:1,2,7,8,10
88:13,16,17
89:21,23 90:6
90:7,8,11,19
90:20,20,22,23
90:25 91:4,7
91:10,17 92:1
92:8,11 93:18
93:21 94:1,3,6
94:8,25 95:18
95:20,23,25
96:1,6,7,10,13
97:16,18,25
98:5,6 99:20
99:22 100:1,3
100:6,7,8,9,10
100:12,13
101:5,10,11,15
101:16,17,19
101:25 102:5,6
102:10,11,15
103:12,14,15
103:16,22
104:16,19,20
104:22 105:25
106:4,7,9,10
106:12 107:4,6
107:8,13,24
108:6,7
**knowledge** 5:25
19:24 27:23
28:8 48:15,19
100:14 103:24

— **L** —

**L** 58:13
**label** 43:9 103:3
**labelled** 58:22
93:11 99:7

**lack** 26:16 28:9
29:4 30:9 31:9
31:20 32:6,12
33:1,8 36:7,21
37:8 44:7 50:5
65:2 71:13
72:2 77:5,13
77:21 78:17
96:3,12,17
97:20 98:3
101:13 103:17
107:11
**Lansing** 3:15
13:20 14:3,4
14:14
**late** 96:8,11
**law** 22:20 25:22
71:12 73:7,8
83:12 97:12
**laws** 22:21
**lawsuit** 52:20
**lays** 34:23
**learn** 23:12,13
**left** 59:17 60:2
62:13 63:2
89:18
**legal** 35:2 49:23
52:18 60:24
61:3,4,6,10,13
64:17 67:7
68:9,13,17
69:25 73:9,17
79:22 80:3
81:25 82:13,18
90:8,10 94:16
94:20
**lesser** 41:10
**let's** 13:15 55:14
64:4,5 75:6
79:19 95:5
**letter** 85:14 86:8
107:19
**letters** 58:25
84:22 85:9,11

85:15,22,25
86:7,14 87:5,7
87:8,10,16
90:1 107:8
**letting** 9:10
**level** 37:4 40:13
40:17,20,23
53:16 54:1
59:5,7,8 60:18
65:7 67:2,5
70:4,22 72:13
72:21 74:19
89:19 90:13
**levels** 64:25
69:13 89:10
**Liberties** 3:5
**Liberty** 16:3
**library** 16:16
32:18
**license** 38:12
**licenses** 15:19
**Lieutenant** 21:8
**lifetime** 78:14
107:5
**line** 78:9
**links** 22:20
**list** 15:15 22:9
33:21 41:5
71:17,18 72:4
78:8 79:7
**listed** 6:1 35:8
35:15 56:5
58:21 62:22
66:18 67:1
70:4,23 71:3,9
75:15,21 76:4
77:8,15 81:6
82:3 92:4
**listing** 89:9
**lists** 45:7 105:16
**literally** 106:21
**litigation** 5:21
**little** 13:15 15:21
25:16 29:15

33:13 56:14
84:13 104:24
**living** 31:5
**locate** 46:21
**located** 9:21
**locates** 47:7
**location** 26:13
26:22 27:4
30:17,19
**long** 9:12 12:23
14:7 15:16
16:6,11,18,25
17:7 21:15
23:9,9 46:6
54:21
**longer** 16:4 47:5
**look** 52:17 61:22
64:15 65:12
73:7 88:18
**looked** 22:3
55:21,22 107:9
**looking** 23:25
27:7,17 34:21
45:8 46:16
55:19,25 67:3
71:6 104:23
**looks** 41:5 44:1
56:15,24,25
57:1 61:5,11
62:18,25 74:19
76:3 82:2 86:3
**lot** 8:7 40:19
64:7
**low** 9:6
**lower** 63:2

— **M** —

**M** 58:21
**ma'am** 51:15
55:10 63:25
99:25 103:21
**Macomb** 110:4
110:24
**Mag** 1:12

**making** 48:17
82:24 91:11
**manager** 17:23
18:1,3,5,25
19:9,19,19,23
21:10,24 22:15
23:22,24 24:12
25:15,25 41:25
42:6 43:25
87:2 94:9,15
97:21,24
**managers** 94:15
**manual** 65:12
**manually** 65:14
**map** 30:14,17
**March** 17:11
42:25 95:8
**mark** 1:11 43:7
53:4 80:7
84:20 88:25
93:4 99:5
102:20
**marked** 43:12
53:10 68:20,25
69:4 80:11
85:1 89:1 93:5
99:12 102:23
**Mary** 1:6,6
51:21
**Massachusetts**
59:14
**matches** 46:1
**materials** 22:14
22:18
**math** 57:11
**matter** 5:13 6:5
6:6
**matters** 5:20
**MC** 68:24
**MCL** 34:12,21
34:23 37:11
40:18 41:11
66:19 89:18
91:5 92:4

Selden-Manor, Jami
6/12/2023

FIRM #8093

101:8,9,11
**MDOC** 34:9
38:13,13 45:24
47:12
**MDOC's** 28:13
28:16
**mean** 28:1 29:24
36:11 45:5
48:10 59:1,3
59:17 60:8
61:2,16 66:16
67:18 83:23
86:5,11 92:25
**meaning** 30:21
**means** 57:23
58:18,23 59:2
59:6,25 60:2,6
60:12,15,25
61:9 63:9
70:24 82:7
**mechanism** 21:2
32:3
**media** 32:19
**medications**
10:12
**meet** 12:12,17
12:20 19:16
**meetings** 13:1
19:16
**member** 45:11
66:17 75:2
**members** 62:17
91:7
**mentioned**
11:17 51:14
85:17
**met** 11:2
**method** 107:15
**MI** 3:7
**mic** 7:1
**Michigan** 1:2,14
1:16,24 2:3 3:5
3:13,15,21 5:1
9:22 15:14

