# Exhibit 83:

# Defendants' Response to Plaintiffs' Second Request to Admit (Feb. 16, 2023)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN DOES A, B, C, D, E, F, G, H,
MARY DOE and MARY ROE, on behalf of
themselves and all others similarly situated,

      Plaintiffs,

v.

GRETCHEN WHITMER, Governor of the
State of Michigan, and COL. JOSEPH
GASPER, Director of the Michigan
State Police, in their official
capacities,

No. 2:22-cv-10209

Hon. Mark A. Goldsmith

Mag. Curtis Ivy, Jr.

### DEFENDANT GRETCHEN WHITMER AND DEFENDANT COLONEL JOSEPH GASPER'S RESPONSE TO PLAINTIFFS' SECOND REQUEST TO ADMIT

Defendants Gretchen Whitmer and Colonel Joseph Gasper, by and through their attorney, Assistant Attorney General Eric M. Jamison, respond to Plaintiffs' Second Request to Admit as follows:

**REQUEST TO ADMIT 94:** To Defendants' knowledge, neither Defendants nor their employees have conducted any studies or data analysis in the last ten years to determine if SORA reduces sexual recidivism. (For purposes of this request for admission, 'sexual recidivism' means the rate at which people reoffend sexually after a first sexual conviction, as measured by rearrest or reconviction for such

1

an offense; and 'sexual conviction' means a crime that under SORA would be a registrable offense.)

**RESPONSE:** Defendants object to the instructions that request the identity of who provided the information and that the answers are signed or adopted by each Defendants. Such requirements go beyond what is required under the Rules.

Defendants also object to the timeframe because they were not in their respective positions for ten years. Defendants also object to the request as vague because the terms "employees," "studies" and "data analysis" are undefined. To the extent that "employees" means every employee that has worked in the executive branch of government over the last decade, the request is overly broad and unduly burdensome. To inquire with all current and former "employees" whether they conducted any sort of studies or data analysis about sexual recidivism would require untold resources and time. The terms "studies" and "data analysis" are understood to mean some sort of formal examination or investigation of the Sex Offender Registration Act.

Without waving the objections, and after making a reasonable inquiry, the Michigan State Police has found nothing to indicate that it conducted a study or data analysis to determine if SORA reduces sexual recidivism. The current Executive Office of the Governor admis that it has not conducted any studies or data analysis to determine if SORA reduces recidivism.

*/s/ Eric M. Jamison* (P75721)
Assistant Attorney General
Attorney for Defendants
Michigan Dep't of Attorney General
State Operations Division
P.O. Box 30754
Lansing, MI 48909
(517) 335-7573
jamisone@michigan.gov

Dated: February 16, 2023

## CERTIFICATE OF SERVICE

I hereby certify that on February 16, 2023, the above captioned document was served upon all parties to the above cause by email.

<u>*/s/ Eric M. Jamison*</u> (P75721)