# Exhibit 92:

## MSOR System Interfaces

| Category | Interface Agency | Tab or Field | Description | Connection Frequency | Priority Level | Functionality | |
|---|---|---|---|---|---|---|---|
| Interface | LEIN/QSOR/LGWSOR | | Sending and receiving law enforcement requests and responses. | Real Time | | by way of MQ server. | Active |
| Interface | NCIC | | Sending and receiving law enforcement requests and responses. | Real Time | | by way of IBM MQ server. | Active |
| Interface | Criminal History Record (CHR) | Prints | Add palm prints, fingerprints, and DNA to SOR record. (SID Numbers are the key - the unique character) - old system pulled from CHR and populated information based on SID entered. Would like to explore having offense data sent to our SOR system like it used to.  This was happening for a short time but then our current vendor couldn't manage the data correctly so we turned it off.  We'd like to try again with the new vendor if possible. Would also like to include an option of searching a SID through the new system connected to CHR and pulling all the data with an option to accept through a wizard process. | Nightly | High | · Include all Offenders with statuses of Active, Absconder, Homeless, Pending Out of State, Incarcerated, Pending Review, Employment Only, School Only<br>▪ Offenders with statuses of Out of State, Out of Country, Deceased, Deported, Canceled, Deleted, Federal Prison or Pending Arrival to MI should NOT be included<br><br>· File format requirements:<br>▪ SIDs should be exactly 8 characters in length<br>▪ No leading or trailing spaces should be present within the SID #<br>▪ SIDs should be provided in all upper case where characters are present<br>▪ Create file with 1 column of SIDs based upon the criteria above<br><br>· The QC App should deliver the file with Offender SID #s in it to the appropriate location on the DEG file share (SFTP server) by midnight EST.<br>▪ CHR system will pick it up and return the updated file by 1:30 AM EST.<br><br>· The QC App should pick up the updated CHR file at 2:00 a.m. EST and update the following information within the QC App, matching on Offender's SID # :<br>▪ Finger Print on File? Yes/No status<br>▪ Palm Print on File? Yes/No status<br>▪ DNA on File? Yes/No status | Active |
| Interface | Law Enfocement Information Network (LEIN) | Warrants | Warrants: when a warrant is entered into LEIN, we would like the new system to automatically update the warrant information in the new RMS. | Nightly | High | | Pending Implementation |
| Interface | MI Dept of Corrections (MDOC) | MDOC Information | Interface information such as parole, probation, and incarceration. | Nightly | High | | Pending Implementation |
| Interface | MI Cashering and Receiving System (MiCars) | Fees | Have the ability to send fee information to MiCars for creation of billing/invoicing. | Monthly | High | Runs on the 3rd of every month. XML file drop includes:<br>* F Name, M Name, L Name<br>* Registration Number<br>* Date of fee collection<br>* Amount collected<br>* Agency ORI that collected the fee<br>* Collecting agency name<br><br>MiCARs picks up the file and creates invoices to send out. | Active |
| Interface | National Sex Offender Public Website (NSOPW) | Website | MI SOR RMS sending RSO information to NSOPW. | Real Time | High | Report all offenders moving, working, going to school and crossing state lines.  Message sent upon address entry:<br><br>PART I – HEADER/SENDER INFORMATION<br>   <!-- Information about who is placing the relocation task --><br>   <!-- Name of the jurisdiction contact who is creating the relocation task --><br>         Michigan State Police SOR Unit<br>   <!-- Telephone number of the contact who is creating the relocation task --><br>         517-241-1806<br>   <!-- E-mail address of the contact who is creating the relocation task --><br>         PSORS@michigan.gov<br>   <!-- Jurisdiction ID from where the relocation task is coming from --><br>         Michigan<br>   </extension:ContactJurisdiction><br><br>PART II – OFFENDER INFORMATION<br>   <!-- Jurisdiction ID for where the relocation task is going to --><br>      State where the offender is going to – state name in lower case letters<br><br>   <!-- Attachments being sent with the relocation task --><br>  None<br>   <!-- Information about the offender being relocated --><br><br>   <!-- Status that the relocation has been complete --><br>      Will this always be 'false'? Yes<br>   <! Offender being relocated's name --><br>      Send Name information in this order with spaces in between: First Middle Last Suffix | Active |
| Interface | Statewide Network Agency Photos (SNAP) | Photos | When an offender comes in and gets new photo this should automatically date stamp and update the photo in the new SOR system.  (Note: ExpLore an option to send something to SOS that triggers a need for photos on registered offenders - does not allow them to renew by mail. ) | Real Time | High | Query runs the minute a record is opened.  How SNAP query occurs:<br><br>· Determine if there is a valid (non-expired)license type of Operator'sLicense, Chauffeur license or Personal ID in SOS / DMV table:<br>▪ If so, provide that most recent photo in response<br><br>· If the most recent issued license type is an expired record in SOS:<br>▪ Record the issue date of the most recent SOS / DMV photo.<br>▪ Query arrestee photos and determine the most current photo based on the date of arrest.<br>▪ Return the most recent photo of the two based on the SOS / DMV issue date or the date of arrest for the arrestee photo.<br><br>· If there is no record in SOS / DMV:<br>▪ Query the arrest records and return the most recent photo<br><br>· If there is no record in SOS / DMV and no photo available from the arrest database:<br>▪ No photo is provided.<br>EN will use what is already on file or populate with a generic silhouette photo. | Active |
| Interface | Law Enfocement Information Network (LEIN) | Vehicles | Allow entry of a vehicle by entering the license plate number and all available fields in LEIN populate in the new system. (All vehicles) | Reg Updates - Upon status change. | Medium | | Pending Implementation |
| Interface | Secretary of State (SOS) UPDATED: USING FEDERAL SOCIAL SECURITY FILE THROUGH MSP. | Death | Confirmation of Death - regarding death of an offender. | Every two weeks | Medium | FTSP file drop - once a file is dropped by vendor, interface file will run and pick up in 30 min intervals.<br>Criteria Sent:<br>• DOB - No slashes for DOB<br>• L Name, F Name, M Name, Suffix - Name does contain the hyphen from SS<br>• We'll send anything back.<br>* REG #<br>* SSN<br><br>Criteria Returned:<br>* Death Date<br>* Matched SSN<br>* Matched  Name and DOB | In - Progress |
| Interface | MI Dept of Health and Human Services (MDHHS) Bridges | | Identify offenders who are offenders for MDHHS when determining care providiers are eligible to provide care to childere and/or vulnerable adutls in MI. | Real Time | Low | This is the information that is available to the Public.<br>Exact matches for:<br>▪ Offender First, Middle, Last Name and Suffix<br>▪ DOB<br>▪ DOC # (if applicable)<br>▪ Address (based upon offender status below)<br>▪ Offense Info. (Crime Code and Description).<br><br>MDHHS will receive confirmation on offenders with any of the following offender statuses, with the address information as shown below.<br><br>STATUS  ADDRESS<br>Active - Full Address<br>Absconder - City, County and State<br>Incarcerated - No address<br>Homeless - City, County and State<br>Pending Out of State - Full Michigan Address<br>School Only - Full Out of State Address<br>Employment Only - Full Out of State Address | Active |

