# Exhibit 93:

## MSP Organizational Charts:

MSP overall organizational chart [not Bates numbered],
SOR Unit organizational chart [MSP 85], and
Special Operations Division organizational chart [MSP 1516]

January 3, 2023



Michigan State Police organizational chart:

**MICHIGAN STATE POLICE**
COL. JOSEPH GASPER, DIRECTOR (UNCLASSIFIED)

- **BUDGET AND FINANCIAL SERVICES DIVISION** — AMANDA BAKER, COMMANDER (CLASSIFIED)

**FIELD SUPPORT BUREAU** — LT. COL. CHRIS KELENSKE, DEPUTY DIRECTOR (CLASSIFIED)
- MAJ. BETH CLARK, ASSIST. DEPUTY DIRECTOR (CLASSIFIED)
  - BIOMETRICS AND IDENTIFICATION DIVISION — ANGELA YANKOWSKI, COMMANDER (CLASSIFIED)
  - CRIMINAL JUSTICE INFORMATION CENTER — MICHELLE KLECKLER, COMMANDER (CLASSIFIED)
  - EMERGENCY MANAGEMENT AND HOMELAND SECURITY DIVISION — CAPT. KEVIN SWEENEY, COMMANDER (CLASSIFIED)
  - FORENSIC SCIENCE DIVISION — JEFFREY NYE, COMMANDER (CLASSIFIED)
  - GRANTS AND COMMUNITY SERVICES DIVISION — NANCY BENNETT, COMMANDER (CLASSIFIED)
  - INFORMATION TECHNOLOGY DIVISION — CAPT. MATT BOLGER, COMMANDER (CLASSIFIED)
  - INTELLIGENCE OPERATIONS DIVISION — CAPT. TROY ALLEN, COMMANDER (CLASSIFIED)
  - OFFICE OF HIGHWAY SAFETY PLANNING — KATIE BOWER, COMMANDER (CLASSIFIED)
  - 911 ADMINISTRATION — JONI HARVEY, COMMANDER (CLASSIFIED)

**PROFESSIONAL DEVELOPMENT BUREAU** — LT. COL. MICHAEL KRUMM, DEPUTY DIRECTOR (CLASSIFIED)
- JULI LIEBLER, SENIOR MANAGEMENT EXECUTIVE (CLASSIFIED)
  - MI COMMISSION ON LAW ENFORCEMENT STANDARDS — TIMOTHY BOURGEOIS, COMMANDER (UNCLASSIFIED)
  - OFFICE OF BEHAVIORAL SCIENCE — TRACIE WEBB, COMMANDER (CLASSIFIED)
  - ORGANIZATIONAL DEVELOPMENT DIVISION — CAPT. KENNETH DILG, COMMANDER (CLASSIFIED)
  - TRAINING DIVISION — CAPT. JAMES GRADY, COMMANDER (CLASSIFIED)
  - HUMAN RESOURCES DIVISION — STEPHANIE HORTON, COMMANDER (CLASSIFIED)
  - TRANSPARENCY AND ACCOUNTABILITY DIVISION — CAPT. THOMAS DEASY, COMMANDER (CLASSIFIED)
  - INTERNAL CONTROL COORDINATOR — JACQUELINE REESE, COMMANDER (CLASSIFIED)

**FIELD OPERATIONS BUREAU** — LT. COL. DALE HINZ, DEPUTY DIRECTOR (CLASSIFIED)
- MAJ. JOSEPH BRODEUR, ASSIST. DEPUTY DIRECTOR; MAJ. RYAN PENNELL, ASSIST. DEPUTY DIRECTOR (CLASSIFIED)
  - FIRST DISTRICT — CAPT. STEPHEN O NEILL, COMMANDER (CLASSIFIED)
  - SECOND DISTRICT — CAPT. PHILIP MENNA, COMMANDER (CLASSIFIED)
  - THIRD DISTRICT — CAPT. GREGORY MORENKO, COMMANDER (CLASSIFIED)
  - FIFTH DISTRICT — CAPT. MICHAEL BROWN, COMMANDER (CLASSIFIED)
  - SIXTH DISTRICT — CAPT. CAMERON HENKE, COMMANDER (CLASSIFIED)
  - SEVENTH DISTRICT — CAPT. JENNIFER JOHNSON, COMMANDER (CLASSIFIED)
  - EIGHTH DISTRICT — CAPT. CLINT MICHELIN, COMMANDER (CLASSIFIED)
  - COMMERCIAL VEHICLE ENFORCEMENT DIVISION — CAPT. RICHARD ARNOLD, COMMANDER (CLASSIFIED)
  - SPECIAL INVESTIGATION DIVISION — CAPT. JAMES SMILEY, COMMANDER (CLASSIFIED)
  - SPECIAL OPERATIONS DIVISION — CAPT. DAVID SOSINSKI, COMMANDER (CLASSIFIED)

November 4, 2022

PART ONE





PART 2

**SPECIAL OPERATIONS DIVISION**
CAPTAIN
SENIOR POLICY EXEC. 18
ELYCE BABCOCK
SENIOR EXEC. MGMT. ASST. 11

**TACTICAL SUPPORT & SERVICES SECTION**
F/LT. 15

**BOMB SQUAD UNIT**
LT. 14

**BRIDGEPORT**
SPL/TRP. 11
SPL/TPR. 11

**GRAND RAPIDS**
SPL/SGT. 12
SPL/TPR. 11

**GRAYLING**
SPL/SGT. 12
SPL/SGT. 12

**LANSING**
SPL/SGT. 12
SPL/TPR. 11

**NORTHVILLE**
SPL/SGT. 12
SPL/SGT. 12

**STERLING HEIGHTS**
SPL/TPR. 11

**EMERGENCY SUPPORT**
SGT. 12
TPR. 11
FIRST DISTRICT
SGT. 12
TPR. 11
TPR. 11
TPR. 11
TPR. 11
TPR. 11
TPR. 11
SECOND DISTRICT
SGT. 12
TPR. 11
TPR. 11
TPR. 11
TPR. 11
TPR. 11
THIRD DISTRICT
SGT. 12
TPR. 11
TPR. 11
TPR. 11
TPR. 11
TPR. 11
VACANT
TPR. 11
VACANT
TPR. 11

**EMERGENCY SUPPORT**
FIFTH DISTRICT
SGT. 12
TPR. 11
TPR. 11
TPR. 11
TPR. 11
SIXTH DISTRICT
SGT. 12
TPR. 11
TPR. 11
TPR. 11
TPR. 11
TPR. 11

**EMERGENCY SUPPORT**
SEVENTH DISTRICT
SGT. 12
TPR. 11
TPR. 11
TPR. 11
TPR. 11
TPR. 11
TPR. 11
EIGHTH DISTRICT
SGT. 12
TPR. 11
TPR. 11
TPR. 11
TPR. 11
VACANT
TPR. 11

**MARINE SERVICES**
SGT. 12
SGT. 12
SGT. 12
SGT. 12
TPR. 11
TPR. 11
TPR. 11
TPR. 11
VACANT
TPR. 11
TPR. 11
TPR. 11
VACANT
TPR. 11

**SOR ENFORCEMENT UNIT**
BRENDA HOFFMAN
SGT. 12
(LANSING POST)
VACANT
TPR. 11
(METRO POST)
VACANT
TPR. 11
(LAKEVIEW POST)
VACANT
TPR.11
(GAYLORD POST)

Does v Whitmer
Case No. 22-cv-10209

MSP-0001516
Jan 5, 2023