# Exhibit 95:

## MSOR User Guide
## [MSP 1-79]



# State of Michigan, Michigan State Police (MSP)

## Michigan Sex Offender Registry (MSOR)

User Guide, v.1
Last Updated 08/19/21



The data and information contained herein (hereinafter, the "Material") is the confidential, proprietary, and/or trade secret information of LexisNexis Coplogic Solutions Inc. ("Coplogic") and exempt from disclosure under any public records act, including the Freedom of Information and Protection of Privacy Act ("FOIP"), R.S.A. 2000, Chapter F.25, Part 1, Division 2 et al. The recipient of the Material ("Recipient") agrees to hold the Material in the strictest confidence, not to make any use of the Material other than for the purpose for which it is being provided, and to release the Material only to those employees of Recipient with a legitimate need to know such information. Recipient may have the right to use, duplicate, or disclose the Material to the extent provided in the resulting contract. Coplogic, LexisNexis, and the Knowledge Burst logo are trademarks of RELX Inc. © 2020 LexisNexis Risk Solutions.

Does v Whitmer
Case No. 22-cv-10209
IRTP#2

MSP-0000001
Nov 16, 2022



**MSOR User Guide**

# TABLE OF CONTENTS

OVERVIEW / NAVIGATION ............................................................................................................................4

Login basics ...............................................................................................................................................4
Main Page Overview ..................................................................................................................................5
Dashboard / Navigation Pane ...................................................................................................................5
Primary Workspace ....................................................................................................................................6

WORKING WITH OFFENDER RECORDS .......................................................................................................6

Find the Offender ......................................................................................................................................6
    Simple Search ........................................................................................................................................6
Offender Record Overview .......................................................................................................................10
Action Bar Section (view and edit mode) ...............................................................................................10
Action Bar (View Mode) ...........................................................................................................................11
    How to Add Offender General Notes....................................................................................................11
Action Bar (Edit Mode) .............................................................................................................................12
    How to Add an Officer Alert .................................................................................................................12
    Adding and Removing Violations ........................................................................................................14
    Marking an Offender's Record as Deceased .......................................................................................15
    Marking a Record as Canceled ...........................................................................................................16
Viewing an Offender's Record History ....................................................................................................16
Documents & Tips ....................................................................................................................................17
Offender Base Data ..................................................................................................................................18
    Additional Badge Details .....................................................................................................................18
    Offender Information Tabs....................................................................................................................20
Locking and Closing Offender Records ..................................................................................................21
    Offender Record Lock ..........................................................................................................................21
    Closing an Offender Record .................................................................................................................22
Documents and Photos ...........................................................................................................................22
    How to Upload a Document ..................................................................................................................22
    Document Generation ...........................................................................................................................23
    Tips .......................................................................................................................................................24
Offender Information Tabs........................................................................................................................25
General Tab ...............................................................................................................................................25
    Verification ...........................................................................................................................................27
Personal Identifiers Tab ...........................................................................................................................29
Addresses Tab ..........................................................................................................................................33
    Update Current Address Button ..........................................................................................................34
    How to Add/Update a Primary Address ...............................................................................................34
    How to Add/Update an Incarceration Address: ..................................................................................35
    How to Add/Update a Mailing Address: ..............................................................................................36
    How to Add/Update a Temporary Address: .........................................................................................38
    How to Add/Update an Out-of-State Address: ....................................................................................39
    How to Add/Update a Secondary Address: .........................................................................................40
    How to Enter Historical Address..........................................................................................................41
    How to Add/Update Other Addresses: ................................................................................................42
    Add/Updating Professional License: ...................................................................................................44
Additional Details Tab ..............................................................................................................................45
    How to Add/Update Transportation Information (Vehicles):...............................................................45
    How to Add/Update Internet Information: ...........................................................................................47
    How to Add/Update a Phone Number: ................................................................................................48

Does v Whitmer
Case No. 22-cv-10209
IRTP#2

MSP-0000002
Nov 16, 2022



# MSOR User Guide

Fees Tab ...........................................................................................................................48
Offenses Tab .....................................................................................................................51
Monitoring (including U.S. Marshal Alerts) ....................................................................54
Offender Inboxes ..............................................................................................................55
   *Wizard: In-Progress New Offender* .............................................................................57
   *Awaiting Signatures (New Offender)* ..........................................................................57
   *Awaiting Signatures (Offense Changes)* .....................................................................59
   *Unfinished Edited Records* ..........................................................................................60
   *Tasked Offender Inbox* ...............................................................................................60
   *Tip Inboxes* ..................................................................................................................61
New Tips ...........................................................................................................................61
Under Investigation Tips ..................................................................................................64
Tasked Tip Inbox ..............................................................................................................66
Add New Offender ............................................................................................................66
   *Overview* ......................................................................................................................66
   *Autosave on Next* ........................................................................................................67
   *Spotting Required Fields* .............................................................................................67
   *Save and Close* ............................................................................................................67
   *Edit and Delete* ............................................................................................................67
   *Tasked Inbox* ...............................................................................................................68
   *General* ........................................................................................................................69
   *Personal Identifiers* ....................................................................................................69
   *Addresses* ....................................................................................................................70
   *Additional Details* .......................................................................................................70
   *Offenses* .......................................................................................................................71
   *Final Review* ................................................................................................................71
SOR Unit Review ..............................................................................................................72
   *Record packing* ...........................................................................................................72
   *Second party check* .....................................................................................................72
   *Activate and/or Publish* ..............................................................................................72
Advanced Search ..............................................................................................................73
   *Result Columns* ...........................................................................................................73
   *Conditions* ...................................................................................................................74
Search Options .................................................................................................................77
   *Save & Load Searches* ................................................................................................78
   *Export Results* .............................................................................................................79
Michigan State Police Sex Offender Registry Unit Contact Information: ........................79

Does v Whitmer
Case No. 22-cv-10209
IRTP#2

MSP-0000003
Nov 16, 2022

 **MSOR User Guide**

# OVERVIEW / NAVIGATION

## Login basics

There are two components of the Michigan Sex Offender Registry (MSOR) system, both of which are web based.

1. The internal MSOR system is used to maintain all details about the sex offender and accessed through Michigan's Criminal Justice Information Network (MiCJIN)

2. The public website contains offender information from the MSOR system that has been deemed publishable by law.  This source of this offender data is the internal MSOR system.

   https://www.mspsor.com

The internal MSOR system utilizes MiCJIN as the initial entry point for all users.  As such, a user must first sign-in to MiCJIN prior to accessing the MSOR system.  The Michigan State Police (MSP) Sex Offender Registry (SOR) unit holds responsibility for adding and maintaining MSOR users through MiCJIN.  Additionally, system timeouts for inactivity are driven by MiCJIN.  To illustrate:

- A user accessing MSOR only will timeout of the system after two (2) hours of inactivity and need to log back in to MiCJIN to continue work.

- A user that has been inactive in MSOR for two (2) hours but active within other MiCJIN applications in that time frame will not time out.

In other words, the MSOR system will only time out if a user is inactive in **all** MiCJIN applications for two (2) hours.

Does v Whitmer
Case No. 22-cv-10209
IRTP#2

MSP-0000004
Nov 16, 2022

 **Coplogic™ Solutions**      **MSOR User Guide**

## Main Page Overview

Once logged into the system, the user is presented with the following page:



## Dashboard / Navigation Pane

The Dashboard displays on the left side of the screen and contains functions that allow the user to navigate through different areas of the system.



Dashboard remains present at all times.

Does v Whitmer
Case No. 22-cv-10209
IRTP#2

MSP-0000005
Nov 16, 2022

   **MSOR User Guide**

## Primary Workspace

The primary workspace displays on the right side of the screen and will change based on the function selected by the user.  Offender Inboxes are by default displayed when the user first logs in to the system.  Show view from read write viewer.



# WORKING WITH OFFENDER RECORDS

## Find the Offender

To process updates for a specific offender, the user must first open the appropriate record.  There are multiple ways to navigate to an offender which will be covered later in this guide.

### Simple Search

Navigate to the Simple Search function by clicking Search in the Dashboard.  Click on Simple Search. The primary workspace is updated as shown below.

