# Exhibit 96:

# MSOR Fields Chart [MSP 86-98]

| Field Name | Select SOR Unit Personnel / Super Admin | SOR Unit and Enforcement Personnel / Admin | All MDOC Users / MDOC | Law Enforcement (State, Local, University) / Read/Write 1 | Tribe/(non MOU) Prosecutor's Offices/ Hospital Police / Read Only | NOTES | Wizard Field | Required? | Questions | Field Type | Automated? |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | • No limitations Will be able to assign/change user levels | • Will have read/write access to all screens w/no limitations on field access. Will not be able to assign/change user levels | Will have read/write access to all screens except w/limitations to field access and read only for : • Verifications Fee | •Will have read/write access to all screens w/limitations on field access. | Will be able to write to Investigative Notes and print documents from the document subtab. Will not see NCIC tab or LEIN Criminal History sub tab. | | | | | | |
| **SEARCH Screen: Defaulted to all Offenders** | | | | | | If a user is looking for reports or statics specific to their jurisdiction, they'll need to search by responsibility. | | | | | |
| **HEADER ITEM** | | | | | | | | | | | |
| **Documents** | | | | | | | | | | | |
| Upload Document | Visible/Active | Visible/Active | Visible/Active | Visible/Active | Visible | | | | | Button | |
| Select Document | Visible/Active | Visible/Active | Visible/Active | Visible/Active | Visible | Allows for actions to be performed on a specific document that is selected. | | | | Button | |
| Document Type | Visible/Active | Visible/Active | Visible/Active | Visible/Active | Visible | Picklist Values: CERTIFIED RECORD; CONVICTION DOC; COURT ORDER; DEATH DOC; FEE DOC; GUARDIANSHIP DOC; JUDGEMENT; MI DUTY TO REGISTER; MISC. DOC; OFFENDER CORRESPONDENCE RECEIVED; OUT OF STATE REG DOC; PROOF OF INDIGENCE; POLICE REPORT; REG FORM; SOR UNIT CORRESPONDENCE; VERIFICATION FORM Would like the ability for Super Admins and Admins to add types. | | | Make this an 'Upload Document' action | Picklist | |
| Preview Document | Visible/Active | Visible/Active | Visible/Active | Visible/Active | Visible | Larger presence on screen. | | | Display in a modal? Need to ask Developers what our options are. | Button | |
| Save Document to Computer | Visible/Active | Visible/Active | Visible/Active | Visible/Active | Visible | | | | | Button | |
| Delete Document | Visible/Active | Visible/Active | Remove | Remove | Remove | We would be okay with making it active for other user's if we could allow any changes necessary but once they save the record, they have to call us if they need to delete a document. Add a delete confirmation modal. | | | | Button | |
| **GENERAL SCREEN** | | | | | | | | | | | |
| **RSO REG SUMMARY** | | | | | | | | | | | |
| Last Name | Visible/Active | Visible/Active | Visible/Active | Visible/Active | Visible | Free Text Area; once name is created with a record, it cannot be deleted. | Yes | Yes | | Text | |
| First Name | Visible/Active | Visible/Active | Visible/Active | Visible/Active | Visible | Free Text Area: once name is created with a record, it cannot be deleted.Name s/be populated upon creation of a record. | Yes | Yes | | Text | |
| Middle Name | Visible/Active | Visible/Active | Visible/Active | Visible/Active | Visible | Free Text Area: once name is created with a record, it cannot be deleted.Name s/be populated upon creation of a record. | Yes | | | Text | |
| Suffix | Visible/Active | Visible/Active | Visible/Active | Visible/Active | Visible | Picklist: SR; JR; I; II; III;IV; V | Yes | | | Text | |
| Date of Birth | Visible/Active | Visible/Active | Visible/Active | Visible/Active | Visible | Gregorian date (YYYYMMDD): year (YYYY), month (MM), and day (DD). | Yes | Yes | | Date | |
| Age | Visible | Visible | Visible | Visible | Visible | Age s/be populated based on DOB entry. We do have an active registrant 100 years of age. | Yes | AUTO - Read Only | | Number | Yes |
| Registration # | Visible | Visible | Visible | Visible | Visible | System should be the only way a REG # is established and through a record creation process. System-generated unique id | | AUTO - Read Only | | Number | Yes |
| Status | Visible/Active: All Statuses | Visible/Active: All Statuses | Visible | Visible | Visible | ACTIVE ABSCONDER HOMELESS PENDING OUT OF STATE INCARCERATED | | AUTO - Modifiable | | Picklist | Yes |
| Risk/Classification | Visible/Active | Visible/Active | Visible | Visible | Visible | Risk/Class s/be populated upon Tiering or by SOR Unit. Picklist values: Tier I, Tier II, Tier III | | AUTO - Modifiable | | Picklist | Yes |

Does v Whitmer
Case No. 22-cv-10209
IRTP#2

Page 1 of 15

MSP-0000086
November 30, 2022

| Field Name | Select SOR Unit Personnel / Super Admin | SOR Unit and Enforcement Personnel / Admin | All MDOC Users / MDOC | Law Enforcement (State, Local, University) / Read/Write 1 | Tribe/(non MOU) Prosecutor's Offices/ Hospital Police / Read Only | NOTES | Wizard Field | Required? | Questions | Field Type | Automated? | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Registration Length | Visible/Active | Visible | Visible | Visible | Visible | System populated, based on Tier/Risk Classification. System-calculated Picklist values: 15 years, 25 years, Lifetime | | AUTO - Modifiable | | Picklist | Yes | | | |
| Reg. Start Date | Visible/Active | Visible | Visible | Visible | Visible | Should be populated in the record **based on offense date of conviction**. All date fields are expressed as a Gregorian date (YYYYMMDD): year (YYYY), month (MM), and day (DD). | | AUTO - Modifiable | | Date | Yes | | | |
| Reg. End Date | Visible/Active | Visible | Visible | Visible | Visible | Should be populated by system. **Based on Tier and Incarceration Time**. Gregorian date (YYYYMMDD): year (YYYY), month (MM), and day (DD). | | AUTO - Modifiable | | Date | Yes | | | |
| Reg. Form Date | Visible/Active | Visible | Remove | Remove | Remove | Date that the offender is Registered Comes from **the date the Initial Registration form is signed**. Gregorian date (YYYYMMDD): year (YYYY), month (MM), and day (DD). | Yes | | | Date | | | | |
| Last Verified OK Date | Visible/Active | Visible | Visible | Visible | visible | Gregorian date (YYYYMMDD): year (YYYY), month (MM), and day (DD). | | AUTO - Modifiable | | Date | Yes | | | |
| Next Verification Due Date | Visible/Active | Visible | Visible | Visible | visible | Gregorian date (YYYYMMDD): year (YYYY), month (MM), and day (DD). | | AUTO - Modifiable | | Date | Yes | | | |
| Compliance | Visible/Active | Visible | Visible | Visible | visible | Picklist Values: COMPLIANT; NOT COMPLIANT System should populate. If no noncompliant is selected the offender is compliant. | | AUTO - Modifiable | | Picklist | Yes | | | |
| Non-Compliant Reason | Visible/Active | Visible/Active | Visible/Active | Visible/Active | visible | Picklist Values: • Failed to register • Address violation • Employment violation • Campus violation • Fee violation • Form violation • ID violation • Email/internet violation • Vehicle violation • Failed to verify • School safety zone violation • Palm Print • Telephone • Immigrant Documents • Professional License • False Information | | | ID and Palm Print Violations will be set automatically, but can be cleared | Picklist | Yes | | | |
| SSN | Visible/Active | Visible/Active | Visible/Active | Visible/Active | Visible | xxx-xx-xxxx. One box for entry and not to be carried over to our forms. | Yes | | | Number ###-##-#### | | | | |
| State ID # | Visible/Active | Visible/Active | Visible/Active | Visible/Active | Visible | No spaces or special characters. | Yes | | | Number | | | | |
| FBI UCN | Visible/Active | Visible/Active | Visible/Active | Visible/Active | Visible | Free Text Area | Yes | | | Alphanumeric | | | | |
| MDOC # | Visible/Active | Visible/Active | Visible/Active | Visible/actve | Visible | Should be no more than 7 digits. (confirmed with MDOC)  Aka prison number (PRN code) for LEIN. Will not be required field until a time it can be for MDOC users only. | Yes | | | Number | | | | |
| NIC # | Visible | Visible | Visible | Visible | Visible | Assigned automatically by NCIC to each accepted record. | | AUTO - Read Only | | Number | Yes | | | |
| City/Twp/Village | Visible/Active | Visible/Active | Visible | Visible | visible | Responsibility s/be populated upon GIS mapping of offender Address. Is a list of Michigan cities, township, and villages. List provided. Helps with grouping offenders to assign to correct jurisdictions. | | AUTO - Modifiable | | | Yes | | | |
| County | Visible/Active | Visible/Active | Visible | Visible | visible | County based on RSOs home address, or work/school when wk/sch only. | | AUTO - Modifiable | | | | | | |
| MSP District | Visible/Active | Visible/Active | Visible | Visible | visible | Zone s/be populated upon GIS mapping of offender Address. Helps with grouping offenders to assign to correct jurisdictions. Broken down by MSP Posts (PD, township, village). | | AUTO - Modifiable | | | Yes | | | |
| Publish On Website | Visible/Active | Visible/Active | Visible | Visible | visible | Checkbox: Restricted to Admin and Super Admin only. This allows us to override the system. i.e. for offenses that are publishable but are court order to not be, we need a way to override the publishing from Tier. DROPDOWN IN THE ACTION | | | | Checkbox (Yes/No) | | | | |
| Officer Alert | Visible/Active | Visible/Active | Visible/Active | Visible/Active | visible | Make the box and font larger, box should increase in size to fit the amount of text in it; ability to separate entries by lines; alerts are designated by user selection from Invest notes and offender notes. (and name/date stamp) and is removed upon unchecking of note. | | | | Text Area | | | | |
| Print Officer Alert | Visible/Active | Visible/Active | Remove | Visible/Active | Remove | Would print out everything in Office Alert box when pressed. | | | | Button | | | | |
| **Verification** | | | | | | Only the applicable cycle should be available for completion. Cycle based on risk/classification. | | | CUSTOM ACTION, plus a way to view Verification History | | | | | |
| Ver. Cycle | Visible/Active | Visible/Active | Remove | Visible | Remove | system should automatically populate with registrant's correct cycle. Based upon the SO's Tier/Risk Class (schedule/cycle): Annual, Semi-Annual, Quarterly | | AUTO - Modifiable | | Text | Yes | | | |
| Ver. Month(s) | Visible/Active | Visible/Active | Remove | Visible | Remove | Verification Month(s): January, April, July, and October i.e. if the RSO's birth month was January | | | | | | | | |
| Next Verification | Visible/Active | Visible/Active | Remove | Visible | Remove | should be system populated; **based on birth date and Tier Level** | | AUTO - Modifiable | | Date | Yes | | | |
| Verified on Date | Visible/Active | Visible/Active | Remove | Visible | Remove | System populated Gregorian date (YYYYMMDD): year (YYYY), month (MM), and day (DD). | | AUTO - Modifiable | | Date | Yes | | | |
| Verified Address | Visible/Active | Visible/Active | Remove | Visible/Active | Remove | Should be system populated with the offenders current address. | | AUTO - Modifiable | | Text Area | Yes | | | |

