# Exhibit 98:

# SOR Operating Procedure 302, Public Sex Offender Registry Website [MSP 1636]

| MICHIGAN STATE POLICE<br><br>CRIMINAL JUSTICE<br>INFORMATION CENTER<br><br>SEX OFFENDER<br>REGISTRY UNIT | POLICY<br><br>Public Sex Offender<br>Registry Website | NUMBER:<br>SOR-P-302 | |
|---|---|---|---|
| | | REVISION DATE:<br>October 9, 2014 | PAGE 1 OF 1 |

SUBJECT: Public Sex Offender Registry

REFERENCE: MCL 28.728 and 42 USC § 16918

PURPOSE: This policy is to ensure accurate information is being displayed on the Michigan State Police (MSP) Sex Offender Registry (SOR) Public Website.

Information available to the public regarding sex offender registration records shall be displayed on a public website and information shall be displayed in real-time.

SOR Unit staff shall ensure information available to the public is accurate and complete prior to dissemination to the public website.

If an offender's conviction is set aside in accordance with MCL 780.622, the public website must be updated to accurately reflect the conviction is set aside.

The following offenders shall never be published on the public website:

1. Adjudicated juveniles.
2. Tier 1 offenders who have committed a <u>single</u> Tier 1 offense, unless the conviction is for one of the following offenses:

    a. MCL 750.145C4
    b. MCL 750.335A2B and the victim is a minor
    c. MCL 750.349B and the victim is a minor
    d. MCL 750.539J (including all variables) and the victim is a minor
    e. An offense substantially similar to an offense listed above under a law of any state or any country, or under tribal or military law

3. Offenders whose registration status is one of the following:

    a. Inactive-Out of State
    b. Inactive-Deceased
    c. Inactive-Registration Canceled
    d. Pending Registration
    e. Pending Review

| Approval by Unit Manager | | Approval Date | |
|---|---|---|---|