# Exhibit 99:

## SOR Operating Procedure 303, Certified Sex Offender Records
## [MSP 1578-1580]

| MICHIGAN STATE POLICE | OPERATIONAL PROCEDURE | NUMBER: SOR-OP-303 | |
|---|---|---|---|
| CRIMINAL JUSTICE INFORMATION CENTER<br><br>SEX OFFENDER REGISTRY UNIT | CERTIFIED SEX OFFENDER RECORDS | REVISION DATE: MAY 4, 2022 | Page **1** of 3 |

SUBJECT:  CERTIFIED SEX OFFENDER RECORDS

REFERENCE:  N/A

PURPOSE:  Establish a uniform method of providing certified records to criminal justice agencies in lieu of live court testimony by Sex Offender Registry (SOR) Unit staff.

FORMS USED:  Sex Offender Registration Certified Record
RI-019 Request for Certified Records
RI-004 Michigan Sex Offender Registration/Verification/Update Form
RI-4 Michigan Sex Offender Registration Form
RI-4V Sex Offender Michigan Verification/Update Form
DD-004A Explanation of Duties to Register as a Sex Offender

WHO:
SOR Unit Staff

1. Requests for certified records received by subpoena or RI-019 (Request for Certified Records) shall be processed by the Department Analyst who handles the county in which the offender last reported their residence.

2. The SOR Unit staff member that receives the certified record request (RI-019) shall log the certified record information into the spreadsheet on the shared drive and include the following information:

   a. NAME – sex offender's name
   b. DATE OF BIRTH – sex offender's date of birth
   c. SORN – sex offender registration number
   d. DATE RECEIVED – Date the request was received
   e. REQUESTER – Name of requester and agency name
   f. ANALYST ASSIGNED/SCRUBBED – analyst's initials that is assigned to scrub the record

3. The SOR Unit staff member shall forward the RI-019 to the appropriate analyst to perform an audit of the record.

Department Analyst

4. Once the Department Analyst receives the request, they shall conduct the audit of the record to include:
   a. Updating the photo and issue/expiration dates on driver's license/personal ID.
   b. Ensuring offense information is populated and accurate.
   c. Adding or removing palm print or ID violations as applicable.

5. Once the audit is complete, the Department Analyst shall forward the RI-019 to the SOR Unit Administrative Assistant for processing.

SOR Unit Administrative Assistant

6. The SOR Unit Administrative Assistant shall query HPE Content Manager and the MSOR "Documents and Photos" tab to locate and print the following documents for the requester:

| MICHIGAN STATE POLICE | OPERATIONAL PROCEDURE | NUMBER: SOR-OP-303 | |
|---|---|---|---|
| CRIMINAL JUSTICE INFORMATION CENTER<br><br>SEX OFFENDER REGISTRY UNIT | CERTIFIED SEX OFFENDER RECORDS | REVISION DATE: MAY 4, 2022 | Page **2** of **3** |

|  |  |
|---|---|
|  | a. Sex Offender Registration Certified Record<br>  i. Using MSOR, the SOR Unit Administrative Assistant shall print the offender's Sex Offender Registration Certified Record.<br>b. If available, one of the following four documents, whichever was most recently signed by the offender:<br>  i. RI-004 Michigan Sex Offender Registration/Verification/Update Form<br>  ii. RI-4 Michigan Sex Offender Registration Form<br>  iii. RI-4V Sex Offender Michigan Verification/Update Form<br>  iv. DD-004A Explanation of Duties to Register as a Sex Offender<br><br>7. For address change violations, the SOR Unit Administrative Assistant shall also print both of the following, if available:<br>  a. All correspondence addressed to the offender's current registered address, as indicated on the RI-019, if the envelope was returned.<br>  b. A copy of the envelope that was returned as undeliverable to the Sex Offender Unit via U.S. mail.<br><br>8. Using the appropriate "Certified Record" letter template located on the shared drive, the SOR Unit Administrative Assistant shall enter the appropriate information on the Certified Record cover letter and print it on bond paper.<br><br>9. The SOR Unit Administrative Assistant shall assemble and staple all documentation together as follows:<br>  a. Cover Letter<br>  b. Sex Offender Registration Certified Record<br>  c. Form signed by the offender as indicated in 3c, if available<br>  d. All returned correspondence and envelopes addressed to the offender's current address, if applicable<br><br>10. If the United States Marshals Service (USMS) makes the request for an offender who has never registered in Michigan, use the appropriate certified letter template and there will be no attachments.<br><br>11. The documents are then forwarded to the Department Analyst for review and signature.<br><br>  a. NOTE: If the Department Analyst is not in the office that day, the manager's electronic signature shall be used. |
| Department Analyst | 12. The Department Analyst shall return the documents to the SOR Unit Administrative Assistant after signing the cover letter(s). |
| SOR Unit Administrative Assistant | 13. The SOR Unit Administrative Assistant shall forward the documents to the notary public for signature. |
| Notary Public | 14. The Notary Public shall sign the cover letter and return the documents to the SOR Unit Administrative Assistant for mailing. |

| MICHIGAN STATE POLICE | OPERATIONAL PROCEDURE | NUMBER: SOR-OP-303 | |
|---|---|---|---|
| CRIMINAL JUSTICE INFORMATION CENTER | CERTIFIED SEX OFFENDER RECORDS | REVISION DATE: MAY 4, 2022 | Page **3** of **3** |
| SEX OFFENDER REGISTRY UNIT | | | |

| SOR Unit Administrative Assistant | 15. The SOR Unit Administrative Assistant will then place a gold seal in the lower righthand corner of the cover letter and stamp with the State of Michigan seal. |
|---|---|
| | 16. All documents, excluding the cover letter, are then stamped with a "CERTIFIED" stamp at the bottom of each document. |
| | 17. The documents will then be placed into an envelope for mailing to the appropriate agency. If the document is more than eight pages, a large envelope shall be used.  Certified documents may also be faxed to the requester if it is indicated on the RI-019. |
| | 18. The SOR Unit Administrative Assistant shall log the following certified record information into the spreadsheet on the shared drive:<br><br>a. DATE SENT – Date the certified documents were mailed or faxed<br>b. COMPLETED BY – Name of the staff member that prepared the certified record packet<br>c. SIGNED – Name of the staff member that signed the certified document |

| Approval by Unit Manager | | Approval Date | |
|---|---|---|---|