# Exhibit 100:

## SOR Operating Procedure 304, Tracking Absconders [MSP 908-910]

| MICHIGAN STATE POLICE<br><br>CRIMINAL JUSTICE<br>INFORMATION CENTER<br><br>SEX OFFENDER<br>REGISTRY UNIT | OPERATIONAL<br>PROCEDURE | NUMBER:<br>SOR-OP-304 | |
|---|---|---|---|
| | TRACKING ABSCONDERS | REVISION DATE:<br>OCTOBER 30, 2019 | PAGE 1 OF 3 |

SUBJECT:          TRACKING ABSCONDERS

REFERENCE:       N/A

PURPOSE:         This procedure establishes the method to be used when tracking absconders from the Sex Offender Registry (SOR).

FORMS USED:      Absconded Offenders Report

WHO:
Department Analyst

1. Tracking of absconders shall be divided by department analysts based on district/area.
2. The Absconded Offenders Report in OffenderWatch (OW) is utilized on a weekly basis to identify new absconders.
3. The department analysts shall utilize the absconder database on the shared drive for tracking the whereabouts of an absconder.
4. The department analyst shall ensure the new absconder's address in OW reflects that they are an absconder:
   a. In the Address tab, select a blank line and click on Primary and Current.
   b. Enter the Start Date as the date the Address violation was added.
   c. Enter the Event Date as the date the address is entered into OW.
   d. Enter the Type as Home.
   e. Enter the Street Name as ABSCONDER.
   f. Enter the City, State, Zip, and County from the address that the offender absconded from.
   g. Uncheck the Primary checkbox from the absconded address.
   h. Enter the End Date on the absconded address as the date the Address violation was added.
   i. Save and Close.
   j. The department analyst shall either map the address or reopen the record and manually add the Responsibility and Zone.
5. The department analysts shall perform checks on each absconder on a monthly basis to determine if there has been any new activity in the record and/or to determine if any new leads can be found on the absconder. The following is a list of resources available to locate leads on absconders:
   a. Law Enforcement Information Network (LEIN) Queries:
      i. Department of Health and Human Services (DHHS) – Bridge card addresses
      ii. Secretary of State (SOS) Driver's license/PID - Address updates and or death information
      iii. National Law Enforcement Telecommunications System (NLETS) - Driver's license/PID information in other states
      iv. National Crime Information Center (NCIC) - Registration in another state
   b. Other searches:
      i. The Last One (TLO) Intelligence Report
      ii. TLO Media Search

| MICHIGAN STATE POLICE<br><br>CRIMINAL JUSTICE<br>INFORMATION CENTER<br><br>SEX OFFENDER<br>REGISTRY UNIT | OPERATIONAL PROCEDURE | NUMBER:<br>SOR-OP-304 | |
|---|---|---|---|
| | TRACKING ABSCONDERS | REVISION DATE:<br>OCTOBER 30, 2019 | PAGE 2 OF 3 |

      iii. TLO Comprehensive Report
      iv. TLO Locate/Asset Report
      v. State Records Management System (SRMS) and/or Automated Incident Capture System (e-AICS)
      vi. National Sex Offender Public Website (NSOPW)
      vii. Statewide Network of Agency's Photos (SNAP) Watchlist
      viii. Vinelink – prison and jail search
      ix. Federal Bureau of Prisons (FBOP)
      x. Offender Tracking Information System (OTIS) - State prison records
      xi. Michigan Drivers Image Retrieval Search (MiDIRS) - Driver's license and/or personal identification card
      xii. Facebook
      xiii. Google
      xiv. NamUs.gov - Biometrics and Identification Division has access to search for Unidentified Remains hits

   c. National Center for Missing and Exploited Children (NCMEC)
      i. Department analysts can request a Comprehensive Workup or an Extensive Search utilizing the "NSOTC – Sex Offender Tracking Request" form by searching an offender record, right clicking and selecting Reports, and selecting the form.
         1. Comprehensive Workup includes the following information:
           a. address records
           b. phone records
           c. vehicle information
           d. photographs
           e. possible associates/relatives/neighbors
           f. jail records
           g. death records
         2. Extensive Search–Includes all information included in Comprehensive Workup in addition to information from US Marshals Intelligence Research Specialists at the National Sex Offender Targeting Center for law enforcement sensitive searches.

6. The department analyst shall forward any new address leads that result from the above searches to the appropriate law enforcement agency for an address check. Leads indicating an offender is living in another state are forwarded to the appropriate state and also submitted to the US Marshals Service (USMS). To forward a lead to the USMS, click on the "Alert US Marshal" box in the "Main" screen of the absconder's record. Complete the form and click on "Alert".
7. The department analyst shall enter any leads into the "Investigative Notes" and

| MICHIGAN STATE POLICE  CRIMINAL JUSTICE INFORMATION CENTER  SEX OFFENDER REGISTRY UNIT | OPERATIONAL PROCEDURE | NUMBER: SOR-OP-304 | |
|---|---|---|---|
| | TRACKING ABSCONDERS | REVISION DATE: OCTOBER 30, 2019 | PAGE 3 OF 3 |

      "Tips" section of the absconder's record.
8. NCMEC assists the department analyst in locating and apprehending absconders. The following reports are generated in the absconder database and forwarded to NCMEC on the first of each month:
    a. Newly added absconders in the previous month.
    b. Absconders located in the previous month.
9. Once NCMEC receives the reports from the SOR Unit, they prepare and send the department analyst a batch report that includes address leads for the absconders added in the previous month.  The address leads come from Accurint, CLEAR, and TLO.
10. Once an absconder has been located, the department analyst shall mark them as located in the absconder database and make any appropriate changes to the offender's record in OW.

| Approval by Unit Manager | | Approval Date | |
|---|---|---|---|