# Exhibit 102:

## SOR Operating Procedure 308, Offender Duration Has Ended [MSP 911-913]

| MICHIGAN STATE POLICE | OPERATIONAL PROCEDURE | NUMBER: SOR-OP-308 | |
|---|---|---|---|
| CRIMINAL JUSTICE INFORMATION CENTER<br><br>SEX OFFENDER REGISTRY UNIT | OFFENDER DURATION HAS ENDED | REVISION DATE: MAY 4, 2022 | Page **1** of **3** |

| | |
|---|---|
| SUBJECT: | OFFENDER DURATION HAS ENDED |
| REFERENCE: | SOR-P-307 Registration<br>MCL 28.723 Individuals required to be registered |
| PURPOSE: | This procedure establishes the method to be used when an offender's duration on the registry is ending. |
| FORMS USED: | Offender Letter |

| WHO:<br>Department Analyst | AUDIT FOR DURATION ENDING<br>1. The Department Analyst shall perform an audit of a sex offender's record no less than three months prior to the offender's duration ending.<br>2. A Department Analyst shall run a quarterly report in MSOR to identify the offenders whose duration will be ending six to nine months from now (i.e., In January, run the report for July through September). To create the report, run the following Advanced Search in MSOR:<br>    a. Results Columns:<br>        i. Reg#<br>        ii. Status<br>        iii. DOC#<br>        iv. Registration End<br>        v. DOB<br>        vi. First Name<br>        vii. Middle Name<br>        viii. Last Name<br>        ix. Risk Class<br>    b. Conditions:<br>        i. Offender: Registration End: within: Custom Period: Enter the "from" and "to" dates for the quarter you want to search.<br>        ii. Offender: Status: is not in list: Canceled, Deceased<br>    c. Click on "Search"<br>    d. Click on "Export to Excel".<br>3. The Department Analyst shall examine the information in the Offense tab to ensure the offender is accurately tiered.<br>    a. Ensure there is a victim age listed if the offense is one that requires a victim age.<br>    b. Review the "Admin Use Only" notes in the Offense modal to see if there are any special instructions regarding removal date or tiering.<br>    c. If offender is registered for an out of state offense, check notes to see if information has been obtained on duration in the conviction state. If not, send an email to the conviction state and ask how long the offender is required to register in their state and follow rules in SOR-P-307 for registration requirements for out of state convictions.<br>4. A letter shall be sent to an offender in the event of a tier, verification, or duration change. |
|---|---|

| MICHIGAN STATE POLICE<br><br>CRIMINAL JUSTICE INFORMATION CENTER<br><br>SEX OFFENDER REGISTRY UNIT | OPERATIONAL PROCEDURE | NUMBER: SOR-OP-308 | |
|---|---|---|---|
| | OFFENDER DURATION HAS ENDED | REVISION DATE: MAY 4, 2022 | Page **2** of 3 |

5. After it has been determined which offenders' durations will be ending, conduct the following checks on each offender:
   a. Check Offender Management Network Information (OMNI) to see if the offender has spent any time in prison after the date of conviction.
   b. If the offender spent time in prison after the conviction date and prison time is not listed in MSOR, create a new entry in the Historical Addresses for all prison lodgings.
      i. If it is a continuous prison stay with multiple prisons listed, make only one entry for the full length of stay.
      ii. If there are multiple prison lodgings with breaks in between, enter each Start and End date individually.
   c. When adding the Michigan prison information into the Historical addresses, the Department Analyst shall select "MDOC Historical" for the "Institution Name" and the address will prepopulate.
   d. The address end date shall be listed in MSOR as the "First Parole" date in OMNI. If the offender did not receive parole, the address end date in MSOR shall be listed as "Released on Maximum Without Parole" date in OMNI.
   e. If the offender is registered as the result of the recapture provision in MCL 28.723, incarceration time should only be added for the prior sex offense and any incarceration time following the new felony.

REMOVAL FOR DURATION ENDING
1. The Department Analyst shall check the "Duration Ending" inbox in MSOR on a daily basis.
2. Sort the inbox by "Reg End Date".
3. Confirm that the offender record has been checked for prison time by comparing with the Excel spreadsheet created for auditing record for prison time. If the offender is not on the audit list, perform an audit at that time.
4. Cancel any offenders whose duration is ending that day or prior.
   a. Offenders whose duration is ending on a Saturday or Sunday shall also be canceled on that Friday, but the letter shall be dated for that Monday, unless Monday is a holiday, then Tuesday.
   b. Check the "Note History", "Offense" modal, and the "Offender Registered in Another State" modal to see if there are any notes pertaining to the offender's duration in the conviction state.
      i. If the offender is required to register in the conviction state for 15 years, for example, but the conviction state does not remove the offender until the offender petitions for removal, the Department Analyst, shall contact the other state to determine if the offender has been removed from the conviction state's registry. If not, the Department Analyst shall change the offender's duration to lifetime and send the offender the template letter on the shared drive titled, "Duration Ending – Other States Requirements".
5. When an offender's duration has ended, the Department Analyst shall do the following in MSOR:

| MICHIGAN STATE POLICE | OPERATIONAL PROCEDURE | NUMBER: SOR-OP-308 | |
|---|---|---|---|
| CRIMINAL JUSTICE INFORMATION CENTER  SEX OFFENDER REGISTRY UNIT | OFFENDER DURATION HAS ENDED | REVISION DATE: MAY 4, 2022 | Page **3** of **3** |

a. Open the record from the "Duration Ending" inbox.
b. Close any new tips and follow-up if necessary.
c. Add an Officer Alert and a Note: "Duration has ended. No longer required to register. Record canceled on today's date and a letter of confirmation has been sent to the offender. MSP SOR Unit"
    i. If the offender is homeless, living in another state, or an absconder, add the following Officer Alert and Note: Duration has ended. No longer required to register. Record canceled on today's date and no letter sent as offender is [homeless/living in another state/an absconder].  MSP SOR Unit
d. Remove any previous Officer Alerts that are no longer applicable.
e. While in View Mode, under "Select an Action", select "Canceled - Duration has Ended" and click on GO.
f. Click on "Documents and Photos".
g. Open the "Duration has Ended Tier 1 or 2" letter that was automatically generated.
    i. Mail the letter or save to the shared drive for mailing at a later time.
h. Check the Law Enforcement Information Network to ensure the offender is no longer in NCIC (National Crime Information Center).
i. Check the public Sex Offender Registry website to confirm the offender is no longer published.

| Approval by Unit Manager | | Approval Date | |
|---|---|---|---|