# Exhibit 103:

## SOR Operating Procedure 310, Sweep Packets, and Sex Offender Sweep Findings Form [MSP 1587-1589]

| MICHIGAN STATE POLICE | OPERATIONAL PROCEDURE | NUMBER: SOR-OP-310 | |
|---|---|---|---|
| CRIMINAL JUSTICE INFORMATION CENTER<br><br>SEX OFFENDER REGISTRY UNIT | SWEEP PACKETS | REVISION DATE: NOVEMBER 8, 2019 | PAGE 1 OF 1 |

SUBJECT: SWEEP PACKETS

REFERENCE: N/A

PURPOSE: This procedure establishes the method to be used when the request for sweep packets are submitted to the Sex Offender Registry (SOR) Unit.

FORMS USED: Sex Offender Sweep Findings Form
MI Residence Check–Investigative Report
Sex Offender Registration Form

WHO:
Departmental Analyst

1. The department analyst shall prepare packets for sweeps at the request of the SOR Coordinator no earlier than seven days prior to the sweep.
2. The following documents shall be included in the packets for a Compliance Sweep:
   a. Sex Offender Sweep Findings Form.
   b. MI Residence Check–Investigative Report.
   c. Warrants (print a copy of all warrants).
   d. Two unsigned Registration Forms if one has never been signed by the offender (one for the offender and one for the file).
3. The following documents shall be included in the packets for a Compliance Sweep:
   a. Sex Offender Sweep Findings Form.
   b. MI Residence Check–Investigative Report.
   c. Warrants (Print a copy of all warrants).
   d. Two unsigned Registration Forms (one for the offender and one for the file).
   e. Certified Record containing Registry history.
   f. TLO (print the entire report).
   g. Department of Health and Human Services (DHHS) Printout from the Law Enforcement Information Network (LEIN).
   h. Secretary of State (SOS) Printout from LEIN.
   i. Criminal History Printout from LEIN.
4. The department analyst shall enter any DHHS, SOS, or TLO leads into the Investigative Notes prior to printing the MI Residence Check–Investigative Report.
5. The department analyst may assist with data entry after the sweep as approved by the unit manager and the SOR coordinator command approval.

| Approval by Unit Manager | | Approval Date | |
|---|---|---|---|

# Sex Offender Sweep Findings

| NAME | DOB | SORN |
|---|---|---|
|  |  |  |
| DNA: ☐ YES ☐ NO | Fingerprints: ☐ YES ☐ NO | Palm Prints: ☐ YES ☐ NO |
| Active Warrants: ☐ SOR Felony ☐ SOR Misdemeanor ☐ Other Non-SOR Related Warrants |||

| SWEEP FINDINGS | | |
|---|---|---|
| Does offender reside at residence? | ☐ YES ☐ NO | |
| Was contact made with the offender? | ☐ YES ☐ NO | ☐ No Answer |
| If no contact made, best time to recheck? | | |
| Contact Made with: | Name:<br>Relationship:<br>Phone Number: | |
| Contact Made with: | Name:<br>Relationship:<br>Phone Number: | |

**COMMENTS:**



| OFFICER INFORMATION: | |
|---|---|
| Name(s) of Officer(s): | |
| Dates/Times of Attempts to Make Contact: | ____/____/____, ____:____ am/pm<br>____/____/____, ____:____ am/pm |
| Date Verification Confirmed: | Incident #: |
| Offender Arrested? ☐ YES ☐ NO | Advised and Released? ☐ YES ☐ NO |

| DATA ENTRY | | | |
|---|---|---|---|
| ☐ Make offender Compliant | ☐ Make offender Noncompliant and add the following violations: | | |
| ☐ Address | ☐ Employment | ☐ Form | ☐ SSZ |
| ☐ Campus | ☐ Failed to Verify | ☐ ID | ☐ Telephone |
| ☐ Email/Internet | ☐ Fee | ☐ Palm Print | ☐ Vehicle |
| Other updates to record, i.e., Vehicle, Phone, etc. | | | |

Does v Whitmer
Case No. 22-cv-10209
RTP#2

MSP-0001587
Jan 10, 2023

| INSERT PHOTO | INSERT PHOTO |
|---|---|
| Name     , DOB:<br>SORN:<br>Published Offender: ☐ YES ☐ NO | Name     , DOB:<br>SORN:<br>Published Offender: ☐ YES ☐ NO |
| INSERT PHOTO | INSERT PHOTO |
| Name     , DOB:<br>SORN:<br>Published Offender: ☐ YES ☐ NO | Name     , DOB:<br>SORN:<br>Published Offender: ☐ YES ☐ NO |

Does v Whitmer  
Case No. 22-cv-10209  
RTP#2

MSP-0001588  
Jan 10, 2023