# Exhibit 104:

## SOR Operating Procedure 313, Court Orders
## [MSP 754-755]

| MICHIGAN STATE POLICE | OPERATIONAL PROCEDURE | NUMBER: SOR-OP-313 | |
|---|---|---|---|
| CRIMINAL JUSTICE INFORMATION CENTER<br><br>SEX OFFENDER REGISTRY UNIT | COURT ORDERS | REVISION DATE: JANUARY 31, 2022 | Page **1** of **3** |

SUBJECT:               COURT ORDERS

REFERENCE:         28.728C

PURPOSE:            This procedure establishes a uniform method to be used when complying with a court order.

FORMS USED:       Sex Offender Letter
Court Order
Set-Aside Order

**WHO:**
**Department Analyst**

1. Court orders received by the Sex Offender Registry (SOR) Unit shall be reviewed by a department analyst upon receipt.
2. The department analyst that handles the court order shall be determined by district.
3. The department analyst shall verify the following information on any court order received by the Unit:
   a. The court order shall have the judge's signature.  A stamp of the judge's signature is acceptable.
   b. Verify the docket number on the court order matches the docket number of the offense the offender is registered for.
4. If the court order is vague or seems questionable, the department analyst shall send an email to the SOR Unit manager along with:
   a. Scanned copies of the court order
   b. Attorney/offender correspondence if any; and
   c. A brief description of the circumstances for additional guidance.
   If warranted, the manager may forward to the Michigan State Police (MSP) Legislative and Legal Resources, who in turn may need to involve the Attorney General's Office for clarification / determination.
5. Out of State court orders are not honored, <u>except</u> and only in the instance the offender is registered because of another state's requirement and not for an offense comparable to a Michigan registerable offense. Otherwise, for the SOR Unit to remove an offender from the registry or make changes to their record, the offender must petition a Michigan court for removal or changes in registration requirements. The MSP Legislative and Legal Resources shall be contacted for assistance if needed.
6. If canceling an offender's record as the result of the court order, complete the following:
   a. The department analyst shall prepare a letter to notify the sex offender of the change in requirements.
      i. The letter can be obtained under the Documents and Photos section in MSOR.  Select "Court Ordered Removal Letter".
      ii. If the court order was sent by an attorney, provide a copy of the offender's letter to the attorney.
      iii. The SOR Unit staff shall save the letter as a PDF and upload into the offender's "Documents and Photos".
   b. Under "Officer Alert", enter verbiage to alert SOR Unit Staff of the reason for cancellation (i.e., The SOR Unit received a court order to remove the

MSP-0000753
Dec 16, 2022

| MICHIGAN STATE POLICE | OPERATIONAL PROCEDURE | NUMBER: SOR-OP-313 | |
|---|---|---|---|
| CRIMINAL JUSTICE INFORMATION CENTER

SEX OFFENDER REGISTRY UNIT | COURT ORDERS | REVISION DATE: JANUARY 31, 2022 | Page **2** of **3** |

    offender from the registry.  Record canceled on today's date and a letter of confirmation has been sent to the offender. MSP SOR Unit).

    c.  Add a note by copying the verbiage from the "Officer Alert" and paste into the Notes.

    d.  Close any open tips and follow-up if necessary.

    e.  Scan the court order and upload into the "Documents and Photos".

    f.  Cancel the record and close.

    g.  Check the Public Sex Offender Registry to ensure the offender is no longer published.

    h.  Run a "Person" query to ensure the offender record no longer appears in NCIC.  If the record still appears in NCIC, clear the record as follows:

        i.  In LEIN, select "Forms", then select "Blank Form". Copy this string into the blank form:

            NCIC.CXS.MI3300636.NIC/X000000000.OCA/1234567.20220112

            1.  After NIC/, replace X000000000 with the NIC number located on the NCIC record.

            2.  After OCA/, replace 1234567 with the OCA number located on the NCIC record.

            3.  After the period after the OCA number, enter today's date in the format above.

            4.  Hit transmit.

7.  If a court order does not remove an offender from the registry but requires the offender to register with specific requirements that do not comply with the SOR law, edit the offender record and after clicking on Submit, enter the specific changes to the following fields:

    a.  Risk Classification – If the judge orders the offender to not be place in a tier, select "Other (Special Condition)". If the judge orders the offender to be in a different tier than is required by the SOR law, change the tier in this dropdown.

    b.  Verification Cycle – If the judge orders an offender to no longer have to verify, select Never. If the judge orders a different verification cycle, select the appropriate cycle.

    c.  Registration Length – If the judge orders a specific end date, select "Other (Special Condition)". If the judge orders an offender to register for a different duration than required by law, change it in this dropdown.

    d.  Registration End Date – If the judge orders a specific end date, enter the end date here.

    e.  Add Comments to explain the reason for the change in requirements.

8.  If the offender is removed from the registry and is on probation, parole, or in prison, the Michigan Department of Corrections (MDOC) shall be notified of the removal and a copy of the letter shall be sent to MDOC.

MSP-0000754
Dec 16, 2022

| MICHIGAN STATE POLICE | OPERATIONAL PROCEDURE | NUMBER: SOR-OP-313 | |
|---|---|---|---|
| CRIMINAL JUSTICE INFORMATION CENTER<br><br>SEX OFFENDER REGISTRY UNIT | COURT ORDERS | REVISION DATE: JANUARY 31, 2022 | Page **3** of **3** |

9. When an offender record is canceled from the Sex Offender Registry due to the conviction being set-aside, a copy of the set-aside order along with an email shall be sent to the Criminal History Section at MSP-CRD-CSAMANUAL@Michigan.gov with the following statement:

> "The MSP SOR Unit has received and completed a record cancelation for [offenders full name and SID #] due to a set-aside court order for removal from our Sex Offender Registry."

> Subject Line on the email should be "[First letter of First Name, Full Last Name] Canceled from Sex Offender Registry". i.e., "J Public Canceled from Sex Offender Registry".

| Approval by Unit Manager | | Approval Date | |
|---|---|---|---|