# Exhibit 106:

## MSP Flowcharts for Registration of Non-Michigan Offenses
(SOR Operating Procedure 315 Addendum)
[MSP 723-724]

## OUT OF STATE ADULT CONVICTIONS
Version 1: 07/29/2022



*If the Crime Code is not listed or tiered in the PACC Code Table, consult with an analyst before moving to the next step.

## OUT OF STATE JUVENILE ADJUDICATIONS



*If the Crime Code is not listed or tiered in the PACC Code Table, consult with an analyst before moving to the next step.