# Exhibit 107:

## SOR Operating Procedure 319, LEIN Inquiries
[MSP 1619-1621]

| MICHIGAN STATE POLICE | OPERATIONAL PROCEDURE | NUMBER: SOR-OP-319 | |
|---|---|---|---|
| CRIMINAL JUSTICE INFORMATION CENTER<br><br>SEX OFFENDER REGISTRY UNIT | LEIN INQUIRIES | REVISION DATE: NOVEMBER 26, 2019 | Page **1** of **3** |

SUBJECT: LEIN INQUIRIES

REFERENCE: N/A

PURPOSE: This procedure establishes the method to be used when running the Law Enforcement Information Network (LEIN).

FORMS USED: None

WHO:
Sex Offender Registry (SOR) Unit Staff

1. Running a Federal Bureau of Investigation (FBI) number in LEIN:
   a. Select "Forms".
   b. Select "Criminal History".
   c. Select "Criminal History" again.
   d. The ORI should be MI3300636.
   e. Select QR under "Criminal History Look-up Type".
   f. The "Complaint #" (15) should be the offender's registration number. If running a new registrant or the individual does not have a registration number, leave this field blank but be specific in the "Remarks" as to the reason for running the individual.
   g. The "Code" (52) should be C/.
   h. The "Purpose" should be SOR.
   i. The "Remarks" (41) should explain the reason for running the search, i.e., DETERMINING REGISTRATION REQUIREMENTS.
   j. Enter the FBI number under FBI/UCN # (39).
   k. Click on "Transmit".
2. Running an offender's SID number from another state in LEIN:
   a. Select "Forms".
   b. Select "Criminal History".
   c. Select "Criminal History" again.
   d. The ORI should be MI3300636.
   e. Select QR under "Criminal History Look-up Type".
   f. The "Complaint #" (15) should be the offender's registration number. If running a new registrant or the individual does not have a registration number, leave this field blank but be specific in the "Remarks" as to the reason for running the individual.
   g. The "Code" (52) should be C/.
   h. The "Purpose" should be SOR.
   i. The "Remarks" (41) should explain the reason for running the search, i.e., DETERMINING REGISTRATION REQUIREMENTS.
   j. Enter the other state's abbreviation under State (10).
   k. Enter the other state's SID number under SID # (50), not including the two-letter state abbreviation.
   l. Click on "Transmit".
3. Running a criminal history record using Alias:
   a. Select "Person".
   b. Select "Active Search".
   c. Enter the SID number.
   d. Select "Rapsheet Request".

| MICHIGAN STATE POLICE | OPERATIONAL PROCEDURE | NUMBER: SOR-OP-319 | |
|---|---|---|---|
| CRIMINAL JUSTICE INFORMATION CENTER | LEIN INQUIRIES | REVISION DATE: NOVEMBER 26, 2019 | Page 2 of 3 |
| SEX OFFENDER REGISTRY UNIT | | | |

    e. Select "Submit".
        i. If no SID number is available:
            1. Enter "Name", "DOB", "Race", and "Sex".
                a. Name should be in the following format: LNAME, FNAME MNAME
            2. Select "Rapsheet Request".
            3. Locate the correct offender and click on the gray box before the offender's name.
            4. Select "Rapsheet Request".
            5. Select "Submit".
4. Running a prison number using the "Multi-Use Form" in LEIN:
    a. Select "Forms".
    b. Select "Multi-Use Form".
    c. The ORI should be MI3300636.
    d. The "Prison #" (51) should be the offender's Michigan Department of Corrections (MDOC) six-digit number.
    e. Click on "Transmit".
5. Running a driver's license or personal identification number in the "Multi-Use Form" in LEIN:
    a. Select "Forms".
    b. Select "Multi-Use Form".
    c. The ORI should be MI3300636.
    d. The "Drivers License Number" (11) should be the offender's 13 digit OLN or PID number.
    e. Click the box labeled "SOS Only".
    f. Check the "Request NLETS Photo" box.
    g. Click on "Transmit".
6. Running a driver's license or personal identification number in the "Person Query" form in LEIN:
    a. Select "Forms".
    b. Select "Person Inquiry".
    c. Select "Person Query".
    d. The ORI should be MI3300636.
    e. The "Op License #" (11) should be the offender's 13 digit OLN or PID number.
    f. The "SOS" (47) should be 35/42.
    g. Check the "Request NLETS Photo" box.
    h. Click on "Transmit".
7. Running an offender's Department of Health and Human Services (DHHS) information using a blank form in LEIN:
    a. Select "Forms".
    b. Select "Blank Form".
    c. Enter the following string:

        [redacted]

        i. Replace LNAME/FNAME/MNAME/ with the offender's last name, first name, and middle name.
        ii. For UM, change to UF if you are running a female.
        iii. Replace 19990909 with the offender's date of birth.

| MICHIGAN STATE POLICE | OPERATIONAL PROCEDURE | NUMBER: SOR-OP-319 | |
|---|---|---|---|
| CRIMINAL JUSTICE INFORMATION CENTER | LEIN INQUIRIES | REVISION DATE: NOVEMBER 26, 2019 | Page **3** of **3** |
| SEX OFFENDER REGISTRY UNIT | | | |

      iv. Replace USERSLASTNAME (X2), with the user's last name.
      v. Click on "Transmit".
8. Running an offender's Department of Health and Human Services (DHHS) information using a form in LEIN:
   a. Select "Forms".
   b. Select "Server Forms".
   c. Select "dhs bridges query".
   d. The ORI should be MI3300636.
   e. The "SOC" (12) should be the offender's social security number.
   f. Click "Transmit".
   g. You can also run this search using the offender's name, sex, race, and date of birth; and/or the offender's driver's license number.

| Approval by Unit Manager | | Approval Date | |
|---|---|---|---|