# Exhibit 108:

## SOR Operating Procedure 322, Pending Arrival
[MSP 1624-1626]

| MICHIGAN STATE POLICE | OPERATIONAL PROCEDURE | NUMBER: SOR-OP-322 | |
|---|---|---|---|
| CRIMINAL JUSTICE INFORMATION CENTER<br><br>SEX OFFENDER REGISTRY UNIT | PENDING ARRIVAL | REVISION DATE: JULY 12, 2022 | Page **1** of **3** |

SUBJECT: PENDING ARRIVAL

REFERENCE: SOR-OP-315 Pending Review
SOR-OP-322 Pending Arrival ADDENDUM

PURPOSE: This procedure establishes the method to be used when notifications are received from other states regarding offenders who become enrolled in an institution of higher learning; become employed; or establish a temporary, secondary, or permanent residence in the state of Michigan.

FORMS USED: N/A

WHO:
Department Technician

1. The Sex Offender Registry (SOR) Unit receives notifications from other states providing information on offenders who have become enrolled in an institution of higher learning; become employed; or established a temporary, secondary, or permanent residence in the state of Michigan. Notifications are received in the following forms:
    a. SORNA (Sex Offender Registration and Notification Act) Exchange Portal
    b. PSOR (Public Sex Offender Registry) tip
    c. E-mail
    d. Fax
    e. US Mail
    f. Telephone
    g. LEIN Message
2. Department Technicians shall process and respond to notifications of registrant arrivals through their daily tasks.
3. The Department Technician shall not pre-register an offender based on a notification that the offender is coming to Michigan.
4. The Department Technician shall perform a search within ten (10) business days of said date of arrival in MSOR to determine if the offender has checked in with Michigan.
    a. If the Department Technician has determined a new offender has checked in with Michigan and has signed a registration form:
        i. If requested by notifying state, notify the state the offender has arrived. If the notification was sent through the SORNA Exchange Portal, close the notification in the SORNA Exchange Portal.
            1. Sign into the SORNA Exchange Portal.
            2. Click on "My Jurisdiction".
            3. Click on "Offender Relocation Task".
            4. Click on "Assigned to my jurisdiction".
            5. Click on the offender's relocation notice to open it and view the task details.
            6. Once in the task Details view, click on "Edit" and change the "Status" to complete.
        ii. If it is an existing offender, a signed registration form is not necessary.
        iii. The Department Technician does not need to perform a complete Pending Review on the record, only determine if the offender record should be published or not.

| MICHIGAN STATE POLICE | OPERATIONAL PROCEDURE | NUMBER: SOR-OP-322 | |
|---|---|---|---|
| CRIMINAL JUSTICE INFORMATION CENTER  SEX OFFENDER REGISTRY UNIT | PENDING ARRIVAL | REVISION DATE: JULY 12, 2022 | Page **2** of **3** |

    b. If the Department Technician has determined a new offender has not checked in with Michigan authorities to register (even if there was proof that they were in the state of Michigan) and has been located as registered in another state, the Department Technician shall respond to the notification using the following response:
        i. "The offender has failed to report to Michigan; however, offender was found to be registered in [state of registration] per [advise how confirmed]. No further action warranted by Michigan at this time. MSP SOR/[tech initials]"

5. If the offender is required to register in Michigan but has not checked in after ten (10) business days from the date of arrival, the following resources shall be checked to confirm the offender has not registered in Michigan:
   a. SOS – Secretary of State
   b. NSOPW – National Sex Offender Public Website
   c. TLO – The Last One
   d. NLETS - National Law Enforcement Telecommunications System
   e. FBOP – Federal Bureau of Prisons
   f. Vinelink
      i. If a recent Michigan address is found on a <u>previously registered</u> sex offender, through any of these resources, the following information shall be provided via email to the Sex Offender Enforcement Coordinator:
         1. Name
         2. Date of birth
         3. Details from the notification including any dates and arrival details provided on the move to Michigan
         4. The Michigan address and the source from which it was located
         5. Advise if Michigan registration previously existed and when
      ii. In all other circumstances, the following information shall be provided via email to the United States Marshals Service (USMS):
         1. Name
         2. Date of birth
         3. Details from the notification including any dates and arrival details provided on the move to Michigan
         4. The Michigan address and the source from which it was located
         5. Advise if Michigan registration previously existed and when
         6. The county the offender is moving to in Michigan and the corresponding USMS district as referenced in SOR-OP-322 Pending Arrival ADDENDUM.

6. After ten (10) business days have passed and it has been confirmed the offender has not checked in with Michigan authorities, the Department Technician shall:
   a. Notify the other state that the offender did not check in.
      i. If the notification was received through the SORNA Exchange Portal, the Department Technician shall follow these steps:
         1. Sign into the SORNA Exchange Portal.
         2. Click on "My Jurisdiction".
         3. Click on "Offender Relocation Tasks".
         4. Click on "Assigned to my jurisdiction".

| MICHIGAN STATE POLICE | OPERATIONAL PROCEDURE | NUMBER: SOR-OP-322 | |
|---|---|---|---|
| CRIMINAL JUSTICE INFORMATION CENTER | PENDING ARRIVAL | REVISION DATE: JULY 12, 2022 | Page **3** of **3** |
| SEX OFFENDER REGISTRY UNIT | | | |

      5. Once the offender is located, the Department Technician shall click on the offender's name to open the notification.
      6. Click on "Edit".
      7. Under Status, click on "Offender did not report."
      8. If referred to USMS, response in SORNA Exchange Portal should be: "The offender has failed to report to Michigan; forwarded to USMS for further follow-up and investigation. MSP SOR Unit [technician initials]"
      9. If referred to the Sex Offender Enforcement Coordinator, response in SORNA Exchange Portal should be: The offender has failed to report to Michigan; forwarded to Michigan State Police for further follow-up and investigation. MSP SOR Unit [technician initials]"
      10. Click "Save".

7. If a determination is made the offender is not required to register in Michigan (i.e., not in Michigan for more than seven (7) days), the other state shall be notified via SORNA Exchange Portal, e-mail, fax, or telephone. If the notification was sent through the SORNA Exchange Portal, the Department Technician shall follow these steps:
    a. Sign into the SORNA Exchange Portal.
    b. Click on "My Jurisdiction".
    c. Click on "Offender Relocation Tasks".
    d. Click on "Assigned to my jurisdiction".
    e. Once the offender is located, the Department Technician shall click on the offender's name to open the notification.
    f. Click on "Edit".
    g. Under Status, click on "Offender does not need to register".
    h. Under Additional Information, enter "The offender is not required to register in Michigan. No further action warranted by Michigan at this time".
    i. Click "Save".
8. Once an offender registers in Michigan, the Department Technician shall follow the procedures outlined in SOR-OP-315 Pending Review.

| Approval by Unit Manager | | Approval Date | |
|---|---|---|---|