# Exhibit 109:

## SOR Operating Procedure 328, International Travel [MSP 1629-1630]

| MICHIGAN STATE POLICE | OPERATIONAL PROCEDURE | NUMBER: SOR-OP-328 | |
|---|---|---|---|
| CRIMINAL JUSTICE INFORMATION CENTER | INTERNATIONAL TRAVEL | REVISION DATE: NOVEMBER 18, 2019 | Page **1** of **2** |
| SEX OFFENDER REGISTRY UNIT | | | |

SUBJECT:       INTERNATIONAL TRAVEL

REFERENCE:    MCL 28.725(7)

PURPOSE:      This procedure establishes the steps to be taken when an offender reports a move or temporary visit to another country.

FORMS USED:   NSOTC - Notification of International Travel of Sex Offender

WHO:
Departmental Technicians

1. On a weekly basis, the departmental technicians shall generate a report in OffenderWatch of all sex offenders whose status is "Active-Pending Out of State".
    a. In the "Search" screen, go to the "Offender Details"/"Offender Details (Additional")" tab.
    b. Under "Linked Agency Statuses", highlight "Active-Pending Out of State".
    c. Click on the "Search button".
    d. Identify any offenders who have reported a move or visit to another country.
2. The departmental technician shall look at the dates and notes in the Address tab and check for Investigative Notes to confirm whether the offender is moving to another country or visiting.
    a. If the offender is only visiting and will be gone seven days or less, nothing further needs to be done with the record. When the offender returns, his/her record should be updated to Active.
3. If the offender is going to be gone from his or her residence for more than seven days, right click on the offender's name in the Search screen and do the following:
    a. Select Reports.
    b. Select NSOTC - Notification of International Travel of Sex Offender.
    c. Select Microsoft (Word) for the format.
        i. The departmental technician shall enter as much information as possible based on the notes in OffenderWatch and dates in the Address tab. Only enter a departure date if one is provided. If departure date is not provided and only a reported date is provided, enter a note stating that the offender reported the move to the other country on the specified date.
4. Offenders are required to report international travel 21 days in advance; therefore, the record should not be changed to Inactive Out of State until the date the offender reported that he or she would be leaving the United States. On the date of departure, the departmental technician shall update the offender's record as follows:
    a. Import the offender's record into the "Michigan State Police" account.
    b. Change the offender's status to "Inactive-Out of State".
    c. Uncheck the "Publish on Website" box if it is checked.
    d. Enter a note into the Investigative Notes tab, i.e., "International Travel Form has been sent to the USMS on today's date."
    e. Upload the International Travel Form into the Investigative Notes/Documents tab.
    f. Check the box labeled "Clear Offender NCIC Record" in the NCIC tab.
    g. Save and close the record.

| MICHIGAN STATE POLICE  CRIMINAL JUSTICE INFORMATION CENTER  SEX OFFENDER REGISTRY UNIT | OPERATIONAL PROCEDURE | NUMBER: SOR-OP-328 | |
|---|---|---|---|
| | INTERNATIONAL TRAVEL | REVISION DATE: NOVEMBER 18, 2019 | Page **2** of **2** |

5. Run a "Person" query to ensure the offender record no longer appears in NCIC. If the record still appears in NCIC, clear the record as follows:
   a. In LEIN, select "Forms", then select "Blank Form". Copy this string into the blank form:

      ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

      i. After NIC/, replace X000000000 with the NIC number located on the NCIC record.
      ii. After OCA/, replace 1234567 with the OCA number located on the NCIC record.
      iii. After the period after the OCA number, enter today's date in the format above.
      iv. Hit transmit.
   b. Go back into OffenderWatch and delete the NIC number from the Main tab and click on "Save and Close".
6. In instances where the Sex Offender Registry (SOR) Unit is notified by the United States Marshals Service (USMS) that a Michigan registrant has boarded a plane and is leaving the country, the SOR Unit shall proceed as follows:
   a. If the USMS has no other information other than the offender has boarded a plane, the department technician shall enter the information into the Investigative Notes. No other changes shall be made to the record at this time.
   b. If the USMS provides information that the offender is moving to another country, the department technician shall enter the address into the Address tab and follow the process outlined in #4 and #5 with the exception of 4d and 4e.
   c. If the USMS provides information that the offender will be visiting another country for more than seven days, the department technician shall enter the other country's address as a Temporary address and change the status to "Active-Pending Out of State".
   d. If the USMS provides information that the offender will be visiting another country for seven days or less, the department technician shall enter the information into the Investigative Notes. No other changes shall be made to the record at this time.
7. A Notification of International Travel of Sex Offender form does not need to be completed in any of the instances mentioned in #6.
8. The departmental technicians shall track their actions on the Pending Out of State Excel spreadsheet.

| Approval by Unit Manager | | Approval Date | |
|---|---|---|---|