# Exhibit 110:

## SOR Policy 304, National Sex Offender Registry (NSOR) Participation

## [MSP 1637]

| MICHIGAN STATE POLICE<br><br>CRIMINAL JUSTICE<br>INFORMATION CENTER<br><br>SEX OFFENDER<br>REGISTRY UNIT | POLICY | NUMBER:<br>SOR-P-304 | |
|---|---|---|---|
| | National Sex Offender Registry (NSOR) Participation | REVISION DATE:<br>May 16, 2014 | PAGE 1 OF 1 |

SUBJECT:        National Sex Offender Registry (NSOR) Participation

REFERENCE:    Section 118 of the Sex Offender Registration and Notification Act Title I of the Adam Walsh Child Protection and Safety Act (42 USC § 16911) NCIC 2000 National Sex Offender Registry.

PURPOSE:       This policy is to ensure participation with the National Sex Offender Registry (NSOR).

> The Sex Offender Registry (SOR) Unit shall ensure full participation in the National Sex Offender Registry maintained by the Federal Bureau of Investigation National Crime Information Center.
>
> Unit staff shall ensure records submitted to NSOR are accurate, up-to-date and submitted within three business days.
>
> Unit staff shall ensure second party checks are completed prior to submission to NSOR.
>
> Unit staff shall ensure NSOR records are cleared when an offender relocates to another registration jurisdiction.
>
> Unit staff shall ensure NSOR records are cancelled when it is determined that the record is no longer valid and the offender has no further obligation to register in the state of Michigan.
>
> Unit staff shall ensure that NSOR records are validated once each year.

| Approval by Unit Manager | | Approval Date | |
|---|---|---|---|