# Exhibit 111:

## SORNA Implementation Letter

## [MSP 1667-1668]

**U.S. Department of Justice**

Office of Justice Programs

*Office of Sex Offender Sentencing, Monitoring, Apprehending, Registering, and Tracking*

Washington, D.C. 20531

October 28, 2020

The Honorable Gretchen Whitmer
Governor of Michigan
P.O. Box 30013
Lansing, MI 48909

Via Electronic Mail

Dear Governor Whitmer:

    On May 9, 2011, the U.S. Department of Justice, Office of Justice Programs, Office of Sex Offender Sentencing, Monitoring, Apprehending, Registering, and Tracking (SMART) notified your office of its determination that Michigan had substantially implemented the provisions of the Sex Offender Registration and Notification Act (SORNA), Title I of the Adam Walsh Child Protection and Safety Act of 2006. As part of our annual implementation assurance review, on June 1, 2020, the SMART Office requested that you provide any information regarding Michigan's substantial implementation of SORNA that may have changed since July 27, 2019. If Michigan had not adopted any changes relevant to its substantial implementation status, the SMART Office required written notification certifying no changes have been made.

    On July 21, 2020, Michigan Criminal Justice Information Center Director Michelle Kuzera sent a letter to the SMART Office that described the U.S. Court of Appeals for the Sixth Circuit's opinion in the case of John Does 1-5 and Mary Doe v. Richard Snyder and Col. Kriste Etue, on appeal from the U.S. District Court for the Eastern District of Michigan and subsequent denial of the state's petition for a writ of certiorari to appeal. The letter also described the U.S. District Court for the Eastern District of Michigan's entry of a declaratory judgment based on the 2016 Sixth Circuit's decision and issuance of a 90-day deferral on whether the declaratory judgment should be applied to the whole registry or if the problematic portions of the current Michigan Sex Offender Registration Act could be remedied. Furthermore, the letter states that pursuant to an interim order delaying entry of final judgment, the U.S. District Court for the Eastern District of Michigan suspended the Michigan State Police's ability to take enforcement action on sex offenders that fail to register, verify or update their registration information until there is no longer a need for the order. As of now, Michigan has not adopted any changes to its sex offender registration laws in response to the declaratory judgment. As noted in correspondence issued by the SMART Office on October 17, 2017, the U.S. Court of Appeals for the Sixth Circuit's decision and the U.S. District Court for the Eastern District of Michigan's subsequent denial of the state's petition do not impact the state's substantial implementation of SORNA.

Does v Whitmer
Case No. 22-cv-10209
RTP#2

MSP-0001667
Feb 24, 2023

Based on the response provided on July 21, 2020, the SMART Office has determined that Michigan continues to substantially implement SORNA. Please keep the SMART Office apprised of any relevant legal decisions affecting Michigan's substantial implementation of SORNA. We encourage you to continue to work with SMART Office personnel to resolve any remaining provisions that were found to deviate from SORNA's requirements as you continue to work to maintain Michigan's substantial implementation status.

The Supplemental Guidelines for Sex Offender Registration and Notification (issued January 7, 2011) provide that jurisdictions that have substantially implemented SORNA have a continuing obligation to maintain consistency with current SORNA standards. SORNA implementation begins with adopting laws, rules and policies required by SORNA, but ongoing implementation requires that implemented states and jurisdictions demonstrate that they are actually effecting and adhering to those measures in practice. Thus, in reviewing a jurisdiction's continuing SORNA implemented status, the SMART Office may consult with its federal colleagues to examine jurisdictions' registration information collection and information sharing processes and practices. Through this process, the SMART Office will gain a better understanding of how jurisdictions are carrying out implementation of SORNA.

If you have any questions concerning SORNA implementation, please send inquiries to Senior Policy Advisor Joel Dowling at Joel.Dowling@usdoj.gov or 202-305-8871. We look forward to continuing to collaborate with you to implement SORNA and protect our nation's citizens by creating a seamless web of public sex offender databases and law enforcement information sharing envisioned by SORNA.

Sincerely,

Kendel S. Ehrlich
Director


cc:   Elizabeth Arritt
      Sex Offender Registry Unit Manager
      Criminal Justice Information Center
      Michigan State Police
      P.O. Box 30634
      Lansing, MI 48909