# Exhibit 114:

## Morris Grant Email and Grant Applications (selected pages) [MSP 1664, 1363, 1365, 1374, and 1398]

| | |
|---|---|
| **From:** | Morris, Narcisa (MSP) |
| **To:** | Arnold, Kashan (OJP) |
| **Subject:** | Question: Michigan |
| **Date:** | Friday, July 15, 2022 1:13:00 PM |
| **Attachments:** | image001.png |

Hi Kashan,

Hope all is well. I have a question that I think I know the answer too, but I do need to confirm. In our grants we have sweep initiatives scheduled and they have always been large groups. In light of recent legislative changes we don't think that we will have afforded to us the 16 troops as in years past and noted in our grant. Is it okay if we use less troopers and more sweep but smaller?

For example our grant verbiage is "This funding will support ==two initiatives== a year comprised of ==16 troopers== and lead by ==one MSP SOR Enforcement coordinator==. Each of the initiatives will be comprised of 4 phases including planning and record audits, random residence checks, report writing (warrant requests) and arrest sweeps. The time worked in both positions is 100%."

But we want to do five smaller initiatives made up of a Sgt. (SOR Enforcement coordinator) and 2-4 troopers. Is that permissible. The hours will get used up just across more sweeps.

And by off chance we aren't afforded any troopers and the Sgt. has to do everything, would I need to do a grant modification and explain the change? I don't think this would happen, but asking just in case.

Let me know your thoughts. Thank you.

Best Regards,

Narcisa Morris
Unit Manager Sex Offender Registry
Criminal Justice Information Center
Michigan State Police
P.O. Box 30634
Lansing, MI 48909
███████████

"A PROUD tradition of SERVICE through EXCELLENCE, INTEGRITY, and COURTESY"



# Budget Detail - Year 1

*Does this budget contain conference costs which is defined broadly to include meetings, retreats, seminars, symposia, and training activities? - Y/N*
[(DOJ Financial Guide, Section 3.10)](DOJ Financial Guide, Section 3.10)

### A. Personnel

| Name | Position | Computation | | | | | | |
|---|---|---|---|---|---|---|---|---|
| *List each name, if known.* | *List each position, if known.* | *Show annual salary rate & amount of time devoted to the project for each name/position.* | | | | | | |
| | | Salary | Rate | Time Worked (# of hours, days, months, years) | Percentage of Time | Total Cost | Non-Federal Contribution | Federal Request |
| Brenda Hoffmann | Sergeant overtime | $63.85 | hourly | 250 | 100% | $15,963 | | $15,963 |
| TBD - 16 positions | Trooper Overtime | $55.28 | hourly | 300 | 100% | $16,584 | | $16,584 |
| Lana Hadzjlic-King | Department Technician | $55,833.00 | yearly | 1 | 100% | $55,833 | | $55,833 |
| | | | | | Total(s) | $88,380 | $0 | $88,380 |

**Narrative**

The Michigan State Police (MSP) would like to use grant funding to retain the limited-term departmental technician, currently supported by Office of Sex Offender Sentencing, Monitoring, Apprehending, Registering, and Tracking (SMART) grant funds, for one additional year. This position will continue to support Sex Offender Registration and Notification Act (SORNA) compliance of second party checks, and the tracking and monitoring of offender relocations (to and from Michigan). As changes occur this position will be responsible for managing, educating, and clarifying all law enforcement and public inquiries regarding legislative changes. Retention of the Departmental Technician will also provide the support necessary for record data precision, assisting in quality assurance projects assigned. The cost of wages for this position for one year is $55,833.

