# Exhibit 115:

## Chart of Registration Offenses, Violations and Penalties [MSP 106-107]



# MICHIGAN SEX OFFENDER REGISTRY
# REGISTRATION OFFENSES AND VIOLATIONS/PENALTIES

| | REGISTRATION OFFENSES FOR ADULT OFFENDERS | | | | | |
| | (INCLUDING A JUVENILE CONVICTED AS AN ADULT) | | | | | |
|---|---|---|---|---|---|---|
| MCL CODE | MCL CODE DESCRIPTION | VICTIM MUST BE A MINOR | VICTIM AGE | TIER LEVEL | DURATION | VERIFICATION FREQUENCY |
| 750.10A | SEXUALLY DELINQUENT PERSON | | | 1* | 15 YEARS | ANNUAL |
| 750.145A | ACCOSTING, ENTICING OR SOLICITING CHILD FOR IMMORAL PURPOSE | | | 2 | 25 YEARS | BI-ANNUAL |
| 750.145B | ACCOSTING, ENTICING OR SOLICITING CHILD FOR IMMORAL PURPOSE; 2ND | | | 2 | 25 YEARS | BI-ANNUAL |
| 750.145C(2) | CHILD SEXUALLY ABUSIVE ACTIVITY – PRODUCING/FINANCING | | | 2 | 25 YEARS | BI-ANNUAL |
| 750.145C(3) | CHILD SEXUALLY ABUSIVE ACTIVITY – DISTRIBUTING/PROMOTING | | | 2 | 25 YEARS | BI-ANNUAL |
| 750.145C(4) | CHILD SEXUALLY ABUSIVE MATERIAL – POSSESSION | | | 1 | 15 YEARS | ANNUAL |
| 750.145D | USE OF INTERNET/COMPUTER SYSTEM; PROHIBITED COMMUNICATION (DOES NOT INCLUDE 750.145D1B OR 750.145D1C) | | | 2 | 25 YEARS | BI-ANNUAL |
| 750.158 | SODOMY[1 & 2] | YES | | 2 | 25 YEARS | BI-ANNUAL |
| 750.335A(2)(B) | AGGRAVATED INDECENT EXPOSURE | YES | | 1 | 15 YEARS | ANNUAL |
| 750.335A(2)(C) | INDECENT EXPOSURE BY A SEXUALLY DELINQUENT PERSON | | | 1* | 15 YEARS | ANNUAL |
| 750.338 | GROSS INDECENCY BETWEEN MALE PERSONS[1 & 2] | YES | UNDER 13 YRS | 3 | LIFETIME | QUARTERLY |
| | | | 13 - 17 YRS | 2 | 25 YEARS | BI-ANNUAL |
| 750.338A | GROSS INDECENCY BETWEEN FEMALE PERSONS[1 & 2] | YES | UNDER 13 YRS | 3 | LIFETIME | QUARTERLY |
| | | | 13 - 17 YRS | 2 | 25 YEARS | BI-ANNUAL |
| 750.338B | GROSS INDECENCY BETWEEN MALE/FEMALE PERSONS[1 & 2] | YES | UNDER 13 YRS | 3 | LIFETIME | QUARTERLY |
| | | | 13 - 17 YRS | 2 | 25 YEARS | BI-ANNUAL |
| 750.349 | KIDNAPPING | YES | | 3 | LIFETIME | QUARTERLY |
| 750.349B | UNLAWFUL IMPRISONMENT | YES | | 1 | 15 YEARS | ANNUAL |
| 750.350 | CHILD KIDNAPPING | | | 3 | LIFETIME | QUARTERLY |
| 750.448 | SOLICITING/ACCOSTING TO COMMIT PROSTITUTION OR IMMORAL ACT | YES | | 2 | 25 YEARS | BI-ANNUAL |
| 750.449A(2) | ENGAGING SERVICES OF PROSTITUTION | | | 1* | 15 YEARS | ANNUAL |
| 750.455 | PANDERING | | | 2 | 25 YEARS | BI-ANNUAL |
| 750.462E(A) | HUMAN TRAFFICKING – RECRUITING MINOR | | | 2 | 25 YEARS | BI-ANNUAL |
| 750.520B | CRIMINAL SEXUAL CONDUCT 1ST DEGREE[1] | | | 3 | LIFETIME | QUARTERLY |
| 750.520C | CRIMINAL SEXUAL CONDUCT 2ND DEGREE | | UNDER 13 YRS | 3 | LIFETIME | QUARTERLY |
| | | | 13 – 17 YRS | 2 | 25 YEARS | BI-ANNUAL |
| | | | ADULT | 2 | 25 YEARS | BI-ANNUAL |
| 750.520D | CRIMINAL SEXUAL CONDUCT 3RD DEGREE[1] | | | 3 | LIFETIME | QUARTERLY |
| 750.520E | CRIMINAL SEXUAL CONDUCT 4TH DEGREE | | UNDER 13 YRS | 3 | LIFETIME | QUARTERLY |
| | | | 13 - 17 YRS | 2 | 25 YEARS | BI-ANNUAL |
| | | | ADULT | 1* | 15 YEARS | ANNUAL |
| 750.520G(1) | ASSAULT WITH INTENT TO COMMIT CSC INVOLVING SEX PENETRATION[1] | | | 3 | LIFETIME | QUARTERLY |
| 750.520G(2) | ASSAULT WITH INTENT TO COMMIT CSC IN THE SECOND DEGREE | | UNDER 13 YRS | 3 | LIFETIME | QUARTERLY |
| | | | 13 - 17 YRS | 2 | 25 YEARS | BI-ANNUAL |
| | | | ADULT | 1* | 15 YEARS | ANNUAL |
| 750.539J | SURVEILLING OR DISTRIBUTION OF IMAGE OF AN UNCLOTHED PERSON | YES | | 1 | 15 YEARS | ANNUAL |
| | ANY OTHER VIOLATION OF THIS STATE OR A LOCAL ORDINANCE OF A MUNICIPALITY THAT BY ITS NATURE CONSTITUTES A SEXUAL OFFENSE AGAINST A MINOR VICTIM | YES | | 1* | 15 YEARS | ANNUAL |

