# Exhibit 116:

Grant Report [MSP 1674-1679]

**U.S. Department of Justice**
Office of Justice Programs
*Office of Sex Offender Sentencing, Monitoring, Apprehending, Registering, and Tracking (SMART)*



## ADAM WALSH ACT IMPLEMENTATION GRANT PROGRAM
## PROGRESS REPORT GUIDANCE AND INSTRUCTIONS

**GMS Submission:** The format below is to be used for all semi-annual progress reports. Grantee must complete all Progress Report fields in GMS and must type text in the "Narratives" section. Grantee can type in a brief paragraph summary of the award's project goals and/or objectives or simply enter "See attachment." GMS requires that text be inserted in the "Narratives" box in order for the report to be considered complete. However, the actual narrative is to be uploaded as an attachment (just as you do for the grant application submission) following the format below. In the "Attachments" section, please upload a narrative of no more than 6-8 pages that includes the following information for each AWA grant (*Note: Progress reports can be used for more than one active award as long as the project goals and/or objectives remain the same for the program*):

| 1. Grantee Name:<br>Michigan State Police (MSP) | 2. Grant Number:<br>2020-AW-BX-0033 |
|---|---|
| 3. Reporting Period:<br>July 1, 2022 – December 31, 2022 | 4. Grant Amount:<br>$398,712.00 |

| Report Completed By:<br>Karis Mayer | Name:<br>Narcisa Morris | Title:<br>Unit Manager |
|---|---|---|
| Phone Number: | Email: | Date:<br>January 30, 2023 |

### 1. STATUS OF GOALS AND OBJECTIVES
List all goals and objectives, if applicable, and discuss the status of each. Please follow the format below.

| Goal 1:<br>Retain our limited-term Departmental Technician to provide support to the unit and its analysts. | Objective 1:<br>To assist in meeting SORNA compliance by completing second-party checks, perform tracking and monitoring of offenders relocating to and from Michigan. |
|---|---|

**Has Objective 1 been achieved? If not, please explain.**
Partly.

> **Commented [AA(1)]:** Objective 1 was partially achieved, is an explanation required?
>
> **Commented [MK(2R1)]:** Per Narcisa, the explanation is in the next two categories.

**Describe activities for the period of this report:**
The limited-term Departmental Technician completed 199 second-party checks. Also, tracked and monitored 14 offenders' relocating to and from Michigan.

**Success and Challenges:**
**Challenges:** The limited-term Departmental Technician position has a high rate of turnover. As a result, we had to fill this position during this grant period.
**Percentage of Completion:** 60%
**Is training and technical assistance needed from the SMART Office?** No.

Does v Whitmer
Case No. 22-cv-10209
RTP#12

MSP-0001674
Feb 24, 2023

| Goal 1:<br>Retain our limited-term Departmental Technician to provide support to the unit and its analysts. | Objective 2:<br>Perform first-level customer service by answering the helpdesk phone line, and addressing electronic communication received in our public Sex Offender Registry (SOR) email box. |
|---|---|
| **Has Objective 2 been achieved?** If not, please explain.<br>Partly. *[Commented [AA(3)]: Same with Goal 1, Objective 2.]* ||
| **Describe activities for the period of this report:**<br>The limited-term Departmental Technician position monitors and responds to the SOR email inbox daily. The technician replies to inquiries for information and assistance requests from the public, courts, and Michigan Department of Corrections; as well as law enforcement agencies both in and out of state. In addition, the technician is required to work our SOR helpdesk phone line, five days a week from 8 a.m. to 5 p.m. ||
| **Success and Challenges:**<br>**Challenges:** The limited-term Departmental Technician position has a high rate of turnover. As a result, we had to fill this position during this grant period. ||
| **Percentage of Completion:** 60% ||
| **Is training and technical assistance needed from the SMART Office?** No. ||

| Goal 2:<br>Retain our limited-term Departmental Technician to complete monthly quality control projects to increase data accuracy of SOR Records. | Objective 1:<br>Complete a minimum of one quality control project a month. |
|---|---|

