# Exhibit 117:

## Notification of International Travel of Sex Offender Form [MSP 308-309]



UNITED STATES MARSHALS SERVICE
**NSOTC**
NATIONAL SEX OFFENDER TARGETING CENTER

Date Submitted: _____

## *Notification of International Travel of Sex Offender*

### Subject Information

| | | |
|---|---|---|
| Last Name: _____ | First Name: _____ | Middle Name: _____ |

Aliases (if any): _____

Date of Birth: _____    Sex: _____    FBI # (internal use only): _____

Citizenship: _____

Passport#: _____    Country of Issuance: _____

### Travel Information

Purpose of Travel: _____    Means of Travel: _____

Date Departing U.S.: _____    Departure Location: _____

Date Returning to U.S.: _____    Arrival Location.: _____

Destination Country: _____    Address: _____

### Criminal Record

Date(s) of Conviction: _____    City and State or Jurisdiction of Conviction: _____

Sex Offense(s) of which Convicted: _____

Victim information: Age/gender/relationship: _____

Jurisdiction(s) of Current Registry: _____

### Other

Contact information in Destination Country: _____

Other information, (i.e. itinerary; visa information; explain "other" responses above): _____

### Submitter's Information (internal use only)

Name: _____    Agency: _____

Phone #: _____    E-mail: _____

[Print Form]    [Reset Form]    Please send to IOD.NSOTC@usdoj.gov    [E-Mail]
With Subject : Sex Offender Travel Notification

V1.0 (Feb 2012)

Does v Whitmer
Case No. 22-cv-10209

MSP-0000308
Dec 16, 2022

Instructions and Clarifications for the
Notification of International Travel of Sex Offender Form

**Note: All blocks with drop-down menus also allow text entry. If the answer you need is not in the drop-down menu, please type in the correct information. If you choose "Other" please provide that information in the "Other Information" box**

- Aliases - should include nicknames, aliases, maiden or married names, tribal and ethnic names by which they are commonly known (as opposed to sacred), pseudonyms

- Date of Birth - Actual DOB. Any "additional" dates of birth should be included in "Other Information"

- FBI # - if available. This is for U.S. law enforcement purposes only, for example, to better identify the offender in NCIC, and will not be sent internationally.

- Citizenship - country or countries of citizenship

- Passport # - also can be used for Passport cards

- Purpose of Travel - drop-down menu includes Business, Vacation, Military, Relocation, Deportation, and Other. Like all drop-down menus, you can type additional options.

- Means of Travel - drop-down menu includes Air, Bus, Car, Ship, Train, and Other. Like all drop-down menus, you can type additional options.

- Departure Location - If from a specific airport, port, or bus or train station, please specify, with city and state, otherwise city and state.

- Date Returning to U.S. - when known

- Arrival Location - Upon returning to U.S., if to a specific airport, port, or bus or train station, please specify, with city and state, otherwise city and state.

- Address - If available, within destination country. Please be as specific as possible. If you need more space, use the "Other Information" box.

- Date(s) of Conviction: Only include convictions for which the offender needs to register

- City and State or Jurisdiction of Conviction: Includes state, local, tribal, territorial, foreign, federal, military, and any other courts of conviction.

- Sex Offense(s) of which Convicted: Include crime name rather than just the code number (e.g., Sexual Abuse rather than 18 U.S.C. §2242)

- Victim Information: when available, please include age

- Jurisdiction(s) of Current Registry: If multiple (residence, employment, school) please include all

- Contact information in Destination Country - phone numbers, email address, geographic address

- Other information - any specifics about itinerary (airline & flight number, ship name, date/times of arrival and departure, multiple stops or layovers); visa information; explanations for any "other" responses in drop-down menus; anything that needed more space than the above boxes allowed

- Submitter's information - for internal use only if the U.S. Marshals or INTERPOL (US) needs more information, and will not be sent internationally

Does v Whitmer
Case No. 22-cv-10209
Dec. 16, 2022

MSP-0000309
V1.0 (Feb 2012)