# Exhibit 119:

## Michigan Crime Codes for Registration [MSP 718-721]

| CRIME CODE | CRIME DESCRIPTION | TIER LEVEL | REQUIRES A VICTIM AGE TO DETERMINE TIER LEVEL | VICTIM MUST BE A MINOR TO REQUIRE REGISTRATION | ADJUDICATED JUVENILE REQUIRED TO REGISTER FOR THIS OFFENSE? | OFFENSE ADDED DATE | ADULT PUBLISHABLE | COMMENTS/HISTORICAL INFORMATION |
|---|---|---|---|---|---|---|---|---|
| 750.10A | SEXUALLY DELINQUENT PERSON | 1 | NO | NO | NO | 10/1/1995 | NO, unless more than 1 count | |
| 750.145A | CHILDREN - ACCOSTING FOR IMMORAL PURPOSES | 2 | NO | YES | NO | 10/1/1995 | YES | This offense was originally considered a misdemeanor and on 6/1/2002, it became a felony and an "A" was added to the end of the crime code (750.145A-A). |
| 750.145A-A | CHILDREN - ACCOSTING FOR IMMORAL PURPOSES | 2 | NO | YES | NO | 6/1/2002 | YES | "Children - Accosting for Immoral Purposes" became a felony on 6/1/2002. |
| 750.145B | CHILDREN - ACCOSTING FOR IMMORAL PURPOSES 2ND OFFENSE | 2 | NO | YES | NO | 10/1/1995 | YES | This offense was originally considered a misdemeanor and on 6/1/2002, it became a felony and an "A" was added to the end of the crime code (750.145B-A). |
| 750.145B-A | CHILDREN - ACCOSTING FOR IMMORAL PURPOSES - SECOND OR SUBSEQUENT OFFENSE NOTICE | 2 | NO | YES | NO | 10/1/1995 | YES | "Children - Accosting for Immoral Purposes - Second or Subsequent Offense Notice" became a felony on 6/1/2002. |
| 750.145C2 | CHILD SEXUALLY ABUSIVE ACTIVITY - PRODUCING OR FINANCING | 2 | NO | YES | NO | 10/1/1995 | YES | This offense originally required a 25 year duration. On 9/1/1999, it changed to lifetime. On 7/1/2011, it changed back to 25 years. |
| 750.145C2B | CHILD SEXUALLY ABUSIVE ACTIVITY - AGGRAVATED | 2 | NO | YES | NO | 1/1/2020 | YES | This crime code went into effect in January of 2020. |
| 750.145C3 | CHILD SEXUALLY ABUSIVE ACTIVITY - DISTRIBUTING OR PROMOTING | 2 | NO | YES | NO | 10/1/1995 | YES | This offense originally required a 25 year duration. On 9/1/1999, it changed to lifetime. On 7/1/2011, it changed back to 25 years. |
| 750.145C3B | CHILD SEXUALLY ABUSIVE ACTIVITY - AGGRAVATED DISTRIBUTING OR PROMOTING | 2 | NO | YES | NO | 1/1/2020 | YES | This crime code went into effect in January of 2020. |
| 750.145C4 | CHILD SEXUALLY ABUSIVE MATERIAL - POSSESSION | 1 | NO | YES | NO | 10/1/1995 | YES | This offense was originally considered a misdemeanor and on 4/1/2003, it became a felony and an "A" was added to the end of the crime code (750.145C4-A). |
| 750.145C4-A | CHILD SEXUALLY ABUSIVE MATERIAL - POSSESSION | 1 | NO | YES | NO | 4/1/2003 | YES | "Child Sexually Abusive Material - Possession" became a felony on 4/1/2003. |
| 750.145C4-A1 | CHILD SEXUALLY ABUSIVE MATERIAL - AGGRAVATED POSSESSION | 1 | NO | YES | NO | 1/1/2020 | YES | This crime code went into effect in January of 2020. |
| 750.145D2 | COMP. TALK W/ANOT COMMIT PROSCRIBED CONDUCT | 2 | NO | NO | NO | 7/1/2011 | YES | 750.145D1A requires registration. 750.145D1B and D1C do not require registration. The court convicts based on the violation (750.145D2A through 750.145D2F). |
| 750.145D2A | COMPUTER-NET - COMM./TO DO CRIME - MAX < 1 YR | 2 | NO | NO | NO | 7/1/2011 | YES | This is the violation for 750.145D1A. |
| 750.145D2B | COMP. - NET - COMM./TO DO CRIME - MAX 1 YR - < 2 YRS | 2 | NO | NO | NO | 7/1/2011 | YES | This is the violation for 750.145D1A. |
