# Exhibit 120:

# Screenshots of Online Registry



# Welcome

This registry is made available through the Internet with the intent to better assist the public in preventing and protecting against the commission of future criminal sexual acts by convicted sex offenders.

This registry is made available through the Internet with the intent to better assist the public in preventing and protecting against the commission of future criminal sexual acts by convicted sex offenders.

The Sex Offenders Registration Act, MCL 28.721 et seq., directs the Michigan State Police (MSP) to develop and maintain a public registry and provides guidelines on the type of offender information available to the public. The offense link available on the offender details page reflects the current statute and due to continuous legislative changes, may not be indicative of the statute at the time the offender was convicted.

The information contained on the Public Sex Offender Registry (PSOR) can change quickly. The MSP frequently updates the registry in a continuous effort to provide complete and accurate information. While much of the information is obtained from public records, some information, such as physical description and residence, is gathered from the offenders themselves who may fail to provide accurate information. Therefore, the MSP makes no representation, express or implied, that the information contained on the PSOR is accurate. Any individual who believes information contained on the PSOR is not accurate should contact the local law enforcement agency, sheriff's office, or the nearest state police post having jurisdiction over the offender's residence.

Information provided through the PSOR is public information. However, it is your responsibility to make sure the records accessed through the registry pertain to the person about whom you are seeking information. Extreme care should be exercised in using any information obtained from this web site. Information on this site must not be used to unlawfully injure, harass, or commit a crime against any individual named in the registry or residing or working at any reported address. Any such action could result in civil or criminal penalties. The MSP is not responsible for any errors or omissions produced by secondary dissemination of this information.

**Click Here to Search for Offenders in your Area**










4





5



6

# Michigan Sex Offender Registry
Michigan State Police

Search Registry  Email Alerts ▼  Contact Us

# Offender Tip Submission

If you wish to remain Anonymous, check the box at the top of the form below. If you choose to report anonymously, please provide all the details that you can in your tip, as local law enforcement will not be able to contact you for further clarifying details.

## Your contact information

☐ Do you wish to remain Anonymous?

**First Name**
[John]

**Middle Name**
[Michael]

**Last Name**
[Doe]

**Address**
[123 Rawles Avenue]
Do not enter P.O. Box

**City**
[Lansing]

**State**
[Choose a State ▼]

**Zip**
[48917]

**Email**
[johndoe@example.com]

**Confirm Email**
[johndoe@example.com]

**Primary Phone**
[123-456-7890]

**Work Phone**
[123-456-7890]

[Submit]  [Reset]

## Offender information

**Subject**
[▓▓▓▓▓▓▓▓▓▓]

**Please provide information regarding this offender**
[                    ]
This is a required field.

⚠ **Experiencing Problems?** Contact us at 517-241-1806 if you are experiencing technical problems or need assistance using this site.

7

Copyright 2023 State of Michigan

# Sign up for Alerts by Location

By registering an address, you agree to receive email alerts about any registered offender(s) moving within the selected radius of the address provided.

You will receive a confirmation email within 24 hours confirming your registration. If you do not receive an email confirming your registration in your Inbox, please check your Junk or Bulk Email folders.

Search within [ .25 ▼ ] mile(s) of

**Address**
[ 123 Bowles Avenue ]
Do not enter P.O. Box
This is a required field.

**City**
[ Lansing ]

**State**
[ MI ▼ ]

**Zip**
[ 48917 ]

**Email**
[ johndoe@example.com ]

**Confirm Email**
[ johndoe@example.com ]

☐ By submitting your information you are agreeing to our Terms Of Use. Please view our Privacy Policy.

[ Submit ]  [ Reset ]

⚠ **Experiencing Problems?** Contact us at 517-241-1806 if you are experiencing technical problems or need assistance using this site.

8

# Search Results

Return to search

## Search Criteria

First Name:
Last Name:
Registration Number:
Address:
City: Grand Rapids
County:
Zip:

Print

Show entries

Showing 1 to 10 of 2,452

Previous 1 2 3 4 5 ... 246 Next

| | Compliance | Name | Age | Street | City | Zip | County | |
|---|---|---|---|---|---|---|---|---|
|  | Non-Compliant | [redacted] | | | GRAND RAPIDS | [redacted] | KENT | View Details |
|  | Compliant | [redacted] | | | GRAND RAPIDS | [redacted] | KENT | View Details |
|  | Compliant | [redacted] | | | GRAND RAPIDS | [redacted] | KENT | View Details |
|  | Compliant | [redacted] | | | GRAND RAPIDS | [redacted] | KENT | View Details |
|  | Compliant | [redacted] | | | GRAND RAPIDS | [redacted] | KENT | View Details |
|  | Compliant | [redacted] | | | GRAND RAPIDS | [redacted] | KENT | View Details |
|  | Compliant | [redacted] | | | GRAND RAPIDS | [redacted] | KENT | View Details |
|  | Non-Compliant | [redacted] | | | GRAND RAPIDS | [redacted] | KENT | View Details |
|  | Compliant | [redacted] | | | GRAND RAPIDS | [redacted] | KENT | View Details |
|  | Compliant | [redacted] | | | GRAND RAPIDS | [redacted] | | View Details |

Showing 1 to 10 of 2,452

Previous 1 2 3 4 5 ... 246 Next

**Experiencing Problems?** Contact us at 517-241-1806 if you are experiencing technical problems or need assistance using this site.




