# Exhibit 121:

# SORA FAQ from online website



# MSP
Sex Offender Registry

# Sex Offender Registry

- [Notice to Law Enforcement](#)
- [Incarcerated Registrant Notice for Posting (English Version)](#)
- [Incarcerated Registrant Notice for Posting (Spanish Version)](#)
- [Does II Amended Final Judgement Posting (English Version)](#)
- [Does II Amended Final Judgement Posting (Spanish Version)](#)
- [Summary of Amended Final Judgement in Does II v. Snyder](#)
- [Letter to Prosecutors - Including Attachments](#)
- [Notification letter to registrants advising of Michigan Sex Offender Registration Act amendments effective March 24, 2021](#)

**SEARCH THE MICHIGAN SEX OFFENDER REGISTRY**

**Contact: 517-241-1806**

Due to the volume of users, the Public Sex Offender Registry may be unavailable from time to time. Should you be unable to access the registry, please check back later. Thank you.

# Additional Information

# Sex Offender Registry FAQs

[1. Does Michigan provide sex offender information via the Internet?](#)

[2. How much information about offenders is provided to the public?](#)

[3. I know of someone who was convicted of a sex crime in Michigan, but his/her name is not on the list. Why not?](#)

[4. How do I sign up to receive an email notification when a sex offender moves into my neighborhood?](#)

[5. How do I change the address and/or radius designations?](#)

[6. I never received an email notification to confirm my registration. Why not?](#)

[7. How do I deactivate my email notification account?](#)

[8. Can I track a specific offender's moves?](#)

[9. Can I download the entire list of sex offenders and their information from the Internet?](#)

[10. Can the offender's victim information be released?](#)

[11. Can you explain the search features on the Michigan Public Sex Offender Registry website?](#)

[12. What does the Status on the Offender Details page mean?](#)

[13. Can I see a map of an offender's location?](#)

[14. Who has to register as a sexual offender in Michigan?](#)

[15. What are the listed offenses?](#)

[16. What are the registry responsibilities of sex offenders?](#)

[17. How do I obtain additional information on an offense committed by a registered offender?](#)

[18. What is the difference between the Sex Offender Registry and the Public Sex Offender Registry?](#)

[19. Are there juvenile offenders on the Public Sex Offender Registry?](#)

20. What happens when an offender moves to another state?

21. Who should I contact if I know of an error on the website?

22. Who should I contact if I think an offender is in violation of the Sex Offenders Registration Act?

23. Are there websites similar to the Michigan Public Sex Offender Registry where I can access information regarding registered sex offenders in other states?

24. If the Public Sex Offender website is not working properly, who do I report that to?

## 1. Does Michigan provide sex offender information via the Internet?

Yes. Michigan's Public Sex Offender Registry (PSOR) website lists convicted sex offenders required to register and be placed on the PSOR under the Sex Offenders Registration Act, 1994 PA 295, as amended.

Return to Top

## 2. How much information about offenders is provided to the public?

The Public Sex Offense Registry site includes: Offender's name, date of birth, registration number, photo, registration details, physical characteristics, known alias(es), scars, marks, tattoos, offense information, address information, campus information, employment information, and vehicle information.

Return to Top

## 3. I know of someone who was convicted of a sex crime in Michigan, but his/her name is not on the list. Why not?

There are several reasons a sex offender may not be on the Public Sex Offender Registry, including:

- The offender is an adjudicated juvenile.
- The offender is deceased.
- The offender is not a Michigan resident.
- The offender's conviction was not a listed offense requiring registration.

- The offender's conviction date was prior to October 1, 1995, and the offender was no longer involved with the criminal justice system for that offense at that time.

- The offender was granted removal from the registry by a judge via court order.

- The offender's conviction requiring registration was set aside.

- The offender is/was a participant in the Holmes Youthful Trainee Act (HYTA) program.

- The offender's registration duration has ended.

- The offender is registered for a single offense of one of the following offenses:

  - MCL 750.520E (Adult victim)

  - MCL 750.520G2 (Adult victim)

  - MCL 750.10A

  - MCL 750.335A(2)(C)

  - MCL 750.449A(2)

  - Any violation of state law or local ordinance that by its nature constitutes a sexual offense against an individual who is less than 18 years of age.

