# Exhibit 125:

## Judgment of Sentence Form CC 219b

| STATE OF MICHIGAN<br>JUDICIAL CIRCUIT<br>COUNTY | JUDGMENT OF SENTENCE<br>COMMITMENT TO<br>DEPARTMENT OF CORRECTIONS | CASE NO. and JUDGE |
|---|---|---|

| ORI<br>MI- | Court address | Court telephone no. |
|---|---|---|

Police Report No.

| THE PEOPLE OF<br><br>☐ The State of Michigan<br><br>☐ _____<br><br>Prosecuting attorney's name          Bar no. | v | Defendant's name, address, and telephone no.<br><br>| CTN/TCN | SID | DOB |<br><br>Defendant attorney's name          Bar no. |
|---|---|---|

**THE COURT FINDS:**

1. The defendant was found guilty on _____ of the crime(s) stated below.
   Date

| Count | CONVICTED BY | | | DISMISSED BY* | CRIME | CHARGE CODE(S)<br>MCL citation/PACC Code |
|---|---|---|---|---|---|---|
| | Plea* | Court | Jury | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

*Insert "G" for guilty plea, "NC" for nolo contendere, or "MI" for guilty but mentally ill, "D" for dismissed by court, or "NP" for dismissed by prosecutor/plaintiff.

☐ 2. The conviction is reportable to the Secretary of State under MCL 257.625(21)(b). _____
   Defendant's driver's license number

☐ 3. ☐ HIV testing is required and has been completed.   ☐ Sex offender registration is required and has been completed.

☐ 4. The defendant has been fingerprinted according to MCL 28.243.

☐ 5. A DNA sample is already on file with the Michigan State Police from a previous case. No assessment is required.

**IT IS ORDERED:**

☐ 6. Probation is revoked.

7. Participating in a special alternative incarceration unit is   ☐ prohibited.   ☐ permitted.

8. The defendant is sentenced to custody of the Michigan Department of Corrections. This sentence shall be executed immediately.

| Count | SENTENCE DATE | MINIMUM | | | MAXIMUM | | | DATE SENTENCE BEGINS | JAIL CREDIT | | OTHER INFORMATION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Years | Mos. | Days | Years | Mos. | Days | | Mos. | Days | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

Approved, SCAO
Form CC 219b, Rev. 6/23
MCL 600.4803, MCL 765.15(2), MCL 769.1k, MCL 769.16a, MCL 775.22,
MCL 780.766, MCR 6.427
Page 1 of 2

Distribute form to:
Court
Corrections
Corrections (for return)
Michigan State Police CJIC
Defendant
Prosecutor

**Judgment of Sentence/Commitment to Department of Corrections**  (6/23)      **Case No.** _____
Page 2 of 2

☐ 9. Sentence(s) to be served consecutively to   (If this item is not checked, the sentence is concurrent.)

    ☐ each other.     ☐ case numbers _____ .

10. The defendant shall pay:

| State Minimum | Crime Victim | Restitution | DNA Assess. | Court Costs | Attorney Fees | Fine | Other Costs | Total |
|---|---|---|---|---|---|---|---|---|
| $ | $ | $ | $ | $ | $ | $ | $ | $ |

The due date for payment is _____ . Fine, costs, and fees not paid within 56 days of the due date are subject to a 20% late penalty on the amount owed.

☐ 11. The defendant is subject to lifetime monitoring under MCL 750.520n.

12. Court recommendation:

_____
Judge signature and date

I certify that this is a correct and complete abstract from the original court records. The sheriff shall, without needless delay, deliver the defendant to the Michigan Department of Corrections at a place designated by the department.

(SEAL)

_____
Deputy court clerk signature and date