# Exhibit 127:

## Order on Petition to Discontinue Sex Offender Registration, Form MC 406b

| Approved, SCAO | Original - Court<br>1st copy - Michigan State Police,<br>Public Sex Offender Registry | 2nd copy - Prosecuting official<br>3rd copy - Defendant/Juvenile |
|---|---|---|

| STATE OF MICHIGAN<br>JUDICIAL DISTRICT<br>JUDICIAL CIRCUIT<br>COUNTY | ORDER ON PETITION TO DISCONTINUE<br>SEX OFFENDER REGISTRATION | CASE NO. |
|---|---|---|

ORI
MI-    **Court address**    **Court telephone no.**

| THE PEOPLE OF | ☐ The State of Michigan<br>☐ _____ | v | Defendant's name, address, and telephone no.<br><br>CTN/TCN    SID    DOB |
|---|---|---|---|

In the Matter of _____
Juvenile name, DOB, alias(es)

| Date of conviction/adjudication | Charge |
|---|---|

**THE COURT FINDS:**

1. ☐ a. The defendant is a Tier I offender and at least 10 years have passed since the defendant was convicted or released from confinement for the conviction and:
    1) the defendant has not been convicted of any felony or any offense listed in MCL 28.722(s), (u), or (w) since the date of that conviction or the date of release from any confinement for this conviction.
    2) the defendant has successfully completed an assigned period of supervised release, probation, or parole without revocation at any time of that supervised release, probation, or parole.
    ☐ 3) the defendant was ordered to complete a sex offender treatment program and successfully completed that program.
    4) after considering the defendant's age and level of maturity at the time of the offense, the victim's age and level of maturity at the time of the offense, the nature of the offense, the severity of the offense, the defendant's prior criminal history, the defendant's likelihood to commit further listed offenses, any impact statement from the victim, and other relevant information, the defendant is not a continuing threat to the public.
   ☐ b. The defendant is a Tier III offender and at least 25 years have passed since the defendant was adjudicated or released from confinement for the adjudication and:
    1) the defendant has not been convicted of any felony or any offense listed in MCL 28.722(s), (u), or (w) since the date of that conviction or the date of release from any confinement for that conviction.
    2) the defendant has successfully completed an assigned period of supervised release, probation, or parole without revocation at any time of that supervised release, probation, or parole.
    ☐ 3) the defendant was ordered to complete a sex offender treatment program and successfully completed that program.
    4) after considering the defendant's age and level of maturity at the time of the offense, the victim's age and level of maturity at the time of the offense, the nature of the offense, the severity of the offense, the defendant's prior juvenile or criminal history, the defendant's likelihood to commit further listed offenses, any impact statement from the victim, and other relevant information, the defendant is not a continuing threat to the public.
   ☐ c. The defendant was convicted of an offense listed in MCL 28.722(s), (u), or (w), and the conviction was for an offense that was the result of a consensual sexual act between the defendant and the victim, and the victim was at least age 13 but less than 16 years of age at the time of the offense and the defendant was not more than 4 years older than the victim.
   ☐ d. The defendant was convicted of a violation of MCL 750.158, 750.338, 750.338a, 750.338b, or 750.520c(1)(i) as a result of a consensual act and the victim was 16 years of age or older and not under the defendant's custodial authority at the time of the violation.
   ☐ e. The defendant was registered under the Sex Offenders Registration Act before July 1, 2011 for an offense that required registration and the offense no longer requires registration.
   ☐ f. The defendant was adjudicated as a juvenile for an offense listed in MCL 28.722(s), (u), or (w), and was less than 14 years of age at the time of the offense.

**IT IS ORDERED:**
☐ 2. The requirement for sex offender registration is discontinued.
☐ 3. The petition to discontinue sex offender registration is denied.

_____    _____    Bar no.
Date    Judge

**MC 406b**  (6/18)  **ORDER ON PETITION TO DISCONTINUE SEX OFFENDER REGISTRATION**    MCL 28.728c