# Exhibit 129:

## *Lymon* Law Enforcement Letter [MSP 1648]



| GRETCHEN WHITMER | STATE OF MICHIGAN | COL. JOSEPH M. GASPER |
|---|---|---|
| GOVERNOR | DEPARTMENT OF STATE POLICE<br>LANSING | DIRECTOR |

November 30, 2022

Allegan County Sheriff's Office
640 River Street Suite 1
Allegan, MI 49010

Dear Allegan County Sheriff's Office,

Based on the Michigan Court of Appeals decision in People v Lymon (Dkt. 327355, June 16, 2022) and advice from the Department of the Attorney General, the Michigan State Police Sex Offender Registry Unit (SOR) will remove from the registry individuals convicted solely of Unlawful Imprisonment (MCL 750.349B), Kidnapping (MCL 750.349), or Child Enticement (MCL 750.350). Individuals convicted of one of those three offenses and another registrable offense will remain on the registry, but their tier may change.

This is not a determination that the individual no longer needs to register, verify, or update as required by law.

Our records indicate that the individuals on the enclosure are registered based solely on a conviction for one of the above charges out of your agency.

Whether those listed still have registration obligations under the SORA depends on the specific facts underlying the case – whether there was a sexual component to the crime, as explained in *Lymon*. The Michigan State Police lacks the factual information necessary to determine whether someone still has SORA registration obligations. Additionally, the department recognizes registration could have been a condition of the plea or some other extenuating circumstance. As your agency and the local prosecutor's office has the necessary case-specific information, whether the individual should register in light of the *Lymon* opinion or other extenuating circumstances is left up to the local prosecutor.

You are being contacted so that you can work with the prosecutor in making that determination as you feel necessary.

Without input or direction from the prosecutor, these individuals will be removed from the registry 90 calendar days from the date of this letter. Currently, these individuals are on the unpublished registry. We ask that you assess these cases and contact the prosecutor in cases where the individual will continue to register. If that determination is made after this date, in addition to contacting the department, you or the prosecutor will need to contact the registrant and advise them of their registration obligations.

Registrants removed from the registry will receive a letter (copy attached). This letter will advise that they are being removed from the registry, but this does not necessarily absolve them of the duty to register.

We appreciate the support and assistance you and the other agencies continue to provide to the Michigan State Police related to the SORA.

Enclosure

Does v Whitmer
Case No. 22-cv-10209
RTP#2

MSP-0001648
Feb 2, 2023