# Exhibit 131:

*Lymon* Registrant Letter [MSP 1651]



STATE OF MICHIGAN

**DEPARTMENT OF STATE POLICE**

LANSING

GRETCHEN WHITMER

GOVERNOR

COL. JOSEPH M. GASPER

DIRECTOR

Registrant,

Our records indicate that you have a conviction for one of the following charges: Unlawful Imprisonment (MCL 750.349B), Kidnapping (MCL 750.349), or Child Enticement (MCL 750.350).  Solely as a result of that conviction, you are required to register, verify, and update under Michigan's Sex Offender Registry Act (SORA), MCL 28.722 *et. seq.*

On June 16, 2022, the Michigan Court of Appeals issued a published decision in *People v Lymon* (Docket No. 327355).  The Court found that Lymon was not required to register as a sex offender because the facts in his case established that "there is nothing to suggest that the danger Lymon poses to the public is related to a sexual offense, nor is there anything to suggest that he will commit a sexual offense in the future.  He is not a sexual predator." (Op, pp 21-22.)  In other words, being convicted of unlawful imprisonment alone was insufficient to subject him to registration obligations under SORA because there was no sexual component to the crime.

The *Lymon* decision may impact your SORA registration obligations.  Whether you still have registration obligations under the SORA depends on the specific facts of your case.   The Michigan State Police does not have the authority to make factual determinations that are necessary to evaluate whether you still have registration obligations in light of the *Lymon* opinion.  Until that determination is made, you are being removed from the registry.

***This is not a determination that you no longer need to register, verify, or update your information as required by Michigan law, federal law, or another state's law.***

You may receive notice from a county prosecutor's office or law enforcement agency directing you to register. They are best positioned to know whether you may still have registration obligations If you believe you are no longer required to register under SORA based on the specific facts in your case, you should review MCL 28.728c and consult with an attorney if you have further questions or concerns.

You are represented by the ACLU in a federal class action lawsuit challenging the new SORA.  Part of that action is related to those convicted of kidnapping, child enticement, or unlawful imprisonment where there was no sexual component to the crime.  The case is at the initial stages and is Case No. 2:22-cv-10209 in the Eastern District of Michigan.  You may contact the ACLU with questions.  The Michigan State Police cannot provide legal advice.

Does v Whitmer
Case No. 22-cv-10209
RTP#2

MSP-0001651
Feb 2, 2023