# Exhibit 132:

## Procedure for *Lymon* Removals
## [MSP 1568-1571]

**Removal of Offenders based off Prosecutor's decision regarding Lymon**

1. We will accept an email or letter from the Prosecutor's office regarding the review and confirmation that the offense committed included or did not include a sexual component.

   a. Letter or email must state there was **NO** sexual component to cancel record.

2. Locate the record of the offender and upload documents into record.

   a. Mark as "Miscellaneous Document".

   b. Under description, we will write "Lymon Review".

3. Add note and officer alert:

   a.  "Per review and determination by *Name of Prosecutor*, *Prosecutor's Office*, offender is to be removed from the registry as the offense did not have sexual component. (Lymon)"

4. Cancel any active officer alerts.

5. Close out any "Open/Under Investigation Tips".

6. Place record into "Edit Mode".

7. Add note to offense tab under "ADMIN USE Only".

   a. "Per review and determination by *Name of Prosecutor*, *Prosecutor's Office*, offender is to be removed from the registry as the offense did not have sexual component. (Lymon)"

8. Go to "Select an Action" and click "Mark as canceled".

   a. Copy the statement written in officer alert/note into comments.

9. Go to "Select an Action" again and click "Canceled-CLEAR-Other (Add Comments)"

   a. Copy the statement written in officer alert/note into comments.

10. Upload Lymon Cancellation Letters to records and mail to offenders. The letters are located at the following path: S:\Lansing3\CJIC\SORE\LEGAL\Legal Project\Lymon Similar Record Review\Final Letters.

    a. Name of letter to be used: *"Letterhead_LL RSO Cancellation.docs"*

11. Update the "FOLLOW UP for Prosecutors, Court, and LEO" tracking spreadsheet to indicate the determination was received, one way or another. The tracking spreadsheet can be located at the following path: S:\Lansing3\CJIC\SORE\LEGAL\Legal Project\Lymon Similar Record Review.

    a.   Change offender row to a lighter shade of gray.

    b.   Add note of confirmation.

    c.   Enter date of change and initial of user who removed record.

EXAMPLE:

| 2 | LAST, FIRST MIDDLE | REG # | CRIME | COUNTY | CASE # | CTN | Confirmed | Date / User Initial |
|---|---|---|---|---|---|---|---|---|
| 156 | ██████████ | ███ | 750.349 - KIDNAPPING | ████ | ████ | ██████ | Confirmed and removed per Prosecutor's | █████ |
| 157 | ████ | ███ | 750.349 - KIDNAPPING | ████ | ████ | ██████ | Confirmed and removed per Prosecutor's | █████ |
| 158 | ██████████ | ███ | 750.349 - KIDNAPPING | ████ | ████ | ██████ | Confirmed and removed per Prosecutor's | █████ |

12. Every week on Fridays, a weekly report is to be made of the offenders canceled each week and emailed to MDOC, Melanie Cascaddan.

**Republishing of Offenders based off Prosecutor's decision regarding Lymon**

1. We will accept an email or letter from the Prosecutor's office regarding the review and confirmation that the offenses committed included or did not include a sexual component.

   a. Letter or email must state there **<u>WAS</u>** a sexual component to republish record.

2. Locate the record of the offender and upload documents into record.

   a. Mark as "Miscellaneous Document".

   b. Under description, we will write "Lymon Review".

3. Add note and officer alert:

   a. "Per review and determination by *Name of Prosecutor*, *Prosecutor's Office*, offender is to remain on the registry as the offense does include a sexual component. (Lymon)"

4. Place record into "Edit Mode".

5. Add note to offense tab under "ADMIN USE Only".

   a. "Per review and determination by *Name of Prosecutor*, *Prosecutor's Office*, offender is to remain on the registry as the offense does include a sexual component. (Lymon)"

6. Got to "Select an Action" and click "Publish Un-Published Offender"

   a. Only republish if the offender was previously published prior to Lymon

   b. Copy the statement written in officer alert/note into comments.

7. Update the "FOLLOW UP for Prosecutors, Court, and LEO" tracking spreadsheet to indicate the determination was received, one way or another. The tracking spreadsheet can be located at the following path: S:\Lansing3\CJIC\SORE\LEGAL\Legal Project\Lymon Similar Record Review.

   a. Change offender row to a lighter shade of gray.

   b. Add note of confirmation.

   c. Enter date of change and initial of user who removed record.

EXAMPLE:

| | LAST, FIRST MIDDLE | REG # | CRIME | COUNTY | CASE # | CTN | | |
|---|---|---|---|---|---|---|---|---|
| 152 | | | | | | | | |
| 153 | ███████ | ████ | 750.180 - KIDNAPPING CHILD ENTICEMENT | ████ | ██████ | ██████ | Confirmed and Republished per Prosecutor's | ██ |
| 154 | █████████ | ████ | 750.349B - UNLAWFUL IMPRISONMENT | ████ | █████ | ██████ | Confirmed and Republished per Prosecutor's | ██ |
| 155 | ████████ | | 750.349 - KIDNAPPING | █████ | █████ | ██████ | Confirmed and Republished per Prosecutor's | ██ |