# Exhibit 133:

## *Lymon* Calls Cheat Sheet [MSP 1567]

## Calls Regarding Lymon

Due to Lymon letters being sent out and records beginning to be canceled, we are getting more and more calls with questions about it. Below are a few scenarios that may come about and what needs to be explained when these calls come through.

<u>Law Enforcement calls regarding the letter they received:</u>

Direct them to read the letter as it tells them what to do. They need to discuss the matter with the Prosecutor to make the official determination. LE and our unit cannot make the official determination on our own judgement. The prosecutor is the only one that makes the determining factor and must be the one to notify us with it in writing.

<u>Law Enforcement calls regarding canceled records:</u>

Advise them to tell the offender that a prosecutor has determined they are to be removed from the registry and that a letter will be sent to them explaining the details. We are allowed to explain to the agency what is going on with the Lymon case if they ask.

> *There was a case regarding an offender by the name of Lymon in which the court determined that he is not required to register for his Unlawful Imprisonment conviction because there was no sexual component to the offense. Offenders registered solely for Kidnapping, Kidnapping Child Enticement, and Unlawful Imprisonment are all being looked at by the Prosecutors and arresting agencies to determine if there was a sexual component. If no sexual component, the Prosecutor's office may ask us to remove the offender. After 90 days, if we have not heard from the Prosecutors one way or the other, we will cancel any remaining offenders that are registered for those offense.*

<u>If Prosecutor's office does not give an answer, are offenders automatically removed?:</u>

Yes, the offender's record will be canceled automatically. The letter received by the Prosecutor states that a record will be canceled 90 calendar days from the date of the letter if no response is received indicating otherwise.

<u>Offender calls with questions on why their record was canceled:</u>

If the record was canceled due to the Lymon decision, we are not able to give the offender information because it is not public information. If the record was canceled due to Lymon, let the offender know that they will be receiving a letter in the mail and if they don't receive it within two weeks, let us know and we will resend.

<u>Offender calls about Lymon Removal Letter</u>

An offender who was removed due to Lymon will be receiving a letter in the mail. If they call with any questions about the letter, we are not able to explain the letter in any way. The offender is to consult with a lawyer or the ACLU. MSP is not allowed to give legal advice nor is allowed to make factual determinations based on the letter that was received.