# Exhibit 134:

# MDOC Operating Procedure 05.01.100 [MDOC 6-24]

| MICHIGAN DEPARTMENT OF CORRECTIONS<br>**OPERATING PROCEDURE** | EFFECTIVE DATE<br>08/29/2022 | NUMBER<br>05.01.100 |
|---|---|---|
| SUBJECT<br>PROGRAM CLASSIFICATION AND TRACKING - OMNI RGC TABS | SUPERSEDES<br>05.01.100 (07/11/2022) | |
| | AUTHORITY<br>PD 05.01.100 | |
| | PAGE   1   OF   19 | |

To accurately assess, recommend, and provide evidence-based programming to eligible prisoners prior to their release into the community.

**RELATED POLICIES:**

| 04.06.180 | Mental Health Services |
| 05.01.100 | Prisoner Program Classification |
| | Prisoner Program Classification Manual |
| | Prisoner Reentry Guidebook |

**DEFINITIONS:**

A. PAROLE BOARD JURISDICTION DATE (PBJ) - The earliest date a prisoner is eligible for parole. For a habitual offender identified in PD 03.01.102 Paragraph E, number 2(A), this is the calendar minimum unless the sentencing judge or their successor approves parole on or after the minimum date. For purposes of this procedure, the acronym PBJ will be used interchangeably with Earliest Release Date (ERD).

**INFORMATION:**

B. ASSESSMENT: Actuarial and research-based risk assessment tools are utilized by the Michigan Department of Corrections (MDOC) to identify the risks and needs of every prisoner. Results of the assessments are utilized to assist in making program recommendations and to assist in making parole, supervision, and case management determinations.

  1. Correctional Offender Management Profiling for Alternative Sanctions (COMPAS) – A risk and needs assessment tool specifically designed to assess key risk and needs factors in correctional populations. There are four specific types of COMPAS assessments utilized by the MDOC: The Core COMPAS, Reentry COMPAS, Women's COMPAS, and Youth COMPAS.

  2. Static-99 R – An actuarial risk assessment instrument designed for use with adult male sex offenders in accordance with the Static coding manual rules. The Static-99R is the instrument currently used by the MDOC to identify static risk. The assessment must be completed by staff that have been trained and certified as assessors. The Static-99R can be scored by a file review; an interview is not required.

  3. Stable 2007 – A dynamic risk instrument designed for use with adult male sex offender prisoners, in accordance with the Stable-2007 coding manual rules, to measure areas of dynamic risk (those potentially changeable). The Stable-2007 is the instrument used by the MDOC to identify dynamic risk. The assessment must be completed by staff who have been trained and certified as assessors.

  4. Sex Offender Risk Assessment (SORA) - A written psychological evaluation report following an interview with a trained staff member. This report is used to support or override risk levels identified in the actuarial risk instruments.

  5. PROFESOR (Protective, Risk Observations for Eliminating Sexual Offense Recidivism) - A checklist designed to identify and summarize protective and risk factors for adolescents and emerging adults who have offended sexually. The PROFESOR is designed to assist with planning interventions that can help individuals to enhance their capacity for sexual and relationship health and, thus, eliminate sexual recidivism.

  6. Substance Abuse Subtle Screening Inventory (SASSI) - A screening instrument that helps to identify an individual's probability of having a substance use disorder. In the "reviewer's final assessment" of the

Case 2:22-cv-10209-MAG-CI   ECF No. 128-13, PageID.6672   Filed 10/02/23   Page 3 of 20

| DOCUMENT TYPE | EFFECTIVE DATE | NUMBER | |
|---|---|---|---|
| OPERATING PROCEDURE | 08/29/2022 | 05.01.100 | PAGE 2 OF 19 |

    substance abuse assessment results - designated staff will indicate the final assessment score after a comprehensive review of the prisoner's records and behaviors. All assessments should be reviewed with the prisoner and the willingness of the prisoner to accept treatment should be noted on the substance abuse assessment form and CSX-104 Basic Information Screen.

    7.    Tests of Adult Basic Education (TABE) – The TABE test consists of a placement component (Locator Test) and two separate assessments, the Survey and the Complete Battery. The Locater, that is administered at all Reception Centers (Charles E. Egeler Reception and Guidance Center (RGC), Women's Huron Valley (WHV), and Thumb Correctional Facility (TCF)), is used to determine which level (easy, medium, difficult, or advanced) a student will need for the second assessment. The receiving facility will then administer the Survey or the Complete Battery to determine the grade levels in the following areas: Reading Comprehension, Math Computation, Math Application, Language and Spelling. The results of the TABE assessments are utilized to guide instruction and to appropriately place prisoners in academic programming.

C.    <u>Program Classification Report (CSX-175)</u>: The Program Classification Report (CSX-175) shall be used to document the recommended programming. The CSX-175 is populated by the program recommendations and tracking information that is documented in the OMNI RGC recommendation, Core Program and Elective Program Tracking tabs. The document identifies the programs recommended in order to prepare prisoners for release.

D.    <u>COMPAS Case Plan</u>: The Case Plan is developed when an offender arrives in prison and is updated throughout their incarceration and supervision. The Case Plan identifies the programs to be completed in order to prepare prisoners for release from prison, tracks their progress in these programs and their overall progress while incarcerated, defines the terms of their release to the community, and specifies the services he or she will need in the community and the programs needed to successfully complete the community supervision term. The Case Plan provides the prisoner with an outline of programming, based on his or her needs as identified by an actuarial risk assessment (e.g., COMPAS, Static-99R, etc.) that will be completed during the pre-sentence investigation prior to his or her incarceration and prior to release on parole. The Case Plan provides the department, including the parole board, with an overview of the prisoner's progress in completing the goals established at intake and updated throughout their term of incarceration.

E.    <u>CFA Program Classification Manual</u>: The purpose of the CFA Program Classification Manual is to outline the standardized process for classifying, referring, placing, and documenting prisoner program recommendations and assignments. CFA Program Classification Manual is located in the Document Access System (DAS).

F.    <u>Program Classification</u>: The goal of program classification is to implement a process by which the assessed needs, risks, interests, and abilities of prisoners are identified and then matched to those programs, services, work, and educational/training opportunities that best address these needs. Through effective program classification, prisoners are provided meaningful opportunities to help themselves improve their behavior, acquire employment skills, and become law abiding and productive citizens. If a prisoner is deaf and/or hard of hearing, then effective communication shall be documented in accordance with PD 04.06.156 Deaf and/or Hard of Hearing Prisoners."

G.    <u>Men's Programming Referral Rules and Exceptions</u>: Most MDOC Core Departmental prisoner programs focus on changing the prisoner's thought processes utilizing cognitive restructuring and behavioral techniques. As such, it is necessary to ensure that prisoners are not participating in redundant programs with overlapping treatment targets that could result in a negative impact on the Department's limited physical space for programming and limited facilitator/therapist resources. Below is a list of programming rules for Michigan Sexual Abuse Prevention Program (MSAPP), Violence Prevention Program (VPP), Batterer's Intervention, Thinking for A Change (T4C), Advanced Substance Abuse Therapy (ASAT) and Phase II that will be strictly enforced by the Program Centralization Unit in the Offender Success Administration, Mental Health Services (MHS), and the Office of Substance Use Treatment Services (OSUTS).

