# Exhibit 139:

## Sample Probation Order
## [Does 1400-1402]

| STATE OF MICHIGAN 36TH JUDICIAL DISTRICT | ORDER OF PROBATION | Case No: ▮▮▮▮▮<br>Judge: ROBBINS K<br>Police#: ▮▮▮▮▮ |
|---|---|---|
| ORI MI-▮▮▮▮▮ Court Address 421 MADISON AVENUE DETROIT, MI 48226 | | Court Telephone no. (313) 965-3414 |

| THE PEOPLE OF | | Defendant's name, address, and telephone no. |
|---|---|---|
| ☒ The State of Michigan<br>☐ _____ | V | ▮▮▮▮▮ |
| | | CTN/TCN ▮▮   SID ▮▮   DOB ▮▮ |

| Probation officer | Offense<br>WEAPONS-FIREARMS-IMPROPER POSSESS FIREARM IN OR UP | Term<br>12 MONTHS |
|---|---|---|

Rehabilitation goals of probation

☐ Judgment of guilt is deferred* under:
☐ MCL 333.7411, Controlled Substance Act    ☐ MCL 769.4a, Spouse Abuse Act    ☐ MCL 600.1095, Mental Health Court
☐ MCL 750.451c, Human Trafficking Victim    ☐ MCL 762.14, Youthful Trainee Status    ☐ MCL 600.1206, Veterans Court
☐ MCL 750.430, Practicing under the Influence    ☐ MCL 600.1070, Drug Treatment Court
☐ MCL 750.350a, Parental Kidnapping Act (for felonies only)    ☐ MCL 436.1703, Minor in Possession

☐ Under 18 USC 922(g)(8), the court found, at a hearing, that the defendant represents a credible threat to the physical safety of one or more persons as defined in 18 USC 922(g)(8) and 18 USC 921(a)(32) and named in item 10.
Needed for NCIC entry.

**IT IS ORDERED** that the defendant be placed on probation under the supervision of the probation officer named above for the term indicated, and the defendant shall:

1. Not violate any criminal law of any unit of government.
2. Not leave the state without the consent of this court.
3. Make a truthful report to the probation officer monthly, or as often as the probation officer may require, either in person, virtually, or in writing, as required by the probation officer.
4. Notify the probation officer immediately of any change of address or employment status.
6. Pay the following:
   Court Costs:

| | | | |
|---|---|---|---|
| Crime Victim Assessment.. $ | 75.00 | Fines.............................. $ | 50.00 |
| Restitution............... $ | _____ | Costs.............................. $ | 65.00 |
| State Minimum Costs..... $ | 50.00 | Other (including any DNA assessment). $ | 250.00 |
| | | Court Costs Sub-Total............... $ | 490.00 |
| | | Supervision Fee..................... $ | 420.00 |
| | | Total............................... $ | 910.00 |

Approved, SCAO
Form MC 243, Rev. 9/22
MCL 600.4803, MCL 769.1a, MCL 771.1 et seq., MCL 775.22,
MCL 780.826, MCR 6.441, MCR 6.445, 18 USC 922(g)(8)
Page 1 SEE NEXT PAGE

Distribute form to:
Court
Probation department
Defendant
Prosecutor
Law enforcement agency (when applicable)
Court LEIN copy (when applicable)
Copy for incarcerating agency as needed

DOES III - 00001400

Order of Probation  (9/22)                                            Case No: ▮▮▮▮▮▮▮
Page   2 SEE NEXT PAGE

7. Court costs must be paid as follows:
   [X] a. The due date for court costs payment is JULY   7, 2023 .
   [ ] b. The total amount due shall be paid in installments of $ _____
       per _____ starting on _____ and paid in full by the due date stated
                              Date
       in the judgment of sentence or by _____ .
   Fines, costs, and fees not paid within 56 days of the date owed or of any
   installment payment date are subject to a 20% late penalty on the amount owed.

8. Supervision fees are to be paid to the [X] court [ ] State of Michigan (MDOC)  in the
   amount of $  420.00 . The fee is payable immediately. [ ] The total amount due may
   be paid in installments of $ _____ per _____ starting on _____ .
                                                                   Date

[X] 10. Other: (Use this space for conditions for the protection of one or more named persons - also complete the LEIN
        section in item 12. See below for required language when conditions are ordered pursuant to 18 USC 922[g][8].)

   12 MONTHS PROBATION FULL REPORTING; 1ST MONTH IN PERSON, SECOND MONTH VIA
   TELEPHONE OR ZOOM, THIRD MONTH VIA TELEPHONE OR ZOOM.
   NO WEAPONS, NO GUNS, NO FIREARMS.
   NO DRUGS OR NON-PRESCRIBED MEDICATIONS
   NO NEW MISDEMEANORS (EXCEPT TRAFFIC CIVIL INFRACTIONS)
   NO NEW FELONIES
   FORFEIT WEAPON
   NO ASSAULTIVE CONDUCT
   NO AGGRESSIVE BEHAVIOR
   PAY ALL OUTSTANDING TRAFFIC TICKETS IN FULL BY DISCHARGE DATE
   NO NEED TO RETURN IF COMPLIED WITH ALL TERMS OF PROBATION.
   PHONE #313-689-1562
   MAINTAIN EMPLOYMENT.

Failure to comply with this order may result in a revocation of probation and
incarceration. If you are not able to pay due to financial hardship, contact the
court immediately to request a payment alternative. MCR 6.425(D)(3).

                                                                    MAY 30, 2023
   Judge  KEVIN F. ROBBINS                                          Date

If the judgment of guilt is deferred as stated above, the clerk of the court shall advise the Michigan State Police
Criminal Justice Information Center of the disposition, except for Minor in Possession, as required under
MCL 769.16a. A case in which judgment of guilt is deferred shall be maintained as a nonpublic record. *If the
judgment of guilt is deferred and the defendant is incarcerated, the clerk of the court should also advise the
incarcerating agency of nonpublic record status.

---

**Required Language When Conditions are Issued Pursuant to 18 USC 922(g)(8):**

Use the following language when the conditions involve an intimate partner of the
defendant or child of the intimate partner or defendant as defined in
18 USC 922(g)(8) and 18 USC 921(a)(32).

Defendant is restrained from harassing, stalking, or threatening, or engaging in
other conduct that would place [insert name(s)] in reasonable fear of bodily injury.

For details about these conditions, see SCAO Administrative Memorandum 2008-02.

**NOTICE TO DEFENDANT:**

Order of Probation (9/22)                                        Case No: ▮▮▮▮▮▮▮▮
Page  3 LAST PAGE

If you may be eligible for early discharge from probation under MCL 771.2 (see #11 above), you must complete the following before the court will consider whether to discharge you:

1. 1/2 of the original probation period.
2. all required programming.

When these conditions are met, the probation department may (but is not required to) notify the court that you may be eligible for an early discharge from probation. If the probation department does not provide this notice, and as long as you have not violated probation within the last 3 months, you may notify the court that you may be eligible for early probation discharge by completing form MC 512, Notice of Eligibility for Early Discharge from Probation, and filing it with the court.

### DEFENDANT'S ACKNOWLEDGMENT

I have read or heard the order of probation and have received a copy. I understand and agree to comply with this order. I also understand that federal and/or state law may prohibit me from possessing or purchasing ammunition or a firearm (including a rifle, pistol, or revolver) if the court found I represent a credible threat to the physical safety of a named person and/or explicitly prohibited (in item 10) the use, attempted use, or threatened use of physical force that would reasonably be expected to cause bodily injury to that named person.

_____          _____
Date                                 Defendant signature

DOES III - 00001402