# Exhibit 144:

## Shawn Starkey Declaration

## DECLARATION OF SHAWN STARKEY

I, Shawn Starkey, ("Declarant"), states as follows:

1. I am employed by the Michigan Department of State as the Director of the Office of Continuous Improvement and Transformation. I have held this position since October 2019.

2. This Declaration is based upon my personal knowledge.

3. If sworn as a witness, I can testify competently as to the facts stated herein.

4. During the calendar year of 2022 there were a total of 6,816,797 in-person transactions at Secretary of State branch offices.

5. The top-ten types of in-person transactions are listed below and comprise a total of 5,057,753 transactions.

| Transaction Type | Number |
|---|---|
| Vehicle Renewal* | 1,516,817 |
| Title Transfer | 1,261,003 |
| Vehicle title/registration | 557,238 |
| Operator license renewal* | 524,835 |
| Issue exam | 376,351 |
| Change of Address* | 199,986 |
| Duplicate title* | 196,496 |
| Title/registration correction | 145,169 |
| Operator temporary instruction permit original | 142,367 |
| Replace plate decal* | 137,491 |

6. The transaction types annotated above with an asterisk ("*") can be done either online, through self-service kiosks, and/or through the mail, yet in 2022 millions of residents opted to come to a branch office to complete the transaction in-person.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
Shawn Starkey
Dated: March 14, 2023

1