*John Does A-H, et al. v. Gretchen Whitmer, et al.*
USDC-ED No: 2:22-cv-10209
Honorable Mark Goldsmith
Magistrate Judge Curtis Ivy, Jr.

# EXHIBIT E

SORA Sweeps

Sweeps Coordinated by Michigan State Police (MSP) Sex Offender Registry Enforcement (SORE) Unit - January 1, 2016 thru December 31, 2022

| Year | Date(s) | Geographic Area | Other Agencies involved | Total # of Personnel | # of RSOs for Sweep | # of RSOs Determined Non-Compliant | # of RSOs Arrested | # of Warrants Submitted |
|---|---|---|---|---|---|---|---|---|
| 2016 | 3/8/2016 | Detroit | USMS(United States Marshal Service) | 10 | 68 | 9 | 0 | 9 |
| 2016 | 3/28/16 & 3/29/16 | Sterling Heights | Sterling Heights PD(Police Department), USMS/DFAT (Detroit Fugitive Apprehension Team), Roseville PD | 11 | 148 | 9 | 0 | 1 |
| 2016 | 4/14/2016 | Detroit | USMS | 9 | 53 | 9 | 0 | 9 |
| 2016 | 4/19/2016 | Detroit | USMS/DFAT | 12 | 135 | 17 | 0 | 11 |
| 2016 | 4/20/2016 | Detroit | USMS/DFAT | 13 | 79 | 19 | 0 | 15 |
| 2016 | 4/21/2016 | Detroit | USMS/DFAT | 13 | 90 | 17 | 0 | 15 |
| 2016 | 5/3/2016 | Harper Woods | Hamtramck PD | 10 | 32 | 1 | 0 | 1 |
| 2016 | 5/4/2016 | Hamtramck | Harper Woods PD | 13 | 39 | 4 | 0 | 3 |
| 2016 | 5/12/2016 | Detroit | n/a | 8 | 60 | 10 | 0 | 9 |
| 2016 | 5/23/2016 | Detroit | USMS/DFAT, Highland | 12 | 66 | 15 | 0 | 13 |
| 2016 | 5/24/2016 | Detroit | USMS/DFAT | 12 | 75 | 12 | 0 | 10 |
| 2016 | 5/25/2016 | Detroit & Highland Park | USMS/DFAT, Highland Park PD | 12 | 104 | 17 | 0 | 16 |
| 2016 | 6/6/2016 | Taylor | USMS/DFAT | 12 | 102 | 2 | 0 | 2 |
| 2016 | 6/7/2016 | Taylor | USMS/DFAT | 12 | 87 | 5 | 0 | 3 |
| 2016 | 6/14/2016 | Taylor | USMS/DFAT | 6 | 12 | 3 | 0 | 3 |
| 2016 | 8/11/2016 | Eastpointe | DFAT, Macomb County Probation | 13 | 100 | 6 | 0 | 6 |

| Year | Date | Location | Agency | Col5 | Col6 | Col7 | Col8 | Col9 |
|---|---|---|---|---|---|---|---|---|
| 2016 | 8/12/2016 | St. Clair Shores | DFAT, Macomb County Probation, St. Clair Shores PD | 10 | 113 | 1 | 0 | 1 |
| 2016 | 8/23/2016 | Inkster | n/a | 5 | 89 | 9 | 0 | 9 |
| 2016 | 8/24/2016 | Inkster | n/a | 8 | 56 | 11 | 0 | 11 |
| 2016 | 9/8/2016 | Operating Enduring Justice Arrest Sweep (Various locations in Metro Detroit Area) | USMS/DFAT, MDOC(Michigan Department of Corrections) Absconder Recovery Unit | 21 | 0 | 0 | 8 | 0 |
| 2016 | 9/9/2016 | Operating Enduring Justice Arrest Sweep (Various locations in Metro Detroit Area) | USMS/DFAT, MDOC Absconder Recovery Unit | 23 | 0 | 0 | 7 | 0 |
| 2016 | 9/27/2016 | Operating Enduring Justice Arrest Sweep (Various locations in Metro Detroit Area) | USMS/DFAT, MDOC Absconder Recovery Unit | 29 | 0 | 0 | 10 | 0 |
| 2016 | 9/28/2016 | Operating Enduring Justice Arrest Sweep (Various locations in Metro Detroit Area) | USMS/DFAT, MDOC Absconder Recovery Unit | 29 | 0 | 0 | 7 | 0 |
| 2016 | 9/29/2016 | Operating Enduring Justice Arrest Sweep (Various locations in Metro Detroit Area) | USMS/DFAT, MDOC Absconder Recovery Unit | 19 | 0 | 0 | 3 | 0 |
|  |  |  |  |  |  |  |  |  |
| 2017 | 6/26/17 & 6/27/17 | Iosco & Ogemaw | n/a | 12 | 230 | 5 | 0 | 5 |
| 2017 | 4/19/17 & 4/20/17 | Southfield, West Bloomfield, Clawson, Berkley, Bloomfield Twp, & Lathrup Village | West Bloomfield PD | 15 | 218 | 10 | 0 | 10 |

