UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN DOES et al.,

      Plaintiffs,

v.                                           Case No. 22-cv-10209
                                           HON. MARK A. GOLDSMITH

GRETCHEN WHITMER et al.,

      Defendants.
_____/

## ORDER FOR STATUS CONFERENCE

The Court will convene a status conference by Zoom on July 22, 2024 at 2:00 p.m. to discuss whether the Fourth Amendment claim asserted in John Does, et al. v. Michigan State Police, et al., 21-cv-12843, should now be addressed, given that a summary judgment record and briefing have been filed in John Does, et al. v. Gretchen Whitmer, et al., 22-cv-10209. Zoom instructions will be separately emailed to counsel.

      SO ORDERED.

Dated: July 16, 2024                     s/Mark A. Goldsmith
   Detroit, Michigan                MARK A. GOLDSMITH
                                      United States District Judge