UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN DOES et al.,

    Plaintiffs,

v.                                              Case No. 22-cv-10209
                                                HON. MARK A. GOLDSMITH

GRETCHEN WHITMER et al.,

    Defendants.

_____/

## ORDER FOR SUPPLEMENTAL BRIEFS

The parties are directed to file supplemental briefs, on or before August 6, 2024, on the applicability of the Michigan Supreme Court's decision in People v. Lymon, No. 164685 (Mich. July 29, 2024) to the pending motions for summary judgment. The briefs may not exceed five pages, exclusive of attachments.

    SO ORDERED.

Dated: July 30, 2024                      s/Mark A. Goldsmith
    Detroit, Michigan               MARK A. GOLDSMITH
                                      United States District Judge