UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| JOHN DOES, et al.,<br>　　　　Plaintiffs,<br>v.<br><br>GRETCHEN WHITMER, et al.,<br>　　　　Defendants. | No. 2:22-cv-10209<br><br>Hon. Mark A. Goldsmith<br><br>Mag. J. Curtis Ivy, Jr. |

# PLAINTIFFS' NOTICE RE MR. DOE F

Plaintiffs notify the Court that Mr. Doe F has expunged his conviction and has been removed from Michigan's sex offender registry. The class and subclasses for which Mr. Doe F is a named representative all are represented by other class and subclass representatives.

Respectfully submitted,

| | |
|---|---|
| s/ Miriam Aukerman (P63165)<br>Attorney for Plaintiffs<br>American Civil Liberties Union<br>　Fund of Michigan<br>1514 Wealthy SE, Suite 260<br>Grand Rapids, MI 49506<br>(616) 301-0930<br>maukerman@aclumich.org | s/ Daniel S. Korobkin (P72842)<br>s/ Syeda Davidson (P72801)<br>American Civil Liberties Union<br>　Fund of Michigan<br>Attorney for Plaintiffs<br>2966 Woodward Avenue<br>Detroit, MI 48201<br>(313) 578-6824<br>dkorobkin@aclumich.org |

1

s/ Paul D. Reingold (P27594)
Cooperating Counsel, American Civil
  Liberties Union Fund of Michigan
Attorney for Plaintiffs
Univ. of Michigan Law School
802 Legal Research Building
801 Monroe Street
Ann Arbor, MI 48109-1215
(734) 355-0319 - pdr@umich.edu

s/ Roshna Bala Keen (Ill. 6284469)
s/ Lauren Carbajal (Cal. 336485)
Loevy & Loevy
Attorney for Plaintiffs
Cooperating Counsel, American Civil
  Liberties Union Fund of Michigan
311 North Aberdeen, 3rd Floor
Chicago, Illinois 60607
(312) 243-5900 - roshna@loevy.com


Dated: August 6, 2024

## LOCAL RULE CERTIFICATION

I, Miriam Aukerman, certify that this document complies with Local Rule 5.1(a), including: double-spaced (except for quoted material and footnotes); at least one-inch margins on the top, sides, and bottom; consecutive page numbering; and type size of all text and footnotes that is no smaller than 10-1/2 characters per inch (for non-proportional fonts) or 14 points (for proportional fonts). I also certify that is it the appropriate length.

s/ Miriam Aukerman (P63165)