UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN DOES A, B, C, D, E, F, G, H,
MARY DOE and MARY ROE,
on behalf of themselves and
all others similarly situated,

        Plaintiffs,

v.

GRETCHEN WHITMER, Governor of the
State of Michigan, and COL. JAMES
GRADY, Director of the Michigan State
Police, in their official capacities,

        Defendants.

File No. 2:22-cv-10209

Hon. Mark A. Goldsmith

Mag. Curtis Ivy, Jr.

## STIPULATED ORDER ALLOWING WITHDRAWL OF DAYJA S. TILLMAN

Plaintiffs and Defendants stipulate that Dayja S. Tillman, attorney for Plaintiffs, may withdraw as counsel in the above-captioned matter. As of August 1, 2024, Ms. Tillman will no longer be a paid employee of the American Civil Liberties Union Fund of Michigan. No substitution is necessary, nor will there be any delay in the progress of the matter as other counsel of record will continue to appear on behalf of Plaintiffs and as class counsel.

SO ORDERED.

Dated: August 14, 2024         s/Mark A. Goldsmith
Detroit, Michigan         MARK A. GOLDSMITH
        United States District Judge

**Approved for filing as to form and content:**

/s/ Dayja S. Tillman                                    Dated: July 31, 2024
Dayja S. Tillman (P86526)
Miriam Aukerman (P63165)
American Civil Liberties Union
  Fund of Michigan
1514 Wealthy SE, Suite 260
Grand Rapids, MI 49506
(616) 727-8656
dtillman@aclumich.org
maukerman@aclumich.org


/s/ Scott L. Damich (with consent)           Dated: July 31, 2024
Scott L. Damich (P74126)
Eric M. Jamison (P75721)
B. Eric Restuccia (P49550)
Assistant Attorneys General
Attorneys for Whitmer and
Grady
State Operations Division
PO Box 30754
Lansing, MI 48909
517-335-7573
damichs@michigan.gov