UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN DOES et al.,

      Plaintiffs,

v.                                    Case No. 22-cv-10209
                                        HON. MARK A. GOLDSMITH

GRETCHEN WHITMER et al.,

      Defendants.

_____/

## ORDER FOLLOWING NOVEMBER 13, 2024 STATUS CONFERENCE

At the status conference held on November 13, 2024, the Court set the following deadlines:

1. The parties must each submit a supplemental brief on Plaintiffs' vagueness claim, not to exceed 25 pages, by November 27, 2024. The Court will decide whether to order any responses after the supplemental briefs are filed.

2. The parties must submit a supplemental joint statement that outlines all remaining issues from the November 1, 2024 joint statement (Dkt. 159) by December 11, 2024. The parties must also submit an updated proposed final judgement by the same date.

SO ORDERED.

Dated:  November 21, 2024          s/Mark A. Goldsmith
       Detroit, Michigan           MARK A. GOLDSMITH
                                  United States District Judge