UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN DOES et al.,

    Plaintiffs,

v.

GRETCHEN WHITMER et al.,

    Defendants.

_____/

Case No. 22-cv-10209
HON. MARK A. GOLDSMITH

### ORDER FOLLOWING DECEMBER 20, 2024 STATUS CONFERENCE

As discussed at the status conference held on December 20, 2024, the Court orders Plaintiffs to file a motion for entry of judgment on or before January 10, 2025. The defense response must be filed on or before January 24, 2025. The Court will rely on the vagueness briefing set out in Dkts. 162 and 163, which need not be repeated. Each brief may not exceed 35 pages, exclusive of attachments.

SO ORDERED.

Dated: December 20, 2024　　　　　　　s/Mark A. Goldsmith
      Detroit, Michigan　　　　　　　　　MARK A. GOLDSMITH
                                         United States District Judge