UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

John Doe A, et al.,

                   Plaintiff(s),

v.                                         Case No. 2:22−cv−10209−MAG−CI
                                                      Hon. Mark A. Goldsmith

Gretchen Whitmer, et al.,

                   Defendant(s),

**NOTICE TO APPEAR REMOTELY**

PLEASE TAKE NOTICE that a remote hearing has been scheduled before District Judge Mark A. Goldsmith as follows:

- STATUS CONFERENCE:  February 26, 2025 at 03:30 PM

The Court will host the hearing.  Prior to the proceeding date, instructions for joining the hearing will be emailed to the participating attorneys.  Be advised that this is an attorneys−only proceeding.  Connection information and instructions may not be forwarded, distributed or shared with non−participants without the Court's advance approval.

**ADDITIONAL INFORMATION:**   The Court will email the Zoom link to the attorneys of record separately

**Certificate of Service**

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                                            By: s/C Ciesla
                                                                                 Case Manager

Dated:  February 21, 2025