UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN DOES, et al.,

        Plaintiffs,

v.

GRETCHEN WHITMER, et al.

        Defendants.

Case No. 22-cv-10209

HON. MARK A. GOLDSMITH

MAG. CURTIS IVY, JR.

## NOTICE OF APPEARANCE OF JOAN CAMPAU ON BEHALF OF AMICUS CURIAE LAW PROFESSORS WILLIAM ARAIZA, ERIC JANUS, AND SANDRA MAYSON

**TO: CLERK OF THE COURT**

Please enter the Appearance of Joan Campau as counsel in the above-captioned matter for Amicus Curiae Law Professors William Araiza, Eric Janus, and Sandra Mayson (collectively "Law Professors").

Respectfully submitted,
SALVATORE PRESCOTT
PORTER & PORTER, PLLC

/s/ Joan M. Campau
Joan M. Campau (P87538)
SALVATORE PRESCOTT
PORTER & PORTER, PLLC

Dated: February 26, 2025

105 E. Main Street
Northville, MI 48168
248-679-8711
campau@spplaw.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN DOES, et al.,

        Plaintiffs,

v.

GRETCHEN WHITMER, et al.

        Defendants.

Case No. 22-cv-10209

HON. MARK A. GOLDSMITH

MAG. CURTIS IVY, JR.

## CERTIFICATE OF SERVICE

I hereby certify that on February 26, 2025, I electronically filed the foregoing document with the Clerk of the Court using the ECF system through which all counsel of record will be notified. Parties may access this filing through the Court's system.

Dated: February 26, 2025      By:   /s/ Joan M. Campau
                                               JOAN M. CAMPAU (P87538)