UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JOHN DOES A, B, C, D, E, F, G, H, MARY DOE and MARY ROE, on behalf of themselves and all others similarly situated, | No. 2:22-cv-10209 |
| | HON. MARK GOLDSMITH |
| Plaintiffs, | MAG. CURTIS IVY, JR. |
| v | |
| GRETCHEN WHITMER, Governor of the State of Michigan, and COL. JAMES GRADY, Director of the Michigan State Police, | |
| Defendants. | |

## INDEX OF EXHIBITS

Exhibit A - Comparative Chart (Amended SORA and SORNA)

Exhibit B - Willman - ACLU Amicus

#2022-0341402-A