UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN DOES et al.,

    Plaintiffs,

v.                                            Case No. 22-cv-10209
                                            HON. MARK A. GOLDSMITH

GRETCHEN WHITMER et al.,

    Defendants.
_____/

## **ORDER GRANTING JOINT MOTION TO CORRECT TECHNICAL ERRORS IN FINAL JUDGMENT (Dkt. 174)**

The parties filed a joint motion (Dkt. 174) to correct technical errors in the final judgment entered on March 26, 2025 (Dkt. 172). The Court agrees with the parties that certain technical errors should be corrected and grants the motion. An amended final judgment will be entered separately.

SO ORDERED.

Dated: April 22, 2025                        s/Mark A. Goldsmith
      Detroit, Michigan                  MARK A. GOLDSMITH
                                          United States District Judge