UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

John Doe A, et al.,

                Plaintiff(s),

v.                                      Case No. 2:22−cv−10209−MAG−CI
                                          Hon. Mark A. Goldsmith

Gretchen Whitmer, et al.,

                Defendant(s),

## NOTICE OF REMOTE MOTION HEARING

PLEASE TAKE NOTICE that a remote hearing has been scheduled before District Judge Mark A. Goldsmith for the following motion(s):

      Motion to Stay – #173

- MOTION HEARING:  April 30, 2025 at 09:00 AM

The public may access the audio proceedings with the following connection information.

**PHONE NUMBER:**  16692545252
**MEETING ID:**    161 610 7638

Attorneys and parties required to attend the hearing will be sent connection information in a separate email.

                                              By: s/J. Owens
                                                   Case Manager

Dated:  April 22, 2025