UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

John Does et al.,

                Plaintiff(s),                Case No. 22-cv-10209

v.                                            Mark A. Goldsmith

Gretchen Whitmer et al.                Curtis Ivy, Jr.

                Defendant(s).
_____/

## NOTICE OF APPEAL

Notice is hereby given that **Grethen Whtimer et al.** appeals to the United States Court of Appeals for the Sixth Circuit from the: ☑ Judgment ☐ Order

☐ Other: _____

entered in this action on **March 26, 2025**.

Date: April 14, 2025

Counsel is: RETAINED

/s/ Eric Jamison (P75721)

Assistant Attorney General
Attorney for Defendants
Michigan Dep't of Attorney General
State Operations Division
P.O. Box 30754
Lansing, MI 48909
(517) 335-7573; jamisone@michigan.gov

Appellant: Please file this form with the District Court Clerk's Office. If you are paying the filing fee, please make your $605.00 check payable to: Clerk, U.S. District Court.