UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

John Does, et al.,

        Plaintiffs,

v.

Gretchen Whitmer, et al.,

        Defendants.
_____/

Case No. 2:22-cv-10209

Mark A. Goldsmith

Curtis Ivy, Jr.

## AMENDED NOTICE OF APPEAL

Notice is hereby given that **Gretchen Whitmer and James Grady** appeal to the United States Court of Appeals for the Sixth Circuit from the: ☑ Judgment ☐ Order

☐ Other: This notice amends the notice filed on April 23, 2025 to reflect the date of the amended judgment.

entered in this action on **April 22, 2025**.

Date: April 24, 2025

Counsel is: RETAINED

/s/ Eric Jamison (P75721)

Assistant Attorney General
Attorney for Defendants
Michigan Dep't of Attorney General
State Operations Division
P.O. Box 30754
Lansing, MI 48909
(517) 335-7573; jamisone@michigan.gov

Appellant: Please file this form with the District Court Clerk's Office. If you are paying the filing fee, please make your $605.00 check payable to: Clerk, U.S. District Court.