UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

JOHN DOES A, B, C, D, E, F, G, H,
MARY DOE and MARY ROE,
on behalf of themselves and
all others similarly situated,

        Plaintiffs,

v.

GRETCHEN WHITMER, Governor of the
State of Michigan, and COL. JOSEPH
GASPER, Director of the Michigan State
Police, in their official capacities,

        Defendants.

Case No. 2:22-cv-10209

Hon. Mark A. Goldsmith

Mag. Curtis Ivy, Jr.

_____

## MOTION TO WITHDRAW AS ATTORNEY

Daniel S. Korobkin hereby moves to withdraw as attorney for Plaintiffs in the above-captioned case. Mr. Korobkin is leaving his position at the American Civil Liberties Union Fund of Michigan and will no longer be able to represent Plaintiffs. Plaintiffs will continue to be represented by other counsel in this matter.

Respectfully submitted,

/s/ Daniel S. Korobkin
Daniel S. Korobkin (P72842)
American Civil Liberties Union
 Fund of Michigan
2966 Woodward Ave.

        Detroit, MI 48201
        (313) 578-6824
        dkorobkin@aclumich.org

        Attorney for Plaintiffs

Dated: April 30, 2025