UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN DOES et al.,

    Plaintiffs,

v.    Case No. 22-cv-10209
    HON. MARK A. GOLDSMITH

GRETCHEN WHITMER et al.,

    Defendants.

_____/

## ORDER FOLLOWING APRIL 30, 2025 MOTION HEARING

As stated on the record at the April 30, 2025 motion hearing on Defendants' motion to stay (Dkt. 173), the Court orders any supplemental briefing on the motion to be filed by May 5, 2025.

SO ORDERED.

Dated: April 30, 2025            s/Mark A. Goldsmith
      Detroit, Michigan         MARK A. GOLDSMITH
                                    United States District Judge