# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

_____

JOHN DOES A, B, C, D, E, F, G, H,
MARY DOE and MARY ROE,
on behalf of themselves and
all others similarly situated,

        No. 2:22-cv-10209

    Plaintiffs,

v.        Hon. Mark A. Goldsmith

GRETCHEN WHITMER, Governor of the
State of Michigan, and COL. JOSEPH
GASPER, Director of the Michigan State
Police, in their official capacities,

        Mag. Curtis Ivy, Jr.

    Defendants.

_____

## ORDER GRANTING MOTION TO WITHDRAW AS ATTORNEY

    Daniel S. Korobkin has filed a motion to withdraw as attorney for Plaintiffs in the above-captioned case. Plaintiffs will continue to be represented by other counsel in this matter. The motion is hereby granted.

    SO ORDERED.

Dated:  May 1, 2025        s/Mark A. Goldsmith
Detroit, Michigan        MARK A. GOLDSMITH
        United States District Judge