## INDEX OF EXHIBITS

Exhibit 1    Second Declaration of Giancarlo Guzman

Exhibit 2    Brief of Amicus Curiae Michigan State Police, *People v. Kardasz,* No. 165008 (Mich. filed February 21, 2025) (excerpts)