UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JOHN DOES et al., <br><br> Plaintiffs, <br><br> v. <br><br> GRETCHEN WHITMER et al., <br><br> Defendants. | Case No. 22-cv-10209 <br> HON. MARK A. GOLDSMITH |

## NOTICE OF APPEARANCE

Please take notice that Bonsitu Kitaba-Gaviglio (P78822) is entering an appearance as counsel for Plaintiffs in the above-captioned matter.

Respectfully submitted,

/s/Bonsitu Kitaba-Gaviglio
Bonsitu Kitaba-Gaviglio (P78822)
American Civil Liberties Union Fund
  of Michigan
2966 Woodward Ave.
Detroit, MI 48201
(313) 578-6823
bkitaba@aclumich.org

Dated: May 15, 2025

1