## INDEX OF EXHIBITS

| | |
|---|---|
| Exhibit A | Proposed Notice Process Order |
| Exhibit A.1 | Proposed Registrant Notice |
| Exhibit A.2 | Proposed Prosecutor Explanation |
| Exhibit A.3 | Proposed Law Enforcement Explanation |