UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

John Doe A, et al.,

                Plaintiff(s),

v.                                         Case No. 2:22-cv-10209-MAG-CI
                                                         Hon. Mark A. Goldsmith

Gretchen Whitmer, et al.,

                Defendant(s),
_____/

**NOTICE TO APPEAR REMOTELY**

PLEASE TAKE NOTICE that a remote hearing has been scheduled before District Judge Mark A. Goldsmith as follows:

- STATUS CONFERENCE:  June 23, 2025 at 10:00 AM

The Court will host the hearing.  Prior to the proceeding date, instructions for joining the hearing will be emailed to the participating attorneys.  Be advised that this is an attorneys-only proceeding.  Connection information and instructions may not be forwarded, distributed or shared with non-participants without the Court's advance approval.

**Certificate of Service**

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                         By: s/Joseph Heacox
                                                               Case Manager

Dated:  June 16, 2025