**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | |
|---|---|
| JOHN DOES et al., <br><br> Plaintiffs, <br><br> v. <br><br> GRETCHEN WHITMER et al., <br><br> Defendants. | Case No. 22-cv-10209 <br> HON. MARK A. GOLDSMITH |

**<u>NOTICE OF APPEARANCE</u>**

Please take notice that Ewurama Appiagyei-Dankah (P88212) is entering an appearance as counsel for Plaintiffs in the above-captioned matter.

> Respectfully submitted,
>
> <u>/s/ Ewurama Appiagyei-Dankah</u>
> Ewurama Appiagyei-Dankah (P88212)
> American Civil Liberties Union Fund
>   of Michigan
> 1514 Wealthy SE, Suite 260
> Grand Rapids, MI 49506
> (616) 301-0930
> eadankah@aclumich.org

Dated: June 18, 2025