UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN DOES et al.,

    Plaintiffs,

v.                                          Case No. 22-CV-10209
                                         HON. MARK A. GOLDSMITH

GRETCHEN WHITMER, et al.,

    Defendants.
_____/

## ORDER FOR STATUS CONFERENCE

The Court will convene a status conference by Zoom on July 10, 2025, at 10:00 a.m. By 9 a.m. on July 9, 2025, the parties must file a joint statement on the docket setting forth their agreement and disagreement, if any, on future actions the Court should take.

**SO ORDERED.**

Dated: June 23, 2025                                       s/Mark A. Goldsmith
Detroit, Michigan                                  MARK A. GOLDSMITH
                                                        United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on June 23, 2025.

                                                                     s/Joseph Heacox
                                                                       JOSEPH HEACOX
                                                                       Case Manager