August 16, 2025

Hon. MARK A. GOLDSMITH
231 Lafayette Blvd., Rm. 564
Detroit, MI 48226

22-cv-10209

FILED
AUG 27 2025
CLERK'S OFFICE
DETROIT

Hon. MARK A. GOLDSMITH

My name is Kevin Smythe and I was sentence as a tier 3 Sex Offender and Sentence to Lifetime Registration. I have wrote both A.C.L.U. in Detroit and Grand Rapids And all the Attorney's involved in Doe III v. Whitmer three time's and they will not responed to this question. I would Like to Know because I was sentenced in 2014 as a tier 3 will this ruling you have made be retroactive For all tier 3 Offender's? I am Part of this Class action Lawsuit and would Like this question answere.

Respectfully submitted,
Kevin Smythe 307316

Kevin Smythe 307316
Chippewa C.O.R.R. Fac.
4269 W. M 80
Kincheloe, MI 49784

Eastern District Court, ATTN: Hon. MARK A. GOLDSMITH
Theodore Levin United States Courthouse
231 Lafayette Blvd. Room 564
Detroit, MI 48226

GRAND RAPIDS MI
20 AUG 2025 PM 6
FIRST-CLASS

CLERKS OFFICE
DETROIT
AUG 27 2025

US POSTAGE PITNEY BOWES
$ 000.74°

48226-271839