UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN DOES et al.,

                Plaintiffs,

v.

GRETCHEN WHITMER, et al.,

                Defendants.

Case No. 2:22-cv-10209

Hon. Mark A. Goldsmith

**STIPULATED ORDER TO EXTEND DATE FOR DEFENDANTS TO PRODUCE CLASS LIST**

The Amended Judgment requires the Defendants to provide class counsel with an updated class list in manipulable electronic format within 60 days of the effective date of the judgment. (ECF No. 177, PageID.9389.) The date for production is September 19, 2025.

The parties, through counsel, stipulate that the date for the production of the updated class list is adjourned to October 20, 2025, which may be subject to further extensions by stipulation of the parties.

The parties agree, and the Court orders, as follows:

The date for the production of the updated class list is adjourned to October 20, 2025.

    **IT IS SO ORDERED.**

| | |
|---|---|
| Dated: September 15, 2025<br>Detroit, Michigan | s/Mark A. Goldsmith<br>MARK A. GOLDSMITH<br>United States District Judge |

Approved by:

s/ Miriam Aukerman (P63165)
Attorney for Plaintiffs
American Civil Liberties Union
  Fund of Michigan
1514 Wealthy SE, Suite 260
Grand Rapids, MI 49506
(616) 301-0930
maukerman@aclumich.org

/s/ Eric M. Jamison (P75721)
Assistant Attorney General
Attorney for Defendants
Michigan Dep't of Attorney General
State Operations Division
P.O. Box 30754
Lansing, MI 48909
(517) 335-7573
jamisone@michigan.gov