UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN DOES et al.,

       Plaintiffs,

v.                                                                                    Case No. 22-cv-10209
                                                                                      HON. MARK A. GOLDSMITH
GRETCHEN WHITMER, et al.,

       Defendants.
_____/

## ORDER DENYING MOTIONS TO INTERVENE WITHOUT PREJUDICE (Dkts. 211, 212)

Before the Court are two motions to intervene filed by Kenneth George and Robert Burmeister (Dkts. 211, 212).  This case is currently on appeal to the Sixth Circuit, so the Court does not have jurisdiction to consider the motions.  Smith v. Combustion Eng'g, Inc., Nos. 87-3657, 87-3761, 1988 WL 31547, at *1 (6th Cir. Apr. 11 1988) ("The filing of a notice of appeal divests the district court of jurisdiction and transfers jurisdiction to the court of appeals.").  Therefore, both motions are denied without prejudice.

       SO ORDERED.

Dated:  August 6, 2026                          s/Mark A. Goldsmith
      Detroit, Michigan                         MARK A. GOLDSMITH
                                  United States District Judge