16:16,17 17:10
17:11,12,20,25
18:12 26:1,11
27:2 32:22
34:25 36:14
40:23 41:20
45:15 46:24
50:3,20 51:3,8
51:24 52:3
54:1,4,9,13,19
56:4,17 57:9
59:8 62:4,8,11
62:21 63:7,10
63:13,20 68:16
70:15,16 71:10
71:18 72:24
73:6,8 75:16
75:20 77:9,15
77:18,23 89:10
90:15,18 92:5
95:8 96:24
104:5,9 105:5
105:8 107:1
110:3,24
**mind** 76:8 83:6
**mine** 7:15
**minor** 77:24
**minutes** 106:15
**MIRIAM** 3:4
**missed** 42:17
82:21
**missing** 40:4
45:4 46:18,19
46:21 47:7,17
48:1,13,16,20
79:1
**modal** 97:13
**moment** 10:4
**Monday** 2:5 5:2
**monetary**
110:16
**month** 83:4
**months** 18:6,7
**morning** 5:11,14

5:15,16
**move** 25:3 27:22
**moved** 104:5,9
**moving** 59:23
82:4
**MSOR** 19:10,14
23:3,4 40:24
41:3,21 64:20
64:25 65:8,16
66:7,20 67:5
68:1,23 69:3
70:5,12 72:12
75:11 77:2
78:12,23,23
79:16,21 82:12
94:23 97:13
105:3
**MSP** 52:1,13,19
60:24 61:13
64:12 73:1
82:13,23 89:6
102:11 107:2,2
107:16
**MSP's** 28:22
97:25 98:7,15
**murder** 64:4

___

**N**

**N** 59:2,5
**name** 5:11 10:17
11:8 16:5
22:24 26:11
27:3,14 33:22
38:11 58:5
**names** 20:8,9
**national** 45:16
**Natural** 17:3
25:23
**necessarily** 27:6
27:17 108:11
**necessary**
105:18
**need** 8:13 9:12
20:8,9 40:1

53:6 57:21
59:20 62:2
64:13 69:14
73:11,13 74:5
75:2 81:8,18
105:20
**needed** 51:1
67:22 70:24
83:24 87:19
**never** 83:6 98:9
101:21 108:19
**new** 18:16 23:11
36:5,13 41:2
65:18,22 66:2
81:22 96:24
97:9 98:10,23
105:7
**nine** 96:21
**nods** 6:19 7:6
8:2
**non-listed** 58:22
**non-Michigan**
54:3,8,17 56:3
56:9,16,21
70:11 104:5
**non-public** 30:1
**non-verbal** 6:19
7:6 8:1
**Notary** 110:5,23
**notation** 61:18
61:20
**Noted** 108:16
**notes** 53:16
61:22,24 62:1
106:16 110:11
**Notice** 5:22 6:1
108:9
**notification**
38:15 105:13
105:14
**notified** 46:13
104:4,8
**notify** 105:11
**notifying** 105:11

**number** 33:21
38:12,12,13
49:13 50:25
57:12 69:18
80:8 84:20
89:5
**numbered** 43:8
**numbers** 22:10
58:10

___

**O**

**O** 59:23
**object** 8:24
**objection** 20:4
24:24 26:16,23
27:8,18 28:9
29:4 30:9,15
31:9,20 32:6
32:12,25 33:8
35:2 36:7,15
36:21 37:8,18
38:22 40:5
42:14 44:7
50:5,14 52:5,8
65:2 71:13
72:2 77:5,11
77:13,21 78:4
78:16 79:2,12
96:3,12,17
97:20 98:3
100:4 101:13
102:2 103:17
107:11
**obligation** 108:6
108:13
**obligations**
107:17
**obscured** 89:5
**obtain** 95:10
**obtained** 95:14
**obviously** 18:15
105:10
**offender** 18:12
26:1,11 27:3

Selden-Manor, Jami
6/12/2023

FIRM #8093

Page 120

27:24 28:3,13
28:17 29:17
30:13 31:3,14
31:24 34:12
36:14 45:10,11
45:14,16,16
46:19,25 47:2
48:3,4 85:16
96:23 97:5,10
99:4,18 105:4
105:7,12,17,21
**offenders** 22:25
49:7,7,16 50:1
**offense** 27:6
32:24 34:2,25
35:9,16 41:21
46:24 47:22
48:3,7 50:4,19
51:2,7,23,25
52:3 54:5,10
56:18 57:10
58:5 59:9,24
60:22 62:9,11
62:12,22 63:7
64:13 65:22,24
66:2,17 67:4
67:12,14 68:19
68:21,22,23
69:2 70:11,15
70:16,17 71:6
71:9,10,19,24
71:25 72:4,5
72:24 73:1
75:16,21,25
77:7,9,19
78:14,22,25
79:5,19,20
81:6,22 88:19
95:15 96:25
97:2,3,7,8,13
98:9,13,18,21
98:22 101:21
102:7,8
**offenses** 40:23

40:24 41:20
44:25 53:7
54:3,8,12,13
54:17 56:3,5,9
56:16,21 57:8
60:19 63:5,12
63:13,21 65:19
65:20 67:1
83:23 88:15,17
89:10 90:14,17
90:21 92:5
106:25
**offhand** 71:23
73:1 75:25
**office** 34:6 94:17
94:22 95:9,10
**officer** 36:11
**official** 1:17 98:1
**Ohio** 51:21,25
**okay** 7:13 9:3
16:6,15 27:22
57:18 63:4
72:16 76:20,25
82:23 92:1
99:2 106:17
108:4
**old** 75:8 79:6
97:1,3,7,8 98:8
98:13,21,22
**Omni** 47:11
**onboarding** 23:1
**once** 8:9 12:22
36:19 46:13
66:6 67:24
83:24 104:4,8
107:2,2
**ones** 24:19 58:13
75:13 91:18,21
**operating** 24:3,7
24:22 25:8
43:9 44:18
92:14,23 93:10
94:12,19 95:2
99:7 100:15