| Type | Entity | Description | Frequency | Priority | Details | Status |
|---|---|---|---|---|---|---|
| Interface | Michigan Department of State | Restrict the renewal of driver's license or State ID online, must present in person. | Monthly | high | Runs on the 1st day of the Month.<br>Provides all registestered Sex Offender in MI:<br>* Full Name<br>* DOB<br>* DL# or PID#<br>[1] Name<br>30 characters fixed length. If the name is longer than 30 characters it will truncate (30 characters long).<br><br>Format is separated by "/" : Last name / First name / Middle name / suffix<br>or if no middle name format is Last name / First name / /.<br>Examples:<br><br>LAST-NAME/FIRST-NAME//<br>LAST-NAME/FIRST-NAME/MIDDLE-NA<br>LASTNAME/FIRSTNAME/MIDDLENAME/<br><br>[2] DLN or PID<br>DLN format is 1 alpha, 12 digits.<br>PID format is 1 alpha,  12 digits.<br>There could be old PID #'s with numeric part of 10 digits. In this case the field is left justified and trailing space filled. (e.g.: A1234567890  ) | Active |
| Interface | Licensing and Regulatory Affairs (LARA) | Provide Public Sex Offender Registry (PSOR) information to LARA - Michigan Workforce Background Check system (MWBC) , for LARA to complete background checks on those individuals that serve as community and healthy system providers | Real Time | | Send Space if unknown<br>SoM FTS FTP Server location.<br>MWBC will send as search for Last Name or Last Name and First Name<br><br>Frequency - 1000 per day<br><br>Test environment:  https://test-env.miltcpartnership.org/longtermcareportal/home/quickcheck?FirstName=&LastName=test&Registries=PSOR<br><br>Fields that MWBC extract and use from the MI PSOR web service results are:<br>FirstName – First name of offender<br>MiddleName – middle name of offender<br>LastName – Last name of offender<br>Gender – Gender of offender<br>Birthdate – Birthdate of offender<br>City – City where offender reside<br>State – State where offender reside<br>Zip – Zip code where offender reside<br>County – County where offender reside<br>Latitude – Geographic Coordinate Longitude of offender<br>Longtitude – Geographic Coordinate Longitude of offender<br>Url – Url address to view detail information of offender<br>PhotoUrl – Url address to view photo of offender | Active |
| Interface | MSP Mobile | Per MSP request, providing Public Sex Offender details to MSP Mobile. | | | Service Request: Get Offenders by Lat / Long<br>Input: string containing location coordinates, ability to page the data (page 2 of 6), range (2 miles):<br>Response (JSON):<br>Array containing list of offenders with the following information<br>-Unique Id  -Eye Color<br>-Offender First Name  -Hair color<br>-Offender Last Name  -Photo<br>-Age  -Addresses (arrays)<br>-Height  -Offenses (arrays)<br>Service Request: Get Offenders by Name<br>Input: string containing a name, that a SQL like is performed (Jo would return john, joe, etc. ), ability to page the data (page 2 of 6)<br>Response (JSON):<br>Array containing list of offenders with the following information<br>-Unique Id  -Eye Color<br>-Offender First Name  -Hair color<br>-Offender Last Name  -Photo<br>-Age  -Addresses (arrays)<br>-Height  -Offenses (arrays)<br>Service Request: Get Full Offender Details<br>Input: string containing the offender ID<br>Response (JSON):<br>Single offender<br>-Photo  -Race<br>-First Name  -Eyes<br>-Last Name  -Hair<br>-Height  -Weight | Active |