 **Coplogic™ Solutions**    **MSOR User Guide**



Enter at least one search criterion for the offender before performing the search.  Either the Enter key or the Search button can be used to execute the search after criteria have been entered.

All criteria except for Date of Birth will return records that contain the information specified.  For example, entering a last name of Williams will return offenders with that last name as well as any offenders containing Williams within the last name (e.g., McWilliams).

Results of the search display below the search criteria in a grid:



 **Coplogic™ Solutions**    **MSOR User Guide**

Options available within the search results:

- Change the number of entries displayed on the screen (upper left of results):



- View the number of records returned for the criteria entered:



- Use the Previous and Next buttons to navigate through search results when there is more than one page.  Numbers can also be clicked to go to a specific page of results.



- Sort the search results in ascending or descending order using the arrows to the right of column headers:



 **Coplogic™** Solutions    **MSOR User Guide**

A single click on the column header will sort results in ascending order.  Another click will sort results in descending order.



To open the offender record once found, click on the search result line corresponding to the offender record you wish to open.  The offender record will be displayed in a new tab within the browser window.





**MSOR User Guide**

## Offender Record Overview

Upon opening the offender record, the offender information is displayed in the primary workspace:



## Action Bar Section (view and edit mode)

The Action Bar drop down is displayed at the top of the primary workspace and will show one of two modes:  View or Edit.  To perform an action in either mode, select the action from the drop down and click the Go button.  What can be done in these modes is covered later in this guide.



Does v Whitmer
Case No. 22-cv-10209
IRTP#2

MSP-0000010
Nov 16, 2022

   Coplogic™ Solutions        **MSOR User Guide**

## Action Bar (View Mode)

Certain actions can be performed on any record at any time regardless of whether that record is locked or if the record is in View Mode.  The following section describes action options available in view mode.

### How to Add Offender General Notes

General notes that are not associated with specific data on an offender record can be added by selecting Add Note in the Action bar and clicking Go.



The Add Note screen will display in front of the offender record:



Add note text to the Comments field and click OK to save changes.  Clicking Cancel will cancel the entry and no changes will be saved.

Any notes added in this manner will display in the General Notes History area described above.

**Tip**:  Required fields are denoted by an asterisk (*).  Expand text boxes by clicking and dragging the lower right corner downward. Highlight or use an arrow.

| Coplogic™ Solutions    **MSOR User Guide**



## Action Bar (Edit Mode)

Additional actions exist within Edit mode from the Action Menu.  This section details those actions.

### How to Add an Officer Alert

Officer Alerts can be created to advise any user of important information about the offender upon opening the offender record.  The Officer Alert screen will display as a warning in front of the offender record.  Multiple entries will appear as single line entries in the same modal, identifying the date the alert was entered, who entered the alert, and the alert text.



To add an Officer Alert, click the Update Officer Alerts button in the offender's base data section and select Add Officer Alert.



**MSOR User Guide**



The Add Officer Alert screen will display in front of the offender record:



Add the alert comments to the Alert Text field and click OK to save changes.  Clicking Cancel will cancel the entry and no changes will be saved.

To remove an Officer Alert, click the Active Toggle button in the header and select Remove Officer Alert.



To Remove an alert, a screen will display in front of the offender record.  Click the Active toggle to remove an alert and then OK to save changes.  Clicking Cancel will cancel the update and no changes will be saved.



**MSOR User Guide**



Any disabled alerts will display in the History area described above.



## Adding and Removing Violations

If the offender has active violation(s), in addition to the badge displaying in the header, badge hover displays active violations:



To alter the violations listed, choose the Add / Remove Violations action from the Actions Menu.  A modal will appear with several violations that can be selected.  Any violation within the top section can be selected by clicking the toggle button.  Violations at the bottom are set automatically by the system and cannot be updated.

  Coplogic™ Solutions    **MSOR User Guide**



Click OK to save the changes.  Otherwise click Cancel to return to the previous screen with no changes being made.

## Marking an Offender's Record as Deceased

To indicate that an offender is now deceased, choose the Mark as Deceased action from the Action Menu while in Edit Mode. Once the action is complete, the offender will be sent to the SOR Unit to update and review.



Comments may be added when marking an individual as deceased. Click OK to send the offender to the SOR Unit. Otherwise, click Cancel to return to the previous screen without making any changes.

 **LexisNexis®** | **Coplogic™ Solutions**          **MSOR User Guide**

Marking a Record as Canceled

To indicate that an offender's record should be canceled, choose the Mark as Canceled action from the Action Menu while in Edit Mode. Once the action is complete, the offender will be sent to the SOR Unit to update and review.



Comments may be added when marking an individual as canceled. Click OK to send the offender to the SOR Unit. Otherwise, click Cancel to return to the previous screen without making any changes.

## Viewing an Offender's Record History

Access to an offender's History and General Note History is also available in the Action bar section. Each can be viewed by clicking on the book end icon or comment bubble icon, respectively.



When clicked, each section will open to display in a modal in front of the offender's record.

- The History Notes includes all actions performed on the offender record.

- The General Note includes all notes added manually to the system by users.

> NOTE:  General Notes is what was previously known as Investigative Notes within OffenderWatch.

 **Coplogic™ Solutions**   **MSOR User Guide**



## Documents & Tips

The Documents and Tips sections are displayed below the Action bar section.



Each section can be expanded by clicking the pick arrow next to the section name.



- Documents is the section where forms are generated and uploaded.  In the rare instances when a photo is not available at the time of creation of the record, a photo would be uploaded here.

- The tips section displays not only how many tips exist but will also display how many of those tips are new, as shown below in the red badge.

Does v Whitmer
Case No. 22-cv-10209
IRTP#2

MSP-0000017
Nov 16, 2022

 **Coplogic™ Solutions**  **MSOR User Guide**



More on processing documents and tips later in this guide.

## Offender Base Data

The offender base data is displayed below the Documents and Tips sections and includes the offender's photograph along with basic details such as personal identification, address, status, and tier level.  Information in the header is intended to provide an 'at-a-glance' view of the offender and is updated automatically when changes are made to the record.  This information remains visible on the page regardless of the section the user is viewing.



The following color badges are included in the header below the offender's name based on the criteria below.

| Badge | Current Standing | Record Alert | Answers |
|---|---|---|---|
| Badge 1 | PUBLISHED | UNPUBLISHED | Has the offender been published to the public website? |
| Badge 2 | Compliant | Not Compliant | Is the offender compliant? A Not Compliant offender has one or more Violations. |
| Badge 3 | | ⚠ Juvenile | Does the offender have any juvenile offenses? |
| Badge 4 | | ⚠ Alerts (1) | Does the offender have any active Officer Alerts? |

Additional Badge Details

Does v Whitmer
Case No. 22-cv-10209
IRTP#2

MSP-0000018
Nov 16, 2022

 **LexisNexis** | **Coplogic™ Solutions**          **MSOR User Guide**

**Badge 2:** If the offender has active violations, in addition to the badge displaying in the header, hovering over the badge will display all active violations:



**Badge 3:** If the offender has juvenile offenses, in addition to the badge displaying in the header, an alert is provided upon opening the record:



**Badge 4:** If the offender has active Officer Alerts, in addition to the badge displaying in the header, any active alert(s) display upon opening the record:



To view the Officer Alerts after the record has been opened, click on the badge. To manage alerts, click on Update Officer Alerts to open a modal displaying all alerts. Alerts are entered and saved as singular entries. Making it easy to activate and inactive when no longer applicable. Simple click toggle, the toggle will go from green to gray, visually indicating the specific alert entry is no longer active.

Does v Whitmer
Case No. 22-cv-10209
IRTP#2

MSP-0000019
Nov 16, 2022

 **Coplogic™ Solutions**          **MSOR User Guide**



If an offender record has both an Officer Alert(s) and is a juvenile offender, the warnings above will display within the same alert screen.



Offender Information Tabs

Offender information is displayed in different tabs below the base data.  To view different sections of data, click on the appropriate tab name.  When a tab is selected, the tab name will be highlighted, indicating the tab in view.  When opening a record, the active tab will default to General and corresponding data is displayed in the primary workspace.