Does v Whitmer
Case No. 22-cv-10209
IRTP#2

Page 2 of 15

MSP-0000087
November 30, 2022

| Field Name | Select SOR Unit Personnel | SOR Unit and Enforcement Personnel | All MDOC Users | Law Enforcement (State, Local, University) | Tribe/(non MOU) Prosecutor's Offices/ Hospital Police | NOTES | Wizard Field | Required? | Questions | Field Type | Automated? |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Super Admin | Admin | MDOC | Read/Write 1 | Read Only | | | | | | |
| Verification Method | Visible/Active | Visible/Active | Remove | Visible/Active | Remove | Picklist Values: IN PERSON; BY GUARDIAN; LAW ENFORCEMENT CONTACT | | Yes | | Picklist | |
| Verified By | Visible/Active | Visible/Active | Remove | Visible/Active | Remove | Should be system populated with the user's email. | | AUTO - Modifiable | | User Name / ID | Yes |
| Agency Name | Visible/Active | Visible/Active | Remove | Visible/Active | Remove | Would be the agency associated w/the users ORI. | | | | | |
| Notes | Visible/Active | Visible/Active | Remove | Visible/Active | Remove | Free Text Area | | | | Text Area | |
| **PERSONAL IDENTIFIERS** | | | | | | | | | | | |
| **PHYSICAL** | | | | | | | | | | | |
| Race | Visible/Active | Visible/Active | Visible/Active | Visible/Active | Visible | Dropdown: A-Asian; B-Black; I- American Indian; U-Unknown; W-White. [Hispancies should be entered with the race code most closely representing the individual.] | Yes | Yes | | Picklist | |
| Sex | Visible/Active | Visible/Active | Visible/Active | Visible/Active | Visible | Dropdown: M-MALE; F- FEMALE; U-UNKNOWN | Yes | Yes | | Picklist | |
| Height - Feet | Visible/Active | Visible/Active | Visible/Active | Visible/Active | Visible | Only allow one numeric character. | Yes | Yes | | Number | |
| Height - Inches | | | | | Visible | Only allow two numeric characters. | Yes | Yes | | Number | |
| Weight | Visible/Active | Visible/Active | Visible/Active | Visible/Active | Visible | | Yes | Yes | | Number | |
| Hair | Visible/Active | Visible/Active | Visible/Active | Visible/Active | Visible | Dropdown: ORG- ORANGE; BLK-BLACK; BLN-BLONDE OR STRAWBERRY; BLU- BLUE; BR0-BROWN GRN-GREEN GRY-GRAY OR PARTIALLY GRAY PLE-PURPLE PNK-PINK RED-RED OR AUBURN SDY-SANDY | Yes | Yes | | Picklist | |
| Eyes | Visible/Active | Visible/Active | Visible/Active | Visible/Active | Visible | Dropdown: BLK- BLACK; BLU-BLUE; BRO-BROWN; GRN-GREEN GRY-GRAY HAZ-HAZEL MAR-MAROON MUL-MULTICOLORED PNK-PINK | Yes | Yes | | Picklist | |
| Glasses | Visible/Active | Visible/Active | Visible/Active | Visible/Active | Visible | Dropdown: Yes/No | Yes | | | Yes/No | |
| Citizenship | Visible/Active | Visible/Active | Visible/Active | Visible/Active | Visible | Picklist Values: All Countries The state (Mexican, U.S.), territorial possession, province (Canadian, or country should be indicated. | Yes | | | Picklist | |
| Fingerprint On File | Visible/Active | Visible/Active | Visible/Active | Visible/Active | Visible | Dropdown: Yes/No Default to No unless CHR says Yes | Yes | | | Yes/No | |
| Palm Prints On File | Visible/Active | Visible/Active | Visible/Active | Visible/Active | Visible | Dropdown: Yes/No Default to No unless CHR says Yes | Yes | | | Yes/No | |
| DNA on File | Visible/Active | Visible/Active | Visible/Active | Visible/Active | Visible | Dropdown: Yes/No Default to No unless CHR says Yes | Yes | | | Yes/No | |
| **NEW:** Prints Taken | Visible/Active | Visible/Active | Visible/Active | Visible/Active | Remove | Behind the scenes the system should capture the user that edited the field and date stamp; so as to have a contact if the system shouldn't update for whatever reason. | | | | Date | |
| Place of Birth City | Visible/Active | Visible/Active | Visible/Active | Visible/Active | Visible | The state (Mexican, U.S.), territorial possession, province (Canadian, or country should be indicated.) | Yes | | | Text Area | |
| POB State | Visible/Active | Visible/Active | Visible/Active | Visible/Active | Visible | Picklist Values: 50 US States | Yes | | | Picklist | |
| POB Country | Visible/Active | Visible/Active | Visible/Active | Visible/Active | Visible | Picklist Values: All Countries | Yes | | | Picklist | |
| **NEW:** Notes | Visible/Active | Visible/Active | Visible/Active | Visible/Active | Visible | Any other physical or medical notes about the offender | Yes | | | Text Area | |
| **Photo** | | | | | | | | | | | |
| Upload New Photo | Visible/Active | Visible/Active | Visible/Active | Visible/Active | Visible | | | | | Button | |
| Browse | Visible/Active | Visible/Active | Visible/Active | Visible/Active | Visible | Currently called "Choose Files" in the wizard Click the button to upload a photo. | Yes | | | Button | |
| Set Photo as Current | Visible/Active | Visible/Active | Visible/Active | Visible/Active | Visible | When more than one photo exists, this allows a user to select which is the current photo. | | | | Checkbox (Yes/No) | |
| Photo Date | Visible/Active | Visible/Active | Visible/Active | Visible/Active | Visible | Gregorian date (YYYYMMDD): year (YYYY), month (MM), and day (DD). | Yes | | | Date | |
| Photo Source | Visible/Active | Visible/Active | Visible/Active | Visible/Active | Visible | Identifies where the picture came from (e.g. SNAP, MDOC, SOS, etc.) | Yes | | | Text | |
| Zoom | Visible/Active | Visible/Active | Visible/Active | Visible/Active | Visible | Method to enlarge the photo so that it can be more easily viewed. Depending upon how much space is free in the UI, we may not need a separate modal to 'zoom' in. | | | | Button | |
| Delete Image | Visible/Active | Visible/Active | Visible/Active | Visible/Active | Visible | Add a confirmation modal before Delete | | | | Button | |
| Save Image to Computer | Visible/Active | Visible/Active | Visible/Active | Visible/Active | Visible | Download to computer | | | | Button | |
| **SCARS/MARKS/TATTOOS** | | | | | | | | | | | |
| Reported Date | Visible/Active | Visible/Active | Visible/Active | Visible/Active | visible | Gregorian date (YYYYMMDD): year (YYYY), month (MM), and day (DD). | YES | AUTO - Modifiable | | Date | Yes |