In addition, the MSP plans to utilize funding to carry out post-legal quality assurance initiatives, focusing on registrants with out-of-date and/or noncompliant data, recognized as absconders, and registrants that have failed to verify. This funding will support three initiatives a year comprised of 16 troopers and lead by one MSP SOR Enforcement coordinator. Each of the initiatives will be comprised of 4 phases including planning and record audits, residence checks, report writing (warrant requests) and arrest sweeps. The time worked in both positions is 100%.

| C. Travel | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Purpose of Travel** *Indicate the purpose of each trip or type of trip (training, advisory group meeting)* | **Location** *Indicate the travel destination.* | **Type of Expense** *Lodging, Meals, Etc.* | **Basis** *Per day, mile, trip, Etc.* | **Computation** *Compute the cost of each type of expense X the number of people traveling.* | | | | | | |
| | | | | Cost | Quantity | # of Staff | # of Trips | Total Cost | Non-Federal Contribution | Federal Request |
| Coordination and execution of state-wide initiatives | Michigan | Lodging | Night | $75.00 | 4 | 4 | 3 | $3,600 | | $3,600 |
| Coordination and execution of state-wide initiatives | Michigan | Meals | Day | $36.00 | 1 | 4 | 3 | $432 | | $432 |
| | | | | | | | **Total(s)** | **$4,032** | **$0** | **$4,032** |

*Narrative*

State-wide post-legal quality assurance initiatives: This funding will provide lodging for four hotel rooms for four personnel during each initiative. Lodging will be purchased at the anticipated price of $75 a night for a total of $900 per initiative ($75 per night/per room). The requested lodging procurement totals $3,600 for three initiatives. Meals will be purchased at the anticipated price of $36 a day ($8.50 for breakfast, $8.50 for lunch, and $19.00 for dinner) for a total of $144 per initiative ($36 per day x 4 personnel). The requested meal procurement totals $432 for three initiatives. The total funding requested for compliance checks and sweeps $4,032.

# Budget Detail - Year 2

Does this budget contain conference costs which is defined broadly to include meetings, retreats, seminars, symposia, and training activities? - Y/N
(DOJ Financial Guide, Section 3.10)

**A. Personnel**

| Name | Position | Computation | | | | |
|---|---|---|---|---|---|---|
| List each name, if known. | List each position, if known. | Show annual salary rate & amount of time devoted to the project for each name/position | | | | |
| | | Salary | Rate | Time Worked (# of hours, days, months, years) | Percentage of Time | Total Cost |
| Brenda Hoffmann | Sergeant overtime | $63.85 | hourly | 250 | 100% | $15,963 |
| TBD - 16 positions | Trooper Overtime | $55.28 | hourly | 300 | 100% | $16,584 |
| | | | | | | $0 |
| | | | | | Total(s) | $32,547 |

**Narrative**

The MSP plans to utilize funding to carry out post-legal quality assurance initiatives, focusing on registrants with out-of-date and/or noncompliant data, rec... registrants that have failed to verify. This funding will support three initiatives a year comprised of 16 troopers and lead by one MSP SOR Enforcement coor... initiatives will be comprised of 4 phases including planning and record audits, residence checks, report writing (warrant requests) and arrest sweeps.

# Budget Detail - Year 3

*Does this budget contain conference costs which is defined broadly to include meetings, retreats, seminars, symposia, and training activities? - Y/N*
[(DOJ Financial Guide, Section 3.10)](#)

**A. Personnel**

| Name | Position | Computation | | | | |
|---|---|---|---|---|---|---|
| *List each name, if known.* | *List each position, if known.* | *Show annual salary rate & amount of time devoted to the project for each name/position* | | | | |
| | | **Salary** | **Rate** | **Time Worked** (# of hours, days, months, years) | **Percentage of Time** | **Total Cost** |
| Brenda Hoffmann | Sergeant overtime | $63.85 | hourly | 240 | 100% | $15,324 |
| TBD - 16 positions | Trooper Overtime | $55.28 | hourly | 295 | 100% | $16,308 |
| | | | | | **Total(s)** | **$31,632** |

**Narrative**

The MSP plans to utilize funding to carry out post-legal quality assurance initiatives, focusing on registrants with out-of-date and/or noncompliant data, rec registrants that have failed to verify. This funding will support three initiatives a year comprised of 16 troopers and lead by one MSP SOR Enforcement coor initiatives will be comprised of 4 phases including planning and record audits, residence checks, report writing (warrant requests) and arrest sweeps.