Does v Whitmer
Case No. 22-cv-10209
*THESE OFFENSES ARE NOT DISPLAYED ON THE PUBLIC WEBSITE IF CONVICTED OF A SINGLE TIER I OFFENSE

MSP-000106
Dec 16, 2022
LAW ENFORCEMENT USE ONLY

| MCL CODE | MCL CODE DESCRIPTION | VICTIM MUST BE A MINOR | VICTIM AGE | TIER LEVEL | DURATION | VERIFICATION FREQUENCY |
|---|---|---|---|---|---|---|
| | AN OFFENSE SUBSTANTIALLY SIMILAR TO A TIER ONE OFFENSE UNDER A LAW OF THE UNITED STATES, ANY STATE, ANY COUNTRY, OR UNDER TRIBAL LAW OR MILITARY LAW | | | 1 | 15 YEARS | ANNUAL |
| | AN OFFENSE SUBSTANTIALLY SIMILAR TO A TIER TWO OFFENSE UNDER A LAW OF THE UNITED STATES, ANY STATE, ANY COUNTRY, OR UNDER TRIBAL LAW OR MILITARY LAW | | | 2 | 25 YEARS | BI-ANNUAL |
| | AN OFFENSE SUBSTANTIALLY SIMILAR TO A TIER THREE OFFENSE UNDER A LAW OF THE UNITED STATES, ANY STATE, ANY COUNTRY, OR UNDER TRIBAL LAW OR MILITARY LAW | | | 3 | LIFETIME | QUARTERLY |