*Commented [SS4]: This is not the same text for Goal 1 as above. Shouldn t it be what was in the grant agreement?*
*Commented [MN(5R4)]: It should be what is in the grant agreement, it should say Goal 2 objective 1.*

| **Has Objective 1 been achieved?** If not, please explain.<br>Partly. *[Commented [AA(6)]: Same with Goal 2, Objective 1.]* ||
|---|---|
| **Describe activities for the period of this report:**<br>Record review, updating, and activating incoming offender records is the main priority and most critical task, and is the largest ongoing project. Two other projects were completed during the review period. The two additional projects are missing offenses (100) and missing counts (31). ||
| **Success and Challenges:**<br>**Challenges:** The limited-term Departmental Technician position has a high rate of turnover. ||
| **Percentage of Completion:** 60% ||
| **Is training and technical assistance needed from the SMART Office?** No. ||

| Goal 3:<br>Enhance SORNA compliance, for post April 12, 2011 registrants, by executing statewide initiatives. Concentrating on locating absconders, registrants that have failed to verify, and general noncompliant registrants. | Objective 1:<br>Establish a minimum of two initiatives made up of multiple member teams comprised of MSP enforcement, local law enforcement, and a SOR analyst. Execute non-compliant checks and investigations. |
|---|---|
| **Has Objective 1 been achieved?** If not, please explain.<br>Partly. *[Commented [AA(7)]: Same with Goal 3, Objective 1.]* ||

Does v Whitmer
Case No. 22-cv-10209
RTP#12

MSP-0001675
Feb 24, 2023

| | |
|---|---|
| **Describe activities for the period of this report:**<br>Due to ongoing legal proceedings and injunction order, the objective has been limited during the review period. However, 151 registrants have been reviewed due to their whereabouts having been unknown. As a result of the initiative, 51 registrants were located and brought back to compliance, found deceased, or located. Our second initiative was to address registrants that were in a county jail for more than a year. In the review, 235 registrants were assessed. Of these, 160 were in a jail facility and 75 registrants were found to have been released and not updated in the state registry system. The 75 released registrants were updated with their last known address or current location found and updated in the state registry system. | |
| **Success and Challenges:**<br>**Challenges:** Legal holds while awaiting legal outcomes and with the pandemic pausing face to face contact with registrants due to nationwide COVID pandemic has posed significant challenges in executing any in-person statewide initiatives. | |
| **Percentage of Completion: 20%** | |
| **Is training and technical assistance needed from the SMART Office?** No. | |

| Goal 4:<br>Enhance registrant document processing times and form accessibility by statewide users. | Objective 1:<br>Secure 10 wireless signature pads, disseminate to states largest paper contributors, and train on their use. |
|---|---|

| | |
|---|---|
| **Has Objective 1 been achieved?** If not, please explain.<br>Partly. | *Commented [AA(8)]: Same with Goal 4, Objective 1.* |
| **Describe activities for the period of this report:**<br>We have initiated meetings with the supplier, and have begun incorporating programming in the state registry system for compatibility of wireless signature pads. Our plan is to have executed purchases within the next progress report period. | |
| **Success and Challenges:**<br>**Challenges:** Device dimensions that work with the openings of law enforcement ballistic glass protection established within individual agencies. Additionally, the vendor is working with the signature pad supplier regarding Bluetooth connectivity issues. | |
| **Percentage of Completion: 5%** | |
| **Is training and technical assistance needed from the SMART Office?** No. | |

| Goal 4:<br>Enhance registrant document processing times and form accessibility by statewide users. | Objective 2:<br>Secure 10 identification scanners, disseminate to states top largest offender population, and train on their use. |
|---|---|

| |
|---|
| **Has Objective 2 been achieved?** If not, please explain.<br>No. This item has been cancelled due to the State of Michigan no longer having bar code strips on the back of Michigan driver's licenses and identification cards. We will work to submit a grant modification for this objective. |
| **Describe activities for the period of this report:**<br>N/A |
| **Success and Challenges:** N/A |
| **Percentage of Completion: 0%** |
| **Is training and technical assistance needed from the SMART Office?** No. |

| Goal 5: <br>Provide continued training. | Objective 1: <br>Send select staff members to basic and next level Microsoft Excel training. |
|---|---|
| **Has Objective 1 been achieved?** If not, please explain. <br>Yes. ||
| **Describe activities for the period of this report:** <br>Three Departmental Technicians have completed basic and next level Excel training during the months of July and August. ||
| **Success and Challenges:** <br>**Challenges:** Overall, training across the country was limited during times of the nationwide pandemic but is getting back up and running. In addition, many training organizations no longer offer in person training or are limited to specific geographical areas. ||
| **Percentage of Completion:** 100% ||
| **Is training and technical assistance needed from the SMART Office?** No. ||

> **Commented [AA(9)]:** When referring to "three staff members" are they looking for which specific positions within SOR?