| 750.145D2C | COMP-NET-COMM./TO DO CRIME - MAX > 2 YRS < 4 YRS | 2 | NO | NO | NO | 7/1/2011 | YES | This is the violation for 750.145D1A. |
| 750.145D2D | COMP-NET-COMM/TO DO CRIME - MAX > 4YRS < 10 YRS | 2 | NO | NO | NO | 7/1/2011 | YES | This is the violation for 750.145D1A. |
| 750.145D2E | COMP-NET-COMM / TO DO CRIME - MAX 10 YRS < 15 YRS | 2 | NO | NO | NO | 7/1/2011 | YES | This is the violation for 750.145D1A. |
| 750.145D2F | COMP - NET - COMM / TO DO CRIME - MAX 15 YRS/LIFE | 2 | NO | NO | NO | 7/1/2011 | YES | This is the violation for 750.145D1A. |
| 750.158 | SODOMY | 2 | NO | YES | NO | 9/1/1999 | YES | This offense was newly added to the registry on 9/1/1999. The offense does not require registration if the victim was an animal. |
| 750.158-A | SODOMY BY SEXUALLY DELINQUENT PERSON | 2 | NO | YES | NO | 9/1/1999 | YES | This offense was newly added to the registry on 9/1/1999. The offense does not require registration if the victim was an animal. |
| 750.335A2B | AGGRAVATED INDECENT EXPOSURE | 1 | NO | YES | NO | 10/1/1995 | YES - unless ordered to register for 1 count with adult victim (9999 Offense Not Listed) | Prior to 7/1/2011, this offense only required registration if the offender had a subsequent Indecent Exposure conviction and the victim did not need to be a minor. On 7/1/2011, it changed to only needing one conviction of 750.335A2B and the victim must be a minor. |
| 750.335A2C | INDECENT EXPOSURE BY SEXUALLY DELINQUENT PERSON | 1 | NO | NO | NO | 10/1/1995 | NO, unless more than 1 count | 750.335A2C is not listed in 28.722 but the requirement to register can be found in 28.722(s)(viii). |
| 750.338 | GROSS INDECENCY BETWEEN MALES - COMMITTING/PROCURING | 2,3 | YES | YES | YES - if victim is under 13 | 9/1/1999 | YES | This offense was newly added to the registry on 9/1/1999. The offense did not require registration for adjudicated juveniles prior to 7/1/2011. On 7/1/2011, adjudicated juveniles must register for this offense if their victim is under 13. |

| CRIME CODE | CRIME DESCRIPTION | TIER LEVEL | REQUIRES A VICTIM AGE TO DETERMINE TIER LEVEL | VICTIM MUST BE A MINOR TO REQUIRE REGISTRATION | ADJUDICATED JUVENILE REQUIRED TO REGISTER FOR THIS OFFENSE? | OFFENSE ADDED DATE | ADULT PUBLISHABLE | COMMENTS/HISTORICAL INFORMATION |
|---|---|---|---|---|---|---|---|---|
| 750.338A | GROSS INDECENCY BETWEEN FEMALES - COMMITTING/PROCURING | 2,3 | YES | YES | YES - if victim is under 13 | 9/1/1999 | YES | This offense was newly added to the registry on 9/1/1999. The offense did not require registration for adjudicated juveniles prior to 7/1/2011. On 7/1/2011, adjudicated juveniles must register for this offense if their victim is under 13. |
| 750.338B | GROSS INDECENCY BETWEEN MALE AND FEMALE - COMMITTING/PROCURING | 2,3 | YES | YES | YES - if victim is under 13 | 9/1/1999 | YES | This offense was newly added to the registry on 9/1/1999. The offense did not require registration for adjudicated juveniles prior to 7/1/2011. On 7/1/2011, adjudicated |
| 750.349 | KIDNAPPING | 3 | NO | YES | YES | 9/1/1999 | YES | This offense was newly added to the registry on 9/1/1999 and required lifetime registration. |
| 750.349B | UNLAWFUL IMPRISONMENT | 1 | NO | YES | NO | 7/1/2011 | YES | This offense was newly added to the registry on 7/1/2011. |
| 750.350 | KIDNAPPING CHILD ENTICEMENT | 3 | NO | YES | YES | 9/1/1999 | YES | This offense was newly added to the registry on 9/1/1999 and required lifetime registration. |