[Return to Top](#)

## 4. How do I sign up to receive an email notification when a sex offender moves into my neighborhood?

- Access the Public Sex Offender Registry website. Click on "[Email Alerts](#)" in the upper righthand corner of the page and select "[Register](#)".

- Select the radius you would like to search. Options include .25, .5, 1, 2, or 5 mile radiuses. Enter your home and email addresses. A home and email address are required so that the registry can provide you notification when a registered sex offender moves, enrolls in school, or is employed within the radius of the address you have entered. Your email data will not be shared with any other individuals or organizations.

- Check the box to acknowledge you agree with the "Terms of Use". Click on "Submit".

- You will receive an email confirmation within 24 hours.

- You can register multiple addresses with the same email account, i.e., sign up to be notified of offenders living within a radius of your home, school, employment, etc.

[Return to Top](#)

**5. How do I change the address and/or radius designations?**

To change your address or radius designations, open your last email notification you received and click on the link that reads, "If you wish to update your registration information, please click here and enter your new information". Make your changes and click on Submit.

If your email address changes or if you change Internet Service Provider, please report your new email address to info@crimewatchalert.com so you may continue to receive alerts based on your physical address.

Return to Top

**6. I never received an email notification to confirm my registration. Why not?**

Because all browsers work differently, the email may have automatically been saved in a folder other than the "new" mail folder. Please check all incoming folders (Spam, Bulk Mail, etc.) of your email service.

To better ensure that you receive the latest information within your neighborhood, please add the following email address to your personal address book: notifications@icrimewatch.net.

Return to Top

**7. How do I deactivate my email notification account?**

To deactivate your account, go to the Public Sex Offender Registry site and click on "Email Alerts" in the upper righthand corner of the page and select "Un-Register".

Type in your email address two times and click on "Unsubscribe". Please be aware that you will be unsubscribing your email from ALL notifications sent by the MSP Sex Offender Registry for ANY offenders or locations.

Return to Top

**8. Can I track a specific offender's moves?**

Yes. After doing a search for an offender, click on the offender's photo or "View Details" and you will be taken to the "Offender Details" page. Click on "Track Offender" in the

upper righthand corner. Enter your email address two times and check the box to acknowledge that you agree with the "Terms of Use". Click on "Register".

You will receive an email confirmation within 24 hours. Any time the offender moves, changes employment, or enrolls in school, you will be notified via email.

Return to Top

## 9. Can I download the entire list of sex offenders and their information from the Internet?

The entire list of registered sex offenders and the corresponding information is not available for download at this time. You can, however, print each page you access.

Return to Top

## 10. Can the offender's victim information be released?

No. Michigan law does not allow dissemination of victim information.

Return to Top

## 11. Can you explain the search features on the Michigan Public Sex Offender Registry?

The site allows users to perform multiple search types to locate published offenders:

**Search the Registry**

- Name: Must include both a first and last name. Can include partial names.

- Registration # or MDOC #: Enter one or the other. If you know the sex offender's registration number or their Michigan Department of Corrections (MDOC) number, you can search by that number.

- Street Address: When using this search field, city, county, and/or zip code must also be present.

- City, County, Zip County: Use this search to locate all published offenders found in a specified city, county, or zip code area.

**See a Neighborhood Map**

- Street Address, City, Zip Code, County: Fill in one or more of these fields to search for sex offenders living in your area.

- Radius:  Select .25, .50, 1, 2, or 5 mile radial search.

    **Other Search Options**

- Show list of all published offenders.

- Show list of all incarcerated offenders.

- Show list of all non-compliant offenders.

[Return to Top](#)

## 12. What does the Status on the Offender Details page mean?

- See below for a brief description of each Status:

    - Active - The offender is residing in Michigan.

    - Incarcerated - The offender is currently incarcerated in the state of Michigan.

    - Pending Out of State - The offender is currently relocating to another state or country. Registration requirements in the new state or country have not yet been determined.

    - Inactive Out of State - The offender is residing in another state and working or attending school in Michigan.

    - Absconder - The offender has absconded from the last reported address and whereabouts are unknown.