    1.    A prisoner may only be referred to one of the following programs: VPP, MSAPP, Batterer's Intervention, or T4C.

    2.    Prisoners who have a waiting, active, or completed status for MSAPP on the current prefix will not be referred to VPP, T4C, or Batterer's Intervention.

| DOCUMENT TYPE | EFFECTIVE DATE | NUMBER | |
|---|---|---|---|
| OPERATING PROCEDURE | 08/29/2022 | 05.01.100 | PAGE 3 OF 19 |

3. Prisoner's with a waiting, active, or completed status for VPP on the current prefix will not be referred to T4C or Batterer's Intervention.

4. Prisoners who have a waiting, active, or completed status for ASAT on the current prefix will not be referred to T4C.

5. Prisoners with a waiting status for MSAPP that have a status detail of "placed on the program waitlist" combined with a mod-high/high static or overall priority score of mod-high/high/very high may not be enrolled separately in ASAT or Phase II. All others may receive placement in both programs.

6. Prisoners who have an active or completed status for the Assaultive Offender Program (AOP) on the current prefix will not be referred to VPP or T4C.

7. Prisoners with a successful Core Program completion on the current prefix will not be reenrolled into the same previously completed Core Program unless approved by the Parole Board, Offender Success, or OSUTS, MHS.

8. A prisoner may not have recommendations for both ASAT and Phase II on the same prefix unless approved by the Parole Board and OSUTS.

9. Prisoners on the waitlist who have a parole in hand (voted a positive parole action but are awaiting actual release from a facility) will not be placed into any prison-based Core programs. If the prisoner receives a parole while active in group, the prisoner will remain in group. The Central Office Parole Release Unit will send an e-mail to the Parole Board Suspends mailbox asking for further instructions.

10. Prisoners on the program waitlist with a maximum discharge date within six months can only be placed into Core Programs if the time between enrollment and the maximum discharge date allows for a full program completion.

11. Prisoners who the Parole Board has given a D-47 mental health case planning status will not be placed into Core programs. If the prisoner receives a parole while active in group, the prisoner will remain in group. The Central Office Parole Release Unit will send an e-mail to the Parole Board Suspends mailbox asking for further instructions.

12. Prisoners who are residing in a Secure Treatment Unit can receive a recommendation for VPP, T4C, Batterer's Intervention, ASAT, or Phase II and be placed on the waitlist. However, the prisoner cannot be enrolled in the program until he is designated as a general population prisoner unless the treatment team supports enrollment. Secure Treatment Units include Secure Status Residential Treatment Program (SSRTP), Residential Treatment Program (RTP), Residential Treatment Services (RTS), Secure Status Outpatient Treatment Program (SSOPT), Crisis Stabilization Program (CSP), and Adaptive Skills Residential Program (ASRP).

13. Prisoners serving a sentence with a Parole Board Jurisdiction Date (PBJ) greater than ten years, also known as a long indeterminate sentence (LID), can be placed on the VPP, MSAPP, T4C, Batterer's Intervention, ASAT, or Phase II waitlists.

14. Prisoners serving a term of life can receive program recommendations but will not be enrolled in VPP, T4C, Batterer's Intervention, ASAT, Phase II, or MSAPP program enrollment unless approved by the Program Centralization Unit, OSUTS, or MHS.

15. Placement into Core Programming is based on the PBJ. However, if a habitual prisoner is eligible to receive good time and/or disciplinary credits on his minimum sentence, eligibility for programming shall be based on his minimum date.

Exceptions to The Program Referral Rules:

1. The Parole Board may override or remove program recommendations for the programming listed above. These overrides or removals must be documented by designated Parole Board staff in the OMNI RGC Tracking tabs and the Case Plan.

| DOCUMENT TYPE<br>OPERATING PROCEDURE | EFFECTIVE DATE<br>08/29/2022 | NUMBER<br>05.01.100 | PAGE 4 OF 19 |
|---|---|---|---|

2. If staff suspect that a prisoner does not have the ability to actively participate in and comprehend the concepts presented in VPP, T4C, or Batterer's Intervention, then a Qualified Mental Health Professional (QMHP) may be consulted to determine if enrollment is appropriate. Staff must e-mail the VPP Mailbox for final review and approval.

3. If staff suspect that a prisoner does not have the ability to actively participate in and comprehend the concepts presented in ASAT or Phase II, the QMHP and OSUTS may be consulted to determine if enrollment is appropriate. Staff must e-mail the Substance Use Treatment Services Mailbox for final review and approval.

4. For VPP, T4C, and Batterer's Intervention, any staff member may contact the Program Centralization Unit to request an override/removal. Staff must e-mail the VPP Mailbox for final review and approval.

5. For MSAPP, Mental Health staff may recommend placement on or removal from the MSAPP waitlist based on evidenced based aggravating or mitigating factors. MSAPP program recommendations that deviate from standard program recommendations that are based on assessed risk and needs require sexual offender services manager or designee approval.

H. <u>Women's Programming Referral Rules and Exceptions</u>: Most MDOC Core departmental prisoner programs focus on changing the prisoner's thought processes utilizing cognitive restructuring and behavioral techniques. As such, it is necessary to ensure that prisoners are not participating in redundant programs with overlapping treatment targets that could result in a negative impact on the department's limited physical space for programming and limited facilitator/therapist resources. Below is a list of programming rules for Women's Michigan Sexual Abuse Prevention Program (WMSAPP), Meridians, Beyond Violence, Moving On, Seeking Safety, ASAT, and Phase II that will be strictly enforced by the Program Centralization Unit, MHS, and OSUTS.

1. Prisoners who have a waiting, active, or completed (on current prefix) status for WMSAPP will not be referred to Beyond Violence, Moving On, Seeking Safety, or Meridians.

2. Prisoners referred to Beyond Violence will not be referred to Moving On, Meridians, or Seeking Safety.

3. Prisoners who have an active or completed status for the AOP on a current prefix will not be referred to Beyond Violence or Moving On.

4. Prisoners with a successful Core Program completion on the current prefix will not be reenrolled in the same previously completed Core program unless approved by the Parole Board, Program Centralization Unit, or MHS.

5. A prisoner may not have recommendations for both ASAT and Phase II on the same prefix unless approved by the Parole Board or OSUTS.

6. A prisoner may only be referred to one of the following programs: Beyond Violence, WMSAPP, Meridians, Seeking Safety, and Moving On with the following exceptions:

    a. Prisoners who meet the criteria for Meridians and Moving On may have recommendations and enrollment in both programs.

    b. Prisoners who meet the criteria for Moving On and Seeking Safety may have recommendations and enrollment in both programs. However, prisoners referred to Meridians will not be referred to Seeking Safety.

7. Prisoners on the waitlist who have a parole in hand (voted a positive parole action but are awaiting actual release from a facility) will not be placed into any prison-based Core programs. If the prisoner is "active" in group, the prisoner will remain in group. The Central Office Parole Release Unit will send an e-mail to the Parole Board Suspends mailbox asking for further instructions.