| Year | Date | Location | Agencies | | | | |
|---|---|---|---|---|---|---|---|
| 2017 | 4/24/17 & 4/24/17 | Sterling Heights | Sterling Heights PD, USMS | 11 | 144 | 5 | 0 | 5 |
| 2017 | 2017 & 9/12/2017 | Warren, Detroit (Zipcode 48234) | USMS | 16 | 372 | 15 | 0 | 15 |
| 2017 | 10/18/2017 | Montmorency & Roscommon Counties | n/a | 4 | 43 | 1 | 0 | 1 |
| 2017 | 12/18/2017 | Lansing | Lansing PD, USMS | 24 | 467 | 32 | 0 | 32 |
| | | | | | | | | |
| 2018 | 2/26/18 & 2/27/18 | Genesee County | USMS | 13 | 292 | 18 | 0 | 18 |
| 2018 | 5/17/2023 | Counties | n/a | 9 | 79 | 4 | 0 | 4 |
| 2018 | 4/23/18 & 4/24/18 | Berrien County | Benton Twp(Township) PD, Niles PD, Benton Harbor PD, Berrien County Sheriff's Office, USMS | 29 | 378 | 40 | 0 | 40 |
| 2018 | 6/4/18 & 5/5/18 | St. Clair County | St. Clair County Sheriff's Office, Port Huron PD | 36 | 659 | 19 | 0 | 19 |
| 2018 | 6/19/18 & 6/20/18 | Keweenaw Bay & Hannahville Tribal Property | Keweenaw Bay Indian Community PD, Hannahville Tribal Community PD, USMS | 6 | 24 | 1 | 0 | 1 |
| 2018 | 6/26/2018 | Alpena, Alcona, Montmorency, Oscoda & | n/a | 8 | 81 | 1 | 0 | 1 |
| 2018 | 7/30/2018 | Ypsilanti | n/a | 12 | 181 | 9 | 0 | 9 |
| 2018 | 9/24/2018 | Muskegon & Muskegon | n/a | 12 | 176 | 14 | 0 | 14 |
| 2018 | 7/22/18 & 10/23/18 | Kalamazoo | n/a | 24 | 394 | 11 | 0 | 11 |
| 2018 | 8/21/18 & 8/22/18 | Detroit | n/a | 12 | 290 | 39 | 0 | 39 |
| 2018 | 1/22/2018 | Plymouth Twp | Plymouth Twp PD | 2 | 13 | 0 | 0 | 0 |
| 2018 | 10/17/18 & 10/18/18 | Roseville | Roseville PD | 8 | 177 | 3 | 0 | 3 |
| 2018 | 10/11/2018 | Northville Twp | Northville Twp PD | 9 | 9 | 0 | 0 | 0 |
| | | | | | | | | |
| 2019 | 3/26/2019 | Ferndale | Ferndale PD | 9 | 42 | 2 | 0 | 2 |

| Year | Date | Operation | Agency | Col5 | Col6 | Col7 | Col8 | Col9 |
|---|---|---|---|---|---|---|---|---|
| 2019 | 2019 & 4/16/2019 | Operation Final Countdown (Arrest Sweep) - Various locations in Metro Detroit Area | USMS/DFAT | 22 | 35 | 0 | 13 | 0 |
| 2019 | 7/23 & 7/18/2019 | Operation High Five (Detroit) - Palmprints Missing | n/a | 7 | 122 | 0 | 0 | 0 |
| 2019 | 7/29 19 & 7/30/19 | Operation High Five (Detroit) - Palmprints Missing | n/a | 5 | 98 | 0 | 0 | 0 |
| 2019 | 8/28/19 & 8/29/19 | Countdown (Arrest Sweep) - Various | n/a | 28 | 31 | 0 | 15 | 0 |
|  |  |  |  |  |  |  |  |  |
| 2020 |  | No Sweeps Conducted |  |  |  |  |  |  |
| 2021 |  | No Sweeps Conducted |  |  |  |  |  |  |
| 2022 |  | No Sweeps Conducted |  |  |  |  |  |  |