103:2,25
**operations**
38:23
**order** 27:14 40:2
41:10 73:11
80:1
**ordered** 34:4
**ordinary** 110:18
**organization**
5:20,25
**originally** 54:24
55:6 99:20
103:12
**Ottawa** 3:14
**out-of-state**
22:25 24:20
46:20 47:2
49:2,4,6,16
50:1,19 51:2,7
51:19 53:7,25
59:9 60:19
62:9,12 63:21
65:19,22 66:17
70:7 75:13,14
82:14,25 84:13
88:5,9 92:6
**outline** 104:7
**outlined** 5:22
24:4
**outlines** 100:24
103:9,10
**outside** 15:14
**overlap** 86:25
**oversee** 19:2,15
20:18,19
**oversees** 21:12
87:2,2

**P**

**P** 60:4
**P63165** 3:4
**P74126** 3:12
**P86526** 3:3
**PACC** 22:24

51:13 53:15,17
53:25 55:16
59:7 60:13
65:20,24 66:11
66:18 67:6
68:15,20,24,24
69:3 70:5,15
70:18,23 71:17
72:20 73:7,20
74:18 76:15,22
78:8,11,21
79:19 81:7,14
81:18 82:3
88:14
**page** 4:3,11
46:16 95:5,5
96:21 104:23
**pages** 82:2
**paragraph**
46:17
**paralegal** 110:15
**parole** 35:12,12
**part** 19:7 20:20
49:24 50:10
**particular** 27:16
42:11 64:10
73:10
**parties** 5:7 109:4
**party** 110:13
**paying** 110:18
**PD** 19:7
**pending** 9:15
93:17 103:10
105:20 106:1
**people** 13:7
23:12 32:17
33:14 94:10
**Perfect** 6:3,3,11
6:11 8:4,17,23
9:4,19,19
10:11,16,16,21
13:12 14:22
17:19 24:6
26:4 34:21,23

34:23 36:2,2
45:19 47:7
53:4,4,14 54:2
54:2 58:2 61:9
62:24,24 63:4
70:17 71:2,23
76:18 80:7
84:17 88:24
89:9 95:18
99:5 102:20,20
105:25
**perfectly** 11:24
76:10
**perform** 105:2
105:20
**performed**
85:14
**performing**
17:17
**performs** 32:4
**period** 98:18
**periods** 98:16,19
**person** 23:10,11
27:5,16 32:23
41:4 66:7 69:7
70:6 72:7,10
73:4 74:22
75:12 76:5
77:2 78:13,24
82:14,19 98:8
98:9,10,11
101:20 110:14
**personal** 6:5,6
27:24 28:1
**personally** 22:14
80:21
**photos** 28:20
**physical** 28:4
**picture** 28:4
**pictures** 28:25
29:3
**place** 41:14
60:22 68:7
69:14 105:10

Selden-Manor, Jami
6/12/2023

FIRM #8093

110:8
**placed** 16:9
**places** 32:10
**plaintiffs** 1:9 3:9
5:12 51:20
**plans** 33:5
**played** 41:6
**pleading** 34:3
**please** 9:8 29:14
45:1 54:6
**point** 8:13 9:10
9:12 37:15,23
39:11 41:24
42:5,11
**police** 1:16 3:21
17:10,11,12,20
18:1 51:24
75:6
**policies** 11:7,10
11:16 12:8
20:25 21:5,19
21:22 22:6,7
22:11 24:14,15
104:18 108:14
**policy** 11:6,20
19:5 33:19,20
36:24,25,25
38:3 43:19,20
44:20,21,23
45:1,2 46:2
49:5,9,12,17
49:21 50:23,24
68:8 69:16,17
74:3 81:16
88:6,8,9,12,20
91:15,16,18,23
94:1 98:7,12
98:15 99:17
100:18,22,23
103:12,22
104:3,7,14,17
104:21
**populate** 59:21
64:24 73:19,24

**populated** 68:3
79:20
**portal** 105:14,15
**position** 17:22
17:23 18:13,16
19:23 21:9,15
22:5 86:19
98:1,8,16
**positions** 18:10
**possible** 48:2,5,9
48:14 86:13
96:8,11
**post** 96:16
**post-1995**
102:14
**post-2011** 83:24
**potential** 37:17
87:20
**potentially** 25:1
47:22 54:18
**practice** 23:18
**pre-meeting**
12:25
**preparation**
12:7,12 13:1
**prepare** 10:25
11:14 12:17
13:13
**PRESENT** 3:20
**previous** 18:11
19:23 22:20
23:22,23,25
25:17 43:25
96:25
**previously** 25:18
49:8,23 64:23
81:22 91:19
96:25
**prior** 18:12 44:3
**prison** 34:8
36:12 47:13
101:21
**prison/jail** 97:7
98:21

**private** 29:2
**privileged** 40:6
**probably** 5:18
14:8 43:2
**probation** 35:8
35:9 36:11
101:22,23
**problem** 7:20
9:7 10:3 11:20
14:25 28:16
47:25
**procedure** 19:5
43:9 44:18
68:8 69:16,17
69:20 93:10,17
93:18 95:2
99:7,18 100:15
100:22 103:2
103:25
**procedures**
11:11,16 20:22
21:1,5,20,22
22:6,7,11 24:3
24:7,22 25:8
92:14,23 94:12
94:19 108:14
**proceeds** 6:16
**process** 23:2
24:25 25:7,10
25:12 33:14,18
34:1,12,24
36:20 37:16,24
38:20,23,24
40:7,13,15
41:14,24 42:2
42:4,12 46:3
49:1,3,6,15,24
50:10,18,22
65:11 68:7
69:19,22 71:4
81:9 82:17
83:2 88:4
93:17 101:5,12
106:5,25