 **MSOR User Guide**

Available Information Tabs:

| Tab | Description |
| --- | --- |
| **General** | General Descriptors including name and ID numbers; verification history; aliases |
| **Personal Identifiers** | Physical characteristics such as height, weight, fingerprint information, scars, marks, and tattoos; other identification for the offender and details about registrations in other states |
| **Addresses** | Primary, secondary, historical, and school / work / volunteer address information; professional licenses held |
| **Additional Details** | Modes of transportation; internet information; phone numbers |
| **Fees** | Payment history |
| **Offenses** | Convicted offenses and corresponding victim information |
| **Monitoring** | Residence check history and U.S. Marshal alert |
| **NCIC** | Most recent message sent to the National Crime Information Center (NCIC) along with response and current NCIC information |

Each of these sections will be described in more detail later in this guide.

## Locking and Closing Offender Records

### Offender Record Lock

When a user has an offender record open for editing, the record will be 'locked' by that user.  As shown below.  Anyone attempting to open that same record for editing will be limited to actions that can be completed while locked.  Users can enter notes, upload documents, and collect fees.   Once the original user completes their edits (or cancels their changes), the lock is released.



After an hour of inactivity by the user on the locked offender record, the lock will automatically expire, and the offender record becomes editable again.

 **MSOR User Guide**

## Closing an Offender Record

When done updating an offender record, users are to end the session by completing and Finished Editing action. This "resets" the record for additional changes moving forward. Once the Finished Editing action is completed click the closed, next to the Action bar dropdown. If there are any unsaved changes on the record, a prompt will display notifying the user of to save progress.

> **Note:** Closing a record does not finish (complete) the editing of. Though closing the browser tab also closes the record, it does not release the lock.

## Documents and Photos

The Documents and Photos section can be used to upload files associated with the offender as well as generate documents that are sent to the offender.



### How to Upload a Document

To upload either a file or a photo to the offender's record, expand the Documents and Photos section:



Does v Whitmer
Case No. 22-cv-10209
IRTP#2

MSP-0000022
Nov 16, 2022

  Coplogic™ Solutions          **MSOR User Guide**

Click the Generate Documentation button and select Upload File.  The Upload File screen will display in front of the offender record:



Click the Choose File button to specify the file for upload.  Select Document Type, add a description, and then click OK to save changes.  Clicking Cancel will cancel the entry and no changes will be saved.

Document Generation

To generate a document on the offender record, expand the Documents and Photos section and click the Generate Documentation button and select the document to be generated.  The new document will be added and once processing is complete the View link will be enabled.





**MSOR User Guide**

Tips

The Tips section can be used to add new Tips or to update an existing Tip status. Tips may be entered via the public website or entered manually in the Tips section.

To add a Tip to the offender's record, expand the Tips section by clicking Tips.



Click the Add Tip button and select add a new Tip.  The Add Tip screen will display in front of the offender record.



Enter available tipster contact information. For offender information, see the following:

- Offender Name:  This field is set automatically as the offender's name and cannot be changed.
- Type of Tip:  Set to type of tip. Tip Type options are Law Enforcement Contact, Online Submission, SOR Unit.
- Tip Status:  This field represents the status of the tip and is set automatically to New for new tips being entered.

 Coplogic™ Solutions          **MSOR User Guide**

- Please provide information regarding this offender:  Set to the tip being provided concerning the offender.

Enter the Tip information and then click OK to save changes.  Clicking Cancel will cancel the entry and no changes will be saved.

To view or update existing Tips, expand the Tips section, and click the View Tip Detail link. A new tab will open with the Tip information displayed.



Submitted tips cannot be edited, but there are actions that can be taken on each Tip. See Section E. on Tips for information on the various actions that can be performed upon Tips.

Click the Close button to close the tip window and return to the offender record.



## Offender Information Tabs

Certain actions can only be performed on a record when the record is locked and in Edit Mode.  The following section describes these actions on each tab within Edit Mode.

## General Tab

The General Tab captures basic information to help identify the offender.



**MSOR User Guide**



General Descriptor fields should be filled out as applicable and some fields will be pre-populated via the initial record creation stage:

- Country:  Set to the Country of the offender. This field cannot be changed.
- District:  Set to the District of the offender. This field cannot be changed.
- Post:  Set to the Post of the offender. This field cannot be changed.
- City/Township/Village:  Set to the City, Township, or Village of the offender. This field cannot be changed.

**Does the Offender have a Guardian or Custodian?** Set to Yes if the offender has a guardian or custodian, otherwise set to No.

**Do you have a driver's license or personal ID information?** Set to Yes if the offender has any ID information that can be added, otherwise set to No. If the value is Yes, then the following fields may be entered:

- State:  Set to the state the driver's license or personal ID originates from.
- Type:  Set to the type of identification (Driver's License, Other State Lic/ID, Personal ID Card).
  - When a Michigan Driver's License or Identification card has not been obtained, an out of state driver's license or personal ID can be used until such documentation can be acquired.
- Number:  Set to the identification number for the personal identification.
- Start Date:  Set to the start date for the identification.
- Expiration Date:  Set to the expiration date for the identification.

> Note: MSORE will automatically set an ID violation for omitted and expired licenses.  therefore, it is important to obtain Expiration dates for any type of licenses.

Does v Whitmer
Case No. 22-cv-10209
IRTP#2

MSP-0000026
Nov 16, 2022



**MSOR User Guide**

Verification

**When entering a verification, ensure record is in edit mode.**

Verification information can be added on the General tab. Click the Add Verification button to add a new verification. Click the blue information icon next to existing verifications to view additional details on a verification.



After clicking Add Verification, a modal will appear with the following fields that can be entered:

- Address:  This field cannot be edited and will default to the primary address. If the offender's primary address has changed, uncheck the "Offender's Primary Address has not changed" checkbox, and the New Primary Address section will appear on the right side of the screen and allow the user to enter a new address.
- Verification Date:  The verification date is populated as the current date and can be changed if needed.
- Verification Method:  Set to the verification method (By Guardian, Failed to Verify, In Person, Law Enforcement Contact).
- Verified By:  Set to the current user. This field cannot be changed.
- Agency:  Set to the current user's agency. This field cannot be changed.
- Notes:  Enter any relevant notes concerning the verification.
- Click OK

If no further updates to the record are needed, you may generate the Registration/Verification/Update Form from the Documents and Photo section.

For more information on generating RI004, please refer to the Documents and Photo section.

Click on "Save Progress" if you wish to keep your changes as you continue through the tabs.  If nothing more to add in the record, go back up to the top of the record to the "Select an Action", choose "Finished Editing Offender" from the picklist, and click on "GO."

Does v Whitmer
Case No. 22-cv-10209
IRTP#2

    **MSOR User Guide**



Alias's information can be added on the General tab. Click the Add Alias button to add a new alias. Click the blue edit button next to an existing row to update it.



After clicking Add Alias, a modal will appear with the following fields that can be entered:

- Type:  Set to the type of alias (Conviction, DOB, Ethnic, FBI UCN, Maiden, Nickname, Other, SSN, Tribal)
- Last Name:  Set to the last name of the alias.
- First Name:  Set to the first name of the alias.
- Middle Name:  Set to the middle name of the alias.
- Suffix:  Set to the name's suffix of the alias.
- Date of Birth:  Set to the alias date of birth.
- SSN:  Set to the alias social security number.
- FBI UCN:  Set to the alias FBI UCN.
- Notes:  Enter any relevant notes concerning the alias.

When finished, click OK to save the changes. Otherwise, click Cancel to return to the previous screen without making changes.

    **MSOR User Guide**



## Personal Identifiers Tab

The Personal Identifiers Tab captures demographic and other identifying information of the offender.



The following fields are entered on the Personal Identifiers tab:

- Height - ft:  Set to the height of the offender in feet.
- Height - in:  Set to the height of the offender in inches.
- Weight: Set to the weight of the offender in pounds.
- Hair:  Set to the hair color of the offender.
- Eyes:  Set to the eye color of the offender.
- Race:  Set to the race of the offender.
- Citizenship: Set to the citizenship of the offender.
- Handedness:  Set to the preferred used hand of the offender.
- Glasses:  Set to Yes or No depending on the offender's use of glasses.