Does v Whitmer
Case No. 22-cv-10209
IRTP#2

Page 3 of 15

MSP-0000088
November 30, 2022

| Field Name | Select SOR Unit Personnel / Super Admin | SOR Unit and Enforcement Personnel / Admin | All MDOC Users / MDOC | Law Enforcement (State, Local, University) / Read/Write 1 | Tribe/(non MOU) Prosecutor's Offices/ Hospital Police / Read Only | NOTES | Wizard Field | Required? | Questions | Field Type | Automated? |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Type / Category | Visible/Active | Visible/Active | Visible/Active | Visible/Active | visible | Picklist: ARTIFICIAL BODY PART; DEAF DISCOLORATION; OTHER CHARACTERISTICS; MISSING BODY PARTS; PIERCING; SCAR; TATTOO; ULTRAVIOLET TATTOO; MOLE<br><br>This should also include characteristics as well. | Yes | Yes | NCIC needs both Cat and Location to definitively choose a code | Picklist; OTHER option (type in) | |
| Location | Visible/Active | Visible/Active | Visible/Active | Visible/Active | visible | Massive Picklist<br><br>Dependent upon Type/Category selected above | Yes | Yes | NCIC needs both Cat and Location to definitively choose a code | Picklist | |
| Description | Visible/Active | Visible/Active | Visible/Active | Visible/Active | visible | Moved from physical tab.<br>Additional information like "3 piercings on the right ear". | Yes | | | Text Area | |
| **Aliases** | | | | | | | | | | | |
| Last Name | Visible/Active | Visible/Active | Visible/Active | Visible/Active | Visible | ORDER FOR NCIC: Mandatory surname, mandatory comma, space (optional), mandatory first name or initial, space (include only if middle name or initial will follow), middle name(s) or initial(s) if any, mandatory space after each middle name or initial except last one, and suffix denoting seniority (Jr., II, etc.) if any. | | Yes | | Text | |
| First Name | Visible/Active | Visible/Active | Visible/Active | Visible/Active | Visible | | | Yes | | Text | |
| Middle Name | Visible/Active | Visible/Active | Visible/Active | Visible/Active | Visible | | | | | Text | |
| Suffix | Visible/Active | Visible/Active | Visible/Active | Visible/Active | Visible | Picklist: SR; JR; I; II; III;IV; V | | | | Text | |
| Alias Type | Visible/Active | Visible/Active | Visible/Active | Visible/Active | Visible | Picklist Values: CONVICTION, ETHNIC, MAIDEN, NICKNAME, TRIBAL, OTHER | | | | Picklist | |
| Date of Birth | Visible/Active | Visible/Active | Visible/Active | Visible/Active | visible | Gregorian date (YYYYMMDD): year (YYYY), month (MM), and day (DD). | | | | Date | |
| Driver's License Type | Visible/Active | Visible/Active | Visible/Active | Visible/Active | visible | DRIVER'S LICENSE; PERSONAL ID CARD; OTHER STATE LIC/ID. | | | | | |
| Driver's License # (OLN) | Visible/Active | Visible/Active | Visible/Active | Visible/Active | visible | (IS A SET: OLN, OLS, AND OLY) | | | OLN + OLS + OLY are a set for NCIC | | |
| Driver's License State (OLS) | Visible/Active | Visible/Active | Visible/Active | Visible/Active | visible | ALL STATES | | | OLN + OLS + OLY are a set for NCIC | | |
| Driver's License Expiration Date (OLY) | Visible/Active | Visible/Active | Visible/Active | Visible/Active | visible | Gregorian date (YYYYMMDD): year (YYYY), month (MM), and day (DD). | | | OLN + OLS + OLY are a set for NCIC | | |
| SSN | Visible/Active | Visible/Active | Visible/Active | Visible/Active | visible | XXX-XX-XXXX | | | | Number<br>###-##-#### | |
| FBI UCN | Visible/Active | Visible/Active | Visible/Active | Visible/Active | Visible | Free text area | | | | Alphanumeric | |
| Notes | Visible/Active | Visible/Active | Visible/Active | Visible/Active | Visible | Free text area | | | | Text | |
| **IDENTIFICATION** | | | | | | | | | | | |
| Driver's License Type | Visible/Active | Visible/Active | Visible/Active | Visible/Active | visible | Picklist Values: DRIVER'S LICENSE; PERSONAL ID CARD; OTHER STATE LIC/ID.<br>Offender can only have 1 driver's license here | Yes | | | Picklist | |
| Driver's License # (OLN) | Visible/Active | Visible/Active | Visible/Active | Visible/Active | visible | (IS A SET: OLN, OLS, AND OLY) | Yes | | OLN + OLS + OLY are a set for NCIC | Number | |
| Driver's License State (OLS) | Visible/Active | Visible/Active | Visible/Active | Visible/Active | visible | Picklist of all 50 States, spell states out. | Yes | | OLN + OLS + OLY are a set for NCIC | Picklist | |
| Driver's License Issue Date | | | | | | Gregorian date (YYYYMMDD): year (YYYY), month (MM), and day (DD). | | | | | |
| Driver's License Expiration Date (OLY) | Visible/Active | Visible/Active | Visible/Active | Visible/Active | visible | Gregorian date (YYYYMMDD): year (YYYY), month (MM), and day (DD). | Yes | | OLN + OLS + OLY are a set for NCIC | Date | |
| **NEW**: Cancel | Visible/Active | Visible/Active | Remove | Remove | Remove | Check box | | | | | |
| **NEW**: Deceased | Visible/Active | Visible/Active | Remove | Remove | Remove | Check box; once record is marked deceased only super admins and admins can edit. | | | | | |
| **NEW**: Canceled Reason | Visible/Active | Visible/Active | Remove | Remove | Remove | Canceled Picklist: COURT ORDERED; DURATION HAS ENDED; REGISTERED IN ERROR; DUPLICATE RECORD; OTHER.<br>Deceased Picklist: DEATH CERTIFICATE; POLICE REPORT; MDOC; SOS; INTELLIGENCE REPORT; OTHER.  If "OTHER" is selected in either instance, would like the ability for free text. | | | | | |
| **NEW**: Cancel Date | Visible/Active | Visible/Active | Remove | Remove | Remove | Gregorian date (YYYYMMDD): year (YYYY), month (MM), and day (DD). | | | | | |
| **NEW**: Canceled User | Visible/Active | Visible/Active | Remove | Remove | Remove | Auto stamped | | | | | |
| **ADDITIONAL IDENTIFICATION** | | | | | | | | | | | |
| MNU Type (Additional Identification Grid) | Visible/Active | Visible/Active | Visible/Active | Visible/Active | Visible | Picklist: ALIEN REGISTRATION NUMBER (AR); OTHER STATES IDENTIFICATION NUMBER (OA); PASSPORT (PP). | | | | Alphanumeric | |

Does v Whitmer
Case No. 22-cv-10209
IRTP#2

Page 4 of 15

MSP-0000089
November 30, 2022

| Field Name | Select SOR Unit Personnel / Super Admin | SOR Unit and Enforcement Personnel / Admin | All MDOC Users / MDOC | Law Enforcement (State, Local, University) / Read/Write 1 | Tribe/(non MOU) Prosecutor's Offices/ Hospital Police / Read Only | NOTES | Wizard Field | Required? | Questions | Field Type | Automated? |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Issue Date (Additional Identification Grid) | Visible/Active | Visible/Active | Visible/Active | Visible/Active | Visible | | | | | Date | |
| Number (Additional Identification Grid) | Visible/Active | Visible/Active | Visible/Active | Visible/Active | Visible | | | | | Alphanumeric | |
| Issuing Authority (Additional Identification Grid) | Visible/Active | Visible/Active | Visible/Active | Visible/Active | Visible | | | | | Text | |
| Notes (Additional Identification Grid) | Visible/Active | Visible/Active | Visible/Active | Visible/Active | Visible | | | | | Text Area | |
| Date of Other State Reg Entry | Visible/Active | Visible/Active | Visible | Visible | Visible | System Stamped. | | | | | |
| Other Reg State | Visible/Active | Visible/Active | Visible | Visible/Active | Visible | Picklist Values: All 50 US States. Must have the ability to enter multiple registration history entries. Additionally, if this is selected the system must require State of Other Reg and Other State Reg Length. | | | | Picklist | |
| Other State Reg # | Visible/Active | Visible/Active | Visible | Visible/Active | Visible | Free Text Area | | | | Text Area | |
| Other State Reg. Length | Visible/Active | Visible/Active | Visible/Active | Visible/Active | Visible | Free Text Area; should be other state's required years of registration for individual | | | | Text Area | |
| Registration Notes | Visible/Active | Visible/Active | Visible | Visible/Active | Visible | Free Text Area; Would be notes regarding individual's risk/classification, or perhaps if they'll be coming off soon, any court orders changes to the other state's registration requirements, etc. | | | | Text Area | |
| **ADDRESSES** | | | | | | | | | | | |
| **Addresses** | | | | | | | | | | | |
| Type | Visible/Active | Visible/Active | Visible/Active | Visible/Active | Visible | Dropdown: HOME; SECONDARY; TEMPORARY/VISITING; MAILING; INCARCERATED; REHAB/HEALTHCARE FACILITY; HOMELESS; DEPORTED; ABSCONDER; EMPLOYMENT; SCHOOL  Only applicable address fields should present based on type selected. | Yes. Yes and required. For wizard puposes all types would be included accept: Incarcerated (captured else where), deported, or absconder. | Yes | | Picklist | |
| Start Date | Visible/Active | Visible/Active | Visible/Active | Visible/Active | Visible | Gregorian date (YYYYMMDD): year (YYYY), month (MM), and day (DD). | So while this isn't collected in Wizard the system should date stamp with date of new reg. entry. | AUTO - Modifiable | | Date | Yes |
| End Date | Visible/Active | Visible/Active | Visible/Active | Visible/Active | Visible | Gregorian date (YYYYMMDD): year (YYYY), month (MM), and day (DD). Prepopulated upon entry of a new Home address entry. | | AUTO - Modifiable | | Date | Yes |
| Reported Date | Visible/Active | Visible/Active | Visible/Active | Visible/Active | Visible | Gregorian date (YYYYMMDD): year (YYYY), month (MM), and day (DD). System date stamped | So while this isn't collected in Wizard the system should date stamp with date of new reg. entry. | AUTO - Modifiable | | Date | Yes |
| Street Number | Visible/Active | Visible/Active | Visible/Active | Visible/Active | Visible | Once an address is saved it can not be modified other than by a Super ADMIN or ADMIN. | Yes | Yes | | Alphanumeric | |
| Address Line 1 | Visible/Active | Visible/Active | Visible/Active | Visible/Active | Visible | Free Text Area.  Would like the system to Validate address. Should this be automatic, or at the push of a button, upon saving, etc.  When will this happen? | Yes | Yes | | Alphanumeric | |
| Address Line 2 | Visible/Active | Visible/Active | Visible/Active | Visible/Active | Visible | APT/Unit/Complex | Yes | | | Alphanumeric | |
| City | Visible/Active | Visible/Active | Visible/Active | Visible/Active | Visible | Free Text Area. The address checker will help populate when unknown. | Yes | Yes | | Text | |
| State | Visible/Active | Visible/Active | Visible/Active | Visible/Active | Visible | 50 US States | Yes | Yes | | Picklist | |
| Zip Code | Visible/Active | Visible/Active | Visible/Active | Visible/Active | Visible | 5 digit zip code.  The address checker will help populate when unknown. | Yes | AUTO - Modifiable | | Number | Yes |
| County | Visible/Active | Visible/Active | Visible/Active | Visible/Active | Visible | Free text area. The address checker will help populate when unknown. | Yes | AUTO - Modifiable | | Text | Yes |
| Country | Visible/Active | Visible/Active | Visible/Active | Visible/Active | Visible | Picklist Values: All Countries | Yes | | | Picklist | |
| School District | Visible/Active | Visible/Active | Visible/Active | Visible/Active | Visible | In current system this is populated for us, would like it to be. | | | | Text | |
| Tribal Lands | Visible/Active | Visible/Active | Visible/Active | Visible/Active | Visible | Check box | Yes | | | Checkbox (Yes/No) | |
| Tribe | Visible/Active | Visible/Active | Visible/Active | Visible/Active | Visible | Free Text Area | Yes | | | Text | |
| Proximity Exemption | Visible/Active | Visible/Active | Visible | Visible/Active | Visible | Relates to school zones. | | | | Checkbox (Yes/No) | |