**REGISTRATION OFFENSES FOR JUVENILE OFFENDERS**
(AGED 14 OR OLDER AT THE TIME OF THE OFFENSE)

| MCL CODE | MCL CODE DESCRIPTION | VICTIM MUST BE A MINOR | VICTIM AGE | TIER LEVEL | DURATION | VERIFICATION FREQUENCY |
|---|---|---|---|---|---|---|
| 750.338 | GROSS INDECENCY BETWEEN MALE PERSONS[1 & 2] | YES | UNDER 13 YRS | 3* | LIFETIME | QUARTERLY |
| 750.338A | GROSS INDECENCY BETWEEN FEMALE PERSONS[1 & 2] | YES | UNDER 13 YRS | 3* | LIFETIME | QUARTERLY |
| 750.338B | GROSS INDECENCY BETWEEN MALE/FEMALE PERSONS[1 & 2] | YES | UNDER 13 YRS | 3* | LIFETIME | QUARTERLY |
| 750.349 | KIDNAPPING | YES | | 3* | LIFETIME | QUARTERLY |
| 750.350 | CHILD KIDNAPPING | | | 3* | LIFETIME | QUARTERLY |
| 750.520B | CRIMINAL SEXUAL CONDUCT 1ST DEGREE[1] | | | 3* | LIFETIME | QUARTERLY |
| 750.520C | CRIMINAL SEXUAL CONDUCT 2ND DEGREE | | UNDER 13 YRS | 3* | LIFETIME | QUARTERLY |
| 750.520D | CRIMINAL SEXUAL CONDUCT 3RD DEGREE[1] | | | 3* | LIFETIME | QUARTERLY |
| 750.520G(1) | ASSAULT WITH INTENT TO COMMIT CSC INVOLVING SEX PENETRATION[1] | | | 3* | LIFETIME | QUARTERLY |
| 750.520G(2) | ASSAULT WITH INTENT TO COMMIT CSC IN THE SECOND DEGREE | | UNDER 13 YRS | 3* | LIFETIME | QUARTERLY |
| | AN OFFENSE SUBSTANTIALLY SIMILAR TO A TIER THREE OFFENSE UNDER A LAW OF THE UNITED STATES, ANY STATE, ANY COUNTRY, OR UNDER TRIBAL LAW OR MILITARY LAW | | | 3* | LIFETIME | QUARTERLY |

[1] EXCLUDES CONSENSUAL SEXUAL ACTS BETWEEN A VICTIM 13 – 16 YRS OF AGE AND AN OFFENDER NOT MORE THAN 4 YRS OLDER THAN THE VICTIM.
[2] EXCLUDES CONSENSUAL SEXUAL ACTS BETWEEN A VICTIM 16 OR 17 YRS OF AGE AND AN OFFENDER WHO HAS NO CUSTODIAL AUTHORITY OVER THE VICTIM.       *THESE JUVENILE OFFENSES ARE NOT DISPLAYED ON THE PUBLIC WEBSITE.

**VIOLATIONS AND PENALTIES**

| REGISTRY VIOLATION | MCL CODE REGISTRY | MCL CODE VIOLATION | ARREST CODE | PENALTY |
|---|---|---|---|---|
| FAIL TO VERIFY | 28.725A(3) | 28.729(2) | 5090 | IMPRISONMENT UP TO 2 YRS OR FINE OF NOT MORE THAN $2,000, OR BOTH. |
| FAIL TO REGISTER | 28.723 | 28.729(1) | 5089 | 1ST - IMPRISONMENT UP TO 4 YRS OR FINE OF NOT MORE THAN $2,000, OR BOTH. 2ND - IMPRISONMENT UP TO 7 YRS OR FINE OF NOT MORE THAN $4,000, OR BOTH. 3RD OR SUBSEQUENT - IMPRISONMENT UP TO 10 YRS OR FINE OF NOT MORE THAN $10,000, OR BOTH. |
| FAIL TO COMPLY WITH SOR ACT FAIL TO REPORT CAMPUS FAIL TO REPORT EMPLOYMENT FAIL TO REPORT VEHICLE FAIL TO REPORT NAME CHANGE FAIL TO REPORT ADDRESS CHANGE FAIL TO REPORT E-MAIL /INTERNET | 28.725(1) | 28.729(1) | 5089 | |
| PROVIDING FALSE INFORMATION TO REGISTERING OFFICIAL | 28.727(6) | 28.729(1) | 5089 | |
| FAIL TO PAY FEE | 28.725A(6) | 28.729(4) | 5090 | IMPRISONMENT UP TO 90 DAYS. |
| FAIL TO MAINTAIN ID | 28.725A(7) | 28.729(2) | 5090 | IMPRISONMENT UP TO 2 YRS OR FINE OF NOT MORE THAN $2,000, OR BOTH. |
| FAIL TO SIGN FORMS | 28.727(4) | 28.729(3) | 5091 | IMPRISONMENT UP TO 93 DAYS OR FINE OF NOT MORE THAN $1,000, OR BOTH. |

Updated: 6/24/2021                                                                                                                                                                                                      LAW ENFORCEMENT USE ONLY