2. **AWARD BALANCES**
Current unobligated balance for active AWA award(s)? $303,731.03

For the award identified above, outline the most current balance by category based upon the approved budget as provided in your award package on the Financial Clearance or as approved via a Budget Modification Grant Adjustment Notice. If you do not have a copy of the Financial Clearance, please contact your assigned Program Manager.

| CATEGORY | APPROVED BUDGET | AMOUNT USED | REMAINING BALANCE |
|---|---|---|---|
| Personnel | $199,529.00 | $51,728.87 | $147,800.13 |
| Fringe | $152,664.00 | $35,432.04 | $117,231.96 |
| Travel | $3,039.00 | $0 | $3,039.00 |
| Equipment | $11,074.00 | $0 | $11,074.00 |
| Supplies | $0 | $0 | $0 |
| Contracts/Consultants | $0 | $0 | $0 |
| Other | $0 | $0 | $0 |
| Indirect Costs | $32,406.00 | $7,820.06 | $24,585.94 |

3. **FUTURE PLANS**
Describe future plans for the next quarter as related to the grant project. If you must modify the grant objectives, explain why and how your modification fulfills the grant requirements. If applicable, state your plans and financial needs to continue the project or enlarge upon it during the next round of grant funding.

The future plans for the next quarter will be to make significant progress in completing our grant initiatives and objectives. As we continue to commit ourselves to the integrity and accuracy of our registry records, we will focus on utilizing the additional resources obtained through this grant for the tracking and monitoring of offenders and the data within our registry records; and we look to support our efforts through the use of various innovative methods that will provide efficiency and overall improved performance.

Does v Whitmer <br>Case No. 22-cv-10209 <br>RTP#12

MSP-0001677 <br>Feb 24, 2023

**4. DATA REQUIRED FOR PERFORMANCE MEASURES**

List and provide detailed information of performance measures as it relates to the grant project.  Please note that performance measures can change per year and some projects may need to report on more than the two performance metrics listed below.  This data can be submitted via GMS under the *Performance Metrics* link to the progress report.  *(Data is required under the Government Performance and Results Act (GPRA), Public Law 103-62).*

    All grantees must report on:

1. Number of documented SORNA 21-day advance notifications of international travel by registrants during the current reporting period.

   There were 30 NSOTC Notice of International Travel documents created between July 2022 and December 2022.

2. Number of violations of SORNA 21-day advance notifications of international travel by registrants.

   N/A.  We currently do not capture SORNA 21-day violations in our system.

3. Number of jurisdiction personnel trained on SORNA compliance/implementation during the reporting period.

   2

4. Number of records/data electronically accessible during the beginning of each month of the reporting period.

   The number of electronic records within our system by the first of each month:

   July            43,461
   August          43,575
   September   43,723
   October        43,863
   November    43,996
   December    44,105

5. Number of updated sex offender registration records electronically transmitted (intra- and inter-jurisdictionally) through the SORNA Exchange Portal during each month of the reporting period.

   July            91
   August         87
   September   73
   October        64
   November    80
   December    69

Does v Whitmer
Case No. 22-cv-10209
RTP#12

MSP-0001678
Feb 24, 2023

6. Number of records/data (including sex offender case files; sex offender registration information; finger/palm print cards; DNA) captured and/or automated during the reporting period.

   July       8,219
   August     8,255
   September  7,812
   October    7,912
   November   7,935
   December   8,022

7. Number of information exchanges between state/tribal/territory sex offender registration agencies and other SORNA jurisdictions or federal, state, or local agencies, by type, through the SORNA Exchange Portal.

   July       91
   August     87
   September  73
   October    64
   November   80
   December   69

6