| 750.448 | PROSTITUTION - ACCOSTING & SOLICITING | 2 | NO | YES | NO | 9/1/1999 | YES | This offense was newly added to the registry on 9/1/1999. |
| 750.449A(2) | ENGAGING SERVICES OF PROSTITUTION | 1 | NO | NO | NO | 1/14/2015 | NO, Unless more than 1 count | This offense was newly added to the registry on 1/14/2015. |
| 750.455 | PROSTITUTION/PANDERING | 2 | NO | NO | NO | 10/1/1995 | YES | |
| 750.462E(A) | HUMAN TRAFFICKING - RECRUITING MINOR | 2 | NO | YES | NO | 1/14/2015 | YES | This offense was newly added to the registry on 1/14/2015. |
| 750.520B | CRIMINAL SEXUAL CONDUCT - FIRST DEGREE (Multiple Variables) | 3 | NO | NO | YES | 10/1/1995 | YES | This offense was changed to lifetime registration on 9/1/1999. |
| 750.520B1A | CRIMINAL SEXUAL CONDUCT - FIRST DEGREE (Person Under Thirteen) | 3 | NO | YES | YES | 10/1/1995 | YES | This offense was changed to lifetime registration on 9/1/1999. |
| 750.520B1B | CRIMINAL SEXUAL CONDUCT - FIRST DEGREE (Relationship) | 3 | NO | NO | YES | 10/1/1995 | YES | This offense was changed to lifetime registration on 9/1/1999. |
| 750.520B1C | CRIMINAL SEXUAL CONDUCT - FIRST DEGREE (During Felony) | 3 | NO | NO | YES | 10/1/1995 | YES | This offense was changed to lifetime registration on 9/1/1999. |
| 750.520B1D | CRIMINAL SEXUAL CONDUCT - FIRST DEGREE (Accomplices) | 3 | NO | NO | YES | 10/1/1995 | YES | This offense was changed to lifetime registration on 9/1/1999. |
| 750.520B1E | CRIMINAL SEXUAL CONDUCT - FIRST DEGREE (Weapon Used) | 3 | NO | NO | YES | 10/1/1995 | YES | This offense was changed to lifetime registration on 9/1/1999. |
| 750.520B1F | CRIMINAL SEXUAL CONDUCT - FIRST DEGREE (Personal Injury) | 3 | NO | NO | YES | 10/1/1995 | YES | This offense was changed to lifetime registration on 9/1/1999. |
| 750.520B1G | CRIMINAL SEXUAL CONDUCT - FIRST DEGREE (Injury To Incapacitated Victim) | 3 | NO | NO | YES | 10/1/1995 | YES | This offense was changed to lifetime registration on 9/1/1999. |
| 750.520B1H | CRIMINAL SEXUAL CONDUCT - FIRST DEGREE (Mentally Disabled - Relationship) | 3 | NO | NO | YES | 10/1/1995 | YES | This offense was changed to lifetime registration on 9/1/1999. |
| 750.520B2B | CRIMINAL SEXUAL CONDUCT - FIRST DEGREE (Person Under Thirteen, Defendant 17 years of age or older) | 3 | NO | YES | YES | 10/1/1995 | YES | This offense was changed to lifetime registration on 9/1/1999. |
| 750.520B2C | CRIMINAL SEXUAL CONDUCT - FIRST DEGREE (Person Under Thirteen, Defendant 17 years of age or older) SECOND OFFENSE NOTICE | 3 | NO | YES | YES | 10/1/1995 | YES | This offense was changed to lifetime registration on 9/1/1999. |
| 750.520C | CRIMINAL SEXUAL CONDUCT - SECOND DEGREE (Multiple Variables) | 2,3 | YES | NO | YES - if victim is under 13 | 10/1/1995 | YES | This offense originally required registration for 25 years. On 7/1/2011, the duration was based on victim age. |
| 750.520C1A | CRIMINAL SEXUAL CONDUCT - SECOND DEGREE (Person Under Thirteen) | 3 | NO | YES | YES | 10/1/1995 | YES | This offense was changed to lifetime registration on 9/1/1999. |
| 750.520C1B | CRIMINAL SEXUAL CONDUCT - SECOND DEGREE (Relationship) | 2,3 | YES | NO | YES - if victim is under 13 | 10/1/1995 | YES | This offense originally required registration for 25 years. On 7/1/2011, the duration was based on victim age. |