    - Homeless - The offender is homeless or otherwise lacks a fixed or temporary residence.

    - School Only - The offender is residing in another state and attending school in Michigan.

    - Employment Only - The offender is residing in another state and employed in Michigan.

- See below for a brief description of each Compliance Status:

    - Address Violation - The offender has failed to report to a law enforcement agency to provide a current address.

    - Campus Violation - The offender has failed to report to a law enforcement agency to report enrollment or discontinuation of enrollment in an institution of higher learning.

    - Email/Internet Violation - The offender has failed to report to a law enforcement agency to provide internet screen names and/or email addresses or discontinuation of use of internet screen names and/or email addresses (only applies to those individuals whose offense committed date was on or after July 1, 2011).

    - Employment Violation - The offender has failed to report to a law enforcement agency to report employment or discontinuation of employment.

- Failed to Register Violation - An authenticated notification was received from another state that an offender is coming to the state of Michigan and they did not register in the allotted timeframe.
- Failed to Verify Violation - The offender has failed to report to a law enforcement agency to verify his/her current address.
- False Information Violation - The offender reported false information to law enforcement regarding his/her registration.
- Fee Violation - The offender has failed to pay a required registration fee.
- Form Violation - The offender has failed to sign a required registration form.
- ID (None or Expired) Violation - The offender has failed to report to a law enforcement agency to obtain a Michigan driver's license or personal identification card.
- Immigrant Documents Violation - The offender failed to report immigrant documents.
- Professional License Violation - The offender failed to report a professional license.
- Telephone Violation - The offender failed to report a telephone or discontinuation of use a telephone.
- Vehicle Violation - The offender has failed to report to a law enforcement agency to report a vehicle or discontinuation of use of a vehicle.

[Return to Top](#)

## 13. Can I see a map of an offender's location?

Yes. After doing a search for an offender, click on the offender's photo or "View Details" and you will be taken to the "Offender Details" page. Click on Map Offender in the upper righthand corner and you will be taken to a map of the offender's location. The map is adjustable to zoom in and out. If the offender's address has not been mapped, the Map Offender button will be greyed out and you will not be able to produce a map of the address.

[Return to Top](#)

## 14. Who has to register as a sexual offender in Michigan?

(1) Subject to subsection (2), the following individuals who are domiciled or temporarily reside in this state or who work with or without compensation or are students in this state are required to be registered under this act:

- An individual who is convicted of a listed offense after October 1, 1995.

- An individual convicted of a listed offense on or before October 1, 1995 if on October 1, 1995 he or she is on probation or parole, committed to jail, committed to the jurisdiction of the department of corrections, or under the jurisdiction of the juvenile division of the probate court or the department of human services for that offense or is placed on probation or parole, committed to jail, committed to the jurisdiction of the department of corrections, placed under the jurisdiction of the juvenile division of the probate court or family division of circuit court, or committed to the department of human services after October 1, 1995 for that offense.

- An individual convicted on or before October 1, 1995 of an offense described in section 2(d)(vi) as added by 1994 PA 295 if on October 1, 1995 he or she is on probation or parole that has been transferred to this state for that offense or his or her probation or parole is transferred to this state after October 1, 1995 for that offense.

- An individual from another state who is required to register or otherwise be identified as a sex or child offender or predator under a comparable statute of that state.

(2) An individual convicted of an offense added on September 1, 1999 to the definition of listed offense is not required to be registered solely because of that listed offense unless 1 of the following applies:

- The individual is convicted of that listed offense on or after September 1, 1999.

- On September 1, 1999, the individual is on probation or parole, committed to jail, committed to the jurisdiction of the department of corrections, under the jurisdiction of the family division of circuit court, or committed to the department of human services for that offense or the individual is placed on probation or parole, committed to jail, committed to the jurisdiction of the department of corrections, placed under the jurisdiction of the family division of circuit court, or committed to the department of human services on or after September 1, 1999 for that offense.

- On September 1, 1999, the individual is on probation or parole for that offense which has been transferred to this state or the individual's probation or parole for that offense is transferred to this state after September 1, 1999.