8. Prisoners on the waitlist with a maximum discharge date within six months can only be placed into Core

| DOCUMENT TYPE | EFFECTIVE DATE | NUMBER | |
|---|---|---|---|
| OPERATING PROCEDURE | 08/29/2022 | 05.01.100 | PAGE 5 OF 19 |

        programs if the time allows for a full program completion.

9. Prisoners who the Parole Board has given a D-47 mental health case planning status will not be placed into Core programs. If the prisoner is "active" in group, the prisoner will remain in group. The Central Office Parole Release Unit will send an e-mail to the Parole Board Suspends mailbox asking for further instructions.

10. Prisoners who are residing in a Secure Treatment Unit can be referred to Moving On, Seeking Safety, Meridians, Beyond Violence, Phase II, ASAT, and WMSAPP and placed on the waiting list. However, the prisoner will not be enrolled in the program until the treatment team determines that the prisoner can actively participate and comprehend the concepts presented in the program or until they are designated as a general population prisoner. Secure Treatment Units include SSRTP, RTP, RTS, SSOPT, CSP, and ASRP.

11. Prisoners serving a term of life can receive program recommendations but will not be enrolled WMSAPP, Meridians, Beyond Violence, Moving On, Seeking Safety, ASAT, and Phase II unless approved by the Program Centralization Unit, OSUTS, or MHS.

12. Placement into Core Programming is based on the PBJ. However, if a habitual prisoner is eligible to receive good time and/or disciplinary credits on her minimum sentence, eligibility for programming shall be based on her minimum date.

Exceptions to The Program Referral Rules:

1. The Parole Board may override or remove program recommendations for the programming listed above. These overrides or removals must be documented by designated Parole Board staff in the OMNI RGC Tracking tabs and the Case Plan.

2. If staff suspect that a prisoner does not have the ability to actively participate in and comprehend the concepts presented in Beyond Violence, Meridians, Moving On, Seeking Safety, then a QMHP may be consulted to determine if enrollment is appropriate. Staff must e-mail WHV's Assistant Deputy Warden (ADW) of Programs who will contact the Program Centralization Unit for final review and approval.

3. If staff suspect that a prisoner does not have the ability to actively participate in and comprehend the concepts presented in ASAT or Phase II, then the QMHP may be consulted to determine if enrollment is appropriate. Staff must e-mail WHV's ADW of Programs who will contact the Substance Use Treatment Services Mailbox for final review and approval.

4. For Meridians, Seeking Safety, and Moving On, any staff member may contact the Classification Director to request an override/removal. Staff must e-mail WHV's ADW of Programs who will contact the Program Centralization Unit for final review and approval.

5. For Beyond Violence, any staff member may contact the Classification Director to send the request for override form to the Bureau of Health Care Services (BHCS). Staff must e-mail designated BHCS for final review and approval.

**Procedure:**

NOTE: For all sections below: If a prisoner is deaf and/or hard of hearing, then effective communication shall be documented in accordance with PD 04.06.156 "Deaf and/or Hard of Hearing Prisoners."

Who                  Does What

Reception Centers

Transcase Processor/
Education Staff (for
Education Only)    1.    Administer assessments and conducts intake processing as identified in PD 04.01.105

Case 2:22-cv-10209-MAG-CI   ECF No. 128-13, PageID.6676   Filed 10/02/23   Page 7 of 20

| DOCUMENT TYPE | EFFECTIVE DATE | NUMBER | |
|---|---|---|---|
| OPERATING PROCEDURE | 08/29/2022 | 05.01.100 | PAGE 6 OF 19 |

| | | |
|---|---|---|
| | | Reception Facility Services. Creates the Case Plan and the appropriate Master Record in the OMNI OCMS Offender Data module, Offender Recommendations sub module, and RGC Recommendation Master tab. |
| Classification Director/ Transcase Processor | 2. | Refer prisoners to Core and Elective programming in accordance with approved referral criteria. The Transcase Processors shall enter the referrals into the Case Plan and the OMNI OCMS Offender Data module, Offender Recommendation sub module, and RGC Tracking tabs as instructed by the Automated Data Systems Section (ADSS) Offender Recommendation Manual, located in DAS. |
| | 3. | When all program recommendations have been entered into the OMNI RGC Recommendation Tab, enter the current date into the "CFA Finalized Date" field and save. |
| | 4. | Initiate the transfer process for the prisoners who are finished with the Intake process to a receiving facility. |

Receiving Facilities

| | | |
|---|---|---|
| Classification Director | 1. | For each incoming prisoner, review the OMNI RGC Recommendation tab, the OMNI RGC Tracking tabs, the Case Plan, review the prisoner's institutional files, and place the prisoner on the respective facility program waiting lists in the appropriate OMNI RGC Tracking tab, Core or Elective, and Case Plan within 7 business days of orientation. |
| | 2. | Complete facility intake process as outlined in the facility operating procedure and the classification manual. |
| | 3. | If T4C, VPP, Batterer's Intervention, ASAT, or Phase II are not offered at a particular facility and the prisoner meets the criteria, open the recommendation IN OMNI according to the program referral rules, leave status as "Waiting," carry any previous information in the "Notes" field forward with the same "Program Detail", and select a "Status Detail" of "Program Not Offered." |
| Program Centralization Unit Staff | 5. | When notified of a prisoner's new sentence while under commitment, then review to determine necessary changes in program recommendation eligibility and make any approved changes to the OMNI RGC Tracking Tabs and the Case Plan. |
| ARUS (Assistant Resident Unit Supervisor) /Prisoner Counselor (PC)/ Program Facilitator or Designee | 6. | Complete a new Core COMPAS assessment for any prisoner who receives a new sentence while in a CFA receiving facility (if one was not already completed at the PSI stage). Notifies the Program Classification Mailbox of the prisoner's new sentence while under commitment. |
| | 7. | When placing prisoners into programming, run the [New] RGC Requirement Program Report located in the OCMS Reports module, OCMS Classification Reports sub module using appropriate sorting criteria as instructed by the Automated Data Systems Section (ADSS) Offender Recommendation Manual, located in DAS. |
| | 8. | Assign prisoners into programming using the PBJ to determine the priority of program placement. Enter the call-out into OMNI. |
| | | Note: Prisoners who are past their PBJ and those who are within twelve months of their PBJ or Parole Board next action date shall receive program placement priority as |

| DOCUMENT TYPE<br>OPERATING PROCEDURE | EFFECTIVE DATE<br>08/29/2022 | NUMBER<br>05.01.100 | PAGE 7 OF 19 |
|---|---|---|---|

determined by MHS, OSUTS, or the Offender Success Administration.

Note: Please review the Core Tracking Tab for a Vocational Village – CTC Recommendation before enrolling prisoners in any Core Programs (T4C, Batterer's Intervention, VPP, Phase II, or ASAT). If the prisoner has a "Waiting" record for the Vocational Village, do not enroll him because he is in the process of transferring to a Vocational Village facility. This prisoner will receive all of his remaining Core Programs while he resides at one of those sites. Some records may note that this prisoner is only an applicant and has not yet been approved. Staff can place that prisoner into Core Programs at their facility if they are 14 months or more to their PBJ. Prisoners already located at one of the Vocational Villages can be enrolled per the normal process.