**processes** 24:1
44:24
**produced** 57:7
**program** 78:11
**programmed**
40:24 41:21
77:1
**programs** 23:2
**promise** 108:3
**promoted** 17:6
**proper** 65:10
68:15
**properly** 46:22
81:13
**provide** 27:24
33:17 44:23
49:14 100:18
108:7
**provided** 15:13
31:6 38:11
47:25 71:4
**provides** 35:5
**provision** 97:11
**provisions** 98:1
105:1,9
**PRP** 24:20
**public** 27:23
29:12,17,22
30:3,13,25
31:3,13,13,13
31:24,25 36:18
37:13 39:23
41:21 45:15,17
69:8 78:14
110:6,23
**publication**
41:13 45:20
69:15 73:23
76:23 81:17
106:3
**publish** 68:25
69:4,10
**published** 26:1
39:20 41:18

46:10 59:24
68:10,19
105:22
**pull** 34:16,17
43:3 87:18
93:1
**purpose** 5:17
85:19 95:20,25
110:17
**put** 6:15

---

**Q**

**question** 7:7
8:12,15,18,20
8:21,25 9:1,2
9:15,16 12:6
12:14 15:3
27:11,12,21
28:15 29:14
37:19 39:1
40:9,14 41:13
42:1,7,18,19
42:23 54:6
64:2,14 65:21
68:14,17 69:1
70:1 73:18,23
78:19 80:2
82:16,18 95:24
96:9,19
**questionable**
97:14
**questions** 6:18
7:4 17:11
18:17,23 23:25
49:1 64:19
67:8 70:20
74:14 79:24,25
92:22 94:18,20
106:17,22
107:22,23
108:11,14
**quick** 92:16
**quickly** 17:13
34:19 46:17

Selden-Manor, Jami
6/12/2023

FIRM #8093

Page 122

104:11
**quote/unquote**
97:12

**R**

**R** 60:24
**range** 95:10
**Rapids** 3:7
**RC** 51:21
**re-share** 76:15
**reach** 23:23
47:14
**reached** 23:22
**read** 45:5,9
46:18 55:15
95:7 104:25
**reading** 85:18
**reads** 97:10
**real** 92:16
**really** 9:6 17:13
33:25 34:18
83:22 108:18
108:21,23,24
**recall** 15:16
83:14 91:25
107:7,8,14,15
107:15,20
**recapture** 97:11
97:12,15 98:1
**receive** 21:23
22:14,19,23
23:6
**received** 5:23
22:2 74:8
87:15
**receptionist**
16:5
**recommends**
73:17
**record** 7:19,21
7:22,23 12:1,2
12:3,4 36:5,13
36:19 38:17,21
39:4,6,11,17

40:16,17,20
42:3,8,19,20
42:25 45:3,3
45:12,19,21,23
46:4,9,13
55:15 61:21
69:25 74:11
76:12,13 92:19
92:20 105:21
105:21 106:11
106:19,20
107:2 108:2,6
108:15
**recorded** 52:1
**records** 41:25
42:5 45:10
106:7
**recruits** 25:24
**refer** 33:19,20
49:9 50:23
67:7 81:11,12
81:25 82:18
91:1,11
**reference** 10:18
22:16 91:5,8
**referenced**
44:18,21 95:3
100:16 104:1
**referred** 12:8
80:3 91:15
**referring** 9:24
10:5 22:25
47:18 82:8
91:19 96:23
**regard** 82:11
**register** 34:4,5
47:1,3 71:11
77:10 82:15
97:1,5 98:9,11
107:4
**registered** 47:23
48:3,7 97:1,11
**registering** 34:5
34:10 48:10

49:4,6 88:4
**registers** 35:10
35:13 36:4
**registrable**
34:25 44:25
50:3 54:4,9
57:10 77:23
78:2 90:14,17
106:25
**registrant** 29:13
29:18 30:14
31:4,15 37:17
37:25 38:10
41:2 46:22
47:19,21 48:2
48:6 50:13
51:22 65:8
66:10,19 79:8
87:20 88:3
100:19 104:5,9
107:6
**registrant's**
30:17
**registrants**
27:25 28:5
31:25 32:10
46:13 84:23
87:15,24 88:5
92:7 101:3,6
107:17
**registration**
33:14,25 34:12
34:24 35:6,17
35:21,25 36:13
37:4,13,16,24
41:15 43:19,20
44:24 45:10,14
48:12 49:2,15
49:25 50:11
51:19 54:14,19
63:14 73:12,15
75:17 78:14
79:22 81:3
84:14,23 98:17

101:18 104:18
105:9,18
106:25 107:17
**registry** 18:12
26:2,5,11 27:3
27:5,13,15,24
28:3 29:12,18
30:14,18 31:4
31:13,14,24
32:9,17,22
33:7 34:12
36:14 45:11,16
45:17 48:4
69:8 87:13,24
87:25 100:20
102:8,13
**relate** 17:15
86:22
**related** 11:10,18
11:22 104:3
108:8 110:12
**relates** 70:6
**relating** 19:17
**relatively** 16:16
**relayed** 108:9
**relevant** 5:21
104:21,25
**remember** 16:5
**reminders** 6:15
**remotely** 5:8
**rent-to-own**
16:3,4
**Renz** 21:8
**repeat** 6:25
12:14 28:15
29:14 42:1
47:24 54:6
65:21 96:18
**rephrase** 8:14
27:13 29:15
37:19 40:14
69:1 78:21
95:23
**report** 21:13