Does v Whitmer
Case No. 22-cv-10209
IRTP#2

MSP-0000029
Nov 16, 2022

 | **Coplogic™ Solutions** **MSOR User Guide**

**Do you have fingerprint information?** Set to Yes if fingerprint information is available.  Otherwise set to No.  If the value is Yes, then the following fields may be entered:

- Fingerprints On File:  Set to Yes or No depending on whether fingerprints are on file.
- DNA On File:  Set to Yes or No depending on whether DNA is on file.
- Palm Prints On File:  Set to Yes or No depending on whether palm prints are on file.
- Prints Taken:  Set to the date the prints were taken.

> NOTE:  MSOR is flexible in a way that we can turn on and off automatic violations.  Currently, we have three automatic violations: Address Violation, ID (none or Expired) Violation, and Palm Print Violation.

**Do you have place of birth information?**  Set to Yes if place of birth information is available.  Otherwise set to No.  If the value is Yes, then the following fields may be entered:

- City:  Set to the city the offender was born in.
- State:  Set to the state the offender was born in.
- Country:  Set to the country the offender was born in.

**Do you have scars, marks, or tattoo information?**  To add details, click Yes.  Otherwise, select No and skip to the next section.



Clicking the blue edit button on any row always you to edit existing information.

When clicking Add New, a modal will appear with the following fields that can be entered:

- Reported Date: Set to the date the SMT information was provided.
- Category:  Set to the SMT Category.
- Location:  Set to the body location of the SMT. The location list will change according to the category selected.
- Description:  Enter any additional notes regarding a physical description of the SMT.



**MSOR User Guide**



When finished, click Save.

**Do you have notes related to the offender's physical descriptors?**  The Physical Descriptors section is for pertinent information about the offender but that isn't collected in the previous SMT section.  This could be details such as: "Offender walks with a limp due to old football injury." Or something like "Offender's right leg is shorter than the left."  To add a note, click Yes and add text as applicable.



**Is the offender Registered in another State?**  Here we are looking to collect registration information if the offender is registered in another state.  This is pertinent details for the MSP Sex Offender Registry Unit when determining risk classification.  To add details, click Yes.  Otherwise, select No and skip to the next section.

After clicking Add New, a modal will appear with the following fields that can be entered:

- Date of Other State Reg. Entry: Set to the date the offender registered in the other state.
- Other Reg. State:  Set to the other state the offender is registered in.
- Other State Reg. #:  Set to the other state's registration number.
- Other State Reg. Length:  Set to the duration of the other state's registration.
- Registration Notes:  Enter any additional notes for the other state's registration, i.e., registration end date

  Coplogic™ Solutions          **MSOR User Guide**



When finished, click Save to save the changes. Otherwise, click Cancel to return to the previous screen without making changes.



Clicking the blue edit button on any row always you to edit existing information.

**Do you have any Additional Identification for the Offender?**  This area is for the collection of other driver's licenses used by the offender, any alien registration information, or passport details.  To add details, click Yes.  Otherwise, select No and skip to the next section.

Click the Add New button to add a new row.



After clicking Add New, a modal will appear with the following fields that can be entered:

Does v Whitmer
Case No. 22-cv-10209
IRTP#2

MSP-0000032
Nov 16, 2022



**MSOR User Guide**

- Type of Identification: Set to the type of identification (Examples: Driver's License, Passport, Alien Registration).
- Number:  Set to the ID's number.
- Issue Date:  Set to the date the ID was issued.
- Issuing Authority:  Set to the agency who issued the ID.
- Registration Notes:  Enter any additional notes for the registration.

When finished, click Save to save the changes. Otherwise, click Cancel to return to the previous screen without making changes.



## Addresses Tab

The Addresses Tab captures any addresses associated with the offender.



 **Coplogic™ Solutions**    **MSOR User Guide**

Update Current Address Button

Use of the Update Current Address button allows the user to add or update different addresses, as applicable:

- Add / Update Incarceration
- Add / Update Mailing Address
- Add / Update Temporary Address
- Change Primary Address
- Move Out of State



When entering addresses, the system has an address checker, this tool ensures the address is true and is intuitive in such a way that it will provide possible address and auto populate address fields based on user selection.

How to Add/Update a Primary Address



 | Coplogic™ Solutions       **MSOR User Guide**

When updating the primary address information, the following fields are available:

- **Primary Address:** Defaults to the previous primary address. This field cannot be changed.
- **End Date:** Auto populates to the date the logged in user is enter the new primary address.
- **Has same mailing address:** Uncheck the box if the mailing address is not the same as the primary address. By unchecking the box, this allows the user to add a mailing address at the time of entering the primary address.
- **Address Type:** Set to the type of Address.
- **Start Date:** Set to the date the address began to be used.
- **Reported Date:** Default to the date of user entry.
- **Address Line 1:** Set to the street address of the offender. When entering the value, additional options will be available to be selected based on the information typed. If the user selects a location from the list provided, other address fields may auto populate.
  - City
  - State
  - Zip
  - County
  - Country
- **Address Line 2:** Enter offender's apartment number/letter, complex, trailer lot number, etc.
- **Tribal Lands:** Set to Yes or No depending on whether the location is on a tribal land.
- **Tribe:** Enter the tribal name, if applicable.
- **Notes:** Enter any notes on the address, i.e., "Offender's parents' residence."

When finished, click OK to save the changes. Otherwise, click Cancel to return to the previous screen without making changes.

How to Add/Update an Incarceration Address:

When updating the incarceration information, the following fields are available:

- **Start Date:** Set to the starting date of the incarceration.
- **End Date:** Set to the ending date of the incarceration.
- **Institution Type:** When adding an incarceration address you must select the institution type first, by doing so, this provides a specific list of Institution Name to select from.
- **Institution Name:** Once an Institution Name is selected, the corresponding address auto populates with the incarcerated address for the grayed fields shown below.
- **Associated Offense:** If the associated offense is known, enter here.
- **Booking #:** If booking number is known, enter here.
- **Notes:** Enter any relevant notes on the incarceration.

Does v Whitmer
Case No. 22-cv-10209
IRTP#2

MSP-0000035
Nov 16, 2022

   Coplogic™ Solutions          **MSOR User Guide**



Adding an incarceration address will update the offender's status to 'Incarcerated'.

When finished, click OK to save the changes. Otherwise, click Cancel to return to the previous screen without making changes.

How to Add/Update a Mailing Address:

There are two ways to enter a mailing address.  One way is when entering an Offender's primary address.  The other, is by selecting Add/Update Mailing Address by clicking the Update Current Address button.

Does v Whitmer
Case No. 22-cv-10209
IRTP#2

MSP-0000036
Nov 16, 2022

   **MSOR User Guide**



When updating the mailing address information, the following fields are available:

- Address Type: Set to the type of Address. This field cannot be changed from Mailing.
- Start Date: Set to the date the address began to be used.
- Reported Date: Set to the date the new address was reported.
- Address Line 1:  Set to the street address of the offender. When entering the value, additional options will be available to be selected based on the information typed. If the user selects a location from the list provided, other address fields may auto populate.
  - City
  - State
  - Zip
  - County
  - Country
- Address Line 2:  Enter offender's apartment number/letter, complex, trailer lot number, etc.
- Notes: Enter any notes on the address, i.e., "Offender's parents' residence."

Does v Whitmer
Case No. 22-cv-10209
IRTP#2

MSP-0000037
Nov 16, 2022

 **Coplogic™ Solutions**          **MSOR User Guide**



When finished, click OK to save the changes. Otherwise, click Cancel to return to the previous screen without making changes.

## How to Add/Update a Temporary Address:

Please note, a temporary address is the address that would be visited but not as likely to be a frequented address, such as vacationing or traveling for a time.

When updating the temporary address information, the following fields are available:

- Address Type: Set to the type of Address. This field cannot be changed from Temporary.
- Start Date: Set to the date the address began to be used.
- Reported Date: Set to the date the new address was reported.
- Address Line 1:  Set to the street address of the offender. When entering the value, additional options will be available to be selected based on the information typed. If the user selects a location from the list provided, other address fields may auto populate.
    - o   City
    - o   State
    - o   Zip
    - o   County
    - o   Country
- Address Line 2:  Enter offender's apartment number/letter, complex, trailer lot number, etc.
- Notes: Set to any notes on the address.