Does v Whitmer
Case No. 22-cv-10209
IRTP#2

Page 5 of 15

MSP-0000090
November 30, 2022

| Field Name | Super Admin<br>Select SOR Unit Personnel | Admin<br>SOR Unit and Enforcement Personnel | MDOC<br>All MDOC Users | Read/Write 1<br>Law Enforcement (State, Local, University) | Read Only<br>Tribe/(non MOU) Prosecutor's Offices/ Hospital Police | NOTES | Wizard Field | Required? | Questions | Field Type | Automated? | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Notes | Visible/Active | Visible/Active | Visible/Active | Visible/Active | Visible | Free Text Area | | | | Text Area | | | |
| **INCARCERATIONS** | | | | | | | | | | | | | |
| Institution Type | Visible/Active | Visible/Active | Visible/Active | Visible/Active | Visible | Dropdown: MI STATE PRISON; MI CITY JAIL; MI COUNTY JAIL; FEDERAL PRISON; JUVENILE FACILITY; OUT OF STATE PRISON/JAIL; MILITARY PRISON | Yes | Yes | | Picklist | | | |
| Incarceration Start Date | Visible/Active | Visible/Active | Visible/Active | Visible/Active | Visible | Gregorian date (YYYYMMDD): year (YYYY), month (MM), and day (DD). | Yes | Yes | | Date | | | |
| Incarceration End Date | Visible/Active | Visible/Active | Visible/Active | Visible/Active | Visible | Gregorian date (YYYYMMDD): year (YYYY), month (MM), and day (DD). | Yes | | | Date | | | |
| Institution Name | Visible/Active | Visible/Active | Visible/Active | Visible/Active | Visible | Free text, but works in conjunction with a facility search feature, we have a list to provide.  If facility is selected, it populates corresponding facility details.<br>Long list, so it should be a "search" / "type ahead" type picklist | Yes | Yes | | Picklist | | | |
| Street Number | Visible/Active | Visible/Active | Visible/Active | Visible/Active | Visible | Free text, but works in conjunction with a facility search feature, we have a list to provide.  If facility is selected, it populates corresponding facility address. | Yes | Yes | | | | | |
| Address Line 1 | Visible/Active | Visible/Active | Visible/Active | Visible/Active | Visible | Free Text Area.  Would like the system to .Validate address.  Should this be automatic, or at the push of a button, upon saving, etc.  When will this happen? | Yes | Yes | | Alphanumeric | | | |
| City | Visible/Active | Visible/Active | Visible/Active | Visible/Active | Visible | Free Text Area.  The address checker will help populate when unknown. | Yes | Yes | | Text | | | |
| State | Visible/Active | Visible/Active | Visible/Active | Visible/Active | Visible | 50 US States | Yes | Yes | | Picklist | | | |
| Zip | Visible/Active | Visible/Active | Visible/Active | Visible/Active | Visible | Free Text Area.  The address checker will help populate when unknown. | Yes | AUTO - Modifiable | | Number | Yes | | |
| County | Visible/Active | Visible/Active | Visible/Active | Visible/Active | Visible | Free Text Area. The address checker will help populate when unknown. | Yes | AUTO - Modifiable | | | Yes | | |
| Country | Visible/Active | Visible/Active | Visible/Active | Visible/Active | Visible | Countries - autopopulate | Yes | AUTO - Modifiable | | | Yes | | |
| Offense Associated with Incarceration | Visible/Active | Visible/Active | Visible/Active | Visible/Active | Visible | Free Text Area; Should be the Offense code that resulted in conviction and incarceration. | Yes | | | Text | | | |
| Booking # | Visible/Active | Visible/Active | Visible/Active | Visible/Active | Visible | Free Text Area | Yes | | | Alphanumeric | | | |
| **ADDRESSES WORK SCHOOL** | | | | | | | | | | | | | |
| Type | Visible/Active | Visible/Active | Visible/Active | Visible/Active | visible | Picklist: WORK, SCHOOL | Yes. We would like this to present as W/S Type. | Yes | | Picklist | | | |
| Start Date | Visible/Active | Visible/Active | Visible/Active | Visible/Active | visible | Gregorian date (YYYYMMDD): year (YYYY), month (MM), and day (DD). | So while this isn't collected in Wizard the system should date stamp with date of new reg. entry. | AUTO - Modifiable | | Date | Yes | | |
| End Date | Visible/Active | Visible/Active | Visible/Active | Visible/Active | visible | Gregorian date (YYYYMMDD): year (YYYY), month (MM), and day (DD).  Upon completion of a new Wk/Sch entry, when a opened ended Wk/Sch type already exists, the system is to ask the user if they want to end a previously open-ended work/school entry. | | | | Date | | | |
| Reported Date | Visible/Active | Visible/Active | Visible/Active | Visible/Active | visible | Gregorian date (YYYYMMDD): year (YYYY), month (MM), and day (DD). System date stamped | So while this isn't collected in Wizard the system should date stamp with date of new reg. entry. | AUTO - Modifiable | | Date | Yes | | |
| Name | Visible/Active | Visible/Active | Visible/Active | Visible/Active | visible | | Yes | Yes | | Text | | | |
| Street Number | Visible/Active | Visible/Active | Visible/Active | Visible/Active | visible | Once an address is saved it can not be modified other than by a Super ADMIN or ADMIN. | Yes | Yes | | | | | |
| Address Line 1 | Visible/Active | Visible/Active | Visible/Active | Visible/Active | visible | Validate address | Yes | Yes | | Alphanumeric | | | |
| City | Visible/Active | Visible/Active | Visible/Active | Visible/Active | visible | Free Text. The address checker will help populate when unknown. | Yes | | | Text | | | |
| State | Visible/Active | Visible/Active | Visible/Active | Visible/Active | visible | Picklist Values: 50 US States | Yes | | | Picklist | | | |
| Zip | Visible/Active | Visible/Active | Visible/Active | Visible/Active | visible | 5-digit ZIP Free text. The address checker will help populate when unknown. | Yes | AUTO - Modifiable | | Number | Yes | | |
| County | Visible/Active | Visible/Active | Visible/Active | Visible/Active | visible | Free Text. The address checker will help populate when unknown. | Yes | AUTO - Modifiable | | Text | Yes | | |
| Country | Visible/Active | Visible/Active | Visible/Active | Visible/Active | visible | Picklist Values: all Countries | Yes | | | Picklist | | | |
| Proximity Exemption | Visible/Active | Visible/Active | Visible | Visible/Active | visible | Related to school zones. | | | | Checkbox (Yes/No) | | | |
| Phone | Visible/Active | Visible/Active | Visible/Active | Visible/Active | visible | XXX-XXX-XXXX | Yes | | | Number | | | |