| 750.520C1C | CRIMINAL SEXUAL CONDUCT - SECOND DEGREE (During Felony) | 2,3 | YES | NO | YES - if victim is under 13 | 10/1/1995 | YES | This offense originally required registration for 25 years. On 7/1/2011, the duration was based on victim age. |
| 750.520C1D | CRIMINAL SEXUAL CONDUCT - SECOND DEGREE (Accomplices) | 2,3 | YES | NO | YES - if victim is under 13 | 10/1/1995 | YES | This offense originally required registration for 25 years. On 7/1/2011, the duration was based on victim age. |
| 750.520C1E | CRIMINAL SEXUAL CONDUCT - SECOND DEGREE (Weapon Used) | 2,3 | YES | NO | YES - if victim is under 13 | 10/1/1995 | YES | This offense originally required registration for 25 years. On 7/1/2011, the duration was based on victim age. |
| 750.520C1F | CRIMINAL SEXUAL CONDUCT - SECOND DEGREE (Personal Injury) | 2,3 | YES | NO | YES - if victim is under 13 | 10/1/1995 | YES | This offense originally required registration for 25 years. On 7/1/2011, the duration was based on victim age. |
| 750.520C1G | CRIMINAL SEXUAL CONDUCT - SECOND DEGREE (Injury To Incapacitated Victim) | 2,3 | YES | NO | YES - if victim is under 13 | 10/1/1995 | YES | This offense originally required registration for 25 years. On 7/1/2011, the duration was based on victim age. |

| CRIME CODE | CRIME DESCRIPTION | TIER LEVEL | REQUIRES A VICTIM AGE TO DETERMINE TIER LEVEL | VICTIM MUST BE A MINOR TO REQUIRE REGISTRATION | ADJUDICATED JUVENILE REQUIRED TO REGISTER FOR THIS OFFENSE? | OFFENSE ADDED DATE | ADULT PUBLISHABLE | COMMENTS/HISTORICAL INFORMATION |
|---|---|---|---|---|---|---|---|---|
| 750.520C1H | CRIMINAL SEXUAL CONDUCT - SECOND DEGREE (Mentally Disabled - Relationship) | 2,3 | YES | NO | YES - if victim is under 13 | 10/1/1995 | YES | This offense originally required registration for 25 years. On 7/1/2011, the duration was based on victim age. |
| 750.520C1I | CRIMINAL SEXUAL CONDUCT - SECOND DEGREE (State Prisoner) | 2,3 | YES | NO | YES - if victim is under 13 | 10/1/1995 | YES | This offense originally required registration for 25 years. On 7/1/2011, the duration was based on victim age. |
| 750.520C1J | CRIMINAL SEXUAL CONDUCT - SECOND DEGREE (State Prisoner in Private Youth Facility) | 2,3 | YES | NO | YES - if victim is under 13 | 10/1/1995 | YES | This offense originally required registration for 25 years. On 7/1/2011, the duration was based on victim age. |
| 750.520C1K | CRIMINAL SEXUAL CONDUCT - SECOND DEGREE (County Prisoner) | 2,3 | YES | NO | YES - if victim is under 13 | 10/1/1995 | YES | This offense originally required registration for 25 years. On 7/1/2011, the duration was based on victim age. |
| 750.520C1L | CRIMINAL SEXUAL CONDUCT - SECOND DEGREE (Detained Juvenile) | 2,3 | YES | NO | YES - if victim is under 13 | 10/1/1995 | YES | This offense originally required registration for 25 years. On 7/1/2011, the duration was based on victim age. |
| 750.520C2B | CRIMINAL SEXUAL CONDUCT - SECOND DEGREE (Person Under Thirteen, Defendant 17 years of age or older) | 3 | NO | YES | YES | 10/1/1995 | YES | This offense originally required registration for 25 years. On 7/1/2011, the duration was changed to lifetime. |
| 750.520D | CRIMINAL SEXUAL CONDUCT - THIRD DEGREE (Multiple Variables) | 3 | NO | NO | YES | 10/1/1995 | YES | This offense originally required registration for 25 years. On 7/1/2011, this offense changed to a lifetime registration. |
| 750.520D1A | CRIMINAL SEXUAL CONDUCT - THIRD DEGREE (Person Thirteen Through Fifteen) | 3 | NO | NO | YES | 10/1/1995 | YES | This offense originally required registration for 25 years. On 7/1/2011, this offense changed to a lifetime registration. |