- On September 1, 1999, in another state or country the individual is on probation or parole, committed to jail, committed to the jurisdiction of the department of corrections or a similar type of state agency, under the jurisdiction of a court that handles matters similar to those handled by the family division of circuit court in this state, or committed to an agency with the same authority as the department of human services for that offense.

(3) An individual who was previously convicted of a listed offense for which he or she was not required to register under this act, but who is convicted of any other felony on or after March 24, 2021.

[Return to Top](#)

### 15. What are the listed offenses?

- Pursuant to MCL 28.722, the following are the listed offenses that require registration in Michigan.

- Child Sexually Abusive Activity or Material Possession (MCL 750.145c4)

- Aggravated Indecent Exposure, if the victim is less than 18 years of age (MCL 750.335a2b)
- Unlawful Imprisonment, if the victim is less than 18 years of age (MCL 750.349b)
- Engaging Services of Prostitution (MCL 750.449a2)
- Criminal Sexual Conduct 4th Degree, (MCL 750.520e)
- Assault with Intent to Commit CSC in the Second Degree (MCL 750.520g2)
- Capturing/Distributing Image of Unclothed Person, if the victim is less than 18 years of age (MCL 750.539j)
- Any offense committed by a person who was, at the time of the offense, a sexually delinquent person (750.10a)
- Accosting, Enticing or Soliciting a Child for Immoral Purposes (MCL 750.145a)
- Accosting, Enticing or Soliciting a Child for Immoral Purposes (prior conviction) (MCL 750.145b)
- Child Sexually Abusive Activity or Material Producing/Financing (MCL 750.145c2)
- Child Sexually Abusive Activity or Material Distributing/Promoting (MCL 750.145c3)
- Use of Internet/Computer System; Prohibited Communication (MCL 750.145d1a)
- Crime Against Nature or Sodomy, if the victim is less than 18 years of age (MCL 750.158)
- Gross Indecency Between Male Persons (MCL 750.338)
- Gross Indecency Between Female Persons (MCL 750.338a)
- Gross Indecency Between Male & Female Persons (MCL 750.338b)
- Soliciting, Accosting, or Inviting to Commit Prostitution or Immoral Act, if the victim is less than 18 years of age (MCL 750.448)
- Pandering (MCL 750.455)
- Criminal Sexual Conduct 2nd Degree (MCL 750.520c)
- Human Trafficking - Recruiting Minor (MCL 750.462e(a))
- Kidnapping, if the victim is less than 18 years of age (MCL 750.349)
- Child Kidnapping, if the victim is less than 13 years of age (MCL 750.350)
- Criminal Sexual Conduct 1st Degree (MCL 750.520b)
- Criminal Sexual Conduct 3rd Degree (MCL 750.520d)
- Assault with Intent to Commit Criminal Sexual Conduct Involving Sexual Penetration (MCL 750.520g1)
- Any offense substantially similar to a listed offense under a law of the United States, any state, or any country or under tribal or military law.

[Return to Top](#)

## 16. What are the registry responsibilities of sex offenders?

1. Offenders must report in-person to their local law enforcement agency or state police post to verify their address either annually, semi-annually, or quarterly, based on conviction(s).

Annually reporting is done within the offender's birth month.

## Semi-annual reporting schedule provided below:

### Birthday Month    Reporting Months

| Birthday Month | Reporting Months |
| --- | --- |
| January | January and July |
| February | February and August |
| March | March and September |
| April | April and October |
| May | May and November |
| June | June and December |
| July | January and July |
| August | February and August |
| September | March and September |
| October | April and October |
| November | May and November |
| December | June and December |

## Quarterly reporting schedule provided below:

### Birth Month    Reporting Months

| Birth Month | Reporting Months |
| --- | --- |
| January | January, April, July, and October |
| February | February, May, August, and November |
| March | March, June, September, and December |
| April | January, April, July, and October |
| May | February, May, August, and November |
| June | March, June, September, and December |
| July | January, April, July, and October |
| August | February, May, August, and November |
| September | March, June, September, and December |
| October | January, April, July, and October |
| November | February, May, August, and November |
| December | March, June, September, and December |

2. Offenders must report the following information in-person no more than three (3) business days after:

- Change in residence or domicile
- Change in place of employment or discontinuation of employment
- Legal name changes
- Enrollment at an institution of higher learning or discontinuation of enrollment

3. Offenders must report the following information in-person or via United States Postal Service or drop-off no more than three (3) business days after the following changes:

   - Any temporary lodging information other than their residence for more than seven (7) days.
   - Vehicle information for vehicles owned or operated by the offender and discontinuation of ownership or use.
   - Any electronic mail (email) addresses and internet identifiers registered to me or used by me. (Only applies to individuals with offenses committed on or after July 1, 2011.)
   - Any new telephone numbers and discontinuation of telephone numbers.