9. Change the program status in the appropriate OMNI RGC Tracking tab, Core or Elective, and Case Plan from "Waiting" to "Active," enter in the appropriate start date, and note the projected completion date along with the facilitator's name in the recommendation Notes.

10. Upon completion or termination from a program, update the program record in the OMNI RGC Tracking tab by entering in the "Termination Date," "Termination Reason," and "Authorized By" fields to close out the record within ten business days of completion or termination from the program. Update the Case Plan as instructed. In cases of early termination, for T4C, VPP, Batterer's Intervention, ASAT, and Phase II, the "Notes" section shall include information detailing the termination reason, the relevant period of ineligibility, and the date the prisoner is eligible to be returned to the waitlist. If a prisoner transfers before the recommendation can be updated, then e-mail the Program Classification Mailbox asking for the record to be updated correctly.

11. Complete corresponding program discharge summary reports and program evaluation reports in OMNI Reports/Reception Center Report (this is not a CSJ-363) within ten business days of completion or termination from the program including refusals, if required by the program authority (MSAPP, OSUTS, Education, or Program Centralization), and distribute copies to the entities listed on the report and any other entities as instructed. If a prisoner transfers before completion of the report, an electronic copy must be sent to the appropriate staff at Central Office or the receiving facility. These staff members will place the report in OMNI Reports/Reception Center Reports.

Program Centralization Unit/Facility Staff

12. In accordance with PD 05.01.100 "Prisoner Program Classification" Attachment B, staff shall place those prisoners back on the waiting list for their Core programs in OMNI and the Case Plan upon completion of the listed ineligibility timeframes. Written requests for reconsideration into MSAPP shall be sent to the health care secretary at the prisoner's respective facility for processing. All other written requests for reconsideration are to be provided to the Classification Director who will forward the request to that program's managing authority for processing.

Facility Transfer Coordinator

13. Prior to initiating any transfers, check to see if the prisoner is enrolled in and/or has an active detainer for a Core program or Faith Based Academy. If the prisoner is enrolled in a Core program or Faith Based Academy, staff must receive approval from CFA Classification before completing a transfer to another CFA facility.

Warden or Designee

14. Develop a procedure to ensure that department programming detainers are being added for prisoners at the time of Core program or Faith Based Academy enrollment and removed once the prisoner is no longer attending that program. For prisoners who are transferred into a facility specifically for a Core program or Faith Based Academy, the department program detainer shall be added once the prisoner arrives at the facility. Ensure that a facility procedure is developed to communicate prisoner program enrollments to the persons assigned to add/remove the department detainers for

| DOCUMENT TYPE | EFFECTIVE DATE | NUMBER | |
|---|---|---|---|
| OPERATING PROCEDURE | 08/29/2022 | 05.01.100 | PAGE 8 OF 19 |

programming.

**Healthcare –MSAPP Process (Adult Males):**

<u>Who</u>      <u>Does What</u>

Office of Research and Planning Staff

1. Maintain a master list of new intake sex offenders.

Office of Research and Planning Static 99-R Coders/Designee

2. Access the master list of new intake sex offenders and score the actuarial risk instrument according to the manual rules.

3. Save the score and assessment in COMPAS. A list of all cases that have been scored will be made accessible to appropriate staff for review.

MSAPP Program Designee

4. Insert or open the most recent or appropriate Master Record in the RGC Master Tab as instructed by the Automated Data Systems Section (ADSS) Offender Recommendation Manual, located in DAS.

5. Create an OMNI RGC Recommendation for MSAPP.

6. Update the OMNI Core Program Tracking tab "Status Detail," "Program Detail," and enter the actuarial risk instrument score in the "Notes" section. Prisoners with a Very Low, Below Average, and Average nominal risk level on the actuarial risk instrument will be given a program detail of "Stable Needed." Prisoners with Above Average and Well Above Average actuarial risk instrument nominal risk levels will have a "Status Detail" of "Placed on Program Waitlist" for MSAPP. "Referred/Pool" will be the date the prisoner's assessments were completed. Follow procedures as instructed to insert recommendations into the Case Plan.

<u>Receiving Facility - Hub/Non-Hub Site</u>

MHS Clerical/Analyst or Designee

7. Review the [New] RGC Recommendation Report for incoming prisoners with MSAPP recommendations that were closed due to routine transfer.

8. Create a new MSAPP record in the OMNI Core Program Tracking tab and input relevant information into the "Status Detail," "Program Detail," and "Notes" fields. Input relevant information in the Case Plan.

MSAPP Program Designee

9. Assign prisoners with status details indicating "Stable Needed" to QMHPs for dynamic risk instrument scoring. This is to be completed within 4-7 years of the PBJ to the extent possible and as soon as possible for prisoners with a PBJ less than four years. After the dynamic risk instrument is scored, the tracking record will be updated as follows:

   a. If the prisoner's overall priority score is Level I, Level II, or Level III after dynamic risk instrument administration, the OMNI RGC Tracking Tab and Case Plan will be closed with the termination reason of "SORA Needed." Update the "Notes" section of the OMNI RGC Tracking tab and Case Plan with the appropriate scores.

   b. If the prisoner's overall priority score is Level IVa after dynamic risk instrument administration, the OMNI RGC Tracking tab will be updated as follows: "Status Detail" will read "Placed on Program Waitlist" and "Program Detail" will read Level IVa or Level IVb corresponding to the prisoner's actual risk. Update the

| DOCUMENT TYPE | EFFECTIVE DATE | NUMBER | |
|---|---|---|---|
| OPERATING PROCEDURE | 08/29/2022 | 05.01.100 | PAGE 9 OF 19 |

| | | |
|---|---|---|
| | | "Notes" section of the OMNI RGC Tracking tab and Case Plan with the appropriate scores. |
| QMHP | 10. | Interview the prisoner. Complete the dynamic risk instrument evaluation in COMPAS. A list of all cases that have been scored will be made accessible to appropriate staff for review. |
| | 11. | E-mail MSAPP Mailbox to notify of report completion. |
| MSAPP Program Designee | 12. | Assign prisoners with closed MSAPP recommendations indicating "SORA Needed" to QMHPs for SORA completion. This is to be completed at least two years prior to the PBJ so that the Parole Board has the report available at the time of the prisoner's first parole consideration. |
| | a. | Prisoners with completed SORAs that result in verification of Level I, Level II, or Level III scores will result in a "Program Detail" change to "Low-Waived." The OMNI RGC Tracking tab and Case Plan will then be closed with "Waived" selected in the termination reason field. |
| | b. | Prisoners with completed SORAs that result in an overall priority risk score of Level IVa or Level IVb will have their OMNI RGC Tracking tab changed as follows: "Status Detail" will read "Placed on Program Wait List," and "Program Detail" will be Level IVa or Level IVb based on risk level indicated in the psychological evaluation. The date of the SORA and the fact that the evaluation resulted in an increased risk level will be recorded in the "Notes" section of the OMNI RGC Tracking tab and Case Plan. |
| QMHP | 13. | Complete the dynamic risk instrument evaluation in COMPAS and complete a psychological evaluation report using the prisoner health record template and save the report in the prisoner health record. |
| | 14. | E-mail MSAPP Mailbox to notify of report completion. |
| MSAPP Program Designee | 15. | Send requests for prisoners who need to be transferred to a hub site for programming or self-help involvement to CFA Classification. |