**reporter** 6:18
7:5 8:1,6 43:12
53:10 80:11
85:1 89:1 93:5
99:12 102:23
**Reporters**
110:18
**reports** 75:7,7
**representation**
55:19
**REPRESENT...**
3:21
**represented**
58:14
**represents** 97:25
**request** 105:10
**requested**
105:11 109:3
**requests** 18:19
**require** 19:10
27:14 54:14,18
63:14 70:19
83:10,13
**required** 39:9
46:10,11 47:4
97:5
**requirements**
30:7 49:25
50:12 73:12,13
73:15 79:23
81:4 84:24
**requires** 41:11
75:17
**reside** 30:21,22
**resident** 31:6
**residents** 92:3
**resources** 17:3
22:15,18 25:23
**respective** 109:4
**respond** 6:18 7:4
7:25 104:12
108:11,13
**responding**
18:18,22

responds 104:3
104:8
responsibilities
17:16 19:1,9
19:13,18,22
23:15 86:21
responsible
21:19,21 35:5
result 39:10
results 29:2
76:22
revealing 12:16
review 11:7,13
11:17,21 12:7
19:5,7 25:10
38:16 40:1,2
41:14,24 42:2
42:21 43:1
45:13,20,21
46:6,14 49:17
52:18 61:3,4
69:19,22 70:19
73:8 74:11
75:9 77:25
84:2 88:12
90:10 92:13
93:17 100:22
105:20 106:1,8
reviewed 11:6
34:14 42:13
45:10 49:5
52:19 61:10
70:9 74:7,10
83:14
reviewing 24:20
39:7 40:16
41:15 42:22,23
53:25 62:1
82:12
reviews 38:2
45:3,23 46:4
revised 44:4,11
44:14 94:1
100:1,13

103:22
revising 25:8
94:6 100:11
revision 44:1
93:23 99:24
103:19
revisions 94:3
94:11,18 100:8
right 10:22
13:15 17:19
18:15 19:9
33:12 43:3
44:2 45:8,25
46:16 48:24,25
52:22,24 55:8
59:15,23 61:23
64:16 67:3
70:7 72:24
78:9 79:18
80:4 83:8
84:12 90:4,15
92:12,12 93:2
96:16 98:24
102:16 106:13
106:14 107:21
ROE 1:6
role 16:22 17:4
19:20 20:3,7
21:9,18
roles 17:14
room 10:10
rows 59:12
62:21
RPR 2:6 110:5
110:22
rule 7:4 8:5
rules 6:12,14
7:24
run 26:10,12,20
26:21 27:2,14
27:15 47:11
running 26:8
101:17,25

**S**

S 62:3,16
sales 110:16
sat 22:4
satellite 7:17
saw 63:2
saying 8:7,8
10:17,19
says 45:9,9
55:16,17,18
58:7 59:24
60:5,11,24
62:3,21 64:4
82:2 90:1 95:7
96:23 105:6,17
105:19
scenario 33:23
106:7
school 13:17,19
13:25 14:2,14
15:23,25
Scott 3:12
107:22
screen 16:14
34:18,19 43:4
43:5 48:25
52:23 76:15
80:5 83:7
84:14 88:21
102:18 106:13
scroll 45:1 56:12
61:22 62:6
64:15 71:21
75:23 84:18
88:24 89:18
SE 3:6
search 26:4,10
27:14,15 48:16
105:2
second 8:4 34:18
43:5 50:10
55:17,22,24
56:3,20 61:11
62:24 72:18

73:5 84:15
section 21:10
45:8 95:7
104:23,24
see 16:15 29:22
29:23,25 30:1
30:3 34:19
42:8,12 43:5
45:17 47:5
51:17 52:24
53:1 55:8,11
55:14 56:18,19
56:22 57:2,3
61:6,13 62:6
62:22 63:1
71:19,20,21
72:18,21 75:19
75:22 76:16,23
76:25 77:16
80:5 82:5
84:15,17,19
85:11 86:9,10
86:16 88:22
89:6 90:2 93:2
93:24 95:15
96:22 99:3,24
102:18 103:19
105:23
seeing 22:10
seen 43:10 53:7
80:9 84:24
85:7 89:11
93:11 99:8
103:3
Selden-Manor
1:22 2:1 4:4
5:5 10:18,20
send 42:4 68:17
73:9,17
senior 83:1
sense 6:1,21 7:8
8:2 9:2
sent 34:6 68:9
68:13 69:25

84:22 105:13
107:9,10
sentenced 34:7
101:22
services 16:23
35:24
set 110:8
seven 56:16
seventeen 75:8
sex 18:12 26:1
26:11 27:2,5
27:23 28:3
29:17 30:13
31:3,13,24
32:18,24 34:2
34:12 36:14
44:25 45:10,11
45:14,15 48:4
85:16 96:25
98:8
sexual 64:11
79:5
share 5:24 34:18
43:4 52:23
53:6 80:4
84:14 88:21
99:1
shared 38:4,15
sharing 48:24
79:17 83:7
106:13
Sharon 82:20,22
84:8
Shawn 21:14
86:1,17
sheet 53:15
55:18,18 56:13
64:6 88:13
sheets 22:20,22
55:21 63:23
sheriff 35:16
show 28:4,7
29:18 31:4
54:2,12 61:6

Selden-Manor, Jami
6/12/2023

FIRM #8093

62:10,11 63:6
72:23
**showing** 54:7
79:10,15
**shows** 31:6,14
54:17 74:25
76:22 90:13
93:23
**Sible** 21:14 86:1
86:17 87:3
**side** 108:18
**Signature** 109:3
**signed** 86:2,16
87:4 94:8
105:8,18
**signing** 43:24
97:18
**signs** 25:14
**similar** 50:3,20
51:3,7,24 52:2
54:4,9,13
56:17 57:9
60:22 62:12
63:24 64:13
71:10,19,24
72:23 73:2
75:16,20 76:1
77:9 88:14
107:10
**similarly** 1:8
48:6 60:11
**single** 59:24
**sit** 21:4 108:20
**situated** 1:8
**situation** 81:23
102:12 104:13
**situations** 70:9
**small** 53:1 55:12
55:13 90:1
**smaller** 84:17
**social** 32:18
35:24
**sodomy** 76:21
77:3,23 78:1