Coplogic™ Solutions                    **MSOR User Guide**



When finished, click OK to save the changes. Otherwise, click Cancel to return to the previous screen without making changes.

How to Add/Update an Out-of-State Address:

When updating the address information to indicate a move out of state, the following fields are available:

- Departure Date Set to the date the offender left residence in the current state.
- Arrival Date:  Set to the date that offender began residence in the new state.
- Reported Date: Set to the date the new address was reported.
- Address Type: Set to the type of Address.
- Address Line 1:  Set to the street address of the offender. When entering the value, additional options will be available to be selected based on the information typed. If the user selects a location from the list provided, other address fields may auto populate.
  - City:
  - State:
  - Zip:
  - County
  - Country

- Address Line 2:  Enter offender's apartment number/letter, complex, trailer lot number, etc.

   **MSOR User Guide**



Adding an out of state address will update the offender's status to 'Pending Out Of State'.  Once the offender's move out of state has been confirmed by the SOR Unit, the status will be updated to 'Out of State'.

When finished, click OK to save the changes. Otherwise, click Cancel to return to the previous screen without making changes.

### How to Add/Update a Secondary Address:

A secondary address is an address the registrant frequents repetitively, whether for a short or long period of time.  Such as a second home, like a cottage, parents' home, significant other's home, or similar.

Secondary Addresses can be added on the Addresses tab. Click the Add New button to add a new row.



When adding a secondary address, the following fields are available:

- Start Date Set to the date the address began.
- End Date:  Set to the date the address ended.
- Reported Date: Set to the date the new address was reported.
- Address Type: Set to the type of Address.
- Address Line 1:  Set to the street address of the offender. When entering the value, additional options will be available to be selected based on the information typed. If the user selects a location from the list provided, other address fields may auto populate.
  o   City
  o   State

Does v Whitmer
Case No. 22-cv-10209
IRTP#2

MSP-0000040
Nov 16, 2022

 LexisNexis® | Coplogic™ Solutions          **MSOR User Guide**

- o    Zip
- o    County
- o    Country
- Address Line 2:  Enter offender's apartment number/letter, complex, trailer lot number, etc.
- Tribal Lands:  Set to Yes or No depending on whether the location is on a tribal land.
- Tribe:  Enter the tribal name, if applicable.
- Notes: Enter any notes on the address.

When finished, click Save to save the changes. Otherwise, click Cancel to return to the previous screen without making changes.



## How to Enter Historical Address

Historical Addresses can be added on the Addresses tab. To add the address, click Yes to the question "Do you have additional historical addresses for the offender?" Otherwise, click No. Click the Add New button to add a new row.



  Coplogic™ Solutions          **MSOR User Guide**



When adding a historical address, the following fields are available:

- Start Date Set to the date the address began.
- End Date:  Set to the date the address ended.
- Reported Date: Set to the date the new address was reported.
- Address Type: Set to the type of Address.
- Address Line 1:  Set to the street address of the offender. When entering the value, additional options will be available to be selected based on the information typed. If the user selects a location from the list provided, other address fields may auto populate.
    - City
    - State
    - Zip
    - County
    - Country
- Address Line 2:  Enter offender's apartment number/letter, complex, trailer lot number, etc.
- Tribal Lands:  Set to Yes or No depending on whether the location is on a tribal land.
- Tribe:  Enter the tribal name, if applicable.
- Notes: Enter any notes on the address, i.e., "Offender's parents' residence."

When finished, click Save to save the changes. Otherwise, click Cancel to return to the previous screen without making changes.

How to Add/Update Other Addresses:

Other Addresses can be added on the Addresses tab. To add the address, click Yes to the question "Do you have school, work, or volunteer addresses?" Click the Add New button to add a new row.

Does v Whitmer
Case No. 22-cv-10209
IRTP#2

MSP-0000042
Nov 16, 2022

  Coplogic™ Solutions     **MSOR User Guide**



When adding an address, the following fields are available:

- Address Type: Set to the type of Address (Examples: Work, School, Volunteer).
- Name: Set to the name of the location.
- Address Line 1:  Set to the street address of the offender. When entering the value, additional options will be available to be selected based on the information typed. If the user selects a location from the list provided, other address fields may auto populate.
  - City
  - State
  - Zip
  - County
  - Country
- Address Line 2:  Enter offender's apartment number/letter, complex, trailer lot number, etc.
- Phone: Set to the phone number of the location.
- Extension: Set to the phone number's extension.
- Start Date Set to the date the address began.
- End Date:  Set to the date the address ended.
- Reported Date: Set to the date the new address was reported.
- Notes: Enter any notes on the address.



When finished, click Save to save the changes. Otherwise, click Cancel to return to the previous screen without making changes.

Does v Whitmer
Case No. 22-cv-10209
IRTP#2

MSP-0000043
Nov 16, 2022

 **Coplogic™ Solutions**   **MSOR User Guide**

Add/Updating Professional License:

Professional Licenses can be added on the Addresses tab. To add a professional license, click Yes to the question "Do you have any professional licenses for the offender?" Click the Add New button to add a new row.



When adding a professional license, the following fields are available:

- Reported Date: Set to the date the license became known.
- End Date: Set to the date the license is removed from the internal system.
- Issued Date:  Set to the date the license was issued.
- Expiration Date:  Set to the expiration date of the license.
- License Number:  Set to the license number.
- License Notes:  Enter any notes on the license, including the type of license.



When finished, click Save to save the changes. Otherwise, click Cancel to return to the previous screen without making changes.



**MSOR User Guide**

## Additional Details Tab

The Additional Details tab captures relevant vehicle, internet, and phone information for the offender.



How to Add/Update Transportation Information (Vehicles):

Vehicles or transportation information can be added on the Additional Details tab. To add the address, click Yes to the question "Do you have transportation information for the offender? (Vehicles, mobile homes, ATVs, etc.)" Otherwise, click No.



To add a new value, click Add New. A modal will open with additional information to enter.

The following fields are available to describe the vehicle:

- Type: Set to the type of vehicle (Examples: Standard Vehicle, Home / Work Equipment / Farming, Mobile & Motorized Travel Trailers, Recreational / Motorcycle/Motorbike)
- Vehicle Ownership:  Set to the type of vehicle ownership. The option of Other is not available for new vehicles being entered into the system.
- Year:  Set to the year of the vehicle.
- Make:  Set to the make of the vehicle.
- Model:  Set to the model of the vehicle. When the Vehicle Type is Standard Vehicle, the options available for the Model will be based on the Make selected. Otherwise, this value will be free-form text that can be entered.
- VIN #:  Set to the vehicle's identification number.

Does v Whitmer
Case No. 22-cv-10209
IRTP#2

MSP-0000045
Nov 16, 2022

  MSOR User Guide

- Style:  Set to the style of the vehicle. The style options available are dependent on the Vehicle Type selected.
- Color 1:  Set to the primary color of the vehicle.
- Color 2:  Set to the secondary color of the vehicle, if available.
- License #:  Set to the vehicle's license plate number.
- State:  Set to the vehicle's license plate State.
- Plate Type:  Set to the vehicle's license plate type.
- Non-expiring: If the vehicle's license plate is set to not expire, click the slider to On to indicate that it will not expire.
- Plate Exp. Date:  Set to the expiration date of the vehicle's license plate.
- Location/Storage:  Set to the place or location where the vehicle is stored.
- Notes:  Enter any additional details that will be useful in locating or identifying the vehicle.

Click Save to save changes.  Clicking Cancel will cancel the entry and no changes will be saved.



Does v Whitmer
Case No. 22-cv-10209
IRTP#2

MSP-0000046
Nov 16, 2022



**MSOR User Guide**

How to Add/Update Internet Information:

The offender's internet information may be added through the Additional Details screen. To add internet use information, click Yes to the question "Do you have internet information for the offender?" Otherwise, click No.



To add a new value, click Add New. A modal will open with additional information to enter.

The following fields are available to describe the offender's internet use:

- Type: Set to the username or website being used by the offender (Examples: Facebook, Email, MySpace).
- Screen Name/Handle:  Set to the username or nickname of the offender when using the site or service.
- URL/Email:  Set to the website address being used or email address of the offender.

Click Save to save changes.  Clicking Cancel will cancel the entry and no changes will be saved.