Does v Whitmer
Case No. 22-cv-10209
IRTP#2

Page 6 of 15

MSP-0000091
November 30, 2022

| Field Name | Select SOR Unit Personnel / Super Admin | SOR Unit and Enforcement Personnel / Admin | All MDOC Users / MDOC | Law Enforcement (State, Local, University) / Read/Write 1 | Tribe/(non MOU) Prosecutor's Offices/ Hospital Police / Read Only | NOTES | Wizard Field | Required? | Questions | Field Type | Automated? |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Phone Extension | Visible/Active | Visible/Active | Visible/Active | Visible/Active | visible | FREE TEXT AREA; Possibly no more than 4 characters? | Yes | | | Number | |
| Notes | Visible/Active | Visible/Active | Visible/Active | Visible/Active | visible | FREE TEXT AREA | | | | Text Area | |
| **IDENTIFICATION Professional Licenses** | | | | | | to be combined with the collection of work address. | | | | | |
| Reported Date | Visible/Active | Visible/Active | Visible/Active | Visible/Active | Visible | Gregorian date (YYYYMMDD): year (YYYY), month (MM), and day (DD). System date stamped | | | | Date | |
| End Date | Visible/Active | Visible/Active | Visible/Active | Visible/Active | Visible | Gregorian date (YYYYMMDD): year (YYYY), month (MM), and day (DD). | | | | | |
| Lic. Issue Date | Visible/Active | Visible/Active | Visible/Active | Visible/Active | Visible | Gregorian date (YYYYMMDD): year (YYYY), month (MM), and day (DD). | | | | Date | |
| License Number | Visible/Active | Visible/Active | Visible/Active | Visible/Active | Visible | Free Text Area | | | | Alphanumeric | |
| Lic. Expiration Date | Visible/Active | Visible/Active | Visible/Active | Visible/Active | Visible | Gregorian date (YYYYMMDD): year (YYYY), month (MM), and day (DD). | | | | Date | |
| License Notes | Visible/Active | Visible/Active | Visible/Active | Visible/Active | Visible | Free Text Area | | | | Text Area | |
| **ADDITIONAL DETAILS** | | | | | | | | | | | |
| **PHONES** | | | | | | | | | | | |
| PH Type | Visible/Active | Visible/Active | Visible/Active | Visible/Active | visible | Picklist Values: H-HOME; C-Cell; W-WORK; Y-OTHER if Other is selected, then prompt user to type in what the other pertains too in phone description. | Yes, should be a dropdown and would like to call this PH Type. | Yes | Where would the OTHER option be saved that they typed in? We'd like to see the ability to required the PH Type field be populated if "other" is selected. | Picklist; OTHER option (type in) | |
| Phone Start Date | Visible/Active | Visible/Active | Visible/Active | Visible/Active | visible | Gregorian date (YYYYMMDD): year (YYYY), month (MM), and day (DD). | | Auto -Modifiable | | Date | |
| Phone End Date | Visible/Active | Visible/Active | Visible/Active | Visible/Active | visible | Gregorian date (YYYYMMDD): year (YYYY), month (MM), and day (DD). Upon completion of a new phone entry, when a opened ended phone type already exists, the system is to ask the user if they want to end a previously open-ended phone entry. | | | | Date | |
| Phone Reported Date | Visible/Active | Visible/Active | Visible/Active | Visible/Active | visible | Gregorian date (YYYYMMDD): year (YYYY), month (MM), and day (DD). System date stamped | So while this isn't collected in Wizard the system should date stamp with date of new reg. entry. | Auto - Modifiable | | Date | |
| Phone Number | Visible/Active | Visible/Active | Visible/Active | Visible/Active | visible | XXX-XXX-XXXX Be consistent throughout system in how phone numbers are displayed. | Yes, would like to call this PH. Number in Wizard | Yes | | Number | |
| Phone Extension | Visible/Active | Visible/Active | Visible/Active | Visible/Active | visible | Free Text Area. Possibly no more than 4 characters? | Yes | | | Number | |
| Phone Notes | Visible/Active | Visible/Active | Visible/Active | Visible/Active | visible | Free Text Area | Yes | | | Text | |
| **INTERNET** | | | | | | | | | | | |
| Internet Type | Visible/Active | Visible/Active | Visible/Active | Visible/Active | visible | Dropdown: EMAIL; FACEBOOK; INSTAGRAM; IP ADDRESS; MYSPACE; OTHER;  SNAPCHAT; TWITTER; URL | Yes | Yes | | Picklist | |
| Start Date | Visible/Active | Visible/Active | Visible/Active | Visible/Active | visible | Gregorian date (YYYYMMDD): year (YYYY), month | | AUTO - Modifiable | | Date | Yes |
| End Date | Visible/Active | Visible/Active | Visible/Active | Visible/Active | visible | Gregorian date (YYYYMMDD): year (YYYY), month (MM), and day (DD). | | | | Date | |
| Reported Date | Visible/Active | Visible/Active | Visible/Active | Visible/Active | visible | Gregorian date (YYYYMMDD): year (YYYY), month (MM), and day (DD). | So while this isn't collected in Wizard the system should date stamp with date of new reg. entry. | AUTO - Modifiable | | Date | Yes |
| URL/Email | Visible/Active | Visible/Active | Visible/Active | Visible/Active | visible | email address | Yes | | | Text | |
| Screen Name/Handle | Visible/Active | Visible/Active | Visible/Active | Visible/Active | visible | handle | Yes | | | Text | |
| Notes | Visible/Active | Visible/Active | Visible/Active | Visible/Active | visible | Free Text Area | | | | Text Area | |
| **MODE OF TRANSPORTATION** | | | | | | | | | | | |
| Transportation Type | Visible/Active | Visible/Active | Visible/Active | Visible/Active | Visible | Picklist value; AUTOMOBILES; BOATS;EQUIPMENT VEHICLES;MOBILE HOMES; MOTORCYCLES/MOTORBIKES; NONE REPORTED; OTHER.  See "Vehicle Details" spreadsheet on share drive. | Yes | Yes | | Picklist; OTHER option (type in) | |
| Start Date | Visible/Active | Visible/Active | Visible/Active | Visible/Active | Visible | Gregorian date (YYYYMMDD): year (YYYY), month (MM), and day (DD). | | AUTO - Modifiable | | Date | Yes |
| End Date | Visible/Active | Visible/Active | Visible/Active | Visible/Active | Visible | Gregorian date (YYYYMMDD): year (YYYY), month (MM), and day (DD). Upon completion of a new vehicle entry, when an opened vehicle exist, the system is to ask the user if they want to end. | | | | Date | |
| Reported Date | Visible/Active | Visible/Active | Visible/Active | Visible/Active | Visible | Gregorian date (YYYYMMDD): year (YYYY), month (MM), and day (DD). System date stamped | | AUTO - Modifiable | | Date | Yes |

Does v Whitmer
Case No. 22-cv-10209
IRTP#2

Page 7 of 15

MSP-0000092
November 30, 2022

| Field Name | Select SOR Unit Personnel | SOR Unit and Enforcement Personnel | All MDOC Users | Law Enforcement (State, Local, University) | Tribe/(non MOU) Prosecutor's Offices/ Hospital Police | NOTES | Wizard Field | Required? | Questions | Field Type | Automated? | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Super Admin | Admin | MDOC | Read/Write 1 | Read Only | | | | | | | | |
| Ownership | Visible/Active | Visible/Active | Visible/Active | Visible/Active | Visible | Picklist Value: REGISTERED TO ACQUAINTANCE; REGISTERED TO RELATIVE THAT DOES NOT SHARE RESIDENCE; REGISTERED TO MEMBER OF HOUSEHOLD; PERSONAL; WORK; LOANER; RENTAL; OTHER.  If other is selected we'd like the user to have the ability to free text vehicle ownership details. | Yes | Yes | | Text | | | |
| Year | Visible/Active | Visible/Active | Visible/Active | Visible/Active | Visible | 4 digit number<br>cannot be in the future | Yes | Yes | | Number | | | |
| Make | Visible/Active | Visible/Active | Visible/Active | Visible/Active | Visible | Picklist | Yes | Yes | | Text | | | |
| Model | Visible/Active | Visible/Active | Visible/Active | Visible/Active | Visible | Picklist | Yes | Yes | | Text | | | |
| VIN | Visible/Active | Visible/Active | Visible/Active | Visible/Active | Visible | If entered, must also include Vehicle Year (VYR), Vehicle Make (VMA), Vehicle Model (VMO), and Vehicle Style (VST) | Yes | Yes | | Text | | | |
| Style | Visible/Active | Visible/Active | Visible/Active | Visible/Active | Visible | Picklist: See Vehicle details spreadsheet | Yes | Yes | | Text | | | |
| Color 1 | Visible/Active | Visible/Active | Visible/Active | Visible/Active | Visible | Pick list: 0NG-ORANGE<br>AME-AMETHYST (PURPLE)<br>BGE- BEIGE<br>BLK-BLACK<br>BLU-BLUE<br>BR0-BROWN<br>BRZ-BRONZE<br>C0M-CHROME<br>CAM-CAMOUFLAGE<br>CPR-COPPER<br>CRM-CREAM<br>DBL-DARK BLUE<br>DGR-DARK GREEN<br>GLD-GOLD<br>GRN-GREEN<br>GRY-GRAY<br>LAV-LAVENDER-PURPLE<br>LBL-LIGHT BLUE<br>LGR-LIGHT GREEN<br>MAR-MAROON<br>MUL/C0L-MULTI COLORED<br>MVE-MAUVE<br>PLE-PURPLE<br>PNK-PINK<br>RED-RED<br>SIL-SILVER<br>TAN-TAN<br>TEA-TEAL<br>TPE-TAUPE<br>TRQ-TURQUOISE<br>WHI-WHITE<br>YEL-YELLOW | Yes | | | Text | | | |
| Color 2 | Visible/Active | Visible/Active | Visible/Active | Visible/Active | Visible | 0NG-ORANGE<br>AME-AMETHYST (PURPLE)<br>BGE- BEIGE<br>BLK-BLACK<br>BLU-BLUE<br>BR0-BROWN<br>BRZ-BRONZE<br>C0M-CHROME<br>CAM-CAMOUFLAGE<br>CPR-COPPER<br>CRM-CREAM<br>DBL-DARK BLUE<br>DGR-DARK GREEN<br>GLD-GOLD<br>GRN-GREEN<br>GRY-GRAY<br>LAV-LAVENDER-PURPLE<br>LBL-LIGHT BLUE<br>LGR-LIGHT GREEN<br>MAR-MAROON<br>MUL/C0L-MULTI COLORED<br>MVE-MAUVE<br>PLE-PURPLE<br>PNK-PINK<br>RED-RED<br>SIL-SILVER<br>TAN-TAN<br>TEA-TEAL<br>TPE-TAUPE<br>TRQ-TURQUOISE<br>WHI-WHITE<br>YEL-YELLOW | Yes | | | Text | | | |