| 750.520D1B | CRIMINAL SEXUAL CONDUCT - THIRD DEGREE (Force or Coercion) | 3 | NO | NO | YES | 10/1/1995 | YES | This offense originally required registration for 25 years. On 7/1/2011, this offense changed to a lifetime registration. |
| 750.520D1C | CRIMINAL SEXUAL CONDUCT - THIRD DEGREE (Incapacitated Victim) | 3 | NO | NO | YES | 10/1/1995 | YES | This offense originally required registration for 25 years. On 7/1/2011, this offense changed to a lifetime registration. |
| 750.520D1D | CRIMINAL SEXUAL CONDUCT - THIRD DEGREE (Incest) | 3 | NO | NO | YES | 10/1/1995 | YES | This offense originally required registration for 25 years. On 7/1/2011, this offense changed to a lifetime registration. |
| 750.520D1E | CRIMINAL SEXUAL CONDUCT - THIRD DEGREE (Student) | 3 | NO | NO | YES | 10/1/1995 | YES | This offense originally required registration for 25 years. On 7/1/2011, this offense changed to a lifetime registration. |
| 750.520D1F | CRIMINAL SEXUAL CONDUCT - THIRD DEGREE (Special Education Student) | 3 | NO | NO | YES | 10/1/1995 | YES | This offense originally required registration for 25 years. On 7/1/2011, this offense changed to a lifetime registration. |
| 750.520E | CRIMINAL SEXUAL CONDUCT - FOURTH DEGREE (Multiple Variables) | 1,2,3 | YES | NO | NO | 10/1/1995 | YES, if victim is under 18, or if victim is over 18 and convicted of more than 1 count | This offense originally required registration for 25 years. On 7/1/2011, the duration was based on victim age. |
| 750.520E1A | CRIMINAL SEXUAL CONDUCT - FOURTH DEGREE (Force or Coercion) | 1,2,3 | YES | NO | NO | 10/1/1995 | YES, if victim is under 18, or if victim is over 18 and convicted of more than 1 count | This offense originally required registration for 25 years. On 7/1/2011, the duration was based on victim age. |
| 750.520E1A-A | CRIMINAL SEXUAL CONDUCT - FOURTH DEGREE (Person Thirteen to Fifteen) | 2 | NO | YES | NO | 10/1/1995 | YES | This offense has always required a 25 year duration. |
| 750.520E1B | CRIMINAL SEXUAL CONDUCT - FOURTH DEGREE (Incapacitated Victim) | 1,2,3 | YES | NO | NO | 10/1/1995 | YES, if victim is under 18, or if victim is over 18 and convicted of more than 1 count | This offense originally required registration for 25 years. On 7/1/2011, the duration was based on victim age. |
| 750.520E1C | CRIMINAL SEXUAL CONDUCT FOURTH DEGREE (State Prisoner) | 1,2,3 | YES | NO | NO | 10/1/1995 | YES, if victim is under 18, or if victim is over 18 and convicted of more than 1 count | This offense originally required registration for 25 years. On 7/1/2011, the duration was based on victim age. |
| 750.520E1E | CRIMINAL SEXUAL CONDUCT - FOURTH DEGREE (County Prisoner) | 1,2,3 | YES | NO | NO | 10/1/1995 | YES, if victim is under 18, or if victim is over 18 and convicted of more than 1 count | This offense originally required registration for 25 years. On 7/1/2011, the duration was based on victim age. |
| 750.520E1E-A | CRIMINAL SEXUAL CONDUCT - FOURTH DEGREE (Mental Health Professional) | 1,2,3 | YES | NO | NO | 10/1/1995 | YES, if victim is under 18, or if victim is over 18 and convicted of more than 1 count | This offense originally required registration for 25 years. On 7/1/2011, the duration was based on victim age. |