4. Offenders must report in person to a local law enforcement agency, sheriff's office, or Michigan State Police post not more than three business days before moving to another state.

5. Offenders must provide the following information during their next verification period:

   - Copies of passport and/or immigration documents
   - Occupational licensing information

6. Offenders must pay a one-time $50 initial registration fee and an annual $50 registration fee every year thereafter, until a maximum of $550 is reached.

7. Offenders must maintain a valid Michigan driver's license or personal identification card. (Homeless offenders are exempt.)

8. Offenders must sign all required registration forms.

[Return to Top](#)

## 17. How do I obtain additional information on an offense committed by a registered offender?

If you know the county in which the offense was committed, you can contact the court of conviction to request a copy of the court file. A complete directory of Michigan Trial Courts can be found on the [Michigan Courts](#) website.

If you do not know the county in which the offense was committed, you can obtain a copy of the criminal history record (CHR) through the Internet Criminal History Access Tool (ICHAT). The criminal history record will include the county in which the offense

occurred. You can then contact the court of conviction and request a copy of the court file. A search on ICHAT requires the individual's name and date of birth. There is a fee for each search. To access ICHAT, please click here.

Please note: A conviction will not appear on a criminal history check if the offender has a sealed or expunged record or was convicted in another state.

Return to Top

## 18. What is the difference between the Sex Offender Registry and the Public Sex Offender Registry?

The Sex Offender Registry (SOR) is the database that contains the sex offender registration records (both public and non-public offender information) that is available only for law enforcement purposes.

The Public Sex Offender Registry is the internet site that displays the public offender information contained in the SOR database for the public to view.

Return to Top

## 19. Are there juvenile offenders on the Public Sex Offender Registry?

No. Adjudicated juvenile offenders do not appear on the Public Sex Offender Registry.

Return to Top

## 20. What happens when an offender moves to another state?

Offenders who move to another state are required to report to their nearest law enforcement agency 3 business days prior to moving to provide their new address. The MSP Sex Offender Registry Unit then notifies the other state of the offender's reported new address. Offenders who move to another country are required to report to their local law enforcement agency 21 days prior to moving to provide their new address.

After leaving the state, offenders will no longer appear on the Public Sex Offender Registry website and are no longer active registrants unless they relocate back to Michigan.

Once in the new state, offenders must comply with the registry requirements of that state.

Return to Top

### 21. Who should I contact if I know of an error on the website?

If you are aware of an error regarding an offender's information on the website, you may either submit a tip to the Sex Offender Registry or you can contact the law enforcement agency where the offender's registered address is located. To submit a tip, click on the Submit a Tip button in the upper righthand corner of the Offender Details page.

Return to Top

### 22. Who should I contact if I think an offender is in violation of the Sex Offenders Registration Act?

If you think an offender is in violation of his registration requirements, you should contact the local law enforcement agency where the offender is actually residing.

Return to Top

### 23. Are there websites similar to the Michigan Public Sex Offender Registry where I can access information regarding registered sex offenders in other states?

Yes. Some states have Internet sites listing registered sex offenders within their state. A list of websites by state can be found at: https://www.nsopw.gov/Registry/AllRegistries.

In addition, the U.S. Department of Justice established the Dru Sjodin National Sex Offender Public Website at https://www.nsopw.gov. This site allows citizens to search the sex offender registries of participating states.

Return to Top

### 24. If the Public Sex Offender website is not working properly, who do I report that to?

For technical questions, contact us at 517-241-1806.

[Return to Top](#)



# Sex Offender Registry

Copyright State of Michigan