Receiving Facility - Hub Site

| | | |
|---|---|---|
| MHS Clerical/Analyst or Designee | 16. | Review the [New] RGC Recommendation Report for incoming prisoners with MSAPP recommendations that were closed due to routine transfer. |
| | 17. | Create a new MSAPP record in the OMNI Core Program Tracking tab and input relevant information into the "Status Detail," "Program Detail", and "Notes" fields. The Case Plan will be updated as appropriate. |
| MSAPP Program Designee | 18. | Generate OMNI OCMS Classification Report to identify prisoners needing placement in MSAPP Phase I TRY or Phase II-V; sort according to ERD and provide a list to the MSAPP Therapist upon the Therapist's request. |
| | 19. | Update the OMNI Core Program Tracking tab record as prisoners are placed in MSAPP Phases I-V by entering information into the "Status Detail," "Program Detail," and/or "Start Date" fields with applicable "Notes" within 2 business days of notice of enrollment. Update the Case Plan as instructed. |

| DOCUMENT TYPE | EFFECTIVE DATE | NUMBER | |
|---|---|---|---|
| OPERATING PROCEDURE | 08/29/2022 | 05.01.100 | PAGE 10 OF 19 |

| | | |
|---|---|---|
| MSAPP Therapist | 20. | Receive the list of prisoners for group and screen the prisoner for therapeutic amenability determining: |
| | a. | If the prisoner should be enrolled in Phase I TRY or if the prisoner should be enrolled in Phases II-V after Phase I TRY has been completed. If approved, submit prisoner name and number to MSAPP Mailbox to update the OMNI Core Tracking tab, Case Plan, and enter into the database. |
| | | or |
| | b. | If the prisoner is exhibiting therapeutically interruptive behaviors and should not be enrolled in Phase I TRY or Phases II-V, update the TAP/Case Plan in COMPAS, pursuant to protocol, and indicate in case notes the reason(s) for non-admission. |
| | 21. | Complete Therapy Admission Report and Consent for Mental Health Services Programming (CHJ-694) for prisoners enrolled in Phases I-V. Provide a copy of the CHJ-694 to the MHS Clerical/Analyst or Designee. In addition, will complete the group therapy contract, an entrance evaluation, and book disbursement forms for those prisoners enrolled in Phase II-V. The entrance evaluation will be entered in the prisoner health record within 30 calendar days of beginning Phase II. |
| MHS Clerical/Analyst or Designee | 22. | File CHJ-694 according to MHS documentation guidelines. |
| MSAPP Program Designee | 23. | Place a Departmental detainer in the OMNI database when a prisoner begins Phase I and continue the detainer through Phase V. |
| MSAPP Hub Site Staff or Designee | 24. | Deliver Phase I TRY for those approved for enrollment. |
| | 25. | Notify MSAPP Therapist of Phase I TRY start/end date and MSAPP active/termination status. |
| MSAPP Therapist | 26. | Notify the MSAPP Mailbox of successful admissions or non-admissions to Phase II following completion of Phase I TRY. Must review and approve all status changes following participation in Phase I TRY. For successful admissions to Phase II, update the TAP/Case Plan in COMPAS, pursuant to protocol, with a case note indicating the prisoner's identified treatment goals and admission information. For non-admissions to Phase II, update the TAP/Case Plan in COMPAS, pursuant to protocol, and indicate in case notes the reason(s) for non-admission. |
| MSAPP Program Designee | 27. | Update the OMNI Core Program Tracking tab with relevant information into the "Status Detail," "Program Detail," and "Notes" fields. If a non-admission to Phase II, will also update the "Termination Date," "Termination Reason," "Notes", and "Authorized By" fields. Update the Case Plan as instructed. |
| MSAPP Therapist | 28. | Formulate an MSAPP treatment plan, after meeting with the prisoner to identify treatment needs, using the BH Progress Note within 60 calendar days of prisoner starting Phase II-V. |
| | 29. | Deliver Phase II-V to prisoners according to the treatment plan and MSAPP trainer manual. |

| DOCUMENT TYPE | EFFECTIVE DATE | NUMBER | |
|---|---|---|---|
| OPERATING PROCEDURE | 08/29/2022 | 05.01.100 | PAGE 11 OF 19 |

|  |  |  |
|---|---|---|
|  | 30. | Consult routinely with staff (Resident Unit Manager (RUM), PC, Custody Officer, Programs, Mental Health Treatment Team, etc.) for input on prisoner's functioning, progress, and recommendations. |
| MSAPP Treatment Team / MSAPP Therapist | 31. | Meet weekly to review prisoners' status in Phase II-V of programming. |
|  | a. | Review all modifications of MSAPP treatment for marginal group members. |
|  |  | or |
|  | b. | Review all prisoner terminations from the program. |
| MSAPP Therapist | 32. | Meet with prisoner to identify treatment needs, modify treatment plan, or remove from programming. Review prisoner progress in MSAPP no less than monthly. |
|  | 33. | Complete prisoner health record documentation according to the MHS documentation standards: |
|  | a. | Individual Therapy Note |
|  | b. | Group Therapy Note |
|  | c. | Administer and document recognized dynamic risk instrument at prescribed intervals in Phase II to assess prisoner's progress in treatment. |
|  |  | Note: The Group and Individual Therapy Notes can be completed in one encounter. |
|  | 34. | Modify treatment plan as needed and informs prisoner of modifications. Notify MSAPP Mailbox of changes. |
|  | 35. | If the prisoner is approved for termination due to program completion or early termination: |
|  | a. | Ensure MSAPP resources are returned from prisoner according to the signed request for program supplies. |
|  | b. | Complete a Therapy Termination and Psychological Evaluation Report using the prisoner health record termination report within ten business days of prisoner's termination from MSAPP. |
|  | c. | Notify MSAPP Mailbox and Parole-Board-Psych Mailbox of termination report completion. |
|  | d. | Notify MSAPP Mailbox to request replacement name[s] following the procedure above to maintain maximum group capacity. |
| MSAPP Program Designee | 36. | Update the OMNI RGC Tracking tab when a prisoner terminates from Phases I-V, including the "Termination Date," "Termination Reason," "Notes", and "Authorized By" fields. Update the Case Plan as instructed. |
|  |  | Note: When a prisoner completes Phase I TRY, the OMNI RGC Tracking tab recommendation "Notes" will detail the completion and the status will be changed back to "Waiting." Update the Case Plan as instructed. |
|  | 37. | Remove the Departmental detainer in the OMNI database when a prisoner has either completed all Phases I-V or if terminated early from the program at any point. |

**MDOC Resp. to Pls.' 12-16-22 Subpoena**
**Does, et al., v. Whitmer, et al., USDC-ED 22-cv-10209**

**MDOC_016**

Case 2:22-cv-10209-MAG-CI   ECF No. 128-13, PageID.6682   Filed 10/02/23   Page 13 of 20

| DOCUMENT TYPE | EFFECTIVE DATE | NUMBER | |
|---|---|---|---|
| OPERATING PROCEDURE | 08/29/2022 | 05.01.100 | PAGE 12 OF 19 |

Reconsideration Process

Note: Prisoners that have previously been terminated early or not admitted to MSAPP are responsible for initiating reconsideration for MSAPP by contacting MHS in writing with a request to be placed back on the waitlist. Prisoner can submit the written request 90 days after the first early termination and then every 180 days after every subsequent early termination.