78:13,22,24
**Somebody** 81:1
**something's**
60:2
**SOR** 11:11 18:1
19:2,19,19
20:10,22 21:11
21:12,24 23:14
23:22,24 24:4
24:6,7,12,13
25:8,15,25
34:6 36:6 37:7
37:16,24 38:2
38:4,6,14 42:9
42:24 43:9,25
44:19,21 45:4
45:11 46:21
47:7,23 48:15
49:23,24 50:18
51:5 53:17,20
59:20 62:17
63:19 64:3,9
64:13 66:6,17
67:4,16,19,24
72:7,9,13
74:22 75:2
80:22 82:10
84:10 86:24
87:1,14,15,19
90:23,25 91:4
91:7,10,10
92:13,23 93:10
94:10,15 95:3
97:12 98:2
99:7 100:16
101:23 103:2
104:1,4,7,12
107:16 108:24
**SOR-OP-307**
43:10
**SOR-OP-308**
99:8
**SOR-OP-315**
93:11

**SOR-OP-322**
103:3
**SORA** 29:13,19
30:7 83:9,12
83:19 86:22
102:1
**SORNA** 88:19
105:13,14
**sorry** 8:9,15
10:2 11:19,25
16:14 26:12
28:15 29:7
42:17 52:6
82:21 86:5
92:15 96:9
**sort** 61:5 62:19
62:24 63:3
**sorting** 62:18
**sound** 9:17 44:2
90:4
**SOUTHERN**
1:3
**speak** 5:20 13:4
**speaking** 8:9
**specialist** 17:6
**specific** 23:2
27:7 38:17
39:4 40:24
50:18 73:10
91:5
**specifically** 5:21
37:1 75:15
**speed** 23:14
**spent** 23:10 97:6
98:21
**spouse** 64:11
**staff** 11:2 13:8
23:13,19,20
36:12 45:11
53:21,22 62:17
66:6,17 67:4
67:16,19 74:22
75:2 80:22
82:23 91:1,2,7

91:11 94:10
**stamp** 53:5
**stamped** 93:9
99:6 102:21
**stand** 58:11,16
**standards** 20:22
**stands** 58:8
**start** 17:19 66:6
102:9
**started** 8:9 17:5
53:22
**starting** 24:24
40:5
**starts** 23:11 39:7
74:13 101:17
101:25
**state** 1:14,16
3:21 15:13
16:17 17:10,11
17:12,20,25
22:24 32:21
33:5 38:12,24
40:7 47:4
50:12 51:24
53:15 54:14
56:23 63:14
68:16 75:7
80:18 81:1,2
92:5 103:11
104:4,9 105:11
105:12 108:5
108:15 110:3,6
**stated** 98:12
**statement** 108:2
**states** 1:1 85:13
97:14 98:20
101:4 105:1
**status** 73:23
106:3
**statute** 34:11
64:10 69:4
74:17 77:25
83:14
**statutory** 58:2

**stays** 52:24
**stenographic**
110:11
**step** 82:5
**steps** 69:14
80:18 81:13
88:2 104:16
**stipulate** 5:7
**stop** 48:24 79:17
83:7 106:13
**Street** 3:6,14
**studying** 14:9,11
**subject** 48:11
**submit** 31:25
**subsection** 97:10
105:1,6,17,19
**substantially**
50:3,20 51:2,7
51:24 52:2
54:4,9,13
56:17 57:9
60:22 62:12
64:12 71:10,18
71:24 72:23
73:2 75:16,20
76:1 77:8
**Suite** 3:6
**supervise** 18:22
20:2,2,7,8,12
20:15 23:21
**supervision**
20:20
**supervisor** 21:7
**supposed** 62:10
62:11
**sure** 7:4 9:6,9
10:17 11:10
15:16,16 28:3
29:15,21 36:2
40:15 42:2
45:6,24,25
49:12 54:7
55:5,8,13
57:12 62:7

Selden-Manor, Jami
6/12/2023

FIRM #8093

Page 125

70:2 74:4
76:19 78:1
83:22 87:23
104:7 106:16
108:19
**switch** 25:16
33:12 48:25
84:12 102:17
**sworn** 5:8
110:10
**system** 19:17
28:14,17 37:11
47:12 68:4
69:7 78:11
**systematic** 84:2
**systems** 47:11

**T**
**tab** 55:16,17,17
55:22,24,24
56:3,9,20
61:11 62:24
**table** 4:1 22:24
51:12,13,13
55:16 56:25
57:4,19 62:3
64:24 67:1
72:20 74:18
76:22 78:11
82:3 88:14
**tabs** 55:11
**take** 6:19 7:5 8:1
9:16 23:9
41:13 68:7
69:14 76:8
92:16 105:10
**taken** 1:23 2:2
6:4 15:17
110:7,12
**takes** 46:6
**talk** 8:5,10 13:9
13:15 15:21
65:16,18
108:22

**talked** 12:11,16
17:15 18:11
21:18 63:5
81:7 90:12
104:18
**talking** 84:13
**talks** 95:6
**team** 17:24
**tech** 40:15 42:13
45:23,23
**technical** 36:20
**technician** 17:5
23:8 38:18
39:5,7 40:1,12
68:19,21,22
69:2 74:12,13
75:6 81:8
82:10 88:18
105:2,7,19
**technicians** 19:3
72:14
**technology**
15:14
**techs** 20:10,12
20:21 21:21
23:20 39:18
42:3,3
**teenagers** 79:6
**teens** 78:2
**tell** 86:1
**telling** 12:11
**temp** 16:9
**ten** 14:8 19:2
20:8 48:11
95:5,5 105:3
**ten-minute** 76:9
**terms** 6:13
**testified** 5:10
24:2 49:24
**testify** 5:9 108:8
110:10
**testimony** 50:11
64:24
**thank** 7:2 9:9