Does v Whitmer
Case No. 22-cv-10209
IRTP#2

MSP-0000047
Nov 16, 2022

 **Coplogic™ Solutions**    **MSOR User Guide**

How to Add/Update a Phone Number:

Phone numbers for the offender may be added through the Additional Details tab. To add a phone number, click Yes to the question "Do you have phone information for the offender?" Otherwise, click No.



To add a new value, click Add New. A modal will open with additional information to enter.

The following fields are available to enter the offender's phone number:

- Type: Set to the type of phone number (Examples: Cell, Home, Work, Other).
- Phone Number:  Set to the offender's phone number.
- Extension:  Set to the phone number's extension if available.
- Description:  Enter any additional notes about the phone number.

Click Save to save changes.  Clicking Cancel will cancel the entry and no changes will be saved.



## Fees Tab

To add a payment for an offender, click the Fees tab to open the Fee Payment History section and select Add Fee.



 **Coplogic™ Solutions**    **MSOR User Guide**

The Add Fee screen will display in front of the offender record:



Select the appropriate status:

- Collected:  Payment received
- Incarceration:  Fee not due - Offender was incarcerated during verification period(s)
- Indigent:  Fee not due - Offender unable to pay the fee.
- Out of State:  Fee not due - Offender was in another state during verification period(s)

Depending on the status selected above, the following information will be defaulted for each payment recorded and cannot be changed by the user.  These entries display with a gray background.

- Fee Type:  If this is the first payment recorded, this field is set to Initial.  For any subsequent entries, the field will be set to Annual.
- Collected By:  Set to the email address of the user recording the payment.
- Collection Agency:  Set to the agency name of the user recording the payment.
- Amount:  Set to $50.00 for payments recorded with a Collected status; set to $0.00 for all other statuses.

Additional fee notes can be entered in the "Notes" field then click OK to save changes.  Clicking Cancel will cancel the entry and no changes will be saved.

As payments are added, the total amount paid, and the remaining balance are calculated and displayed below the Fee Payment History Grid.



MSOR User Guide



Additional details about recorded payments can be viewed by clicking the information button to the right of the row.



**Tip:**  These information buttons will display throughout the system and can be used to view additional details for the associated record.

The View Fee screen will display in front of the offender record:



Does v Whitmer
Case No. 22-cv-10209
IRTP#2

MSP-0000050
Nov 16, 2022



**MSOR User Guide**

## Offenses Tab

The Offenses tab captures the criminal offenses of the offender.



To add an offense, click Yes to the question "Do you have offense information?" Otherwise, click No.



Does v Whitmer
Case No. 22-cv-10209
IRTP#2

MSP-0000051
Nov 16, 2022

 **MSOR User Guide**

To add a new value, click Add New. A modal will open with additional information to enter.



The following fields are available to enter the offender's offenses:

- Charging Authority: Set to the state the offender was charged in.
- Crime Code:  Set to the code and description of the crime committed. Available options for this field will change depending on the Charging Authority selected. You may begin typing in the crime code and the picklist options available will be filtered to contain what you have entered.
- Counts:  Set to the number of count(s) for the offense.
- Attempted:  Check if this is an Attempted offense.
- Juvenile Offense:  Check if this is a Juvenile offense. If the Juvenile Offense box is checked, the offense / offender will not be published to the public website.  If an offender is convicted of additional offenses as an adult, the offender may be published to the public website (only non-juvenile offenses displayed).
- Recapture:  Check if this is a Recapture offense. A Recapture offender has had a listed sex offense that they were not required to register for but has been convicted of any felony (can be a non sex offense) on or after July 1, 2011.  Because of this recent conviction, they now must register for that original sex offense.
- Committed Date: Set to the date the offender committed the offense.
- Arrested Date:  Set to the offender's arrest date for the offense. The Committed Date must be prior to the Arrested Date.
- Convicted Date:  Set to the offender's conviction date for the offense. The Arrested Date must be prior to the Convicted Date.
- Conviction State:  Set to the state of the court the conviction occurred in.
- County:  Set to the county of the court the conviction occurred in.
- Court:  Set to the court the conviction occurred in. The available options for this field will change depending on the county selected.
- Investigating Agency:  Enter the investigating agency for the offense.
- Court Case #: Enter the court case number.
- Agency Case #: Enter the agency case number.

   **Coplogic™ Solutions**      **MSOR User Guide**

- CTN #:  Set to the offender's Criminal Tracking Number (CTN) assigned by the prosecuting attorney.
- Publishable Notes:  Enter any notes to be made available <u>on the public website</u>.

Click Save to save changes.  Clicking Cancel will cancel the entry and no changes will be saved.

To add a victim note to the offense, click the Victim Notes button next to the record. Victim Notes will be displayed below the offenses for the currently selected offense.  A Victim Note may be added by clicking the Add New button once the section is displayed. A modal will open with additional information to enter.



The following fields are available to enter within the offense's victim note:

- Juvenile or Adult: Set to the type of victim (Juvenile or Adult).
- Age:  Set to the age of the victim.
- Gender:  Set to the gender of the victim.
- Published Crime Information:  The label here is incorrect. Enter any notes on the Victim that will be retained and visible within the Internal system only and will not be published.

Click Save to save changes.  Clicking Cancel will cancel the entry and no changes will be saved.



 **Coplogic™ Solutions**          **MSOR User Guide**

# Monitoring (including U.S. Marshal Alerts)

Residence monitoring information can be kept and tracked on the Monitoring Tab. To add a record, click the Add Residence Check button.



The following fields are available to record information related to the residence check:

- Last Registered Address:  This field cannot change and is set to the offender's current primary address.
- Date Checked:  Set to the date the residence check took place.
- Checked By: Set to the individual who performed the residence check. This field is auto populated with the current user's email address but can be changed.
- Status:  Set to the status of the residence check (Attempted, Confirmed Absconder, Confirmed by Other Means, Confirmed Resident, Could Not Confirm, Historical).
- Reason:  Set to the reason for the residence check status (Confirmed W/Household Member, Confirmed W/Neighbor, Located and Arrested, No Enforcement Action Taken, Other, RSO Home, RSO Not at Home, Seeking Warrant).
- Remarks:  Enter any additional details relevant to the residence check.

Click OK to save the changes. Otherwise click Cancel to return to the previous screen with no changes being made.



Does v Whitmer
Case No. 22-cv-10209
IRTP#2

MSP-0000054
Nov 16, 2022

   **Coplogic™ Solutions**      **MSOR User Guide**

## Offender Inboxes

Inboxes provide a work queue for offenders who need to be updated, investigated or reviewed. Offender inboxes can be accessed by clicking Offender under the Inboxes menu in the Dashboard. The primary workspace is updated as shown below.



Choose an inbox from the Select an Inbox drop down menu.



Once the inbox is loaded, a list of offenders will display. The columns may be sorted to the user's preference for viewing and prioritizing the items. In general, the default order of the inboxes is set to ensure the higher priority or older items are completed first. Clicking on an offender in the inbox will open the record.



MSOR User Guide



Some inboxes have an action available to Pend a record. The Pend action is useful when an item is not able to be worked until a future date, such as when supporting documentation will not be available until a future date. When an item is pended, it will move to the bottom of the inbox list until the Pend Date is complete. A Pend Date and a Pend Note are required to perform this action.



Some inboxes have an action available of Task To. This action is used to assign the task in the inbox to a specific user. Task To will display a list of users' email addresses who have been active within the system in the past 90 calendar days. The Task To picklist options can be filtered by beginning to type in the email address of the user. The Task To user must be entered. Additionally, a Due Date or Comments may be added. For inboxes that display a user assignment, the assigned user's email address will display in the inbox grid.

Does v Whitmer
Case No. 22-cv-10209
IRTP#2

MSP-0000056
Nov 16, 2022

   Coplogic™ Solutions      **MSOR User Guide**



### Wizard: In-Progress New Offender

The In-Progress New Offender inbox lists all offenders created but not finished through the initial Add New Offender wizard.  See the Add New Offender section on details for adding a new offender.

When opening an offender in this inbox, the record will be opened in the Add New Offender Wizard. When completed with the wizard, clicking the final Finish button will move the offender to the Awaiting Signatures inbox.