Does v Whitmer
Case No. 22-cv-10209
IRTP#2

Page 8 of 15

MSP-0000093
November 30, 2022

| Field Name | Super Admin | Admin | MDOC | Read/Write 1 | Read Only | NOTES | Wizard Field | Required? | Questions | Field Type | Automated? |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Select SOR Unit Personnel | SOR Unit and Enforcement Personnel | All MDOC Users | Law Enforcement (State, Local, University) | Tribe/(non MOU) Prosecutor's Offices/ Hospital Police | | | | | | |
| License Plate # | Visible/Active | Visible/Active | Visible/Active | Visible/Active | Visible | Free Text Area | Yes | | | Alphanumeric | |
| Plate State | Visible/Active | Visible/Active | Visible/Active | Visible/Active | Visible | Picklist Values: 50 US States | Yes | | | Picklist | |
| Plate Type | Visible/Active | Visible/Active | Visible/Active | Visible/Active | Visible | Pick List; See NCIC Code Manual Omitt anything having to do with trailers or aircrafts. | Yes | | | Text | |
| Plate Exp. Date | Visible/Active | Visible/Active | Visible/Active | Visible/Active | Visible | Gregorian date (YYYYMMDD): year (YYYY), month (MM), and day (DD). | Yes | | | Date | |
| Location / Storage | Visible/Active | Visible/Active | Visible/Active | Visible/Active | Visible | Free Text Area. Would be the address of where the vehicle is stored, if different than home address, where specifically on property it's located, etc. | Yes | | | Text | |
| Notes | Visible/Active | Visible/Active | Visible/Active | Visible/Active | Visible | Free Text Area | Yes | | | Text Area | |
| **Vessels** | | | | | | | | | | | |
| Start Date | Visible/Active | Visible/Active | Visible/Active | Visible/Active | Visible | | | | | | |
| End Date | Visible/Active | Visible/Active | Visible/Active | Visible/Active | Visible | | | | | | |
| Reported Date | Visible/Active | Visible/Active | Visible/Active | Visible/Active | Visible | | | | | | |
| Ownership | Visible/Active | Visible/Active | Visible/Active | Visible/Active | Visible | | | | | | |
| Vessel Type | Visible/Active | Visible/Active | Visible/Active | Visible/Active | Visible | | | | | | |
| Vessel Year | Visible/Active | Visible/Active | Visible/Active | Visible/Active | Visible | | | | | | |
| Make | Visible/Active | Visible/Active | Visible/Active | Visible/Active | Visible | | | | | | |
| Model | Visible/Active | Visible/Active | Visible/Active | Visible/Active | Visible | | | | | | |
| Overall Length (ft) | Visible/Active | Visible/Active | Visible/Active | Visible/Active | Visible | | | | | | |
| Hull Serial # | Visible/Active | Visible/Active | Visible/Active | Visible/Active | Visible | | | | | | |
| Color 1 | Visible/Active | Visible/Active | Visible/Active | Visible/Active | Visible | | | | | | |
| Color 2 | Visible/Active | Visible/Active | Visible/Active | Visible/Active | Visible | | | | | | |
| Propulsion | Visible/Active | Visible/Active | Visible/Active | Visible/Active | Visible | | | | | | |
| Hull Shape | Visible/Active | Visible/Active | Visible/Active | Visible/Active | Visible | | | | | | |
| Outer Hull Material | Visible/Active | Visible/Active | Visible/Active | Visible/Active | Visible | | | | | | |
| Registration State | Visible/Active | Visible/Active | Visible/Active | Visible/Active | Visible | | | | | | |
| Registration # | Visible/Active | Visible/Active | Visible/Active | Visible/Active | Visible | | | | | | |
| Expiration Year | Visible/Active | Visible/Active | Visible/Active | Visible/Active | Visible | | | | | | |
| Location / Storage | Visible/Active | Visible/Active | Visible/Active | Visible/Active | Visible | | | | | | |
| Notes | Visible/Active | Visible/Active | Visible/Active | Visible/Active | Visible | | | | | | |
| **GUARDIAN/ CUSTODIAN** | | | | | | If G/C exists would like a toggle on the first page. When you hover over toggle would like it to provide G/C details. | | | | | |
| Guardian/Custodian | Visible/Active | Visible/Active | Visible/Active | Visible/Active | visible | Checkbox: Yes/No | | | | Checkbox (Yes/No) | |
| GC Name | Visible/Active | Visible/Active | Visible/Active | Visible/Active | visible | Last, First Middle Initial | | | | | |
| GC Phone | Visible/Active | Visible/Active | Visible/Active | Visible/Active | visible | XXX-XXX-XXXX | | | | | |
| Expiration Date For GC | Visible/Active | Visible/Active | Visible/Active | Visible/Active | visible | Gregorian date (YYYYMMDD): year (YYYY), month (MM), and day (DD). | | | | | |
| GC Notes | Visible/Active | Visible/Active | Visible/Active | Visible/Active | visible | Free Text Area | | | | | |
| **FEES** | | | | | | | | | | | |
| Fees | | | | | | | | | | | |
| NEW: Initial Fee | Visible/Active | Visible/Active | Visible | Visible/Active | Remove | Check box; if selected will populated fields accordingly and will enter (Initial Reg Fee) | | | | | |
| NEW: Annual | Visible/Active | Visible/Active | Visible | Visible/Active | Remove | Check box | | | | | |
| NEW: Admin Use Only | Visible/Active | Visible/Active | Remove | Remove | Remove | Picklist Values: **Incarceration** (fee not due - offender was incarcerated during verification period(s)); **Out of State** (Fee not due - offender was in another state during verification period(s)); if selected by admin the notes section should populate with select wording. | | | | | |
| Fee Status | Visible/Active | Visible/Active | Visible | Visible/Active | Remove | Picklist Values: Collected, Indigent, Other. When Other is used, the system should prompt user to add a note. | | Yes | | Picklist | |
| Date / Time | Visible/Active | Visible/Active | Visible | Visible | Remove | System populated | | AUTO - Modifiable | | Date / Time (HH:MM: | Yes |
| Collected By | Visible/Active | Visible/Active | Visible | Visible | Remove | System populated with user email | | AUTO - Modifiable | Only Super Admin and Admin can edit | Text | Yes |
| Agency Name | Visible/Active | Visible/Active | Visible | Visible | Remove | System populated with agency name. | | AUTO - Modifiable | Only Super Admin and Admin can edit | Alphanumeric | Yes |
| Amount | Visible/Active | Visible/Active | Visible | Visible | Remove | Records added moving forward will always be $550. (<= $50; max. of $550) When initial fee of $35 is noted, the max is $535. | | AUTO - Modifiable | | Currency | |
| Payment Type | Visible/Active | Visible/Active | Visible | Visible/Active | Remove | Picklist Values: Cash, Check, Money Order, Credit Card | | Yes | | Picklist | |
| Check/Money Order # | Visible/Active | Visible/Active | Visible | Visible/Active | Remove | Free Text Area. | | | | Alphanumeric | |
| Receipt Number | Visible | Visible | Visible | Visible/Active | Remove | System should Auto-numbered. Read only | | AUTO - Read Only | | Alphanumeric | Yes |
| Notes | Visible/Active | Visible/Active | Visible | Visible/Active | Remove | Free Text Area | | | | Text Area | |
| Total Amount Paid | Visible/Active | Visible | Visible | Visible | Remove | Sum of total amounts paid to date | | AUTO - Modifiable | Only Super Admin and Admin can edit | Currency | Yes |