| 750.520E1F | CRIMINAL SEXUAL CONDUCT - FOURTH DEGREE - DETAINED JUVENILE | 1,2,3 | YES | YES | NO | 10/1/1995 | YES, if victim is under 18, or if victim is over 18 and convicted of more than 1 count | This offense originally required registration for 25 years. On 7/1/2011, the duration was based on victim age. |

| CRIME CODE | CRIME DESCRIPTION | TIER LEVEL | REQUIRES A VICTIM AGE TO DETERMINE TIER LEVEL | VICTIM MUST BE A MINOR TO REQUIRE REGISTRATION | ADJUDICATED JUVENILE REQUIRED TO REGISTER FOR THIS OFFENSE? | OFFENSE ADDED DATE | ADULT PUBLISHABLE | COMMENTS/HISTORICAL INFORMATION |
|---|---|---|---|---|---|---|---|---|
| 750.520E1F-A | CRIMINAL SEXUAL CONDUCT - FOURTH DEGREE (Student) | 1,2,3 | YES | NO | NO | 10/1/1995 | YES, if victim is under 18, or if victim is over 18 and convicted of more than 1 count | This offense originally required registration for 25 years. On 7/1/2011, the duration was based on victim age. |
| 750.520E1G | CRIMINAL SEXUAL CONDUCT - FOURTH DEGREE (Incest) | 1,2,3 | YES | NO | NO | 10/1/1995 | YES, if victim is under 18, or if victim is over 18 and convicted of more than 1 count | This offense originally required registration for 25 years. On 7/1/2011, the duration was based on victim age. |
| 750.520E1G-A | CRIMINAL SEXUAL CONDUCT 4TH DEGREE(SPECIAL EDUCATION STUDENT) | 1,2,3 | YES | NO | NO | 10/1/1995 | YES, if victim is under 18, or if victim is over 18 and convicted of more than 1 count | This offense originally required registration for 25 years. On 7/1/2011, the duration was based on victim age. |
| 750.520E1H | CRIMINAL SEXUAL CONDUCT - FOURTH DEGREE (FOSTER CARE) | 1,2,3 | YES | NO | NO | 10/1/1995 | YES, if victim is under 18, or if victim is over 18 and convicted of more than 1 count | This offense originally required registration for 25 years. On 7/1/2011, the duration was based on victim age. |
| 750.520G1 | CRIMINAL SEXUAL CONDUCT ASSAULT WITH INTENT TO COMMIT SEXUAL PENETRATION | 3 | NO | NO | YES | 10/1/1995 | YES | This offense originally required registration for 25 years. On 7/1/2011, this offense changed to a lifetime registration. |
| 750.520G2 | CRIMINAL SEXUAL CONDUCT SECOND DEGREE ASSAULT | 1,2,3 | YES | NO | YES - if victim is under 13 | 10/1/1995 | YES, if victim is under 18, or if victim is over 18 and convicted of more than 1 count | This offense originally required registration for 25 years. On 7/1/2011, the duration was based on victim age. |
| 750.539J2A1 | SURVEILLING UNCLOTHED PERSON | 1 | NO | YES | NO | 7/1/2011 | YES - unless ordered to register for 1 count with adult victim (9999 Offense Not Listed) | This offense was newly added to the registry on 7/1/2011. |
| 750.539J2A2 | SURVEILLING UNCLOTHED PERSON - SECOND OFFENSE NOTICE | 1 | NO | YES | NO | 7/1/2011 | YES - unless ordered to register for 1 count with adult victim (9999 Offense Not Listed) | This offense was newly added to the registry on 7/1/2011. |
| 750.539J2B | CAPTURING DISTRIBUTING IMAGE OF UNCLOTHED PERSON | 1 | NO | YES | NO | 7/1/2011 | YES - unless ordered to register for 1 count with adult victim (9999 Offense Not Listed) | This offense was newly added to the registry on 7/1/2011. |
| 9999 | OFFENSE NOT LISTED | 1 | NO | YES | NO | 10/1/1995 | NO, unless more than 1 count | This crime code is used when the conviction does not require registration but the judge orders the defendant to register. |

As of 3/24/2021, convictions that have been set aside and successfully completed HYTA's no longer require registration.