MHS Clerical/Analyst or Designee

38. Forward the prisoner's written request to the MSAPP Mailbox.

MSAPP Program Designee

39. Determine if prisoner has fulfilled the ineligibility timeframes. If the prisoner is eligible, update the OMNI Core Program Tracking tab and Case Plan to "Waiting" within two (2) business days of receipt with a note that the prisoner must complete Phase I TRY.

MSAPP Hub Site Staff or Designee

40. Deliver Phase I TRY for those approved for enrollment.

MSAPP Therapist

41. Receive the list of prisoners who have completed Phase I TRY and screen the prisoner for therapeutic amenability determining:

   a. If the prisoner should be enrolled in Phases II-V. If approved, submit prisoner name and number to MSAPP Mailbox to update the OMNI Core Tracking tab, Case Plan, and enter into the database.

   or

   b. If the prisoner is exhibiting therapeutically interruptive behaviors and/or cannot identify appropriate treatment goals and should not be enrolled in Phases II-V, complete Therapy Non-Admission Report within ten business days of prisoner's non-admission.

42. Complete Therapy Admission Report and Consent for Mental Health Services Programming (CHJ-694) for prisoners enrolled in Phases I-V. Provide a copy of the CHJ-694 to the MHS Clerical/Analyst or Designee. In addition, completes the group therapy contract, an entrance evaluation, and book disbursement forms for those prisoners enrolled in Phase II-V. The entrance evaluation will be entered in the prisoner health record within 30 calendar days of beginning Phase II.

MSAPP Program Designee

43. Update the OMNI Core Program Tracking tab with relevant information into the "Status Detail," "Program Detail," and "Notes" fields. If a non-admission to Phase II, also updates the "Termination Date," "Termination Reason," "Notes", and "Authorized By" fields. Update the Case Plan as instructed.

**Healthcare –Youthful Sexual Abuse Prevention Program (YSAPP) Process (Youthful Male Offenders):**

Who             Does What

Reception Process

Reception QMHP

1. Review Presentence Investigation Report (PSI) of recent commitments identifying prisoners convicted of sex offense convictions or with a sex offense in their history. If a prisoner was previously incarcerated with the MDOC or supervised on probation in Michigan, review OMNI Case Notes, OMNI Legal Orders, violation reports, the prisoner's PREA score as a potential aggressor, and MDOC institutional misconduct history. Schedule the prisoner for an interview.

Case 2:22-cv-10209-MAG-CI   ECF No. 128-13, PageID.6683   Filed 10/02/23   Page 14 of 20

| DOCUMENT TYPE | EFFECTIVE DATE | NUMBER | |
|---|---|---|---|
| OPERATING PROCEDURE | 08/29/2022 | 05.01.100 | PAGE 13 OF 19 |

|   |   |   |
|---|---|---|
| | 2. | Conduct in person interview. Enter the YSAPP recommendation in OMNI under the Therapeutic Programming tab of Reception Center In-Processing/Basic Information Screen. |
| | 3. | Review the Basic Information Screen. Place the YSAPP recommendation on a referral sheet and forward to the Classification Director. |
| Sex Offender Services Administrator or Designee | 4. | Insert or open the most recent or appropriate master record in the RGC master tab as instructed by the Automated Data Systems Section (ADSS) Offender Recommendation Manual, located in DAS. |
| | 5. | Create an OMNI RGC recommendation for YSAPP and enter information into the OMNI Core Program Tracking Tab in the "Status Detail" field that the respective prisoner is "Placed on Program Wait List." Within the "Program Detail," select "None" as there is no validated risk instrument to measure sexual recidivism for females. "Referred/Pool" will be the date the prisoner was interviewed by the reception QMHP. Follow procedures as instructed to insert recommendations into the case plan. |

TCF YSAPP Tracking TAB Maintenance

|   |   |   |
|---|---|---|
| MHS Secretary or designee | 1. | Review the [new] RGC recommendation report for YSAPP for prisoners who have had their tracking records closed for sex offender treatment due to routine transfer. (Although TCF is the only site in which youth with sex convictions may be housed, OMNI Core Program Tracking Tab Information for sex offender treatment may be periodically closed due to such reasons as transfer for extended medical treatment or writs). |
| | 2. | Create a new record in the OMNI Core Program Tracking TAB and input information into the "Status Detail" and "Program Detail" fields. |
| | 3. | When placing prisoners into programming, run the [new] RGC requirement program report located in OCMS Reports/OCMS Classification Reports using appropriate sorting criteria as instructed by the Automated Data Systems Section (ADSS) Offender Recommendation Manual, located in DAS. |
| | 4. | Assign prisoners into programming using the PBJ to determine the priority of program placement. Enter the call-out into OMNI. |
| | 5. | Update the OMNI Core Program Tracking Tab Record as prisoners are placed in or terminated from YSAPP groups by entering information into the "status detail," "program detail," and "start date" fields. When a prisoner terminates from a YSAPP group the "Termination Date," "Termination Reason," and "Authorized By" fields will be completed to close the tracking record. Update the Case Plan as instructed. |
| QMHP | 6. | For those prisoners terminating from YSAPP groups, notify the MHS secretary or designee of group completion. |
| | 7. | Inform the Parole Board of prisoners terminating from YSAPP group by emailing the list of names to the parole-board-psych mailbox. |

| DOCUMENT TYPE | EFFECTIVE DATE | NUMBER | |
|---|---|---|---|
| OPERATING PROCEDURE | 08/29/2022 | 05.01.100 | PAGE 14 OF 19 |

**Healthcare – Women's Michigan Sexual Abuse Prevention Program (WMSAPP) Process (Adult Females):**

<u>Who</u>          <u>Does What</u>

<u>Reception Process</u>

Reception QMHP          1.   Review Presentence Investigation Report (PSI) of recent commitments identifying prisoners convicted of sex offense convictions or with a sex offense in their history. If a prisoner was previously incarcerated with the MDOC or supervised on probation in Michigan, review OMNI Case Notes, OMNI Legal Orders, Violation Reports, the prisoner's PREA score as a potential aggressor, and MDOC institutional misconduct history. Schedule the prisoner for an interview.

                            2.   Conduct in person interview. Enter the WMSAPP recommendation in OMNI under the Therapeutic Programming Tab of Reception Center In-Processing/Basic Information Screen.

Transcase Processor   3.   Review the Basic Information Screen. Place the WMSAPP recommendation on a referral sheet and forward to the Classification Director.

Classification Director   4.   Insert or open the most recent or appropriate Master Record in the RGC Master Tab as instructed by the Automated Data Systems Section (ADSS) Offender Recommendation Manual, located in DAS.