15:6 25:5
40:10 41:12
108:18 109:1
**Thanks** 39:2
**thing** 6:17 7:3
9:14 56:20
62:18,25 84:18
102:16
**things** 24:25
40:19 108:20
108:22
**think** 12:6 15:1
16:3 56:13
57:20 108:17
**thinks** 51:24
64:12
**third** 8:12
**thirteen** 17:6
**thought** 63:2
**thousand** 56:15
57:8 63:4
**three** 16:19 18:7
55:18,18 58:14
86:7 104:23
105:19 106:8
**three-letter**
58:15
**three-plus**
108:20
**throw** 33:23
**tier** 37:4 39:23
40:12,17,20,23
41:4,6,10
46:22 47:1,3
47:19,22,23
48:2,3,7,7,17
48:18,21 51:22
51:25 52:14,20
53:16 54:1
59:5,7,8,15,17
59:21 60:18
64:24 65:7,10
66:9,9,13,21
67:2,5,14 68:4

68:15 69:13
70:4,6,12,22
70:25 72:4,10
72:20 73:19,20
74:5,19 75:12
76:5,22 77:2,3
78:13,22,24
79:7 82:9
83:20 89:10,19
90:13 91:11
92:2 97:3,3
98:13,13
100:19,19
101:2,3 107:8
**tiered** 46:19
70:18 82:3
88:19
**tiering** 45:4
46:18 48:1
67:12 88:15,17
**tiers** 37:11 81:17
83:10,13,24
**Tillman** 3:3 4:7
5:11,12,16 6:3
6:6,9,11,24 7:3
7:13,20,23 8:4
8:17,20,23 9:4
9:9,19,23 10:3
10:7,11,16,21
10:24 12:1,4,5
20:6 25:3,6
26:17,24 27:10
27:19 28:10
29:6 30:10,16
31:10,21 32:8
32:14 33:2,9
35:4 36:8,16
36:22 37:9,19
37:22 38:25
39:3 40:9,11
42:16 43:15
44:8 50:7,15
52:6,9,10
53:13 65:3

71:14 72:3
76:10,14 77:6
77:14,22 78:5
78:20 79:4,13
80:14 85:4
89:4 92:18,21
93:8 96:4,14
96:19,20 97:22
98:4 99:15
100:5 101:14
102:4 103:1,18
106:14,21,23
107:12,21
108:1,5,17
**time** 7:9 35:20
40:21 52:7,12
83:20,21 85:23
97:6,6,8 98:20
98:21,22 101:5
102:10 108:19
108:22 110:8
**times** 12:20
42:25
**tips** 31:25
**title** 57:2
**today** 5:24 8:24
9:21 10:14
11:1 13:10
57:16 108:10
108:19
**today's** 5:17
**told** 13:10
**Tool** 28:23
**top** 22:12 34:15
49:20 77:19
88:7 101:10,19
104:20
**topics** 5:25
108:8
**totally** 57:16
**track** 51:6,10
**Tracking** 28:13
28:17
**train** 64:19

Selden-Manor, Jami
6/12/2023

FIRM #8093

Page 126

**trained** 23:2
**training** 15:9
  21:23 22:1,2,3
  23:6,8
**trainings** 15:12
  15:13,17 19:7
  22:8
**transcript** 4:12
  110:11,17,20
**transcripts**
  110:20
**Tri-County**
  110:18
**true** 26:14 31:8
  31:18 37:12
  110:10
**truth** 5:9,9,10
  110:10
**truthfully** 10:14
**try** 7:24 8:10,15
  11:23 15:3
  43:3 102:17
**trying** 33:24
**twenty** 17:8
**twenty-five** 47:1
  47:3 48:12
  97:4 98:14
  107:4
**twenty-five-ye...**
  98:17 100:20
  101:7
**twenty-plus**
  15:18
**twice** 12:24
**two** 14:13 16:7,8
  23:10 47:2
  55:18 56:15,16
  57:8,8 63:4,4
  104:23 105:17
  106:22
**two-** 58:15
**type** 15:15 32:4
  33:5 41:17
**typically** 38:9

46:6 84:6
  104:12

**U**
**uh-huh** 30:22
  41:12 45:22
  52:16 56:23
  91:22
**ultimately** 73:14
**un-sharing**
  98:25 102:18
**unable** 95:10
**underage** 78:1
**understand**
  27:11,12,21
  76:19 78:18
**understanding**
  21:17 50:4,13
  51:18 57:19,22
  62:14 65:1
  66:16 70:2,4
  76:3 92:24
  100:23 103:10
**understood** 8:18
  8:21 30:4
**unhid** 58:14
**unhide** 57:21
**Union** 3:5
**unit** 11:11 18:1
  19:2,5,19,19
  20:10,22 21:11
  21:12,24 23:14
  23:22,24 24:4
  24:7,12,13
  25:8,15,25
  34:6 37:7,16
  37:24 38:2,4,6
  38:15,18 42:9
  42:24 44:19,21
  45:4,11 46:21
  47:7 48:15
  49:23,24 50:18
  51:5 53:18,20
  59:20 62:17

63:19 64:3,9
  64:13 66:6
  67:16,19,24
  72:7,14 74:22
  75:2 80:22
  82:10,13 84:10
  87:1,14,15,19
  90:23,25 91:4
  91:10 92:23
  94:11,15 95:3
  100:16 104:1,3
  104:4,8,12
  107:16 108:24
**UNITED** 1:1
**University** 14:18
**unpublished**
  39:20 41:18
**unsure** 68:14
  91:9
**updated** 55:5
  65:25 89:23
  90:1
**updating** 84:6
**use** 54:21 64:5
  72:16 80:25
  81:2,14,19,24
  92:6,10 95:11
  95:14 96:2
**user** 27:5,15
**uses** 49:24 53:20
  90:25 91:4
**usually** 6:20 9:1
  51:10 67:7

**V**
**Vaguely** 89:15
**various** 89:10
**vendor** 19:10,14
  19:16
**verbally** 6:18,21
  7:5,8,25
**verification**
  89:11 90:13
**verify** 89:20