### Awaiting Signatures (New Offender)

The Awaiting Signatures (New Offender) inbox lists all offenders that were recently entered into the system but do not have a signed Registration Form yet. These records require signatures before proceeding to the next review step to be activated and/or published. Offenders are initially ordered by the Entry Date, which is the date the record was created in the system, with the oldest entries first.



The following actions are available after opening an offender in the Awaiting Signatures (New Offender) inbox:

Does v Whitmer
Case No. 22-cv-10209
IRTP#2

MSP-0000057
Nov 16, 2022

 **MSOR User Guide**



- Electronic Signature – This action captures the electronic signature using an attached signature pad and moves the item to the Pending Review inbox. Signatures are then automatically added to the Registration Form.

    - To perform this action, the signature pad must be plugged into the computer and recognized by the system.
    - Both Law Enforcement and the Offender Signature are required. Click the corresponding Sign Now button to activate the signature pad. After signing on the signature pad, click OK on the pad.
    - When finished with both signatures, click OK to save the signature and Cancel to return to the previous screen without saving.



- Manual Signature – This action uploads a manually signed document and moves the item to the Pending Review inbox.

    - Click the Choose File button to locate the file and click Open to upload the file.
    - Select the 'RI-004 REGISTRATION' Document Type and enter a description if desired.
    - Enter the date that the offender and law enforcement officer signed the registration form into the Signed Date field.
    - Click OK to save the document and Cancel to return to the previous screen without saving.

Does v Whitmer
Case No. 22-cv-10209
IRTP#2

MSP-0000058
Nov 16, 2022

 **Coplogic™ Solutions**    **MSOR User Guide**



### Awaiting Signatures (Offense Changes)

The Awaiting Signatures (Offense Changes) inbox lists all offenders that had an offense updated and/or added and therefore require new signatures. These records require signatures before proceeding to the next review step to be activated or published. Offenders are initially ordered by the Entry Date which is the date the record was created in the system with the oldest entries first.

The following actions are available after opening an offender that is in the Awaiting Signatures (Offense Changes) inbox:



- Electronic Signature – This action captures electronic signatures using the signature pad and moves the item to the Pending Review inbox. Signatures are then automatically added to the Verification / Update Form.

    o To perform this action, the signature pad must be plugged into the computer and recognized by the system.
    o Both Law Enforcement <u>and</u> Offender Signatures are required. Click the corresponding Sign Now button to activate the signature pad. After signing on the signature pad, click OK on the pad.

Does v Whitmer
Case No. 22-cv-10209
IRTP#2

MSP-0000059
Nov 16, 2022

 **MSOR User Guide**

- When finished with both signatures, click OK to save the signatures and Cancel to return to the previous screen without saving.


- Manual Signature – This action uploads a manually signed document and moves the item to the Pending Review inbox.

  - Click the Choose File button to locate the file and click Open to upload the file.
  - Select the 'VERIFICATION / UPDATE FORM' Document Type and enter a description if desired.
  - Click OK to save the document and Cancel to return to the previous screen without saving.



## Unfinished Edited Records

This inbox provides a list of all offenders that have been moved to Edit Mode by a user, but the user failed to complete the Finished Editing Action. Offenders will remain in this inbox until the action is performed to move them out of Edit Mode or into a new Inbox.

It's important to check this box often.  Any changes made by a user are not truly saved and updated until the Finished Editing Action is completed, meaning the changes will not push to our public sex offender register.  The user only sees their unfinished records in this inbox.

## Tasked Offender Inbox

The Tasked Offender Inbox lists all offenders across all Inboxes that are currently assigned to the logged-in user. This inbox is the ideal inbox to look at first to see the full scope of items to be worked. The Inbox column on the right shows which inbox the offender is in to help determine where in the offender workflow the record exists.



 **MSOR User Guide**

Click on the row in the Inbox list to open the Offender. The Offender will open in the inbox that the offender is currently in, in a new browser tab.

Tip Inboxes

Tip inboxes provide a work queue for tips that need to be investigated or updated, in the same way that Offender inboxes provide a work queue for offenders.  Tip inboxes can be accessed by clicking Tip under the Inboxes menu in the Dashboard.  The primary workspace is updated as shown below.



Choose a Tip inbox from the Select an Inbox drop down menu.

## New Tips

The New Tips inbox displays any tips with a status of New. Tips can come from multiple sources including the public website or entered manually by a law enforcement contact or the SOR Unit.

The following actions are available after opening a record that is in the New Tips inbox:



- Send to Under Investigation:  Choosing this action will change the Tip status to Under Investigation and send the Tip to the Under Investigation Inbox.  Click the OK button to confirm this action or the Cancel button to not make any changes.

Does v Whitmer
Case No. 22-cv-10209
IRTP#2

MSP-0000061
Nov 16, 2022



**MSOR User Guide**

A Status and text for the initial Investigation Note are required. Click on the Status picklist to select a Status for the Investigative Note:





- Close Tip:  Choosing this action will change the status of the Tip to Closed. A closing investigative note is required for closing a Tip.



**MSOR User Guide**



A 'Result' is required in the closing Investigative Note to close the tip. Click on the Result picklist to select a Result:



Click the **Close button** to close the tip window and return to the offender record.

Does v Whitmer
Case No. 22-cv-10209
IRTP#2

MSP-0000063
Nov 16, 2022



**MSOR User Guide**

## Under Investigation Tips

The Under Investigation Tips inbox displays any tips with a status of Under Investigation. Tips are to remain in this inbox until the investigation is complete and the tip can be closed.

The following actions are available after opening a tip within the Under Investigation Tips inbox:



- Close Tip:  Choosing this action will change the status of the Tip to Closed. A closing investigative note is required for closing a Tip.



Does v Whitmer
Case No. 22-cv-10209
IRTP#2

   **MSOR User Guide**

A 'Result' is required in the closing Investigative Note to close the tip. Click on the Result picklist to select a Result:



- Pend – The tip can be pended while under investigation. This action is useful for when an item is not able to be worked until a future date. When an item is pended, it will move to the bottom of the inbox list until the Pend Date is complete. A Pend Date and Pend Note are required to perform this action.



Does v Whitmer
Case No. 22-cv-10209
IRTP#2

 **MSOR User Guide**

## Tasked Tip Inbox

The Tasked Tip Inbox lists all Tips in any Tip inbox that are currently assigned to the user. This inbox is the ideal inbox to look at first to see the full scope of tips to be worked by the user.



Click on the row in the Inbox list to open the Tip. The Tip will open in the inbox that the Tip is currently in, in a new browser tab.

## Add New Offender

To add a new offender, the user must first click on Add Offender within the Navigation Pane.  The primary workspace will change to a data entry wizard to guide the user in entering the offender's information.



Overview

The New Offender Wizard has multiple steps, but each step will have the features listed below.

 **LexisNexis®** | Coplogic™ Solutions      **MSOR User Guide**

### Autosave on Next

To prevent data loss, the system saves the user's progress every time the user clicks Next. Users may leave and come back to finish entering the new offender. If the user leaves the page without clicking the Next button, all changes made to the <u>current</u> wizard step will not be saved.



### Spotting Required Fields

Required fields are noted by an asterisk (*) next to the field name.

Validation rules are built into the system to ensure the data being entered is accurate. If invalid data is entered, the system will notify the user after clicking Next. Any field that fails to pass the validation rules will show a note immediately beneath the field describing the validation rule failure. Data must be corrected before moving to the next wizard step.



### Save and Close

The Save and Close button becomes available once the first step of the Add Offender Wizard is complete and the initial/general information is saved to the system along with a unique registration number for the new offender. Clicking Save and Close at this point will save any unsaved changes and exit the record to be finished later.

### Edit and Delete

Various steps within the wizard allow entering multiple values such as phone numbers, addresses, and offenses. Entering these multiple values are handled similarly throughout the application.

To add new values, click the Add New button. The blue Edit icon to the right of previously entered values will open the row's value to display all the information for the record and allow updates to be made. Clicking the red trashcan button will delete the value.