Does v Whitmer
Case No. 22-cv-10209
IRTP#2

Page 9 of 15

MSP-0000094
November 30, 2022

| Field Name | Select SOR Unit Personnel / Super Admin | SOR Unit and Enforcement Personnel / Admin | All MDOC Users / MDOC | Law Enforcement (State, Local, University) / Read/Write 1 | Tribe/(non MOU) Prosecutor's Offices/ Hospital Police / Read Only | NOTES | Wizard Field | Required? | Questions | Field Type | Automated? |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Remaining Balance | Visible/Active | Visible | Visible | Visible | Remove | $550 is total Amount Paid (unless $35 initial payment collected.) | | AUTO - Modifiable | Only Super Admin and Admin can edit | Currency | Yes |
| **OFFENSES** | | | | | | | | | | | |
| **Offenses** | | | | | | | | | | | |
| State | Visible/Active | Visible/Active | Visible/Active | Visible/Active | Visible | Picklist Values: 50 US States, spelling out. Including FEDERAL; MILITARY; TRIBAL; FOREIGN. | Yes | Yes | | Picklist | |
| Crime Code | Visible/Active | Visible/Active | Visible/Active | Visible/Active | Visible | This corresponds with our Tier Table Editor | Yes | Yes | | Picklist | |
| Attempted | Visible/Active | Visible/Active | Visible/Active | Visible/Active | Visible | Checkbox | Yes | | | Checkbox (Yes/No) | |
| Disable Risk/Ver. | Visible/Active | Visible/Active | Remove | Remove | Remove | Checkbox:  This allows us to override the tiering process and set a Tier other than what is standard. This is used in instances with out of state offenses and court orders. | | | | Checkbox (Yes/No) | |
| Counts | Visible/Active | Visible/Active | Visible/Active | Visible/Active | Visible | Free Text Area.  Possibly no more that 2 characters | Yes | | | Number | |
| Committed Dated | Visible/Active | Visible/Active | Visible/Active | Visible/Active | Visible | Gregorian date (YYYYMMDD): year (YYYY), month (MM), and day (DD). | Yes | | | Date | |
| Arrested Date | Visible/Active | Visible/Active | Visible/Active | Visible/Active | Visible | Gregorian date (YYYYMMDD): year (YYYY), month (MM), and day (DD). | Yes | | | Date | |
| Convicted Date | Visible/Active | Visible/Active | Visible/Active | Visible/Active | Visible | Gregorian date (YYYYMMDD): year (YYYY), month (MM), and day (DD). | Yes | Yes | | Date | |
| County | Visible/Active | Visible/Active | Visible/Active | Visible/Active | Visible | Free text area.  Based on covicting agency. | Yes | | | Text | |
| Court | Visible/Active | Visible/Active | Visible/Active | Visible/Active | Visible | Picklist. See MSP list provided | Yes | | | Picklist | |
| Court Case# | Visible/Active | Visible/Active | Visible/Active | Visible/Active | Visible | Sent to NCIC as Originating Case # | Yes | | | Alphanumeric | |
| Conv. State | Visible/Active | Visible/Active | Visible/Active | Visible/Active | Visible | Picklist Values: 50 US States, spelled out. And will include a Foreign option. | Yes | | | Picklist | |
| Inv. Agency | Visible/Active | Visible/Active | Visible/Active | Visible/Active | Visible | Free Text Area | Yes | | | Text | |
| Agency Case # | Visible/Active | Visible/Active | Visible/Active | Visible/Active | Visible | | Yes | | | Alphanumeric | |
| Criminal Tracking Number (CTN) | Visible/Active | Visible/Active | Visible/Active | Visible/Active | Visible | Free Text Area. Should be no more than 12 digits. Should not have dashes, spaces, or letters. | Yes | | | Number | |
| Conviction Resulting in Registration (CRR) | Visible/Active | Visible/Active | Visible | Visible | Visible | Auto-populated by System - 4-digit number<br>CRR = Conviction Resulting in Registration<br>3 different codes: 1099; 3799; 3699 | | AUTO - Modifiable | Look at Tiering/Publishing document from Narcisa - this will tell you how the system auto-assigns the CRR #<br>'1099' for offenses comparable to kidnapping or unlawful imprisonment.<br>'3799' for offenses comparable to child pornography or surveilling an unclothed person.<br>'3699' if unknown or other than above.<br>While Michigan offenses will automatically generate a CRR#, current out of state, out of country, federal, military, and tribal offenses are not.  These will need to be entered manually.<br>CRR #'s for out of state offenses that are not added automatically will have to be entered manually by SOR staff during the 2nd party check. | Number | Yes |
| Edit Courts | Visible/Active | Visible/Active | Visible | Visible | Visible | Allows Super Admin to update list of courts in the system. | | | This had been a way to edit the list of Courts in the system.<br>Updates in the past have been needed regularly. | Button | |
| Juvenile Offense | Visible/Active | Visible/Active | Visible/Active | Visible/Active | Visible | Check box | Yes | | | Checkbox (Yes/No) | |
| Victim Juv./Adult | Visible/Active | Visible/Active | Visible/Active | Visible/Active | Visible | Dropdown: Juvenile/Adult | Yes | | | Picklist | |
| Victim Age | Visible/Active | Visible/Active | Visible/Active | Visible/Active | Visible | Free text Area | Yes | | | Number | |
| Victim Gender | Visible/Active | Visible/Active | Visible/Active | Visible/Active | Visible | Dropdown: MALE; FEMALE; UNKNOWN | Yes | | | Picklist | |
| Published Crime Info Notes | Visible/Active | Visible/Active | Visible | Visible | Visible | Free Text Area | Yes | | | Text Area | |
| Internal Use Only Notes Notes | Visible/Active | Visible/Active | Visible/Active | Visible/Active | Visible | **Free Text Area** | Yes | | | Text Area | |
| **MONITORING** | | | | | | | | | | | |
| **TIP(S)** | | | | | | | | | | | |
| Date/ Time Tip Added | Visible/Active | Visible/Active | visible | Visible | Visible | System should automatically populate. EST | | AUTO - Modifiable | | Date | Yes |
| Tip Type | Visible/Active | Visible/Active | Visible/Active | Visible/Active | Visible | Picklist Values: LAW ENFORCEMENT CONTACT; SOR UNIT; ONLINE SUBMISSION | | Yes | | Picklist | |
| Tip Status | Visible/Active | Visible/Active | Visible/Active | Visible/Active | Visible | Picklist Values: CLOSED; NEW; UNDER INVESTIGATION. | | | | Picklist | |
| Tipster Name | Visible/Active | Visible/Active | Visible/Active | Visible/Active | Visible | This captures user providing the tip. | | AUTO - Read Only (if coming from PSORs) | | User Name / ID | Yes |
| Tipster Email | Visible/Active | Visible/Active | Visible/Active | Visible/Active | | text area | | AUTO - Read Only (if coming from PSORs) | | | Yes |

Does v Whitmer
Case No. 22-cv-10209
IRTP#2

Page 10 of 15

MSP-0000095
November 30, 2022

| Field Name | Select SOR Unit Personnel | SOR Unit and Enforcement Personnel | All MDOC Users | Law Enforcement (State, Local, University) | Tribe/(non MOU) Prosecutor's Offices/ Hospital Police | NOTES | Wizard Field | Required? | Questions | Field Type | Automated? |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Super Admin | Admin | MDOC | Read/Write 1 | Read Only | | | | | | |
| Tipster Phone | Visible/Active | Visible/Active | Visible/Active | Visible/Active | | text area | | AUTO - Read Only (if coming from PSORs) | | | Yes |
| Tipster Address | Visible/Active | Visible/Active | Visible/Active | Visible/Active | | text area | | AUTO - Read Only (if coming from PSORs) | | | Yes |
| Owner | Visible | Visible | Visible | Visible | Visible | Email address of the user who entered the tip manually. | | AUTO - Read Only | | User Name / ID | Yes |
| Tip Notes | Visible/Active | Visible/Active | Visible/Active | Visible/Active | Visible | Free Text Area | | Yes | | Text Area | |
| Print Tips | Visible/Active | Visible/Active | Visible/Active | Visible/Active | Visible | Button | | | | Button | |
| **INVESTIGATION** | | | | | | | | | | | |
| Invest Status | Visible/Active | Visible/Active | Visible/Active | Visible/Active | Visible | Picklist Values: CLOSED NO PROSECTUION ; CLOSED -UNFOUNDED; CLOSED WARRANT-DENIED;  CLOSED - NO VIOLATION REPORTED; CLOSED  - TOT OTHER LE FOR NON- SOR VIOLATION;  UNDER INVESTIGATION; WARRANT AUTHORIZED; WARRANT REQUESTED. | | No | | Picklist | |
| Investigating Name | Visible/Active | Visible/Active | Visible/Active | Visible/Active | Visible | Text Area | | No | | User Name / ID | Yes |
| Investigating Agency | Visible/Active | Visible/Active | Visible/Active | Visible/Active | Visible | Text Area | | No | | Text | Yes |
| Investigating Email | Visible/Active | Visible/Active | Visible/Active | Visible/Active | Visible | Text Area | | No | | Email | Yes |
| Investigating Phone | Visible/Active | Visible/Active | Visible/Active | Visible/Active | Visible | Text Area | | No | | Number ###-##-#### | Yes |
| Investigation Date/Time Added | Visible/Active | Visible/Active | Visible/Active | Visible/Active | Visible | System should automatically populate. EST | | No | | Date / Time | Yes |
| Investigative Notes | Visible/Active | Visible/Active | Visible/Active | Visible/Active | Visible/Active | | | No | | Text Area | |
| Investigation Result | Visible/Active | Visible/Active | Visible/Active | Visible/Active | Visible | Picklist Values: ARRESTED– SOR VIOLATION; ARRESTED – NON SOR  VIOLATION; ARRESTED –SOR & NON SOR  VIOLATION; NO PROSECUTION; FOUND COMPLIANT; UNFOUNDED;  OTHER SEE NOTES | | No | | Picklist | |
| Print Investigative Notes Button | Visible/Active | Visible/Active | Visible/Active | Visible/Active | visible | | | N/A | | Button | |
| **Investigative Images** | | | | | | This goes with Tips/Investigation screen | | | | | |
| Browse | Visible/Active | Visible/Active | Visible | Visible/Active | Visible | Used to Upload Image | | | | Button | |
| Delete Image | Visible/Active | Visible/Active | Visible | Visible/Active | Visible | Add a confirmation modal before Delete | | | | Button | |
| Zoom | Visible/Active | Visible/Active | Visible | Visible/Active | Visible | Method to enlarge the photo so that it can be more easily viewed. Depending upon how much space is free in the UI, we may not need a separate modal to 'zoom' in. | | | | Button | |
| Date Taken | Visible/Active | Visible/Active | Visible | Visible/Active | Visible | Gregorian date (YYYYMMDD): year (YYYY), month (MM), and day (DD). | | | | Date | |
| Description | Visible/Active | Visible/Active | Visible | Visible/Active | Visible | Free Text Area.  Would be where the photo was obatined.  Snap, SOS, MDOC, etc. | | | | Text Area | |
| Save Image to Computer | Visible/Active | Visible/Active | Visible | Visible/Active | Visible | Download to computer | | | | Button | |
| Upload New Photo | Visible/Active | Visible/Active | Visible | Visible/Active | Visible | button | | | May not need this if there is just the button to 'Browse' to upload Investigative Notes above. | Button | |
| **Residence Check** | | | | | | | | | CUSTOM ACTION, plus a way to view Verification History | | |
| Date Checked | Visible/Active | Visible/Active | Visible/Active | Visible/Active | Remove | System date stamped | | AUTO - Modifiable | | Date | Yes |
| Checked By | Visible/Active | Visible/Active | Visible | Visible | Remove | System populated | | AUTO - Modifiable | | User Name / ID | Yes |
| Status | Visible/Active | Visible/Active | Visible/Active | Visible/Active | Remove | Picklist Values: Confirmed Resident; Confirmed Absconder; **Confirmed by Other Means, Could Not Confirm; Attempted.** If the last three are picked the system should required "Remarks" for further explanation. | | Yes | | Picklist | |
| Reason | Visible/Active | Visible/Active | Visible/Active | Visible/Active | Remove | Picklist Values: RSO Home; Confirmed w/Neighbor; Confirmed w/Household Member; Seeking Warrant; Located and Arrested; No Enforcement Action Taken; RSO Not at Home; Other.  If other is selected, "Remarks" field should be required for further explanation. | | | | Picklist | |
| Remarks | Visible/Active | Visible/Active | Visible/Active | Visible/Active | Remove | Free Text | | | | Text Area | |
| Last Registered Address | Visible | Visible | Visible | Visible | Remove | System populated - from the current primary address at time of residence check | | AUTO - Read Only | | Text Area | Yes |
| **Probation** | | | | | | 02/12/20 Sent email to Melanie inquiring what fields MDOC would be willing to interface with. | | | | | |
| Agent Name | Visible/Active | Visible/Active | Visible/Active | Visible | Visible | MDOC Interface.  Also would like this called Agent Name | | | | Text | |
| Agent PH Number | Visible/Active | Visible/Active | Visible/Active | Visible | Visible | MDOC Interface. Recommended renaming to Agent PH Number | | | | Number | |
| County of Supervision | Visible/Active | Visible/Active | Visible/Active | Visible | Visible | MDOC Interface. Recommended renaming to County of Supervision | | | | Text | |