                            5.   Create an OMNI RGC Recommendation for WMSAPP and enter information into the OMNI Core Program Tracking tab in the "Status Detail" field that the respective prisoner is "Placed on Program Wait List." Within the "Program Detail," select "None" as there is no validated risk instrument to measure sexual recidivism for females. "Referred/Pool" will be the date the prisoner was interviewed by the reception QMHP. Follow procedures as instructed to insert recommendations into the Case Plan.

<u>WHV WMSAPP Tracking Tab Maintenance</u>

MHS Secretary or
Designee                 1.   Review the [New] RGC Recommendation Report for WMSAPP for prisoners who have had their tracking records closed for sex offender treatment due to routine transfer. (Although WHV is the only site in which women with sex convictions may be housed, OMNI Core Program Tracking tab information for sex offender treatment may be periodically closed due to such reasons as transfer for extended medical treatment or writs).

                            2.   Create a new record in the OMNI Core Program Tracking tab and input information into the "Status Detail" and "Program Detail" fields.

                            3.   When placing prisoners into programming, run the [New] RGC Requirement Program Report located in OCMS Reports/OCMS Classification Reports using appropriate sorting criteria as instructed by the Automated Data Systems Section (ADSS) Offender Recommendation Manual, located in DAS.

                            4.   Assign prisoners into programming using the PBJ to determine the priority of program placement. Enter the call-out into OMNI.

                            5.   Update the OMNI Core Program Tracking tab record as prisoners are placed in or terminated from WMSAPP groups by entering information into the "Status Detail," "Program Detail," And "Start Date" fields. When a prisoner terminates from an WMSAPP group the "Termination Date," "Termination Reason," and "Authorized By" fields will be completed to close the tracking record. Update the appropriate Discharge Summary and Case Plan as instructed.

| DOCUMENT TYPE | EFFECTIVE DATE | NUMBER | |
|---|---|---|---|
| OPERATING PROCEDURE | 08/29/2022 | 05.01.100 | PAGE 15 OF 19 |

| | | |
|---|---|---|
| QMHP | 6. | For those prisoners terminating from WMSAPP groups, notify the MHS Secretary or Designee of group completion. |
| | 7. | Inform the Parole Board of prisoners terminating from WMSAPP group by emailing the list of names to the Parole-Board-Psych mailbox. |

**Healthcare – Beyond Violence (BV) Process (Women):**

<u>Who</u>                <u>Does What</u>
Reception Process

| | | |
|---|---|---|
| Transcase Processor | 1. | During the intake process, screen prisoners for possible participation in Beyond Violence utilizing the approved referral criteria. |
| Classification Director | 2. | Insert or open the most recent or appropriate Master Record in the RGC Master Tab as instructed by the Automated Data Systems Section (ADSS) Offender Recommendation Manual, located in DAS. |
| | 3. | Create a new RGC recommendation record in OMNI and select "Beyond Violence" from the drop-down menu. Under "Origin," "Healthcare" should be selected. |
| | 4. | Create a new tracking record. Select "Beyond Violence" from the "Program Name" drop-down menu. Select "Waiting" from the "Status Detail" drop-down. For "Status Detail," "Placed on Program Wait List" should be chosen. "Referred/Pool" date will be the current date the tracking record is modified. Follow procedures as instructed to insert recommendations into the Case Plan. |

<u>WHV BV OMNI Core Program Tracking Tab Maintenance</u>

| | | |
|---|---|---|
| MHS Secretary or Designee | 5. | When placing prisoners into programming, run the [New] RGC Requirement Program Report located in OCMS Reports/OCMS Classification Reports using appropriate sorting criteria as instructed by the Automated Data Systems Section (ADSS) Offender Recommendation Manual, located in DAS. |
| | 6. | Assign prisoners into programming using the PBJ to determine the priority of program placement. Enter the call-out into OMNI. |
| | 7. | Update the OMNI Core Program Tracking tab record as prisoners enter and terminate from group by inputting the necessary information in the "Status," "Status Detail," and "Start "Date" fields. When a prisoner terminates from a Beyond Violence group the "Termination Date," "Termination Reason," and "Authorized By" fields will be completed to close the tracking record. Update the Case Plan as instructed. |
| | 8. | Review the [New] RGC Recommendation Report for Beyond Violence for prisoners who have had their tracking records closed for Beyond Violence treatment due to routine transfer. |
| | 9. | For approved overrides, insert or open the most recent or appropriate Master Record in the RGC Master Tab as instructed by the Automated Data Systems Section (ADSS) Offender Recommendation Manual, located in DAS. |
| | 10. | Create a new RGC recommendation record in OMNI and select "Beyond Violence" from the drop-down menu. Under "Origin" select "Healthcare." |
| | 11. | Create a new tracking record. Select "Beyond Violence" from the "Program Name" drop-down menu. Select "Waiting" from the "Status Detail" drop-down. For "Status Detail," "Placed on Program Wait List" should be chosen. "Referred/Pool" date will be the current |

| DOCUMENT TYPE | EFFECTIVE DATE | NUMBER | |
|---|---|---|---|
| OPERATING PROCEDURE | 08/29/2022 | 05.01.100 | PAGE 16 OF 19 |

date the tracking record is modified. Follow procedures as instructed to insert recommendations into the Case Plan.

QMHP  12.  For those prisoners terminating from the Beyond Violence program, notify the MHS Secretary or Designee of group completion complete the appropriate Discharge Summary and update the Case Plan.

13.  Notify the Parole Board of Beyond Violence completion by emailing the list of names to the Parole-Board-Psych Mailbox.

**Substance Abuse Programs Process:**

Who  Does What

Reception Centers

Transcase Processor  1.  Coordinate SASSI testing for all arriving prisoners with the exception of prisoners returned as Technical Parole Violators (PV Techs). The SASSI questionnaire will be completed by the prisoners on scantron forms. Prisoners should be instructed to answer the questions for the 6 months prior to incarceration. For any test refusals create an OMNI note on the Basic Information Screen/Substance Abuse Tab/Comments section and determine a final assessment score. Occasionally prisoners are transferred due to medical, safety, or mental health prior to completing a SASSI questionnaire. For these cases, OSUTS staff will determine a final assessment score, program recommendation and create an OMNI note on the Basic Information Screen/Substance Abuse Tab/Comments section.

2.  Ensure that all SASSI tests are scored. Notify OSUTS for any needed supplies or support. The scantron forms are processed and the test results entered into OMNI/OMS. Copies of the completed SASSI questionnaire and the Substance Abuse Assessment Reports are to be placed in the Records Office file.

3.  Interview prisoner and review and consider all of the following in order to determine the SASSI Final Assessment Score: PSI, court documents, previous treatment completions and/or failures, parole violation documentation, OMNI Case Notes, substance abuse test results, institutional record, and any other relevant supplemental documentation. For all prisoners currently serving for an OUIL – 3rd conviction or an OUIL Causing Death/Injury conviction type, the SASSI final assessment score must be a "4" and the prisoner should be given an ASAT recommendation.

Note: The final assessment score can never be downgraded from the Initial SASSI Score.

4.  Complete the "Reviewer's Final Assessment" section on the Basic Information Screen in OMNI and enter the appropriate score. Enter a comment to justify any increase in the Final Assessment Score.