**version** 44:15,16
  44:17
**victim** 46:25
  60:5,7,11,17
  60:21 67:13,15
  67:17,25 74:20
  75:3,8 78:8
  79:1
**victim's** 67:10
**video** 110:17
**videoconference**
  1:23 2:2 5:7
  110:9
**vs** 1:10

**W**
**walk** 57:18
  104:11
**walked** 106:24
**want** 6:14 9:20
  10:17 14:21
  15:21 18:16
  29:20 39:19
  57:18,22 71:2
  76:18 80:1
  92:13,22 96:21
  107:1 108:1,5
  108:15,18
**wanted** 5:17
  17:12 36:2
**wants** 64:12
**wasn't** 13:11
  83:21 84:5
  90:5,11 98:6
  102:10
**way** 6:16 52:24
  56:12 79:16
**we'll** 53:4 88:25
**we're** 7:17 8:7,8
  9:20 24:20
  33:24 38:23
  47:17 55:19,25
  108:23
**we've** 21:17 64:5

64:8 104:18
**Wealthy** 3:6
**weather** 7:17
**website** 30:14
  31:4,14,24
  45:16,17
**went** 14:3 16:16
  16:21 22:4
  25:18 61:3,4
  83:19 85:15
  86:14 90:10
  101:21
**weren't** 27:17
**West** 3:14 13:20
**whichever** 47:4
**WHITMER**
  1:13
**wi-fi** 11:23
**withdraw** 39:1
  64:1 96:19
**withdrawn** 40:9
**witness** 4:3 5:6,8
  5:15 6:2,5,8,10
  6:22 7:2,10,15
  8:3,16,19,22
  9:3,5,18,22
  10:1,6,9,15,20
  20:5 29:5 32:7
  37:21 42:15
  50:6 77:12
  78:18 79:3
  96:13,18 97:21
  108:7,10,13
  109:1,3 110:9
  110:15
**word** 8:7
**work** 15:22,22
  16:2,16 18:11
  19:10 23:12
  25:17 30:23
  51:19 67:16
**worked** 16:9,14
  16:23 25:1,22
**working** 17:20

Selden-Manor, Jami
6/12/2023

FIRM #8093

Page 127

19:13 31:15
**works** 19:15
76:20
**worries** 92:18
**wouldn't** 42:8
66:12 96:2
**write** 93:21
**writing** 24:9,14
87:5
**written** 24:7
85:24 93:19
98:6 99:20
103:13
**wrong** 10:19
64:6
**wrote** 43:20 86:6
95:18 97:16
99:22 103:15

___

**X**

___

**Y**

**Y** 59:3
**yeah** 28:16 42:2
47:25 62:7
68:23 76:10
106:18
**year** 13:21 14:4
14:19 17:1
83:17
**years** 14:8 15:18
16:7,8,12,19
17:8 47:1,3
48:11,12 75:8
97:4 98:14
101:22

___

**Z**

**zero** 61:12
**zoom** 9:20 56:4

___

**0**

**000** 43:8
**0000716** 89:6
**0000722** 53:5

**0000723** 80:8
**0000725** 93:9
**0000774** 43:8
**0000911** 99:6
**0001624** 102:21
**0001653** 84:20
**0001673** 84:21
**01/20/2010**
95:13
**07/01/2020**
95:15
**07/1/2020** 95:14
**07/16/2021**
55:17

___

**1**

**10** 4:7
**10:11** 53:12
**10:46** 76:12
**102** 4:21
**11.41.458** 71:7,8
**11.41.460** 72:17
**11:00** 76:13
**11:05** 80:13
**11:13** 85:3
**11:18** 89:3
**11:23** 92:19
**11:30** 92:20
**11:31** 93:7
**11:39** 99:14
**11:43** 102:25
**11:48** 106:19
**11:55** 106:20
**11:58** 109:2
**12** 2:5 5:2
**12/18/2027**
110:25
**12th** 103:19
**13-14** 64:8
**13-1406.1** 64:11
**13A-6-20** 74:16
74:17
**1514** 3:6
**16-6-2** 76:21

**1626** 102:22
**1655** 84:21
**16th** 56:5,10
**1990** 101:21
102:1,13
**1995** 83:19
101:24 102:1
**1996** 13:22
**19th** 17:21

___

**2**

**2:22-cv-10209**
1:10
**2011** 83:10,13
84:4
**2016** 6:8
**2019** 14:21
**2020** 14:21
**2021** 56:6,10
95:8 98:2
**2022** 44:2,12
57:13 93:23
99:24 100:13
103:19
**2023** 2:5 5:2
42:25 86:8,9
**21st** 44:2,12
**23** 17:21
**24th** 86:9
**260** 3:6
**272-16** 59:14
**27th** 86:8
**28.724** 34:13,21
34:23
**2907.04** 51:21
**2nd** 93:23 95:8

___

**3**

**3** 41:3
**3/24/2021** 96:24
98:11
**30(b)(6)** 5:18
108:7
**308** 99:7

**315** 93:10
**322** 103:2

___

**4**

**43** 4:14
**48933** 3:15
**49506** 3:7
**4th** 99:24 100:13

___

**5**

**517.335.7573**
3:16
**525** 3:14
**53** 4:15

___

**6**

**6/17/2023**
110:20
**6/24/21** 90:2
**6/29** 56:24
**6/29/2022** 56:25
57:2
**616.301.0930**
3:8

___

**7**

**717** 89:6
**724** 80:8
**739** 93:9
**776** 43:8

___

**8**

**80** 4:16
**85** 4:17
**89** 4:18
**8951** 110:22

___

**9**

**9:01** 1:25 2:4 5:3
**9:04** 7:21,22
**9:09** 12:2
**9:11** 12:3
**9:57** 43:14
**913** 99:6
**93** 4:19

**96** 13:22
**99** 4:20