Does v Whitmer
Case No. 22-cv-10209
IRTP#2

MSP-0000067
Nov 16, 2022

 **Coplogic™ Solutions**   **MSOR User Guide**



When an existing entry is deleted by using the red delete button, the value will be stricken through, and an Undo link will appear. Additionally, a blue information icon will appear that can be clicked to show the information being deleted.  Users will have the ability to undo the deletion until the record is saved by clicking Next, Previous, or any other action that saves the record. Clicking the Undo link will add the record back into the list.



Tasked Inbox

Offender records can be started, saved, and returned to later to be finished.  To return to an unfinished offender, go to the Tasked Inbox or choose the Wizard: In-Progress New Offender Inbox.  These inboxes will list all unfinished offenders that you have assigned to you.



Does v Whitmer
Case No. 22-cv-10209
IRTP#2

MSP-0000068
Nov 16, 2022

 **MSOR User Guide**

## General

The General step of the Add Offender Wizard captures basic and initial information on the offender. When finished with entering the information on this step, click Next to proceed to the next step.

See page 27 for more details on the fields that can be entered.



## Personal Identifiers

The Personal Identifiers step of the Add Offender Wizard captures additional information to identify the offender. When finished entering information on this step, click Next to proceed to the next step. Alternatively, the Previous button may be clicked to navigate to the previous step.

See page 32 for more details on the fields that can be entered.



Does v Whitmer
Case No. 22-cv-10209
IRTP#2

MSP-0000069
Nov 16, 2022



**MSOR User Guide**

## Addresses

The Addresses step of the Add Offender Wizard captures relevant addresses of the offender. When finished with entering the information on this step, click Next to proceed to the next step. Alternatively, the Previous button may be clicked to navigate to the previous step.

See page 37 for more details on the fields that can be entered.



## Additional Details

The Additional Details step of the Add Offender Wizard captures relevant vehicle, internet, and phone information of the offender. When finished entering the information on this step, click Next to proceed to the next step. Alternatively, the Previous button may be clicked to navigate to the previous step.

See page 49 for more details on the fields that can be entered.



 **Coplogic™ Solutions**   **MSOR User Guide**

## Offenses

The Offenses step of the Add Offender Wizard captures the criminal offenses of the offender. When finished with entering the information on this step, click Next to proceed to the next step. Alternatively, the Previous button may be clicked to navigate to the previous step.

See page 54 for more details on the fields that can be entered.



## Final Review

The Final Review step of the Add Offender Wizard allows the user to review all data previously entered for the offender. When finished reviewing, click Finish to complete the record. Alternatively, the Previous button may be clicked to navigate back through previous steps and update any information.



Clicking the blue Edit or Information buttons next to each item selected will display additional information. To edit the values, click the Previous buttons to navigate to the appropriate page and update the values. Then use the Next buttons to navigate back to the Final Review step.

Does v Whitmer
Case No. 22-cv-10209
IRTP#2

MSP-0000071
Nov 16, 2022



Coplogic™ Solutions    **MSOR User Guide**



Clicking the Finish button will move the record to the Awaiting Signatures inbox and will not be published yet. See page 63 for more information on the Awaiting Signatures inbox.

# SOR Unit Review

After completing the Awaiting Signatures step, the offender is sent to the SOR Unit to review. Additionally, some actions like marking an individual as deceased or certain updates to the offender record will move the offender to the SOR Unit for review.

### Record packing

The SOR Unit will first pack the record to ensure all data entered on the offender is complete and accurate.

### Second party check

After packing the record, additional second party checks will be performed to ensure the data is accurate.

### Activate and/or Publish

Once the SOR Unit has determined that the record is complete, they will update the status of the offender to Active. They may also choose to Publish the offender if it meets the publishable criteria.

When published, the offender's record will be made available on the Public Sex Offender Registry website and a notice will be sent to NCIC with the offender's information.

 **Coplogic™ Solutions**    **MSOR User Guide**

## Advanced Search

Advanced Search can be used to fully customize a search using most fields on the Sex Offender Record. Search results can then be used to locate multiple records or to export the data.

Navigate to the Advanced Search function by clicking Search in the Dashboard.  Click on Advanced Search.  The primary workspace is updated as shown below.



### Result Columns

The result columns can be customized prior to searching using the area above the Conditions under Result Columns. The current list of fields that will display after the search is displayed in order in the Results Columns section.



Result Columns can be customized in the following ways:

- Add New Column: To add a new column, click the plus sign to the left of the list of columns. A dropdown list of all available fields to add will be presented. Simply click the desired field, and it will be added to the list.
- Re-order Columns: The order of the columns can also be changed. Drag and drop the field in the Results Columns section to the desired order.
- Delete Column: To delete an existing column, hover over the column and click the X button.
- Sort Column: change the order of an existing column, hover over the column and click the Up/Down arrows icon.  A list of options will display allowing sort order of the search to appear. Options include Not sorted, Ascending, and Descending.

 **LexisNexis**® | Coplogic™ Solutions          **MSOR User Guide**

Conditions

Clicking the Add New Conditions button will add new search criteria. A list of fields will be provided to select from.



Any blue text in the conditions may be clicked to further customize search criteria.



Does v Whitmer
Case No. 22-cv-10209
IRTP#2

MSP-0000074
Nov 16, 2022



**MSOR User Guide**

Date fields can be clicked to determine the date range preferred. A variety of preset date ranges are available like "this week" or "previous month". To choose a specific date range, select Custom Period. This will allow the entering of a start and end date.





Some fields have picklists with values to select, such as status fields, eye colors, or states. The blue text to qualify the type of comparison done for the query can be clicked to give a variety of options on how to match these values. When choosing [select value] a list of possible values may be selected that correspond to the field entered.



 **MSOR User Guide**

Free-form text fields such as names or street addresses may also be searched. The blue text to qualify the type of comparison done for the query can be clicked to give a variety of options on how to match these values. When choosing [select value] a text box will display to enter the value to search against.



The checkbox to the left of the criteria allows the user to toggle whether the specific condition will be included in the search.  By default, these are always checked. Alternatively, the entire condition can be deleted by clicking the X to the very right of the condition. Clicking the Reset button to the left of the Conditions will remove all conditions.



When finished entering the conditions, click the Search button to execute the search.

Does v Whitmer
Case No. 22-cv-10209
IRTP#2

MSP-0000076
Nov 16, 2022

 **MSOR User Guide**

## Search Options

Options available within search results:

Change the number of entries displayed on the screen (upper left of results):



View the number of records returned for the criteria entered:



Use the Previous and Next buttons to navigate through search results when there is more than one page.  Numbers can also be clicked to go to a specific page of results.



To open the offender once found, click on the record.  The offender will be displayed in a new tab within the browser window.



**MSOR User Guide**

## Save & Load Searches

Searches can be saved for future use to prevent the need to re-enter the criteria for common or complex searches. The controls to save and load searches are located left of the result columns and conditions.



Previously saved criteria can be accessed by clicking the Load Search button. A modal will open that displays a list of all previously saved searches for the user. Select the desired search to be loaded and click the Load Search button to place that search's criteria into the main criteria section.

Within this modal, the Delete button may be clicked to delete the selected saved search, and the Cancel button will close the modal without loading any criteria.



To save new search criteria, click the Save Search As button. A modal will open to prompt the user to enter a name for the search. This name will be used to identify the search later and will be shown in the list when the user clicks Load Search.

Does v Whitmer
Case No. 22-cv-10209
IRTP#2

MSP-0000078
Nov 16, 2022

 **Coplogic™ Solutions**     **MSOR User Guide**

The Save Search button will save over an existing search, retaining the same name, and will not create a new entry in the list of saved searches.

### Export Results

After clicking the Search button, the results will display at the bottom of the screen. The results can be exported to Excel by clicking the Export to Excel button. After exporting, the file will be available to be downloaded from your browser.

NOTE:  Note: At this time, there is a limit of 1,500 results that can be exported to Excel. If the search results total more than 1,500 results, then the system will display an error informing you that the results are too large to be exported. As a workaround, you can choose to decrease your results to below 1,500 so that they can be exported. Functionality that allows for exporting of more than 1,500 results is targeted for future implementation.



## Michigan State Police Sex Offender Registry Unit Contact Information:

517-241-1806

PSORS@Michigan.gov

Does v Whitmer
Case No. 22-cv-10209
IRTP#2

MSP-0000079
Nov 16, 2022