Does v Whitmer
Case No. 22-cv-10209
IRTP#2

Page 11 of 15

MSP-0000096
November 30, 2022

| Field Name | Select SOR Unit Personnel / Super Admin | SOR Unit and Enforcement Personnel / Admin | All MDOC Users / MDOC | Law Enforcement (State, Local, University) / Read/Write 1 | Tribe/(non MOU) Prosecutor's Offices/ Hospital Police / Read Only | NOTES | Wizard Field | Required? | Questions | Field Type | Automated? |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Supervision Begin Date | Visible/Active | Visible/Active | Visible/Active | Visible | Visible | MDOC Interface: Recommended renaming to Supervision Begin Date | | | | Date | |
| Supervision End Date | Visible/Active | Visible/Active | Visible/Active | Visible | Visible | MDOC Interface: Recommended renaming to Supervision End Date | | | | Date | |
| GPS Monitored | Visible/Active | Visible/Active | Visible/Active | Visible | Visible | Check box | | | | Checkbox (Yes/No) | |
| **US MARSHAL** | | | | | | | | | | | |
| **US Marshal** | | | | | | | | | | | |
| USMS Status | Visible/Active | Visible/Active | Visible | Visible | visible | Dropdown: ARRESTED (CLOSE ALERT); ARRESTED (USMS); CASE REFERRD TO: STATE FOR PROSECUTION (CLOSE ALERT); COMPLIANT (CLOSE ALERT); DECEASED (CLOSE ALERT); DECLINED PROSECUTION (CLOSE ALERT); INCARCERATED (CLOSE ALERT); OBTAINED FEDERAL WARRANT (CLOSE ALERT); OTHER (SEE INV. NOTES) OUT OF COUNTRY (CLOSE ALERT); RECEIVED ; REFER BACK (CLOSE ALERT)Indicates if the Investigative Note should be communicated to the USMS. Should only display if the offender has been investigated by the USMS. | | | How does the system know if an offender "has been investigated by the USMS"? | Picklist | |
| US Marshal Access | Visible/Active | Visible/Active | Remove | Visible/Active | Remove | Would like the US Marshal's Access check box feature to be moved to its own tab with expanded fields or added under Investigative tab. Should be clearer what types are notifications are Marshals subscribing to and what user's want to send to the Marshals. 02/10/20 Phone Conf Scheduled with USMS Vince. | | | Needs more discussion with USMS. | Checkbox (Yes/No) | |
| **NCIC/LEIN** | | | | | | | | | | | |
| **Offender NCIC Information** | | | | | | | | | | | |
| Cancel Offender NCIC Record | Visible/Active | Visible/Active | Remove | Visible | Remove | | | | | Checkbox (Yes/No) | |
| MIS | Visible/Active | Visible/Active | Remove | Visible | Remove | | | | | Text Area | |
| Offender Status | Visible/Active | Visible/Active | Remove | Visible | Remove | Picklist Values: | | | | Picklist | |
| Clear Offender NCIC Record | Visible/Active | Visible/Active | Remove | Visible | Remove | Check box | | | | Checkbox (Yes/No) | |
| Perform NCIC Processing | Visible/Active | Visible/Active | Remove | Visible | Remove | Check box | | | | Checkbox (Yes/No) | |
| **NCIC Requests and Reponses** | | | | | | These are responses that come back automatically from the NCIC system, as a kind of quality review of the data sent to NCIC by the QC App. | | | | | |
| Message Response | Visible | Visible | Remove | Remove | Remove | | | | | Text | |
| NCIC Response | Visible | Visible | Remove | Remove | Remove | | | | | Text Area | |
| Response Date | Visible | Visible | Remove | Remove | Remove | | | | | Date | |
| NCIC Request | Visible | Visible | Remove | Remove | Remove | | | | | Text Area | |
| Request Date | Visible | Visible | Remove | Remove | Remove | | | | | Date | |
| **LEIN Criminal History** | | | | | | | | | | | |
| LEIN Record Results | Visible/Active | Visible/Active | Visible/Active | Visible/Active | Remove | Text Area - should be big. | | | | Text Area | |
| Type of Inquiry | Visible/Active | Visible/Active | Visible/Active | Visible/Active | Remove | Picklist Values: Criminal History Search or Warrant Search | | | | Picklist | |
| Perform LEIN Query | Visible/Active | Visible/Active | Visible/Active | Visible/Active | Remove | | | | | | |
| **ABSCONDER** | | | | | | | | | | | |
| Date Absconded | Visible/Active | Visible/Active | Remove | Remove | Remove | When offender status becomes Absconded | | | | Date | Yes |
| Who added violation? | Visible/Active | Visible/Active | Remove | Remove | Remove | The name of the user who changed the offender to result in having an 'Absconder' status | | | | User Name/Email | Yes |
| Analyst | Visible/Active | Visible/Active | Remove | Remove | Remove | Could be auto-assigned to an SOR Analyst by District | | | Could be auto-assigned to an SOR Analyst by District | Picklist | Yes ? |
| Tracking Notes | Visible/Active | Visible/Active | Remove | Remove | Remove | Each note that is entered should be auto-date and time stamped and record the user name who made the change. Display Tracking Notes in chronological order. | | | | Text Area Date | Yes (capture user who entered note, and date time) |
| Next Follow-up Date | Visible/Active | Visible/Active | Remove | Remove | Remove | Date for SOR Analyst to return to record and check it again | | | | Date | |
| SOR warrant | Visible/Active | Visible/Active | Remove | Remove | Remove | Picklist Values: FELONY, MISDEMEANOR, CRIMINAL BENCH | | | | Picklist | |

Does v Whitmer
Case No. 22-cv-10209
IRTP#2

Page 12 of 15

MSP-0000097
November 30, 2022

| Field Name | Select SOR Unit Personnel<br>Super Admin | SOR Unit and Enforcement Personnel<br>Admin | All MDOC Users<br>MDOC | Law Enforcement (State, Local, University)<br>Read/Write 1 | Tribe/(non MOU) Prosecutor's Offices/ Hospital Police<br>Read Only | NOTES | Wizard Field | Required? | Questions | Field Type | Automated? | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Address Lead | Visible/Active | Visible/Active | Remove | Remove | Remove | Each address lead that is entered should be auto-date and time stamped and record the user name who made the change.<br>Display Address Leads in chronological order. | | | | Text Area<br>Date | Yes (capture user who entered note, and date time) | | | |
| Lead Source | Visible/Active | Visible/Active | Remove | Remove | Remove | Picklist Values: - ACCURINT<br>- DHS<br>- MIOC<br>- NCMEC<br>- NLETS<br>- NSOPW<br>- RETURN ENVELOPE<br>- TIPSTER<br>- TLO<br>- OTHER (with free text) | | | When Other is selected, require a lead source to be typed in. | Picklist | | | | |
| Address Check Completed | Visible/Active | Visible/Active | Remove | Remove | Remove | Picklist Values: - Address checked - offender not residing there<br>- Address does not exist<br>- Absconder was found residing at this address<br>- Address was never checked and offender has reported a new address<br>- Incarcerated<br><br>Automatically record Date/Time Stamp that user sets an Address Check value. | | | | Picklist<br>Date | Yes (auto-stamp date/time that user enters) | | | |
| Absconder Located | Visible/Active | Visible/Active | Remove | Remove | Remove | If Offender record changes to have an address, then auto-check this box.<br>If Offender record becomes cancelled or deceased, then auto-check this box.<br><br>Automatically record Date/Time stamp for when absconder was located. | | | | Checkbox (Yes/No)<br>Read Only<br><br>Date | Yes | | | |
| Result | Visible/Active | Visible/Active | Remove | Remove | Remove | Picklist Values:<br>- Located in Michigan<br>- Located in another state<br>- Deceased<br>- Canceled<br>- Incarcerated in Michigan<br>- Incarcerated in another state<br>- Located in another country/deported | | | Automate based upon offender record status / offender address type | Picklist<br>Read Only | Yes | | | |
| Most Wanted | Visible/Active | Visible/Active | Remove | Remove | Remove | | | | | Checkbox (Yes/No) | | | | |
| Possible Candidate for Most Wanted | Visible/Active | Visible/Active | Remove | Remove | Remove | In case the Most Wanted page is full | | | | Checkbox (Yes/No) | | | | |

Does v Whitmer
Case No. 22-cv-10209
IRTP#2

Page 13 of 15

MSP-0000098
November 30, 2022