5.  Review completed substance abuse assessment results with the prisoner. Complete item two indicating whether the prisoner is willing to accept treatment.

6.  Determine the appropriate program recommendation by utilizing the chart below. Using the reviewer's Final Assessment Score follow the chart across to the corresponding recommendation:

Case 2:22-cv-10209-MAG-CI   ECF No. 128-13, PageID.6687   Filed 10/02/23   Page 18 of 20

| DOCUMENT TYPE | EFFECTIVE DATE | NUMBER | | |
|---|---|---|---|---|
| OPERATING PROCEDURE | 08/29/2022 | 05.01.100 | PAGE 17 OF 19 | |

| Final Assessment Score | Severity of Problem | Recommendation |
|---|---|---|
| 4 | High Probability of Severe Substance Dependence and/or those currently serving on an OUIL – 3rd Conviction or OUIL Causing Death/Injury Conviction Type | Advanced Substance Abuse Treatment |
| 3 | High Probability of Substance Dependence | Phase II Substance Abuse Treatment (Outpatient Treatment) |
| 2 | Possible Substance Abuse Problem | No Treatment Recommendation |
| 1 | Low Probability of Substance Dependence | No Treatment Recommendation |

Note: RSAT is no longer available.

7. Complete the substance abuse section of the Basic Information Screen in OMNI by marking the appropriate recommendation. Also enter the recommendation into OMNI by inserting or opening the most recent or appropriate Master Record in the RGC Master Tab as instructed by the Automated Data Systems Section (ADSS) Offender Recommendation Manual, located in DAS. Follow procedures as instructed to insert recommendations into the Case Plan.

   Note: The reviewer's final assessment must be completed and documented prior to transfer from RGC.

8. Print and distribute copies of the Basic Information Screen Form (CSX-104) for filing in the Counselor, Record Office, and Central Office Files.

Receiving Facilities

Classification Director or Designee

9. Ensure that each prisoner's substance abuse recommendation meets the eligibility criteria described in the chart above. Complete initial program classification in accordance with the process as outlined in PD 05.01.100 "Prisoner Program Classification."

10. Open the appropriate recommendation in the OMNI RGC Tracking tab as "Waiting." Update the Case Plan as instructed.

11. Administer the SASSI test at institutions other than reception centers by designated staff and forward a copy of the scantron to a Reception Center for scoring for the following reasons:

    a. No record can be found of the substance abuse assessment results in the prisoner's file or in OMNI.

    b. The prisoner requests to take the test after prior refusals.

12. Monitor the Phase II and ASAT waiting lists at least monthly utilizing the OMNI OCMS Reports/OCMS Classification Reports/[New]RGC Requirement Report.

Substance Abuse Program Coordinator/ QMHP

13. When placing prisoners into programming, run the [New] RGC Requirement Program Report located in OCMS Reports/OCMS Classification Reports using appropriate sorting criteria as instructed by the Automated Data Systems Section (ADSS) Offender

| DOCUMENT TYPE | EFFECTIVE DATE | NUMBER | |
|---|---|---|---|
| OPERATING PROCEDURE | 08/29/2022 | 05.01.100 | PAGE 18 OF 19 |

|  |  |  |
|---|---|---|
|  |  | Recommendation Manual, located in DAS. |
|  | 14. | Update the OMNI Core Program Tracking tab record as prisoners enter and terminate from group by inputting the necessary information in the "Status," "Status Detail," and "Start Date" fields. When a prisoner terminates from a Phase II or ASAT group the "Termination Date," "Termination Reason," And "Authorized By" fields will be completed to close the tracking record. Update the Case Plan as instructed. |
|  | 15. | Notify OSUTS of need for additional resources for Phase II or ASAT programming at the facility. |
|  | 16. | Coordinate delivery of Phase II and ASAT services with OSUTS. Monitor waiting lists, referral process, and documentation system to ensure that all prisoners with substance abuse programming needs are referred to appropriate programming and that the prisoner's participation in such programming is electronically documented consistent with this procedure.<br><br>Note: Self-help programs such as NA and AA are not Core programs and do not satisfy RGC recommendations for substance abuse programming. |
|  | 17. | Prisoners shall be prioritized for substance abuse programming based on their PBJ. All requests for overrides into a more intensive program or to add a substance abuse recommendation due to substance abuse misconducts must be sent to the Substance Abuse Services Mailbox for further review. OSUTS will enter all approved program overrides into the OMNI RGC Tracking tabs and Case Plan, including a "Note" that the program has been approved. |
| Treatment Provider | 18. | As appropriate, complete the Discharge Summary Report and send to OSUTS with the monthly bill. For Phase II Substance Abuse and ASAT, must complete the appropriate Discharge Summary Report and enter it into OMNI within 10 business days of program completions. |
|  | 19. | Notify the Substance Abuse Coordinator or update OMNI immediately for any prisoner who did not appear for the assessments, initial group orientation and/or any subsequent group session, any negative behavior inside the classroom, any use of drugs/alcohol, and all early terminations. |
| RUM/ARUS/PC | 20. | Document participation in the substance abuse section of the prisoner's Parole Eligibility Report (PER). |
| Substance Abuse Services Staff | 21. | Monitor and allocate the resources for substance abuse treatment. Contract with treatment providers for Phase II and ASAT in facilities. Train contractual staff in the delivery of substance abuse Phase II and ASAT curriculums. |

**Academic Program Process:**

<u>Who</u>             <u>Does What</u>

<u>Reception Centers</u>

| School Staff | 1. | Create and open Education Program records in the appropriate RGC Core or Elective Program Tracking tab. |
|---|---|---|
|  | 2. | Create school and Workforce Development files. |
|  | 3. | Provide prisoners with the transcript release of information request form for them to complete and sign. |

| DOCUMENT TYPE | EFFECTIVE DATE | NUMBER | |
|---|---|---|---|
| OPERATING PROCEDURE | 08/29/2022 | 05.01.100 | PAGE 19 OF 19 |

|  |  |  |
|---|---|---|
|  | 4. | Provide prisoners under the age of 22 the Special Education Records Release of Information form (CAJ-728) for them to complete and sign. |
|  | 5. | Administer TABE Locator Test and a Vocational Interest and Aptitude Assessment. Interview prisoner and review the prisoner's educational and employment history and make recommendations for future educational programming based on assessment results and verified history. |
|  | 6. | Compile all information and data for entry into the OMNI RGC Tracking tabs, Case Plan, and OETS. |
| School Secretary or Central Office Education Staff | 7. | Enter all information received from the Reception Center school staff into the OMNI RGC Tracking tabs, Case Plan, and OETS. |
| <u>Receiving Facility</u> | | |
| School Secretary | 8. | Check in school file(s) upon prisoner arrival at the facility by documenting the date received on the file and OETS. |
|  | 9. | Update Workforce Development files as needed. |
|  | 10. | Record TABE scores in OETS. |
|  | 11. | Update referral, assessments, enrollment, and termination data in the OMNI RGC Tracking tabs and Case Plan as necessary ensuring accurate information is captured. |
|  | 12. | Prisoners may be referred to education programs as set forth PD 05.02.112 "Education Programs for Prisoners." |

APPROVED: HEW 07/25/2022